Int. Cl.: 24

Prior U.S. Cl.: 42

**United States Patent and Trademark Office**

Reg. No. 1,385,577
Registered Mar. 4, 1986

## TRADEMARK
SUPPLEMENTAL REGISTER



There's nothing like the real thing...

NATIONAL FELT COMPANY (MASSACHU-
  SETTS CORPORATION), DBA COMMON-
  WEALTH FELT COMPANY,
211 CONGRESS STREET
BOSTON, MA 02110

FOR: WOOL FELT, IN CLASS 24 (U.S. CL. 42).
  FIRST USE 7-0-1982; IN COMMERCE 7-0-1982.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WOOL FELT", APART FROM THE MARK AS SHOWN.

SER. NO. 510,077, FILED P.R. 11-23-1984; AM. S.R. 9-30-1985.

ROBERT C. CLARK JR., EXAMINING ATTORNEY

B

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

January 15, 2004

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,073,811 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *June 24, 1997*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
  *NATIONAL NONWOVENS INC.*
  *A DELAWARE CORPORATION*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

L. Edelen

**L. EDELEN**
**Certifying Officer**

Int. Cl.: 24

Prior U.S. Cls.: 42 and 50

United States Patent and Trademark Office

Corrected

Reg. No. 2,073,811

Registered June 24, 1997

OG Date Apr. 6, 2004

## TRADEMARK
## PRINCIPAL REGISTER

### WOOLFELT

NATIONAL NONWOVENS INC. (DELAWARE CORPORATION)
P. O. BOX 150
EASTHAMPTON, MA 01027
  OWNER OF U.S. REG. NO. 1,385,577.
  SEC. 2(F).

FOR: FABRIC, NAMELY, FELT CONSISTING OF [ WOOD ] *WOOL *, IN CLASS 24 (U.S. CLS. 42 AND 50).
  FIRST USE 7-0-1982; IN COMMERCE 7-0-1982.
  SER. NO. 75-127,129, FILED 6-28-1996.



*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Apr. 6, 2004.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

Int. Cl.: 24

Prior U.S. Cls.: 42 and 50

**United States Patent and Trademark Office**

Reg. No. 2,073,811
Registered June 24, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## WOOLFELT

NATIONAL NONWOVENS INC. (DELAWARE CORPORATION)
P. O. BOX 150
EASTHAMPTON, MA 01027

FOR: FABRIC, NAMELY, FELT CONSISTING OF WOOD, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 7-0-1982; IN COMMERCE 7-0-1982.
OWNER OF U.S. REG. NO. 1,385,577.
SEC. 2(F).

SER. NO. 75-127,129, FILED 6-28-1996.

GEORGE LORENZO, EXAMINING ATTORNEY

C

Case 3:04-cv-30078-MAP    Document 1-2    Filed 04/20/2004    Page 6 of 15

# WoolFelt® Motifs
## Original Collectors Series
### Style: WCF005
*Fiber Blend: 20% wool & 80% rayon*



Island Storm
WCF005 6580

Polynesian Sunset
WCF005 6225

# WoolFelt® Motifs
## Original Collectors Series
### Style: WCF005

No Two Yards Are Alike!



*Midnight Eclipse*
WCF005 6010

*Tangelo*
WCF005 6418

*Midori Mist*
WCF005 6715



NATIONAL NONWOVENS
P.O. Box 150, Easthampton, MA 01027
Tel: 800-333-3469 • Fax: 413-527-0456

# WoolFelt® Motifs
## *Original Collectors Series*

*Fiber Blend:* 20% wool & 80% rayon     *Style:* WCF005

NO TWO YARDS ARE ALIKE!



**Peaceful Garden**
WCF005 6719

**American Spirit**
WCF005 0911

Joyous Noel

D



### New Books

A DMC/Bates color comparison chart and special instructions for stitching are provided. Write Designs By Gloria & Pat, Dept. CM, Box 2318, Sumter, SC 29150.

