# "Classic Wool Felt"



## ...... *naturally better*

### 40% Wool / 60% Rayon



**THE FELT COMPANY**

# "Classic Wool Felt"



## ..... naturally better

### 40% Wool / 60% Rayon



THE FELT COMPANY




# "Classic Wool Felt"
## ...... naturally better

40% Wool / 60% Rayon        Dry Clean Only

| | |
|---|---:|
| COLOR CARDS | $3.00/EA |
| SWATCH RINGS | $5.00/EA |
| 9" x 12" RECTANGLES | $0.50 EA |
| 9" x 12" RECTANGLES 6 PK | $2.50/6PK |
| 9" x 12" RECTANGLES 21 COLORS | $10.00/21 COLORS |
| FAT QUARTERS 18" x 20" | $1.50/EA |
| FAT QUARTERS 18" x 20" 6/BOX | $9.00/BOX |



Phone: 1 800-327-0059
Fax: (864) 427-7904
e-mail: mail@cpe-felt.com
Visit us online at: www.cpe-felt.com

THE FELT COMPANY

F

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5-869-233

EFFECTIVE DATE OF REGISTRATION

MARCH 18 2004
Month / Day / Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1  TITLE OF THIS WORK ▼**
BOILED WOOLFELT INSTRUCTIONS

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**
**a  NAME OF AUTHOR ▼**
National Nonwovens, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Instructions for Boiling Felt Products Consisting of Wool

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b  NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c  NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3  a  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  1999 ◀ Year   In all cases.

**b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ August   Day ▶ 19   Year ▶ 1999
United States of America  ◀ Nation

**4  COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
National Nonwovens, Inc.
P.O. Box 150
Easthampton, MA 01027

APPLICATION RECEIVED
MAR 18 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 18 2004
FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶               Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Arthur F. Dionne, Esq.
McCormick, Paulding & Huber LLP
185 Asylum Street, CityPlace II
Hartford, CT 06103-3402

Area code and daytime telephone number ▶ (413) 736-5401            Fax number ▶ (413) 733-4543
Email ▶ dionne@ip-lawyers.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of National Nonwovens, Inc.
      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Arthur F. Dionne, Esq.                                    Date ▶ April 19, 2004

Handwritten signature (X) ▼
X _____

Certificate will be mailed in window envelope to this address:
Name ▼
Arthur F. Dionne, Esq., McCormick, Paulding & Huber LLP
Number/Street/Apt ▼
185 Asylum Street, CityPlace II
City/State/ZIP ▼
Hartford, CT 06103-3402

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—30,000  Web Rev: June 2002  ⊕ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

# Boiled WoolFelt® Instructions

You can make you own fleece-like felt in a wonderful natural fiber-blend! With this easy and fun project, you can create the perfect texture and give ordinary crafts and collectibles a unique and luxurious look!

**LIFT FOR INSTRUCTIONS**

1. **Wet National Nonwovens' WoolFelt® completely in a sink or basin.** Do not rub or agitate. Wash each color separately (some dye may be released into the water – this is normal).

2. **Squeeze by hand to remove as much water as possible.** Avoid wringing as it may stretch the material.

3. **Place in a standard tumble clothes dryer on regular setting until WoolFelt® is nearly dry (Approximately 35 minutes).** Do not over dry. Dry light colors separately from darker colors. Colors may change slightly during drying process, but will return to original shade once completely dry.



4. **Lay flat to dry completely, smoothing fabric gently by hand.** Large wrinkles may be removed by using a light steam iron held just above the surface of the fabric. The Felt can be returned to its original form by pressing with a steam iron.

Results may vary. Because WoolFelt® contains 20% - 35% wool, some shrinkage will occur during this process. Across a 36" wide swatch, there may be a loss of 2-4 inches. In length, the fabric may lose 3-5 inches per yard. To avoid future shrinkage upon completion, dry cleaning is recommended.

Use only WoolFelt® styles WCF001 and TOY002.

WoolFelt® should be washed only once to create the fleece-like effect.

### Now you are ready to add your own creative touch!

- Try making vests, hats, and other wearables.
- Transform your decorative accessories, like pillows and wall hangings, into distinctive showpieces.
- It's the perfect felt for cozy-cuddly bears, bunnies, and other squeezable toys.

