# United States District Court

DISTRICT OF __Massachusetts__

NATIONAL NONWOVENS, INC.

V.

CONSUMER PRODUCTS ENTERPRISES, INC. (CPE)

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**04-30078-MAP**

TO: (Name and address of defendant)

CONSUMER PRODUCTS ENTERPRISES, INC.
541 BUFFALO WEST SPRINGS HIGHWAY
UNION, SOUTH CAROLINA 29379

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ARTHUR F. DIONNE, ESQ.
MCCORMICK, PAULDING & HUBER LLP
1350 MAIN STREET, FIFTH FLOOR
SPRINGFIELD, MA 01103-1628

an answer to the complaint which is herewith served upon you, within __20 Twenty__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE 4/20/04

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me¹ | DATE: MAY 10, 2004 |
| NAME OF SERVER (PRINT): ARTHUR F. DIONNE | TITLE: ATTORNEY |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Summons & Complaint sent by Certified Mail to Defendant on April 20, 2004. The Documents were Received by Katie Bethenbaugh at Defendant's South Carolina Address. The Date of Actual Service is Unknown; However, Return of Service was Received on April 26, 2004.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 10, 2004
Date

Signature of Server

Address of Server: McCormick Paulding & Huber
1350 Main St., 5th Floor
Springfield, MA 01103

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

Postage $ ____
Certified Fee ____
Return Receipt Fee (Endorsement Required) ____
Restricted Delivery Fee (Endorsement Required) ____
Total Postage & Fees $ ____
Postmark Here

Sent To _____
Street, Apt. No.; or PO Box No. _____
City, State, ZIP+ 4 _____

PS Form 3800, January 2001   See Reverse for Instructions