UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACUSETTS

FILED
CLERKS OFFICE

MAY 12  A 9 3

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| NATIONAL NONWOVENS, INC. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No.: 04-30078-MAP |
| CONSUMER PRODUCTS ENTERPRISES, INC. | ) |
| Defendant | ) |

PROOF OF SERVICE

In accordance with Fed. R. Civ. P. 4 (l), Plaintiff National Nonwovens, Inc., by its attorneys, hereby certify that the Summons and Complaint in this litigation was served on the Defendant Consumer Products Enterprises, Inc. by Certified Mail posted on April 20, 2004.  As evidenced by the Domestic Return Receipt (Exhibit A), the documents were received at Defendant's South Carolina address by Katie Betenbaugh. The date of actual service on the Defendant is not noted on the Domestic Return Receipt; however, Plaintiff's attorneys received the Domestic Return Receipt on April 26, 2004.

Respectfully submitted,

National Nonwovens, Inc.
By Their Attorney

Date: _May 10_, 2004

Arthur F. Dionne
BBO No. 125,760
J. Kevin Grogan
BBO No. 635,089
McCormick, Paulding & Huber LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103
Tel. (413) 736-5401
Fax (413) 733-4543

6020-0011-1

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address

2. ☐ Restricted Delivery

Consult postmaster for fee.

| 3. Article Addressed to: | 4a. Article Number |
|---|---|
| Consumer Products Enterprises<br>541 Buffalo West Springs<br>Highway<br>Union, South Carolina<br>29379 | 7001 1940 0007 0477 5178 |
| | 4b. Service Type |
| | ☐ Registered   ☐ Insured<br>☒ Certified   ☐ COD<br>☐ Express Mail   ☒ Return Receipt for Merchandise |
| | 7. Date of Delivery |
| 5. Signature (Addressee)<br>Katie Betenbaugh | 8. Addressee's Address (Only if requested and fee is paid) |
| 6. Signature (Agent) | |

*s your RETURN ADDRESS completed on the reverse side?*

*Thank you for using Return Receipt Service.*

PS Form **3811**, December 1991     ☆U.S. GPO: 1993—352-714     **DOMESTIC RETURN RECEIPT**





EXHIBIT

A



UNITED STATES POSTAL SERVICE

Official Business

PENALTY FOR PRIVATE
USE TO AVOID PAYMENT
OF POSTAGE, $300



Print your name, address and ZIP Code here

**McCORMICK, PAULDING & HUBER LLP**
**1350 MAIN STREET**
**5th FLOOR**
**SPRINGFIELD, MA 01103**