UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30078-MAP

| | |
|---|---|
| NATIONAL NONWOVENS, INC.,<br>    Plaintiff, | )<br>) |
| v. | ) DEFENDANT'S RULE 7.1<br>) DISCLOSURE STATEMENT |
| CONSUMER PRODUCTS ENTERPRISES, INC.,<br>    Defendant. | )<br>)<br>)<br>) |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Consumer Products Enterprises, Inc. ("CPE"), hereby states that it has no parent corporation. CPE further states that no publicly held corporation holds 10% of more of its stock.

Dated:  May 13, 2004

Respectfully submitted,
CONSUMER PRODUCTS
ENTERPRISES, INC.
By Its Attorneys:

/s/ James C. Duda

James C. Duda
 BBO No. 551207
Joshua P. Grey
 BBO No. 650544
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
413-781-2820
413-272-6806 – fax
e-mail: jduda@bulkley.com
       jgrey@bulkley.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on May 13, 2004.

_____
Joshua P. Grey