UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHHUSETTS

NATIONAL NONWOVENS, INC.   )
                           )
        Plaintiff          )
                           )
v.                         )   Civil Action No.: 04-30078-MAP
                           )
CONSUMER PRODUCTS ENTERPRISES, INC. )
                           )
        Defendant          )

**PLAINTIFF'S MOTION UNDER RULE 15 OF THE FEDERAL RULES OF CIVIL PROCEDURE TO AMEND COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15, Plaintiff National Nonwovens, Inc. ("NNI") moves the Court to permit it to amend its Complaint to correct inadvertent errors, i.e. Plaintiff's State of incorporations and mis-numbered Counts. The amended Complaint is attached hereto.

Counsel for Defendant Consumer Products Enterprises, Inc. ("CPE") has indicated that CPE will not oppose this motion.

Respectfully submitted,
National Nonwovens, Inc.
By Their Attorney

Date: May 26, 2004

_____
Arthur F. Dionne
BBO No. 125,760
J. Kevin Grogan
BBO No. 635,089
McCormick, Paulding & Huber LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103
Tel. (413) 736-5401
Fax (413) 733-4543

1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed, postage prepaid, this _26th_ day of _May_, 2004 to all counsel of record for each party.

_____
Arthur F. Dionne, Esq.