FILED
CLERK'S OFFICE

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

2004 MAY 27 A 10:31

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| NATIONAL NONWOVENS, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No.: 04-30078-MAP |
| ) | |
| CONSUMER PRODUCTS ENTERPRISES, INC. ) | |
| ) | |
| ) | |
| Defendant ) | |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff National Nonwovens, Inc. ("NNI") hereby states that it has no parent corporation. NNI further states that no publicly held corporation holds 10% or more of its stock.

Respectfully submitted,
National Nonwovens, Inc.
By Their Attorney

Date: May 26, 2004

Arthur F. Dionne
BBO No. 125,760
J. Kevin Grogan
BBO No. 635,089
McCormick, Paulding & Huber LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103
Tel. (413) 736-5401
Fax (413) 733-4543

1

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing was mailed, postage prepaid, this _26th_ day of _May_, 2004 to all counsel of record for each party.

                                                /s/ Arthur F. Dionne
                                                Arthur F. Dionne, Esq.