UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL NONWOVENS, INC., </br></br> Plaintiff, </br></br> v. </br></br> CONSUMER PRODUCTS ENTERPRISES, INC., </br></br> Defendant | ) </br> ) </br> ) </br> ) </br> ) Civil Action No.: 04-30078-MAP </br> ) </br> ) </br> ) </br> ) |

**JOINT SCHEDULING STATEMENT FOR INITIAL SCHEDULING CONFERENCE**

Pursuant to the Notice of Scheduling Conference dated May 21, 2004, and in accordance with Federal Rules of Civil Procedure 16(b) and Local Rule 16.1, counsel for the Plaintiff and counsel for the Defendant submit the following:

**A.   Proposed Agenda of Matters to Be Discussed At Scheduling Conference**

   1.   Motion For Protective Order

   2.   Establishment of Pretrial Schedule, including discovery, motions, amendments to pleadings and case management conference.

   3.   Plaintiff's settlement proposal and Defendant's response thereto.

   4.   No election to proceed before the Magistrate.

**B.   Proposed Pretrial Schedule**

   i.   <u>Plaintiff's Proposed Schedule</u>

   | Event | Deadline |
   |---|---|
   | 1.   Parties serve First Set of Interrogatories, First Set of Requests for Production and initial disclosures pursuant to Fed. R. Civ. P. 26(1)(a) | July 15, 2004 |

| | | | |
|---|---|---|---|
| | 2. | Parties to complete non-expert discovery | January 3, 2005 |
| | 3. | Trial experts identified and reports submitted pursuant to Fed. R. Civ. P. 26(a)(2) | February 3, 2005 |
| | 4. | Rebuttal experts identified and reports submitted pursuant to Fed. R. Civ. P. 26(a)(2) | March 3, 2005 |
| | 5. | Expert depositions completed | May 13, 2005 |
| | 6. | Filing of dispositive motions | June 15, 2005 |
| | 7. | Opposition to dispositive motions | July 15, 2005 |
| | 8. | Replies to oppositions to dispositive motions | July 29, 2005 |
| | 9. | Final pretrial conference | August 18, 2005 |

ii. <u>Defendant's Proposed Schedule</u> (Phased Discovery)

    a.  Resolve the issue of whether, under federal or state law, the term "WoolFelt" or "Wool Felt" can be a valid trademark or, instead, is an unprotectable generic term ("Genericness Issue")

| | | | |
|---|---|---|---|
| | 1. | Parties complete Rule 26(a)(1) initial disclosures and serve First Set of Interrogatories and First Set of Requests for Production | July 15, 2004 |
| | 2. | Parties complete discovery as to Genericness Issue | August 30, 2004 |
| | 3. | Parties file dispositive motions as to Genericness Issue | September 30, 2004 |
| | 4. | Parties file opposition memoranda | October 15, 2004 |

    b.  Resolve remaining issues as necessary

| | | | |
|---|---|---|---|
| | 1. | Parties complete non-expert discovery | January 3, 2005 |

[Remaining discovery schedule same as Plaintiff has proposed, above, with respect to all other issues.]

## C. Settlement Proposal

Plaintiff will submit a settlement proposal to the Defendant prior to the Scheduling Conference.

2

D.  **Certification of Counsel Regarding Budget and Alternative Dispute Resolution**

Certifications signed by counsel and a representative of each party affirming that they have conferred with counsel regarding establishing a budget for the costs of litigation and regarding use of alternative dispute resolution in this litigation will be filed in hand by counsel for each party at the Scheduling Conference on June 24, 2004.

Dated: June 10, 2004

Respectfully submitted:

The Plaintiff
National Nonwovens, Inc.

The Defendant
Consumer Products Enterprises, Inc.

Arthur F. Dionne  /s/ JCD
w/ permission
of Mr. Dionne
Arthur F. Dionne
BBO No. 125,760
J. Kevin Grogan
BBO No. 635,089
McCormick, Paulding & Huber LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103
Tel. (413) 736-5401
Fax (413) 733-4543

James C. Duda
BBO No. 551207
James P. Grey
BBO No. 650544
Buckley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, Massachusetts 01115
Tel. (413) 781-2820
Fax (413) 272-6806

3