UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL NONWOVENS, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No.: 04-30078-MAP |
| ) | |
| CONSUMER PRODUCTS ENTERPRISES, INC. ) | |
| ) | |
| Defendant ) | |

## PLAINTIFF'S ANSWER TO DEFENDANT'S ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIMS

Plaintiff National Nonwovens, Inc ("NNI"), responds to the allegations of Defendant Consumer Products Enterprises, Inc.'s ("CPE") counterclaims, as follows:

1. Plaintiff admits the allegations of paragraph 1 of CPE's counterclaims.

2. Plaintiff admits the allegations of paragraph 2 of CPE's counterclaims.

3. The allegations of paragraph 3 of CPE's counterclaims are a characterization of the nature of CPE's counterclaims against NNI and needs no response.

4. Plaintiff admits the allegations of paragraph 4 of CPE's counterclaims.

5. Plaintiff admits the allegations of paragraph 5 of CPE's counterclaims.

6. Plaintiff admits the allegations of paragraph 6 of CPE's counterclaims.

7. Plaintiff admits the allegations of paragraph 7 of CPE's counterclaims.

8. Plaintiff denies the allegations of paragraph 8 of CPE's counterclaims.

9. Plaintiff denies the allegations of paragraph 9 of CPE's counterclaims.

10. Plaintiff denies the allegations of paragraph 10 of CPE's counterclaims.

11. Plaintiff denies the allegations of paragraph 11 of CPE's counterclaims.

12. Plaintiff hereby adopts and incorporates herein its answers to paragraphs 1-11 of CPE's counterclaims as if fully set forth herein.

13. Plaintiff denies the allegations of paragraph 13 of CPE's counterclaims.

14. Plaintiff denies the allegations of paragraph 14 of CPE's counterclaims.

15. Plaintiff denies the allegations of paragraph 15 of CPE's counterclaims.

16. Plaintiff denies the allegations of paragraph 16 of CPE's counterclaims.

17. Plaintiff hereby adopts and incorporates herein its answers to paragraphs 1-16 of CPE's counterclaims as if fully set forth herein.

18. Plaintiff denies the allegations of paragraph 18 of CPE's counterclaims.

19. Plaintiff denies the allegations of paragraph 19 of CPE's counterclaims.

20. Plaintiff denies the allegations of paragraph 20 of CPE's counterclaims.

21. Plaintiff denies the allegations of paragraph 21 of CPE's counterclaims.

22. Plaintiff denies the allegations of paragraph 22 of CPE's counterclaims

23. Plaintiff hereby adopts and incorporates herein its answers to paragraphs 1-22 of CPE's counterclaims as if fully set forth herein.

24. Plaintiff denies the allegations of paragraph 24 of CPE's counterclaims.

25. Plaintiff denies the allegations of paragraph 25 of CPE's counterclaims.

26. Plaintiff hereby adopts and incorporates herein its answers to paragraphs 1-25 of CPE's counterclaims as if fully set forth herein.

27. Plaintiff admits the allegations of paragraph 27 of CPE's counterclaims.

28. Plaintiff denies the allegations of paragraph 28 of CPE's counterclaims.

29. Plaintiff denies the allegations of paragraph 29 of CPE's counterclaims.

30. Plaintiff denies the allegations of paragraph 30 of CPE's counterclaims.

Wherefore, NNI prays that CPE be denied all relief requested based on its counterclaims and affirmative defenses.

Date: June 16, 2004

Respectfully submitted,
National Nonwovens, Inc.
By Their Attorney

_____
Arthur F. Dionne
BBO No. 125,760
J. Kevin Grogan
BBO No. 635,089
McCormick, Paulding & Huber LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103
Tel. (413) 736-5401
Fax (413) 733-4543

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed, postage prepaid, this 16th day of Jun, 2004 to all counsel of record for each party.

_____
Arthur F. Dionne, Esq.

3