UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NATIONAL NONWOVENS, INC., )<br>　　　　　　　　Plaintiff　） <br>　　　　　　　　　　　　　）<br>　　v.　　　　　　　　　） <br>　　　　　　　　　　　　　）<br>　　　　　　　　　　　　　）<br>CONSUMER PRODUCTS　　） <br>ENTERPRISES, INC.,　　　　） <br>　　　　　　　　Defendant ） | | Civil Action No. 04-30078-MAP |

SCHEDULING ORDER
June 24, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. The parties shall complete their automatic disclosures by July 15, 2004.

2. All non-expert discovery, including non-expert depositions, shall be completed by January 3, 2005.

3. The parties shall designate and disclose information regarding their trial experts with regard to "genericness" as required by FED. R. CIV. P. 26(a)(2) by January 3, 2005.

4. Depositions of such experts shall be completed by February 3, 2005.

5. Counsel shall appear for a case management conference on February 8, 2005, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　/s/ Kenneth P. Neiman
　　　　　　　　　　　　　　　　　　　　KENNETH P. NEIMAN
　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge