# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30078-MAP

| | |
|---|---|
| NATIONAL NONWOVENS, INC., <br>     Plaintiff, <br><br> v. <br><br> CONSUMER PRODUCTS ENTERPRISES, INC. <br>     Defendant. | ) <br> ) <br> ) <br> )    LOCAL RULE 16.1(D)(3) <br> )    CERTIFICATION <br> ) <br> ) <br> ) <br> ) |

The defendant, Consumer Products Enterprises, Inc., and its counsel, affirm that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

**[Remainder of Page Intentionally Left Blank]**

Defendant

**CONSUMER PRODUCTS ENTERPRISES, INC.**

By: _____
    John L. Pugh
    President

June 24, 2004

_____
James C. Duda
 BBO No. 551207
Joshua P. Grey
 BBO No. 650544
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
Tel: 413-781-2820
Fax: 413-272-6806