UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL NONWOVENS, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No.: 04-30078-MAP |
| ) | |
| CONSUMER PRODUCTS ENTERPRISES, INC.) | |
| ) | |
| ) | |
| Defendant ) | |

## CERTIFICATION OF PLAINTIFF NATIONAL NONWOVENS, INC.

Plaintiff National Nonwovens, Inc. and its counsel hereby certify that they have conferred with regard to the establishment of a budget for the cost of this litigation and regarding the use of alternative dispute resolution in this litigation.

Dated: June  18 , 2004

Respectfully submitted,
National Nonwovens, Inc.

By _____
Anthony Centofanti
President

McCormick, Paulding & Huber, LLP
Counsel for Plaintiff

By _____
Arthur F. Dionne, Esq.
BBO #125,760