UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL NONWOVENS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 04-30078-MAP |
| ) | |
| CONSUMER PRODUCTS ) | |
| ENTERPRISES, INC., ) | |
| ) | October 27, 2004 |
| Defendant. ) | |

## NATIONAL NONWOVENS, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND ANSWERS TO INTERROGATORIES FROM CONSUMER PRODUCTS ENTERPRISES, INC.

Pursuant to Rules 33, 34 and 37 of the Federal Rules of Civil Procedure, and Local Rule 37.1 for the United States District Court for the District of Massachusetts, Plaintiff National Nonwovens, Inc. ("NNI") seeks an Order from the Court compelling Defendant Consumer Products Enterprises, Inc. ("CPE") to respond to certain interrogatories and document requests propounded by NNI that remain unanswered by CPE.

A Memorandum in support of this Motion is submitted herewith with attached copies of CPE's First Interrogatory Responses (Exhibit A), CPE's Second Interrogatory Responses (Exhibit B), CPE's First Responses to Document Requests (Exhibit C) and CPE's Second Responses to Document Requests (Exhibit D). Also attached is a Declaration from Arthur F. Dionne (hereinafter "Dionne Decl.", Exhibit E), counsel for NNI, verifying that good faith efforts were made in accordance with Local Rule 37.1(B)

to eliminate or reduce the controversy as to the issues presented in this Motion, without success and a proposed Protective Order (Exhibit F).

Respectfully submitted,

National Nonwovens, Inc.
By Their Attorney

Date: October 27, 2004

/s/ Arthur F. Dionne
Arthur F. Dionne
BBO No. 125,760
J. Kevin Grogan
BBO No. 635,089
McCormick, Paulding & Huber LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103
Tel. (413) 736-5401
Fax (413) 733-4543

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed, postage prepaid, this 27TH day of October, 2004 to all counsel of record for each party.

/s/ Arthur F. Dionne
Arthur F. Dionne, Esq.

[6020-0011-1]