UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL NONWOVENS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONSUMER PRODUCTS )<br>   ENTERPRISES, INC., )<br>)<br>Defendant. )<br>) | Civil Action No.: 04-30078-MAP<br><br>October 27, 2004 |

### DECLARATION OF ARTHUR F DIONNE

I, Arthur F. Dionne, declare and say that:

1. I am Counsel to the Plaintiff National Nonwovens, Inc. ("NNI") in the above-entitled litigation.

2. In conjunction with Counsel for the Defendant Consumer Products Enterprises, Inc. ("CPE"), I prepared a Joint Scheduling Statement for Initial Scheduling Conference (Exhibit 1) wherein the Proposed Agenda included, *inter alia*, a Motion For Protective Order.

3. During a brief discussion of the Motion for a Protective Order at the Scheduling Conference, Counsel for CPE stated that a Protective Order was not necessary in this case.



4. Subsequent to receiving Defendant's Response to Plaintiff's First Set of Interrogatories and Defendant's Response to Plaintiff's First Request For Production of Documents, i.e., on or about August 23, 2004, I sent a [Proposed] Stipulated Protective Order (Exhibit F) to CPE's Counsel for review and comment (Exhibit 2). CPE's Counsel did not formally respond to my request for review and comment other than to verbally comment that it was too complex and not needed..

5. On or about September 15, 2004, I requested that CPE's Counsel confirm that his position on the need for a Protective Order remained the same, i.e. not needed (Exhibit 3).

6. On or about October 12, 2004, I again requested that CPE's Counsel respond to my inquiry of September 15, 2004 (Exhibit 4).

7. On or about October 13, 2004, CPE's Counsel again stated that the proposed Protective Order was too complex and suggested that I prepare a more specific Order. He stated that he did not see the Protective Order as a significant obstacle (Exhibit 5).

8. On or about October 13, 2004, I advised CPE's Counsel that if he had a different format for a Protective Order I would be pleased to review it. As of the date of this Declaration, I have not received any proposed Protective Order from CPE's Counsel (Exhibit 6).

9. On or about October 18, 2004, I received Defendant's Response to Plaintiff's Second Set of Interrogatories and Defendant's Response to Plaintiff's Second Request for Production of Documents (Exhibits B and D).

10. On or about October 19, 2004, I requested a discovery conference with CPE's Counsel in accordance with Local Rule 37.1 (Exhibit 7). Said conference was conducted by telephone on October 25, 2004, and no issues were resolved.

I, Arthur F. Dionne, declare and say that all statements made herein of my own knowledge are true; and that all statements made on information and belief are believed to be true; and further, that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

Date: Oct. 27, 2004

Arthur F. Dionne
BBO No. 125,760
J. Kevin Grogan
BBO No. 635,089
McCormick, Paulding & Huber LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103
Tel. (413) 736-5401
Fax (413) 733-4543

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed, postage prepaid, this 27th day of October, 2004 to all counsel of record for each party.

Arthur F. Dionne

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL NONWOVENS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 04-30078-MAP |
| ) | |
| CONSUMER PRODUCTS ENTERPRISES, INC., ) | |
| ) | |
| Defendant ) | |

**JOINT SCHEDULING STATEMENT FOR INITIAL SCHEDULING CONFERENCE**

Pursuant to the Notice of Scheduling Conference dated May 21, 2004, and in accordance with Federal Rules of Civil Procedure 16(b) and Local Rule 16.1, counsel for the Plaintiff and counsel for the Defendant submit the following:

**A.  Proposed Agenda of Matters to Be Discussed At Scheduling Conference**

1. Motion For Protective Order

2. Establishment of Pretrial Schedule, including discovery, motions, amendments to pleadings and case management conference.

3. Plaintiff's settlement proposal and Defendant's response thereto.

4. No election to proceed before the Magistrate.

**B.  Proposed Pretrial Schedule**

i.  <u>Plaintiff's Proposed Schedule</u>

| Event | Deadline |
|---|---|
| 1. Parties serve First Set of Interrogatories, First Set of Requests for Production and initial disclosures pursuant to Fed. R. Civ. P. 26(1)(a) | July 15, 2004 |



