UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30078-MAP

| | | |
|---|---|---|
| NATIONAL NONWOVENS, INC., | ) | |
|     Plaintiff, | ) | |
| | ) | DEFENDANT'S MOTION FOR |
| v. | ) | EXTENSION OF TIME TO FILE |
| | ) | OPPOSITION TO PLAINTIFF'S MOTION |
| CONSUMER PRODUCTS | ) | TO COMPEL DISCOVERY |
| ENTERPRISES, | ) | |
| INC., | ) | |
|     Defendant. | ) | |

NOW COMES the Defendant and moves for leave to file Defendant's Opposition To Plaintiff's Motion To Compel Production Of Documents And Answers To Interrogatories one day late.

The Plaintiff's Motion to Compel was filed on October 27, 2004 and the Defendant's Opposition therefore due on November 10, 2004.  Local Rule 37.1(C).  Undersigned counsel, however, erred in his calculation of the due date for the opposition brief and counsel's support staff also failed to timely docket the motion.

The Plaintiff is also not prejudiced by the late filing.  It will receive the Opposition brief, which will be filed electronically, on November 11, 2004, a federal holiday.   It will therefore receive a copy of the opposition brief effectively on the same work day that it would have received the opposition brief if the brief had been timely filed, also several days before it would have received its copy by mail.

Respectfully submitted,
CONSUMER PRODUCTS ENTERPRISES, INC.
By Its Attorneys:

Dated: November 11, 2004

_____/s/_____
James C. Duda
  BBO No. 551207
Joshua P. Grey
  BBO No. 650544
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
Tel: 413-781-2820
Fax: 413-272-6806
e-mail: jduda@bulkley.com
        jgrey@bulkley.com

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on November 11, 2004.

_____/s/_____
James C. Duda

2