UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACUSETTS

| | |
|---|---|
| NATIONAL NONWOVENS, INC., ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> CONSUMER PRODUCTS ENTERPRISES, INC., ) <br> ) <br> Defendant ) | Civil Action No. 04-30078-MAP |

## PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT

Pursuant to Rules 33 of the Federal Rules of Civil Procedure and Local Rules of the United States District court for the District of Massachusetts, Plaintiff National Nonwovens, Inc. ("NNI"), by its attorneys, request that Defendant Consumer Products Enterprises, Inc. ("CPE") respond to the following Interrogatories within thirty (30) days of service hereof or at such other time as the parties may agree upon.

These Interrogatories shall be deemed to be continuing, and it is requested that CPE supplement its response as required by Rule 26(e) of the Federal Rules of Civil Procedure. In addition, these interrogatories are separate and apart from any mandatory disclosure requirements of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Massachusetts.

## DEFINITIONS AND INSTRUCTIONS

A.   The term "Plaintiff" refers to National Nonwovens, Inc.

B.   The term "Defendant" refers to Consumer Products Enterprises, Inc. and any corporate parent, subsidiaries, or affiliates thereof, and the officers, directors, principals, employees, partners agents and representatives of any of the forgoing entities.

C. The term "Plaintiff's 'sheep' design" refers to the "sheep" designs shown in Exhibit D of Plaintiff's Amended Complaint.

D. The term "Defendant's 'ram' design" refers to the "ram" design shown in Exhibit E of Plaintiff's Amended Complaint.

E. Please refer to Local Rule 33.1(E) of the United States District Court for the District of Massachusetts for instructions concerning the assertion of a privilege in responding to these Interrogatories.

F. The Uniform Definitions in Discovery Requests contained in Local Rule 26.5 of the Local Rules of the United States District Court for the District of Massachusetts shall apply and are hereby incorporated by reference

## INTERROGATORIES

1. Identify all corporate officers and directors of Defendant.
**Response:**


2. Identify the state in which the Defendant is incorporated.
**Response:**


3. Identify all persons with knowledge of the adoption and/or use of the trademark "Classic Wool Felt" by Defendant.
**Response:**


4. Identify all persons with knowledge of the adoption and/or use of the trademark "Imperial Wool Felt" by Defendant.
**Response:**

    5.    Identify all persons with knowledge of the adoption and/or use of the Defendant's "ram" design by Defendant.

**Response:**

    6.    State the date of first use of the trademark "Classic Wool Felt" by the Defendant.

**Response:**

    7.    State the date of first use of the trademark "Imperial Wool Felt" by the Defendant.

**Response:**

    8.    State the date of first use of the Defendant's "ram" design by the Defendant.

**Response:**

    9.    Identify all persons and/or entities that have purchased the product "Classic Wool Felt" from the Defendant.

**Response:**

    10.    Identify all persons and/or entities that have purchased the product "Imperial Wool Felt" from the Defendant.

**Response:**

    11.    State whether any investigations or searches were conducted by Defendant or its attorneys to determine whether the trademarks "Classic Wool Felt"

and/or "Imperial Wool Felt" were available for use by the Defendant, and, if so, identify each such search or investigation.
**Response:**


12.     Identify the goods sold under the trademarks "Classic Wool Felt" and "Imperial Wool Felt".
**Response:**


13.     For each of the goods identified in response to Interrogatory No. 12, set forth the dollar amount of sales of said goods to date.
**Response:**


14.     State when Defendant first became aware of Plaintiff's trademark "WOOLFELT".
**Response:**


15.     Identify all documents that make reference to the Plaintiff.
**Response:**


16.     State whether any investigations or searches were conducted by Defendant or its attorneys to determine whether the Defendant's "ram" design was available for use by the Defendant, and, if so, identify each such search or investigation.
**Response:**


17.     Identify all trademarks and trade names used by Defendant in the advertising and/or sale of any and all products made and/or sold by the Defendant.
**Response:**

18. Identify each person who participated in or supplied information used in answering any of the above interrogatories.

**Response:**

Respectfully submitted,

National Nonwovens, Inc.
By Their Attorney

Date: July 13, 2004

_____
Arthur F. Dionne
BBO No. 125,760
J. Kevin Grogan
BBO No. 635,089
McCormick, Paulding & Huber LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103
Tel. (413) 736-5401
Fax (413) 733-4543

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed, postage prepaid, this 13th day of July, 2004 to all counsel of record for each party.

_____
Arthur F. Dionne