UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL NONWOVENS, INC., ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> CONSUMER PRODUCTS ENTERPRISES, INC., ) <br> ) <br> Defendant ) | Civil Action No. 04-30078-MAP |

## PLAINTIFF'S SECOND SET OF INTERROGATORIES TO DEFENDANT

Pursuant to Rule 33 of the Federal Rules of Civil Procedure and Local Rules of the United States District court for the District of Massachusetts, Plaintiff National Nonwovens, Inc. ("NNI"), by its attorneys, request that Defendant Consumer Products Enterprises, Inc. ("CPE") respond to the following Interrogatories within thirty (30) days of service hereof or at such other time as the parties may agree upon.

These Interrogatories shall be deemed to be continuing, and it is requested that CPE supplement its response as required by Rule 26(e) of the Federal Rules of Civil Procedure. In addition, these interrogatories are separate and apart from any mandatory disclosure requirements of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Massachusetts.

1

## DEFINITIONS AND INSTRUCTIONS

A.  The term "Plaintiff" refers to National Nonwovens, Inc.

B.  The term "Defendant" refers to Consumer Products Enterprises, Inc. and any corporate parent, subsidiaries, or affiliates thereof, and the officers, directors, principals, employees, partners agents and representatives of any of the forgoing entities.

C.  The term "Plaintiff's 'sheep' design" refers to the "sheep" designs shown in Exhibit D of Plaintiff's Amended Complaint.

D.  The term "Defendant's 'ram' design" refers to the "ram" design shown in Exhibit E of Plaintiff's Amended Complaint.

E.  Please refer to Local Rule 33.1(E) of the United States District Court for the District of Massachusetts for instructions concerning the assertion of a privilege in responding to these Interrogatories.

F.  The Uniform Definitions in Discovery Requests contained in Local Rule 26.5 of the Local Rules of the United States District Court for the District of Massachusetts shall apply and are hereby incorporated by reference

2

## INTERROGATORIES

1. Identify all employees of Hancock Fabrics of Tupelo, Mississippi with whom Defendant or any employee of Defendant has communicated with during the period of January 1, 2002 to date.

**Response:**

2. Identify all products offered for sale by Defendant during the period of from January 1995 to September 2003.

**Response:**

3. Identify all products offered for sale by Defendant during the period September 2003 to date.

**Response:**

Date: *Sept. 15*, 2004

Respectfully submitted,

National Nonwovens, Inc.
By Their Attorney

_____
Arthur F. Dionne
BBO No. 125,760
J. Kevin Grogan
BBO No. 635,089
McCormick, Paulding & Huber LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103
Tel. (413) 736-5401
Fax (413) 733-4543

3

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed, postage prepaid, this ___15th___ day of ___September___, 2004 to all counsel of record for each party.

_____
Arthur F. Dionne