# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL NONWOVENS, INC., | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 04-30078-MAP |
| | ) |
| CONSUMER PRODUCTS ENTERPRISES, INC., | ) |
| Defendant | ) |

## PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rule 34 of the Federal Rules of Civil Procedure and Local Rules of the United States District court for the District of Massachusetts, Plaintiff National Nonwovens, Inc. ("NNI"), by its attorneys, request that Defendant Consumer Products Enterprises, Inc. ("CPE") produce the following documents and things within thirty (30) days of service hereof or at such other time as the parties may agree upon. The documents and things are to be produced at the offices of McCormick, Paulding & Huber, LLP, 1350 Main Street, Springfield, Massachusetts 01103.

These Requests shall be deemed to be continuing, and it is requested that CPE supplement its production as required by Rule 26(e) of the Federal Rules of Civil Procedure. In addition, these Requests are separate and apart from any mandatory disclosure requirements of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Massachusetts.

# DEFINITIONS AND INSTRUCTIONS

A.    The term "Plaintiff" refers to National Nonwovens, Inc.

B.    The term "Defendant" refers to Consumer Products Enterprises, Inc. and any corporate parent, subsidiaries, or affiliates thereof, and the officers, directors, principals, employees, partners agents and representatives of any of the forgoing entities.

C.    The term "Plaintiff's 'sheep' design" refers to the "sheep" designs shown in Exhibit D of Plaintiff's Amended Complaint.

D.    The term "Defendant's 'ram' design" refers to the "ram" design shown in Exhibit E of Plaintiff's Amended Complaint.

E.    Please refer to Local Rule 33.1(E) of the United States District Court for the District of Massachusetts for instructions concerning the assertion of a privilege in responding to these Requests.

F.    The Uniform Definitions in Discovery Requests contained in Local Rule 26.5 of the Local Rules of the United States District Court for the District of Massachusetts shall apply and are hereby incorporated by reference.

## DOCUMENTS REQUESTED

1.     All documents received from and/or sent to Hancock Fabrics of Tupelo, Mississippi during the period January 1, 2002 to date.

2.     All documents that describe products offered for sale by Defendant during the period January 1995 to September 2003.

3.     All documents that describe products offered for sale by Defendant during the period September 2003 to date.

Respectfully submitted,

National Nonwovens, Inc.
By Their Attorney

Date: _Sept. 15_, 2004

Arthur F. Dionne
BBO No. 125,760
J. Kevin Grogan
BBO No. 635,089
McCormick, Paulding & Huber LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103
Tel. (413) 736-5401
Fax (413) 733-4543

3

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed, postage prepaid, this ___15th___ day of ___September___, 2004 to all counsel of record for each party.

_____
Arthur F. Dionne