Int. Cl.: 24

Prior U.S. Cls.: 42 and 50

United States Patent and Trademark Office

Corrected

Reg. No. 2,073,811

Registered June 24, 1997

OG Date Apr. 6, 2004

## TRADEMARK
## PRINCIPAL REGISTER

### WOOLFELT

NATIONAL NONWOVENS INC. (DELAWARE CORPORATION)
P. O. BOX 150
EASTHAMPTON, MA 01027
  OWNER OF U.S. REG. NO. 1,385,577.
  SEC. 2(F).

FOR: FABRIC, NAMELY, FELT CONSISTING OF [ WOOD ] "WOOL *, IN CLASS 24 (U.S. CLS. 42 AND 50).
  FIRST USE 7-0-1982; IN COMMERCE 7-0-1982.
  SER. NO. 75-127,129, FILED 6-28-1996.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Apr. 6, 2004.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

C000040

Int. Cl.: 24

Prior U.S. Cl.: 42

## United States Patent and Trademark Office

Reg. No. 1,385,577
Registered Mar. 4, 1986

### TRADEMARK
SUPPLEMENTAL REGISTER



There's nothing like the real thing...

NATIONAL FELT COMPANY (MASSACHUSETTS CORPORATION), DBA COMMONWEALTH FELT COMPANY,
211 CONGRESS STREET
BOSTON, MA 02110

FOR: WOOL FELT, IN CLASS 24 (U.S. CL. 42).
FIRST USE 7-0-1982; IN COMMERCE 7-0-1982.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WOOL FELT", APART FROM THE MARK AS SHOWN.

SER. NO. 510,077, FILED P.R. 11-23-1984; AM. S.R. 9-30-1985.

ROBERT C. CLARK JR., EXAMINING ATTORNEY

C000065