# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30078-MAP

| | | |
|---|---|---|
| NATIONAL NONWOVENS, INC., | ) | |
|     Plaintiff, | ) | |
| | ) | **DEFENDANT'S MOTION** |
| v. | ) | **TO FILE MEMORANDUM** |
| | ) | **IN EXCESS OF TWENTY PAGES** |
| CONSUMER PRODUCTS ENTERPRISES, | ) | |
| INC., | ) | |
|     Defendant. | ) | |

Pursuant to Local Rule 7.1(B)(4) of this Court, Defendant Consumer Products Enterprises, Inc. ('CPE") hereby moves for leave to file Defendant's Motion For Summary Judgment And Supporting Memorandum ("CPE Memorandum"), submitted herewith, which exceeds the twenty-page limit set forth in this rule.

As grounds for this motion, CPE states that leave to exceed the twenty-page limit is reasonable under the circumstances and necessary to bring all pertinent information and arguments to the attention of the Court because: (1) the CPE Memorandum presents reasons why all eight Counts that Plaintiff has asserted in this matter involving two alleged trademarks and two alleged copyrights must be dismissed; (2) the legal and factual reasons establishing that these Counts must be dismissed concern basic and distinct issues of both trademark and copyright law (and to a much lesser extent unfair competition law), which cannot be adequately presented and analyzed within twenty pages; and (3) the CPE Memorandum does not exceed twenty-six pages.

## **CONCLUSION**

For the reasons set forth above, CPE respectfully requests this Court to grant this

Motion for leave to exceed the twenty-page limit of Local Rule 7.1(B)(4).

Respectfully submitted,
CONSUMER PRODUCTS
ENTERPRISES, INC.
By Its Attorneys:

Dated: November 12, 2004
_____/s/_____
James C. Duda
  BBO No. 551207
Joshua P. Grey
  BBO No. 650544
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
Tel: 413-781-2820
Fax: 413-272-6806
e-mail: jduda@bulkley.com
        jgrey@bulkley.com