# EXHIBIT B

Int. Cl.: 24

Prior U.S. Cl.: 42

## United States Patent and Trademark Office
Reg. No. 1,385,577
Registered Mar. 4, 1986

## TRADEMARK
SUPPLEMENTAL REGISTER



There's nothing like the real thing...

NATIONAL FELT COMPANY (MASSACHU-
  SETTS CORPORATION), DBA COMMON-
  WEALTH FELT COMPANY,
211 CONGRESS STREET
BOSTON, MA 02110

  FOR: WOOL FELT, IN CLASS 24 (U.S. CL. 42).
  FIRST USE 7-0-1982; IN COMMERCE 7-0-1982.

  NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WOOL FELT", APART FROM THE MARK AS SHOWN.

  SER. NO. 510,077, FILED P.R. 11-23-1984; AM. S.R. 9-30-1985.

  ROBERT C. CLARK JR., EXAMINING ATTORNEY

C000065