# EXHIBIT C

U.S. DEPARTMENT OF COMMERCE - Patent and Trademark Office

IN REPLY REFER TO THE FOLLOWING AND THE FILING DATE:

| 1. SER. NO. | 2. MARK |
|---|---|
| 73510077 | WOOLFELT THERE'S NOTHING LIKE THE REAL THING  AND DESIGN |

3. APPLICANT
NATIONAL FELT COMPANY

4. ADDRESS
JOHN L. WELCH
WOLF, GREENFIELD & SACKS
201 DEVONSHIRE STREET
BOSTON, MASSACHUSETTS 02110

FORM PTO-1293 (REV. 6/84) U.S DEPARTMENT OF COMM. Pat & TM Office

Paper No. 1

ADDRESS:
Commissioner of
Patents and
Trademarks
Washington, DC
20231

The address of
all correspondence
not containing fee
payments should
include the word
"Box 5."

JAN 29 1985

Also furnish: (1) Serial number of application, (2) The mark, (3) Examining Attorney's name and Law Office number, (4) Mailing date of this action, and (5) Applicant's name (or applicant's attorney), telephone number and zip code.

A PROPER RESPONSE TO THIS OFFICE ACTION MUST BE RECEIVED WITHIN 6 MONTHS FROM THE DATE OF THIS ACTION IN ORDER TO AVOID ABANDONMENT.

510077

I have reviewed this application for trademark (and/or service mark) registration and you are advised as follows:

Registration is refused on the Principal Register because the mark, when applied to the goods, is considered to be merely descriptive thereof. (Section 2(e)(1) of the Trademark Act, 15 U.S.C. 1052(e)(1); TMEP section 1207.)

A term is merely descriptive within the meaning of Section 2(e)(1) of the Trademark Act (15 U.S.C. 1052(e)(1)) if it forthwith conveys an immediate idea of an ingredient, quality, characteristic, function, or feature of the product in connection with which it is used. In re Bright - Crest Ltd., 204 USPQ 591 (TTAB 1979).

The matter presented merely describes a characteristic of applicant's goods, that they are wool felt, and that there is nothing as good as real wool felt.

You must clarify the identification of goods by limiting it to wool felt.

C000076

Registration is refused because the matter presented is deceptive under Section 2(a) or deceptively misdescriptive as applied to felt other than felt made of wool.

According to my search of the Office registration records, there is no registered mark which so resembles the applicant's mark, when applied to the goods (or services), as to be likely to cause confusion, or to cause mistake, or to deceive. (15 U.S.C. 1052(d); TMEP section 1105.01.)

RC:cjh:5:w2

Robert Clark
Trademark Attorney
Law Office 5
703/557-5380

510077