# EXHIBIT D

U.S. DEPARTMENT OF COMMERCE - Patent and Trademark Office

IN REPLY REFER TO THE FOLLOWING AND THE FILING DATE:

| SERIAL NO. | APPLICANT |
|---|---|
| 73/510077 | NATIONAL FELT COMPANY |

Paper No. 3

| MARK |
|---|
| WOOLFELT THERE'S NOTHING LIKE THE REAL TETC |

| ADDRESS | ACTION NO. |
|---|---|
| JOHN L. WELCH<br>WOLF, GREENFIELD & SACKS<br>201 DEVONSHIRE STREET<br>BOSTON, MASSACHUSETTS 02110 | 02 |
| | MAILING DATE |
| | 08/26/85 |

ADDRESS:
Commissioner of Patents and Trademarks
Washington, DC 20231

The address of all correspondence not containing fee payments should include the word "Box 5."

FORM PTO-1525 (2-84)     U.S. DEPT. OF COMM. PAT. & TM OFFICE

Also furnish: (1) Serial number of application, (2) The mark, (3) Examining Attorney's name and Law Office number, (4) Mailing date of this action, and (5) Applicant's name (or applicant's attorney), telephone number and zip code.

A PROPER RESPONSE TO THIS OFFICE ACTION MUST BE RECEIVED WITHIN 6 MONTHS FROM THE DATE OF THIS ACTION IN ORDER TO AVOID ABANDONMENT.

---

Responsive to the communication filed July 29, 1985.

The Attorney-Examiner has reviewed applicant's comments with respect to the refusal under Section 2(e)(1) of the Act because the matter presented is merely descriptive thereof. However, he is unpersuaded for the following reasons.

With respect to "WOOL FELT", which is the dominant feature of applicant's mark, this is descriptive of a characteristic of applicant's goods which are wool felt. The disclaimer of record supports this contention.

Applicant argues that the rest of its mark "There's nothing like the real thing..." is advertising puffery and calls to mind a popular song. A mark is merely descriptive if it readily and without need for reflection describes a key element, feature, ingredient or characteristic of applicant's goods or services. "There's nothing like the real thing..." is an expression widely known to signify legitimacy.

The Attorney-Examiner now makes of record newspaper items from The Washington Post, The New York Times, The Associated Press, and The Christian Science Monitor evidencing the foregoing kind of descriptive reference for "There's nothing like the real thing..." It is difficult with this documentation and in the face of "common knowledge" meaning of applicant's mark to find other than a descriptive significance when applied to wool as opposed to felt not made of wool.

C000078

510077                           (2)

Accordingly, the refusal under Section 2(e)(1) of the Act because the matter presented is merely descriptive is continued and made FINAL.

*Robert C. Clark, Jr.*
Robert C. Clark, Jr.
Trademark Attorney
Law Office V
703  557-5380

vaj/wr3

C000079