# EXHIBIT E

510077

9C339/203

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:   National Felt Company
             d/b/a Commonwealth Felt Company
Serial No.:  Unknown
Filed:       Herewith
For:         WOOLFELT AND DESIGN

HON. COMMISSIONER OF PATENTS
   AND TRADEMARKS
WASHINGTON, D.C. 20231

Sir:

Transmitted herewith for filing is the following document:

[XX]   Trademark Application

[  ]   Petition for Extension of Time

[  ]   Petition for Cancellation

[  ]   Notice of Opposition

[  ]   Declaration under Section 8 & 15

If the enclosed papers are considered incomplete, the Mail Room and/or the Application Branch is respectfully requested to contact the undersigned collect at (617)426-6131, Boston, Massachusetts.

A check in the amount of $175.00 is enclosed to cover the filing fee. If the fee is insufficient, the balance may be charged to the account of the undersigned, Deposit Account No. 23/2825. A duplicate of this sheet is enclosed.

Respectfully submitted,

Date: 11/19/84

John L. Welch, Reg. No. 28,129
WOLF, GREENFIELD & SACKS, P.C.
201 Devonshire Street
Boston, Massachusetts  02110
Tel. (617) 426-6131

C000056

5 specs / 1 dwg

$175.00-301-46
510077

9C339/203

Mark: WOOLFELT AND DESIGN

Class No.:

Applicant: National Felt Company
d/b/a Commonwealth Felt Company
a Massachusetts Corporation

Business
Address
and Situs: 211 Congress Street
Boston, MA  02110

TO THE HON. COMMISSIONER OF PATENTS AND TRADEMARKS:

The above identified applicant has adopted and is using the trademark shown in the accompanying drawing for woven (OG) felt and requests that said mark be registered in the United States Patent and Trademark Office on the supplemental ~~Principal~~ Register established by the Act of July 5, 1946.

The mark was first used on the goods at least as early as ___July 1982___; was first used in interstate commerce at least as early as ___July 1982___; and is now in use in such commerce.

The mark is used on displays attached to the goods and to packaging for the goods and five specimens of the mark as actually used are presented herewith.

No claim is made to the exclusive right to use the word "woolfelt," apart from the mark as shown.

Applicant hereby appoints, with full powers of substitution and revocation, the following as its attorneys to file this application and to transact all business in the Patent and Trademark Office in connection therewith:

11/28/84 510077           1
                         301      175.00 CK

C000057

-2-

| | | | |
|---|---|---|---|
| David Wolf | No. 17,528 | Edward F. Perlman | No. 28,105 |
| George L. Greenfield | No. 17,756 | John L. Welch | No. 28,129 |
| Stanley Sacks | No. 19,900 | Paul E. Kudirka | No. 26,931 |
| Alfred H. Rosen | No. 16,031 | Susan Haddad Hage | No. 29,646 |
| Louis Orenbuch | No. 17,318 | Lawrence M. Green | No. 29,384 |
| Arthur Z. Bookstein | No. 22,958 | Edward R. Schwartz | No. 31,135 |
| David M. Driscoll | No. 25,075 | Therese A. Hendricks | No. 30,389 |

Direct all correspondence to John L. Welch, Wolf, Greenfield & Sacks, P.C., 201 Devonshire Street, Boston, Massachusetts 02110. Direct all telephone calls to (617) 426-6131.

_HERBERT GOLDBERG_ being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any registration resulting therefrom, declares: That he is _PRESIDENT_ of applicant corporation and is authorized to execute this declaration on behalf of said corporation; that he believes said corporation to be the owner of the trademark sought to be registered; that to the best of his knowledge and belief no other person, firm, corporation or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as may be likely, when applied to the goods of such other person, to cause confusion, or to cause mistake, or to deceive; that the facts set

C000058

-3-

forth in this application are true; and that all statements made of his own knowledge are true and all statements made on information and belief are believed to be true.

NATIONAL FELT COMPANY
d/b/a COMMONWEALTH FELT COMPANY

Date: 11/6/84

By: *[signature]*
Title: President

C000059