# EXHIBIT F

Int. Cl.: 24

Prior U.S. Cls.: 42 and 50

**United States Patent and Trademark Office**  Reg. No. 2,073,811
Registered June 24, 1997

## TRADEMARK
PRINCIPAL REGISTER

### WOOLFELT

NATIONAL NONWOVENS INC. (DELAWARE CORPORATION)
P. O. BOX 150
EASTHAMPTON, MA 01027

FOR: FABRIC, NAMELY, FELT CONSISTING OF WOOD, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 7-0-1982; IN COMMERCE 7-0-1982.

OWNER OF U.S. REG. NO. 1,385,577.

SEC. 2(F).

SER. NO. 75-127,129, FILED 6-28-1996.

GEORGE LORENZO, EXAMINING ATTORNEY

Int. Cl.: 24
Prior U.S. Cls.: 42 and 50

Reg. No. 2,073,811

United States Patent and Trademark Office    Registered June 24, 1997
Corrected                                    OG Date Apr. 6, 2004

## TRADEMARK
## PRINCIPAL REGISTER

### WOOLFELT

NATIONAL NONWOVENS INC. (DELAWARE CORPORATION)
P. O. BOX 150
EASTHAMPTON, MA 01027
OWNER OF U.S. REG. NO. 1,385,577.
SEC. 2(F).

FOR: FABRIC, NAMELY, FELT CONSISTING OF [ WOOD ] *WOOL *, IN CLASS 24 (U.S. CLS. 42 AND 50).
FIRST USE 7-0-1982; IN COMMERCE 7-0-1982.
SER. NO. 75-127,129, FILED 6-28-1996.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Apr. 6, 2004.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

C000040

Page 1 of 1

# Trademark Assignment Abstract of Title

**Total Assignments:** 1
  **Serial #:** 75127129   **Filing Dt:** 06/28/1996   **Reg #:** 2073811   **Reg. Dt:** 06/24/1997
  **Registrant:** NATIONAL NONWOVENS INC.
     **Mark:** WOOLFELT
**Assignment:** 1

| | | | | |
|---|---|---|---|---|
| **Reel/Frame:** 1547/0317 | **Received:** 01/29/1997 | **Recorded:** 01/21/1997 | **Mailed:** 03/27/1997 | **Pages:** 6 |

  **Conveyance:** SECURITY INTEREST
     **Assignors:** NATIONAL NONWOVENS, INC.          **Exec Dt:** 01/14/1997
                                                      **Entity Type:** CORPORATION
                                                      **Citizenship:** NONE

                    NATIONAL FELT COMPANY, INC.       **Exec Dt:** 01/14/1997
                                                      **Entity Type:** CORPORATION
                                                      **Citizenship:** NONE

     **Assignee:** FOOTHILL CAPITAL CORPORATION       **Entity Type:** CORPORATION
                   STE. 1500                          **Citizenship:** NONE
                   11111 SANTA MONICA BLVD
                   LOS ANGELES, CALIFORNIA 90025-3333
 **Correspondent:** RICHARD B. POLIVY, ESQ.
                    SIX CENTRAL ROW, 2ND FLOOR
                    HARTFORD, CT 06103

Search Results as of: 7/7/2003 9:34:23 A.M.

---

If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 703-308-9723
Web interface last modified: Oct. 5, 2002