# EXHIBIT G

75127129

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

MARK: WOOLFELT

INTERNATIONAL CLASS: 24

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

The applicant, NATIONAL NONWOVENS INC. is a corporation of the State of Delaware, having its principal place of business at P. O. Box 150, Easthampton, Massachusetts 01027.

The above-identified applicant has adopted and is using the mark shown in the accompanying drawing in commerce for fabric, namely, felt, consisting of a percentage of wool in International Class 24 and requests that said mark be registered in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946, under Section 2(f).

The mark was first used at least as early as July, 1982; was first used in interstate commerce at least as early as July, 1982; and is now in use in such commerce.

The mark is used by imprinting the mark on labels which are affixed to the goods and/or on packaging for the goods. Three specimens showing the mark as actually used are presented herewith.

Applicant is the owner of U.S. Trademark Registration No. 1,385,577.

Anthonly J. Centofanti declares that he is President and Chief Executive Officer of applicant corporation and is authorized to execute this declaration on behalf of said corporation; he believes said corporation to be the owner of the mark sought to be registered; to the best of his knowledge and belief no other person, firm, corporation or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as may be likely, when applied to the goods of such other person, to cause confusion, or

C000005

to cause mistake or to deceive; that all statements made herein of his own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or document or any registration resulting therefrom.

NATIONAL NONWOVENS INC.

By _____
Anthony J. Centofanti

Date: 6/19/96

Applicant hereby appoints David S. Fishman, Patent Office Reg. No. 19,758; Arthur F. Dionne, Patent Office Reg. No. 23,093; Michael A. Cantor, Patent Office Reg. No. 31,152, Philmore H. Colburn II, Patent Office Reg. No. 35,101, Keith J. Murphy, Patent Office Reg. No. 33,979, Leah M. Reimer, Patent Office Reg. No. 39,341, members of the Bar of the State of Connecticut, and David A. Fox, Patent Office Reg. No. 38,807, a member of the Bar of the State of Pennsylvania, all of FISHMAN, DIONNE & CANTOR, 88 Day Hill Road, Windsor, Connecticut 06095 (860) 688-4470, to prosecute this application to register, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the Certificate of Registration.

NATIONAL NONWOVENS INC.

By _____
Anthony J. Centofanti

Date: 6/19/96

2