# EXHIBIT I




# "Classic Wool Felt



## ....... *naturally better*

### 40% Wool / 60% Rayon



THE FELT COMPANY




# "Imperial Wool Felt"
## ......naturally better
### 100% Wool
*Dry Clean Only*



| White Diamond IWF020 | Verdigris IWF704 | Aquamarine IWF601 | Garnet IWF402 | Topaz IWF501 |
| New Gold IWF801 | Jade IWF701 | Violet IWF 904 | Ruby IWF401 | Onyx IWF010 |
| Citrine IWF705 | Sapphire IWF202 | Amethyst IWF903 | Flame IWF403 | Pewter IWF101 |
| Evergreen IWF703 | Azure IWF201 | Tanzanite IWF902 | Marigold IWF404 | Pearl IWF030 |
| Emerald IWF702 | Turquoise IWF602 | Aubergine IWF901 | Bronze IWF502 | |



010023   **THE FELT COMPANY**

Phone: 1 800-327-0059
Fax: (864) 427-7904
e-mail: mail@cpe-felt.com
Visit us online at: www.cpe-felt.com

NN000025

8/0