# EXHIBIT J

# McCormick, Paulding & Huber LLP
*Intellectual Property Law*

*Offices in*
Hartford, CT and
Springfield, MA

*From the Desk of*
Arthur F. Dionne
dionne@ip-lawyers.com
Tel 413 736.5401
Fax 413 733.4543

1350 Main Street
5th Floor
Springfield, MA 01103-1628
www.IP-Lawyers.com

Correspondence Address:
CityPlace II
185 Asylum Street
Hartford, CT 06103-3402

John C. Linderman*✦
J. Kevin Grogan*✦
Arthur F. Dionne*✦
Richard R. Michaud*
Marina F. Cunningham*
Richard D. Getz*
Daniel G. Mackas*
Nicholas J. Tuccillo*
Wm. Tucker Griffith*
Donald J. MacDonald✦
Timothy A. Johnson*
Kevin H. Vanderleeden✦
Wayne R. Grohs*
Andrea C. Walsh
*Admitted in CT
✦Admitted in MA

*Practice Development*
John T. Duffy, Esq.

*Of Counsel*
Donald K. Huber*
Frederick J. Haesche*
John C. Hilton*
Charles E. Sohl*
Chester E. Flavin✦
William C. Crutcher*
John J. Dempsey✦

November 10, 2003

Jeffrie B. Berline, President
CPE
P.O. Box 649
541 Buffalo/West Springs Highway
Union, South Carolina 29379

RE: U.S. Trademark Registration No. 1,385,577
"WOOLFELT" and Design
U.S. Trademark Registration No. 2,073,811
"WOOLFELT"
- (Our File: 6020-11-1)

Dear Mr. Berline:

We represent National Nonwovens, Inc. of Easthampton, Massachusetts.

It has come to our client's attention that your company is offering for sale and selling a product advertised as "Classic Wool Felt". Please be advised that National Nonwovens, Inc. is the owner of the entire right, title and interest in and to the trademark "WOOLFELT" and the two U.S. Trademark Registrations referenced above (copies enclosed).

In view of the above, it is our opinion that your particular use of the mark "Classic Wool Felt" is an infringement of our client's federally protected trademark rights. Accordingly, we demand that you cease and desist from any further use of the mark "Classic Wool Felt" or we will be forced to advise our client to take appropriate action against your company for trademark infringement and unfair competition.

If you wish to settle this matter on an amicable basis, we urge you or your attorney to contact us by **November 24, 2003**.

Very truly yours,

McCORMICK, PAULDING & HUBER LLP

By _____
Arthur F. Dionne

AFD/amp
Enclosures
cc: M. Centofanti

Int. Cl.: 24

Prior U.S. Cl.: 42

**United States Patent and Trademark Office**  Reg. No. 1,385,577
Registered Mar. 4, 1986

## TRADEMARK
## SUPPLEMENTAL REGISTER



There's nothing like the real thing...

NATIONAL FELT COMPANY (MASSACHUSETTS CORPORATION), DBA COMMONWEALTH FELT COMPANY,
211 CONGRESS STREET
BOSTON, MA 02110

FOR: WOOL FELT, IN CLASS 24 (U.S. CL. 42).
FIRST USE 7-0-1982; IN COMMERCE 7-0-1982.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WOOL FELT", APART FROM THE MARK AS SHOWN.

SER. NO. 510,077, FILED P.R. 11-23-1984; A.M. S.R. 9-30-1985.

ROBERT C. CLARK JR., EXAMINING ATTORNEY

Int. Cl.: 24

Prior U.S. Cls.: 42 and 50

United States Patent and Trademark Office

Reg. No. 2,073,811
Registered June 24, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## WOOLFELT

NATIONAL NONWOVENS INC. (DELAWARE CORPORATION)
P. O. BOX 150
EASTHAMPTON, MA 01027

FOR: FABRIC, NAMELY, FELT CONSISTING OF WOOL, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 7-0-1982; IN COMMERCE 7-0-1982.

OWNER OF U.S. REG. NO. 1,385,577.

SEC. 2(F).

SER. NO. 75-127,129, FILED 6-28-1996.

GEORGE LORENZO, EXAMINING ATTORNEY