# EXHIBIT M
# Part 1

## **EXHIBIT M**

Wool Felt in the Media

Newspaper Stories from Major U.S. News Sources

| | |
|---|---|
| 1980 to 1989 | 44 Stories |
| 1990 to 1995 | 136 Stories |
| 1996 to 1998 | 114 Stories |
| 1999 to 2004 | 265 Stories |

NEWSPAPER STORIES

1980 TO 1989

44 STORIES

1. Newsday (New York), October 9, 1989, Monday, NASSAU AND SUFFOLK EDITION, PART II; Pg. 7 Other Edition: City Pg. 5, 617 words, An Audition For Carnegie, Tim Page
   ... dense 100 percent **wool felt,** in varying thicknesses, ...

2. The Washington Post, September 13, 1989, Wednesday, Final Edition, STYLE; PAGE D5; STYLE PLUS, 115 words, TRY IT!, CAPTION
   ... Eloise in this little **wool felt** boater. In red and ...

3. Chicago Tribune, August 31, 1989, Thursday, NORTH SPORTS FINAL EDITION, TEMPO; Pg. 14; ZONE: C, 1114 words, Carnegie Hall still working to improve acoustics, By Bernard Holland, New York Times News Service, NEW YORK
   ... walls have been added dense **wool felt** that has been set in frames and ...

4. Newsday (New York), August 27, 1989, Sunday, ALL EDITIONS, THE NEWSDAY MAGAZINE; Pg. 30, 45 words, REAL FINDS, FRANK DeCARO
   ... wrapper's delight- Crocheted **wool felt** fringed shawl, $ 90 ...
   ... 6) orange crush-**Wool felt** hat, $ 18 at the ...

5. St. Louis Post-Dispatch (Missouri), August 27, 1989, SUNDAY, FIVE STAR Edition, NEWS; Pg. 13D, 187 words, NY'S CARNEGIE HALL BOOSTING ACOUSTICS
   ... panels of 100 percent **wool felt** on the stage's back ...

6. The New York Times, August 26, 1989, Saturday, Late Edition - Final, Section 1; Page 11, Column 4; Cultural Desk, 1371 words, Acoustical Tinkering at Carnegie, By BERNARD HOLLAND
   ... walls have been added dense **wool felt** that has been set in frames and ...

7. Newsday (New York), August 26, 1989, Saturday, ALL EDITIONS, PART II; NEUTRALIZING THE SIZZLE; Pg. 15, 568 words, A Warmer Sound For Carnegie, By Peter Goodman
   ... placed muslin-covered, **wool felt** panels between one- ...

8. The New York Times, August 20, 1989, Sunday, Late Edition - Final, Section 6; Part 2, Page 164, Column 1; Fashions of The Times Magazine, 1286 words, ORIGINS OF CASUAL STYLE, By Paula Deitz; Paula Deitz is co-editor of The Hudson Review.
   ... flat cap of soft **wool or felt,** the black beret is de ...

9. St. Petersburg Times (Florida), May 21, 1989, Sunday, City Edition, AT HOME; Pg. 3H, 593 words, The icebox embarks on a second career
   ... insulating materials such as cork, **wool, felt** and crumbled    paper or even ...

10. Los Angeles Times, March 12, 1989, Sunday, Home Edition, Travel; Part 7; Page 7; Column 1; Travel Desk, 1056 words, THE TIMES SHOPPER: MADRID:  SIDE STREETS ARE FULL OF HANDCRAFTED WARES, By JENNIFER MERIN, Merin is a New York City free-lance writer.
    ... soft, durable and comfortable **wool felt** that can be dressed up or ...

11. Chicago Tribune, February 14, 1989, Tuesday, NORTH SPORTS FINAL EDITION, NEWS; Pg. 6; ZONE: C; Assignment: Ely, 844 words, Touristy winds of change chilling to some, By Peter Gorner, Chicago Tribune, ELY, Minn.

... extremely warm and comfortable. With **wool felt** liners, they'll protect you to ...

12. The Times (London), February 4 1989, Saturday, Issue 63309., 544 words, Exhibition Calendar; Museums
    ... current 'Watercolours in **Wool' felt** exhibition. Crafts Council, ...

13. St. Petersburg Times (Florida), December 18, 1988, Sunday, City Edition, TAMPA; Pg. 15, 887 words, Trendy trees have themes, CHARLYNE VARKONYI
    ... dressed in velvets, **wools, felts,** lace and furs in ...

14. THE ORANGE COUNTY REGISTER, September 23, 1988 Friday, EVENING EDITION, Pg. J01, 3713 words, Olive, Leiber and Blass; THREE ORANGE COUNTY CLASSICS, Katina Alexander, The Register, NEW YORK, NY
    ... Portugal.  The stockier American **wool felt** comes from Pennsylvania -- "the Amish ...

