# EXHIBIT M
# Part 2

NEWSPAPER STORIES

1990 TO 1995

136 STORIES

1. Charlotte Observer (North Carolina), December 31, 1995 Sunday ONE-3 EDITION, LIVING; Pg. 4E, 757 words, GILDED EGGS BECOME STURDY HANDBAGS, DENISE COWIE, Knight-Ridder Newspapers
   … lids, and the insides are lined with **wool felt** under sandwashed silk. …

2. The Toronto Star, December 26, 1995, Tuesday, HOME DELIVERY TWO, FASHION; Pg. F2, 739 words, Shelling out for glamor Exotic evening bags made from huge eggs cost up to $2,000, By Denise Cowie SPECIAL TO THE STAR (Knight-Ridder Newspapers)
   … lids, and the insides are lined with **wool felt** under sandwashed silk. …

3. The Toronto Star, December 26, 1995, Tuesday, HOME DELIVERY TWO, FASHION; Pg. F2, 739 words, Shelling out for glamor Exotic evening bags made from huge eggs cost up to $2,000, By Denise Cowie SPECIAL TO THE STAR (Knight-Ridder Newspapers)
   … lids, and the insides are lined with **wool felt** under sandwashed silk. …

4. The Boston Globe, December 17, 1995, Sunday, City Edition, LIVING; Pg. B18, 2039 words, Jordan Hall's acoustics: listening to other voices, By Richard Dyer, Globe Staff
   … a thin layer of **wool felt,** about 1/16 of …

5. The Boston Herald, December 16, 1995 Saturday, FIRST EDITION, ENTERTAINMENT;, Pg. 037, 563 words, VISUAL ARTS: Starry quilts bedazzle the eye, By Frances McQueeney-Jones Mascolo
   … It is made from pieced **wool felt,** probably by a …

6. The San Francisco Chronicle, DECEMBER 14, 1995, THURSDAY, FINAL EDITION, DAILY DATEBOOK; Pg. D7, 164 words, Designs to Ease the Lives of Breast-Cancer Patients, TRISH DONNALLY, Chronicle Fashion Editor
   … hat, $ 32, is soft **wool felt** and comes in camel or …

7. Buffalo News (New York), December 12, 1995, Tuesday, CITY EDITION, SPORTS, Pg. 11D, 859 words, TO STAY WARM, THINK COLD, Michael Levy
   … half-inch thick **wool felt** innerboots. The old hiker's …

8. Detroit Free Press, December 10, 1995 Sunday METRO FINAL EDITION, WWL; Pg. 5J DETROIT ZONE, 597 words, STUNNING HANDBAGS START OUT AS GOOSE EGGS, DENISE COWIE Knight-Ridder Newspapers
   … lids, and the insides are lined with **wool felt** under sand-washed …

9. The Toronto Star, December 2, 1995, Saturday, SATURDAY SECOND EDITION, TRAVEL; Pg. F23, 1158 words, Yurts make excellent retreats for Colorado back country, By Dan Leeth SPECIAL TO THE STAR, CAMERON PASS, Colo.
   … cupcakes. Walls consist of **wool felt** stretched over folding …

10. The Toronto Star, December 2, 1995, Saturday, SATURDAY SECOND EDITION, TRAVEL; Pg. F23, 1158 words, Yurts make excellent retreats for Colorado back country, By Dan Leeth SPECIAL TO THE STAR, CAMERON PASS, Colo.
    … cupcakes. Walls consist of **wool felt** stretched over folding …

11. Chicago Tribune, November 27, 1995 Monday, NORTH SPORTS FINAL

EDITION, YOUR MONEY; Pg. 5; ZONE: C; Material World., 908 words, INDULGENT IDEAS FOR HOLIDAY GIFTS; EASE INTO THAT GIVING MOOD BY GETTING A FEW THINGS FOR THE PERSON AT THE TOP OF YOUR LIST--YOU, By Johnnie Miller-Cleaves. Special to the Tribune.
... 8 and chenille, fleece, **wool or felt** hats that were $20 to $40, ...

12. Chicago Tribune, November 23, 1995 Thursday, DU PAGE SPORTS FINAL EDITION, TEMPO; Pg. 1; ZONE: NED, 243 words, A PRACTICAL GIFT? HOW ABOUT A CAMEL?; HEIFER PROJECT INTERNATIONAL SENDS FARM ANIMALS TO POOR FAMILIES IN RURAL PARTS OF THE WORLD, By Jean Latz Griffin, Tribune Staff Writer.
... 120. Good for **wool and felt** for tent coverings. - ...

13. Sunday Herald Sun, October 29, 1995 Sunday, 405 words, GENTS 'DIP THE LID' TO FEMALE FASHION, RACHEL BRIGHTON
... turned its focus to cheaper **wool felt.** From it's factory in ...

14. Chicago Tribune, October 22, 1995 Sunday, CHICAGOLAND FINAL EDITION, WOMANEWS; Pg. 5; ZONE: CN; YOU AT YOUR BEST. Home Delivery., 588 words, WHICH CATALOGS REALLY DELIVER?; HERE'S HOW 6 FARE, By Marla Paul. Special to the Tribune.
... asked about a **wool felt.** The sales consultant didn't ...

15. Columbus Dispatch (Ohio), October 15, 1995, Sunday, Pg. 8I, 649 words, PETITES' CHOICES GROWING LARGER IN COLLECTIONS FROM LERNER NEW YORK, Marshall Hood
... shoes and sandals and Stegman **wool felt** clogs. To acquaint the uninitiated with the ...

16. Orange County Register (California), September 30, 1995 Saturday, MORNING EDITION, Pg. E01, 766 words, New England atmosphere found in heart of Orange County; DESIGN: Under one roof, 10 antiques dealers create a shared vision of country., DEBRA WARNER, The Orange County Register
... round pieces of vintage **wool felt** and stitching into rugs; she sells the ...

