# EXHIBIT M
# Part 3

NEWSPAPER STORIES

1996 TO 1998

114 STORIES

1. Pittsburgh Post-Gazette (Pennsylvania), December 21, 1998, Monday,, SOONER EDITION, Pg. C-2,, 540 words, MARYLYNN URICCHIO
   ... items and apparel. Great **wool felt** and velvet pillows that say " ...

2. The Denver Post, December 18, 1998 Friday, 2D EDITION, Pg. B-06, 717 words, Western blankets in big demand Woolens 'grown' in Routt County, By Steve Lipsher, Denver Post Staff Writer
   ... local market for their **wool. "We felt** we could double the value of the wool if we ...

3. The Seattle Times, December 10, 1998, Thursday, Final Edition, TICKET;, Pg. I26, 545 words, STROKES OF BOLDNESS -- FRANK OKADA'S BIG GRAPHIC PAINTINGS AND KAZUHITO KOBAYASHI'S FELT SCULPTURES COMMAND ATTENTION, ROBIN UPDIKE; SEATTLE TIMES ART CRITIC
   ... cap. There also is a red **wool felt** sheath dress (about ...

4. The Atlanta Journal and Constitution, December 6, 1998, Sunday,, ALL EDITIONS, 541 words, 1998 HOLIDAY GIFT GUIDE; IT'S A WRAP!; ROMANTIC, Anita J. Finkelstein
   ... recommendations: a brown **wool felt** hat ($ 29.95) at the ...

5. Columbus Dispatch (Ohio), November 20, 1998, Friday, Pg. 16, 6378 words, IN THE SPIRIT OF GIVING . . . SUGGESTIONS ARE ENDLESS
   ... 34.95). This replica is handmade of **wool felt** - just like they used to ...

6. The San Francisco Chronicle, NOVEMBER 10, 1998, TUESDAY,, FINAL EDITION, DAILY DATEBOOK;, Pg. E7, 326 words, A Healthy Attitude Helps; From hats to prosthetics, Friend to Friend specializes in cancer patients' needs, Trish Donnally, Chronicle Fashion Editor
   ... will find stylish **wool felt** hats and cotton scarves to ...
   ... 1) Warm and stylish **wool felt** hats, especially good to ...

7. The New York Times, November 1, 1998, Sunday, Late Edition - Final, Section 6; Page 58; Column 1; Magazine Desk , 276 words, Caesar's Other Palace, By Pilar Viladas
   ... bed contrasts with the magenta **wool-felt** wall covering. The brass ...

8. The Ottawa Citizen, October 31, 1998, Saturday, FINAL EDITION, NEW HOMES; STEP BY STEP; Pg. I12, 514 words, Autumn pillows, SUZI J. RICHTERS; HGTV
   ... Fall is here." Because they're made of **wool felt,** the edges don't have to be finished. The ...
   ... three high-quality **wool felt,** 45 inches wide (or ...

9. The Times (London), October 19, 1998, Monday, Features, 1248 words, Hard sell on avant-garde avenue, Lisa Armstrong
   ... pervasive, showed delicious **wool-felt** dresses which, when stripped of the half-
    ...

10. Newsday (New York), October 18, 1998, Sunday,, ALL EDITIONS, Page B09, 1328 words, SONG OF NEW YORK, By Judith Long. Judith Long lives in Sag Harbor and spends part of the week in Manhattan as copy editor of The Nation.

... great funnel of flesh, **wool, felt,** leather, rubber and steaming ...

11. Star Tribune (Minneapolis, MN), October 10, 1998, Metro Edition, Pg. 1E, 868 words, GARTH GARB; So you wanna be a rockin' country star - or look like one, at least? Here's a guide to Western wear, and where you can find it., Vickie Gilmer; Staff Writer
    ... hats are more expensive than **wool felt.** Fur felt is made of ...
    ... steam-cleaned and blocked; **wool felt** hats are stiffer and cannot be ...
    ... people start out with **wool felt** because prices start at ...

12. The Guardian (London), September 25, 1998, The Guardian Space Page; Pg. 6, 981 words, Open space: One hundred and six per cent design; It's all happening in Earl's Court this weekend, and Westbourne Grove, Brick Lane and other points besides. Here's space's partial guide around town
    ... frame, donkey brown **wool felt** seat and negra steel ...

13. The Independent (London), September 19, 1998, Saturday, FEATURES; Page 32,3, 292 words, Fashion: County and western; Want to keep the autumn chills at bay? Move over hi-tech textiles, this season's look of choice is a new take on good old-fashioned tweed.
    ... fashioned country classics such as **wool, felt** and herringbone tweed. Tweed, you ...

14. The Times, September 18, 1998, Friday, Home news, 667 words, Sultan lays out kitsch for the Queen, Alan Hamilton
    ... pile pink and blue **wool, which felt** like a soft, ...

15. The Toronto Sun, September 15, 1998, Tuesday,, Final EDITION, FASHION,, Pg. 48, 365 words, COLD COMFORT ... GET IT CHIC AND CHEAP AT THE OLD CLOTHING SHOW, SYLVI CAPELACI, TORONTO SUN
    ... real cashmere, camel, **wool felt** and Harris tweed coats and ...

