# EXHIBIT M
# Part 4

NEWSPAPER STORIES

1999 TO 2004

265 STORIES

1. Chicago Tribune, October 24, 2004 Sunday,  Chicago Final Edition,  MAGAZINE ;
   ZONE C; FASHION. ; Pg. 26, 10 words, LIKE NIGHT AND DAY
   ... $821, and Lanvin **wool felt** fedora, at Ikram, ...

2. The Mercury (Australia), October 19, 2004 Tuesday, LOCAL; Pg. 37, 262
   words, Hands-on exhibits
   ... in hat making: **wool, felt,** shellac and all the other ...

3. Chicago Tribune, October 17, 2004 Sunday,  Near West Final Edition,  HOME &
   GARDEN ; ZONE NRW; STRAIGHT FROM THE HEARTLAND. ; Pg. 2, 615 words, Love
   of sheep shapes up into a cushy business, By Mary Daniels, Tribune staff reporter.
   ... new," designing and decorating **wool felt** pillows she had dyed in ...
   ... Francis makes her own **wool felt** out of carded sheets of ...
   ... hooked rugs out of **wool felt** cut in strips or ...

4. Plain Dealer (Cleveland), October 13, 2004 Wednesday,  Final Edition; East
   Edition, ARTS & LIFE; Pg. E1, 631 words, GLAD HATTERS; Musical 'Crowns' gives
   milliners a lift, Roxanne Washington, Plain Dealer Reporter
   ... Elaborate feathers spring from this **wool felt** hat by Penny ...
   ... in her animal-print **wool felt** hat embellished with a ...
   ... Penny Rieck in her **wool felt** hat with feathers and Christine Voloshen in her red
   **wool felt** hat accented with buttons.

5. The New York Times, October 7, 2004 Thursday,  Late Edition - Final, Section F;
   Column 2; House & Home/Style Desk; CURRENTS: LONDON SHOWS -- LIGHTING;
   Pg. 3, 90 words, Shades of Delight, Carved by Hand, By Stephen Treffinger
   ... in London, is made from **wool felt** in a shape ...

6. The New York Times, September 30, 2004 Thursday,  Late Edition - Final, Section F;
   Column 1; House & Home/Style Desk; PERSONAL SHOPPER; Pg. 1, 1648
   words, More Shows Less The Door, By MARIANNE ROHRLICH
   ... 5. The Sea Bloom **wool felt** cushion cover is $ ...

7. The New York Times, September 30, 2004 Thursday,  Late Edition - Final, Section F;
   Column 3; House & Home/Style Desk; CURRENTS: SHOPS; Pg. 3, 251 words, Who
   Says Design Is Just for Adults? In This Toy Store Style Counts, By RAUL A.
   BARRENECHE
   ... for hanging models. **Wool felt** puppets from Samii, above, are ...

8. Pittsburgh Post-Gazette (Pennsylvania), August 29, 2004 Sunday, REGION
   EDITION, Pg.G-1, 29 words
   ... pink rabbit fur and **wool felt** hat with blossom adornment is $ ...

9. The Irish Times, August 28, 2004, Magazine; Fashion and Beauty; Pg. 32, 390
   words, Clotheslines
   ... fabrics such as silk, lace, **wool and felt,** her shapely aprons are designed ...

10. The Atlanta Journal-Constitution, August 25, 2004 Wednesday, Home Edition, Pg.
    2E;, 864 words, What's in fashion? Helping others, RICHARD L. ELDREDGE
    ... on a blue **wool felt** jacket shown with black ...

11. Chicago Tribune, August 22, 2004 Sunday,  Chicago Final Edition,  MAGAZINE ; ZONE C; Pg. 15, 2169 words, Dial f for fashion; Tweeds, pencil skirts, tight little suits, brooches and pearls, a touch of fur, menswear and diamonds-if you make the call this season, it's classic Hitchcock on the line, By Constance C.R. White.
... Linda Campisano green **wool felt** fedora, $375, ...

12. Detroit News, August 20, 2004 Friday No dot Edition, FEATURES; Cari Waldman; Pg. 3C, 720 words, Shopping, Cari Waldman
... 36); and casually cool **wool-felt** cloche button hats ($ ...

13. The San Francisco Chronicle, AUGUST 18, 2004, WEDNESDAY,, FINAL EDITION, HOME & GARDEN;, Pg. 7WB;, 747 words, HOT STUFF, Laura Thomas
... accent rugs in **wool felt** by Peddler's Home ...

14. Ottawa Citizen, August 14, 2004 Saturday,  Final Edition, CAREERS; Pg. D12, 625 words, Who's New, The Ottawa Citizen
... cent cotton, flannel and **wool felt** fabrics, notions, all the ...

15. Tampa Tribune (Florida), August 5, 2004 Thursday,  FINAL EDITION, BRANDON; Pg. 1, 720 words, Doors To The Past, SUSAN M. GREEN,
sgreen@tampatrib.com, ORIENT PARK
... in a floppy **wool felt** hat, cotton shirt, and ...

16. Ottawa Citizen, July 31, 2004 Saturday Final Edition, Careers; Pg. D12, 5315 words, Who's New
... cent cotton, flannel and **wool felt** fabrics, notions, all the ...

17. The Oregonian, July 29, 2004 Thursday, SUNRISE EDITION, HOMES & GARDENS OF THE NORTHWEST;, Pg. 34, 329 words, HOME BIOGRAPHY UPHOLSTERY UNDONE, BRIDGET OTTO - The Oregonian
... next, covered with cotton or **wool felt.** TEXT: Bridget Otto ...

18. Los Angeles Times, June 27, 2004 Sunday,  Home Edition, LOS ANGELES TIMES MAGAZINE; Lat Magazine Desk; Part I; Pg. 20, 559 words, Style / Design; Dream team; The Sculptural Designs of Brothers Ronan and Erwan Bouroullec Are Showcased at MOCA at the Pacific Design Center, KT Harris, KT Harris last wrote for the magazine about artist Caz Love's pink Culver City home.
... plastic and metal and covered with **wool felt;** "Honda" vase, made of ...
... plastic and metal and covered with **wool felt;** "Honda" vase, made of ...
... plastic and metal and covered with **wool felt;** "Honda" vase, made of ...
... plastic and metal and covered with **wool felt;** "Honda" vase, made of ...

19. The San Francisco Chronicle, JUNE 27, 2004, SUNDAY,, FINAL EDITION, LIVING;, Pg. F6, 435 words, ALL WRAPPED UP, Sylvia Rubin
... play with fabric, work with **wool or felt** and other natural fibers, ...

20. The Herald (Glasgow), June 10, 2004, Pg. 16, 846 words, Why Bush is smart to take Papal rebuke, Ron Ferguson
... clad in white **wool, felt** compelled to take the finger- ...

21. Sacramento Bee, May 13, 2004, Thursday, Pg. G2;, 86 words, Crafts classes

offered, Compiled by Linda Beymer
... how to turn raw **wool into felt** and make felt balls, ...

22. Chicago Tribune, May 9, 2004 Sunday,  Chicago Final Edition,  MAGAZINE ; ZONE C;
DESIGN. ; Pg. 24, DARKNESS AND LIGHT; SOMETIMES COLOR GETS IN THE WAY
... at Luminaire, Chicago. **Wool felt** pillow, $125, ...

23. The Detroit News, May 6, 2004 Thursday No dot Edition, FEATURES; Pg. 3C, 145
words, Puppets help little tikes and Nepali women, Judith Harris Solomon
... women. Made out of **wool felt,** the lovable puppets sport ...

24. The Washington Post, April 24, 2004 Saturday,  Final Edition, Style; C02, 1231
words, Volvo YCC: By Women for Women; Swedish Team Threw Out the Old Rules
To Create a Car for Queens of the Road, Linda Hales, Washington Post Staff Writer
... a starry sky. **Wool felt** carpeting covered the floor. ...

25. Chicago Tribune, April 11, 2004 Sunday,  North Shore Final Edition,  HOME &
GARDEN ; ZONE NS; Pg. 1, 306 words, Mama always said . . .; Life is like a box of
pillows . . . there are so many possibilities to add an unexpected little kick
... a "very flat, very matte" **wool felt** and all the rest of the textiles and ...
... pillows by twisting **wool felt,** looping it, making ...

26. The New York Times, March 16, 2004 Tuesday,  Late Edition - Final, Section B;
Column 3; Metropolitan Desk; Fashion Page; Pg. 8; Critics' Choices: After the Shows,
Looks to Watch, 289 words, Accessorizing With Punch, By CATHY HORYN
... silk dresses and black **wool felt** coats. Then the style stampeded ...

27. The Sunday Telegraph (Sydney, Australia), March 14, 2004 Sunday, FEATURES-
COLUMN- INSIDEOUT / INSIDE OUTHOMEOWNER / HOME OWNER; Pg. I05, 144
words, Inside Out, Glen Proebstel
... steel and enveloped in **wool felt,** it's $198 for the ...

28. Sunday Mail (SA), March 14, 2004 Sunday, SUPPLEMENT; Pg. H21, 173
words, stylist's choice; Kitchen creations, Glen Proebstel
... steel and enveloped in **wool felt.** You can rest assured that ...

29. The Observer, March 7, 2004, Observer Review Pages, Pg. 6, 1493 words, Review:
Arts: He'll never act his age: Peter Conrad was a late convert to Herge's cartoon.
Now he sleeps in a Tintin T-shirt. As the adventurer celebrates his 75th birthday, he
explains the appeal of the boy who influenced Lichtenstein and Warhol, Peter Conrad
... know how to fashion them from **wool, felt** and synthetic fur. Deep ...

30. The Washington Post, March 1, 2004 Monday,  Final Edition, Style; C01, 1357
words, Clothes With a Whiff of Thrift; Dolce & Gabbana Looks in the Attic for Its Next
Hot Sellers, Robin Givhan, Washington Post Staff Writer, MILAN Feb. 29
... patchwork of leather and floppy **wool felt** hats. There was a new ...

31. Hartford Courant (Connecticut), February 24, 2004 Tuesday, STATEWIDE, LIFE; Pg.
D1, 808 words, GOOD & PLENTY; FRESH, FEARLESS & FABULOUS, DESIGNERS
HARVEST WINNING IDEAS FOR THE NEW SEASON, GREG MORAGO; Courant Staff
Writer

... a turtleneck sweater with **wool felt** flat-front pants. ...

32. The Denver Post, February 22, 2004 Sunday, FINAL EDITION, Pg. L-07, 1176
   words, With flares and feathers, silk and velvet, fall styles emphasize Glamour and
   femininity, Story by Suzanne S. Brown
   ... seemed suited to summer, **wool felt** coats and shearlings  were in ...

33. The Independent (London), February 19, 2004, Thursday, FEATURES; Pg.
   12,13, 1323 words, FASHION & STYLE: AMERICAN IDOLS;  IF LAST WEEK'S NEW
   YORK COLLECTIONS FAILED, ON THE WHOLE, TO SPARKLE,, IAIN R WEBB Lady in
   red (main picture): Ralph Lauren's twist on the Navajo blanket-as-evening wear; Zac
   Posen's pieced' dress (far left); and designs (clockwise from top left) by Calvin Klein;
   DKNY; Roland Mouret; and Michael Kors
   ... coats in robust **wool felt** and pony, it sadly ...

