# EXHIBIT N



**Web**   Images   Groups   News   Froogle   **more »**

"wool felt"          [ Search ]     Advanced Search
                                    Preferences

**Web**                     Results **1** - **100** of about 78,800 for **"wool felt"**. (0.47 seconds)

Real **Wool Felt**                                          Sponsored Link
www.thefeltpeople.com        100% **Wool** & other blends **Felt** for every purpose

                                                           Sponsored Links

WOOLFELT PATTERNS SQUARES KITS for Stitchers             **Wool**
Quilters and Crafters ...                                 Buy Hunting Apparel at Cabela's -
National **WOOL FELT** Yardage, Woolen Felt, Indygo Junction Pattern   The World's Foremost Outfitter.
Books, Hallowing Harvest, Making Spirits Bright, C. PendletonColonial   www.Cabelas.com
Crafts offers secure ...
www.colonialcrafts.com/shopcart/woolfelt/index.asp - 51k - Nov 11, 2004   **Felt**
- Cached - Similar pages                                 Shop fast. Buy smart.
                                                         Shopzilla it and Save!
**Wool Felt** Deluxe                                     Shopzilla.com
**Wool Felt** Deluxe - $245.00 Use your Back Button
www.saddleright.com/felt_dlx.html - 1k - Cached - Similar pages   Paper Scissors Stone
                                                         Waldorf Home + School Supply
    Felt Western All Around                              Art, Handwork, Books and More!
    **Wool Felt** Western All Around - $219.00 Use Back Button   www.waldorfsupplies.com
    www.saddleright.com/felt_west.html - 1k - Cached - Similar pages
    [ More results from www.saddleright.com ]            **Felt Wool**
                                                         Find, Compare and Buy Clothing!
Hats, Caps and Berets -Jaxon **Wool Felt** Bowler        Shop and Save from 1000's of Stores
Jaxon **Wool Felt** Bowler. Price:$32.00 ... We don't think there is a better   www.Shopping.com
**wool felt** bowler (also known as derby) out there-----and for only $32! ...
www.villagehatshop.com/product1825.html - 24k - Nov 10, 2004 -   **Wool Felt** For Sale
Cached - Similar pages                                   Low Priced **Wool Felt**.
                                                         Huge Selection! (aff)
    Hats - Men's Wool and Fur Felt Classics - Over 36    ebay.com
    brands of hats ...
    ... jaxon-**wool-felt**-derby-sm.jpg Jaxon **Wool Felt** Bowler Price:   **Wool Felt** for Sale
    $32.00 Purchase Securely Online, jaxon-19th-Century-tophat-   New & used **wool** products. aff
    sm.jpg Jaxon 19th Century Top Hat Price ...            Check out the deals now!
    www.villagehatshop.com/mens_fur_felt_wool_classics.html - 57k   www.ebay.com
    - Nov 10, 2004 - Cached - Similar pages
    [ More results from www.villagehatshop.com ]         **Wool Felt**
                                                         Natural Fiber items at low prices!
Wool - Wikipedia, the free encyclopedia                  Buy It Now with no bidding -aff
... **Wool felt** covers piano hammers and it is used to absorb odors and   eBay.com
noise in heavy machinery and stereo speakers. Ancient Greeks lined ...
en.wikipedia.org/wiki/Wool - 16k - Nov 10, 2004 -        74" **Felt**. $6.75/yd
Cached - Similar pages                                   15 colors to choose from at an
                                                         amazing 74 inches wide!
**Wool Felt** Cowboy Hats at Sheplers Western Wear       www.distinctivefabric.com
**Wool Felt** Cowboy Hats. Check out our affordable & stylish selection of
wool cowboy hats! Try on a classic western hat â€¨ or ...         See your message here...
www.sheplers.com/cat.cfm?TID=074525 - 46k - Cached - Similar pages

Small Parts
... Customer Login, Email Address. Password. ISO-9001:2000, RUBBER MOUNTS – Noise
and Vibration Control PRESSED **WOOL FELT**. Felt is used ...
www.smallparts.com/products/descriptions/felt.cfm - 63k - Cached - Similar pages

## CODE FELT LTD. - GENUINE PRESSED **WOOL FELT**

Genuine Pressed **Wool Felt**. Code Felt manufactures pressed wool felts, which are a blend
of wool and rayon. Depending on the specific ...
www.superaje.com/~codefelt/more.htm - 3k - Cached - Similar pages

## **Wool Felt** Fedora Hats: Hatsinthebelfry

... Men's **Wool Felt** Fedora Hats. Home > Men's Hats > Men's Fedora Hats > Men's **Wool
Felt** Fedora Hats. ... Price:$39.99. 5212 Black **Wool Felt** Fedora by NYH. Price:$39.99. ...
www.hatsinthebelfry.com/page/H/CTGY/mens-dress-hats - 45k - Cached - Similar pages

