# EXHIBIT O




A DMC/Bates color comparison chart and special instructions for charting are provided. Write Designs By Gloria & Pat, Dept. CM, Box 2318, Sumter, SC 29150.

Prentice-Hall Inc.
Tools, tips, and techniques for a successful start in woodcarving are in *The Beginner's Handbook of Woodcarving*, by Charles Beiderman and William Johnston. Chapters on wood, tools, aids, making patterns, woodcarving techniques, painting and finishing, and more are given in 173 pages. Black-and-white illustrations and photos show patterns and techniques. Write Prentice-Hall Inc., Dept. PCM, Englewood Cliffs, NJ 07632.

ST Publications
*Atkinson Sign Painting*, originally published in 1909 by Frederick J. Drake and Co., has been reprinted with every attempt made to reproduce the original manuscript. This 224-page manual of sign painting contains 96 layouts and accompanying color notes, 75 alphabets with standard styles and modifications, plus information on showcards, business cards, panels, bulletins, store displays, and window signs. Write ST Publications, Dept. PCM, 407 Gilbert Ave., Cincinnati, OH 45202.

The Finish Line Inc.
*Basket, Box & Belt Collection*, by Linda Dennis, six pages, has sayings charted for cross stitch on Ribband™. DMC/Bates color charts are given.
*Elegance*, by Linda Dennis, illustrates counted bead embroidery on Ribband™.





Increase your
- Sales
- Skills
- Success



### Get a Taste of the Sweet Life
"The Best in Candycrafting"

CONNIE'S CREATIVE CANDY SUPPLIES

Complete line of candycrafting supplies. Featuring Nestles Candy Coating... Carob... Yogurt... Dietetic... Over 600 Molds and all accessories! Hard candy and Marzipan Molds too!

SEND $1.50 FOR COMPLETE CATALOG
6 CHURCH LANE • LANSDOWNE, PA 19050
215-623-6054

Circle Retailer Assistance Number 123



Only 120 shopping days for FELT 'till Christmas

Shop early for Wool Felt
- Squares
- Piece Goods
- Stik-ee-felt

72 luxurious colors available

ask for Commonwealth...
WoolFelt™
There's nothing like the real thing

America's Leading Wool Felt Manufacturer...

Commonwealth Felt Co.
211 Congress St.
Boston, Massachusetts, 02110
(617) 423-3445

Circle Retailer Assistance Number 124

1983





NN000039

010037