# EXHIBIT P



Web    Images    Groups    News    Froogle    more »

`WOOLFELT`    [Search]    Advanced Search / Preferences

### Web

Results **1** - **100** of about **5,300** for **WOOLFELT**. (**0.32** seconds)

Did you mean: ***WOOL FELT***

**Sponsored Links**

**Woolfelt Material**
New!! Great Deal!I will send you 12 - 2"x 2" washed **Woolfelt** samples for a SASE! ... **Woolfelt** Material. **WoolFelt**® is made by the company, National Nonwovens. ...
www.applecreekdesigns.com/**woolfelt**%20material.htm - 13k -
Cached - Similar pages

**Felt Fabric & Self Stick**
Many Colors & Widths to Choose.
Sticky-Back Felt by Foot or Roll.
www.quiltershusband.com

**Woolfelt Vests**
... **Woolfelt** Vests. I have premade black **Woolfelt** vests for sale in Small, Medium and Large. These vests, made by National Nonwovens, only have a shoulder seam. ...
www.applecreekdesigns.com/Woolfelt%20Vests.htm - 17k -
Cached - Similar pages
[ More results from www.applecreekdesigns.com ]

**Wool Felt**
Yahoo! Shopping: Compare & Save.
Top brands, great stores, low price
Yahoo.com

**Felt Wool**
Find, Compare and Buy Clothing!
Shop and Save from 1000's of Stores
www.Shopping.com

**Men's Original Woolfelt Comfort Clog - Stegmann / Shoes Wholesale**
Men's Original **Woolfelt** Comfort Clog - Stegmann / Shoes Wholesale. ... Men's Original **Woolfelt** Comfort Clog - Stegmann / Shoes Wholesale. ...
www.onlineshoescentral.uni.cc/
Mens_Original_Woolfelt_Comfort_Clog_32148.html - 27k -
Cached - Similar pages

**Wool Felt**
Natural Fiber items at low prices!
Buy It Now with no bidding -aff
eBay.com

**Wool Felt for Sale**
New & used wool products. aff
Check out the deals now!
www.ebay.com

**Traditional Leather Clog - Stegmann / Shoes Wholesale**
Traditional Leather Clog - Stegmann / Shoes Wholesale. Men's Original **Woolfelt** Comfort Clog Men's Original **Woolfelt** Comfort Clog ...
www.onlineshoescentral.uni.cc/
Traditional_Leather_Clog_32150.html - 26k -
Cached - Similar pages
[ More results from www.onlineshoescentral.uni.cc ]

**Australian Wool Products**
Save money or raise money
Socks, thermals & bedding
www.woolstore.com

**Cheaper Prices at Calibex**
Find the best prices and deals.
Compare products, shops and reviews
Calibex.com

**WoolFelt is the original wool felt - wholesale wool felt**
Manufacturers premium acrylic and wool felt popular Craft and Hobby designers including **WoolFelt** and FiestaFelt colored felt squares, die-cut parts, Just-A ...
www.nationalnonwovens.com/ Applications/craft/**woolfelt**.htm - 36k -
Cached - Similar pages

**Felt on eBay**
Great deals on new and used items.
Search for felt now! -aff
www.eBay.com

See your message here...

**National Nonwovens Wool Felt - WoolFelt is the original wool felt**
Manufacturers premium wool felt and wool felt products including **WoolFelt** and acrylic felt products including FiestaFelt colored felt squares, FeltSoooSoft ...
www.nationalnonwovens.com/Applications/c&h.htm - 15k - Cached - Similar pages
[ More results from www.nationalnonwovens.com ]

**WOOLFELT PATTERNS SQUARES KITS for Stitchers Quilters and Crafters ...**

Check Out Contact Us About Your Order Join Our Mailing List Join Our Forum, (800) 966-5524 sales@colonialcrafts.com. View Cart Hours **...**
www.colonialcrafts.com/shopcart/**woolfelt**/index.asp - 51k - Nov 11, 2004 -
Cached - Similar pages

### National Nonwoven **Woolfelt** Squares Colonial Crafts
National Nonwoven, 20% Wool - 80% Rayon 12" x 18" Squares View Cart Send This Page to A Friend Click Order/Detail for Full Size View **...**
www.colonialcrafts.com/ shopcart/**woolfelt**/nationalnon.asp - 42k - Cached - Similar pages
[ More results from www.colonialcrafts.com ]

### **Woolfelt**- variety of colors
**...** New? Mulberry Folk Art Home Home. **Woolfelt** Available from Mulberry Folk Art ALL SOLD OUT! Recommend to friend Join e-mail club. Fabrics **...**
www.mulberryfolkart.com/**woolfelt**.htm - 8k - Cached - Similar pages

