# EXHIBIT Q

# Exhibit Q

| Plaintiff's "Franny" Sheep Designs | Defendant's Sheep Design |
|---|---|
|  |  |