# EXHIBIT R

# Exhibit R

| Plaintiff's Sheep Designs | Defendant's Sheep Design |
|---|---|
|  |  |