1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-30078-MAP
Pages 1-141

NATIONAL NONWOVENS, INC.

vs.

CONSUMER PRODUCTS ENTERPRISES, INC.

-------------------------------------------------
DEPOSITION OF:  MICHALINA CENTOFANTI
-------------------------------------------------

Taken before Joanne Coyle, Certified
Shorthand Reporter, Notary Public, pursuant
to the Federal Rules of Civil Procedure, at
the offices of Bulkley, Richardson and
Gelinas, LLP, 1500 Main Street, Springfield,
Massachusetts on September 29, 2004,
commencing at 10:11 a.m.

Joanne Coyle
Certified Shorthand Reporter
License No. 106693

PERLIK and COYLE REPORTING
Certified Professional Reporters

1331 Main Street
Springfield, MA 01103
Tel. (413) 731-7931    Fax (413) 731-7451

PERLIK and COYLE REPORTING

2

APPEARANCES:


FOR THE PLAINTIFF:

    MCCORMICK, PAULDING & HUBER, LLP
    1350 Main Street
    Springfield, Massachusetts 01103
BY:  ARTHUR F. DIONNE, ESQUIRE and
    NICHOLAS J. TUCCILLO, ESQUIRE



FOR THE ^ DEFENDANT ^ DEFENDANTS:

    BULKLEY, RICHARDSON AND GELINAS, LLP
    1500 Main Street
    Springfield, Massachusetts 01115
BY:  JAMES C. DUDA, ESQUIRE

PERLIK and COYLE REPORTING

11:01:37        Q.    Does National Nonwovens make wool felt?

11:02:03        A.    We manufacture felted wool.

11:02:05        Q.    You don't make wool felt?

11:02:06        A.    We manufacture felted wool.

11:02:07        Q.    My question is do you make wool felt?

11:02:10        A.    No.

11:02:10        Q.    You don't make wool felt?

11:02:12        A.    No.

11:02:12        Q.    Do you market wool felt?

11:02:15        A.    We have a product trademarked woolfelt,

11:02:21   one word.

11:02:22        Q.    But you don't market wool felt as two

11:02:26   words?

11:02:27        A.    No.

11:02:27        Q.    Have you ever marketed wool felt?

11:02:41        A.    One word or two?

11:02:45        Q.    Two words?

11:02:46        A.    I don't recall.

11:02:50        Q.    You don't recall whether you've ever

11:02:54   marketed wool felt?

11:02:55        A.    No.

11:02:55        Q.    Do you know whether or not you market or

11:03:04   use the words wool felt in any marketing material

11:03:08   right now as two words?

PERLIK and COYLE REPORTING

43

11:03:09      A.   Not for certain.

11:03:21      Q.   You don't know?

11:03:22      A.   I don't know.

11:03:23      Q.   When I use the term wool felt, do you

11:03:40   know what I'm talking about?

11:03:41      A.   No.

11:03:42      Q.   Do you know how the term -- do you have

11:03:46   any understanding how the term wool felt as two

11:03:51   words is being used by other companies?

11:03:51      A.   No.

11:03:58      Q.   You don't?  The term wool felt as two

11:04:06   words has no meaning to you?

11:04:08      A.   It has meaning.

11:04:10      Q.   What is that meaning?

11:04:13      A.   As two words?

11:04:16      Q.   Yes.

11:04:16      A.   The incorrect usage of felted wool.

11:04:35      Q.   The incorrect -- what do you mean by

11:04:40   incorrect usage of felted wool?

11:04:42      A.   Felted wool is a process, a technology.

11:04:50   It is how you manufacture the product.

11:04:52           It has been used incorrectly by using

11:04:55   the word wool felt.

11:04:58      Q.   Do you know of any product that's

44

11:05:02    identified correctly by the term wool felt as two

11:05:05    words?

11:05:06        A.    No.

11:05:09        Q.    It would be your opinion or at least

11:05:14    your understanding that any party that uses the

11:05:17    term wool felt to identify product is using that

11:05:21    term incorrectly?

11:05:21        A.    Yes.

11:05:22        Q.    Do you have any understanding of how

11:05:31    long the term wool felt has been used, correctly

11:05:36    or incorrectly?

11:05:36            MR. DIONNE:    Objection; it

11:05:38    presupposes that she has knowledge of that.

11:05:40        Q.    (BY MR. DUDA) I was asking do you have

11:05:43    any understanding of how long the term wool felt

11:05:45    has been used to identify product, whether

11:05:48    correctly or incorrectly?

11:05:49        A.    No.

11:05:50        Q.    So far as you know, when National

11:06:12    Nonwovens has ever used the term wool felt to

11:06:14    identify product, it has done so incorrectly?

11:06:17        A.    As two words?

11:06:18        Q.    Yes.

11:06:18        A.    Incorrectly.

PERLIK and COYLE REPORTING