UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL NONWOVENS INC. ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> CONSUMER PRODUCTS ENTERPRISES, INC. ) <br> ) <br> ) <br> Defendant ) | Civil Action No.: 04-30078-MAP |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S MOTION FOR ATTORNEY'S FEES**

Plaintiff National Nonwovens Inc. ("NNI") hereby moves the Court for an extension of time to respond to Defendant Consumer Products Enterprises, Inc.'s ("CPE") Motion For Summary Judgment and Motion For Attorney's Fees that were served on Plaintiff via email on November 12, 2004 at 5:46 p.m. At present, a response to each of Defendant's Motions is due on or before November 26, 2004. Plaintiff respectfully requests that the response date be moved forward to December 3, 2004.

Plaintiff makes this request in view of the following:

1. Plaintiff's Counsel is presently engaged in two additional civil actions pending before this Court and that said matters are active and require that Counsel devote substantial time to them.

2. Plaintiff's Counsel is presently engaged in a civil action in the Federal District Court for the District of Massachusetts, Worcester Division, and that this matter is active and requires that Counsel devote substantial time to it.

3. The Motions filed by the Defendant are extensive and will require a great deal of time for an appropriate response.

4. Counsel will not have support staff available over the Thanksgiving Holiday.

In view of the above, it is respectfully requested that the Court grant this motion for extension of time.

Counsel for the Plaintiff has conferred with Counsel for the Defendant and has been advised that Defendant does not oppose this Motion.

Respectfully submitted,
National Nonwovens Inc.
By Their Attorney

Date: Nov. 16, 2004

_____
Arthur F. Dionne
BBO No. 125,760
J. Kevin Grogan
BBO No. 635,089
McCormick, Paulding & Huber LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103
Tel. (413) 736-5401
Fax (413) 733-4543

### Certificate of Service

I hereby certify that a true copy of the foregoing was mailed, postage prepaid, this 16th day of November, 2004 to all counsel of record for each party.

_____