UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL NONWOVENS INC. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CONSUMER PRODUCTS ENTERPRISES, INC. )<br>)<br>)<br>Defendant ) | Civil Action No.: 04-30078-MAP |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENT AND ANSWERS TO INTERROGATORIES AND MOTION FOR PROTECTIVE ORDER

Plaintiff National Nonwovens Inc. ("NNI") pursuant to Local Rule 7.1(b)(3), moves the Court for leave to file herewith Plaintiff's Reply To Defendant's Opposition To Plaintiff's Motion To Compel Production Of Document And Answers To Interrogatories And Motion For Protective Order.

The reason for this Motion is to address arguments made by the Defendant in its Opposition. It is believed that this Reply will be helpful to the Court.

Counsel for the Plaintiff has conferred with Counsel for the Defendant and has been advised that Defendant does not oppose this Motion.

Respectfully submitted,
National Nonwovens Inc.
By Their Attorney

Date: November 18, 2004

Arthur F. Dionne
BBO No. 125,760
J. Kevin Grogan
BBO No. 635,089
McCormick, Paulding & Huber LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103
Tel. (413) 736-5401
Fax (413) 733-4543

## Certificate of Service

I hereby certify that a true copy of the foregoing was mailed, postage prepaid, this __16__ th day of __November__, 2004 to all counsel of record for each party.

_____