UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL NONWOVENS INC. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CONSUMER PRODUCTS ENTERPRISES, INC. )<br>)<br>Defendant ) | Civil Action No.: 04-30078-MAP |

## MOTION UNDER LOCAL RULE 83.5.3 FOR ADMISSION *PRO HAC VICE*

The Plaintiff National Nonwovens Inc. ("NNI"), by its attorney of record, moves the Court under Local Rule 83.5.3 for admission *pro hac vice* of Wm. Tucker Griffith, a member of the Bar of the State of Connecticut. A Declaration by Attorney Griffith as required by Local Rule 83.5.3(b) is submitted herewith.

Respectfully submitted,
National Nonwovens, Inc.
By Their Attorney

Date: _November 18_, 2004

_____
Arthur F. Dionne
BBO No. 125,760
J. Kevin Grogan
BBO No. 635,089
McCormick, Paulding & Huber LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103
Tel. (413) 736-5401
Fax (413) 733-4543

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed, postage prepaid, this ___18th___ day of November, 2004 to all counsel of record for each party.

_____
Arthur F. Dionne

[6020-0011-1]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL NONWOVENS INC. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CONSUMER PRODUCTS ENTERPRISES, INC. )<br>)<br>Defendant ) | Civil Action No.: 04-30078-MAP |

### DECLARATION OF WM. TUCKER GRIFFITH IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

I, Wm. Tucker Griffith, declare as follows:

1. I am an associate in the firm of McCormick, Paulding & Huber LLP, CityPlace II, 185 Asylum Street, Hartford, Connecticut 06103. This Declaration is provided in support of the accompanying application for an order, pursuant to Local Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts ("Local Rules"), permitting me to appear *pro hac vice* in this case on behalf of the Plaintiff National Nonwovens Inc. I have personal knowledge of the facts stated in this Declaration and could and would testify thereto if called upon to do so.

2. I am admitted to the Bar of the State of Connecticut and am admitted to practice in all State courts in the State of Connecticut. I am also admitted to the Bar of the United States District Court for the District of Connecticut.

    3.    I am a member in good standing in each and every jurisdiction where I have been admitted to practice and there are no disciplinary proceedings pending against me in any jurisdiction.

    4.    I have reviewed and am familiar with the Local Rules.

    5.    Arthur F. Dionne and J. Kevin Grogan will also act as counsel for the Plaintiff in this action.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: November 18, 2004

Wm. Tucker Griffith