UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30078-MAP

| | |
|---|---|
| NATIONAL NONWOVENS, INC., ) | |
|     Plaintiff, ) | |
| ) | NOTICE OF APPEARANCE |
| v. ) | |
| ) | |
| CONSUMER PRODUCTS ) | |
| ENTERPRISES, ) | |
| INC., ) | |
|     Defendant. ) | |

Please enter my appearance as attorney for the Defendant Consumer Products Enterprises, Inc. in the captioned matter.

Respectfully submitted,

Dated: November 19, 2004

/s/ Pamela S. Chestek
Pamela S. Chestek
 BBO No. 647124
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
Tel: 413-781-2820
Fax: 413-272-6806
e-mail: pchestek@bulkley.com