UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL NONWOVENS INC. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CONSUMER PRODUCTS ENTERPRISES, INC.)<br>)<br>)<br>Defendant ) | Civil Action No.: 04-30078-MAP |

## PLAINTIFF'S MOTION TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES

Pursuant to Local Rule 7.1 (B)(4) of this Court, Plaintiff National Nonwovens Inc. ("NNI") hereby moves for leave to file Plaintiff's Opposition to Defendant's Motion for Summary Judgment submitted herewith, which exceeds the twenty-page limit set forth in this Rule.

As grounds for this motion, NNI states that leave to exceed the twenty-page limit is reasonable under the circumstances and necessary to bring all pertinent information and arguments to the attention of the Court because: (1) NNI's Opposition presents reasons why none of the Counts of Plaintiff's Complaint are subject to a Motion for Summary Judgment; and (2) the legal and factual basis underlying said Counts cannot be adequately presented and analyzed within twenty pages.

## CONCLUSION

For the reasons set forth above, NNI respectfully requests this Court to grant this Motion for leave to exceed the twenty-page limit of Local Rule 7.1(B)(4).

Respectfully submitted,

National Nonwovens Inc.
By Their Attorney

Date: _December 1_, 2004

_____
Arthur F. Dionne
BBO No. 125,760
J. Kevin Grogan
BBO No. 635,089
McCormick, Paulding & Huber LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103
Tel. (413) 736-5401
Fax (413) 733-4543

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed, postage prepaid, this __1st__ day of __December__, 2004 to all counsel of record for each party.

_____
ARTHUR F. DIONNE