# PLAINTIFF'S ATTACHMENT A

TRADEMARK LAW OFFICE  10
arial Number:  75/127129
Mark:  WOOLFELT
**Please Place on Upper Right Corner**
**of Response to Office Action ONLY **

LO 109

FD&C 96-1354

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

APPLICANT:    NATIONAL NONWOVENS INC.    )
                                          ) Law Office:
SER. NO.:     75/127,129                   ) 109
                                          )
FILED:        June 28, 1996                ) 
                                          ) Examining Atty.:
MARK:         WOOLFELT                      ) George Lorenzo
                                          )

## AMENDMENT

ASSISTANT COMMISSIONER FOR TRADEMARKS
BOX RESPONSES NO FEE
2900 Crystal Drive
Arlington, VA 22202-3513

Sir:

In response to the Office Action dated October 11, 1996, please amend the above-identified application as follows.

Amend the identification of goods to recite "fabric, namely felt consisting of wool."

## REMARKS

The Examining Attorney refused registration of the mark WOOLFELT under Trademark Act Section 2(e)(1) because the mark is allegedly merely descriptive.  In response, submitted herewith is a declaration under 37 CFR § 2.41 by Anthony Centofanti declaring five years of substantially exclusive and continuous use of the mark, thereby establishing distinctiveness of the mark.  Registration on the Principal Register is now proper.

I hereby certify that this correspondence is being deposited with the United States Postal Service as 1st class mail in an envelope addressed to: Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA  22202-3513

on____November 22, 1996_____
            (Date of Deposit)

____Melissa Wondoloski____
Name of applicant, assignee, or Registered Rep.

____Melissa Wondoloski  11/22/96____
     Signature              Date

The Examining Attorney also objected to the identification of goods. The identification of goods has been amended commensurate with the Examining Attorney's suggestion.

In view of the foregoing amendments and remarks, Applicant requests reconsideration of the refusal to register WOOLFELT and submits that this application is in condition for allowance and should be passed to publication. In the event the Examining Attorney has any queries regarding this response, Applicant's attorney respectfully requests the courtesy of a telephone conference to discuss any matters in need of attention.

If there are any fees properly due with respect to this paper, please charge them to Deposit Account No. 06-1130, maintained by Applicant's attorneys.

Respectfully submitted,

NATIONAL NONWOVENS INC.

FISHMAN, DIONNE & CANTOR
Applicant's Attorneys

By:_____
David A. Fox
Registration No. 38,807

Date:        November 22, 1996

Address:     88 Day Hill Road, Windsor, Connecticut 06095

Telephone:   (860) 688-4470

2

FD&C 96-1354

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

APPLICANT:      NATIONAL NONWOVENS INC.          )
                                                 ) Law Office:
SER. NO.:       75/127,129                       ) 109
                                                 )
FILED:          June 28, 1996                    ) Examining Atty.:
                                                 ) George Lorenzo
MARK:           WOOLFELT                          )

DECLARATION UNDER 37 CFR § 2.41

ASSISTANT COMMISSIONER FOR TRADEMARKS
BOX RESPONSES NO FEE
2900 Crystal Drive
Arlington, VA 22202-3513

Sir:

I, ANTHONY J. CENTOFANTI, do hereby declare and say that:

1. I am President and Chief Executive Officer of the Applicant in the above

identified U.S. Trademark Application.

2. I am making this Declaration in the belief that the trademark WOOLFELT has

become distinctive of the fabric, namely felt including a percentage of wool, sold by

NATIONAL NONWOVENS INC.

3. NATIONAL NONWOVENS INC., through a predecessor in interest, first made

direct use of the mark WOOLFELT for fabric, namely felt including a percentage of wool,

at least as early as September of 1991.

4. Since that time, the mark WOOLFELT has been used in connection with fabric,

namely felt including a percentage of wool, substantially exclusively and continuously in

interstate commerce by Applicant for the five years before the date on which this claim of

distinctiveness is made.

