# PLAINTIFF'S ATTACHMENT C

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

SERIAL NO. APPLICANT
75/127129 NATIONAL NONWOVENS INC.

PAPER NO.

MARK
WOOLFELT

ADDRESS:
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

ADDRESS
David S. Fishman
FISHMAN, DIONNE & CANTOR
88 Day Hill Road
Windsor, CT 06095

ACTION NO.
01

MAILING DATE
10/11/96

REF. NO.
96,1354

If no fees are enclosed, the address should include the word "Box Responses - No Fee."

Please provide in all correspondence:

1. Filing Date, serial number, mark and Applicant's name.
2. Mailing date of this Office action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and ZIP code.

FORM PTO-1525 (6-90) U.S. DEPT. OF COMM. PAT. & TM OFFICE

**A PROPER RESPONSE TO THIS OFFICE ACTION MUST BE RECEIVED WITHIN 6 MONTHS FROM THE DATE OF THIS ACTION IN ORDER TO AVOID *ABANDONMENT*.** *For your convenience and to ensure proper handling of your response, a label has been enclosed. Please attach it to the upper right corner of your response. If the label is not enclosed, print or type the Trademark Law Office No., Serial No., and Mark in the upper right corner of your response.*

RE: Serial Number: 75/127129

Office Records

The examining attorney has searched the Office records and has found no similar registered or pending mark which would bar registration under Trademark Act Section 2(d), 15 U.S.C. Section 1052(d). TMEP section 1105.01.

Mark is Merely Descriptive

However, the examining attorney refuses registration on the Principal Register because the proposed mark merely describes the goods. Trademark Act Section 2(e)(1), 15 U.S.C. Section 1052(e)(1); TMEP section 1209 *et seq.*

A mark is merely descriptive under Trademark Act Section 2(e)(1), 15 U.S.C. 1052(e)(1), if it describes an ingredient, quality, characteristic, function, feature, purpose or use of the relevant goods. *In re Gyulay*, 820 F.2d 1216, 3 USPQ2d 1009 (Fed. Cir. 1987); *In re Bed & Breakfast Registry*, 791 F.2d 157, 229 USPQ 818 (Fed. Cir. 1986); *In re MetPath Inc.*, 223 USPQ 88 (TTAB 1984); *In re Bright-Crest, Ltd.*, 204 USPQ 591 (TTAB 1979); TMEP section 1209.01(b). It is not necessary that a term describe all of the purposes, functions, characteristics or features of the goods to be merely descriptive. It is enough if the term describes one attribute of the goods. *In re H.U.D.D.L.E.*, 216 USPQ 358 (TTAB 1982); *In re MBAssociates*, 180 USPQ 338 (TTAB 1973).

The applicant has applied to register the word mark WOOLFELT for felt fabrics made with wool. The term "WOOL" is defined as "[t]he dense, soft, often curly hair forming the coat of sheep and certain other mammals, valued as a textile fabric." *See Webster's II New Riverside University Dictionary* (1994), p. 1326, attachment. Further, "FELT" is defined as "[a] fabric of matted, compressed animal fibers, as wool or fur, occas. mixed with vegetables or synthetic fibers." *See Webster's II New Riverside University Dictionary* (1994), p. 471, attachment.

As such, the mark immediately indicates the feature, ingredient, quality, and characteristic of the goods. That is, a consumer, upon encountering the word mark WOOLFELT will know that the goods are felt fabrics made of or with wool.

Supplemental Register

Although the examining attorney has refused registration on the Principal Register, the applicant may amend the application to seek registration on the Supplemental Register. Trademark Act Section 23, 15 U.S.C. Section 1091; 37 C.F.R. Sections 2.47 and 2.75(a); TMEP sections 202.02(b) and 1115.

PLEASE NOTE, however, that the mark in an application under Trademark Act Section 1(b), 15 U.S.C. Section 1051(b), is not eligible for registration on the Supplemental Register until an acceptable amendment to allege use under 37 C.F.R. Section 2.76 or statement of use under 37 C.F.R. Section 2.88 has been timely filed. 37 C.F.R. Section 2.47(c); TMEP section 1105.01(a)(vii). When such an application is changed from the Principal Register to the Supplemental Register, the effective filing date of the application is the date of filing of the allegation of use. 37 C.F.R. Section 2.75(b); TMEP section 708.01.

Nevertheless, the applicant may respond to the refusal to register by submitting evidence and arguments in support of registration. If the applicant chooses to respond to the refusal to register, the applicant must also respond to the following informality.