### Prentice-Hall Inc.

Tools, tips, and techniques for a successful start in woodcarving are in *The Beginner's Handbook of Woodcarving*, by Charles Beiderman and William Johnston. Chapters on wood, tools, aids, making patterns, woodcarving techniques, painting and finishing, and more are given in 173 pages. Black-and-white illustrations and photos show patterns and techniques. Write Prentice-Hall Inc., Dept. PCM, Englewood Cliffs, NJ 07632.

### ST Publications

*Atkinson Sign Painting*, originally published in 1909 by Frederick J. Drake and Co., has been reprinted with every attempt made to reproduce the original manuscript. This 224-page manual of sign painting contains 96 layouts and accompanying color notes, 75 alphabets with standard styles and modifications, plus information on showcards, business cards, panels, bulletins, store displays, and window signs. Write ST Publications, Dept. PCM, 407 Gilbert Ave., Cincinnati, OH 45202.

### The Finish Line Inc.

*Basket, Box & Belt Collection*, by Linda Dennis, six pages, has sayings charted for cross stitch on Ribband™. DMC/Bates color charts are given.

*Elegance*, by Linda Dennis, illustrates counted bead embroidery on Ribband™.



Increase your
- Sales
- Skills
- Success

PCM — Profitable Craft Merchandising



Circle Retailer Assistance Number 123



Circle Retailer Assistance Number 124

PCM/AUGUST 15, 1983   91

# NATIONAL NONWOVENS

Volume 3, Issue 1 — International Spring Quilt Market Preview — Spring 1998

## NATIONAL NONWOVENS WoolFelt®

From Country to Classics, WoolFelt® has the heirloom quality crafters and designers prefer!

With a luxuriously soft hand and all-natural blends, WoolFelt® is offered in a spectrum of rich colors!

Whatever the Craft – Make it to last! Make it WoolFelt®

## STOP.. BUY.. And SEE US at Quilt Market BOOTH 1630

### ALSO APPEARING IN...

National Nonwovens' Pansy Penny Rug and Pattern will be featured in *Woman's Day Magazine, Weekend Crafts, Issue Number 1*.

Now available at newsstands everywhere, is our appliquéd vest in *Crafts in a Flash*, by Cowles Creative Publishing!

Watch for our classic Nordic Table Runner featured in *Christmas Crafts*, by Cowles Creative Publishing!

## You *FELT* The Need... We Did It!

Designer's choice TOY002 available in new size cut!!

*Smaller put-ups
*23 Exciting colors

You can order All TOY002 colors in 36" and 72" widths in new 10 YARD size cut !!!

Also available in 36" squares.

COLOR SELLS!!!



## REDUCED PRICES ON ACRYLIC FELT SQUARES!

Featuring the brightest selection of Felt Squares available in easy to use 9" x 12"s, 12" X 18"s, and 36" x 36" cuts.



NATIONAL NONWOVENS
P.O. Box 150
Easthampton, MA 01027
800-333-3469



**TOY002**

35% Wool/65% Rayon

Cinnamon

**0639**





**TOY002**

35% Wool/65% Rayon

Cinnamon

**0639**





**TOY002**

35% Wool/65% Rayon

Cinnamon

**0639**





**TOY002**

35% Wool/65% Rayon

Cinnamon

**0639**





**TOY002**

35% Wool/65% Rayon

Cinnamon

**0639**

**TOY002**

35% Wool/65% Rayon

Cinnamon

**0639**





404-292-0216 • Veva Dunckel, Owner

**VIKING WOODCRAFTS INC**, 1317 Eighth St SE, Waseca, MN 56093 • 507-835-1898 • Bill & Dorothy Steffan, Owners

**VILLAGE PEWTER**, 320 West Washington St, Medina, OH 44256 • 216-725-8545 • David Weber, Pres

**VILLAGE SAMPLER INDUSTRIES INC**, 7912 73rd Ave North, Brooklyn Park, MN 55428 • 612-424-6343, 612-424-6107 • Jerry & Laurie Bouta, Owners