WoolFelt® is manufactured exclusively by:

 **NATIONAL NONWOVENS**
P.O. Box 150, Easthampton, MA 01027  T: 800-333-3469  F: 413-527-0456
E-Mail: sales@nationalnonwovens.com    www.NationalNonwovens.com

G

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5-869-234

EFFECTIVE DATE OF REGISTRATION
March 18 2004

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
FRANNY'S FEATURES

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** NAME OF AUTHOR ▼
a  National Nonwovens, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE TEXT

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

c  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** a  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   1999
b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month ▶ August   Day ▶ 19   Year ▶ 1999
United States of America  ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
National Nonwovens, Inc.
P.O. Box 150
Easthampton, MA 01027

APPLICATION RECEIVED
MAR 18 2004
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
MAR 18 2004
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

*Amended by C.O. authority per telephone conversation of 3-29-04 with Arthur Dionne.

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶            Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                              Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Arthur F. Dionne, Esq.
McCormick, Paulding & Huber LLP
185 Asylum Street, CityPlace II
Hartford, CT 06103-3402

Area code and daytime telephone number ▶ (413) 736-5401          Fax number ▶ (413) 733-4543
Email ▶ dionne@ip-lawyers.com

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  National Nonwovens, Inc.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Arthur F. Dionne, Esq.                                             Date ▶ March 17, 2004

Handwritten signature (X) ▼
X _____

Certificate will be mailed in window envelope to this address:

Name ▼
Arthur F. Dionne, Esq., McCormick, Paulding & Huber LLP

Number/Street/Apt ▼
185 Asylum Street, CityPlace II

City/State/ZIP ▼
Hartford, CT 06103-3402

**9**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000  Web Rev: June 2002  ⊕ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021



- Craft, Hobby, Doll-Making, Quilt, Theater
- WoolFelt
- FiestaFelt
- FeltSoooSoft
- FeltShapes and Custom Die-Cuts
- Just-A-Touch Pressure Sensitives
- Athletic Letter Backing (LTR)
- Banner and Emblem Material
- Blanket Materials
- CFPFelt
- CHNFelt
- Fire Retardant Materials
- Franny's Features
- Hat Material
- Identity Products
- Printable Felt Bases
- WoolFelt Vests

Boiled WoolFelt® Instructions
Companion Pricing Program
Newsletters
Order Checklist
Pattern Partners
Retail List
Shade of the Month Promotion

**Featuring Franny Felt, famous felt fanatic**

BAAAAA and welcome to my fabulous fun-filled felt website. I know, I know. This is really National Nonwovens' homepage, but Michalina was kind enough to share this section with me in return for my expert advice on Franny's favorite felt fabrics. Not that she needs it. Michalina, Tony, Christin, Paul, Don, Gwen, and everybody at National Nonwovens have been providing the world with phenomenal felt longer than Little Bo Peep has been tending to my flock.

**Boiled WoolFelt® Instructions - sherpa-like, fleece-like felt in a wonderful natural fiber-blend**
Creating fleece-like felt is fun and easy. This Sherpa look is perfect for wearables, decorative accessories, and stuffed animals. Sherpa-like textures are made with National Nonwovens' WCF001 or TOY002 WoolFelt® fabrics.



Instructions:

1. Wet National Nonwovens' WCF001 or TOY002 WoolFelt® completely in a sink or basin. Do not rub or agitate. Wet each color separately (some dye may be released into the water - this is normal).

2. Squeeze by hand to remove as much water as possible. Avoid wringing as it may stretch the material.

3. Place in a standard tumble clothes dryer on regular setting until WoolFelt® is nearly dry (approximately 35 minutes). Do not over dry. Dry light colors separately from darker colors. Colors may change slightly during drying process.

4. Lay flat to dry completely, smoothing fabric gently by hand. Large wrinkles may be removed by using a light steam iron held just above the surface of the fabric. Return felt to its original form by pressing with a steam iron.

Results may vary. Because WoolFelt® contains 20% wool in WCF001 and 35% wool in TOY002, some shrinkage will occur during this process. Across a 36" wide swatch, there may be a loss of 2-4 inches. In length, the fabric may lose 3-5 inches per yard. To avoid future shrinkage upon completion, dry cleaning is recommended.

printable version (pdf)

**Add your own creative touch!**
- Try making vests, hats and other wearables.
- Transform your decorative accessories, like pillows and wall hangings, into distinctive showpieces.
- It's the perfect felt for cozy-cuddly bears, bunnies and other squeezable toys.