|   |   |   |
|---|---|---|
| 2. | Parties to complete non-expert discovery | January 3, 2005 |
| 3. | Trial experts identified and reports submitted pursuant to Fed. R. Civ. P. 26(a)(2) | February 3, 2005 |
| 4. | Rebuttal experts identified and reports submitted pursuant to Fed. R. Civ. P. 26(a)(2) | March 3, 2005 |
| 5. | Expert depositions completed | May 13, 2005 |
| 6. | Filing of dispositive motions | June 15, 2005 |
| 7. | Opposition to dispositive motions | July 15, 2005 |
| 8. | Replies to oppositions to dispositive motions | July 29, 2005 |
| 9. | Final pretrial conference | August 18, 2005 |

ii. <u>Defendant's Proposed Schedule</u> (Phased Discovery)

a. Resolve the issue of whether, under federal or state law, the term "WoolFelt" or "Wool Felt" can be a valid trademark or, instead, is an unprotectable generic term ("Genericness Issue")

|   |   |   |
|---|---|---|
| 1. | Parties complete Rule 26(a)(1) initial disclosures and serve First Set of Interrogatories and First Set of Requests for Production | July 15, 2004 |
| 2. | Parties complete discovery as to Genericness Issue | August 30, 2004 |
| 3. | Parties file dispositive motions as to Genericness Issue | September 30, 2004 |
| 4. | Parties file opposition memoranda | October 15, 2004 |

b. Resolve remaining issues as necessary

|   |   |   |
|---|---|---|
| 1. | Parties complete non-expert discovery | January 3, 2005 |

[Remaining discovery schedule same as Plaintiff has proposed, above, with respect to all other issues.]

C. **Settlement Proposal**

Plaintiff will submit a settlement proposal to the Defendant prior to the Scheduling Conference.

**D.    Certification of Counsel Regarding Budget and Alternative Dispute Resolution**

Certifications signed by counsel and a representative of each party affirming that they have conferred with counsel regarding establishing a budget for the costs of litigation and regarding use of alternative dispute resolution in this litigation will be filed in hand by counsel for each party at the Scheduling Conference on June 24, 2004.

Dated:   June 10, 2004

Respectfully submitted:

| The Plaintiff | The Defendant |
|---|---|
| National Nonwovens, Inc. | Consumer Products Enterprises, Inc. |

Arthur F. Dionne  /s/ JCD
BBO No. 125,760
J. Kevin Grogan
BBO No. 635,089
McCormick, Paulding & Huber LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103
Tel. (413) 736-5401
Fax (413) 733-4543

James C. Duda
BBO No. 551207
James P. Grey
BBO No. 650544
Buckley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, Massachusetts 01115
Tel. (413) 781-2820
Fax (413) 272-6806

# M&H  McCormick, Paulding & Huber LLP
*Intellectual Property Law*

*Offices in*
Hartford, CT and
Springfield, MA

*From the Desk of*
Arthur F. Dionne
dionne@ip-lawyers.com
Tel 413 736.5401
Fax 413 733.4543

1350 Main Street
5th Floor
Springfield, MA 01103-1628
www.IP-Lawyers.com

Correspondence Address:
CityPlace II
185 Asylum Street
Hartford, CT 06103-3402

John C. Linderman*✦
J. Kevin Grogan*✦
Arthur F. Dionne*✦
Richard R. Michaud*
Marina F. Cunningham*
Richard D. Getz*
Daniel G. Mackas*
Nicholas J. Tuccillo*
Wm. Tucker Griffith*
Donald J. MacDonald✦
Kevin H. Vanderleeden✦
Wayne R. Grohs*
Andrea C. Walsh, Ph.D
Jeanne M. Tanner*
John A. Kramer✦
*Admitted in CT
✦Admitted in MA

*Practice Development*
John T. Duffy, Esq.

*Technical Consultants*
Chad A. Dever, Ph.D.
Alan L. Stern

*Of Counsel*
Donald K. Huber*
Frederick J. Haesche*
John C. Hilton*
Chester E. Flavin✦
William C. Crutcher*
John J. Dempsey

August 23, 2004

James C. Duda, Esq.
Buckley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, Massachusetts 01115

Re: National Nonwovens, Inc. v.
Consumer Products Enterprises, Inc.
Civil Action No. 04-30048-MAP
- (Our File No. 6020-0011-1)

Dear Jim:

It is clear from both of our responses to discovery that we need a Protective Order in this case. To this end I'm enclosing a [Proposed] Stipulated Protective Order for your review and comment.

If you have any questions, please call me.