15. The Toronto Star, August 4, 1988, Thursday, THU, FASHION; Pg. J2, 506 words, Menswear good choice for her figure, BY Marylou Luther
    ... movement and warmth transformed the **wool into felt.**" A photo layout ...
    ... family of 1988 turns **wool into felt** by placing a ...

16. St. Petersburg Times (Florida), May 18, 1988, Wednesday, City Edition, EDITORIAL; Columns; Pg. 19A, 549 words, Getting to the root of the sleaze, Jerry Blizin
    ... uniforms made from reprocessed **wool or felt.**   This reclaimed material became ...

17. The Guardian (London), April 28, 1988, 1226 words, Style: Japan's master strokes - The Tokyo Collections, By NILGIN YUSUF
    ... shapes, Kawakubo used **wool felt,** a very stiff fabric, ...

18. Sunday Tasmanian, April 10, 1988 Sunday, 522 words, BOWER LOUISE
    ... wear hats. Pure-**wool felt** hats often are the warmest ...
    ... 100 per cent **wool felt.** It features feathers ...
    ... 100 per cent **wool felt** picture hat enhances ...
    ... design, the fedora, in **wool felt** 2) Hollywoodglamour with this felt ...
    ... band 4) The squatter's **wool felt** hat, idealfor carrying ...

19. The Advertiser, March 29, 1988 Tuesday, 264 words, 'Put on your Easter bonnet', JUNE FERGUSSON
    ... black, red orsandstone **wool felt** has been inspired by the AustralianOutback. The ...

20. The Guardian (London), March 29, 1988, 329 words, Education Guardian: Questions, questions
    ... bottles - cotton, fur, **wool, felt,** newspaper, nylon. Science and ...

21. THE ORANGE COUNTY REGISTER, December 31, 1987 Thursday, ZONE 4 EDITION, Pg. 01, 686 words, Dolls adorn her halls; Hundreds of handmade sculptures line woman's walls in Fountain Valley, Karen Laviola, The Register, FOUNTAIN VALLEY, CA
    ... by Apodaca out of **wool felt** imported from her native Spain. The  ...

... art of sculpting the dolls from **wool felt** and knows of no one ...

22. Herald, November 3, 1987 Tuesday, STYLE; Pg. 6, 731 words, IT'S FURNITURE - WEARING ITS '87 DISGUISE, CACCIATORE L
    ... almost entirely of thick **wool felt** attached to a frame with ...

23. The Washington Post, October 22, 1987, Thursday, Final Edition, STYLE; PAGE E5; STYLE PLUS; CLOTHES CALL, 593 words, Classical Values in Costume Jewelry, Martha Sherrill Dailey, QUESTION, FEATURE
    ... a breathable, absorbent, **wool-felt** diaper cover. It ...

24. The New York Times, June 5, 1987, Friday, Late City Final Edition, Section B; Page 1, Column 4; Metropolitan Desk, 1130 words, THE TALK OF WOODSTOCK; TOASTING A LEGACY OF ECCENTRICITY, By ROBERT O. BOORSTIN, Special to the New York Times, WOODSTOCK, N.Y., June 4
    ... Whitehead, a British **wool and felt** heir and would-be utopian, climbed ...

25. The Toronto Star, February 19, 1987, Thursday, FINAL EDITION, LIFE; Pg. B1, 929 words, Canadian designers Wistfully avant-garde, By Nancy Hastings Toronto Star
    ... intention at all." Their **wool felt** "Arctic" hats with ear ...

26. Chicago Tribune, October 22, 1986 Wednesday, SPORTS FINAL EDITION, STYLE; Pg. 5; ZONE: CN, 1152 words, ADAMLE TOPS ONE WISH LIST, Edited by John Teets.
    ... blanket-size pieces of **wool felt** that Joan Livingstone had painted with ...

27. The Toronto Star, June 7, 1986, Saturday, SATURDAY FIRST EDITION, TRAVEL; Pg. G2, 844 words, Harder sell starts on British bargains, By John Brehl Toronto Star
    ... sleep in a **wool felt** yurt (tent), see ...

28. Los Angeles Times, January 3, 1986, Friday, Home Edition, View; Part 5; Page 1; Column 1; View Desk, 1647 words, CLOTH DIAPERS TRY PINNING DOWN A COMEBACK, By BEVERLY BEYETTE, Times Staff Writer
    ... plastics days. These are washable **wool felt** diaper covers with Velcro ...

29. Los Angeles Times, October 13, 1985, Sunday, Home Edition, Magazine; Page 42; Magazine Desk, 179 words, CLOTHESLINES, By MARYLOU LUTHER, Column
    ... Norma Kamali. In **wool felt,** the hat is available in ...