17. The New York Times, September 24, 1995, Sunday, Late Edition - Final, Section 6; Page 68; Column 1; Magazine Desk , 7 words, Portraits of a Neckline
... pg. 69); THIS PAGE -- **Wool felt** coat with leather collar ...

18. Christian Science Monitor (Boston, MA), September 12, 1995, Tuesday, THE WORLD; Pg. 1, 1010 words, New Nation Digs Deep for Its Turkic Roots, By Marshall Ingwerson, Staff writer of The Christian Science Monitor, NURLPA, KYRGYZSTAN
... poetry.'' Sitting in her **wool-felt** yurt churning mare's ...
... a tent covered with **wool felt.** She lives on a ...
... Kojomberdyeva stands by her **wool-felt** yurt in the Kyrgyz ...

19. Chicago Tribune, September 3, 1995 Sunday, CHICAGOLAND FINAL EDITION, SUNDAY MAGAZINE; Pg. 27; ZONE: C; FASHION., 115 words, CLUTCH CARGO; THE GRAB BAG OF THE SEASON, Barri Leiner.
... Bettina Budewig ruby **wool felt** jacket, $102, and shift ...

20. The Toronto Star, August 31, 1995, Thursday, METRO EDITION, FASHION; Pg. C2, 1040 words, Inuit fashions designed to beat the big Arctic chill, By Bernadette Morra Toronto Star
    … garment is the amauti, a **wool felt** pullover with loin-like …

21. The Toronto Star, August 31, 1995, Thursday, FINAL EDITION, FASHION; Pg. C2, 1038 words, Inuit fashions designed to beat the big Arctic chill, BY BERNADETTE MORRA TORONTO STAR
    … garment is the amauti, a **wool felt** pullover with loin-like …

22. Journal of Commerce, August 7, 1995, Monday, FOREIGN TRADE, Pg. 4A, 800 words, WORLD TRADE CENTER NETWORK - TRADE LEADS, World Trade Center NETWORK
    … 01-95 Industrial **wool felt** Ref No.: 034889 …

23. The Times, August 5, 1995, Saturday, Features, 1005 words, Fear frozen in Lapps' luxury, Valerie James
    … blue costumes of heavy **wool, felt** and reindeer skins. But …

24. Sun-Sentinel (Fort Lauderdale, FL), July 16, 1995, Sunday,, ALL EDITIONS, Pg. 14J, 747 words, DOWNTOWN FLAGSTAFF IS GETTING A FACE LIFT, SUSAN DOERFLER; The Arizona Republic, FLAGSTAFF, Ariz.
    … beads. All around her, **wool felt** hats adorned with these beaded …

25. Times-Picayune (New Orleans, LA), June 24, 1995 Saturday, THIRD, LIVING; Pg. E1, 735 words, CANINES DRESS TO THE NINES, CHRIS BYNUM Fashion writer
    … knickers in the cheap **wool that felt** like a Brillo …

26. The Advertiser, May 12, 1995 Friday, 418 words, Labor of love for allergy-free dream machine, BOB JENNINGS
    … wool carpet and even **wool-felt** headlining. But the eco- …

27. The Advertiser, April 18, 1995 Tuesday, 56 words, Style Tip
    … right, in olive **wool felt** with velvet bow and trim, $ …

28. Sun-Sentinel (Fort Lauderdale, FL), March 17, 1995, Friday,, ALL EDITIONS, Pg. 1E, 945 words, FURNITURE LINE CONTINUES THE PARISH TRADITION, CHARLYNE VARKONYI; Home and Garden Editor
    … features pumpkin-colored, **wool-felt** walls - a material …

29. Plain Dealer (Cleveland, Ohio), March 5, 1995 Sunday, FINAL / ALL, ARTS & LIVING; Pg. 3J, 741 words, STUDENT EXHIBITION HIGHLIGHTS THE HUMAN FIGURE, By HELEN CULLINAN; PLAIN DEALER ART CRITIC
    … herself in a **wool felt** cocoon that she had constructed, becoming …

30. Los Angeles Times, February 23, 1995, Thursday, Home Edition, Life & Style; Part E; Page 3; Column 1; View Desk, 746 words, BY DESIGN; THE WORD ON THE STREETWEAR; SUPER-BIG CLOTHES ARE 'OUT.' THRIFT STYLES AND KRAMER-INSPIRED NOVELTY SHIRTS ARE 'IN.', By ROSE APODACA JONES, SPECIAL TO THE TIMES
    … size. And those bulky quilted and **wool-felt** outer-wear coats …

31. USA TODAY, February 10, 1995, Friday, FINAL EDITION, LIFE; Pg. 7D, 294 words, La Fiesta de los Vaqueros brings out the buckaroos, Cathy Hainer
    ... range from your basic **wool/felt** number, which sells for ...

32. Newsday (New York), February 9, 1995, Thursday, NASSAU AND SUFFOLK EDITION, L.I. LIVING; Pg. B34, 220 words, Cute as A Button; How-to-make a button heart pillow, BY JENNIFER WHILDIN PIETY. This craft idea was reprinted with permission of Country Sampler's Decorating Ideas' February issues, which is available at newsstands, bookstores and supermarkets., HOLIDAY; PILLOW; VALENTINE'S DAY
    ... a heart out of **wool felt.** You don't need a ...

33. Times-Picayune (New Orleans, LA), January 29, 1995 Sunday, THIRD, TRAVEL; Pg. E1, 1341 words, YURTS SKIRT THE LINE BETWEEN TEPEE AND TENT, BY DAN LEETH Contributing writer, CAMERON PASS, COLO.
    ... cupcake. Walls consist of **wool felt** stretched over folding ...

34. Pittsburgh Post-Gazette (Pennsylvania), January 8, 1995, Sunday,, FIVE STAR EDITION, Pg. M3, 933 words, The soles of compassion; Shoe inserts ease the pain of aching feet
    ... material is so forgiving. The **wool-felt** wicks absorb moisture, ...