16. The Atlanta Journal and Constitution, September 14, 1998, Monday,, ALL EDITIONS, 449 words, HATS ON!; Trend-conscious Atlanta males brimming with fashionable headgear, H.M.; Cauley
    ... said. "But most are **wool felt,** or a fur felt, that has ...
    ... Marietta St. NW **Wool felt** fedora --- $ 40 Fur ( ...
    ... South DeKalb Mall **Wool felt** fedora --- $ 30 Fur ( ...
    ... Rio Mall, Midtown **Wool felt** fedora --- $ 40 Fur ( ...

17. The Denver Post, September 3, 1998 Thursday, 2D EDITION, Pg. E-03, 318 words, Boutique makes a splash Outfit featured on Times cover, Francine Parnes
    ... cashmere sweater and gray **wool felt** pants, by New ...

18. Los Angeles Times, August 27, 1998, Thursday,, Home Edition, Page 2, 744 words, FASHION; HIGH-HATTING POPULAR FASHION; 2 NORTHERN CALIFORNIANS STRIKE GOLD WITH RETRO BASEBALL CAPS, DAVID DAVIS, SPECIAL TO THE TIMES

    ... employees painstakingly boil the **wool-felt** letters of the hat appliques ...

19. Los Angeles Times, August 23, 1998, Sunday,, Home Edition, Page 20   , 42

      words, FALL FASHION;  SEASON OPENERS
      ... Dresses Marc Jacobs **wool felt** military-style jacket, $ ...
      ... Evening Alberta Ferretti **wool felt** and tulle dress, $1,895, to ...

20. The New York Times, August 23, 1998, Sunday, Late Edition - Final, Section 6; Part 2; Page 38; Column 1; Fashions of The Times Magazine , 13 words, The Luxe Life; Going Gray
    ... selected stores. Gray **wool felt** ankle boot from DKNY, $ ...
    ... Los Angeles. Gray **wool felt** hobo bag from Miu ...

21. The New York Times, August 23, 1998, Sunday, Late Edition - Final, Section 6; Part 2; Page 42; Column 1; Fashions of The Times Magazine , 14 words, The Luxe Life; The Drop of a Hat
    ... black feathers on **wool felt,** $980. At Emanuel ...

22. The Observer, August 16, 1998, The Observer Life Page; Pg. 21, 176 words, F a s h i o n notebook: Peak show; Whether you're holidaying in Florida or Frinton, you'll need a sunhat. Well, fingers crossed, anyway, STYLED BY CHARLOTTE HARRISON
    ... Phat Farm, as before. **Wool felt** cowboy hat, pounds ...

23. The Daily Telegraph (Sydney, Australia), August 8, 1998, Saturday, FULLPAGE, FEATURES; Pg. H02, 258 words, Emporium, SKY YATES.
    ... 100 per cent **wool felt** slippers, in a ...

24. The Boston Globe, August 2, 1998, Sunday, City Edition, NEW HAMPSHIRE WEEKLY; Pg. 14, 1396 words, ANNUAL CRAFTS FAIR SURE TO MAKE A SPLASH; Booths, theme days show off state's best; NEW HAMPSHIRE WEEKLY / ARTS & PEOPLE, By D. Quincy Whitney, Globe Correspondent, NEWBURY
    ... Lehr will make **wool felt.** Caleb Davis will ...

25. The New York Times, July 12, 1998, Sunday, Late Edition - Final, Section 9; Page 3; Column 6; Style Desk , 192 words, PULSE; Think Orange, By ELIZABETH HAYT
    ... a carrot-hued **wool felt** jacket for $1,355, ...

26. Rocky Mountain News (Denver, CO), July 2, 1998, Thursday,, SPOTLIGHT ON STYLE; Ed. F; Pg. 4D, 314 words,  VINTAGE-STYLE ACTIVEWEAR A HIT, Suzanne S. Brown; Rocky Mountain News Fashion Editor
    ... Blue Marlin, $ 75, has **wool felt** applique letters. Blue ...

27. Orange County Register (California), April 30, 1998 Thursday, MORNING EDITION, Pg. C02, 261 words, U.S., Canada, Mexico will end tariffs at faster pace; TRADE: Taxes on $ 1 billion in textiles, toys and more will be scrapped Aug. 1., Bloomberg News, PARIS, FRANCE
    ... woven cotton fabrics, **wool felt,** cordage, bedspreads, certain ...

28. Detroit Free Press, April 10, 1998 Friday METRO FINAL EDITION, FEATURES; Pg. 1F, 1424 words, 10 LOOKS FROM THE RUNWAY FOR FALL WEAR AMERICAN DESIGNERS LEAD THE WAY TO COMFORTABLE, PRACTICAL CLOTHES, HOLLY HANSON Free Press Fashion Writer, NEW YORK
    ... Marc Jacobs' black **wool felt** floor-sweeper, with its narrow ...

29. The Atlanta Journal and Constitution, April 6, 1998, Monday,, ALL EDITIONS, 586 words, NEW YORK FASHION WEEK WRAP-UP; Long on luxury; Sporty but spiffy is the theme as American designers show Europe a thing or two about redefining style, Marylin Johnson
... curvy. Materials: Cashmere, **wool felt** and boiled wool are hands- ...