34. The Guardian (London) - Final Edition, February 16, 2004, Guardian Features Pages,
   Pg. 10, 1365 words, New York Style: If you can make it there . . .: Jess Cartner-
   Morley on the 2004 autumn shows, Jess Cartner-Morley
   ... Hermes orange and elegant **wool-felt** coat dresses; for ...

35. The Advertiser, January 20, 2004 Tuesday, FEATURES; Pg. 34, 217 words, on the
   street
   ... Nuala, features grey **wool felt** panels with a double- ...

36. Chicago Tribune, January 18, 2004 Sunday,  Chicago Final Edition,  HOME &
   GARDEN ; ZONE C; Pg. 1, 1287 words,  GOING up ...; Move over, Philippe Starck.,
   By Karen Klages, Tribune staff reporter.
   ... 2-foot piece); **wool felt** modular carpet ($ ...

37. Buffalo News (New York), January 16, 2004 Friday, FINAL EDITION, LIFESTYLES,
   Pg.C4, 1080 words, WINTER ADVISORY/ FROM STATIC CLING TO SALT STAINS,
   SOME TIPS FOR CURBING COLD-WEATHER FASHION CRISES/, SUSAN MARTIN;
   News Style Writer
   ... perhaps choosing a **wool felt** hat of some sort ...

38. The Denver Post, January 15, 2004 Thursday, FINAL EDITION, Pg. F-01, 2283
   words, Taking Stock Seven writers corral the real reasons we flock to the dusty,
   odoriferous sensation known as the National Western Stock Show
   ... beaver instead of plain **wool felt.** The same  goes for that ...

39. Newsday (New York), January 15, 2004 Thursday, ALL EDITIONS, Pg. B26, 835
   words, Let the Winter Games Begin; Tips for putting some new style into old-
   fashioned entertaining, Martha Stewart
   ... Coasters You'll need **wool felt** in contrasting colors, ...

40. Chicago Tribune, January 11, 2004 Sunday,  Chicago Final Edition,  Q ; ZONE C;
   STYLE. ; Pg. 6, 746 words,  Rad hatters; The masses are topping their tresses with
   crowning glories,  By Judy Hevrdejs, Tribune staff reporter.
   ... end of the season." Some **wool felts** may not hold ...

41. Chicago Tribune, December 28, 2003 Sunday,  Chicago Final Edition,  HOME &

GARDEN ; ZONE C; Pg. 1, 1879 words,  The house that open-mindedness built; For Zoka Zola, a home -- like life -- should be full of possibilities and connectedness,  By Elaine Matsushita, Tribune staff reporter
... Lenti's rust-colored **wool felt** rug in the living ...

42. The Kansas City Star, December 28, 2003 Sunday, 402 words, Getting started with tile, handbags and travel
... Vandergriff uses wool, **WoolFelt,** flannel and other fabrics to ...

43. San Jose Mercury News (California), December 23, 2003 Tuesday MO1 EDITION, B; Pg. 3, 576 words, For late gifts, think weird; SANTA CRUZ SHOWS WHY IT'S DIFFERENT, By David L. Beck; Mercury News
... a bright red, **wool felt** Tweddle with a snappy ...

44. Columbus Dispatch (Ohio), December 16, 2003 Tuesday, Home Final Edition, 744 words, IT'S NOT TOO LATE ; SPECIALTY STORES can help with picky person on your gift list, Marshall Hood, THE COLUMBUS DISPATCH
... kind containers made of **wool felt** by Feltworks of Athens. ...

45. Fort Worth Star Telegram (Texas), December 5, 2003, Friday, NORTHEAST EDITION, METRO;, Pg. 1B, 640 words, Creches of all kinds; Exhibit brings together Nativity scenes of plastic, wool, porcelain and bamboo, DARREN BARBEE; Star-Telegram Staff Writer
... made from coconut shells and **wool felt** and nuts and bolts. They come from ...

46. The Dallas Morning News, December 4, 2003, Thursday, SECOND EDITION, F!D;, Pg. 6G, 129 words, Holiday site seeing; Who says you have to hit the stores to get into the holiday spirit? This year, stay in your pajamas and check off everyone on your shopping list in the comfort of your own home.
... Goods Design Co. **wool felt** number pillow, $ 165 ...
... Goods Design Co. **wool felt** number pillow, $ 165 ...

47. THE DAILY TELEGRAPH(LONDON), December 02, 2003, Tuesday, Pg. 20, 879 words, Join the hat pack Jaunty headgear is in, writes Julia Robson, and should be worn with a cheeky smile, BY JULIA ROBSON
... patchwork, pounds 16; **wool felt,** pounds 20; 01923 ...

48. Chicago Tribune, November 23, 2003 Sunday,  Chicago Final Edition,  MAGAZINE ; ZONE C; DESIGN. ; Pg. 34,  HOW I'LL HATE GOING OUT IN THE STORM; (NOT WITH THIS FUN-LOVING GEAR, HE WON'T)
... Chicago. Rod Keenan **wool felt** fedora with velvet trim, ...

49. The Jerusalem Post, November 21, 2003, Friday, FEATURES; Pg. 6, 1782 words, Wooden it be lovely?, Judy Dobkins
... mills for the shrinking of **wool and felt**-making were built along the ...

50.  The Atlanta Journal-Constitution, November 6, 2003 Thursday, Home Edition, Pg. 2NW;, 321 words, Sale will offer vintage accessories, JILL SABULIS
... in a chapeau of **wool felt** with feathers ($65, background) or ...

51. Buffalo News (New York), October 31, 2003 Friday, FINAL EDITION, LIFESTYLES,
    Pg.C6, 1117 words, FIGHT THE FRUMP; IT IS POSSIBLE TO DRESS WITH STYLE AND
    STILL STAY WARM FOR WINTER, SUSAN MARTIN; News Style Writer
    ... spotted in stores: **Wool felt** hats; wraps that can be ...

52. The New York Times, October 31, 2003 Friday, Late Edition - Final , Section E; Part
    2; Column 1; Leisure/Weekend Desk; Pg. 45, 1537 words, DESIGN REVIEW; Making
    Serious Fashion From Visual Jokes, and Doing It Like an Artist, By ROBERTA SMITH
    ... red, yellow and white **wool felt,** from Elsa Schiaparelli's spring ...

53. The Independent (London), October 29, 2003, Wednesday, FEATURES; Pg. 13, 530
    words, TAKE IT HOME; SCULPTURAL WONDERS IN WOOL AND BENTWOOD:
    MADELEINE LIM ON WHAT'S NEW, MADELEINE LIM
    ... croc leather and natural **wool felt.** Trinity table lamp, from ...

54. The Dominion Post (Wellington, New Zealand), October 16, 2003, Thursday, NEWS;
    NATIONAL;, Pg. 3, 352 words, Air NZ uniform revamp dumps bowler
    ... New Zealand-made **wool felt,** each hat cost $ ...

55. The New Zealand Herald, October 16, 2003 Thursday, NEWS; General, 381
    words, Bowler hat on the Air NZ redundancy list, By CLAIRE TREVETT
    ... New Zealand-made **wool felt,** each hat cost $ ...

56. Buffalo News (New York), October 15, 2003 Wednesday, FINAL EDITION, NEXT,
    Pg.N6, 1087 words, FROM COWS TO POLITICS:; LOCAL TEEN IS STATE PRESIDENT
    OF FUTURE FARMERS, MICHELLE KEARNS; News Staff Reporter
    ... chose a kind of **wool felt** jacket that keeps calves ...

57. The Herald (Glasgow), October 11, 2003, Pg. 28, 3317 words, Gaudi, glitzy, glorious
    ... draw. Sturdy and stylish **wool felt** bags with wooden or tortoiseshell ...

58. The Independent (London), October 1, 2003, Wednesday, FEATURES; Pg. 13, 590
    words, TAKE IT HOME: THE SHOREDITCH CROWD GOES GA-GA FOR WAWA:
    MADELEINE LIM ON WHAT'S NEW IN INTERIORS, MADELEINE LIM
    ... springs, layers of canvas, **wool felt** wadding and foam combine to ...

59. The Times (London), September 13, 2003, Saturday, Features; Times Magazine
    76, 162 words, Six great... sofas, Chosen Ruth Corbett
    ... hot-pink kvardrat **wool felt** fabric Succession, Pounds ...

60. Christian Science Monitor (Boston, MA), September 2, 2003, Tuesday, THE HOME
    FORUM; Pg. 22, 1369 words, Hey kid - what's in your locker?, By Emily Palm, Sara
    Steindorf, and Owen Thomas
    ... held ink and a **wool-felt** wick. In the 1990s, ...

61. Chicago Tribune, September 1, 2003 Monday, CHICAGOLAND FINAL
    EDITION, NEWS; ZONE: CN; Pg. 1, 919 words, Making hats fit like a glove; When it
    comes to Western wear, Chicago's Enrique Mendoza brims with knowledge on how to
    shape the perfect brim, By Rex W. Huppke, Tribune staff reporter
    ... hat, which is made of straw, **wool or felt.** The steam relaxes the material ...

62. The Boston Globe, August 31, 2003, Sunday, ,THIRD EDITION, Pg. 4, 682
    words, CITY WEEKLY / DORCHESTER; FOR TEENS, SLAVE ROLES A LIVING HISTORY
    LESSON SUMMER JOBS ARE AT MINUTE MAN PARK, By Erica Noonan, Globe Staff
    ... vest, long breeches, and **wool felt** hat. "I think ...

63. Pittsburgh Post-Gazette (Pennsylvania), August 31, 2003 Sunday, FIVE STAR
    EDITION  Correction Appended, Pg.G-8, 969 words, FOR HIM; STYLES TURN
    TOWARD SOPHISTICATION, LAMONT JONES, POST-GAZETTE FASHION EDITOR
    ... necks with zip fronts. **Wool felt** is a key fabric this ...

64. The Baltimore Sun, August 30, 2003 Saturday, FINAL Edition, Pg. 5B, 484
    words, John William Marley, 77, hatter, served as a counselor to the blind, Jacques
    Kelly
    ... press, he fed sheets of **wool felt** onto a mechanical stamping ...

65. Columbus Dispatch (Ohio), August 28, 2003 Thursday, Home Final Edition, 70
    words, SECTION CONTRIBUTORS
    ... Easton Town Center; **wool felt** hat by Nordstrom; ...

66. Columbus Dispatch (Ohio), August 28, 2003 Thursday, Home Final Edition, 356
    words, BREATHE EASY: THERE'S NO 'MUST' FOR FALL ; 'VARIETY' is the watchword
    in season's new looks, Marshall Hood, THE COLUMBUS DISPATCH
    ... by, Teri Jon; **wool felt** hat, leather gloves, ...