### Olive **Wool Felt** Safari : Hatsinthebelfry

Our olive **wool felt** safari, made by Dorfman Pacific, comes with a brown leather band and a
cotton sweatband. ... Olive **Wool Felt** Safari. ...
www.hatsinthebelfry.com/Merchant2/merchant. mv?
&Screen=PROD&Product_Code=DF10o&Category_Code=M... - 17k -
Cached - Similar pages
[ More results from www.hatsinthebelfry.com ]

## Promotional Items **Wool Felt** Western Hat custom imprinted as ...

**Wool Felt** Western Hat. SKU: 7105032, Search Promotional Products, Corporate Gifts,
Power Search. Rugged, authentic western-style **wool felt** cowboy hat. ...
www.epromos.com/OrderPipeline/ProductPage. jhtml?
productId=7105032&categoryId=1486 - 36k - Cached - Similar pages

## A Child's Dream Come True - Handwork Supplies - Felt & Felting ...

... PLANT-DYED ALL **WOOL FELT**. Soft ... harmoniously. Piece sizes and dye lots vary.
Approximately 7.5"x11". Plant-Dyed All **Wool Felt** - Individual Pieces. ...
www.achildsdream.com/handwork_supplies/ felting_crafts/plant_dyed_felt.htm - 46k -
Cached - Similar pages

### A Child's Dream Come True - Handwork Supplies - Felt & Felting ...

... Bases. Much to whet your creative appetite. 86 pages. #6WF12 Feltcraft $15.95.
Premium Spanish **Wool Felt**. Premium Spanish **Wool Felt**. This ...
www.achildsdream.com/handwork_supplies/ felting_crafts/wool_felt.htm - 42k -
Cached - Similar pages
[ More results from www.achildsdream.com ]

## bebe.com browse merchandise details for bags: **Wool Felt** Hat

return to bags. **Wool Felt** Hat, **Wool Felt** Hat. Stylish head turner has tall 5" crown with
grosgrain ribbon trim. Go undercover with the wide 4" brim. ...
www.bebe.com/Main/browse_detail.jsp?PRODUCT%3C%3Eprd_
id=845524442542170&FOLDER%3C%3Efolder_id=2534374... - 63k -
Cached - Similar pages

### bebe.com browse merchandise details for accessories: **Wool Felt** Hat

return to accessories. **Wool Felt** Hat, **Wool Felt** Hat. Stylish head turner has tall 5" crown
with grosgrain ribbon trim. Go undercover with the wide 4" brim. ...
www.bebe.com/Main/browse_detail.jsp?PRODUCT%3C%3Eprd_
id=845524442542170&FOLDER%3C%3Efolder_id=2534374... - 63k -
Cached - Similar pages
[ More results from www.bebe.com ]

## I'm confused as to the difference between felted wool and **wool** ...

... felted wool. I'm confused as to the difference between felted wool and **wool felt**-and what
about boiled wool? Find the answer here. ...
www.sewnews.com/library/sewnews/qa/aaqa0303c.htm - 18k - Cached - Similar pages

Felt Undercollars - Sew News Magazine
... Jerry Y., email Because **wool felt** is a nonwoven fabric with some inherent stretch, it
doesn't need to be cut on the bias as woven collars must. ...
www.sewnews.com/library/sewnews/qa/aaqa1101b.htm - 18k - Cached - Similar pages

Indiana Jones **wool felt** fedora (-) - Geek.com Price Search
... Indiana Jones **wool felt** fedora. Price Info: $39.99 from 1 Sellers - Get Pricing Alert!
Product Reviews: Not Rated | Write a Review. ...
geek.pricegrabber.com/ search_getprod.php/masterid=2683166 - 29k -
Cached - Similar pages

Minnetonka Weekender **wool felt** hat (-) - Geek.com Price Search
... Minnetonka Weekender **wool felt** hat. Price Info: $34.99 from 1 Sellers - Get Pricing
Alert! Product Reviews: Not Rated | Write a Review. ...
geek.pricegrabber.com/ search_getprod.php/masterid=2683137 - 29k -
Cached - Similar pages
[ More results from geek.pricegrabber.com ]

belts & hats : women's : JCPenney
... Red Hat Society® Pink Straw Hat w/Embroidery, Red Hat Society® Pink Straw Hat
w/Embroidery, Red Hat Society® **Wool Felt** Hat w/Kettle Brim, Red Hat Society ...
www.jcpenney.com/products/C023598.jsp - 29k - Nov 11, 2004 - Cached - Similar pages

Minnetonka® "Weekender" **Wool Felt** Hat : accessories : minnetonka ...
Decorative metal accent on hatband. Lightweight water repellant **wool felt**. Crushable ...
Minnetonka®, Minnetonka® "Weekender" **Wool Felt** Hat. Decorative ...
www.jcpenney.com/products/09a0b19.jsp - 17k - Cached - Similar pages
[ More results from www.jcpenney.com ]