### Reets' Rags To Stitches - **WoolFelt** Color Samples
**...** TECHNIQUES Click Here. **WOOLFELT** COLORS AND ORDERING. **WOOLFELT** is: 80% rayon/20% wool OR 65% rayon/35% wool - depending on the color. **...**
www.reetsragstostitches.com/**woolfelt**2.html - 6k - Cached - Similar pages

### Reets' Rags to Stitches
Reets' Rags to Stitches PO.Box 578 Miranda, CA 95553 phone and fax:(707) 943-3609 **WOOLFELT** FACTS, TECHNIQUES AND TIPS. **...** National Nonwovens **WoolFelt** is 36" wide. **...**
www.reetsragstostitches.com/wooltips.html - 9k - Cached - Similar pages
[ More results from www.reetsragstostitches.com ]

### woolfelt
w5+w7dive.jpg (151656 Byte) **Woolfelt** hoods. LADIES **WOOLFELT** HATBODIES. We get our wool felt hat bodies from BOLLMAN Hat Co. in the **...**
www.kopka.de/**woolfelt**.htm - 8k - Cached - Similar pages

### woolfelt
Nach oben. MENS **WOOLFELT** HATBODIES. Hoods 54cm This 120g. hood is suitable for all current shapes. Available in black only. Capelines **...**
www.kopka.de/**woolfelt**1.htm - 7k - Cached - Similar pages
[ More results from www.kopka.de ]

### woolfelt
**WoolFelt** & Penny Rugs. All pictures are thumbnails, click on them to see a larger version. The patterns on this page are designed to use wool or **WoolFelt**. **...**
www.calicocanvasandcolors.com/Woolfelt.htm - 22k - Cached - Similar pages

### Mostly Cozy
On October 16 & 17th we had a "Run Away and Sew" weekend. We had so much fun! Click here to see the pictures. Our newest book! Mostly **...**
www.calicocanvasandcolors.com/ - 9k - Cached - Similar pages

### Stegmann Slippers, Stegmann **Woolfelt** Clogs for Men and Women
Stegmann slippers, including the original handmade **woolfelt** comfort clog, sold here. **...** **Woolfelt** Comfort Clogs are made with 100% virgin wool. **...**
www.shoesurfing.com/Main/stegmann.htm - 28k - Cached - Similar pages

### Stegmann Shoes - Our **Woolfelt** Clogs, the shoe that made us famous
The Stegmann **woolfelt** clogs are the original best selling comfort clog of their kind worldwide! **...** Our **Woolfelt** Comfort Clogs are made with 100% virgin wool. **...**
www.stegmann.net/ - 5k - Cached - Similar pages

### Stegmann - Clogs - Woolfelt Originals
Hansome, Dependable, Go-Anywhere Styling, not to mention they are always comfortable when you are just strollin. These new Stegmann **...**
www.stegmann.net/mens.htm - 13k - Cached - Similar pages
[ More results from www.stegmann.net ]

### Clogworld.com - Men's Woolfelt Clogs by Stegmann
Stegmann **Woolfelt** Clogs - Incredible comfort and health for your feet. **...** View all Men's Stegmann. Men's **Woolfelt** Clogs by Stegmann. **...**
www.clogworld.com/detail.cfm/pid/1401/g/Men/cid/735 - 35k - Cached - Similar pages

### The Clog-Forum - Stegmann woolfelt clogs
The Clog-Forum. Stegmann **woolfelt** clogs. 12/20/98: **...** 07/26/96: REF 052A: In early June, I tried Stegmann **woolfelt** clogs for the first time. **...**
members.aol.com/clogs01/forum052.htm - 4k - Cached - Similar pages

### Stegmann Woolfelt Holiday Clog
**...** Click to enlarge: Women's Stegmann Holiday Clog; The Original **Woolfelt** Comfort Clog; 100 % Pure New Wool, No Synthetics, with Microtech **...**
shop.store.yahoo.com/peltzshoestore/ **woolfelt**holidayclog.html - 26k -
Cached - Similar pages

### Stegmann Mens Woolfelt Clog
**...** Click to enlarge: Men's Stegmann **Woolfelt** Comfort Clogs; The Original; 100 % Pure New Wool, No Synthetics, with Microtech Sole; Available **...**
shop.store.yahoo.com/ peltzshoestore/mens**woolfelt**clog.html - 29k -
Cached - Similar pages
[ More results from yahoo.com ]

### Slipper Warehouse - Stegmann Slippers - Woolfelt Clog
**... Woolfelt** Clog Our **Woolfelt** Comfort Clog in solid and fusion colors. 100% Pure New Wool, no synthetics, with new Microtech sole. **...**
www.slipperwarehouse.com/stegmannM.phtml - 12k - Cached - Similar pages

### WoolFelt™
What's New. About Us. Newsletter. How to Order. Catalog. Accessories. Books. Charts. Fabrics. Magazines. Threads. Special Orders. Specials. Other Links. View Cart **...**
www.wyndhamneedleworks.com/ Fabrics/WoolFeltTM/**woolfelt**tm.htm - 16k -
Cached - Similar pages