PRINT
2(f) claim

FD&C 96-1354

I declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or document or any registration resulting therefrom.

Dated: ___1/15___, 1996

ANTHONY J. CENTOFANTI
President and Chief Executive Officer
NATIONAL NONWOVENS INC.

2

# PLAINTIFF'S ATTACHMENT B

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202, on the date indicated below.

_Lisa M Tunniella_
Signature of Person Mailing Paper or Fee

8-18-03
Date of Signature

## THE UNITED STATES PATENT AND TRADEMARK OFFICE

In the Registration of                )
                                        ) Law Office No: 109
NATIONAL NONWOVENS, INC.                )
                                        ) Examiner: George Lorenzo
Registration No.:    2,073,811          )
                                        )
Registration Date:  June 24, 1997       )
                                        )
For:        WOOLFELT                    ) (Docket No.: 6020-11)
                                        )

Box POSTREG
ASSISTANT COMMISSIONER FOR TRADEMARKS
2900 Crystal Drive
Arlington, VA 22202-3514

### PETITION FOR CERTIFICATE FOR CORRECTION UNDER 37 C.F.R. 2.174

Dear Sir:

Errors were made by the U.S. Patent and Trademark Office on the printed Certificate of Registration as follows:

In the Goods/Services:

After "felt consisting of", please delete "wood" and insert —wool—.

Please make the proper change indicated above and return the Certificate of Correction to the undersigned. Because the error made was on the part of the U.S.

1

Patent and Trademark Office, no fee is believed to be required. However, please charge our Deposit Account No. 13-0235 with any fees associated with the filing of this Petition.

Respectfully requested,

Date: _Aug. 19, 2003_     By _[signature]_

Arthur F. Dionne
Registration No. 23,093
Attorney for Registrant

McCORMICK, PAULDING & HUBER, LLP
CityPlace II, 185 Asylum Street
Hartford, CT 06103-4102
Tel.: (860) 549-5290
Fax.: (860) 527-0464



# UNITED STATES PATENT AND TRADEMARK OFFICE

REGISTRATION NO:     2,073,811

October 9, 2003

REGISTRANT:     NATIONAL NONWOVENS INC.

CORRESPONDENT ADDRESS:
    ARTHUR F. DIONNE
    MCCORMICK PAULDING & HUBER LLP
    CITYPLACE II, 185 ASYLUM STREET
    HARTFORD, CT 06103-4102

**RETURN ADDRESS:**
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514
TMPostRegistration@uspto.gov

MARK    WOOLFELT

CORRESPONDENT'S REFERENCE/DOCKET NO: 96.1354

CORRESPONDENT EMAIL ADDRESS:
    N/A

Please provide in all correspondence:

1. Registration date, registration number, mark and registrant's name.
2. Date of this Office Action.
3. Examiner's name and Post Registration Division.
4. Your telephone number and e-mail address.

## POST REGISTRATION OFFICE ACTION

RE: Registration Number 2,073,811

The Section 7(g) Request for Correction submitted on August 20, 2003 is refused for the following reason(s):

The certificate of registration was not submitted. The original certificate of registration must accompany a Section 7(g) Request for Correction. If the original certificate is lost or destroyed, the owner must submit a certified copy of the registration. 37 C.F.R. §2.174. See enclosed instructions for requesting a certified copy of the registration.

A certified copy of a registration may be ordered from the Certification Division via Internet, fax machine, email, mail, and hand-carry. A written request to the Certification Division should include the registration number, date of registration, and the mark. The fee for processing the request is $15 for regular service and $30 for expedited local service.

You may file your request in one of the following manners:

INTERNET. Order through www.uspto.gov for delivery by the United States Postal Service. Fees must be paid by credit card or deposit account authorization..

FAX/EMAIL: Requests for copies may be faxed to (703) 305-8759, or e-mailed to dsd@uspto.gov, with an authorization to charge the fee to a credit card or deposit account.