Identification of Goods Unacceptable

The identification of goods is indefinite because the applicant uses the wording "including." The identification of goods must be specific. The applicant should amend the identification to replace this wording with "namely." The applicant may amend to list only items that are within the scope of goods set forth in the identification. 37 C.F.R. Section 2.71(b); TMEP sections 804 and 804.08(c). The applicant may adopt the following identification of goods, if accurate: "woolen fabric, namely felt consisting of wool," in International Class 24.

PLEASE NOTE that, while an application may be amended to clarify or limit the identification, additions to the identification are not permitted. 37 C.F.R. Section 2.71(b); TMEP section 804.09. Therefore, the applicant may not amend to include any goods that are not within the scope of goods set forth in the present identification.

**Conclusion**

The examining attorney refuses registration on the Principal Register because the proposed mark merely describes the goods. If the applicant chooses to respond to the refusal to register, the applicant must amend its identification of goods Nevertheless, if the applicant has any questions or needs assistance in responding to this Office action, please telephone the assigned examining attorney.

George Lorenzo, Examining Attorney
Law Office 109, (703) 308-9109, ext. 189

NOTE: The Trademark Office is committed to improving the quality of our service. The Assistant Commissioner for Trademarks would like to have your comments and suggestions on ways we can improve the quality of the examination process. In the event there are any areas causing you recurrent problems, please let us know of them.

COMMENTS SHOULD NOT BE INCLUDED WITH THE RESPONSE TO AN OFFICE ACTION, BUT SHOULD BE SENT IN A SEPARATE COMMUNICATION TO THE FOLLOWING ADDRESS:

Office of Trademark Quality Review
c/o Commissioner of Patents and Trademarks
Washington, DC 20231.

Please note that this address differs from the mailing address for the response to this Office action.

gml

# WEBSTER'S II New Riverside University Dictionary

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 1984, 1988, 1994 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's II new Riverside university dictionary.

1. English language—Dictionaries. I. Riverside Publishing Company II. Title: Webster's two new Riverside university dictionary III. Title: Webster's 2 new Riverside university dictionary.
PE1625.W244 1984 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
ISBN: 0-395-33957-X (thumb index, trade edition)
0-395-37928-8 (high school edition)

Manufactured in the United States of America

woodchat • word 1326

**wood·chat** (wo͝od′chăt′) n. An Old World bird, *Lanius senator*, with a reddish crown and black and white plumage.
**wood·chuck** (wo͝od′chŭk′) n. [By folk ety. < Cree *očêk*.] A common rodent, *Marmota monax* of northern and eastern North America, with grizzled brownish fur and a short-legged, heavy-set body.
**wood coal** n. 1. Charcoal. 2. Lignite.
**wood·cock** (wo͝od′kŏk′) n., pl. woodcocks or -cocks. [ME wodecok < OE wuducocc : wudu, wood + cocc, cock.] A game bird, *Scolopax rusticola* of the Old World or *Philohela minor* of North America, with brownish plumage, short legs, and a long bill.
**wood·craft** (wo͝od′krăft′) n. 1. Skill and experience in matters relating to the woods. 2. The art, process, or art of working with wood.
**wood·cut** (wo͝od′kŭt′) n. 1. A piece of wood on which a design for printing is engraved, esp. in the plane of the grain. 2. A print made from a woodcut.
**wood·cut·ter** (wo͝od′kŭt′ər) n. A cutter of wood or trees. —wood′cut′ting n.
**wood duck** n. A brightly colored American duck, *Aix sponsa*, that nests in trees.
**wood·ed** (wo͝od′ĭd) adj. Having trees or woods.
**wood·en** (wo͝od′n) adj. 1. Made of wood. 2. Stiff and unnatural <a wooden performance> <a wooden smile> 3. Clumsy and awkward : UNGAINLY. —wood′en·ly adv. —wood′en·ness n.
**wood engraving** n. 1. a. A piece of wood on which a design for printing is engraved, usu. on the end grain. b. A print from a wood engraving. 2. The art or process of making wood engravings.
**wood·en·head** (wo͝od′n-hĕd′) n. A stupid person : BLOCKHEAD. —wood′en·head′ed adj.
**wooden Indian** n. A wooden effigy of an American Indian brave holding a cluster of cigars and used formerly as the emblem of a tobacconist.
**wood ibis** n. A large wading bird of the subfamily *Mycteriinae*, related to the storks, esp. *Mycteria americana* of the New World.