**VINE STREET ORIGINALS**, 405 Chestnut St, Youngwood, PA 15697 • 412-925-9526 • Christine & Timothy Tuerk, Owners

**VIP**, 1412 Broadway, New York, NY 10018 • 212-730-4600 • Ann Bulgrin, Merchand Asst, Robin Dousmanis, Fashion Coordinator

**PAT VIRCH INC Traditional Norwegian Rosemaling Folk Art Tours**, 1506 Lynn Ave, Marquette, MI 49855 • 906-226-3931 • Niron Virch, Pres

**BLANCHE VIRGIEN CREWEL EMBROIDERY**, 20 Gun Mill Rd, Bloomfield, CT 06002 • 203-243-0043 • Blanche Virgien, Owner

**VIX SCALEMASTER MINIATURES**, 452 Drewville Rd, Carmel, NY 10512 • 914-279-4216 • Victor Roming, Owner

## W

**WALBEAD INC**, 29-76 Northern Blvd, Long Island City, NY 11101 • 718-392-7616 • Richard Wallach, Sls Mgr, Al Wallach

**WALCO-LINCK CO**, 1234 US Hwy 46, Box 769, Clifton, NJ 07015 • 201-471-1070 • Ed Spirko, Pres, Ted Pine, Chairman

**WALL LENK CORP**, Box 3349, Kinston, NC 28502-3349 • 919-527-4186 • Robert T Paul, VP Mkt, Richard W Cooper, Sls Dir

**WALMER DOLLHOUSES**, 2100 Jefferson Davis Hwy, Alexandria, VA 22301 • 703-548-8804 • Harry Walmer, Pres, Lorraine Horbaly, VP

**WALNUT HOLLOW FARM**, Rte 2, Dodgeville, WI 53533 • 608-935-2341 • Dave Ladd, Pres

**J L WALSH SILKS**, 4338 Edgewood, Oakland, CA 94602 • 415-531-0367 • Kirsten Barrere, Owner

**WM K WALTHERS INC**, 5601 West Florist Ave, Box 18676, Milwaukee, WI 53218 • 414-527-0770 • J Philip Walthers, Pres

**WAMSUTTA OTC**, 1430 Broadway, New York, NY 10018 • 212-930-5053

**WANDA'S DESIGNS**, 7904 Vaughn Mill Rd, Louisville, KY 40228 • 502-239-6233 • Jeffrey Gabbard, Partner

**WANG'S INTERNATIONAL INC**, 4250 Shelby Dr, Memphis, TN 38118 • 901-362-2111, 800-238-5996 • Robert Wang, Pres

**WARREN TOOL CO INC**, Rte 1, Box 14-A, Rhinebeck, NY 12572 • 914-876-7817 • Louise Banary, Sec, Fred Clark, Pres

**WASHINGTON PRODUCTS**, Box 3302, Omaha, NE 68103 • 402-342-2903 • Jerry Stark, Owner

**WEE DESIGNS**, Box 33766, Seattle, WA 98133 • 206-363-9871 • Gale Waid, Owner/Mgr

**AL WEISS ART NEEDLEWORK**, 631 Lone Palm Dr, Lakeland, FL 33801 • 813-688-4474 • Al Weiss

**WELDEN CABINETS**, 2405 Franciscan Dr, Clearwater, FL 33575 • 813-796-3638 • Mr Welden, Owner

**WEN PRODUCTS INC**, 5810 Northwest Hwy, Chicago, IL 60631 • 312-763-6060 • James McVey, Nat Sls Mgr

**WENDY JANE CREATIONS**, 1861 Farmbrook Rd, Mt Airy, NC 27030 • 919-786-5747 • Wendy Carriker, Owner

**WERNER ORIGINALS ENTERPRISES**, 10420 Burbank Blvd, North Hollywood, CA 91601 • 818-509-9212 • Charles Werner, Owner

**MARION DOVE WERTH**, 1539 Huntingdon Trail, Atlanta, GA 30338 • 404-394-0630 • Marion D Werth, Owner

**WEST COAST PICTURE CORP**, 5805 NE Skidmore St, Box 13706, Portland, OR 97213 • 503-282-7295, 800-452-4514 (OR Only), 800-547-3787 (Outside OR) • Gregory U Tenney, Sls Mgr