**Companion Pricing Program**
National Nonwovens does more than just SAY they care about their customers, they PROVE their commitment with their Companion Pricing Program. Customers can couple products together and receive a more favorable pricing structure when purchasing multiple products.

Here's how it works. Normally, when buying large volumes of one of National Nonwovens' companion products, the price break is according to the quantity purchased. With the Companion Pricing Program, the price of the companion product, within its own pricing category, will fall into the same price tier of the larger volume purchase. Customers are invited to pick and choose between both bolts and squares.

**Back To Top**

National Nonwovens has conveniently companioned the following product lines:
- CHNFelt and Athletic Letter Backing (LTR)
- FiestaFelt™, FeltSoooSoft® and WoolFelt®
- CHNFelt, FiestaFelt™, FeltSoooSoft®, WoolFelt®, and Athletic Letter Backing



http://www.nationalnonwovens.com/Applications/craft/franny.htm          3/16/04

**Newsletters**
Did you miss National Nonwovens' latest newsletter full of industry news,
Designer features, and Felt Tips & Tricks? Don't worry, just click and print here!

**HIA 2004 Newsletter!**

Page 1    Page 2



**Order Checklist**

**Minimum Order Requirements**: $200 on initial order, $75 on reorders within 1 year.

For your convenience please have the following information on-hand when ordering:

- Style (WCF001, TOY002, etc...)
- Color (color number helpful but not required)
- Quantity and Put-Ups (bolts, squares, etc...)
- Date needed
- Ship-to Location
- Method of Payment

All orders are shipped UPS or ABF, COD; unless customer specifies otherwise.
FOB Easthampton, Massachusetts.



**Pattern Partners and Designer Associates**
National Nonwovens is perhaps proudest of the many endorsements from
prestigious Pattern Partners and Designer Associates.   Please visit our Pattern Partner page
for a partial listing of some professionals in the industry who enthusiastically endorse
National Nonwovens' products.

**Retail List**
Please call Don at National Nonwovens for a complete list of retail stores,
1-800-333-3469 ext. 643.

Back To Top

---

Save Every Month!

## Shade of the Month Promotion

SAVE 5% on a selected shade every month.

| Month | Shade |
|---|---|
| **March** | Blue |
| **April** | Red |
| **May** | Yellow |
| **June** | Brown |
| **July** | Green |
| **August** | Orange/Black |

Home / Company Profile / Products / Applications / News / Contact Us

WoolFelt is a registered trademark of National Nonwovens
FeltSoooSoft is a registered trademark of National Nonwovens

**NATIONAL NONWOVENS**

P.O. Box 150 Easthampton MA 01027
T: 413-527-3445 F: 413-527-9570
1-800-333-3469

H

Crafts, Wool & Industrial Felt & Outdoor Canvas by CPE Felt                                                                     4/14/04 2:03 PM

 

### INSTRUCTIONS FOR BOILING
### CLASSIC WOOL FELT

Step 1: Completely soak the Classic Wool Felt in cold water. Caution should be used if you wet mixed colors as bleeding may occur.

Step 2: Remove as much water as possible by squeezing. Do not wring. Wringing may stretch the felt.

Step 3: On a medium setting, dry the Classic Wool Felt until it s almost dry. Dry time approximately 30-35 minutes, depending upon your dryer. Do not over dry.

Step 4: To finish drying, lay flat. Remove any large wrinkles using light steam. Do not lay the iron on the felt, hold just above the surface of the felt.

**Note:** Classic Wool Felt can be returned to its original form by ironing with a steam iron.
**Recommendation:** Dry Clean Only after boiling Classic Wool Felt to avoid further shrinkage and color bleeding.



About Us :: Craft Felt :: Wool Felt :: Industrial Felt :: Outdoor Canvas :: News & Events :: Place an order :: Contact Us :: Info Request :: Home

Phone **1.800.327.0059**  ¥  Fax **864.427.7904**  ¥  E-mail mail@cpe-felt.com

Copyright ' 2004-2014  Consumer Products Enterprises Inc. All rights reserved.
Images are for reference only. Colors on your monitor may not match actual color of product.