Sincerely yours,

Arthur F. Dionne

AFD/amp
Enclosure

EXHIBIT

# M&H  McCormick, Paulding & Huber LLP
*Intellectual Property Law*

*Offices in*
Hartford, CT and
Springfield, MA

*From the Desk of*
Arthur F. Dionne
dionne@ip-lawyers.com
Tel 413 736 5401
Fax 413 733 4543

1350 Main Street
5th Floor
Springfield, MA 01103-1628
www.IP-Lawyers.com

Correspondence Address:
CityPlace II
185 Asylum Street
Hartford, CT 06103-3402

John C. Linderman*♦
J. Kevin Grogan*♦
Arthur F. Dionne*♦
Richard R. Michaud*
Marina F. Cunningham*
Richard D. Getz*
Daniel G. Mackas*
Nicholas J. Tuccillo*
Wm. Tucker Griffith*
Donald J. MacDonald♦
Kevin H. Vanderleeden♦
Wayne R. Grohs*
Andrea C. Walsh, Ph.D.
Jeanne M. Tanner*
John A. Kramer♦
*Admitted in CT
♦Admitted in MA

*Practice Development*
John T. Duffy, Esq.

*Technical Consultants*
Chad A. Dever, Ph.D.
Alan L. Stern

*Of Counsel*
Donald K. Huber*
John C. Hilton*
Frederick J. Haesche*
Chester E. Flavin♦
William C. Crutcher*
John J. Dempsey♦

September 15, 2004

James C. Duda, Esq.
Buckley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, Massachusetts 01115

Re:  National Nonwovens, Inc. v.
Consumer Products Enterprises, Inc.
Civil Action No. 04-30048-MAP
- (Our File No. 6020-0011-1)

Dear Jim:

Please find enclosed the following documents:

PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS

PLAINTIFF'S SECOND SET OF INTERROGATORIES TO DEFENDANT

NOTICE OF DEPOSITION

In our First Set Of Interrogatories and First Set of Requests for Production, you objected to providing us with any information that related to customer lists and/or product sales information as such information is considered proprietary information and constitutes trade secrets. (See responses to Interrogatory Nos. 9, 10 and 13 and responses to Production Request Nos. 23, 24 and 25). In relation to this issue, you have also indicated that the suggested Protective Order that I sent to you with my letter of August 23, 2004 is not needed. Please confirm that your position on these issues remains the same.

If you have any questions, please call me.

Sincerely yours,

*[signature]*

Arthur F. Dionne

AFD/med


EXHIBIT

Tue, Oct 12, 2004   10:55

**From:** Arthur F.Dionne <dionne@ip-lawyers.com>
**To:** <jduda@bulkley.com>
**Date:** Tuesday, October 12, 2004 10:55 AM
**Subject:** Protective Order

---

Dear Jim;
    In my letter of September 15, 2004, I asked if you still maintained that a Protective Order is not needed in this case in spite of the fact that you have refused to provide requested customer lists and product sales information.  I would appreciate your response to my inquiry.
Regards,
Art Dionne
------------------------------------------------
Arthur F. Dionne
Attorney At law

McCormick, Paulding & Huber LLP
1350 Main Street, 5th Floor
Springfield, MA 01103

(413) 736-5401 x1410 (Voice)
(413) 733-4543 (Fax)

e-mail: dionne@ip-lawyers.com

*******************************************************************
The information contained in this E-mail message may contain confidential information.  It is only for the use of the individual or entity named.  If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are notified that your dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by return E-mail.
*******************************************************************

EXHIBIT 4

Wed, Oct 13, 2004   2:15

**From:** Arthur F.Dionne <dionne@ip-lawyers.com>
**To:** "Duda, James" <jduda@bulkley.com>
**Date:** Wednesday, October 13, 2004 2:15 PM
**Subject:** Re: Protective Order

---

on 10/13/04 1:05 PM, Duda, James at jduda@bulkley.com wrote:

> Dear Art:
>
> I'm sorry that I've been out of the office, and am only now catching up
> on e-amils.
>
> The Protective Order that you earlier provided is far too complex for
> any relevant product/sales information that will be exchanged in this
> case.  If you would like to prepare a more speciific Order tailored for
> the needs of this case, we will certainly consider it; I'm sure that we
> can work out whatever is necessary to cover relevant information.  In
> any event, I do not see the Protective Order as being a significant
> obstacle in this case.
>
> Regards.
> Jim
> * * * * * * * * * * * * * * * * * * * *
> James C. Duda
> Bulkley, Richardson and Gelinas, LLP
> 1500 Main Street, Suite 2700
> Springfield, MA 01115-5507
>
> Direct Dial: 413-272-6284
> jduda@bulkley.com <mailto:jduda@bulkley.com>
>
>
> -----Original Message-----
> From: Arthur F.Dionne [mailto:dionne@ip-lawyers.com]
> Sent: Tuesday, October 12, 2004 10:56 AM
> To: Duda, James
> Subject: Protective Order
>
>
> Dear Jim;
> In my letter of September 15, 2004, I asked if you still maintained
> that a Protective Order is not needed in this case in spite of the
> fact that you have refused to provide requested customer lists and
> product sales information.  I would appreciate your response to my
> inquiry. Regards, Art Dionne
> --------------------------------------------
> Arthur F. Dionne
> Attorney At law
>
> McCormick, Paulding & Huber LLP
> 1350 Main Street, 5th Floor
> Springfield, MA 01103
>
> (413) 736-5401 x1410 (Voice)
> (413) 733-4543 (Fax)
>