30. Christian Science Monitor (Boston, MA), September 18, 1985, Wednesday, Fall Fashion Special; Across Borders; Pg. B26, 359 words, TOPPING IT OFF, Most of the information for this article was contributed by Betty Taylor in Chicago, with additions by Mary Lawlor in Boston and Evelyn Radcliffe in San Francisco., Chicago
    ... velvet, paisley, tartan **wool, and felt,** with satin cornering the evening ...

31. Chicago Tribune, September 1, 1985 Sunday, FINAL EDITION, HOME; Pg. 10; ZONE: C, 458 words, PIANO CARE TECHNIQUES OF NOTE FROM THE EXPERTS, Associated Press.
    ... moths, which can eat the **wool and felt** on hammers, and beetles and ...

32. The Washington Post, July 20, 1985, Saturday, Final Edition, Religion; G12, 443

words, Da Vinci Repainted in Wool; Patchwork 'Last Supper' Greets Presbyterians at Conference, By Marjorie Hyer, Washington Post Staff Writer
... in brilliantly colored **wool felt,** stitched to canvas backing.

33. Los Angeles Times, July 19, 1985, Friday, Home Edition, View; Part 5; Page 11; Column 1; Fashion Desk, 388 words, CLOTHESLINES: STYLE THAT'S MORE THAN FAIR TO MIDDLING, By MARYLOU LUTHER, Times Fashion Editor, Column
... Madcaps makes them in **wool felt** with rayon faille linings. ...

34. Chicago Tribune, April 11, 1985 Thursday, SPORTS FINAL EDITION, PERSPECTIVE; Pg. 26; ZONE: C, 508 words, DIANA DOES NOT DO MITTENS, By Ann Paden.
... ribbons on my **wool felt** hat are securely tied ...

35. The Washington Post, April 7, 1985, Sunday, Final Edition, Washington Post Magazine; Try It; Pg. 35, 115 words, SONY SOFTIES, BY CAROL MACGUINEAS
But not so the **wool and felt** versions made by ...

36. The Washington Post, November 12, 1984, Monday, Final Edition, Style; Fashion; C1, 782 words, Playing It Straight; 11 Area Designers At the Renwick, By Nina Hyde, Washington Post Staff Writer
... Park home preparing the **wool felt** that she uses most effectively ...

37. The New York Times, September 9, 1983, Friday, Late City Final Edition, Section A; Page 6, Column 6; Foreign Desk, 87 words, Soviet Embezzler Executed, Reuters, MOSCOW, Sept. 8
... instead of high-quality **wool felt** ordered and paid for. The ...

38. The New York Times, May 14, 1983, Saturday, Late City Final Edition, Section 1; Page 12, Column 1; Style Desk, 698 words, CONSUMER SATURDAY; HAT REPAIR: CLEANING, BLOCKING, By Fred Ferretti
... fur felt,'' not **wool felt** or cotton, which he regards as inferior. ...

39. The Washington Post, November 23, 1982, Tuesday, Final Edition, Metro; B1, 818 words, America's Poor Overload Soup Kitchens, Shelters, By Margaret Engel, Washington Post Staff Writer
... Gas Co. to distribute **wool and felt** hats to the elderly in ...

40. The New York Times, December 13, 1981, Sunday, Late City Final Edition, Section 6; Page 73, Column 1; Magazine Desk, 6083 words, THE HIDDEN MONGOLIA
... conical, tentlike dwellings - **wool felt** stretched on pine ...

41. The Washington Post, August 30, 1981, Sunday, Final Edition, Living; Etectera; E3, 1302 words, By Harriet L. Blake
... range of materials -- cottons, **wools, felt,** even weeds. Fiber ...

42. The New York Times, July 14, 1981, Tuesday, Late City Final Edition, Section A; Page 22, Column 1; Style Desk, 854 words, Notes On Fashion
... group of lightweight, purple **wool felt** coats with collars ingeniously ...

43. The New York Times, February 22, 1981, Sunday, Late City Final Edition, Section 4;

    Page 8, Column 1; Week in Review Desk, 945 words, IDEAS & TRENDS; MAKING MUSIC BY HAND AND MACHINE; AT STEINWAY, IT'S ALL CRAFT, By EDWARD ROTHSTEIN
    ... lid. A swathe of **wool felt** is dipped, cut and pressed to ...

44. The Washington Post, January 2, 1981, Friday, Final Edition, Style; B3, 89 words, Top Hats, Nina Hyde
    ... 1, Loden green **wool felt** hat with rolled brim ...

Source: News & Business **>** News **>** Major Newspapers
Terms: (wool felt) or woolfelt  (Edit Search)
Focus: **(wool felt) or woolfelt and date(geq (1/1/1980) and leq (12/31/1989))**  (Exit FOCUS™)
View: Cite
Date/Time: Tuesday, November 9, 2004 - 3:47 PM EST

About LexisNexis | Terms and Conditions

Copyright ©  2004 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.