35. Star Tribune (Minneapolis, MN), January 1, 1995, Metro Edition, Variety; Pg. 1E, 994 words, LOOKING COOL STAYING WARM; Head Sokz to Sorels, the gear is here, Kristin Tillotson; Staff Writer
    ... heart and soul of this boot is the **wool-felt** liner, because it wicks ...

36. Chicago Sun-Times, December 21, 1994, WEDNESDAY, Late Sports Final Edition, SECTION2; FEATURES; MALE CALL; Pg. 43, 574 words, Is Worsted Wool Better?;  Lighter Fabric Feels Like Cotton And Doesn't Itch, By Lois Fenton, MALE21121994
    ... casual hat than your **wool felt** fedora, the famous Tilley ...

37. The Times, December 10, 1994, Saturday, Features, 1117 words, Great gifts for less than Pounds 50, Stephanie Lewis
    ... in navy blue **wool felt** and decorated with embroidered gold ...

38. Buffalo News (New York), November 30, 1994, Wednesday, City Edition, LIFESTYLES; Pg. 7, 1347 words, COLD COMFORT; KEEPING WARM IN WNY TAKES SOME PLANNING, By SUSAN MARTIN, News Style Writer
    ... luck wearing a **wool felt** hat of some sort ...

39. Buffalo News (New York), November 30, 1994, Wednesday, City Edition, LIFESTYLES; Pg. 7, 1347 words, COLD COMFORT; KEEPING WARM IN WNY TAKES SOME PLANNING, By SUSAN MARTIN, News Style Writer
    ... luck wearing a **wool felt** hat of some sort ...

40. Rocky Mountain News (Denver, CO), November 30, 1994, Wednesday, SPORTS; Ed. F; Pg. 18B, 195 words, SCHNEE'S BOOTS FOR HUNTERS, Ed Dentry; Rocky Mountain News Outdoors Writer

... insulated liner of Thinsulate and **wool felt** and are as comfortable as bedroom slippers. ...

41. The New York Times, October 16, 1994, Sunday, Late Edition - Final, Section 6; Page 64; Column 1; Magazine Desk , 1730 words, It's A Mad Mad Mad Ad World, By HERBERT MUSCHAMP;   Herbert Muschamp is the architecture critic of The New York Times.
    ... WINDOW, IS FINISHED IN **WOOL FELT.**; THE SMALL ROOM ABOVE ...

42. THE DALLAS MORNING NEWS, October 5, 1994, Wednesday, HOME FINAL EDITION, FASHION!DALLAS; EXPERT OPINION; Pg. 5E, 525 words, Finishing touches; Frank Olive's hats go over big in Texas, Valli Herman
    ... it lightly across **wool felt** hats in a ...
    ... felt. Inexpensive hats are **wool felt** and hard like cardboard. Ours ...

43. THE DALLAS MORNING NEWS, October 5, 1994, Wednesday, HOME FINAL EDITION, FASHION!DALLAS; EXPERT OPINION; Pg. 5E, 525 words, Finishing touches; Frank Olive's hats go over big in Texas, Valli Herman
    ... it lightly across **wool felt** hats in a ...
    ... felt. Inexpensive hats are **wool felt** and hard like cardboard. Ours ...

44. The San Francisco Chronicle, OCTOBER 4, 1994, TUESDAY, FINAL EDITION, DAILY DATEBOOK; Pg. E7; FASHION FLASH, 803 words, Fetching Suits Win Award for Local Designer, TRISH DONNALLY
    ... suit has a fitted **wool felt** jacket with real checker ...

45. Los Angeles Times, September 29, 1994, Thursday, Orange County Edition, Life & Style; Part E; Page 4; Column 1; View Desk, 478 words, HOT PROPS:  FULLY FASHIONABLE, By ROSE APODACA JONES
    ... in cashmere, mohair, **wool felt,** chenille and imitation fur, ...

46. The Guardian (London), September 24, 1994, THE GUARDIAN WEEKEND PAGE; Pg. T12, 6721 words, COVER STORY: THE IMPERIUM; Ryszard Kapuscinski had his first brush with Soviet power as a child in Poland when Stalinist terror was at its peak. As an adult, he returned to the USSR again and again to witness the unravelling of the last empire, Ryszard Kapuscinski
    ... frames lined with cotton **wool, felt,** rags. Because of these panes one has the ...

47. The New York Times, August 28, 1994, Sunday, Late Edition - Final, Section 6;  Part 2;  Page 62;  Column 1;  Fashions of The Times Magazine , 37 words, Think About . . .
    ... Street. Large plastic and **wool felt** rose pins by ...

48. Plain Dealer (Cleveland, Ohio), August 25, 1994 Thursday, FINAL / ALL, STYLE; Pg. 14E, 155 words, ORIENT EXPRESS, By ROXANNE WASHINGTON; PLAIN DEALER FASHION WRITER
    ... include blanket woolens, **wool felts,** gauze, chiffons, sheers and ...

49. Sun-Sentinel (Fort Lauderdale, FL), May 15, 1994 SUNDAY,, ALL EDITION, Pg. 3E, 479 words, SUITABLY ATTIRED ; COOL, LIGHT FABRICS AND LESS-CONFINING CONSTRUCTION MAKE WOMEN'S SUITS A SUMMER BREEZE., FRANCINE PARNES;

    For AP Special Features
    ... color) BELOW: Orange **wool felt** jacket and skirt with a ...

50. The Herald (Glasgow), May 14, 1994, Pg. 6, 979 words, A blissful bedtime, Joanna Swanson
    ... natural upholstery materials such as **wool, felt,** horsehair and cashmere. Rock-
    ...

    Source: News & Business **>** News **> Major Newspapers**
    Terms: (wool felt) or woolfelt  (Edit Search)
    Focus: **(wool felt) or woolfelt and date(geq (1/1/1990) and leq (12/31/1995))**  (Exit FOCUS™)
    View: Cite
Date/Time: Tuesday, November 9, 2004 - 3:49 PM EST

About LexisNexis | Terms and Conditions

Copyright ©  2004 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

51. Columbus Dispatch (Ohio), May 4, 1994, WEDNESDAY, Pg. 1E;, 401 words, WITH HAT SHOP, INSURANCE SALESMAN COVERS HIS CUSTOMERS, Marshall Hood; Dispatch Fashion Reporter
... instance, between a **wool felt** and a fur felt - ...