30. The Sunday Telegraph (Sydney, Australia), April 5, 1998, Sunday, FULLPAGE, FEATURES; Pg. 193, 433 words, Tres chic or tragic?, ROS REINES
... code is strictly light **wool and felt** hats, but in the ...

31. The Boston Herald, April 1, 1998 Wednesday, FIRST EDITION, FEATURES;, Pg. 038, 687 words, Fashion; Shape of things to come; Geometric forms take over the tailored look, By JILL RADSKEN
... knits and double-face **wool. The felt** jackets and pea coats ...

32. Pittsburgh Post-Gazette (Pennsylvania), March 31, 1998, Tuesday,, SOONER EDITION, Pg. C-1, 658 words, A GRAY FORECAST; SOMBER HUES AND MOHAIR DOMINATE FALL FASHIONS, GEORGIA SAUER, FASHION EDITOR, POST-GAZETTE, NEW YORK
... fleece hooded jackets and **wool felt** long skirts were especially ...

33. The Atlanta Journal and Constitution, March 30, 1998, Monday,, ALL EDITIONS, 405 words, Fashion Week: Fall/Winter '98 Weekend Showings; Modern femininity: The casual, simple look; Even models look relaxed as they show top designers' latest, Marylin Johnson
... booties made from boiled **wool or felt.** Versus by Donatella ...

34. THE DALLAS MORNING NEWS, March 25, 1998, Wednesday, HOME FINAL EDITION, FASHION!DALLAS; Pg. 4E, 3138 words, MILAN: FALL 1998; Milan Fashion Week is a proving ground for designers trying to make their mark, Tracy Achor Hayes, MILAN
... layer of oatmeal-colored **wool felt** laid in a ...

35. The Dallas Morning News, March 25, 1998, Wednesday, HOME FINAL EDITION, FASHION!DALLAS;, Pg. 4E, 3130 words, MILAN: FALL 1998; Milan Fashion Week is a proving ground for designers trying to make their mark, Tracy Achor Hayes, MILAN
... layer of oatmeal-colored **wool felt** laid in a ...

36. The Press (Christchurch), March 13, 1998, Friday, FARMING, Pg. 17;, FARMING WOOL SALE, 389 words, Prices rise as wool supplies drop
... While corriedale and halfbred **wool felt** the flow on affect of the ...

37. THE DALLAS MORNING NEWS, February 18, 1998, Wednesday, HOME FINAL EDITION, FASHION!DALLAS; Pg. 1E, 799 words, A NEW ATTITUDE; With an infusion of fresh ideas, menswear gets an energy boost for fall, Valli Herman, NEW YORK
... ordinary and extraordinary: ultralight **wool felt,** sueded cotton or corduroy, ...

38. Copyright 1998 THE HINDU, February 13, 1998, News, 475 words, Lovely creations in leather
... ties) that looked like **wool, and felt** as warm, perhaps. We had pants and ...

39. The Independent (London), January 28, 1998, Wednesday, FEATURES; Page 17, 1197 words, Fashion: The skirts you can keep, but oh what I'd give for a pair of shades and some trainers
    ... on the outside of thick **wool and felt** suits to beautiful effect. ...

40. Chicago Tribune, January 28, 1998 Wednesday, NORTH SPORTS FINAL EDITION, YOUR MONEY; Pg. 1; ZONE: C, 927 words, MAKING HEADWAY; RENEWED INTEREST BY WOMEN AND MEN SPARKS REVIVAL OF CUSTOM-MADE HATS, By Mary Beth Klatt. Special to the Tribune.
    ... tend to be rigid and made of **wool felt,** which shrinks once it ...
    ... retains its shape better than **wool felt.** Many milliners also will ...

41. The Miami Herald, January 17, 1998 Saturday FINAL EDITION, FRONT; Pg. 25A, 443 words, ACTION LINE, Herald Staff
    ... layers of different materials, such as **wool, felt,** silk, cotton batting and ...

42. Rocky Mountain News (Denver, CO), January 8, 1998, Thursday,, SPOTLIGHT ON STYLE; Ed. F; Pg. 3D, 847 words, THE GLAD HATTER; SHE'S BEEN KEEPING HEADS WELL-COVERED FOR 49 YEARS, Suzanne S. Brown; Rocky Mountain News Fashion Editor, ARVADA
    ... first, a good **wool felt** style bought at ...

43. The Seattle Times, December 12, 1997, Friday, Final Edition, SCENE;, Pg. F1, 715 words, A HAT FOR A CUPPA -- HATTERS DESIGN MATCHING COVERS FOR HEADS AND TEAPOTS, MARY ELIZABETH CRONIN; SEATTLE TIMES STAFF REPORTER
    ... cup and realized the handmade **wool felt** hats she designs would double ...
    ... new about using **wool felt** to insulate. The **wool felt** used for many of the ...