67. Columbus Dispatch (Ohio), August 28, 2003 Thursday, Home Final Edition, 209
    words, ACCESSORIES ARE KEY, BUT DON'T OVERDO, Marshall Hood, THE
    COLUMBUS DISPATCH
    ... by Ellie Tahari, **wool felt** fedora by Nordstrom from ...

68. The Boston Globe, August 24, 2003, Sunday, ,THIRD EDITION, Pg. 1, 977
    words, GLOBE NORTHWEST 1 / CONCORD; REVOLUTIONARY LOOK AT SLAVERY'S
    REALITY TEENS GET INSIDE VIEW OF FREEDOM FIGHT, By Erica Noonan, Globe Staff
    ... vest, long breeches, and **wool felt** hat. "I think ...

69. The Boston Globe, August 24, 2003, Sunday, ,THIRD EDITION, Pg. 14, 915
    words, GLOBE WEST 1; A SORRY SIDE OF COLONIAL PAST RE-CREATED STUDENTS
    PORTRAY NORTHERN SLAVES, By Erica Noonan, Globe Staff
    ... vest, long breeches, and **wool felt** hat. "I think ...

70. The New York Times, August 19, 2003 Tuesday,  Late Edition - Final , Section B;
    Column 1; Metropolitan Desk; Fashion Page; Pg. 8, 924 words, In New Fall Shapes,
    Fresh Choices ,  By CATHY HORYN
    ... Balenciaga high-waisted **wool felt** snap skirt ($ ...

71. The Denver Post, August 10, 2003 Sunday, FINAL EDITION, Pg. L-01, 1230
    words, Grazing on bison Majestic creatures, once so prolific on the Plains, making a
    comeback as 'other red meat', Kristen Browning-Blas Denver Post Food Editor
    ... in a bison **wool felt** cowboy hat and carved ...

72. The Australian, July 25, 2003 Friday All-round Country Edition, FEATURES-TYPE-
    FEATURE-COLUMN- FASHION-BIOG- CHRISTIAN LACROIX; Pg. 16, 1044

words, Absolutely Lacroix, Stephen Todd
... coats constructed from accumulations of **wool, felt,** sequins, alpaca and lace --
you ...

73. The Dominion Post (Wellington, New Zealand), July 8, 2003, Tuesday, NEWS;
NATIONAL;, Pg. 1, 359 words, Keep the woollies on, there's more to come, ALLEN
Sue
... ET the sheep inspects the **wool-felt** jacket given to her newborn ...

74. The Toronto Star, July 3, 2003 Thursday, Ontario Edition, FASHION; Pg. C04, 564
words, Use basic patterns as a learning tool
... Q I need **wool felt** for a craft ...
... e-mail ABolts of **wool felt** may lurk in ...

75. Orlando Sentinel (Florida), June 15, 2003 Sunday, FINAL, HOMES; Pg. J33, 1656
words, MODERN DESIGN MEETS HIGH-TOUCH, Karen Klages, National
Correspondent
... utilitarian fabrics such as industrial **wool felt** and use them to sculpt a very ...
... dimension into textiles. She loops the **wool felt,** twists it, makes ...
... Ottoman (left) is made of **wool felt** that is shaped, then applied to woolen ...

76. Kansas City Star, June 6, 2003, Friday, METROPOLITAN EDITION, Pg. 20, 726
words, Passion looms; Verbeek-Cowart's love of weaving gains attention in textile art
world, ALICE THORSON; The Kansas City Star
... it, no structure." The **wool felt** - which is simple yardage rather than ...

77. Courier Mail (Queensland, Australia), May 31, 2003 Saturday, LIFE; Pg. L11, 373
words, Who? Daryl Butler What? Designer Wear? Anything pretty, Alicia Pyke
... mix of quirky cotton, **wool and felt** designs from her own Daryl ...

78. Chicago Tribune, May 25, 2003 Sunday,  WEST FINAL EDITION, HOME & GARDEN;
ZONE: W; Pg. 1, 1802 words, It's a high-touch world; At this year's premier U.S.
contemporary furniture show, it was all about softness, any way you can get it;
International Contemporary Furniture Fair 2003, By Karen Klages, Tribune staff
repoter, NEW YORK
... utilitarian fabrics such as industrial **wool felt** and use them to sculpt a very ...
... dimension into textiles. She loops the **wool felt,** twists it, makes ...

79. The Boston Globe, May 19, 2003, Monday, ,THIRD EDITION Correction
Appended, Pg. C11, 262 words, CHARLES SORRENTO; DESIGNED ARMY GEAR, By
Chima N. Ikonne, Globe Correspondent
... rabbit fur to a **wool felt** material. During his 36 ...

80. The Independent (London), May 3, 2003, Saturday, FEATURES, 275
words, FASHION: STRUTTIN' LIKE A PEACOCK;  BODYMAP, YOHJI, ANDREW LOGAN,
KATHARINE HAMNETT AND STEPHEN JONES ..., JO BARKER Danilo Giuliani
... Rellik, as before; black **wool felt** beret with chains and pins ...

81. Herald Sun (Melbourne, Australia), May 2, 2003 Friday, NEWS; Pg. 28, 142
words, All sheep shape, MICHELLE POUNTNEY
... said. "Altering the ability of **wool to felt** through conventional breeding ...

82. Omaha World Herald (Nebraska), April 22, 2003, Tuesday, SUNRISE EDITION, Pg.
    1b;, 866 words, Cowboy finds the perfect fit An Arthur man tries his hand at hats
    after breaking his back, By Paul Hammel, Arthur, Neb.
    ... gracefully shaping beaver and **wool felt** into cowboy hats. He's one of ...

83. Pittsburgh Post-Gazette (Pennsylvania), April 19, 2003 Saturday, REGION
    EDITION, Pg.X-2, 733 words, MILAN DAZZLES DESIGN CROWD
    ... bed was dressed in **wool felt** with contrasting cream stitching and ...

84. Pittsburgh Post-Gazette (Pennsylvania), April 19, 2003 Saturday, SOONER
    EDITION, Pg.B-1, 884 words, FURNITURE OF THE FUTURE; INTERNATIONAL FAIR IN
    MILAN SHOWCASES STUNNING DESIGNS, PATRICIA SHERIDAN, POST-GAZETTE
    DESIGN WRITER, MILAN, Italy
    ... bed was dressed in **wool felt** with contrasting cream stitching and ...

85. Hartford Courant (Connecticut), April 17, 2003 Thursday, 1S NEW HAVEN
    COUNTY/SHORELINE, CONNECTICUT; Pg. B3, 626 words, WOMEN DISCOVER NICHE
    FOR BUSINESSES; COASTAL SEWING MACHINES HOPES TO FIND A CLIENTELE IN
    OLD SAYBROOK, CLAUDIA VAN NES; Courant Staff Writer, OLD SAYBROOK --
    ... can learn to create **wool felt** pillows, "a star ...

86. Chicago Tribune, April 6, 2003 Sunday,  CHICAGO FINAL EDITION, MAGAZINE;
    ZONE: C; Pg. 22, 1231 words, AT HOME IN THEIR SECOND CITY; MANHATTANITES
    CREATE A LOFT-LIKE AMBIENCE IN A WICKER PARK HOUSE, By Barbara K. Hower.
    Barbara K. Hower, a contributing editor for Fabric Architecture magazine, writes
    about architecture and design
    ... Antique Market, Chicago; **wool felt** carpet by The Primavera ...

87. Courier Mail (Queensland, Australia), March 14, 2003 Friday, NEWS; Pg. 6, 180
    words, Isogawa fashionably late for a Paris date, Alicia Pyke
    ... an oversized mandarin **wool-felt** coat with a shawl ...

88. The Daily Telegraph (Sydney, Australia), March 14, 2003 Friday, LOCAL; Pg. 17, 310
    words, Austere Akira splashes out with blaze of colour - PARIS FASHION
    2003, MELISSA HOYER
    ... hottest shade of pink **wool felt** and soft silk chiffons ...
    ... using a heavy **wool felt** in a chunky ...

89. The Sunday Telegraph (Sydney, Australia), March 9, 2003 Sunday, LOCAL; Pg.
    34, 464 words, Turning up the colour - Buyers respond to new styles, MELISSA
    HOYER
    ... hottest shade of pink-**wool felt,** and soft-silk chiffons ...
    ... using a heavy **wool felt** in a chunky ...

90. The Boston Globe, February 23, 2003, Sunday, ,THIRD EDITION, Pg. 39, 129
    words, FINISHING TOUCH; FAMILY THREADS, By Cheryl and Jeffrey Katz
    ... new pieces and expanding, and the **wool-felt** pillows shown here are made ...

91. The San Francisco Chronicle, FEBRUARY 23, 2003, SUNDAY,, FINAL
    EDITION, CHRONICLE MAGAZINE;, Pg. 6;, 137 words, Turkish Delights; The

lowdown on stylish ottomans from everywhere, Zahid Sardar
... cubist stool with virgin **wool felt** slipcases, $680-$710, ...
... ottoman, in Divina **wool, felt** and foam, $1,090, at the ...

92. Los Angeles Times, February 21, 2003 Friday,  Home Edition, CALENDAR; Part 5;
    Calendar Desk; Pg. 33 , 884 words, FALL 2003 COLLECTIONS; Fashion's future; At
    London Fashion Week, buyers don't just see clothes; they spot tomorrow's
    stars., Booth Moore, Times Staff Writer
    ... turn. Two-tone **wool felt** jackets had lace and taffeta ...

93. Christian Science Monitor (Boston, MA), February 19, 2003, Wednesday, THE HOME
    FORUM; Pg. 18, 199 words, Lifesaving works of art
    ... 2 inches, is made from **wool felt.** The text (in Korean and ...

94. Los Angeles Times, February 14, 2003 Friday,  Home Edition, CALENDAR; Part 5;
    Calendar Desk; Pg. 29 , 1026 words, Style & Culture; FALL 2003 COLLECTIONS;
    Retro is so yesterday; The fresh looks and fresh faces on view this week have been
    just so ... refreshing. Narciso Rodriguez's work stands out, as does that of rising star
    Behnaz Sarafpour., Booth Moore, Times Staff Writer, New York
    ... autumnal floral tapestry, **wool felt** trench coats and Carnaby ...

95. The San Francisco Chronicle, FEBRUARY 12, 2003, WEDNESDAY,, FINAL
    EDITION, DAILY DATEBOOK;, Pg. D1, 162 words, Runway Diary; In New York with
    Sylvia Rubin, Sylvia Rubin
    ... blocks on boxy **wool and felt** jackets with rolled seams, ...

96. Philadelphia Inquirer, January 3, 2003 Friday CITY-D-EAST EDITION, FEATURES
    MAGAZINE; Pg. E06, 845 words, Antiques / Antiques dealers honor the glory days of
    college football, By Karla Klein Albertson; Inquirer Columnist
    ... all may have affected the **wool-felt** base of the pennants, so ...

97. The Atlanta Journal-Constitution, December 7, 2002 Saturday, Metro Edition, Pg.
    2C, 246 words, Ornaments won't be feathering nests, JENNIFER SERGANT
    ... probably would list her beaded **wool felt** hummingbird at about $ ...