Crazy Quilt - Felt - 3 Special Quilt Exhibits- Amish Quilts & ...
... For more background about this special exhibit - see this page. CRAZY 60 x 63 inches -
unknown quilter, circa 1940, **wool felt**, pieced and machine embroidered. ...
quilting.about.com/library/houston99/BLMcrazy.htm - 24k - Cached - Similar pages

Dyed in the **Wool**: **Felt** & Wearable Art by Horst
Dyed in the **Wool**: **Felt** & Wearable Art by Horst. Alumni Gallery May 27, 2004, to May 15,
2005. Anne Bissonnette Curator. Through the ...
dept.kent.edu/museum/exhibit/horst/main.htm - 19k - Cached - Similar pages

Dyed in the **Wool**: **Felt** & Wearable Art by Horst
Exhibition. Dyed in the **Wool**: **Felt** & Wearable Art by Horst Alumni Gallery, May 27, 2004,
to May 15, 2005 Anne Bissonnette, Curator. China Water, Horst, 2002. ...
dept.kent.edu/museum/exhibit/horst/pieces.htm - 21k - Cached - Similar pages
[ More results from dept.kent.edu ]

Wool Women's Hats - Find, Compare and Buy at BizRate
... (REI) Store Rating: $12.00. Go to store Red cattleman **wool felt** cowboy hat ... American-
made **wool felt** hats & more proudcowboy.com Overall Rating: Not Yet Rated. ...
www.bizrate.com/buy/products_ _att259688--267483-,cat_id--10130300.html - 95k -
Cached - Similar pages

Hat, Wool Women's Hats - Find, Compare and Buy at BizRate
... this store. Product Information. Dorfman Pacific - Red cattleman **wool felt** cowboy hat
Red cattleman **wool felt** cowboy hat. $24.99 Sheplers ...
www.bizrate.com/buy/ products__att259688--267483--,att304305--304306-,cat_id--
10130300.html - 101k - Cached - Similar pages
[ More results from www.bizrate.com ]

**Moleskine Limited Edition Touch Wool Felt (Pocket Notebook) ...**
Moleskine Limited Edition Touch **Wool Felt** (Pocket Notebook), Moleskine legendary
journals, lined notebooks, 2005 date book planner squared diary diaries, graph ...
www.moleskineus.com/touch-woolfelt.html - 20k - Cached - Similar pages

**Wool felt--Conservation DistList**
Subject: **Wool felt** From: Cathy Atwood (atwooc@sosmail.state.mo.us) Date: 10-28-2002.
**...** com> writes >I am trying to find a source for 100% **wool felt** blankets. **...**
palimpsest.stanford.edu/byform/ mailing-lists/cdl/2002/1321.html - 4k -
Cached - Similar pages

> **Wool felt--Conservation DistList**
> Subject: **Wool felt** From: Jodie Lee Utter (ewpc1@yahoo.com) Date: 10-23-2002. **...** I am
> trying to find a source for 100% **wool felt** blankets. **...**
> palimpsest.stanford.edu/byform/ mailing-lists/cdl/2002/1302.html - 4k -
> Cached - Similar pages
> [ More results from palimpsest.stanford.edu ]

**Gallery of Patricia Spark**
**...** Handmade **wool felt** using watercolor inlay with the felting needle. **...** Handmade **wool
felt** using watercolor inlay which is a combination of wet and dry felting. **...**
www.peak.org/~spark/gallery.html - 6k - Cached - Similar pages

**DealTime: Price Comparison, Store & Product Reviews**
**...** Western Hats WBSW. Crushable **wool felt**. 3 1/4" brim. Made in the USA. **...** Western
Hats WBBP. Crushable **wool felt**. 3 1/4" brim. Made in the USA. **...**
www.dealtime.com/ xDN-Clothing--accessories-aaron_hats-ap_material_wool - 58k -
Cached - Similar pages

> **DealTime: Price Comparison, Store & Product Reviews**
> **...** Western Hats WFS1. A nice soft crushable **wool felt** that's also water repellent. Has a
> chin cord. **...** Western Hats WBSW. Crushable **wool felt**. 3 1/4" brim. **...**
> www.dealtime.com/ xDN-Clothing--accessories-aaron_hats~PG-6 - 58k -
> Cached - Similar pages
> [ More results from www.dealtime.com ]

**Greatlookz: Purple Floral Trimmed Red Wool Felt Hat**
**...** Shopping Bag, Shopping Bag, Purple Floral Trimmed Red **Wool Felt** Hat. 6hee2t
Charming red wool hat. Solid red felt hat with turned up brim. **...**
www.greatlookz.zoovy.com/product/6HEE2T - 30k - Cached - Similar pages