### Stegmann Woolfelt Closed Back Clogs (for Women)
Stegmann **Woolfelt** Closed Back Clogs (for Women) at Sierra Trading Post, view all of our Women's Clogs products at low online prices. **...**
www.sierratradingpost.com/xq/asp/ base_no.67551/dept_id.L2~3182/qx/product.htm - 69k -
Cached - Similar pages

### Stegmann Woolfelt Closed Back Clogs (for Women)
Stegmann **Woolfelt** Closed Back Clogs (for Women) at Sierra Trading Post, view all of our products at low online prices. **...**
www.sierratradingpost.com/xq/asp/ base_no.67551/dept_id.L0~342/qx/product.htm - 59k -
Cached - Similar pages
[ More results from www.sierratradingpost.com ]

### Amazon.com: Apparel: Stegmann Ladies Woolfelt Comfort Clog ...
Amazon.com: Apparel: Stegmann Ladies **Woolfelt** Comfort Clog Military color (Other colors/sizes also Available). **...**
www.amazon.com/exec/obidos/ tg/detail/-/B0002JZLTO?v=glance - 41k -

Cached - Similar pages

### Amazon.com : Apparel / Departments / Shoes / Children's Shoes ...
... Stegmann Ladies **Woolfelt** Comfort Clog Graphite color (Other colors/sizes also Available), Stegmann Ladies **Woolfelt** Comfort Clog Navy color (Other colors/sizes **...**
www.amazon.com/gp/browse.html?_encoding=UTF8& node=1045398&no=1040668&me=ATVPDKIKX0DER - 46k - Nov 10, 2004 -
Cached - Similar pages
[ More results from www.amazon.com ]

### Original **Woolfelt** Comfort Clog - Buy Original **Woolfelt** Comfort ...
Original **Woolfelt** Comfort Clog - The internet's best resource for Original **Woolfelt** Comfort Clog - Comfort clog in 100% pure new wool uppers with braid trim. **...**
buy-shoes.chosenshops.com/005374.html - 13k - Cached - Similar pages

### STEGMANN **Woolfelt** Clogs
... STEGMANN **Woolfelt** Clogs. STEGMANN **Woolfelt** Clogs Slip your feet into the natural luxury of handcrafted wool for unrivaled comfort indoors and out. **...**
www.cabelas.com/products/0016272822375a.jsp - 40k - Cached - Similar pages

### De Witte Engel, for creative fun
Woolfelt. 100% Woolen felt. For creative use when making dolls, flowers, bears, bridge cloths and even clothes. For a lasting lovely result. **...**
www.witteengel.nl/stoffen/en_wolvilt.asp - 27k - Cached - Similar pages

### De Witte Engel, for creative fun
... A 45401 Sentimental - Menu Angel € 17,00 Made from 100% **Woolfelt**. Easy to make. **...** A 44701 Sentimental - Heart's Desire € 15,35 Made from 100% **Woolfelt**. **...**
www.witteengel.nl/pakketten/en_sentimentals.asp - 11k - Cached - Similar pages
[ More results from www.witteengel.nl ]

### New Product Review - Stegmann Ladies **Woolfelt** Comfort Clog ...
New Product Review - Stegmann Ladies **Woolfelt** Comfort Clog Military color (Other colors/sizes also Available). New Product Reviews, "Love the reviews! **...**
www.npreview.info/Clothing-and-Apparel/Shoes/ Girls/Clogs/Stegmann-Ladies-Woolfelt-Comfort-Clog-Military-c... - 5k - Cached - Similar pages

### Women's Stegmann **Woolfelt** Clog L-108 - Shoes
Women's Stegmann **Woolfelt** Clog L-108. Women's Stegmann **Woolfelt** Clog L-108 by, Women's Stegmann **Woolfelt** Clog L-108. **...** Buy Women's Stegmann **Woolfelt** Clog L-108. **...**
www.shoes-n-such.com/s/Stegmann/ Women-s-Stegmann-Woolfelt-Clog-L-108-7883.htm - 5k - Cached - Similar pages

### Women's Stegmann Shoes **Woolfelt** Clog L-108 - Shoes
Women's Stegmann Shoes **Woolfelt** Clog L-108. Women's Stegmann Shoes **Woolfelt** Clog L-108 by, Women's Stegmann Shoes **Woolfelt** Clog L-108. $73.95. **...**
www.shoes-n-such.com/s/Stegmann/ Women-s-Stegmann-Shoes-Woolfelt-Clog-L-108--7883.htm - 4k - Cached - Similar pages
[ More results from www.shoes-n-such.com ]