MAIL:     Mail Stop Document Services
          Director of the U.S. Patent & Trademark Office
          P.O. Box 1450
          Alexandria, Virginia 22313-1450

IN PERSON: Crystal Gateway 4, Suite 300
           1213 Jefferson Davis Highway
           Arlington, Virginia 22202

Information on the status of pending orders may be acquired by calling 703-308-9726 or 1(800) 972-6382 (outside the Washington, DC Metro area).

The owner has 6 months from the mailing date of this letter to respond. If a complete response is not received, the Section 7 Request for Correction will be abandoned. 37 C.F.R. §2.176.

Barbara A. Harper
Affidavit/Renewal Examiner
Post Registration Division
Trademark Examining Operation
(703) 308-9500 Ext. 131

#7

"EXPRESS MAIL" MAILING LABEL NO. EV3370232215US
DATE OF DEPOSIT    January 29, 2004
I HEREBY CERTIFY THAT THIS PAPER OR FEE IS BEING DEPOSITED
WITH THE UNITED STATES POSTAL SERVICE "EXPRESS MAIL POST
OFFICE TO ADDRESSEE" SERVICE UNDER 37 C.F.R. 1.10 ON THE
DATE INDICATED ABOVE AND IS ADDRESSED TO: ASSISTANT
COMMISSIONER FOR TRADEMARKS, 2900 CRYSTAL DRIVE,
ARLINGTON, VA 22202-3514

MARY E. DIONNE
(TYPED NAME OF PERSON MAILING PAPER OR FEE)

(SIGNATURE OF PERSON MAILING PAPER OR FEE)

## THE UNITED STATES PATENT AND TRADEMARK OFFICE

In the Registration of                                    )
                                                           )
NATIONAL NONWOVENS, INC                                    )
                                                           )
Registration No.:    2,073,811                             )
                                                           )
Registration Date:  June 24, 1997                          )
                                                           )
For:        WOOLFELT                                       ) (Docket No.:6020-11)

Box POST REG - NO FEE
COMMISSIONER FOR TRADEMARKS
2900 Crystal Drive, Suite 3B-30
Arlington, VA  22202-3514

## PETITION FOR CERTIFICATE FOR CORRECTION UNDER 37 C.F.R. 1.322

Dear Sir:

        Errors were made by the U.S. Patent and Trademark Office on the enclosed
Certified copy of the Registration

        The identification of goods is given as follows:

                Fabric, namely felt consisting of wood, in Class 24.

        The identification of goods should be as follows:

                Fabric, namely felt consisting of wool, in Class 24.

02-02-2004
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #04

1

Please make the proper change indicated above and return the Certified copy of the Registration to the undersigned. Because the error made was on the part of the U.S. Patent and Trademark Office, no fee is believed to be required. However, please charge our Deposit Account No. 13-0235 with any fees associated with the filing of this Petition.

Respectfully requested,

Date:  January 28 , 2004                    By _____
                                                 Arthur F. Dionne, Esq.
                                                 Registration No. 23,093
                                                 Attorney for Registrant

McCORMICK, PAULDING & HUBER, LLP
CityPlace II, 185 Asylum Street
Hartford, CT 06103-4102
Tel.: (860) 549-5290
Fax.: (413) 733-4543

2

# Incoming Correspondence Routing Sheet

To: Post Registration (PRU)

Word Mark: WOOLFELT

Reg. No.: 2073811

Serial No: 75127129

Mail Date: 02022004

Doc. Type: Correction to a Registration Certificate

## No Fee

RAM Mail Date: 020204

*CERTIFICATE OF CORRECTION*

REGISTERED: June 24, 1997                    REGISTRATION NO.  2,073,811

NATIONAL NONWOVENS INC.

It is hereby certified that the above identified registration is in error requiring

correction as follows:

In the statement, Column 1, line 6,

"WOOD"

should be deleted, and,

**WOOL**

should be inserted.

The said registration should be read as corrected above.

Signed and sealed this 6th day of April 2004.

(SEAL)                    Commissioner

ATTEST

ATTESTING OFFICER

bah