wood ibis
*Wingspan of six feet*

**wood·ie** (wo͝od′ē) n. var. of WOODY
**wood·land** (wo͝od′lənd, -lănd′) n. Land having a cover of trees and shrubs. —wood′land·er (-lən-dər) n.
**wood·lark** (wo͝od′lärk′) n. An Old World songbird, *Lullula arborea*, resembling but smaller than the skylark.
**wood lot** n. An area restricted to the growing of forest trees.
**wood louse** n. The sow bug.
**wood·man** (wo͝od′mən) n. A woodsman.
**wood·note** (wo͝od′nōt′) n. A song or call characteristic of a woodland bird.
**wood nymph** n. 1. A dryad. 2. A tropical hummingbird of the genera *Thalurania* or *Cyanophaia*. 3. A butterfly of the family Satyridae, esp. *Cercyonis pegala*, with brownish wings bearing dark eyespots.
**wood·peck·er** (wo͝od′pĕk′ər) n. Any of various birds of the family Picidae, with strong claws and a stiff tail adapted for climbing and clinging to trees and a chisellike bill for drilling through bark and wood.
**wood pigeon** n. A large Eurasian pigeon, *Columba palumbus*, with a white band on each wing.
**wood·pile** (wo͝od′pīl′) n. A pile of wood, esp. when stacked for use as fuel.
**wood·print** (wo͝od′prĭnt′) n. A woodcut.
**wood pulp** n. Any of various cellulose pulps ground from wood, chemically processed, and used esp. to make paper.
**wood pussy** n. Informal. A skunk.
**wood rat** n. PACK RAT 1.
**wood·ruff** (wo͝od′rŭf, -ro͝of′) n. [ME woderofe < OE wudurofe.] A plant of the genus *Asperula*, esp. the Eurasian variety *A. odorata*, bearing small white flowers and narrow, fragrant leaves used as flavoring and in sachets.
**wood·shed** (wo͝od′shĕd′) n. A shed in which firewood is stored.
**woods·man** (wo͝odz′mən) n. One who works or lives in the woods or is skilled in woodcraft : FORESTER.
**wood sorrel** n. Any of various plants of the genus *Oxalis*, with compound leaves bearing three leaflets and yellow, white, or pinkish flowers.
**wood spirits** n. Methyl alcohol.
**wood sugar** n. Xylose.