**WESTEK**, Box 8097, Portland, OR 97207 • 503-241-4260 • Helen Hecker, Pres

**WESTERN ALDER**, 1967 SW "G" St, Grants Pass, OR 97526 • 503-479-8236 • Bill & Maggie Robson, Owners

**WESTERN TRADING POST INC**, 32 Broadway, Box 9070, Denver, CO 80209-0070 • 303-777-7750 • Ronald C Eberhart, Pres

**WESTERN TRIMMING CORP**, 9667 Canoga Ave, Box 3879, Chatsworth, CA 91313 • 818-998-8550 (CA Only), 800-423-5211 (Outside CA), 800-221-5211 (CA Only) • Mel Stern, Nat Sls Mgr

**WESTEX INDUSTRIES**, Box 500, Garfield, NJ 07026 • 201-340-2200 • David Whipple, VP

**WESTMINSTER MFG CORP**, 227 Hathaway St, Box 326, Girard, PA 16421 • 814-774-5661 • Lynda L Scott

**WESTWOOD CERAMIC SUPPLY**, 14400 Lomitas, Industry, CA 91746 • 818-330-0631 • Louise Kelly, Mkt/Sls


"THE FAMILY OF FINE COMPANIES"

**WFR RIBBON CORP**, 251 Grant St, Bldg 39, 5th Floor, East Newark, NJ 07029 • 201-481-6600, 800-242-7215 • Barry Sokol, Exec VP, Laura Leggiero, Product Services Mgr

**WHAT KNOTS BY ROCKY INC**, Box 361, Dalzell, SC 29040 • 803-469-2944 • Rocky Rockwood, Pres

**WHAT'S NEW INC**, 3716 East Main St, Mesa, AZ 85205 • 602-830-4581 • Steven Marquardt, Gen Mgr

**WHAT'S NEXT?**, 1000 Cedar Ave, Dept PCM, Scranton, PA 18505 • 717-343-0614 • F Whitney Koch, Owner

**WHEAT WEAVING INC**, 127 West 30th, Hutchinson, KS 67502 • 316-665-6256 • Doxie A Keller, Owner

**WHEATCRAFT INC**, 212 North Main St, Box 853W, Russell, KS 67665 • 913-483-6300 • Joyce Berridge-Banbury, Owner/Pres

**WHEATLAND CRAFTS INC**, Rte 5, Scuffletown Road, Simpsonville, SC 29681 • 800-334-7706 • Tim Scott, Pres

**WHITE BUFFALO/WENDY YARNS**, 150 Hwy #9, Suite 34, Freehold, NJ 07728 • 201-577-9407 • John Brockelbank, Nat Sls Mgr

**WHITE SEWING PRODUCTS CO**, 11750 Berea Rd, Cleveland, OH 44111 • 216-252-3300 • Sidney R Bolick, VP

**WHITTEMORE-DURGIN GLASS CO**, Box 2065CA-D, Hanover, MA 02339 • 617-871-1790 • James H Hepburn, Pres

**WIDE WORLD ENTERPRISES**, Box 1582, Statesville, NC 28677 • 704-873-1789 • William Taylor, Pres

**WILDFLOWER FIBRES**, 263 Long Beach Rd, Island Park, NY 11558 • 516-889-3021 • Geri Schwimmer

**WILDWOOD INTERNATIONAL INC**, 4540 South 133rd St, Omaha, NE 68137 • 402-334-5292 • Larry D Henton, Pres



New Country Fresh Colors

FELT

WoolFelt™ — There's nothing like the real thing...

We've added something fresh to our flock! Country nostalgia . . . and Four new Country-fresh Colors From Commonwealth to enhance your felt sales in the craft and home decorating markets! "Country" is hot! Order up your Country freshness from Commonwealth today and watch your felt sales jump over the stiles!

**Commonwealth Felt Co.**
211 Congress Street, Boston, Massachusetts 02110
(800) 225-1579 or in MA (617) 423-3445

Circle Retailer Assistance Number 150