**EXHIBIT 5**

**Wed, Oct 13, 2004   2:15**

```
    e-mail: dionne@ip-lawyers.com
>
> ****************************************************************
> The information contained in this E-mail message may contain
> confidential information.  It is only for the use of the individual or
> entity named.  If you are not the intended recipient, or the employee or
> agent responsible to deliver it to the intended recipient, you are
> notified that your dissemination, distribution or copying of this
> communication is strictly prohibited.  If you have received this
> communication in error, please immediately notify us by return E-mail.
> ****************************************************************
>
```

Dear Jim:

    Sorry for being hasty. I did not know you were out of town. As for the Protective Order, we have used the one I sent to you in many cases without any problems. Please advise me as to why it is too complex for this case. As time grows short, we need to settle this matter as quickly as possible. If you have a different format for Protective Order I would be pleased to review it.
Regards,
art Dionne

-------------------------------------------------
Arthur F. Dionne
Attorney At law

McCormick, Paulding & Huber LLP
1350 Main Street, 5th Floor
Springfield, MA 01103

(413) 736-5401 x1410 (Voice)
(413) 733-4543 (Fax)

e-mail: dionne@ip-lawyers.com

****************************************************************
The information contained in this E-mail message may contain
confidential information.  It is only for the use of the individual
or entity named.  If you are not the intended recipient, or the
employee or agent responsible to deliver it to the intended
recipient, you are notified that your dissemination, distribution
or copying of this communication is strictly prohibited.  If you
have received this communication in error, please immediately
notify us by return E-mail.
****************************************************************

**EXHIBIT 6**

# M&H  McCormick, Paulding & Huber LLP
*Intellectual Property Law*

*Offices in*
Hartford, CT and
Springfield, MA

*From the Desk of*
Arthur F. Dionne
dionne@ip-lawyers.com
Tel 413 736.5401
Fax 413 733.4543

1350 Main Street
5th Floor
Springfield, MA 01103-1628
www.IP-Lawyers.com

Correspondence Address:
CityPlace II
185 Asylum Street
Hartford, CT 06103-3402

John C. Linderman*✦
J. Kevin Grogan*✦
Arthur F. Dionne*✦
Richard R. Michaud*
Marina F. Cunningham*
Richard D. Getz*
Daniel G. Mackas*
Nicholas J. Tuccillo*
Wm. Tucker Griffith*
Donald J. MacDonald✦
Kevin H. Vanderleeden✦
Wayne R. Grohs*
Andrea C. Walsh, Ph.D.
Jeanne M. Tanner*
John A. Kramer✦
*Admitted in CT
✦Admitted in MA

*Practice Development*
John T. Duffy, Esq.

*Technical Consultants*
Chad A. Dever, Ph.D.
Alan L. Stern

*Of Counsel*
Donald K. Huber*
John C. Hilton*
Frederick J. Haesche*
Chester E. Flavin✦
William C. Crutcher*
John J. Dempsey✦

October 19, 2004

Via Facsimile No.: (413) 272-6806
and First Class Mail

James C. Duda, Esq.
Buckley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, Massachusetts 01115

Re: National Nonwovens, Inc. v.
Consumer Products Enterprises, Inc.
Civil Action No. 04-30048-MAP
- (Our File No. 6020-0011-1)

Dear Jim:

I have just received Defendant's Response to Plaintiff's Second Request For Production Of Document and Defendant's Response to Plaintiff's Second Set Of Interrogatories and I must admit that I am astonished at your position regarding my Requests, Interrogatories and Rule 30(b)(6) witness testimony subjects. Accordingly, I now request a Local Rule 37.1 discovery conference in order to narrow the issues in a Motion To Compel that we intend to file.

Sincerely yours,

Arthur F. Dionne

AFD/med
bcc: A. Centofanti

EXHIBIT 7