52. The Seattle Times, March 23, 1994, Wednesday, Final Edition, STYLE; Pg. E1, 979 words, FASHION FREEDOM -- SEATTLE HAS LONG BEEN A HAVEN FOR THAT ETHNIC LOOK, BY MARY ELIZABETH CRONIN
... A CREAM-COLORED **WOOL FELT** PLEATED PILLBOX HAT WITH ...

53. Columbus Dispatch (Ohio), February 27, 1994, Sunday, Pg. 8F, 709 words, STRIKINGLY VARIED WORKS MAKE UNIFIED SHOW; GALLERY'S HUGE SPACE AN APPROPRIATE SETTING FOR STIMULATING IMAGERY, Jacqueline Hall; Dispatch Art Critic
... materials - rawhide, bamboo, **wool, felt,** horsehair, silk organza - ...

54. The Observer, February 27, 1994, Sunday, THE OBSERVER NEWS PAGE; Pg. 7, 720 words, WACKY, TACKY, OR PRETTY IN PINK
... far from tricksy. Dark **wool felt** tailoring, with rows of buttons, had ...

55. Times-Picayune (New Orleans, LA), February 15, 1994 Tuesday, THIRD, LIVING; Pg. D4, 920 words, A COURT-WATCHER'S GUIDE TO WHO'S WHO ON REX REVIEWING STAND
... in black. Her red **wool felt** hat, with a rolled ...
... rhinestones. Her cobalt blue **wool felt** hat with upturned brim is ...

56. The Seattle Times, February 4, 1994, Friday, Final Edition, SCENE; Pg. F1, 761 words, NORDSTROM PROVIDES ITS OWN COVERAGE OF THE WINTER GAMES, BY MARY ELIZABETH CRONIN
... plans to wear, with the cream **wool felt** vest, cotton chambray ...

57. The Irish Times, January 17, 1994, CITY EDITION, WELL AND GOOD; Pg. 11, 828 words, Crafts: from isolation to saturation This week's Showcase fair at the RDS is for many craftsworkers around the country their major opportunity to show and sell their wares. Are we still producing too many leprechauns?, By SYLVIA THOMPSON
... makes hand moulded **wool felt** hats. "I'm extremely ...

58. Pittsburgh Post-Gazette (Pennsylvania), JANUARY 9, 1994, SUNDAY,, FIVE STAR EDITION, Pg. F1, 1829 words, THE POWER OF THE PIANO LONG A CORNERSTONE IN MUSIC EDUCATION AND PERSONAL ENJOYMENT, THE PIANO CONTINUES TO DRAW NEW STUDENTS. WHEN THEY, IN TURN, TAKE CARE OF THE INSTRUMENT, IT REWARDS THEM WITH BEAUTY., DIANA NELSON JONES, POST-GAZETTE STAFF WRITER
... about such things as the science of **wool, felt** and hammers; the secrets of the super ...

59. The Independent (London), January 8, 1994, Saturday, WEEKEND STYLE PAGE; Page 31, 1046 words, Hotfoot for the big time; Who's setting the pace in footwear? Tamsin Blanchard puts on her toothfish loafers and goes in search of young design talent, TAMSIN BLANCHARD
... reserved for slippers, such as **wool and felt** - look very comfortable. The distressed ...

60. St. Louis Post-Dispatch (Missouri), December 19, 1993, SUNDAY, FIVE STAR Edition, TRAVEL; Pg. 1T, 3374 words, THE CRADLE OF WINTER SPORTS, Peter Shelton 1993, Peter Shelton
   ... coat, usually of rich **wool felt** trimmed in leather or ...

61. The Houston Chronicle, December 12, 1993, Sunday, 2 STAR Edition, TRAVEL; Pg. 1, 1235 words, LILLEHAMMER; Winter Olympics host city is solid link to skiing history, PETER SHELTON
   ... coat, usually of rich **wool felt** trimmed in leather or ...

62. The Observer, November 21, 1993, Sunday, THE OBSERVER LIFE PAGE; Pg. 14, 1707 words, CHOICE: TREAD WITH FLAIR
   ... provide extra support, **wool felt** lining and flat laces with ...

63. Chicago Tribune, November 21, 1993 Sunday, FINAL EDITION, TRAVEL; Pg. 1; ZONE: C, 2398 words, A LOVE AFFAIR WITH WINTER; IN THE OLYMPICS HOST CITY O LILEHAMMER, NORWAY, SNOW IS THE BELOVED FABRIC OF LIFE, By Peter Shelton, Universal Press Syndicate., LILLEHAMMER, Norway
   ... coats, usually of rich **wool felt** trimmed in leather or ...

64. Orlando Sentinel (Florida), October 31, 1993 Sunday, 3 STAR, TRAVEL; Pg. H1, 1655 words, THE CRADLE OF WINTER SPORTS; THE 1994 OLYMPICS WILL BE RIGHT AT HOME IN NORWAY, WHERE A LOVE OF SKIING GOES BACK AT LEAST 4,000 YEARS AND WHERE ATHLETES HAVE EARNED A SLED-FULL OF MEDALS., By Peter Shelton Universal Press Syndicate, LILLEHAMMER, NORWAY
   ... coat, usually of rich **wool felt** trimmed in leather or ...

65. Sunday Herald Sun, October 31, 1993 Sunday, HERALD BUSINESS; Pg. 117, 360 words, Hats dipped to one of the great fashions, HURLEY J
   ... stores. The hats, made from **wool or felt,** or straw for summer - ...