44. Pittsburgh Post-Gazette (Pennsylvania), December 7, 1997, Sunday,, TWO STAR EDITION, Pg. D-20,, 593 words, DON'T LET COLD GET TOO CLOSE FOR COMFORT, SCOTT SHALAWAY
    ... uppers and most importantly, **wool felt** liners. It was the best ...

45. The Gazette (Montreal, Quebec), November 18, 1997, Tuesday, FINAL EDITION, LIVING: FASHION STYLE; Pg. C1 / BREAK, 284 words, Snow White, IONA MONAHAN; THE GAZETTE
    ... buttons and leather cords. **Wool-felt** coats enveloped the body and ...

46. Rocky Mountain News (Denver, CO), November 6, 1997, Thursday, SPOTLIGHT ON STYLE; Ed. F; Pg. 3D, 954 words, Revised dress code Job-switchers scramble to replace their uniforms, Suzanne S. Brown; Rocky Mountain News Fashion Editor
    ... in navy blue **wool, she felt** odd wearing anything that ...

47. Sunday Times, November 2, 1997, Sunday, Features, 275 words, Go east
    ... Blahnik, as before : Red **wool felt** asymmetric jacket, Pounds ...

48. The Toronto Star, October 23, 1997, Thursday, FINAL EDITION, FASHION; Pg. M1, 688 words, The hat came back Milliners are reviving retro looks as more women reach for the top, BY BERNADETTE MORRA TORONTO STAR
    ... will likely be made of **wool felt** which is stiffer and more rigid than ...

49. The Toronto Star, October 23, 1997, Thursday, METRO EDITION, FASHION; Pg. M1, 666 words, The hat came back Milliners are reviving retro looks as more women reach for the top, By Bernadette Morra TORONTO STAR
... will likely be made of **wool felt** which is stiffer and more rigid than ...

50. The Baltimore Sun, October 20, 1997, Monday,, FINAL EDITION, Pg. 1D, 422 words, Regal line of royal dolls; Art: Small wonders' coronation at the BMA., John Dorsey, SUN ART CRITIC
... using primarily cotton and **wool felt.** Some of the costumes were based ...

Source: News & Business > News > **Major Newspapers**
Terms: (wool felt) or woolfelt  (Edit Search)
Focus: **(wool felt) or woolfelt and date(geq (1/1/1996) and leq (12/31/1998))**  (Exit FOCUS™)
View: Cite
Date/Time: Tuesday, November 9, 2004 - 3:44 PM EST

About LexisNexis | Terms and Conditions

Copyright © 2004 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

51. Tampa Tribune (Florida), October 15, 1997, Wednesday,, FLORIDA EDITION, Pg., 538 words, Shed some light on the subject, Amy Scherzer
... caps are individually made. **Wool felt** letters on the front are ...

52. The New York Times, September 7, 1997, Sunday, Late Edition - Final, Section 6; Page 76; Column 2; Magazine Desk , 11 words, Outside Influences
... stores nationwide.; Right: **Wool felt** coat. $750, by ...

53. Christian Science Monitor (Boston, MA), August 29, 1997, Friday, INTERNATIONAL; REPORTS FROM THE ROAD; Pg. 10, 1104 words, Cherry-Drink Lakes; Shrimp From Decades Past, Marshall Ingwerson, Staff writer of The Christian Science Monitor
... all is cool comfort. **Wool felt** carpets cover the floor ...
... Inside a yurt, **wool felt** carpets cover the floor. ...

54. Columbus Dispatch (Ohio), August 26, 1997, Tuesday, Pg. 4B, 455 words, THE ELEGANT MAN, From staff and wire reports
... handbag by Indeed; **wool felt** hat by Liz ...

55. Christian Science Monitor (Boston, MA), August 18, 1997, Monday, INTERNATIONAL; REPORTS FROM THE ROAD; Pg. 10, 510 words, A Lawless Frontier; the Night Train to Astrakhan, Marshall Ingwerson, Staff writer of The Christian Science Monitor
... lifestyle, living in **wool-felt** yurts on bright ...

56. The Washington Post, June 15, 1997, Sunday, Final Edition, STYLE; Pg. F03; FASHION, 674 words, Flipping for Lids, Robin Givhan, Washington Post Staff Writer
... a steep $ 30. The **wool felt** logos, for instance, are ...

57. The Houston Chronicle, May 29, 1997, Thursday, 2 STAR Edition, FASHION; Pg. 3, 793 words, Museum shops offer course in art of home decorating, LINDA GILLAN GRIFFIN, Houston Chronicle Fashion Editor; Staff
... designs found on the **wool-felt** cloaks of shepherds. The designs are ...

58. Columbus Dispatch (Ohio), April 27, 1997, Sunday, Pg. 5G,, 589 words, HAT-MAKERS SPECIALIZE IN CHEMO CASES, Marshall Hood
... dressy fabrics, including **wool, felt,** flannel-lined velour ...
... for six colors of **wool felt.** Hat & Soul donates $ ...

59. The Washington Post, April 09, 1997, Wednesday, Final Edition, STYLE; Pg. D01; FASHION, 1411 words, Wowed Applause For Richard Tyler; Among Those Who Follow the Crowd, A Few Stand Apart, Robin Givhan, Washington Post Staff Writer, NEW YORK, April 8
... line revolved around **wool felt** skirts that splayed open ...