98. Toronto Star, November 28, 2002 Thursday, Ontario Edition, Pg. K17, 717
    words, They're unbearably cute, Toronto Star
    ... an elephant made of **wool felt.**

99. The New York Times, November 7, 2002 Thursday,  Late Edition - Final , Section F;
    Column 2; House & Home/Style Desk; Pg. 3, 129 words, CURRENTS: LONDON
    DESIGN SHOWS -- DESIGN; Chairs as Elegant as Fans, But They Won't Fold Up on
    You,  By Stephen Treffinger
    ... folding fans, made of **wool felt** with an aluminum base and ...

100. Toronto Star, October 31, 2002 Thursday, Ontario Edition, FASHION;, Pg. H03, 136
     words, Vested interest
     ... in Shanghai. The pink **wool felt** '20s- inspired jacket and ...

Source:  News & Business > News > **Major Newspapers** ⓘ

101. The Straits Times (Singapore), October 13, 2002 Sunday, LIFE!, 501 words, Dress to
kill; Army days are not over - at least not for those who want to join the fashion
brigade. It is now gearing up for all things military, Lionel Seah
... one of two of the $2,300 **wool-felt** pea-coat with gold ...

102. Financial Times (London,England) , September 28, 2002 Saturday,  London Edition
1, HOW TO SPEND IT ; Pg. 10 , 1613 words, Get back , By LIESL SCHILLINGER
... lilac, and a little **wool felt** mini-cloche hat. ' ...

103. St. Louis Post-Dispatch (Missouri), September 14, 2002 Saturday Five Star Lift
Edition, LIFESTYLE ; Fashion Copycat Column; Pg. 38, 146 words, STRIPES OF THE
SEASON, Betsy Taylor Post-Dispatch Fashion Writer
... An Anne Klein **wool felt** skirt picks up the ...

104. Daily News (New York), August 4, 2002, Sunday, SPORTS FINAL
EDITION, SUBURBAN;, Pg. 1, 630 words, A patchwork of pain   Holocaust survivors
tell their stories in quilts, By RUTH BASHINSKY DAILY NEWS STAFF WRITER
... memory quilt out of **wool, felt,** beads and leather - will be ...

105. Toronto Star, August 1, 2002 Thursday, Ontario Edition, FASHION;, Pg. K01, 1958
words, What are the fashionistas buying for fall? Skinny pants, soft suedes and
plenty more, Bernadette Morra, Fashion Editor
... I'll embroider some **wool felt** and applique it onto a ...

106. The Irish Times, June 26, 2002, CITY EDITION; COMMERCIAL PROPERTY; TRADE
NAMES; Pg. 51, 1087 words, Aungier Street shopkeeper who's mad about hats Bill
Coyle reckons he's the only hatter left in the country. He reminisces about the good
old days and plays an old sweet song for Rose Doyle
... London, stetsons, panamas, **wool felt** hats, summer hats and ...

107. The New York Times, May 16, 2002 Thursday,  Late Edition - Final , Section F;
Column 4; House & Home/Style Desk; Pg. 3, 235 words, CURRENTS: CALIFORNIA --
ARCHITECTURE; A Modern Workplace, All Light, Warmth and Motion,  By Frances
Anderton
... sofas upholstered in **wool felt,** by the Italian designer ...

108. Herald Sun (Melbourne, Australia), May 11, 2002, Saturday, WEEKEND; Pg.
W22, 239 words, SKIN, Anna Brodie
... Elizabeth's Jewellery, $22; **wool felt** embroidered bucket hat ...

109. The Washington Post, May 9, 2002 Thursday,  Final Edition, HOME; Pg. H01, 1487
words, Design on a Fast Track in Milan; In Milan, Here Today -- and Maybe Here
Tomorrow, Linda Hales, Washington Post Staff Writer
... Yes, it scratches. **Wool felt** held its own against ...

110. The Indianapolis Star, March 24, 2002 Sunday City final Edition, FEATURES -
INDIANA LIVING; MIKE REDMOND; Pg. 03J, 594 words, What a stinkin' way to make
a few extra bucks!, MIKE REDMOND
... removable filter made of **wool felt,** non-woven polypropylene and ...

111. The New York Times, March 24, 2002 Sunday,  Late Edition - Final , Section 14LI;

Column 3; Long Island Weekly Desk; Pg. 4, 1253 words, LONG ISLAND JOURNAL;
Unraveling the Great Teddy Bear Mystery,  By MARCELLE S. FISCHLER; E-mail:
lijournal@nytimes.com
... named Morris Michtom, or the **wool felt** bear fashioned the same ...

112. Pittsburgh Post-Gazette (Pennsylvania), March 24, 2002 Sunday, FIVE STAR
EDITION, Pg.G-9, 799 words, THE MAJESTY OF CRANES; AROUND THE GLOBE,
ATTITUDES TOWARD BIRDS RANGE FROM AUTHOR'S REVERENCE TO
INDIFFERENCE, FAITH MCNULTY, THE PROVIDENCE JOURNAL
... round tent made of **wool felt)** of a prosperous arat, or ...

113. The Times (London), March 11, 2002, Monday, Features, 1378 words,  Seriously
sexy, Lisa Armstrong Fashion writer of the year
... came in boiled **wool or felt** with the occasional flurry of fox ...

114. The Press (Christchurch), March 5, 2002, Tuesday, FEATURES; FASHION;, Pg.
30;, FASHION, 494 words, perfect polisher
... fabrics, crushed velvet and **wool felts.** Fur is still a ...
... coat made from fabulous **wool felt** with natural merino fleece ...

115. The Evening Post (Wellington), February 26, 2002, Tuesday, ADVERTISING;
SUPPLEMENT;, Pg. 21, 368 words, Textiles ideal way to create comfort zone
... mohair rugs, fine **wool, felt** and velvet cushions, glass and ...

116. THE DAILY TELEGRAPH(LONDON), February 23, 2002, Saturday, Pg. 64, 861
words, Texture:soft prickly shiny furry rough velvet smooth sharp, By Carol Klein
... Tulipa 'Red Shine'. **Wool, felt** and velvet Salvia aethiopis, ...

117. The San Francisco Chronicle, FEBRUARY 14, 2002, THURSDAY,, FINAL
EDITION, DAILY DATEBOOK;, Pg. D1;, 149 words, RUNWAY DIARY; In New York
with Sylvia Rubin, Sylvia Rubin
... loose floor-length **wool felt** dresses, chunky knits and ...

118. Times-Picayune (New Orleans, LA), February 12, 2002 Tuesday, LIVING; Pg. 2, 1085
words, How to tell who's who on Rex reviewing stand
... hat is winter-white **wool felt** with an asymmetrical turned- ...

119. Plain Dealer (Cleveland, Ohio), January 24, 2002 Thursday, Final / All, SPECIAL
SECTIONS; Pg. S7, 654 words, Custom toppers for your walk down the aisle, Ginger
Burnett, SPECIAL TO THE PLAIN DEALER
... Among them is a black **wool felt** hat, edged in ...

120. The Scotsman, January 23, 2002, Wednesday, Pg. 9, 270 words, WHERE'S YOUR
TROOSERS?
... 100 per cent **wool felt** sporran with chainmail waist ...

121. The Times (London), January 12, 2002, Saturday, Features, 121 words,  Handmade
Ecuadorian Wool Fedora, only Pounds 29.95
... high quality Ecuadorian **wool felt** is warm and comfortable, as well as ...

122. Pittsburgh Post-Gazette (Pennsylvania), January 4, 2002 Friday, SOONER
     EDITION, Pg.C-1, 1177 words, COST-SAVING ACCENTS GIVE YOUR HOME A RICH
     LOOK, ELAINE MARKAUTSAS , UNIVERSAL PRESS SYNDICATE
     ... for example, Vogue had **wool felt** projects including tablecloths, ...

123. The Washington Post, December 30, 2001 Sunday,  Final Edition, PRINCE WILLIAM
     EXTRA; Pg. T04, 180 words, Quiz
     ... water is used to turn **wool into felt.** Bonus: McMurry thinks ...

124. The Gazette (Montreal, Quebec), December 27, 2001 Thursday, 834
     words, Fashioning felt in just a few hours, MARTHA STEWART
     ... remarkably easy to transform **wool into felt.**

125. Plain Dealer (Cleveland, Ohio), December 22, 2001 Saturday, Final / East, YOUR
     HOME; Pg. 6, 872 words, Fill your children's days full of projects using handmade
     felt, Martha Stewart, Special To The Plain Dealer
     ... remarkably easy to transform **wool into felt.**

126. The Irish Times, December 11, 2001, CITY EDITION; EDUCATION AND LIVING;
     REAL WORLD; Pg. 51, 632 words, Lighting the darkness and leading to the light In
     the Camphill Community, Advent has to do with arts and crafts, songs and stories
     celebrating the birth of Christ, Anne Tracey tells Fiona Murdoch
     ... out of spun silk, **wool and felt,**" says Anne. "But ...

127. Daily News (New York), December 2, 2001, Sunday, SPORTS FINAL
     EDITION, LIFELINE;, Pg. 14, 765 words, HATS ON!   Turn heads this winter with a
     great new lid, BY MILA ANDRE
     ... features fleece, shearling, **wool, felt** ski and crusher hats and the ...

128. The New York Times, November 29, 2001 Thursday,  Late Edition - Final , Section F;
     Column 1; House & Home/Style Desk; Pg. 1, 1355 words, AT HOME WITH/Janice
     Blackburn; Wood And Wire Recast in Gold,  By WARREN HOGE , LONDON
     ... wire, glass, tulle, **wool felt,** preserved flowers, acrylic- ...

129. The New York Times, November 29, 2001 Thursday,  Late Edition - Final , Section F;
     Column 1; House & Home/Style Desk; Pg. 1, 1269 words, Gifts More Personal Than
     a Monogram ,  By LINDA LEE and JOAN POPE
     ... 100 percent English **wool felt** in a choice of ...

130. The Times (London), November 19, 2001, Monday, Features, 339 words,  Tulle
     makes it work, Lisa Armstrong Fashion Writer of the Year
     ... on Strenesse's gorgeous **wool felt** or cashmere skirts and dresses. These have
     the ...

131. Rocky Mountain News (Denver, CO), November 17, 2001 Saturday Final
     Edition, HOME FRONT; Pg. 8F, 736 words, FROM SWEATERS TO FELTED
     PILLOW, Jane Asper, Special to the News
     ... fiber artists make **wool felt** by starting from the beginning, ...

132. Sun-Sentinel (Fort Lauderdale, FL), November 16, 2001 Friday Broward Metro
     Edition, 839 words, BRING HOME THE HARVEST; NEW ACCESSORIES CAN ADD THE

COLOR AND WARMTH OF THANKSGIVING TO YOUR TABLE., Elaine Markoutsas
Universal Press Syndicate
... example is a black **wool felt** tablecloth whose chocolate ivy ...