> **Greatlookz: Corrina Red Wool Felt Hat with Pheasant Feathers**
> Fabulous feather trimmed red hat. Made of 100% **wool felt** and genuine pheasant feathers.
> **...** Shopping Bag, Corrina Red **Wool Felt** Hat with Pheasant Feathers. **...**
> www.greatlookz.zoovy.com/product/6HSL2013 - 29k - Cached - Similar pages
> [ More results from www.greatlookz.zoovy.com ]

**Amazon.com: Apparel: LaCrosse Wool Felt Insoles**
**...** Don't have one? We'll set one up for you. LaCrosse **Wool Felt** Insoles Other products by
LaCrosse ... Product Description ***Wool felt** insoles ...
www.amazon.com/exec/obidos/ tg/detail/-/B0002EES9S?v=glance - 39k -
Cached - Similar pages

**Home & Garden Television: Simply Quilts**
**...** **Wool Felt** Applique Quilting team Patti Eaton and Pam Mostek show host Alex Anderson
the ins and outs of working with **wool felt** as an applique embellishment for ...
www.hgtv.com/hgtv/shows_qlt/ episode/0,1806,HGTV_3876_12977,00.html - 48k -

Cached - Similar pages

### Home & Garden Television: Simply Quilts
... Materials: book: Blossoms in Winter by Patti Eaton and Pamela Mostek **wool felt** fabric
flannel fabric fabric glue pins top-stitching thread for machine ...
www.hgtv.com/hgtv/shows_qlt/ article/0,1805,HGTV_3876_1751135,00.html - 61k -
Cached - Similar pages
[ More results from www.hgtv.com ]

### Stetson Dundee **Wool Felt** Cowboy Hat (for Men)
Stetson Dundee **Wool Felt** Cowboy Hat (for Men) at Sierra Trading Post, view all of our
Men's Western Style Hats products at low online prices. ...
www.sierratradingpost.com/xq/asp/ base_no.56747/dept_id.L1~4335/qx/product.htm - 53k -
Cached - Similar pages

### Merino wool
... Wool jacket looks like classic **wool felt** but is lighter in weight. ... Wool jacket looks like
classic **wool felt** but is lighter in weight. ...
www.sierratradingpost.com/Search/xt_item_ lookup.asp?
strSearchInput=Merino+wool&itemsearch=yes - 101k - Cached - Similar pages
[ More results from www.sierratradingpost.com ]

### eBay Store - The Bear Closet: **Wool felt**: BEAUTIFUL KELLY GREEN ...
The Bear Closet: **Wool felt** - BEAUTIFUL KELLY GREEN **WOOL FELT** 9 X 12, and
BEAUTIFUL SILVER GREY **WOOL FELT** 9 X 12 - all at low prices. ...
stores.ebay.com/The-Bear-Closet_Wool-felt_
W0QQcolZ4QQdirZ1QQsclZallQQsotimedisplayZ2QQtZkm - 52k - Cached - Similar pages

### eBay Store - The Bear Closet: Synthetic Fur Fabric, Patterns and ...
We sell Synthetic Fur Fabric, Bearmaking Tools, **Wool felt**, Ultrasuede, and Bear Books
and Videos items on eBay. ... Bearmaking Tools (19). **Wool felt** (20). ...
stores.ebay.com/ The-Bear-
Closet_W0QQcolZ4QQdirZ1QQdptZ0QQsclZfixedQQsotimedisplayZ2QQtZkm - 63k -
Cached - Similar pages
[ More results from stores.ebay.com ]

### Diamond **Wool Felt** Schooling Pad
Diamond **Wool Felt** Schooling Pad. Cut to shape 3/8" **wool felt** training pad with a unique
center-vent which insures a proper fit, stability ...
gprix.com/fpad.htm - 3k - Cached - Similar pages

### Applique - Erica's Craft & Sewing Center
... Phil Beaver Designs; Bloomin' Minds; Heart to Hand **wool felt** patterns incl. ... **Wool Felt**
Applique: **Wool Felt** Applique Books; Patterns: Thimbleberries Penny Woollies ...
www.ericas.com/applique/ - 14k - Cached - Similar pages

### University Bookstore, Case Western Reserve University
... Collegiate Pacific 12x30 **Wool Felt** Navy Pennant **Wool felt** navy pennant with logo
screened in case blue and case gray 12 X 30 $ 15.98. ...
cwru.bkstore.com/ default.asp?s=114534186619%7C364&m=0303&p=31999 - 19k -
Cached - Similar pages

### India Flint - stitched and felted textiles, coloured with natural ...
... India Flint makes fine **wool felt**, largely from fleece sourced on the family farm. ... 'red
earth' **wool felt** gloves, shibori dyed in eucalyptus. 'skin sister' ...
www.freewebs.com/ithilien/felt.htm - 5k - Cached - Similar pages

### The History of Felt Hats and Hat Making

... To this day there are three varieties of felt used for hat making. **Wool felt**, fur felt and Beaver felt. Beaver ... wearer. **Wool Felt** Hats. ...
www.thehatsite.com/felt.html - 18k - Cached - Similar pages