### 1-888-443-9255 or www.walkaboutjct@yahoo.com
... Stegmann **Woolfelt** Comfort Clogs L-108 $75.00 M-108 $77.00 Mens and Ladies Whole and half sizes Ladies: 5-11 Mens: 8-11. Available colors: **...** Leather **Woolfelt** Clogs. **...**
www.birks-etc.com/Woolfelt.html - 8k - Cached - Similar pages

### **WOOLFELT**
**WOOLFELT**. ONLY 5.50 a yard!!! (plus shipping). LIMITED QUANTITIES - Only have 1-2

yards left of each color. When it's sold, it's gone! HOW TO ORDER **WOOLFELT**: ...
barncatprimitives.com/GENERAL%2038%20**woolfelt**.htm - 18k - Cached - Similar pages

### Rockywoods Fabrics: **WoolFelt**
3419 W. Eisenhower Boulevard Loveland, CO 80537 USA +1 970-663-6163, e-mail us.
Home. Location. Map directions provided by MapQuest **...**
www.rockywoods.com/map.htm - 4k - Cached - Similar pages

### **Woolfelt** Homburg Hat - Godfather Homburg Hat : Hatsinthebelfry
**...** Home > Men's Hats > Homburg Hats > **Woolfelt** Homburg Hat - Godfather Homburg Hat
**Woolfelt** Homburg Hat - Godfather Homburg Hat. Quantity **...**
www.hatsinthebelfry.com/Merchant2/merchant. mv?&Screen=PROD&Product_Code=4122-5003&Category_Co... - 15k - Cached - Similar pages

#### **Woolfelt** Homburg Hat - Godfather Homburg Hat : Hatsinthebelfry
**...** Home > Men's Hats > Men's Dress Hats > **Woolfelt** Homburg Hat - Godfather Homburg Hat **Woolfelt** Homburg Hat - Godfather Homburg Hat. **...**
www.hatsinthebelfry.com/Merchant2/merchant. mv?&Screen=PROD&Product_Code=4122-5003&Category_Co... - 15k - Cached - Similar pages
[ More results from www.hatsinthebelfry.com ]

### Plum Creek Collectibles
**...** 301 Share Your Blessings Kit 22" x 13" wall hanging and 9" Angel Doll Kit includes pattern and all the **woolfelt** needed to make the wall hanging and the angel **...**
www.plumcreekcollectibles.com/kits.html - 28k - Cached - Similar pages

#### Plum Creek Collectibles
**...** 16 x 18 Stitchery Mini Quilt uses acrylic paint or crayon Verse: "When Cat & Jack together are seen, there's mischief brewing on Halloween!" **Woolfelt** Cat & Jack **...**
www.plumcreekcollectibles.com/holidaypatterns.html - 35k - Cached - Similar pages
[ More results from www.plumcreekcollectibles.com ]

### Shoe-Store.net
**...** Womens > Stegmann > **Woolfelt** Clog **Woolfelt** Clog. Image 1 2 3 4 Stegmann > **Woolfelt** Clog Stegmann **woolfelt** clogs are cool in summer and warm in winter, and can **...**
www.shoe-store.net/content/womens/ brands/stegmann/**woolfelt**-clog-2.html - 36k -
Cached - Similar pages

#### Shoe-Store.net
**...** Womens > Stegmann > **Woolfelt** Clog Woodfelt Clog. Image 1 2 3 4 Stegmann > **Woolfelt** Clog Stegmann **woolfelt** clogs are cool in summer and warm in winter, and can **...**
www.shoe-store.net/content/ womens/brands/stegmann/woodfelt-clog.html - 36k -
Cached - Similar pages
[ More results from www.shoe-store.net ]

### Shop for Women's Original **Woolfelt** Comfort Clog!
**...** Sodbuster. More Products. Best site to offer: Women's Original **Woolfelt** Comfort Clog (For residents of the United Kingdom, UK), Shoedini **...**
www.shoprankings.com/categories/clothing_apparel/ loafers/women-s-original-**woolfelt**-comfort-clog.html - 26k - Cached - Similar pages

#### Purchasing Men's Original **Woolfelt** Comfort Clog!
**...** More Products. Best site to offer: Men's Original **Woolfelt** Comfort Clog (For residents of the United Kingdom, UK), Shoedini.com -- Free Shipping and Free Returns **...**
www.shoprankings.com/categories/clothing_apparel/ loafers/men-s-original-**woolfelt**-comfort-clog.html - 26k - Cached - Similar pages
[ More results from www.shoprankings.com ]

Stegmann **Woolfelt** Closed Back Clogs (for Women) - Reviews and Best ...
Stegmann **Woolfelt** Closed Back Clogs (for Women) - Reviews and Best Prices. Stegmann **Woolfelt** Closed Back Clogs (for Women) - Reviews and Best Prices. **...**
www.homeofficeneeds.com/p/67551.html - 5k - Cached - Similar pages

sewing - Wool Felt Fabrics
Click to see a Larger View, Felt Wee Folk by Salley Mavor. Salley Mavor's charming, bendable Wee Folk fairies and dolls are real show-stoppers. **...**
www.sews.com/fabrics/**woolfelt**/**woolfelt**1.html - 13k - Cached - Similar pages