**woods·y** (wo͝od′zē) adj. -i·er, -i·est. Of, pertaining to, typical of, or like the woods.
**wood tar** n. A black syruplike viscous fluid that is a by-product of destructive distillation of wood and is used in medicines, pitch, and preservatives.
**wood thrush** n. A North American thrush, *Hylocichla mustelina*, with a melodious song.
**wood tick** n. A tick of the genus *Dermacentor* that transmits the microorganism that causes Rocky Mountain spotted fever and tularemia in humans.
**wood·turn·ing** (wo͝od′tûr′nĭng) n. The art or process of shaping wood into forms on a lathe. —wood′turn′er n.
**wood vinegar** n. Pyroligneous acid.
**wood·wax·en** (wo͝od′wăk′sən) n. [ME wodewexen < OE wudu weaxe : wudu, wood + weaxan, to grow.] Dyer's greenweed.
**wood·wind** (wo͝od′wĭnd′) n. 1. Any of a group of musical wind instruments, including the bassoon, clarinet, flute, oboe, and occas. the saxophone. 2. woodwinds. The section of an orchestra or band composed of woodwind instruments.
**wood·work** (wo͝od′wûrk′) n. Objects made of or work done in wood, esp. wooden interior fittings in a house, as moldings, doors, staircases, or windowsills.
**wood·worm** (wo͝od′wûrm′) n. A worm or insect larva that bores into wood.
**wood·y** (wo͝od′ē) adj. -i·er, -i·est. 1. Forming or made up of wood : LIGNEOUS <woody tissue> 2. Marked by the presence of wood or xylem <woody plants> 3. Characteristic of or like wood <a woody odor> 4. Abounding in trees : WOODED. —n. also wood·ie. pl. -ies. A station wagon with exterior wood paneling.
**woof¹** (wo͝of, wo͞of) n. [Alteration of ME oof < OE ōwef : ō-, on + wefan, to weave.] 1. The threads that run crosswise in a woven fabric, at right angles to the warp threads. 2. The texture of a fabric. 3. An essential element.
**woof²** (wo͝of) n. [Imit.] 1. The deep, gruff bark of a dog. 2. A sound similar to a woof.
**woof·er** (wo͝of′ər) n. [< WOOF².] A loudspeaker designed to reproduce bass frequencies.
**wool** (wo͝ol) n. [ME wolle < OE wull.] 1. The dense, soft, often curly hair forming the coat of sheep and certain other mammals, valued as a textile fabric. 2. A material or garment made of wool. 3. A filamentous or fibrous covering or substance like the texture of wool.
**wool·clip** (wo͝ol′klĭp′) n. The annual yield of wool.
**wool·en** also **wool·len** (wo͝ol′ən). —adj. Of, relating to, or made of wool. —n. often woolens. Fabric or clothing made from wool.
**wool fat** n. Lanolin.
**wool·gath·er·ing** (wo͝ol′găth′ər-ĭng) n. Absent-minded indulgence in fanciful daydreams. —adj. Indulging in fancies : ABSENT-MINDED. —wool′gath′er·er n.
**wool·grow·er** (wo͝ol′grō′ər) n. One that raises sheep or other animals for the production of wool. —wool′grow′ing n.
**wool·len** (wo͝ol′ən) adj. & n. var. of WOOLEN.
**wool·ly** also **wool·y** (wo͝ol′ē) —adj. -li·er, -li·est also -i·er, -i·est. 1. a. Of, relating to, or covered with wool. b. Resembling wool. 2. Lacking sharp detail or clarity : BLURRY <woolly logic> 3. Having the characteristics of the rough, gen. lawless atmosphere of frontier America <a wild and woolly town> —n., pl. -lies also -ies. 1. A garment made of wool, esp. an undergarment. 2. Western U.S. & Austral. A sheep. —wool′li·ness n.
**woolly bear** n. The hairy caterpillar of a tiger moth, esp. that of *Isia isabella*.
**wool·pack** (wo͝ol′păk′) n. 1. A bag used for packing a bale of wool for shipment. 2. A cumulus cloud.
**wool·sack** (wo͝ol′săk′) n. 1. A sack for wool. 2. The official seat of the Lord Chancellor in the British House of Lords.
**wool shed** n. A building or complex of buildings in which sheep are sheared and wool is prepared for shipment to market.
**wool·skin** (wo͝ol′skĭn′) n. A sheepskin with the wool still on it.
**wool·sort·er's disease** (wo͝ol′sôr′tərz) n. A pulmonary anthrax resulting from inhalation of *Bacillus anthracis* spores in contaminated sheep's wool.
**wool·sta·pler** (wo͝ol′stā′plər) n. 1. A dealer in wool. 2. One who sorts wool by the quality of the fiber. —wool′-sta′pling adj. & n.
**wool·work** (wo͝ol′wûrk′) n. Needlework.
**wool·y** (wo͝ol′ē) adj. & n. var. of WOOLLY.
**woo·zy** (wo͞o′zē, wo͝oz′ē) adj. -zi·er, -zi·est. [Poss. alteration of OOZY.] 1. Dazed : confused. 2. Dizzy or queasy. —woo′zi·ly adv. —woo′zi·ness n.
**Worces·ter** (wo͝os′tər). A trademark for a fine porcelain made in Worcester, England.
**Worces·ter·shire** (wo͝os′tər-shîr, -shər). A trademark for a piquant sauce of soy, vinegar, and spices.
**word** (wûrd) n. [ME < OE.] 1. A sound or a combination of sounds, or its representation in writing or printing, that symbolizes and com-

ă pat ā pay âr care ä father ĕ pet ē be hw which ĭ pit ī tie îr pier ŏ pot ō toe ô paw, for oi noise o͞o took



# PLAINTIFF'S ATTACHMENT D



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT COMMISSIONER FOR TRADEMARKS
2900 Crystal Drive
Arlington, Virginia 22202-3513

Feb. 28, 1997

NOTICE OF PUBLICATION UNDER 12(a)

1. Serial No.:
75/127,129

2. Mark:
WOOLFELT

3. International Class(es):
24

4. Publication Date:
Apr. 1, 1997

5. Applicant:
NATIONAL NONWOVENS INC.

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained at $28.00 each for domestic orders, or at $35.00 each for foreign orders from:

The Superintendent of Documents
U.S. Government Printing Office
Washington,D.C. 20402

By direction of the Commissioner.