66. The Boston Globe, October 29, 1993, Friday, City Edition, LIVING; Pg. 49, 939 words, These everyday objects are anything but ordinary; Art Review THE DOMESTIC OBJECT: ARTICLES FOR EVERYDAY LIVING At: the Fuller Museum of Art, Brockton, through Jan. 9 GLASSFORMS At: the Fuller through Nov. 14, By Christine Temin, Globe Staff, BROCKTON
   ... 3," a rectangular **wool felt** piece with inlay. The hefty ...

67. The Gazette (Montreal, Quebec), October 9, 1993, Saturday, FINAL EDITION, TRAVEL; Pg. I1/BREAK, 2323 words, Cradle of winter sports;What better place for the '94 winter Olympics than Norway, where skiing dates back at least 4,000 years?, PETER SHELTON; UNIVERSAL PRESS SYNDICATE
   ... coat, usually of rich **wool felt** trimmed in leather or ...

68. The Ottawa Citizen, October 9, 1993, Saturday, FINAL EDITION, TRAVEL; TRAVEL; Pg. K1, 1265 words, Norway: The cradle of skiing: The Winter Olympics site is emblematic of a healthy relationship with snow, PETER SHELTON; UNIVERSAL PRESS SYNDICATE
   ... coat, usually of rich **wool felt** trimmed in leather or ...

69. Plain Dealer (Cleveland, Ohio), October 3, 1993 Sunday, FINAL / ALL, TRAVEL; Pg. 1J, 2115 words, AN ARCTIC OLYMPICS; NORWAY, THE CRADLE OF WINTER SPORTS, PERFECT SCENIC SETTING FOR THE UPCOMING GATHERING OF THE SKATE AND SKI ATHLETES, By PETER SHELTON
    ... coat, usually of rich **wool felt** trimmed in leather or ...

70. Los Angeles Times, September 17, 1993, Friday, Home Edition, View; Part E; Page 3; Column 1; View Desk, 558 words, SCREEN STYLE / BETTY GOODWIN: GILT-Y PLEASURES OF 'INNOCENCE', By BETTY GOODWIN
    ... in both straw and **wool felt,** a hat with great ...

71. Information Bank Abstracts, PHILADELPHIA INQUIRER, September 12, 1993, Sunday, Section D; Page 1, Column 1, 25 words, STAYING ON TOP O' THE HAT TRADE, BY SUSAN WARNER
    ... companies; Bollman has been making **wool felt** hats in Adamstown, ...

72. The New York Times, September 5, 1993, Sunday, Late Edition - Final, Section 6; Page 24; Column 1; Magazine Desk, 15 words, FASHION; Cheaper Chic, By Alison Moore
    ... monastic hat in **wool felt.** At the Gap. $49 -- The ...

73. The Atlanta Journal and Constitution, August 10, 1993, Tuesday, 1447 words, GLOSSARY
    ... figure-8 pieces of **wool felt.** -The big finish: Tennis ...

74. The Seattle Times, June 17, 1993, Thursday, Final Edition, SNOHOMISH COUNTY LIFE; LESSONS FROM MONGOLIA; Pg. 2, 867 words, TEACHERS REINVENT THE SPINNING WHEEL, BY GORDY ANDERSON, TERRI ANDERSON
    ... endless weeks of cleaning the **wool, we felt** like we had an intimate ...

75. The New York Times, April 3, 1993, Saturday, Late Edition - Final, Section 1; Page 12; Column 4; Style Desk; Fashion Page, 525 words, Reviews/Fashion; New Sensibilities, Bold Design, By AMY M. SPINDLER
    ... leather laces, thick **wool-felt** jackets with double-layered ...

76. Christian Science Monitor (Boston, MA), March 25, 1993, Thursday, NOW; Pg. 10, 1215 words, Recycling on the Runways: A Fashion Pastiche in Europe, Marylou Luther, Special to The Christian Science Monitor, PARIS
    ... heavy overcoat-quality **wool felt,** or chop off the bottoms of ...

77. The Washington Post, March 17, 1993, Wednesday, Final Edition, STYLE; PAGE B1, 986 words, Fashion; Claude Montana's Cover Story; All Wrapped Up In Lots of Retreads, Cathy Horyn, Washington Post Staff Writer, PARIS, March 16, 1993
    ... flares that looked like **wool felt.** Heavy brown vinyl ...

78. The Houston Chronicle, March 4, 1993, Thursday, 2 STAR Edition, FASHION; Hauteline; Pg. 1, 679 words, Contest gets a little hairy, LINDA GILLAN GRIFFIN; Staff, Houston
    ... wore purple. And her purple **wool felt** bow was held in ...

79. Times-Picayune (New Orleans, LA), February 23, 1993 Tuesday, THIRD, LIVING; Pg.

E1, 1157 words, WHO'S WHO IN REX'S COURT, By Lily Jackson Staff writer
... brimmed hat of fuchsia **wool felt** is banded with grosgrain ribbon. ...
... hat is a coral **wool felt** with a self band and ...

80. The Washington Post, February 19, 1993, Friday, Final Edition, WEEKEND; PAGE N6, 2124 words, Craft Works, Candyce H. Stapen
... swirls and strands of colored **wool onto felt** aren't just clothes, ...

81. The Straits Times, February 14, 1993, Sunday Plus; Style; Pg. 3, 480 words, Anatomy of a good suit
... alone has five layers of **wool, felt,** canvas and satin lining.

82. The Seattle Times, February 11, 1993, Thursday, Final Edition, SPORTS; Pg. D8, 96 words, OUTDOOR GADGETS -- IF THE ENVIRONMENT IS YOUR BAG, THIS IS YOUR RUCKSACK, BY RON JUDD
**Wool, felt** and leather shoulder straps. ...

83. The Seattle Times, February 4, 1993, Thursday, Final Edition, SNOHOMISH; Pg. F2, 813 words, MONGOLIA: IT'S THE LAND OF A MOST LIMITED, BORING DIET -- LANGUAGE HARD, SAYS U.S. PAIR, BY GORDY ANDERSON, TERRI ANDERSON
... Gers are made of thick **wool felt** shaped over a ...