60. THE DALLAS MORNING NEWS, April 2, 1997, Wednesday, HOME FINAL EDITION, FASHION!DALLAS; Pg. 4E, 2366 words, Fall 1997 preview: Europe, Tracy Achor Hayes, The Dallas Morning News
... soft balloon effect. **Wool felt** skirts wrap the body or ...

61. Plain Dealer (Cleveland, Ohio), March 28, 1997 Friday, FINAL / ALL, SPORTS; Pg. 11D, 1179 words, FISHERMEN ARE LAYERING IT ON; MULTIPLE REVOLUTIONARY FABRICS HAVE ELIMINATED FIRST HOT, THEN COLD SPRING FISHING

EXPEDITIONS, By D'ARCY EGAN; PLAIN DEALER OUTDOORS WRITER
... 10 millimeter polypropylene, **wool, felt** and Radiant-Tex liners ...

62. Plain Dealer (Cleveland, Ohio), March 27, 1997 Thursday, FINAL / ALL, STYLE; Pg. 4E, 704 words, PARIS RUNWAYS SANCTION RETURN TO WEARABLE FASHIONS, By JANET McCUE; PLAIN DEALER FASHION EDITOR, PARIS
... Slavonic sprinkle of colorful **wool and felt** cutouts on Karl ...

63. Star Tribune (Minneapolis, MN), March 23, 1997, Metro Edition, Travel; Pg. 1G, 3788 words, everything you wanted to know about mongolia but were afraid to ask.; Once, Mongolia ruled the known world. Then it was unknown to the world. Now the world is at its doorstep. In the company of a sex therapist, a soil scientist and a merry band of wranglers, our correspondent reports from the adventure travel front line., Chris Welsch; Staff Writer
... tent, insulated with homemade **wool felt.** A white canvas ...

64. The New York Times, March 14, 1997, Friday, Late Edition - Final, Section B; Page 6; Column 1; Style Desk; Fashion Page, 1302 words, Review/Fashion; Chanel and Givenchy Transitions, By AMY M. SPINDLER , PARIS, March 13
... bias-cut striped **wool felt** strongly of Mr. Lagerfeld's ...
... embroidery, one in **wool felt.** Ms. Kawakubo took the ...

65. The Houston Chronicle, March 13, 1997, Thursday, 2 STAR Edition, HOUSTON; Pg. 1, 711 words, FASHION MILAN '97; 3 designers favor fall's softer side, LINDA GILLAN GRIFFIN, Houston Chronicle Fashion Editor; Staff, MILAN
... rather than ensembles. A **wool felt** wrap skirt hung from ...

66. Newsday (New York), March 13, 1997, Thursday,, NASSAU AND QUEENS EDITION, Page B15, 888 words, FALL 97: PARIS / BUILDING BRIDGES / LOOKING TO THE PAST, KARL LAGERFELD TAKES CHANEL SOLIDLY INTO THE FUTURE, By Julia Szabo. Julia Szabo writes frequently about fashion for Newsday.  , PARIS
... finale was a majestic **wool-felt** wedding gown, white as ...
... extraordinary, long, slim **wool-felt** coats, as functional as they are fanciful. ...

67. The Philadelphia Inquirer, MARCH 12, 1997 Wednesday SF EDITION, FEATURES MAGAZINE: LIFESTYLE; Pg. D03, 402 words, BRITAIN'S GALLIANO SPRINGS A BOLD FASHION FIRST, Lee Yanowitch, REUTERS, PARIS
... luminescent fabrics, and snowy **wool felt** coats as light as a ...

68. Courier Mail (Queensland, Australia), February 19, 1997, Wednesday, BUSINESS; Pg. 32, 408 words, Hancock and Gore bids for Leutenegger, DOWLING J
... demand for fur and **wool felt** hats. Meanwhile, Hancock and ...

69. The Gazette (Montreal, Quebec), February 11, 1997, Tuesday, FINAL EDITION, LIVING: FASHION STYLE; Pg. E2, 182 words, Heartbreaker hats, SHANE KELLEY; FREELANCE
... wearing camel-colored **wool felt** hat from Australia with leather ...

70. Times-Picayune (New Orleans, LA), February 11, 1997 Tuesday, THIRD, LIVING; Pg. D1, 772 words, CARNIVAL COURT; A PARADE WATCHER'S GUIDE TO WHO'S WHO ON THE REX REVIEWING STAND

... shawl. Her hat is of red **wool felt.** Miss Nalty's suit is of ...

71. Pittsburgh Post-Gazette (Pennsylvania), February 9, 1997, Sunday,, FIVE STAR EDITION, Pg. G-8,, 1051 words, ISN'T IT ROMANTIC; THERE'S LOVE AMONG THE RUINS AND OTHER HISTORIC ARTIFACTS AT PITTSBURGH'S; MUSEUM SHOPS
    ... natural linen or red **wool felt** ($ 7.50). Or pin that pin to ...

72. Buffalo News (New York), February 2, 1997, Sunday, FINAL EDITION, LIFESTYLES, Pg. 3E, 613 words, CURRENT, SUSAN MARTIN
    ... best in black **wool felt** and worn at a ...