133. Charlotte Observer (North Carolina), November 11, 2001 Sunday ONE-THREE
EDITION, LIVING; Pg. 5G, 912 words, MEN'S HATS BRIM WITH STYLE; WITH THE
RIGHT ONE, YOU CAN ADD SOPHISTICATION TO AN ORDINARY LOOK, JEFF
GERRITT, KNIGHT RIDDER
... Lesser-quality hats are **wool felt.** Be careful not to buy ...

134. The Indianapolis Star, November 8, 2001 Thursday City final Edition, FEATURES -
INDIANA LIVING; Pg. 02E, 529 words, Topping it all off; The right hat commands
attention and makes a bad hair day go away., BY SUSAN GUYETT STAFF WRITER
... care. Tweed, velour, **wool felts** with velvet ribbon and feathers -- ...

135. Orlando Sentinel (Florida), November 4, 2001 Sunday, METRO, FLORIDA; Pg.
7, 1012 words, LITTLE TOUCHES FOR THE HARVEST TABLE, By Elaine Markoutsas,
Universal Press Syndicate
... example is a black **wool felt** tablecloth whose chocolate ivy ...

136. The San Diego Union-Tribune, November 4, 2001, Sunday, REAL ESTATE;Pg. I-
23, 1072 words, Autumn's Table, Elaine Markoutsas; Elaine Markoutsas is a free-
lance writer for Primary Color, a Universal Press Syndicate Service based in Kansas
City. | (C) Primary Color / Universal Press Syndicate
... example is a black **wool felt** tablecloth whose chocolate ivy ...

137. Sunday Mail (Queensland, Australia), November 4, 2001, Sunday, FEATURES; Pg.
117, 339 words, Karen McCartney
... carpet) or affixing adhesive **wool felt** to the feet (for timber ...

138. Sunday Mail (SA), November 4, 2001, Sunday, FEATURES; Pg. 80, 231
words, Chairs on the move, KAREN MCCARTNEY
... carpet) or affixing adhesive **wool felt** to the feet (for timber ...

139. Detroit Free Press, OCTOBER 21, 2001 Sunday METRO FINAL EDITION, CHOICES;
Pg. 1G, 1403 words, BRIMMING WITH STYLE; FOR A SELECT FEW, HEAD WEAR IS
ALWAYS FASHIONABLE, JEFF GERRITT FREE PRESS STAFF WRITER
... hats come in **wool felt.** Some hats have a ...

140. The Atlanta Journal-Constitution, October 14, 2001 Sunday,, Home Edition, Pg.
8M, 376 words, Style: To have & to hold; PURSES IN ALL SHAPES, SIZES AND
COLORS GIVE WOMEN A HANDLE ON FASHION, MARYLIN JOHNSON
... Photo: Nicole Miller's **wool felt**-and-leather tote with animal ...

141. Newsday (New York), October 4, 2001 Thursday, NASSAU EDITION, Pg. B27, 282
words, SEEN, Nancy A;Ruhling
... Fashioned of resin-impregnated **wool felt,** quilted fabric sewn with ...

142. Newsday (New York), October 1, 2001 Monday, ALL EDITIONS, Pg. B17, 558
words, FITNESS FILE; FASHION & FITNESS; FASHION POLICE; Messenger Bags Hold
Everything

... months demand warm **wool, felt** hats, or knitted caps. ...

143. Buffalo News (New York), September 30, 2001 Sunday, FINAL
     EDITION, LIFESTYLES, Pg.E1, 1192 words, COAT CHECK; THE WRAP ON DRESSING
     FOR THE COLD IN STYLE, By SUSAN MARTIN; News Style Writer
     ... idea: Choose a **wool felt** hat rather than a ...

144. The San Diego Union-Tribune, September 9, 2001, Sunday, REAL ESTATE;Pg. I-
     21, 1193 words, Sew Simple; Decor pros share their secrets for trendy ideas that
     customize, Elaine Markoutsas; (C) Primary Color / Universal Press Syndicate. |
     Elaine Markoutsas is a free-lance writer for Primary Color, a Universal Press
     Syndicate Service based in Kansas City.
     ... Vogue package for **wool felt** projects including tablecloths, ...

145. Los Angeles Times, September 7, 2001 Friday,  Home Edition, SOUTHERN
     CALIFORNIA LIVING; Part 5; View Desk; FASHION POLICE ; Pg. 2 , 770
     words, When Men Need Handy (Not Hand) Bags, Jeannine Stein
     ... months demand warm **wool felt** hats, or knitted caps. ...

146. The Times (London), September 3, 2001, Monday, Features, 1057 words,  To have
     or to have not, Lisa Armstrong, Fashion Writer of the Year
     ... for this with stiff little **wool-felt** capes that finished just ...

147. Los Angeles Times, August 30, 2001 Thursday,  Home Edition, CALENDAR; Part 6;
     Entertainment Desk; Pg. 44 , 454 words, Restaurant News; Table Shocks and Soy
     Caviar, ANGELA PETTERA, SPECIAL TO THE TIMES
     ... system, using a **wool felt** filter that is supposed to remove ...

148. Columbus Dispatch (Ohio), August 28, 2001 Tuesday, Home Final Edition, 683
     words, COATS WRAP UP TAILORED LOOK, Compiled Marshall Hood, Dispatch Fashion
     Reporter
     ... Heartfelt, crafted a **wool felt** cloche with a flip ...
     ... down brim, a **wool felt** floppy style and an ...

149. The Miami Herald, August 19, 2001 Sunday FINAL EDITION, TROPICAL LIFE; Pg.
     2K, 952 words, LUXE LOOKS, ELAINE MARKOUTSAS, Universal Press Syndicate
     ... Vogue package for **wool felt** projects including tablecloths, ...

150. The Advertiser, August 3, 2001, Friday, FEATURES; Pg. 30, 423 words
     ... handweaves, raffia, chenille and **wool felts.** The range, known as
     Contemporary ...

  Source: News & Business > News > **Major Newspapers** ⓘ
   Terms: (wool felt) or woolfelt  (Edit Search)
   Focus: **(wool felt) or woolfelt and date(geq (1/1/1999) and leq (11/9/2004))**  (Exit FOCUS™)
    View: Cite
Date/Time: Tuesday, November 9, 2004 - 3:54 PM EST

151. USA TODAY, August 3, 2001, Friday,, FINAL EDITION, LIFE;, Pg. 1D, 616
words, Newsboy hats are making headlines, including this one, Olivia Barker; Gregg
Zoroya; Jayne Clark; Kitty Bean Yancey
... newsgirls." Blocked in **wool felt** or tweed, the paper-pushers' ...

152. The Daily Telegraph (Sydney, Australia), July 14, 2001, Saturday, FEATURES; Pg.
H06, 617 words, Up Dates, Compiled by Lily Zdilar
... handweaves, raffia, chenille and **wool felts.** The printed fabrics, weaves and ...

153. The New York Times, July 5, 2001 Thursday,  Late Edition - Final , Section F;
Column 1; House & Home/Style Desk; Pg. 4, 448 words, PERSONAL SHOPPER; Black
and White Create a Standout Backdrop,  By Marianne Rohrlich
... Colorful, down-filled, **wool-felt**-covered pillows, 18 ...

154. The Times (London), July 4, 2001, Wednesday, Features, 1096 words,  Honest voice
of America, Ian McIntyre
... carded two pounds of **wool and "felt** Nationly". There were Native Americans,
as ...

155. Sunday Mail (SA), July 1, 2001, Sunday, FEATURES; Pg. 75, 306 words, Fabrics of
flair
... handweaves, raffia, chenille and **wool felts.** The range known as
Contemporary ...

156. Buffalo News (New York), April 29, 2001 Sunday, NIAGARA EDITION, NIAGARA
WEEK, Pg.NC3, 1074 words, TWO L'S SPELL HEAVENLY IDEA FOR PET, MIKE
KURILOVITCH; Niagara Correspondent, LOCKPORT
... turn sheared llama **wool into felt.** The Dunhams are trying to perfect the ...

157. Chicago Tribune, April 29, 2001 Sunday,  CHICAGOLAND FINAL EDITION, HOME &
GARDEN; ZONE: CN; Pg. 1, 1295 words, Worlds apart; Stir crazy in Milan: Designers
get bored with precision minimalism -- and let it all hang out, By Karen Klages,
Tribune staff reporter, MILAN
... enough (with an orange **wool felt** cover) to hit the '60s ...
... in upholstery and plastics - **Wool felt** - Subtle patterns on ...

158. The Times (London), April 21, 2001, Saturday, Features, 844 words,  Date
lines, Judith Wilson
... fashionista instincts. Pink **wool felt** and green wool cushion, from ...

159. THE DAILY TELEGRAPH(LONDON), April 14, 2001, Saturday, Pg. 06, 779 words, The
stars lie down Old-fashioned horsehair mattresses are the latest celebrity must-
have, says Jonny Beardsall, By Jonny Beardsall
... in pine and upholstered with **wool felt** and black-and-white cotton ...
... roll. This is covered in **wool felt,** then in pure cotton and ...

160. The Dominion (Wellington), April 14, 2001, Saturday, NEWS; NATIONAL;, Pg. 2, 441
words, Drought cost may reach $ 300m
... impact on meat and **wool would be felt** next season. "That will be ...

161. The Press (Christchurch), April 14, 2001, Saturday, NEWS; NATIONAL;, Pg. 1, 635

words, Pain from no rain may hit $ 300m, ROBSON Seth
... impact on meat and **wool would be felt** next season. "That will be ...

162. Sunday Times (London), April 8, 2001, Sunday, Features, 174 words,  The best for less, Victoria O'Brien
... blanket-stitched grey **wool felt** floor rugs, from Pounds ...

163. The Daily Telegraph (Sydney, Australia), March 15, 2001, Thursday, WORLD; Pg. 26, 269 words, Stella is tailored to succeed, Joelle Diderich
... embroidery running up **wool felt** coats. The result was a ...

164. The New York Times, February 1, 2001 Thursday,  Late Edition - Final , Section F; Column 1; House & Home/Style Desk; Pg. 11, 446 words, PERSONAL SHOPPER; So Brilliant, Those French,  By Marianne Rohrlich
... in May. 8. **Wool felt** pillows (also shown on ...

165. The Straits Times (Singapore), January 28, 2001, Sunday, Sunday Plus, Pg. P6, 370 words, So you want to look like a cowboy?, Michelle Ho
... fresh look. Black **wool felt** hat ($180) from Goh ...
... JR Texas.); (Black **wool felt** hat ($ 180) from Goh ...

166. The Times (London), January 27, 2001, Saturday, Features, 1164 words,  Insider's guide to shopping in Edinburgh
... buy it." Pure **wool-felt** sporran with chainmail, Pounds ...

167. The Sunday Telegraph (Sydney, Australia), December 31, 2000, Sunday, FEATURES; Pg. 104, 627 words, All that glitters is made by hand / New stuff
... leather coat lined with **wool felt** with a narrow contrast ...

168. The Times (London), December 16, 2000, Saturday, Features, 250 words,  What did Santa leave me?, Mary Gold
... bulging stockings made of **wool or felt,** but which, for some ...