How To Make **Wool Felt**
Easy directions for making your own handmade felt. ...
www.allfiberarts.com/library/howto/ht00/How_Felt.htm - 25k - Cached - Similar pages

**Wool Felt** Slippers for Children - Maruia Shop
**Wool Felt** Slippers for Children - For the hobbits in your family. Made ... operative. (only a few sizes are left). **Wool Felt** Slippers for Children. ...
www.nznature.co.nz/mshop/spi/1_sks_2906 - 5k - Nov 11, 2004 - Cached - Similar pages

Betmar **Wool Felt** Fedora at Dillards.com
... Return. Zoom Image. Send to a Friend. Betmar **Wool Felt** Fedora. Pink **wool felt** fedora featuring faux-suede band and bow and grosgrain sweatband. One size. Imported ...
www.dillards.com/webapp/wcs/stores/servlet/ ProductDisplay?catalogId=301&langId=-1&storeId=301&... - 13k - Cached - Similar pages

Yahoo! Directory: Textiles Manufacturers > Felt
... uses. Central Shippee - felt supplier and manufacturer, specializing in **wool felt**, craft felt, and display fabrics. Code Felt - makes ...
dir.yahoo.com/Business_and_Economy/ Business_to_Business/Textiles/Manufacturers/Felt/ - 11k - Cached - Similar pages

FamilyFun: Extrafancy Felt
... craft and fabric shops. Sooner or later, though, we hope you'll treat yourself to a stack of plant-dyed **wool felt**. It's a wonderful ...
familyfun.go.com/arts-and-crafts/sew/ feature/famf0802_feat_felt/famf0802_feat_felt2.html - 30k - Cached - Similar pages

**Wool Felt** Stocking Kit
**Wool Felt** Stocking Kit $49.00, Create a wonderful ... personalized stockings. Our kit contains enough **wool felt** to make 4 stockings. Simply ...
www.marthastewart.com/page.jhtml?type=product& id=product21253&site=&rsc= - 72k - Cached - Similar pages

Mike the Hatter - **Wool Felt** Hats **wool felt** hats derbys fedoras
... Our **Wool Felt** hats are made to look like the best hats at a fraction of the cost. ... Colors: Black, The Gaucho 100% **Wool felt** 4" brim, cord trim and chin tie ...
www.mikethehatter.com/woolfelt.htm - 14k - Cached - Similar pages

Mike The Hatter - Hat Selection
... Item# 060, Style: **Wool Felt** Hats Brand: Capas Affordable Hats Brim: 1-3//8 Store Price: $35.00 Discount Price: $27.50 you save: $7.50. ... The **Wool Felt** Porkpie Hat. ...
www.mikethehatter.com/ItemSearch. asp?StyleID=9&BrandID= - 35k -
Cached - Similar pages
[ More results from www.mikethehatter.com ]

Educational Resources > Store Front > Educational Resources Home > ...
... Special Needs. Teacher Tools. Chalkboard Eraser - **Wool felt**, Grade Level: PRE-K to 12. by QUARTET MANUFACTURING COMPANY, Chalkboard Eraser **Wool felt**. 5 x 2 x 1. ...
www.edresources.com/ProductInfo.aspx?itemid=170853 - 21k - Cached - Similar pages

OTEXA Correlation Category 459
... ANML HR, N KT OR CROCHTD 6217.90.9080 PARTS OF GARMENTS NESOI OF WOOL, NT KNIT OR CROCHT 6405.20.6030 OTH FTWEAR W UPRS TEX MAT W

SLS&UPRS **WOOL FELT** MEN 6405.20 **...**
otexa.ita.doc.gov/correlat/cor459.htm - 7k - Cached - Similar pages

### Stetson Dundee **Wool Felt** Cowboy Hat (For Men)
Stetson Dundee **Wool Felt** Cowboy Hat (For Men) , Work Gloves & Hats. Made **...** used).
Premium 2X **wool felt** with a leather band and dec. **...**
www.activeplaza.com/buy_work_ gloves_hats/show4332-103-176310.html - 27k -
Cached - Similar pages

### **wool felt**
an extensive **wool felt** database , Our worldwide network of **wool felt** Importers is wery
strong. **...**
www.b2b-bestof.com/importers/**wool-felt**/us/ - 27k - Cached - Similar pages

### Felt Wee Folk
**...** Learn to create your own tiny figures and accessories using **wool felt**, chenile stems,
simple embellishments, and Salley's new step-by-step guide. **...**
www.ctpub.com/productdetails.cfm?SKU=10295 - 27k - Cached - Similar pages