Stegmann **Woolfelt** Clog M-108
Sapphire Shoes - Purchase Stegmann **Woolfelt** Clog M-108 and more Clogs online. Item Code M-108. Sapphire Shoes. **...** Stegmann **Woolfelt** Clog M-108, **...**
www.sapphire03.com/id_7882.htm - 16k - Cached - Similar pages

    Stegmann **Woolfelt** Clog L-108
    Sapphire Shoes - Purchase Stegmann **Woolfelt** Clog L-108 and more Clogs online. Item Code L-108. Sapphire Shoes. **...** Stegmann **Woolfelt** Clog L-108, **...**
    www.sapphire03.com/id_7883.htm - 16k - Cached - Similar pages
[ More results from www.sapphire03.com ]

M&L Designs: Penny Rugs and Wool Felt Kits
These easy, convenient kits include top quality, genuine **WoolFelt**® die cut pieces and shapes, easy-to-follow instructions, floss and needle - everything **...**
mandldesigns.com/pennyrugs.html - 14k - Cached - Similar pages

Stegmann Women's Shoes - Shop Smart, Shop Fast, Shopzilla!
**...** Add to Shopzilla List, Stegmann **Woolfelt** Closed Back Clogs, Stegmann **Woolfelt** Closed Back Clogs. Handmade **...** Stegmann **Woolfelt** Clogs. Incredible **...**
www.shopzilla.com/8B--Women_s_Shoes_ _Stegmann_-_att259--385631-__cat_id-- 10110000 - 101k - Cached - Similar pages

Stegmann **Woolfelt** Clog - Color: Cherry Red - Women's
Online Coupon Discount! Zoom Image, Stegmann **Woolfelt** Clog - Color: Cherry Red - Women's Comfortable wool clogs with form-fitting cork footbeds. **...**
www.comfortableshoes.com/item_preview.cfm?ID=1820 - 14k - Cached - Similar pages

    Stegmann **Woolfelt** Clog - Color: Stone - Women's
    Online Coupon Discount! Zoom Image, Stegmann **Woolfelt** Clog - Color: Stone - Women's Comfortable wool clogs with form-fitting cork footbeds. Available in Stone. **...**
    www.comfortableshoes.com/item_preview.cfm?ID=1821 - 14k - Cached - Similar pages
[ More results from www.comfortableshoes.com ]

Patterns
**Woolfelt** Yardage and Kits Now Available! Please click on the thumbnail picture to see an enlarged version. **...** **Woolfelt** By The Yard, **...**
www.annieskeepsakes.com/patterns.htm - 37k - Cached - Similar pages

**Woolfelt**, woollen fairy felt and embroidery thread
Woollen Felt, Euro 1.35. **...**
www.waldorf-toys.com/materialen/vilt.uk.html - 9k - Cached - Similar pages

STEGMANN
**...** Stegmann Original **Woolfelt** Comfort Clog Stegmann Original **Woolfelt** Comfort Clog More info on Stegmann Original **Woolfelt** Comfort Clog. **...**
www.clothingstoreonline.com/s/STEGMANN/ - 41k - Cached - Similar pages

### Casual
... Buy Spring Parka now. Women's Stegmann **Woolfelt** Clog L-108 Women's Stegmann **Woolfelt** Clog L-108 More info on Women's Stegmann **Woolfelt** Clog L-108. ...
www.clothingstoreonline.com/c/Casual/ - 41k - Cached - Similar pages
[ More results from www.clothingstoreonline.com ]

### Stegmann **Woolfelt** Clog M-108
... Sports & Fitness. Travel Camping World. Stegmann **Woolfelt** Clog M-108. ... and heel cup. Click For Pricing on Stegmann **Woolfelt** Clog M-108. ...
www.valuemonkey.com/13/1-0251.html - Similar pages

### ShoeSurfing.com Shopping Cart
Browse | Search | Specials | New Additions | What's New | Your Basket | Feedback Category / Stegmann **Woolfelt** Clogs /. Please Choose ...
store.birkenstockbeach.com/ merchant.ihtml?id=89&step=2 - 12k - Cached - Similar pages

### Discount Stegmann Ladies **Woolfelt** Comfort Clog Graphite color ...
Discount Stegmann Ladies **Woolfelt** Comfort Clog Graphite color (Other colors/sizes also Available). Our Price: N/A Prices Subject to Change. ...
www.cheapshoes.us/product/B0002JSXY4.html - 16k - Cached - Similar pages