84. Chicago Tribune, January 27, 1993, Wednesday, NORTH SPORTS FINAL EDITION, STYLE; Pg. 11; ZONE: CN; Material world, 730 words, Sales and bargains, By Johnnie Miller-Cleaves
... 105; Wallace Muroya **wool felt** blazers in mint and ...

85. The San Francisco Chronicle, AUGUST 17, 1992, MONDAY, FINAL EDITION, PEOPLE; Pg. D4; CITY STYLE, 158 words, CITY STYLE, Lourdes Livingston
... a-kind appliqued **wool felt** coats and dresses could be framed as ...

86. Chicago Tribune, July 12, 1992, Sunday, FINAL EDITION, TEMPO DU PAGE; Pg. 1; ZONE: D, 1907 words, Dolled up for success Dollmaker, dressmaker find a perfect fit, By Candace Purdom
... my dad's old **wool felt** hat for one," ...

87. The Seattle Times, June 11, 1992, Thursday, Final Edition, ARTS, ENTERTAINMENT; Pg. C6, 564 words, DANISH EXHIBIT: NO FIRE THIS TIME, BY DELORIS TARZAN AMENT
... Nielsen builds forms of **wool felt,** sometimes combining it with ...

88. The Gazette (Montreal, Quebec), April 14, 1992, Tuesday, FINAL EDITION, LIVING: FASHION STYLE; Pg. C4, 192 words, Coats of many colors, SHANE KELLEY; FREELANCE
... Team jackets in **wool felt** and leather, James was getting ...
... jacket in red **wool felt** and blue sandwashed leather ...
... Ryan, 5, in **wool felt** and white leather. Marisa ...

89. Los Angeles Times, April 10, 1992, Friday, Orange County Edition, View; Part E; Page 2; Column 1; View Desk, 947 words, STYLE: OLD HAT; MARIAELENA DE ESTEVEZ RUZ CREATES ROMANTIC, VINTAGE-LOOKING TOPPERS BY COMBINING SILK

FLOWERS, ANTIQUE LACE AND COLORFUL FRENCH RIBBON., By KATHRYN BOLD, SPECIAL TO THE TIMES
... real important. A **wool felt** hat will itch ...

90. The San Francisco Chronicle, FEBRUARY 26, 1992, WEDNESDAY, FINAL EDITION, PEOPLE; Pg. D4; MEN'S FASHION, 827 words, The Cummerbund Is Up, the Collar Down, LOIS FENTON
... wool-poly blend. **Wool felt** hats look good when they are ...
... looks like a **wool felt** hat, but costs ...

91. The Toronto Star, February 6, 1992, Thursday, UNAVAILABLE EDITION, FASHION; Pg. G4, 618 words, Say farewell to felt fedora, BY LOIS FENTON
... wool/poly blend. **Wool felt** hats look good when they are ...
... looks like a **wool felt** hat, but costs ...

92. The Toronto Star, February 6, 1992, Thursday, AM, FASHION; Pg. G4, 623 words, Say farewell to felt fedora, by Lois Fenton
... wool/poly blend. **Wool felt** hats look good when they are ...
... looks like a **wool felt** hat, but costs ...

93. The New York Times, January 26, 1992, Sunday, Late Edition - Final, Section 12WC; Page 25; Column 1; Westchester Weekly Desk, 879 words, A Scarsdale Collector, at Home With About 2,000 Dolls, By ROBERTA HERSHENSON, SCARSDALE
... unusual, she said, and others, such as the **wool felt** Indian servant, sailor and ...

94. Chicago Tribune, January 20, 1992, Monday, NORTH SPORTS FINAL EDITION, TEMPO; Pg. 1; ZONE: C; Commentary. , 667 words, The cold, not cruel, facts on wearing fur, By Barbara Brotman; Barbara Brotman is a Tempo writer
... encased in heavy **wool, felt** as if they were traversing Antarctica on ...

95. The New York Times, December 19, 1991, Thursday, Late Edition - Final, Section A; Page 14; Column 1; Foreign Desk, 910 words, SOVIET DISARRAY; The Free Market Inflates Moscow Traffic Bribery, By FRANCIS X. CLINES,  Special to The New York Times, MOSCOW, Dec. 18
... cold in bulky **wool, felt** and fur uniforms that give them the ...

96. Los Angeles Times, November 10, 1991, Sunday, Home Edition, Magazine; Page 36; Magazine Desk, 428 words, STYLE; STYLEMAKER; BLANKET STATEMENT, By MICHAEL HAEDERLE
... a napped finish and **wool felt** binding. Designs for the ...

97. The Jerusalem Post, November 1, 1991, Friday, Arts, 1440 words, Where Art Meets Design, Gil Goldfine
... armchair. Pesce uses **wool felt** impregnated with polyester resin to ...

98. Orange County Register (California), October 22, 1991 Tuesday, MORNING EDITION, Pg. G01, 891 words, COLLECTIBLES; Bear necessities; Simple homemade critters rival antiques, Debra Warner, The Orange County Register
... Other materials available: **wool felt** and suede for paws;  ...

99. Los Angeles Times, September 29, 1991, Sunday, Home Edition, Magazine; Page 32;

Magazine Desk, 231 words, STYLE; FASHION; MAD ABOUT PLAID, By BARBARA FOLEY
... at Bullock's; Santi **wool felt** beret, $32, at ...

100. St. Louis Post-Dispatch (Missouri), September 29, 1991, SUNDAY, LATE FIVE STAR Edition, STYLE PLUS; Pg. 1, 1759 words, CROWNING GLORIES, Bec ky Homan Post-Dispatch Fashion Editor Photos by Karen Elshout Of the Post-Dispatch Staff
... molding pieces of shellacked, **wool felt** into various "bodies," or basic ...
... antiqued flowers on **wool felt.** There's lots of crushed-velvet ...
... inspects and steams some **wool-felt** hats, early in the ...
... machines for molding the **wool-felt** bodies, or basic hat ...