73. Fort Worth Star-Telegram (Texas), January 24, 1997, Friday, FINAL AM EDITION, HOME;, Pg. 5,, 624 words, By Hand; Getting fleeced will perk you up, Carol Endler Sterbenz, Universal Press Syndicate
    ... out black fleece or **wool felt.** Pin the shape on ...

74. Buffalo News (New York), January 19, 1997, Sunday, FINAL EDITION, LIFESTYLES, Pg. 4E, 615 words, A BLANKET TO LIFT THE SPIRITS
    ... out from black fleece or **wool felt.** Pin the shape on ...

75. THE DALLAS MORNING NEWS, January 15, 1997, Wednesday, HOME FINAL EDITION, FASHION!DALLAS; F!D FAX; Pg. 2E, 996 words, F!D FAX
    ... dozen fabrics, including **wool felt,** velvets, denims, cottons and ...

76. Plain Dealer (Cleveland, Ohio), January 5, 1997 Sunday, FINAL / ALL, TRAVEL; Pg. 1K, 1085 words, A-YURTING THEY DID GO, WHILE SKIING IN COLORADO'S SNOW, By DAN LEETH, GOULD, COLO.
    ... Traditional walls consist of **wool felt** stretched over 6- ...

77. The Boston Herald, December 16, 1996 Monday, FIRST EDITION, ENTERTAINMENT;, Pg. 037, 563 words, VISUAL ARTS: Starry quilts bedazzle the eye, By Frances McQueeney-Jones Mascolo
    ... It is made from pieced **wool felt,** probably by a ...

78. The Gazette (Montreal, Quebec), December 12, 1996, Thursday, FINAL EDITION, LIVING: HOME AND FAMILY; Pg. F1 / BREAK, 1175 words, Angels All Around Us: They're on stage,in books, in stores - even on the Internet, ANNABELLE KING; THE GAZETTE
    ... styled dress accessorized with **wool felt** wings and halo while ...

79. The New York Times, December 8, 1996, Sunday, Late Edition - Final, Section 5; Page 12; Column 3; Travel Desk , 247 words, Amish Crafts
    ... in-law, and the black **wool felt.** These hats are available in ...

80. The Toronto Star, November 17, 1996, Sunday, SUNDAY SECOND EDITION, FYI; Pg. B8, 1672 words, Household pests, By Janet Hurley
    ... upholstered furniture and even **wool felts** in pianos. Damage: There are ...

81. Rocky Mountain News (Denver, CO), October 26, 1996, Saturday, LIFESTYLE/SPOTLIGHT; Ed. F; Pg. 9D, 425 words, Kaleidoscope gift-shop

bazaar worth the price, Janet Simons
... at the park, llama- **wool felt** dolls, old-fashioned ...

82. The New York Times, October 13, 1996, Sunday, Late Edition - Final, Section 6; Page 60; Column 3; Magazine Desk , 16 words, Plain Geometry
Photos: **Wool felt** jackets in white or ...

83. The Ottawa Citizen, October 10, 1996, Thursday, FINAL EDITION, STYLE; Pg. E1 / Front, 357 words, Hat Tricks: Top off your fall look with a warm head wrap and score big with style, STORIES BY CATHERINE LAWSON; THE OTTAWA CITIZEN
... Color Photo: Fanfreluche's **wool felt** bowler $ 69 Black & ...

84. Plain Dealer (Cleveland, Ohio), October 10, 1996 Thursday, FINAL / ALL, STYLE; Pg. 3E, 184 words, FALL FEATURES FAUX FUR, By ROXANNE WASHINGTON; PLAIN DEALER FASHION WRITER
... Photo 2:; Red **wool felt** hat ($38) encircled with ...

85. Newsday (New York), October 6, 1996, Sunday,, ALL EDITIONS, Page C25, 704 words, FAMILY DAYS / CHILD'S PLAY / A STEP INTO VILLAGE LIFE OF THE 1800S, Naomi Serviss. Naomi Serviss is a free-lance writer.
... Lutz, who makes **wool felt** hats out of rough " ...

86. The Independent (London), August 31, 1996, Saturday, SHOPPING; Page 13, 316 words, Bazaar: Checkout The Cross, London W11; For mail order call 0171-727 6760
... accessories for the home: **wool and felt** blankets in strong ...

87. THE WEEKEND AUSTRALIAN, August 31, 1996, Saturday, FEATURES; Pg. R13, 1536 words, ISOLATED IDEAS, GILES AUTY
... certain materials, notably **wool, felt** and lard, in his own ...

88. Plain Dealer (Cleveland, Ohio), August 25, 1996 Sunday, FINAL / ALL, ARTS & LIVING; Pg. 1J, 926 words, HUSBAND AND WIFE SEE CITY IN DIFFERENT LIGHT; BRINSLEY TYRRELL CARVES BIG SALT BLOCKS; LILIAN'S TAPESTRIES HAVE MEDICAL THEME, By ROBERT L. PINCUS; PLAIN DEALER ART CRITIC
... Jenn Ashcraft compress **wool felt** to create an image of the ...