169. Chicago Tribune, December 3, 2000 Sunday, CHICAGOLAND FINAL EDITION, Magazine; Pg. 26; ZONE: C; Fashion., 149 words, CARRY ON; MAKING THE CASE FOR TRAVELING LIGHT, Brenda Butler.
... sleeveless sweater, $228, and **wool felt** pants, $298, at ...

170. The Denver Post, November 24, 2000 Friday, 2D EDITION, Pg. C-01, 932 words, Siberian boots fit comfortably in U.S. market, By Greg Griffin, Denver Post Business Writer,
... thick, dark gray **wool-felt**  boots without soles ...
... dense, water-repellent **wool  felt,** was particularly difficult, he said. ...

171. The Jerusalem Post, November 24, 2000, Friday, FEATURES; Pg. 30, 2807 words, Sleep on it, Shevi Arnold
... cotton, polyester, foam, **wool, felt** and or latex. Cotton and some ...

172. Chicago Tribune, November 19, 2000 Sunday, CHICAGOLAND FINAL EDITION, Holiday Gift Guide I; Pg. 19; ZONE: C, 857 words, GIFTS FOR HER;

DIAMONDS ARE NICE AND SO ARE THESE OTHER IDEAS FOR THE WOMEN ON YOUR LIST, By Laurie Levy. Special to the Tribune.
... Ave., has chunky dramatic **wool felt** rings, handmade in ...

173. The Jerusalem Post, November 10, 2000, Friday, ARTS; Pg. 14B, 431 words, IN THE FRAME, Gil Goldfine
... Galashvili: wall hanging, **wool and felt.** (Seamgallery, Moshav Megadim, ...

174. Saint Paul Pioneer Press (Minnesota), November 5, 2000 Sunday CITY EDITION, TRAVEL; Pg. 1G, 1710 words, IN SOUTHWEST WISCONSIN, SIX BARGAIN HUNTERS FIND TREASURE AMID SCENERY, Beth Gauper Staff Columnist
... pants were $2 to $4, and **wool-felt** clogs, $39.50 in the ...

175. The New York Times, October 1, 2000, Sunday, Late Edition - Final, Section 14WC; Page 26; Column 3; Westchester Weekly Desk, 154 words, Learning to Speak 'Hats' as a Language
... c. 1910; a **wool felt** bowler, c. 1947; ...

176. Kansas City Star (Kansas & Missouri), September 27, 2000, Wednesday, JOHNSON COUNTY EDITION, Pg. 3, 945 words, Lenexa woman is a leader behind teddy bear power Stuffed toys are distributed as a way of providing comfort during difficult times, BRANDON L. FERGUSON; The Kansas City Star
... mottled blue-gray **wool felt** vest with brass buttons and its ...

177. Newsday (New York), September 22, 2000, Friday, ALL EDITIONS, Page B15, 946 words, NY SPRING 2001 / FASHION WEEK, Anne Bratskeir
... smelled of wet leather and **wool, and felt** like a sauna. ...

178. The Toronto Star, September 21, 2000, Thursday, Edition 1, LIFE, 189 words, MUST HAVES FOR FALL
... in everything from leather to **wool to felt,** this is a stylish chapeau and ...

179. Hartford Courant (Connecticut), September 20, 2000 Wednesday, STATEWIDE, LIFE; Pg. D3, 230 words, A NEW SEASON OF GOTTA-HAVE-ITS, Staff and Wire Reports
... in everything from leather to **wool to felt,** this is a stylish chapeau and ...

180. Buffalo News (New York), September 10, 2000, Sunday, FINAL EDITION, LIFESTYLES, Pg. 1E, 1068 words, FALL FOR IT!; UPDATED SHOES, A JEAN JACKET AND ANYTHING RESEMBLING LEATHER WILL; GET YOU IN STEP WITH THE NEW SEASON, SUSAN MARTIN; News Style Writer
... in everything from leather to **wool to felt,** a stylish topper ...

181. The New York Times, September 10, 2000, Sunday, Late Edition - Final, Section 6; Page 76; Column 1; Magazine Desk, 462 words, Style; Class Distinctions, By Robert Bryan
... 1,400, turtleneck, $395, and **wool felt** trousers, $245, and boots ...

182. THE BALTIMORE SUN, August 27, 2000, Sunday, ,FINAL, ,1N, 793 words, fall flamboyance Remember shoulder pads? They're back, along with other '80s glam styles. The power suit will never be the same., Cheryl Lu-Lien Tan

... in everything from leather to **wool to felt,** this is a stylish chapeau and ...

183. The Washington Post, August 19, 2000, Saturday, Final Edition, STYLE; Pg. C02, 550 words, Out of Africa, Linda Hales, Washington Post Staff Writer
... bowls and Frederique Morrel's **wool felt** chest are offered as well. ...

184. The San Francisco Chronicle, AUGUST 15, 2000, TUESDAY,, FINAL EDITION, DAILY DATEBOOK;, Pg. D6, 552 words, GOING FOR THE GOLD; The richest of metallics is a reflection of an embarrassment of riches, Sylvia Rubin, Chronicle Staff Writer
... 3) POWERFUL: Camel **wool felt** and gold tinsel wrap ...

185. The San Francisco Chronicle, AUGUST 8, 2000, TUESDAY,, FINAL EDITION, DAILY DATEBOOK;, Pg. D6, 643 words, BIG BAGS OF TRICKS; Huge handbags, the better to stash stuff, are all the rage this season, Sylvia Rubin, Chronicle Staff Writer
... Think cuddly, as in **wool, felt** and panne velvet. San ...
... in multiple colors and **wool felt** melton saddlebags with decorative ...

186. The New York Times, July 27, 2000, Thursday, Late Edition - Final, Section F; Page 4; Column 3; House & Home/Style Desk , 494 words, PERSONAL SHOPPER; In Design, Svelte From the Veldt, By Marianne Rohrlich
... carbon fiber, fiberglass and **wool felt)**; $3,700 at Moss, ...

187. The Nelson Mail (New Zealand), July 19, 2000, Wednesday, NEWS; NATIONAL;, Pg. 4, 232 words, Cats climbing the walls at show
... a model for their **wool and felt** creation. Recreation officer ...

188. Christian Science Monitor (Boston, MA), July 11, 2000, Tuesday, THE HOME FORUM; Pg. 18, 1519 words, Global Homes, Rachel Dickinson
... tall. Panels made of **wool felt** and secured with ropes cover the ...

189. Plain Dealer (Cleveland, Ohio), June 29, 2000 Thursday, FINAL / ALL, STYLE; Pg. 1F, 1191 words, HEAD-TURNING HATS CLEVELAND-AREA DESIGNERS KEEP THE ALLURE ALIVE, By EVELYN THEISS; PLAIN DEALER FASHION EDITOR
... depending on whether it is **wool felt** or straw or some other ...

190. The Daily Telegraph (Sydney, Australia), June 24, 2000, Saturday, LOCAL; Pg. 12, 302 words, Fashionable to slip into something less taxing, BROOKE WILLIAMSON, PETER TRUTE
... 200 reduced to $100 **Wool felt** skirt $160 reduced to $ ...

191. The Daily Telegraph (Sydney, Australia), June 24, 2000, Saturday, LOCAL; Pg. 12, 289 words, Fashionable to slip into something less taxing, BROOKE WILLIAMSON and PETER TRUTE
... 200 reduced to $100 **Wool felt** skirt $160 reduced to $ ...

192. The Independent (London), June 5, 2000, Monday, FEATURES; Pg. 14, 1412 words, ARTS: MY FAMILY AND OTHER ANIMALS;  OLIVER POSTGATE'S CREATIONS DEFINED CHILDHOOD FOR A GENERATION. THE MAN BEHIND BAGPUSS AND THE CLANGERS TELLS JAMES MCNAIR WHAT DROVE HIM, James Mcnair
... British childhood, in **wool, felt,** wood and acrylic. Now ...

193. Newsday (New York), May 31, 2000, Wednesday, ALL EDITIONS, Page C07, 254
     words, THE E-SHOPPER / PICKS OF THE WEEK
     ... themselves, they span the globe, from **wool felt** Outbacks to straw westerns
     to ...

194. The Washington Post, May 27, 2000, Saturday, Final Edition, STYLE; Pg. C02, 823
     words, DESIGN; Hollywood Flair at New York's Fair, Linda Hales , Washington Post
     Staff Writer, NEW YORK
     ... it with a trendy **wool felt** seat. The fair is New ...

195. The Washington Post, May 4, 2000, Thursday, Final Edition, HOME; Pg. H03, 665
     words, Furniture That's Almost One of a Kind, Annie Groer
     ... lush velvet to sturdy **wool felt.**

196. The Times (London), April 22, 2000, Saturday, Features, 826 words,  Lucy Pinney
     column, Lucy Pinney
     ... blankets, and is stockpiling rabbit-**wool-felt** to make her son a ...

197. The Gazette (Montreal, Quebec), April 20, 2000, Thursday, FINAL, 551
     words, Trendy toppers turn heads: Montreal's 'mad hatters' have a passion for one-
     of-a-kind creations, SANDRA PHILLIPS
     ... process used to change the **wool into felt** involved mercury. Mercury ...
     ... everyday hats made from **wool, felt,** velvet, cashmere and wool, ...

198. Christian Science Monitor (Boston, MA), April 11, 2000, Tuesday, THE HOME FORUM;
     KID SPACE; Pg. 18, 1081 words, Actors in our revolution, Lane Hartill
     ... farmer's hat, made of **wool felt,** could be tied up if he were going into ...

199. Denver Rocky Mountain News (Colorado), March 23, 2000, Thursday, High Country;
     Ed. Final; Pg. 1H, 1601 words, NOUVEAU NOMADS YURTS GIVE BACKCOUNTRY
     WANDERERS SHELTER, SOLITUDE, By Ted Alan Stedman, Special to the News
     ... frames for support, and the **wool felt** roof was supported by ...

200. The Times (London), March 6, 2000, Monday, Features, 1509 words,  The lady and
     the vamp, Lisa Armstrong
     ... Grant: showed beautiful **wool-felt** dresses, and stiff boucle ...

Source: News & Business > News > **Major Newspapers**
Terms: (wool felt) or woolfelt  (Edit Search)
Focus: **(wool felt) or woolfelt and date(geq (1/1/1999) and leq (11/9/2004))**  (Exit FOCUS™)
View: Cite
Date/Time: Tuesday, November 9, 2004 - 3:54 PM EST

About LexisNexis | Terms and Conditions

Copyright © 2004 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

201. The Ottawa Citizen, March 4, 2000, Saturday, FINAL, 1165 words, Shopping the cyberboutique: Before buying off the e-rack, check out Lynda Latner's high-fashion Internet shop
... high quality beige **wool felt**... Lovingly preserved and extremely ...

202. The Atlanta Journal and Constitution, February 28, 2000, Monday,, Home Edition, 287 words, Moschino a mishmash, Moses moderately modern; FASHION WEEK: A report on fall-winter clothes, A. Scott Walton, Staff, Milan, Italy
... colors with mild materials such as **wool felt.** In many cases, ...