### Wool Stripped Felt Supplier's Directory of Thomas Register
**...** Inc. -- Troy, MI -- Mfr., Distributor, & Fabricator Of Industrial **Wool Felt** & Felt Products.
Large Inventory Of Pressed **Wool**, **Felt** Stripping, & Sheet Felt. **...**
www.thomasregisterdirectory.com/ fabrics/wool_stripped_felt_0049787_1.html -
Similar pages

### **Wool Felt** Supplier's Directory of Thomas Register
**Wool Felt**, Top quality **Wool Felt** are offered in **...** Back to top. **Wool Felt**. Promote Your
Business :: Contact ThomasNet :: Copyright ©2004 **...**
www.thomasregisterdirectory.com/ fabrics/wool_felt_0049788_1.html - Similar pages
[ More results from www.thomasregisterdirectory.com ]

### Stegmann clogs,
**...** Stegmann Clogs - A German Tradition for four generations, Stegmann® produces the
World's finest **Wool felt** footwear. Made of all **...**
www.comfortableshoes.com/ manufacturer-view.cfm?Manufacturer=7 - 16k -
Cached - Similar pages

### Eziba - Handcrafted Objects Globally Sourced : **Wool Felt** Yurt **...**
**Wool Felt** Yurt Nativity, **Wool Felt** Yurt Nativity. $78.00. Description: Item # E16454. Made
in Kyrgyzstan. Dimensions: Figures are approx. **...**
www.eziba.com/product_view.asp?CATALOGID=HOME_
DECOR_HOLIDAY&PRODUCTID=E16454 - 16k - Cached - Similar pages

### fashion photos, coats, dresses, fairies, shawls, **wool**, **felt** **...**
Creative Fibre Gallery, Fashion. homeAwards From the Creative Fibre Fashion Parade
2000. back Click on any picture for a bigger view **...**
www.creativefibre.org.nz/gallery/fashion/fashion.htm - 5k - Cached - Similar pages

### Dorfman Pacific Hats: Dorfman Pacific Ladies' Western **Wool Felt** **...**
**...** Home, |, Shipping Info, |, Return Policy, |, Help, |, Security, |, Privacy, |, About Us.
Dorfman Pacific Ladies' Western **Wool Felt** Hat w/Silver Conchos. Product **...**
www.countryewe.com/moreinfo. cfm?Product_ID=1412&Category=90 - 23k -
Cached - Similar pages

### Dorfman Pacific Hats: Dorfman Pacific Ladies' Crushable **Wool Felt** **...**
**...** Home, |, Shipping Info, |, Return Policy, |, Help, |, Security, |, Privacy, |, About Us.
Dorfman Pacific Ladies' Crushable **Wool Felt** Fedora Hat. Product #: LA142 **...**
www.countryewe.com/moreinfo. cfm?Product_ID=1409&Category=90 - 23k -

Cached - Similar pages
[ More results from www.countryewe.com ]

### Learn2 Make Homemade Paper (Continued)
**...** Lay one sheet of **wool felt** down on a flat tabletop. **Wool felt** is ideal because water runs right through it and it's strong enough to sustain the pressure. **...**
www.tutorials.com/06/0697/06976.asp - 14k - Nov 11, 2004 - Cached - Similar pages

### Wool Cloth and Felt
**...** Action Cloths. Our action cloth is a 1/8" (3 mm) thick woven **wool felt**. Traditionally, the green cloth is used on key ends for jacks **...**
www.fortepiano.com/cloth.htm - 74k - Cached - Similar pages

### Wool Felt and more for Cloth Dolls - Sisters & Daughters, Inc.
* **Wool Felt** *. New **Wool Felt** Our new selection of wool felts has just arrived and you will love the weight and feel of these beautiful wool blend felts. **...**
www.sistersanddaughters.com/felt.html - 13k - Cached - Similar pages

### Chinese Export Commodities Fair
**...** Winter Cap, Winter Cap. Guangzhou Yongfa Cap Co.,Ltd. **wool felt** hatas, **...** LIHUA HAT MANUFACTORY DINGXING COUNTY HEBEI. **wool felt** hat bodies, **...**
ebusiness.cantonfair.org.cn/en/ products/ProductList.asp?CommCateID=233002002 - 63k - Cached - Similar pages

### Hats - Catalogs.com Presents Hartford York Hats & Accessories
**...** fur and faux fur hats, berets, cashmere caps, fedoras, Greek fisherman, dress hats, leather hats, ivy hats, newsboys, porkpies, fur felt, wool, and **wool felt**. **...**
www.catalogs.com/search_3.asp?id=598 - 31k - Cached - Similar pages

### Molecular Expressions Microscopy Primer: Specialized Microscopy ...
Polarized Light Microscopy Digital Image Gallery. Sheep **Wool Felt**. The wool of sheep, which is primarily composed of the protein keratin **...**
micro.magnet.fsu.edu/primer/techniques/ polarized/gallery/pages/sheepwoolfeltsmall.html - 38k - Cached - Similar pages