### Stegmann - Shoes, Footwear, Accessories
SHOES MAKE THE PERSON First of all, thank you for shopping our collection of Stegmann products. We appreciate your business. It's ...
www.dogdayslandscaping.com/SHOES/Stegmann.html - 40k - Cached - Similar pages

### Judith Ma leading supplier of Hats, Millinery Supplies and ...
... **WoolFelt** Color Swatch Set, sheet of color swatches for **Woolfelt** yardage. Winter White **WoolFelt**, felted wool and rayon blend, 72" width, 1/2yd minimum, blockable ...
www.judithm.com/shop/?page=shop/ browse&offset=100&category_id=&keyword= - 50k - Cached - Similar pages

### Judith Ma leading supplier of Hats, Millinery Supplies and ...
... Product Name, Product Description. Maroon **WoolFelt**, felted wool and rayon blend, 72" width, 1/2yd minimum, blockable **WoolFelt** Sale, 20% Off in November Sale. ...
www.judithm.com/shop/?page=shop/ browse&offset=120&category_id=&keyword= - 50k - Cached - Similar pages
[ More results from www.judithm.com ]

### Wool Felt Kits - Applique - Erica's Craft & Sewing Center
Image - Kit, Star of the Snow Purse from Indygo Junction Finished Size: 6.5" x 9" Kit Contains: **WoolFelt**®, embroidery floss, satin cord, pearl cotton, beads. ...
www.ericas.com/applique/kits/**woolfelt**.htm - 8k - Cached - Similar pages

### Stegmann Women's Shoes - Find, Compare and Buy at BizRate
... 59.95. Go to store Stegmann **Woolfelt** Closed Back Clogs Stegmann **Woolfelt** Closed Back Clogs. ... 39.95. Go to store **Woolfelt** Holiday Clog **Woolfelt** Holiday Clog. ...
www.bizrate.com/buy/products_ _att259--385631-,cat_id--10110000.html - 94k - Cached - Similar pages

### My Party Planet Cowboy
... Cowgirl (Madanna) **Woolfelt** - Beige, Cowgirl (Madanna) **Woolfelt** - Beige Price: £35.49. ...
... Cowgirl, **Woolfelt** - Red, Cowgirl, **Woolfelt** - Red Price: £35.49. ...
www.mypartyplanet.co.uk/acatalog/cowboy.html - 101k - Cached - Similar pages

### My Party Planet Robin Hood
... Tyolean, **Woolfelt** - Green, Tyolean, **Woolfelt** - Green Price: £26.99. Bavarian, **Woolfelt**

- Brown, Bavarian, **Woolfelt** - Brown Price: £24.99. **...**
www.mypartyplanet.co.uk/acatalog/robin_hood.html - 57k - Cached - Similar pages
[ More results from www.mypartyplanet.co.uk ]

### ASBESTOS EXPOSURE - Asbestos Products, **Woolfelt**, Roofing Felts **...**
**...** Unibestos Unibestos block Unibestos pipecovering Unibestos products/distribution USG aircell pipecover USG hairfelt pipecover USG **woolfelt** pipecover Util **...**
www.asbestoslawyers.com/products2.htm - 16k - Cached - Similar pages

### Stegmann - Shoes and Accessories - Footwear
**...** Men's **Woolfelt** Comfort Clog - Stegmann Product from Shoedini.com Men's **Woolfelt** Comfort Clog - Stegmann Product from Shoedini.com Men's **Woolfelt** Comfort Clog **...**
www.shopnow4u.com/FOOTWEAR/Stegmann.html - 24k - Cached - Similar pages

### Stegmann - Footwear | Accessories
ON BUYING SHOES AND ACCESSORIES When I think of buying shoes I think about how I used to look at shoes as a child and as a teenager. It was all about the look. **...**
www.shophere4u.com/SHOE/Stegmann.html - 28k - Cached - Similar pages

### ProBear
Suèdine (imitation leather). For palms and pads. Available in rags of ± 17x25 cm. or per 0,25 mtr. or multiple parts. €. Rag price, 1,00. Meter price, 20,50. **...**
www.probeer.nl/com/stoffen_overig.html - 12k - Cached - Similar pages

### Catalog of Online Shoppe at Memere's Garden
**...** We look like a bunch of witches in that class! Googly, googly, bubble and boo! and **WOOLFELT**. There seems to be confusion over the wool and **woolfelt**. **...**
www.memeresgarden.com/html/catalog.htm - 26k - Cached - Similar pages

#### Wool Stuff at Memere's Garden
**...** **Woolfelt**. **WOOLFELT** is the next best thing to wool and great if you are making LOTS of projects! Maybe **...** WHALA! **WOOLFELT**! Substitute **...**
www.memeresgarden.com/html/woolstuff.html - 35k - Cached - Similar pages