Source: News & Business > News > **Major Newspapers**
Terms: (wool felt) or woolfelt  (Edit Search)
Focus: **(wool felt) or woolfelt and date(geq (1/1/1990) and leq (12/31/1995))**  (Exit FOCUS™)
View: Cite
Date/Time: Tuesday, November 9, 2004 - 3:50 PM EST

About LexisNexis | Terms and Conditions

Copyright ©  2004 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

101. The Ottawa Citizen, September 26, 1991, Thursday, FINAL EDITION, LIVING; Pg. H1, 544 words, THE LITTLE EXTRAS; Here's the lowdown on scarves, jewelry and other must-have accessories, Shelley Gonales
    ... in brown or black **wool felt** can be dressed up with ...
    ... downtown baseball caps. **Wool felt** ones come in ...

102. St. Louis Post-Dispatch (Missouri), September 19, 1991, THURSDAY, ILLINOIS FIVE STAR Edition, STYLE; Pg. 4I, 535 words, ACCESSORIES BECOME FULL-FLEDGED FASHION, Shelley Gonzales Scripps Howard News Service
    ... in brown or black **wool felt** can be dressed up with ...
    ... downtown baseball caps. **Wool felt** ones come in ...

103. St. Louis Post-Dispatch (Missouri), September 5, 1991, THURSDAY, FIVE STAR Edition, STYLE WEST; Pg. 5, 534 words, ACCESSORIES: THEY'RE MORE FASHION BASICS THAN MERE TRIMMINGS, Shelley Gonzales Scripps Howard News Service
    ... in brown or black **wool felt** can be dressed up with ...
    ... downtown baseball caps. **Wool felt** ones come in ...

104. The Toronto Star, September 5, 1991, Thursday, FINAL EDITION, FASHION; Pg. H1, 622 words, Accessories ablaze with color, By Suzi Martin-Cusimano SPECIAL TO THE STAR
    ... interesting headgear. Today's **wool felt** berets have undergone quite ...

105. The Toronto Star, September 5, 1991, Thursday, FINAL EDITION, FASHION; Pg. H1, 622 words, Accessories ablaze with color, By Suzi Martin-Cusimano SPECIAL TO THE STAR
    ... interesting headgear. Today's **wool felt** berets have undergone quite ...

106. The New York Times, August 4, 1991, Sunday, Late Edition - Final, Section 6; Page 37; Column 4; Magazine Desk, Fashion; Dream Merchants
    ... streamlined escalator, Treacy's **wool felt** show- stopper, $974, ...

107. The Advertiser, May 8, 1991 Wednesday, 75 words, MARTY SMITH
    ... flat-topped hat of **wool or felt,** is named after the Moroccan ...

108. Newsday (New York), March 13, 1991, Wednesday, NASSAU AND SUFFOLK EDITION, NEWS; LONG ISLAND DIARY; Pg. 21, 836 words, Tapping a Sweet Mystery of Life, By Irene Virag. STAFF WRITER, COLUMN; TREE; FOOD
    ... it through a **wool felt** strainer or a piece of ...

109. Financial Times (London,England), February 23, 1991, Saturday, WEEKEND FT; Pg. XI, 956 words, How To Spend It; How to attain the peak of perfection, PETER KNIGHT
    ... felt:wool and fur. **Wool felt** is thicker and cheaper and does not ...

110. The Toronto Star, January 10, 1991, Thursday, FINAL EDITION, FASHION; Pg. G3, 738 words, Top Hats, By Loretta Chin Special to The Star
    ... washable silks, fur and **wool felts,** brocade,"anything that has a ...

111. The Toronto Star, January 10, 1991, Thursday, FINAL EDITION, FASHION; Pg. G3, 742 words, Top Hats, By Loretta Chin Special to The Star

... washable silks, fur and **wool felts,** brocade,"anything that has a ...

112. The Toronto Star, January 2, 1991, Wednesday, FINAL EDITION, SPORTS; Pg. F5, 771 words, Avoid those close calls by making the right clothes call, By John Power
    ... hands cosy. A **wool or felt** facemask is always a ...

113. The Toronto Star, January 2, 1991, Wednesday, FINAL EDITION, SPORTS; Pg. F5, 774 words, Avoid those close calls by making the right clothes call, By John Power
    ... hands cosy. A **wool or felt** facemask is always a ...

114. Chicago Tribune, December 26, 1990, Wednesday, NORTH SPORTS FINAL EDITION, STYLE; Pg. 3; ZONE: NS, 10638 words, How long can you go? On the heels of all those Christmas sales come even more, more markdowns and bargains, By Johnnie Miller-Cleaves
    ... 330; Jennifer George **wool felt** jackets were $420, now $ ...

115. The Boston Globe, December 11, 1990, Tuesday, City Edition, LIVING; Pg. 61 p, 989 words, BOOTS; FASHION, By Julie Hatfield, Globe Staff
    ... freestyle" boot with a **wool felt** liner, cotton backing ...

116. The Toronto Star, December 9, 1990, Sunday, SUNDAY EDITION, HOME; Pg. E5, 401 words, Creating Inuit art with scissors, by Ross Skoggard
    ... sized hangings from duffle **wool and felt** are able to "draw" a ...

117. The Toronto Star, December 9, 1990, Sunday, SUNDAY SECOND EDITION, HOME; Pg. E5, 402 words, Creating Inuit art with scissors, by Ross Skoggard
    ... sized hangings from duffle **wool and felt** are able to "draw" a ...

118. The New York Times, December 2, 1990, Sunday, Late Edition - Final, Section 1; Part 2; Page 74; Column 2; Style Desk; Fashion Page, 577 words, Whimsy to Put Under the Tree, By ELAINE LOUIE
    ... curls. Made of red **wool felt,** it is studded with varicolored ...

119. The Seattle Times, November 26, 1990, Monday, Final Edition, SCENE; SEEN, HEARD, SAID; Pg. F2, 730 words, SEEN, HEARD, SAID -- ABOUT TOWN, BY NANCY BARTLEY
    ... item received a **wool felt** hat, which, contrary to the theme, they ...