89. Kansas City Star (Kansas & Missouri), August 14, 1996 Wednesday, JOHNSON COUNTY EDITION, Pg. 14, 258 words, Brushing up on old-fashioned skills at historic site
... kettle to be used to make the **wool into felt.** A pot of water was ...

90. Courier Mail (Queensland, Australia), August 9, 1996, Friday, BUSINESS; Pg. 25, 789 words, MCCULLOUGH J
... market for fur and **wool felt** hats. In a ...

91. Star Tribune (Minneapolis, MN), August 4, 1996, Metro Edition, Travel; Pg. 1G, 2917 words, Democracy in the saddle; Mongolia is a nation of nomads, its culture shaped by the constant movement of its people. On election day at a remote polling place, the voters arrive on horseback, and a traveler sees the country start a long journey in a new direction., Chris Welsch; Staff Writer, Bom, Mongolia
... nomadic dwelling made of **wool felt** on a wooden ...

92. San Jose Mercury News (California), JULY 21, 1996 Sunday MORNING FINAL EDITION, LIVING; Pg. 3H, 770 words, TO CAP IT OFF; INNOVATOR TIPS HIS HAT TO THE FORGOTTEN TEAMS OF THE NEGRO NATIONAL LEAGUE, MARY GOTTSCHALK - Mercury News Style Writer
    ... fabrics we dyed and brushed. We had **wool felt** appliques cut out ...
    ... stamped them out in **wool felt,** hand-placed them on the ...

93. Los Angeles Times, June 9, 1996, Sunday,, Home Edition, Page 26  , 11 words, STYLE / DESIGN;  ORANGE BLOSSOMS;  NOT SINCE THE '70S HAVE FURNISHINGS AND ACCESSORES LOOKED THIS FRESH.
    ... armchair and ottoman in **wool felt,** $5,126, at Diva, ...

94. The Independent (London), May 4, 1996, Saturday, WEEKEND; Page  6, 1203 words, Shopping: Mr Norris, mattress maker to the stars; Gina Cowen wanted a hand-made mattress, but she didn't want to wait six weeks for delivery or lose any sleep over the cost..., Gina Cowen
    ... coconut matting and padded with **wool and felt.** The more luxurious model has ...

95. The Ottawa Citizen, April 27, 1996, Saturday, FINAL EDITION, TRAVEL; Pg. J1 / Front, 2543 words, Sunrise on the St. Croix: It's New Brunswick to the left, Maine to the right, and adventure straight ahead, STEPHEN TRIMBLE; UNIVERSAL PRESS SYNDICATE
    ... emphasize nostalgic traditions -- **wool, felt** and plaid, faded dirt- ...

96. Tampa Tribune (Florida), April 14, 1996, Sunday,, METRO EDITION, Pg. 1, 2283 words, A river run: Novices try the neglected art of poling, STEPHEN TRIMBLE; of Universal Press Syndicate
    ... emphasize nostalgic traditions - **wool, felt** and plaid, faded dirt- ...

97. THE DALLAS MORNING NEWS, April 10, 1996, Wednesday, HOME FINAL EDITION, FASHION!DALLAS; Pg. 6E, 1635 words, PARIS; FALL '96; In Paris, logistics obscure innovation, Valli Herman, PARIS
    ... case, there was no chill to his. **Wool felt** appeared to float like ...

98. Orlando Sentinel (Florida), April 7, 1996 Sunday, METRO, TRAVEL; Pg. L1, 1776 words, CANOEING THROUGH MAINE'S WILDERNESS, By Stephen Trimble Universal Press Syndicate, ST. CROIX RIVER, MAINE
    ... emphasize nostalgic traditions - **wool, felt** and plaid, faded dirt- ...

99. Chicago Tribune, April 5, 1996 Friday, NORTH SPORTS FINAL EDITION, TEMPO; Pg. 1; ZONE: CN; NY runway report., 812 words, REALITY CHECK; COSMIC TRAPPINGS ASIDE, DONNA KARAN'S FALL LINE PROVES TO BE REFRESHINGLY EARTHBOUND, By Teresa Wiltz, Tribune Fashion Writer., NEW YORK
    ... navy suits in **wool felt.** Isaac Mizrahi is on ...

100. Plain Dealer (Cleveland, Ohio), April 4, 1996 Thursday, FINAL / ALL, STYLE; Pg. 1E, 2803 words, NEW YORK FALL '96; DESPITE THE ANTI-FASHION MOVEMENT SOME DESIGNERS HAVE A BRIGHT OUTLOOK, By JANET McCue; FASHION EDITOR, NEW YORK
    ... combos, as in a **wool felt** jacket topping an ...

101. Detroit Free Press, March 21, 1996 Thursday METRO FINAL EDITION, WWL; Pg. 1C, 1027 words, SIGNATURE TOUCH TOP DESIGNERS INTRODUCE COLLECTIONS THAT ARE BOTH MEMORABLE AND WEARABLE, HOLLY HANSON Free Press Fashion Writer, PARIS
... sculpting and draping white **wool felt** into airily feminine, elegant ...