203. Courier Mail (Queensland, Australia), February 17, 2000, Thursday, FEATURES; Pg. 28, 232 words, The Craft, Sonja Koremans
... fuzzy with cosy mohairs, **wool felts,** fisherman knits, angora ...

204. The New York Times, February 17, 2000, Thursday, Late Edition - Final, Section F; Page 14; Column 1; House & Home/Style Desk , 249 words, PERSONAL SHOPPER; Take That, Winter Blahs: Aids to Urban Hibernation, By Marianne Rohrlich
... covered in raspberry **wool felt.** Designed by Paola ...

205. Chicago Sun-Times, February 14, 2000, MONDAY, Late Sports Final Edition, FEATURES; Pg. 50, 541 words, catwalkout, Lisa Lenoir, NEW YORK
... offerings, in stretch **wool felt,** high-shine leather or ...

206. Pittsburgh Post-Gazette (Pennsylvania), February 14, 2000, Monday,, REGION EDITION, Pg. F-4, 1000 words, DESIGNERS STRESS NO-FUSS, UNSTUFFY DRESS-UP PANTS; A GRAY WOOL CREPE KNIT; ARROW-NECK, BELL-SLEEVED DRESS; SPARKLING, IRIDESCENT PEARL PIALLETTE; CROCHETED PANTS AND MINISKIRT; AND A TAR-BLACK LEATHER DUSTER WITH MATCHING; BANDEAU AND HIP-SLINGER PANTS.
... jeans and a red **wool-felt** print overcoat with a ...

207. Pittsburgh Post-Gazette (Pennsylvania), February 14, 2000, Monday,, SOONER EDITION, Pg. F-1, 1522 words, DESIGNERS STRESS DRESS-UP WITHOUT FUSS OR STUFFINESS, LAMONT JONES, POST-GAZETTE FASHION WRITER
... noir; a black **wool-felt** tinsel dress accented ...
... jeans and a red **wool-felt** print overcoat with a ...

208. Chicago Sun-Times, February 13, 2000, SUNDAY, Late Sports Final Edition, REAL LIFE; Pg. 6, 442 words, Tried and true, Lisa Lenoir, NEW YORK
... jacket, a black **wool felt** tinsel coat and a ...

209. Los Angeles Times, February 13, 2000, Sunday,, Home Edition, Page 30   , 582 words, LOUNGE ACTS; SIX PRIME-TIME ACTORS WITH NESTING INSTINCTS NAME THEIR FAVORITE; FINDS
... Angelels; Paola Lenti **wool felt** rug, about $ 1,600, ...

210. Newsday (New York), February 10, 2000, Thursday, ALL EDITIONS, Page B03, 899 words, FALL FASHION 2000: RUNWAY REPORT / IT'S A MOD, MOD, MOD WORLD, Marisa Fox; Anne Bratskeir; Barbara Schuler
... tulle shell over **wool felt** "tinsel" trousers at ...

211. Plain Dealer (Cleveland, Ohio), February 10, 2000 Thursday, FINAL / ALL, STYLE;
Pg. 1F, 1585 words, NEW YORK: FALL 2000; FIRST ON THE RUNWAY; EUROPEAN
DESIGNERS JOIN AMERICANS AS SHOW SEASON BEGINS, By JANET McCUE;
FASHION EDITOR, NEW YORK
... dresses and skirts in **wool felt.**    Victor Alfaro, returning to his ...

212. The Guardian (London), February 5, 2000, Guardian Saturday Pages; Pg. 11, 363
words, Non-fiction
... cases, the better to understand that the **wool and felt** clothes the buried wore to
their ...

213. Newsday (New York), January 13, 2000, Thursday, ALL EDITIONS, Page B15, 668
words, FRESHENING THE HOUSE WITH SIMPLE SEWING IDEAS, Martha Stewart
... kids involved. Pure **wool felt** is a wonderful fabric to ...

214. Chicago Tribune, January 9, 2000 Sunday, WEST FINAL EDITION, HOME & GARDEN;
Pg. 6; ZONE: D; ask Martha., 742 words, LITTLE TOUCHES CAN ADD WARMTH TO
YOUR HOME, Martha Stewart. New York Times News Service, (copyright) 2000,
Martha Stewart.
... kids involved. Pure **wool felt** is a wonderful fabric with which to ...

215. Buffalo News (New York), January 2, 2000, Sunday, FINAL EDITION, LIFESTYLES,
Pg. 4E, 771 words, SIMPLE SEWING PROJECTS; ADD FEELING OF WARMTH; TO
HOUSES IN WINTER, MARTHA STEWART
... kids involved. Pure **wool felt** is a wonderful fabric to ...

216. Hartford Courant (Connecticut), January 1, 2000 Saturday, STATEWIDE, LIFE; Pg.
D3, 382 words, HOME DECOR FOR CHILLY MONTHS, MARTHA STEWART
... kids involved. Pure **wool felt** is a wonderful fabric to ...

217. Plain Dealer (Cleveland, Ohio), January 1, 2000 Saturday, FINAL / ALL, YOUR HOME;
Pg. 6, 788 words, CREATING COZY ATMOSPHERE; OR THE WINTER MONTHS
AHEAD, By Martha Stewart
... kids involved. Pure **wool felt** is a wonderful fabric to ...

218. St. Louis Post-Dispatch (Missouri), January 1, 2000, Saturday, FIVE STAR LIFT
EDITION, LIFESTYLE, Pg. 6, 643 words, EASY SEWING PROJECTS DRESS HOMES
FOR WINTER, Martha Stewart
... involve children. Pure **wool felt** is a wonderful fabric to ...

219. Denver Rocky Mountain News (Colorado), December 9, 1999,
Thursday, Lifestyles/Spotlight; Ed. Final; Pg. 4D, 342 words, SHORT CUTS
... Stock Show. Children's **wool felt** cowboy hats made to ...

220. The New York Times, December 9, 1999, Thursday, Late Edition - Final, Section
F; Page 3; Column 5; House & Home/Style Desk , 88 words, CURRENTS/LOS
ANGELES -- CUSHIONS; Emanating Attitude, Even Sitting on the Floor, By Frances
Anderton
... ovals upholstered in **wool felt** are $350 each from A ...

221. Milwaukee Journal Sentinel (Wisconsin), November 28, 1999, Sunday, All, Pg. 4, 381
     words, Live it up when decorating dining room, CHRIS CASSON MADDEN
     ... a solid fabric or **wool felt** makes an inexpensive and ...


222. The Guardian (London), November 27, 1999, Guardian Sport Pages; Pg. 12, 887
     words, Greater fear hath no umpire than that he lay down the law to a friend,
     especially one who owns a car; This sporting life, Harry Pearson
     ... tottering under the weight of **wool and felt** heaped upon him on ...


223. The Oregonian, NOVEMBER 25, 1999 Thursday, SUNRISE EDITION, LIVING;
     PORTLAND ZONER;, Pg. F05,, 603 words, SHOP TRADING UP: NOW THAT ONE
     HOLIDAY, BYRON BECK - for The Oregonian
     ... fedora" [$39.95] is one **wool felt** hat that can take ...


224. Chicago Sun-Times, November 21, 1999, SUNDAY, Late Sports Final
     Edition, HOS; INTERIORS BY DESIGN; Pg. 4; NC, 317 words, Create a great dining
     room with these tips, BY CHRIS CASSON MADDEN
     ... a solid fabric or **wool felt** makes an inexpensive and ...


225. The Ottawa Citizen, November 04, 1999, FINAL, 71 words, Wrap yourself in
     style, Melissa Shabinsky
     Made of cashmere, **wool, felt** or knit, a cape is ...


226. The Scotsman, October 19, 1999, Tuesday, Pg. 19, 557 words, COUNTING
     SHEEP/BAA MUSEUM AND ART GALLERY/ART.TM, INVERNESS, Kenny Mathieson
     ... on crafts and on **wool and felt** products rather than actual ...


227. The Press (Christchurch), October 8, 1999, Friday, News; National;, Pg.
     6;, REGIONAL NEWS, 223 words, Authentic look for carpet
     ... used on the stairs, with **wool-felt** underlay.


228. The New York Times, October 3, 1999, Sunday, Late Edition - Final, Section 6; Part
     2; Page 94; Column 1; Home Design Magazine , 38 words, Object Fixation
     ... Madison Avenue.; "Madison" **wool felt** on walls, $78 ...
     ... Groves; "Paola Pouf" **wool felt** coffee table, $840, ...
     ... Chaise CL200" in **wool felt,** $3,500, by Paola ...


229. The New York Times, September 30, 1999, Thursday, Late Edition - Final, Section
     F; Page 3; Column 5; House & Home/Style Desk , 95 words, CURRENTS:
     DECORATIVE ARTS; It Can Hold a Head, Or It Can Hold Nuts, By MARIANNE
     ROHRLICH
     These molded **wool-felt** vessels look like ...


230. Chicago Tribune, September 15, 1999 Wednesday, CHICAGO SPORTS FINAL
     EDITION, WOMAN NEWS; Pg. 5; ZONE: CN; Style Q&A., 808 words, THE RIGHT
     TIME FOR A-LINE STYLING, RED LIPSTICK AND NAIL FILING, By Anne Marie
     O'Connor. Special to the Tribune.
     ... fabric, such as a boiled **wool or felt.** As for color, "I'd ...


231. Chicago Tribune, September 15, 1999 Wednesday, CHICAGO SPORTS FINAL
     EDITION, WOMAN NEWS; Pg. 4; ZONE: CN; FASHION., 970 words, AUTUMN'S MOST

WANTED; THESE FALL TRENDS TOP SHOPPING LISTS, By Joanne Mattera. Special to The Tribune.
... Calvin Klein's white **wool felt** cropped jacket and black **wool felt** skirt to the knee," says ...

232. The New York Times, September 12, 1999, Sunday, Late Edition - Final, Section 6; Part 2; Page 124; Column 1; Men's Fashions of The Times Magazine , 19 words, Skywalkers
... Derrick. One-button **wool felt** tuxedo jacket, $1,340, **wool felt** trousers, $590, and stretch ...

233. Scotland on Sunday, September 12, 1999, Sunday, Spectrum; Pg. 31, 370 words, FELT FROM THE HEART, By Sarah Milne
... materials of autumn/winter. **Wool felt** has come a long ...

234. The New York Times, September 2, 1999, Thursday, Late Edition - Final, Section F; Page 4; Column 1; House & Home/Style Desk , 569 words, PERSONAL SHOPPER; An Unprized Fabric Turns a Corner, By Marianne Rohrlich
... covered in perforated **wool felt** and lined in linen. The ...

235. Los Angeles Times, August 22, 1999, Sunday,, Home Edition   Correction Appended, Page 22   , 48 words, SPECIAL MILLENNIUM ISSUE / FASHION;  AT GROUND ZERRO;  FORWARD LOOKING;  THIS SEASON'S STYLES BY SEVEN TOP DESIGNERS HAVE ALL THE RIGHT ANGLES AND TECHNICAL WIZARDRY TO STAND THE TEST OF TIME   FOR THE RECORD
... Clergerie. PHOTO: From left: **wool felt** jacket, $695, over cashmere turtleneck, $795, and **wool felt** slim pants, $395; **wool felt** jacket, $1,250, over ...
... 575, and slim pants; **wool felt** cowl-neck tops, $ ...
... skirts, $425 each; **wool felt** cape, $950, and slim ...