### SUPERBALL MALLETS
**...** small metallophones & KS 40 sop/tenor-alto range) SCH50 - $18.95 Felt headed mallets - pair (for sop/tenor-alto xylophones) SCH6 - $23.50 **Wool felt** mallets, med **...**
www.rhythmband.com/orffmallets.htm - 14k - Cached - Similar pages

### The piano hammer as a nonlinear spring
**...** Modern hammers consist of a wooden molding covered with several layers of compressed **wool felt**, whose hardness is carefully controlled. **...**
www.kettering.edu/~drussell/Piano/NonlinearHammer.html - 11k - Cached - Similar pages

### KeepsakeQuilting.com
**...** Projects Pieced Pillow Tabletop Wall Quilts Wearable Art **Wool Felt** Piecing Quilting Red Hat. Privacy | Security. Site Map. **... Wool Felt ...**
www.keepsakequilting.com/KQShopping/deptpage. asp?
title=Wool+Felt&subject=U11.L17&catpos=11 - 17k - Cached - Similar pages

### White Felt Wool Porkpie Hat
**...** This feather. of approximately E-bay store Hat size auction is 6 7/8 is made new white **wool felt** head measurement It is for one I will inches. **...** New **wool felt**. **...**
www.80schildren.com/disp/PDB/ white,felt,wool,porkpie,hat,itm2019,52369.asp - 16k - Cached - Similar pages

### Black Derby Hat Wool Felt

Black Derby Hat **Wool Felt**. ... BLACK DERBY HAT **WOOL FELT** SIZE 7 medium. (21 7/8"
link FOR FELT COLOR HAT WOOL head measurement) and colors ...
www.80schildren.com/disp/PDB/ black,derby,hat,wool,felt,itm2152,2998.asp - 14k -
Cached - Similar pages
[ More results from www.80schildren.com ]

### Basics of Design Engineering - Mechanical Systems - Gaskets, Seals ...
... Chemical resistance: **Wool felt** resists dilute mineral-acid solutions, unless continuously
saturated and intermittently dried. It is damaged by alkalis. ...
www.machinedesign.com/BDE/ mechanical/bdemech4/bdemech4_5.html - 5k -
Cached - Similar pages

### Rustic Felt Wool Throw Rug - Kyrgyzstan
... **Wool felt** products are one of the only sources of cash income in Kyrgyz villages. While
men mostly tend herds of animals, women ...
www.importu.com/ahru-aafr.html - 30k - Cached - Similar pages

### The Rainbow Connection :: MASTERS **WOOL/FELT** TOP HAT
... MASTERS **WOOL/FELT** TOP HAT [TH-100], $30.00. MASTERS **WOOL/FELT** TOP HAT
Click to enlarge. **WOOL FELT** TOP HAT; Hat has a 5" high Crown; The ...
www.rainbowconnection.com/product_info.php/ cPath/27_122/products_id/490 - 26k -
Cached - Similar pages

### Beacon Journal | 08/05/2004 | Wearable art can be fun, wild and ...
... the late '50s and early '60s in reaction to the collages of Pablo Picasso and Georges
Braque, that almost always included a tuft or two of **wool felt** stuck in ...
www.ohio.com/mld/ohio/entertainment/ visual_arts/9324309.htm - 46k -
Cached - Similar pages

### Description for 2353: Hats, Caps, and Millinery
... manufacturing fur hats are classified in Industry 2371. Baseball caps, except plastics;
Caps: textiles, straw, fur-felt, and **wool-felt**-mfpm; ...
www.osha.gov/pls/imis/ sic_manual.display?id=520&tab=description - 9k -
Cached - Similar pages

### Recreating 16th and 17th Century Clothing: The Renaissance Tailor
... whoops!... flat cap in Janet Arnold's Patterns of Fashion (pg. 31), made from **wool felt**,
pink silk taffeta lining, and fuzzy wool pile. ...
www.vertetsable.com/demos_elizabethanhats.htm - 30k - Cached - Similar pages

### 2352 Hats and caps, except millinery
... cloth--mfpm--mfg; Caps: textiles, straw, fur felt, and **wool-felt**--mfpm--mfg; Chauffeurs,
hats and caps, cloth--mfg; Harvest hats, straw ...
vancouver-webpages.com/global-sic/23/5/2.shtml - 4k - Cached - Similar pages

### offer-digest Digest V01 #1488
... Product Informations ----- Product : industry felt,pashm,folk- used felt,**wool felt**
piece,**wool felt** technology ...
www.mail-archive.com/ offer-digest@heuristic.untpdc.org/msg02326.html - 34k -
Cached - Similar pages

### Navy **Wool Felt** Hat, c. 1940 - 21143
This is such a fun little hat! Although it has no label, Grandma believes it is **wool felt**. ...
REDUCED Navy **Wool Felt** Hat, c. 1940. Collectibles : Vintage : Hats. ...
www.rubylane.com/shops/grandmasjewelry/item/21143 - 15k - Cached - Similar pages