### The Primitive Cupboard
**...** This is for 1/2 yard (36" wide) each of Grandma's Garnet and Evergreen **WoolFelt**. **...** This is for 1/2 yard (36" wide) each of Black and Pumpkin Spice **WoolFelt**. **...**
www.primitivecupboard.com/Catalog. cfm?DO=L2&SetDisplay=Graphics&L1ID=12 - 69k - Cached - Similar pages

### PegasusShoes.com - Women's **Woolfelt** Clogs by Stegmann
Stegmann **Woolfelt** Clogs - Incredible comfort and health for your feet. **...** View all Women's Stegmann. Women's **Woolfelt** Clogs by Stegmann. Stegmann **Woolfelt** Clogs **...**
www.pegasusshoes.com/detail.cfm/ pid/1401/g/Women/cid/3747 - 71k - Cached - Similar pages

### PegasusShoes.com - Women's **Woolfelt** Rubber Bottom Clog by Stegmann
Stegmann **Woolfelt** Rubber Bottom Clog - Incredible comfort and health for your feet. **...** View all Women's Stegmann. Women's **Woolfelt** Rubber Bottom Clog by Stegmann. **...**
www.pegasusshoes.com/detail.cfm/ pid/1402/g/Women/cid/2344 - 63k - Cached - Similar pages
[ More results from www.pegasusshoes.com ]

### Shoes | Accessories by Stegmann
SHOES and AMERICANA Thank you for shopping our collection of Stegmann products. We sincerely appreciate your business. Shoes have **...**
www.claudiaburke.com/CBFEET/Stegmann.html - 35k - Cached - Similar pages

### Original Photos: GOLDCOAST AUTO TRANSPORTERS
**...** Stegmann Original **Woolfelt** Comfort Clog Stegmann Original **Woolfelt** Comfort Clog http://www.amazon.com/Stegmann Original **Woolfelt** Comfort Clog. **...**
www.goldcoastautotransport.com/ LA2P0-Apparel/Original-Photos.html - 34k -
Cached - Similar pages

### Penny Rug Patterns
**...** Snowstorm Penny Rug as seen in The Quilter Magazine 12" in diameter $26.00 Kit includes everything needed-**WoolFelt**, pearle cotton and templates/instructions **...**
www.idahoquilt.com/pennyrug.htm - 5k - Cached - Similar pages

### Xingtai Hebei
**...** Hebei Nangong **Woolfelt** General Factory . Thumbshots, Hebei Nangong **Woolfelt** General Factory Industrial felt, cotton and cashmere. **...**
hebei.china.designerz.com/hebei-xingtai.php - 79k - Cached - Similar pages

### Hebei Nangong **Woolfelt** General Factory
Hebei Nangong **Woolfelt** General Factory (English & Chinese). The factory specializes in producing cotton pashm, cashmere and all kinds **...**
www.chinaclick.co.nz/Industrial_Supplies/
Ext/Hebei_Nangong_Woolfelt_General_Factory.shtml - 7k - Cached - Similar pages

### [PDF] Trick or Treat
File Format: PDF/Adobe Acrobat - View as HTML
**...** paper. • Tape on **WoolFelt** and cut out patterns. • Attach **...** Stitch. • Add **WoolFelt** nose & Back Stitch mouth & claws in orange. • Finish **...**
www.birdbraindesigns.net/ FreeDesigns/2004_10/TrickOrTreat.pdf - Similar pages

### Bird Brain Designs :: Departments
**...** Bird Brain Designs' penny rug projects are created with a whimsical approach to this traditional folk art craft using wool or versatile **WoolFelt**! **...**
www.birdbraindesigns.net/Departments.aspx - 16k - Cached - Similar pages
[ More results from www.birdbraindesigns.net ]

### 毛毡|毡|FELT|woolfelt|中国毛毡王首页- felt **woolfelt** fe1t
Copyright 2004 **woolfelt**.net, All right Reserved 版权所有中国毛毡王维护制作: 中华皮毛网
地址:河北省南宫市秦水工业区 ADD: qinshui **...**
www.**woolfelt**.net/ - 9k - Nov 10, 2004 - Cached - Similar pages

### Wool Felt Patterns. wool felt penny rugs, wool felt, craft felt
**...** Instructions included for felting with every order. Authorized Dealer of the "Original **WoolFelt**®". All **WoolFelt**® Is Shipped Priority Mail. WF101 Copper **...**
www.cleoandme.com/cam_**woolfelt**.html - 40k - Cached - Similar pages

### Homespun Hearth™ Start Page
**...** A Best Seller!! With over 40 Colors to choose from, you will LOVE our selection of 100% New Hand Dyed Wools, Mill-dyed Wools, and **WoolFelt** Blends! **...**
www.homespunhearth.com/Wool.asp - 42k - Cached - Similar pages