120. The New York Times, November 4, 1990, Sunday, Late Edition - Final, Section 1; Part 2; Page 66; Column 1; Style Desk, 567 words, Fashion; Good Looks You Can Hang Your Hat On, By DEBORAH HOFMANN
    ... wardrobe colors. A **wool felt** boater starts at $ ...

121. Orange County Register (California), November 4, 1990 Sunday, EVENING EDITION, Pg. L20, 804 words, CODA, Scott Duncan, The Orange County Register
    ... shoe boxes. Finally, **wool felt** would be applied to the upper side ...

122. Financial Times (London,England), October 27, 1990, Saturday, WEEKEND FT; Pg.

XVII, 619 words, How to Spend It; Set your sights on superior simplicity, LUCIA VAN DER POST
... put it on. The **wool felt** like silk. It was ...

123. The New York Times, September 16, 1990, Sunday, Late Edition - Final, Section 6; Part 2, Page 74, Column 1; Men's Fashions of The Times Magazine, 665 words, TAKE IT FROM THE TOP; Hints on Hats, By Alan Flusser; Alan Flusser is a designer and author who is opening a ready-to-wear shop at Bergdorf Goodman this fall.
... hats are made of either **wool felt** or, if top quality, fur ...

124. The Independent (London), September 1, 1990, Saturday, WEEKEND STYLE PAGEWEEKEND PROPERTY PAGE; Page 40 , 443 words, Style Update, By VINNY LEE
... uses natural fabrics, such as **wool, felt,** denim and drill in ...

125. The Boston Globe, July 5, 1990, Thursday, City Edition, LIVING; Pg. 65 p, 691 words, Add spice to your wardrobe with wearable art; FASHION / JULIE HATFIELD, By Julie Hatfield, Globe Staff
... cuddly handmade and dyed **wool felt** tunics, diaphanous painted ...
... rayon chenille scarves, **wool felt** tunics and all manner of ...

126. Orlando Sentinel (Florida), June 18, 1990 Monday, 3 STAR, STYLE; Pg. C1, 554 words, 'DICK TRACY' DUDS SPAWN COPYCAT CLOTHES, By Valli Herman, Los Angeles Daily News, LOS ANGELES
... in black or gray **wool felt** and sells for about $ ...

127. St. Louis Post-Dispatch (Missouri), June 12, 1990, TUESDAY, THREE STAR Edition, DOLLARS/SENSE; Pg. 6D, 1534 words, HELP YOURSELF!
... dye J.J.'s **wool felt** hat. We are: Dyeing to Please, ...

128. The Independent (London), May 8, 1990, Tuesday, LIVING PAGE; Page 14 , 992 words, Revealed! The real point of point-to-point; Andrea Waind joins the Quorn hunt. A thousand trilbies turn as the English picnic and play, By ANDREA WAIND
... afford it buy **wool felt** at pounds 9.99. ...

129. The San Francisco Chronicle, APRIL 11, 1990, WEDNESDAY, FINAL EDITION, PEOPLE; Pg. B4, 993 words, Forecasts: No Fur, Fewer Restaurants, TRISH DONNALLY, CHRONICLE STAFF WRITER
... winter. * Indigo in **wool and felt.** * Brown, earthy, mud ...

130. Sunday Herald, March 25, 1990 Sunday, 556 words, Paris, pleats and panache, SAMUEL K
... in rich velvets, **wool felt,** heavy crochet and Indian ...

131. Chicago Tribune, March 15, 1990, Thursday, NORTH SPORTS FINAL EDITION, NEWS; Pg. 26; ZONE: C; NEWSMAKERS, 514 words, A standup star gazer, Richard Phillips
... world's largest maker of **wool felt** hats, Glass wants to ...

132. Los Angeles Times, March 14, 1990, Wednesday, P.M. Final, Calendar; Part P; Page 8; Column 1; Late Final Desk, 162 words, SHORT TAKES; DICK TRACY FEDORA FAD IN WINGS, From Times Wire Services, ADAMSTOWN, Pa.

... world's largest maker of **wool felt** hats, is busily turning ...

133. Los Angeles Times, March 8, 1990, Thursday, Home Edition, Food; Part H; Page 38; Column 1, 1358 words, THE KITCHEN CABINET:  LATEST DESIGNER TABLE LINENS ADD VISUAL APPEAL TO PLACE SETTINGS, By MINNIE BERNARDINO, TIMES STAFF WRITER
    ... out of wrinkled natural **wool felt,** which simulates tortilla color and ...
    ... MARIANNA DIAMOS; Photo, **Wool felt** is scorched for tortilla ...

134. The Seattle Times, March 4, 1990, Sunday, Final Edition, PACIFIC; Pg. F16, 2035 words, RUNWAYS OF JAPAN -- THE FABRIC, NOT THE DETAILING CARRIES THE DESIGN, BY SYLVIA WIELAND NOGAKI
    ... motifs. A men's **wool felt** jacket he has designed features  ...

135. The Independent (London), February 22, 1990, Thursday, FASHION PAGE; Page 15 , 448 words, Britain has designs on Germany; Roger Tredre previews plans to displace the Italians in a wealthy market, By ROGER TREDRE
    ... towards fur felt and **wool felt** hats,'' said Derek ...

136. Sunday Herald, February 11, 1990 Sunday, 1167 words, Gems for rock collectors, EYRE J
    ... while a black-**wool-felt** fedora hat autographed ...

   Source: News & Business **>** News **>** Major Newspapers
    Terms: (wool felt) or woolfelt  (Edit Search)
    Focus: **(wool felt) or woolfelt and date(geq (1/1/1990) and leq (12/31/1995))**  (Exit FOCUS™)
     View: Cite
Date/Time: Tuesday, November 9, 2004 - 3:51 PM EST

About LexisNexis | Terms and Conditions

Copyright ©  2004 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.