102. The San Francisco Chronicle, MARCH 14, 1996, THURSDAY, FINAL EDITION, DAILY DATEBOOK; Pg. D5, 904 words, The New Kid in Town Brazilian Ocimar Versolato throws Paris a curve, TRISH DONNALLY, Chronicle Fashion Editor, Paris
... A cream-colored **wool felt,** asymmetric gown with a ...

103. The New York Times, March 12, 1996, Tuesday, Late Edition - Final, Section B; Page 7; Column 1; Style Desk; Fashion Page, 1015 words, Review/Fashion; In Milan, All-Too-Human Armani, By AMY M. SPINDLER , MILAN, Italy, March 9
... body, working thick **wool felt** into beautiful jackets, lean ...

104. Chicago Tribune, March 10, 1996 Sunday, CHICAGOLAND FINAL EDITION, TRAVEL; Pg. 1; ZONE: C, 2960 words, BY PADDLE AND POLE, Story and photos by Stephen Trimble, Universal Press Syndicate., ON THE ST. CROIX RIVER, Maine
... emphasize nostalgic traditions--**wool, felt** and plaid, faded dirt- ...

105. The Jerusalem Post, February 23, 1996, Friday, FEATURES; Pg. 6, 1065 words, Leave it to Helen to create a hundred way to cover the head., Sue Fishkoff
... 25 for simple **wool or felt** caps, to NIS350 for ...

106. Chicago Tribune, February 18, 1996 Sunday, CHICAGOLAND FINAL EDITION Correction Appended, TRAVEL; Pg. 5; ZONE: C; Advice shop., 856 words, OLD MADRID; TRADITIONAL SHOPS ARE LOADED WITH HANDCRAFTED GOODS, By Jennifer Merin. Special to the Tribune., MADRID
... soft, durable and comfortable **wool felt** that can be dressed up or ...

107. Plain Dealer (Cleveland, Ohio), February 18, 1996 Sunday, FINAL / ALL, TRAVEL; Pg. 1G, 1816 words, FINDING A WATERWAY'S LEGACY; PADDLING AND POLING CANOES DOWN MAINE'S ST. CROIX, By STEPHEN TRIMBLE
... emphasize nostalgic traditions - **wool, felt** and plaid, faded dirt- ...

108. THE DALLAS MORNING NEWS, February 4, 1996, Sunday, HOME FINAL EDITION, TRAVEL; Pg. 8G, 2583 words, A WATERWAYS LEGACY; Poling Maine's St. Croix, Stephen Trimble, Universal Press Syndicate, WASHINGTON COUNTY, Maine
... emphasize nostalgic traditions - **wool, felt** and plaid, faded dirt- ...

109. Pittsburgh Post-Gazette (Pennsylvania), February 4, 1996, Sunday,, FIVE STAR EDITION, Pg. H1, 1886 words, TIPPY CANOE & SUNRISE TOO; The romance of poling Maine's St. Croix river, Stephen Trimble
... emphasize nostalgic traditions -- **wool, felt** and plaid, faded dirt- ...

110. The Sun (Baltimore), February 4, 1996, Sunday,, FINAL EDITION, Pg. 1K, 2599 words, Poling down the St. Croix River; Riverboats: A canoe trip in Maine is an expedition into history, nature and personal growth., Stephen Trimble, UNIVERSAL PRESS SYNDICATE
... emphasize nostalgic traditions -- **wool, felt** and plaid, faded dirt- ...

111. Plain Dealer (Cleveland, Ohio), February 3, 1996 Saturday, FINAL / ALL, FAMILY; Pg. 4E, 730 words, ARTICLES SWEETIES CAN ENJOY TOGETHER, BY BASHIRAH MUTTALIB
    ... requires only heavyweight **wool felt** and satin cord laced ...

112. Chicago Tribune, January 29, 1996 Monday, NORTH SPORTS FINAL EDITION, YOUR MONEY; Pg. 5; ZONE: C; Smart Shopping., 872 words, THESE BOOTS ARE MADE FOR WINTER; DON'T LET THE APPEAL OF A GREAT BARGAIN GET IN THE WAY OF WARMTH AND PROPER FIT, By Jeffrey Steele. Special to the Tribune.
    ... a removable polypropylene **wool felt** liner. Mountain Pacs, ...

113. Tampa Tribune (Florida), January 20, 1996, Saturday,, FINAL EDITION, Pg. 12, 724 words, Which catalogs really deliver?, Marla Paul
    ... asked about a **wool felt** hat with a beaded ...

114. Rocky Mountain News (Denver, CO), January 11, 1996, Thursday, SPOTLIGHT ON STYLE; Ed. F; Pg. 1D, Getting Hitched Rounding up the duds for a western-style wedding.
    ... worn with a Rockmount **wool felt** hat with net and pearl ...

Source: News & Business **>** News **> Major Newspapers**
Terms: (wool felt) or woolfelt (Edit Search)
Focus: **(wool felt) or woolfelt and date(geq (1/1/1996) and leq (12/31/1998))**  (Exit FOCUS™)
View: Cite
Date/Time: Tuesday, November 9, 2004 - 3:46 PM EST

About LexisNexis | Terms and Conditions

Copyright ©  2004 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.