236. The New York Times, August 22, 1999, Sunday, Late Edition - Final, Section 6; Part 2; Page 171; Column 1; Fashions of The Times Magazine, 20 words, Made in The Shade
... dress, $850, and brown **wool felt** skirt trimmed with embroidery and ...

237. The New York Times, August 22, 1999, Sunday, Late Edition - Final, Section 6; Part 2; Page 127; Column 1; Fashions of The Times Magazine, 58 words, WHAT'S YOUR FAB; Beatle Maniacs
... coat, $1,995, navy **wool felt** skirt, $895, and blue ...

238. The Denver Post, August 19, 1999 Thursday, 1ST EDITION, Pg. E-01, 1263 words, Falling Into Style Futuristic mixes with the familiar, By Francine Parnes, Denver Post Fashion Editor
... comfortable everywhere. Cozy **wool felt** is practically blanketing the stores, and ...

239. Chicago Tribune, August 8, 1999 Sunday, CHICAGOLAND FINAL EDITION, MAGAZINE; Pg. 25; ZONE: C; FASHION/TREND., 1965 words, STYLE INVASION; THE AMERICANS HAVE ARRIVED, AND PARIS IS A CHANGED WOMAN FOR IT, By Marisa Fox. Marisa Fox is a fashion and beauty writer based in New York.
... sweater with a boiled-**wool felt** skirt in a ...

240. The New York Times, July 18, 1999, Sunday, Late Edition - Final, Section 9; Page 1; Column 1; Style Desk , 1802 words, For Her: It's A Handbag Moment, By ELIZABETH HAYT
... 335 for a **wool felt** bag to $6,000 for ...

241. The Sunday Telegraph (Sydney, Australia), June 27, 1999, Sunday, FEATURES; Pg. 220, 320 words, Fashion's on a caped crusade, Melissa Hoyer
... It's a cropped **wool-felt** style in pale ...

242. The Irish Times, May 17, 1999, CITY EDITION, FASHION; Pg. 9, 918 words, Big in Japan Already coveted in cities East and West, the eclectic collection of Irish designer Daryl Kerrigan is finally arriving here. She talks to Robert O'Byrne
... version of tailor's interfacing with **wool felt** backing. Then there are dresses and tops ...

243. The Irish Times, May 17, 1999, CITY EDITION, FASHION; Pg. 9, 918 words, Big in Japan Already coveted in cities East and West, the eclectic collection of Irish designer Daryl Kerrigan is finally arriving here. She talks to Robert O'Byrne
... version of tailor's interfacing with **wool felt** backing. Then there are dresses and tops ...

244. The New York Times, May 6, 1999, Thursday, Late Edition - Final, Section F; Page 11; Column 1; House & Home/Style Desk , 365 words, PERSONAL SHOPPER; Show-House Nuggets to Make Your Own, By Marianne Rohrlich
... Clinton study, strips of **wool-felt** carpeting, whipstitched together and ...

245. The Washington Post, May 06, 1999, Thursday, Final Edition, HOME; Pg. T12; STYLES, 1472 words, Rooms With a New Point of View, Linda Hales, NEW YORK
... likely to be seen again is the **wool felt** carpeting in Stephen ...

246. The New York Times, April 30, 1999, Friday, Late Edition - Final, Section E; Part 2; Page 41; Column 1; Leisure/Weekend Desk , 926 words, FAMILY FARE; A Week To Branch Out, By Laurel Graeber
... Company Hats turn **wool into felt.** Holly Scalera, owner of the ...

247. The New York Times, April 29, 1999, Thursday, Late Edition - Final, Section F; Page 1; Column 2; House & Home/Style Desk , 1547 words, DESIGNER SHOW HOUSE; At Home Alone With Me, Myself and I, By PATRICIA LEIGH BROWN
... rug of brown and gray **wool felt** and men's pin-striped ...

248. The Times (London), April 24, 1999, Saturday, Features, 2374 words,  Watch this space, Vinny Lee
... more earthy boiled-**wool felt** cushions - boiled-**wool felt** has been fashionable on the catwalks ...

249. Plain Dealer (Cleveland, Ohio), March 11, 1999 Thursday, FINAL / ALL, STYLE; Pg. 1F, 6494 words, AMERICAN DESIGNERS GO FIRST FOR A CHANGE; THE NEW YORK MOMENT; GM REVS UP FASHION WEEK, Janet McCue FASHION EDITOR, NEW YORK
... a pair of black **wool felt** trousers under his black ...

250. The Toronto Star, March 11, 1999, Thursday, Edition 1, LIFE, 874 words, THE FALL

OF MINIMALISM, David Graham
... bits of velvet, painted **wool felt,** and zebra-printed pony ...

Source: <u>News & Business</u> > <u>News</u> > **Major Newspapers** [i]
Terms: <u>(wool felt) or woolfelt</u>  (<u>Edit Search</u>)
Focus: **(wool felt) or woolfelt and date(geq (1/1/1999) and leq (11/9/2004))**  (<u>Exit FOCUS™</u>)
View: Cite
Date/Time: Tuesday, November 9, 2004 - 3:55 PM EST

<u>About LexisNexis</u> | <u>Terms and Conditions</u>

<u>Copyright ©</u>  2004 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

251. The Dallas Morning News, March 10, 1999, Wednesday, THIRD EDITION, FASHION!
DALLAS;, Pg. 1E, 5974 words, New York; FALL/WINTER 1999/2000; Facing the
future, Tracy Achor Hayes and Tammy Theis, NEW YORK
... hems, and hooded boiled-**wool felt** coverups. Techno fabrics such as ...

252. Los Angeles Times, March 5, 1999, Friday,, Home Edition, Page 1, 1609 words, THE
COLLECTIONS: MILAN / FALL 1999 AND WINTER 2000;  WHAT MILLENNIUM?;
DECK: DESIGNERS TURN THEIR BACK ON THE FUTURE AND RETURN TO BASICS,
WITH A WILD TWIST. THEY'RE TRYING TO GIVE WOMEN WHAT THEY WANT., VALLI
HERMAN-COHEN, TIMES SENIOR FASHION WRITER  , MILAN, Italy
... models in trim **wool felt** jumpers, short pleated ...

253. Milwaukee Journal Sentinel (Wisconsin), March 4, 1999 Thursday, All, Pg. 1, 272
words, Double VISION   Snuggle-bunny or urban warrior fall designers see women
two ways, CATHERINE FITZPATRICK
... A-line skirts of **wool or felt,** and flat-heeled boots that ...

254. Detroit Free Press, MARCH 2, 1999 Tuesday METRO FINAL EDITION, FEATURES; Pg.
3E, 488 words, ACCESSORIES WALK AWAY WITH ATTENTION, HOLLY HANSON Free
Press Fashion Writer
... in screen prints and **wool felt** A-line skirts that ...

255. The Toronto Star, February 25, 1999, Thursday, Edition 1, LIFE, 785
words, BLANKET STATEMENTS, David Graham
... wore shearling jackets, **wool felt** trousers and gaucho skirts and ...

256. Sun-Sentinel (Fort Lauderdale, FL), February 23, 1999, Tuesday,, Broward Metro
EDITION, Pg. 1E, 471 words, GOING LONG; IF THE SUPERMODELS ARE WEARING
SKIRTS DOWN TO MIDCALF, YOU CAN BET THAT'S THE; STYLE THAT WILL HANG
AROUND FOR AWHILE., ROD STAFFORD HAGWOOD; Fashion Editor, NEW YORK
... shearling wrap and matching **wool felt** trousers at BCBG ...

257. Rocky Mountain News (Denver, CO), February 21, 1999, Sunday, Home Front; Ed.
FINAL; Pg. 11F, 340 words, 'THE HAT LADY', Shery McDonald , Denver Rocky
Mountain News Staff Writer
... white spectators and red **wool felt** hat with sequined feather. ...

258. Financial Times (London,England), February 20, 1999, Saturday, W EDITION
1, FASHION;, Pg. 10, 890 words, Designers make their presence: They are turning
women into proper lunchers, fireworks, birds, schoolkids, pioneers . . . andteapots.
Holly Fin:
... over a black **wool felt** long skirt or a ...

259. The Denver Post, February 18, 1999 Thursday, 2D EDITION, Pg. E-01, 890
words, Get simple 'Utilitarian' a key word for designers, By Francine Parnes, Denver
Post Fashion Editor
... mohair, cashmere, velvet and **wool felt** - and the coming season is no ...

260. The New York Times, February 17, 1999, Wednesday, Late Edition - Final, Section
B;  Page 10;  Column 1;  Style Desk;  Fashion Page, 1255 words, Review/Fashion;
Warmth and Wearability, But Where's the Surprise?, By ANNE-MARIE SCHIRO

... wide-leg pants of **wool felt** or mohair plaid, hooded ...

261. Times-Picayune (New Orleans, LA), February 15, 1999 Monday, ORLEANS, LIVING;
Pg. D1, 1128 words, WHO'S WHO ON THE REX REVIEWING STAND
... slim skirt. Her matching **wool felt** hat has an upturned ...

262. The Houston Chronicle, February 11, 1999, Thursday, 2 STAR
EDITION, FASHION;, Pg. 7, 346 words, Hats off to those who keep millinery in
fashion, BARBARA GASH
... designs and patterns. Velours, **wool felt** and fine straw are painstakingly ...

263. The Gazette (Montreal, Quebec), February 02, 1999, FINAL, 277
words, Short'n'stylish: Great-looking jackets give you room to move, SHANE KELLEY
... jacket in colourful **wool felt.** In black and vibrant ...

264. The Sunday Oregonian, JANUARY 17, 1999 Sunday, SUNRISE
EDITION, NORTHWEST LIVING;, Pg. L09, 395 words, PULL NAMES FROM A
HAT, VIVIAN McINERNY - of The Oregonian staff
... brimless hat usually of **wool or felt** recently made infamous as the ...

265. St. Louis Post-Dispatch (Missouri), January 9, 1999, Saturday, FIVE STAR LIFT
EDITION, LIFESTYLE, Pg. 3, FASHION COPYCAT COLUMN, 183 words, THE
CLASSICS, Becky Homan; Post-Dispatch Fashion Editor
... Marc Jacobs Blue **wool-felt** coat, $ 1,565 Silk- ...

Source:  News & Business > News > **Major Newspapers** i
Terms:  (wool felt) or woolfelt  (Edit Search)
Focus:  **(wool felt) or woolfelt and date(geq (1/1/1999) and leq (11/9/2004))**  (Exit FOCUS™)
View:  Cite
Date/Time:  Tuesday, November 9, 2004 - 3:56 PM EST

About LexisNexis | Terms and Conditions

Copyright © 2004 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.