### Felt Cowgirl Hats, Fedora Hats, Corduroy Fedora Hats, Leather ...
... Sexy fedora hats in velvety velour, fedoras in corduroy and leather, fedora hats in quality

**wool felt**. Felt cowgirl hats and felt outback cowboy hats. ...
www.mydivascloset.com/fedorahats.html - 18k - Cached - Similar pages

### Wool Fabrics - Products - Wool Fabrics, Worsted Fabric, Suppliers ...
... and Services in Wool Fabrics Category: Wool Fabrics, Worsted Fabric, Wool Blend
Fabric, Cashmere Woven Fabric, Woolen Fabric, **Wool Felt** , Find Suppliers ...
www.alibaba.com/catalogs/410/Wool_Fabrics.html - 101k - Nov 10, 2004 -
Cached - Similar pages

### This doll is from Denmark. She wears clothing from the island of ...
... place. Her coat is blue **wool felt**, trimmed in red **wool felt** and rick-rack. Her belt is richly
embroidered and tied with yarn. She ...
home17.inet.tele.dk/ethnics/Index18.htm - 11k - Nov 10, 2004 - Cached - Similar pages

### Moleskine Touch Touch notebooks - **Wool Felt**, Leather, Geometric ...
Moleskine Touch, Touch notebooks - **Wool Felt**, Leather, Geometric and Faux Lizard with
free UK delivery. Mojo. Mojo Shop. Home. ...
www.mojolondon.co.uk/dept_list.php?category=44 - 13k - Cached - Similar pages

### Profile
... **Wool felt** takes precedence over spun and woven textiles and can be placed as a stage
between animals skins and textiles with regard to the evolution process of ...
homepage.ntlworld.com/nauvoo/msg3.htm - 11k - Cached - Similar pages

### 18th and 19th Century Hats and Bonnets
... Tall **wool felt** hat is correct wear for most of the 19th century. ... Black **wool felt** hat
cocked and trimmed in your choice of white or black. ...
www.jastown.com/hats/hats.htm - 14k - Cached - Similar pages

### SUNY Cortland ASC - College Store - Merchandise Catalog
... Merchandise Catalog. **Wool Felt** Pennants. by Collegiate Pacific. **Wool felt** pennants that
read "Cortland" Available in 4 different sizes. ...
ascweb.cortland.edu/catalog/order.asp?id=16b - 12k - Cached - Similar pages

### Feltwads
100% **Wool Felt** Cushion Wads for Undershot Inside of Wads. Precision Reloading's 100%
**WOOL FELT** CUSHION WADS. To Order, Click on the Item Number. ...
precisionreloading.com/feltwads.htm - 24k - Cached - Similar pages

### Cowboy Hats, Western Hats, Western Wear, and Australian Hats ...
... Weathered Fur. **Wool Felt**. Soft Felt/Crushable. ... Bandit - **Wool Felt** Cowboy Hat,
Bandit - **Wool Felt** Cowboy Hat, Bailey, $41.98, Buy 1 'Bandit - **Wool Felt** Cowboy Hat ...
www.hatcountry.com/catalog/default.php?cPath=21_37 - 70k - Cached - Similar pages

### Catalog Page - **Wool Felt**, Mastex Upholstery Thread, Hemostats ...
... 100% **Wool Felt**. This is a difficult to find 100% Virgin **Wool Felt** of a superior thickness
used by many of America's top professional teddy bear artists. ...
www.intercaltg.com/catalog/supplies.html - 101k - Cached - Similar pages

### The Mongolian Ger (Also known as a yurt.) Imported from Mongolia. ...
... Wool moths are not a problem in Mongolia due to the dry climate, the sheer thickness of
the walls (1 inch of **wool felt**!) and the fact that these are nomadic ...
www.hollowtop.com/hopstore_html/mongolian_ger.htm - 8k - Cached - Similar pages

### **Wool Felt** Hat Bodies and Hood Manufacturers
Global Hat Directory To add your Company details to this free directory, please click here.
**Wool Felt** Bodies/Hoods Manufactures. United States of America, ...
www.hatsuk.com/hatsuk/hatsukhtml/ directory/woolfelthood.htm - 12k -

Cached - Similar pages

**Period Hats**
**...** 100% **wool felt** with leather sweatband ... **... Wool Felt** Bonnets Halloween Hats Check
Latest Price **Wool Felt** Bonnets Halloween Hatsone size ... **...**
www.halloweencostumes4u.com/period-hats.html - 30k - Cached - Similar pages

Goooooooooogle ▶

Result Page:    **1**  2  3  4  5  6  7  8  9  10          **Next**

Free! Google Desktop Search: Search your own computer.

.

"wool felt"          Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

.

Google Home - Advertising Programs - Business Solutions - About Google

©2004 Google