### Chapeau Traclet : beret, canotier - [ Translate this page ]
**Woolfelt**. Stetson TOMBSTONE 169 €. Stetson TAHOKA 80 €. 1- 2 sur 2.
www.chapellerie-traclet.com/ sous_categories.php?id_ss_cat=9 - 33k -
Cached - Similar pages

### Great prices and selection on Stegmann - Shoes, Accessories
POPULAR SHOE BRANDS We keep an eye on what's going on the in the marketplace. We

watch trends, sales reports and many other factors ...
www.eyebuyonline.com/EYEBUYSHOES/Stegmann.html - 47k - Cached - Similar pages

### eBay Store - allcostume: Hats And Headgear: Top Hat Madhatter ...
... Gambler Hat Crushable **Woolfelt** Small J17566, Gambler Hat Crushable **Woolfelt** Small J17566, $39.98, Gambler Hat Crushable **Woolfelt** Medium ...
stores.ebay.com/allcostume_Hats-And-Headgear_W0QQcolZ2QQdirZQ2d1QQsclZallQQsotimedisplayZ2QQtZkm - 81k - Cached - Similar pages

### Wool felt from Crawford Designs, country collectible patterns
SALE -- **woolfelt** is 1/2 price for limited time only -- SALE -- **woolfelt** is 1/2 price for limited time only --. Woolfelts are all the rage these days. ...
www.crawforddesigns.net/**woolfelt**s.htm - 36k - Cached - Similar pages

### Wonderful Prices on Stegmann and The Best Selection
ON BUYING SHOES Long gone are the days when shoes merely protected one's feet. Shoes certainly still do protect our primary mode ...
www.eyeshop4shoes.com/SHOP4SHOES/Stegmann.html - 33k - Cached - Similar pages

### Little Stitches Penny Rugs
... These penny rug pins are so easy to make! They can be made using scrap pieces of wool or **WoolFelt**™. ... Use up those wool or **WoolFelt**™ scraps! ...
www.littlestitchespatterns.com/penny_rugs.htm - 7k - Cached - Similar pages

#### Little Stitches Needful Things
... Use scrap wool or **WoolFelt**™ for the flowers, leaves & vines. ... A great way to use up all of your wool or **WoolFelt**™ scraps! #368 Three Pinheads - $8.00. ...
www.littlestitchespatterns.com/needful_things.htm - 6k - Cached - Similar pages
[ More results from www.littlestitchespatterns.com ]

### Winterboots.net - Lobbens Wool Felt Winter Boots for Snow and Cold
Box 20723 Whitehorse, Yukon Territory Canada Y1A 7A2. Phone: (867) 668-1045, Email: drury@yt.sympatico.ca. We import Norwegian wool ...
www.winterboots.net/ - 9k - Nov 10, 2004 - Cached - Similar pages

### New rustic, primitive, folky stitcheries, needlepunch, patterns ...
CJD 344 "Bless You" Patriotic Snowman 26" Penny **woolfelt** wallhanging and 23" stocking $7.50 pattern. ... CJD 343 The Crow & Pumpkin 7" **woolfelt** purse & 20" Pillow. ...
www.cranberryjunction.com/2003/new.htm - 15k - Cached - Similar pages

### -Primitive and Whimsical Doll Patterns - Dimpled Darlings-
... DD-144 Crow Ella $8.00 34" scarecrow with **woolfelt** coat. #DD ... DD-136 Angel Hare - $8.00 21" Angel bunny wears **woolfelt** coat & holly. DD ...
www.dimpleddarlings.com/newpatterns.html - 30k - Cached - Similar pages

### Crawford Designs, country collectible patterns
SALE -- **woolfelt** is 1/2 price for limited time only -- Pattern closeout -- while supplies last -- ONLY $2.25 ppd -- SALE -- **woolfelt** is 1/2 price for limited ...
www.dolls-n-stuff.com/ - 20k - Cached - Similar pages

### Looking for Stegmann Shoes? Find it here! Buy, Order or Purchase ...
... http://track.did-it.com/ Stegmann Shoes - Our **Woolfelt** Clogs, the shoe that made us famous The Stegmann **woolfelt** clogs are the original best selling comfort ...
www.diamond-jewelry-and-more.com/ directory/Stegmann_Shoes - 17k - Cached - Similar pages

### Beardeaux Bears Available for Adoption Now!

... fabric! I have clear glass eyes backed with **woolfelt** and wear vintage Rayon ribbon and a Vintage "pom-pom" around my neck. $78.00 **...**
www.beardeauxbears.com/available%20bears.htm - 36k - Cached - Similar pages

Did you mean to search for: **WOOL FELT**



Result Page:    **1**   2   3   4   5   6   7   8         Next

🌀 Free! Google Desktop Search: Search your own computer.

.

| WOOLFELT | Search |

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

.

Google Home - Advertising Programs - Business Solutions - About Google

©2004 Google