# PLAINTIFF'S ATTACHMENT E

# Part 1







Subscribe Now!



Subscription Help

**About Sew News**
  Meet the Staff
  Write for Sew News
  Giving Back
**Advertise**
**Contact Sew News**
**Subscription Help**
  Subscribe Online
  Subscriber Service
  Back Issues
  FAQs
**Current Issue**
**Past Issues**
**Special Offers**
**Sewing Resources**
  Sew News Library
  Making Connections
  Sewing QA
  Sew News Indexes

Subscribe | Subscriber Service | Give a Gift | Sew'N'Shop

**Making Connections**
Janet Klaer

*Do you know a source for wool or wool-blend felt?*
*Deborah O.,*
*email*

## WOOL-BLEND FELT

Colonial Crafts, Dept. SN, Box 345, Sturbridge, MA 01566, stocks WoolFelt, a 20% wool/80% rayon blend. WoolFelt is sold in 36"-square pieces in more than 25 colors and in 12"x18" pieces in more than 50 colors. Send $4 to the address above for a swatched color card, call (800) 966-5524 or (508) 347-3061, or visit www.colonialcrafts.com.

*This information was current when published in the March 2002 issue of Sew News. No guarantee is made regarding availability. Stay up-to-date with current sources by subscribing today!*



Subscribe
More Articles
Past Issues

Copyright © 2002 PRIMEDIA Inc. All rights reserved.

SAVE THIS | EMAIL THIS | PRINT THIS | MOST POPULAR

Advertise | Become an Affiliate | Privacy Policy
Subscribe | Subscriber Service
Copyright © 2004 PRIMEDIA, Inc. All rights reserved.




# The Junction Journal



Spring Releases                                                                                                       Volume 20  April 2003

Dear Friends,

Put a little spring in your step!

**Indygo Junction** has a bouquet of ideas to get you in the spirit starting with some very fun and festive ideas for WoolFelt®. Lisa Schiller's *Village Classics* offers gorgeous classic quilts, and *Storybook Stitches III* has easy-to-follow patterns using old-fashioned redwork and appliqué.

The importance of family and friendship is beautifully reflected in Cheri Saffiote-Payne's collection of folk art quilts and projects in *Fruit of the Vine*. Ever popular *Kimie's Quilts* features a quilted CD case and pocket tote. Quilters will want our *Sewing Smock* accented with vintage images as well as our wearable art with a contemporary flair. We truly have a variety.

Now that we have two companies look for Indygo Junction at <u>two</u> adjoining locations at market in Portland. From our sister company **The Vintage Workshop™** you'll find CDs with exciting and innovative products featuring vintage art and photography. You'll love our new line of inkjet printable fabrics. Be sure to stop by to register your e-mail address and receive a <u>free</u> tote bag filled with our current information. If you're not able to attend the market, register your e-mail address now at <u>www.thevintageworkshop.com</u> for quick news and more selling points.

Quilt Market is coming up May 2 to 4, 2003 and we're eager to show you all our new ideas. Look for **Indygo Junction/The Vintage Workshop™** booths at #1705-1805.

See you there, *Amy, Bob and Kathy*

**New Book**

## Fruit of the Vine
### Designed by Cheri Saffiote-Payne





### Indygo Junction, Inc.



**Sarah's Wardrobe – Basics IV Hooded Jacket IJ690**
Pattern for a hooded jacket with appliques. XS-XL. By Sarah Sporrer.

## Fruit of the Vine
By Cheri Saffiote-Payne   IJ1052



A collection of folk art quilts, pillows and wall-hanging projects features enduring symbols of life — trees and vines. Each project's branches bloom with sentiments of family, friendship and nature.

Phone  (913) 341-5559 • Fax  (913) 341-7913 • E-mail: INDYGO@QNI.com • http://www.indygojunctioninc.com

# New Book in the *Storybook Stitches* Series



**Storybook Stitches**
Book III – Garden Play  IJ1050
by Marge Wooters



More storybook redwork, embroidery and applique — quilts, pillows and samplers.





**The Button Family  IJ691**
Pattern for a pocketed button bag in two sizes featuring redwork and applique. Star pincushion also included. Organize your pins and buttons with these vintage notion totes and pincushion! By Marge Wooters.

*Visit our websites:*
www.thevintageworkshop.com
www.indygojunctioninc.com

## New Designer! Kathy Fernholz



**Block Party  IJ695**
Pattern for a comfortable, loose fitting WoolFelt® jacket in two lengths, with or without zipper and purse to match. S-XL.

## New Pattern from Cathy Pendleton



**Woolen Wear  IJ696**
Pattern for pullover and cardigan jackets with seasonal appliques.

Combines the organic texture of WoolFelt® with folkart and vintage inspired designs. S-XXL.

## New Books in the Village Classics Series
### by Lisa DeBee Schiller







*Cottage Rose*
**IJ1055**
Roses — rambling, climbing, budding and blooming. This cottage rose collection includes quilts, cushions, and gifts.

**Baskets & Blossoms IJ1056**
Defining old-fashioned style, two of quilter's favorites — roses and baskets — unite in this quaint medley of quilts, pillows, and decorations. Projects in fabrics and wools.

*Available June 1st*

## New Patterns in the *Anna Claire Originals* Series

### Recent Books
by Cathy Pendleton







Pillow Parade   IJ1047



Whimsical Wearables   IJ1048

**Mixed to Match  IJ693**
Pattern for a loose fitting jacket in two lengths with different options for front closure and sleeve lengths. S-XL.
By Mary Ann Donze.

**Sewing Smock  IJ694**
Pattern for a smock full of pockets to keep sewing essentials at your fingertips. Vest and jacket style included. S-XL. By Mary Ann Donze.

# New from Jan Ballagh



### IT'S A MATCH
By Jan Ballagh   IJ1051

It's true, accessories define the outfit! What is more appealing than a one-of-a-kind ensemble you embellish yourself with match-making motifs. It's the jacket, the handbags, and the shoes — all made to match!



**Topsy Turvy  IJ698**
Pullover top in two lengths with serged or French seams. S-XXL. Mix up your fabrics and create something really unique!







**In the future we will be sending our newsletter: THE JUNCTION JOURNAL via the internet.**

Please call (913) 341-5559 with your email address or register yourself at www.indygojunctioninc.com/register

---

# New from Kimie's Quilts





**Quilted CD Case
IJK124**
Pattern for a quilted carrying case for CDs.

**Pocket Tote
IJK125**
Pattern for a 11" x 13" quilted shoulder bag tote with large pockets on front.



# New from Cheri Saffiote-Payne



*Available June 1st*

### My Flower Bed
**By Cheri Saffiote-Payne**
**IJ1054**

A delightful collection of pieced and appliquéd quilts in an inspiring new color palette — fresh & fun!!





### Trick or Treat  IJ697
Pattern for a 25" x 26" wall quilt and an 11 1/2" x 13 1/2" table runner with felt appliquéd features. Crow tote also included.

---

# New from Tamara Vandergriff



**Winter Friends,
Autumn Grins  IJ699**
Pattern for a fun and festive fleece with WoolFelt® applique for sweatshirt with scalloped or prairie point hems and embellished necklines.



### It's in the Bag!  IJ1053
**By Tamara Vandergriff**

*New Book — Available June 1st*

12 designs in whimsical, yet sophisticated style. You will want to make each and every one! Bags feature WoolFelt®, traditional wools and denim.




VW951

### Inkjet Imprintables™

The Vintage Workshop™ is now offering it's own line of media for inkjet printing. Our papers and fabrics are coated for inkjet printing with superior results. You will love the soft "hand" of our fabrics. See options for packaged quantity on order form.


VW954



### Try our New Artwork Appliques

Each cotton fabric 13" x 19" panel features 6-8 images for a corresponding CD-ROM. Great for making store samples or offering your customers preprinted images from The Vintage Workshop™. Create quilts, pillows, wearables and more. Images retain fine detail and rich color reproduction.


VW950

VW953

http://www.thevintageworkshop.com

### New Click-n-Craft™ CD-ROMs



- VW308  Little Ones
- VW309  Antique Alphabet
- VW310  Flower Friend
- VW311  Scrapbook Celebrations – Holidays Remembered
- VW312  Creative Cardmaking – Days We Celebrate
- VW313  Sew Crafty *(available July 15th)*



**VW313 Sew Crafty**
Sewing and crafting related artwork and predesigned labels for quilts, clothing, crafts and gifts.



Don't miss the vintage workshop's new fabric lines at Moda

# Indygo Junction Inc.

P.O. Box 30238
Kansas City, Missouri 64112

Bulk Rate
U.S. Postage
PAID
Consolidated
Mailing
Corporation



**A Purse of her own...**
**IJ1049**
by Sarah Sporrer

Phone (913) 341-5559 • Fax (913) 341-7913
E-mail: INDYGO@QNI.com • http://www.indygojunctioninc.com

# Home Accents Today

*The Information Source for the Home Accent Industry*    Tuesday, November 16, 2004



### Industry News

**[News Archive]**

**September, 2001**

Cone announces credit facilities extensions Sept. 28, 2001
Craftmade's 1Q fiscal 2002 earnings to exceed estimates Sept. 27, 2001
MuseumShop.com launches online store for The Art Institute of Chicago Sept. 26, 2001
National Nonwovens introduces Natural Elements WoolFelt Sept. 26, 2001
Follow-up on Faith Walk merger with Decorize Sept. 18, 2001
Homefires introduces product inspired by Buckingham Palace Sept. 18, 2001
Martha Stewart and
Kmart introduce Martha Stewart Everyday Decorating program Sept. 6, 2001

## Cone announces credit facilities extensions

GREENSBORO, N.C., Sept. 28 -- Cone Mills Corporation announced it has amended agreements with its lenders extending the existing credit facility and senior note obligation through December 7, 2001. While the company and its lenders have a term sheet for an extension of the current agreements to December 31, 2002, the events of September 11 and its aftermath have delayed the process of final documentation necessitating the current extension.



Chief Financial Officer Gary L. Smith, commented, "The company expects to move forward quickly to finalize agreements extending the credit facility and senior note obligation through year-end 2002."



[Top of Page] [Home]





## Craftmade's 1Q fiscal 2002 earnings to exceed estimates

COPPELL, Texas, Sept. 27-- Craftmade International Inc. announced it expects to report earnings of $0.30 to $0.33 per diluted share for its first quarter of fiscal 2002, surpassing the analysts' consensus estimate of $0.28 per share for the quarter and earnings of $0.24 per share for the year-ago period. Revenues for the fiscal 2002 first quarter are expected to exceed $32 million due to stronger than expected revenues in both the company's showroom and mass-merchant divisions.

"During the first quarter, both our mass retail division and our showroom operations




generated positive increases over the year-ago period," said James R. Ridings, chairman and chief executive officer. "We are pleased with the strength of our first quarter numbers, and we believe our results for the full year will be approximately $0.98 to $1.00, in line with published analyst estimates."

The company plans to announce definitive first quarter earnings on October 23, 2001, and will host a conference call to discuss the company's performance at 10:00 a.m. Central Time that morning. The teleconference will also be accessible from the company's Web site at www.craftmade.com.

Craftmade International, Inc., founded in 1985 and based in Coppell, Texas, is engaged in the design, distribution and marketing of a broad range of proprietary ceiling fans, lighting products and related accessories. The company distributes its premium products through a network of 1,600 showrooms and electrical wholesalers through a national sales organization of more than 65 independent sales representatives. Through its Trade Source International subsidiary, acquired in 1998, Craftmade distributes outdoor lighting, ceiling fan accessories and an indoor lighting line to the mass merchandiser market, which includes Lowe's, Home Depot and Wal-Mart.

[Top of Page] [Home]

### MuseumShop.com launches online store for The Art Institute of Chicago

ARLINGTON, Mass., Sept. 26, 2001--MuseumShop.com and The Art Institute of Chicago have launched their Web retail partnership in conjunction with the opening of the "Van Gogh and Gauguin: The Studio of the South" exhibition today. MuseumShop.com provides online access to products associated with the exhibit including a mosaic-patterned silk twill scarf based on Van Gogh's Starry Night painting and "Van Gogh/Gauguin: The Studio of the South" prints, totes, and 2002 wall calendars.

In addition to products relating to this exhibit, a selection of more than 50 items from The Art Institute of Chicago's store will be available on MuseumShop.com. Museum members that register on MuseumShop.com will receive discounts on purchases of The Art Institute of Chicago products. MuseumShop.com markets its Web site directly to consumers and manages the logistics, customer service, and fulfillment of online orders. The site features more than 3,000 distinctive products from more than 75 museum partners.

Co-organized by The Art Institute of Chicago and the Van Gogh Museum, Amsterdam, "Van Gogh and Gauguin: The Studio of the South" examines the personal and professional history of Vincent van Gogh (1853-1890) and Paul Gauguin (1848-1903). More than 150 works are included in this exhibition, including 130 paintings, 16 drawings, and nine ceramic pieces.

"We are thrilled to have the opportunity to share a selection of works of Van Gogh and Gauguin with the world through this extraordinary exhibit," said Elizabeth Grainer, executive director of retail marketing from The Art Institute of Chicago, "and we are delighted to be able, for the first time, to offer the Art Institute's unique products to consumers through the Web."

"MuseumShop.com's mission is to make it easier for museums to sell their products online and thereby expose more customers to the arts," said Rebecca Reynolds Moore, founder and president of MuseumShop.com. "MuseumShop.com is honored to be selected by The Art Institute of Chicago to bring its products to the Internet, especially in conjunction with this important Van Gogh and Gauguin exhibition."

The Museum Shop at The Art Institute of Chicago offers a wide selection of gifts, jewelry and museum adaptations from artists around the world. Items are derived from objects in the Art Institute's permanent collection or related to special exhibitions hosted by the museum. All gifts are carefully chosen for their educational or historical value in keeping with the museum's mission of enhancing visitor appreciation of the visual arts.

### About The Art Institute of Chicago
The Art Institute of Chicago, which comprises both a museum and a school, found its permanent home on Michigan Avenue in 1893. The museum houses more than 300,000 works of art within its 10 curatorial departments. Among its great treasures are the legendary masterpieces A Sunday Afternoon on La Grand Jatte--1884 by Georges Seurat, American Gothic by Grant Wood, Nighthawks by Edward Hopper, and 33 paintings by Claude Monet.

### About MuseumShop.com
Founded in 1997, MuseumShop.com offers shoppers the largest online selection of gifts from more than 75 renowned museums worldwide while promoting the exhibitions and programs of participating museums. MuseumShop.com has established partnerships and affiliations with museums including the Louvre and the Metropolitan Museum of Art and showcases a variety of products ranging from home decor to sculpture for easy, one-stop shopping online. MuseumShop.com has also pioneered the development of Exhibition Spotlights in conjunction with its partner, Antenna Audio Inc., that enable visitors to experience the sights and sounds of exhibitions directly from their desktops and laptops. This year, MuseumShop.com also launched MuseumTrade.com (TM), http://www.museumtrade.com, an online private wholesale network for buyers and sellers of museum and cultural items, and a customized gift service for corporate and executive buyers. For further information visit http://www.museumshop.com.

[Top of Page] [Home]

## National Nonwovens introduces Natural Elements WoolFelt

EASTHAMPTON, Mass., -Sept. 25, 2001--National Nonwovens is introducing a new line of WoolFelt(R) colors called "Natural Elements". The hues are inspired by the beautiful shades in our natural surroundings and from heritage country and primitive collections from the Quilting and Craft Industry's top pattern design companies.

The heirloom colors are either styled in WCF001 line, or the TOY002 line. WCF001 is a heirloom quality, "affordable" WoolFelt(R) with 20% wool and 80% rayon; TOY002 is the "designer's choice" WoolFelt(R) with 35% wool and 65% rayon. The WoolFelt(R) is produced in National Nonwovens traditional manufacturing facility

which uses the highest quality wool to ensure that all the WoolFelt(R) characteristics are maintained including excellent uniformity and lasting durability. State-of-the-art computerized color-matching laboratories guarantees consistent color matching.

National Nonwovens, under the name National Felt, originally produced wool felt beginning in 1905 for apparel and home furnishing products. Later, the company's wool felt fabric was implemented in the popular poodle skirts of the 1950's. In 1980's, wool felt once again became popular as consumers sought a natural felt for soft sculpture collectibles and holiday projects.

Today, National Nonwovens' trademarked WoolFelt(R) has emerged as the fabric of choice for heritage quilts, penny rugs, and heirloom crafts. National fabric stores, quilt shops and catalogs, along with sewing and quilting distributors throughout the United States and abroad sell the fabric to many consumers, teachers, and designers. WoolFelt(R) has been featured in popular publications like Country Marketplace, Country Living, and Better Homes & Gardens along with being incorporated into many project books.

Based in Easthampton, Massachusetts, National Nonwovens is a leading manufacturer of needlepunched nonwovens, engineering innovative high performance product solutions and superior quality felt for a vast number of markets such as Aerospace, Ballistics, Home Furnishings, Filtration, and Medical. Visit the company
on the World Wide Web at www.nationalnonwovens.com or www.woolfelt.com.

[Top of Page] [Home]

### Follow-up on Faith Walk merger with Decorize

SPRINGFIELD, Mo.--Sept. 17, 2001--Two months into their recent merger, the principals of both Faith Walk and Decorize Inc. have realized early success. The integration of the two companies has accelerated at a much quicker pace than originally planned. "In the first 60 days we have already felt the positive influence of the Decorize business model and their organization on our business," commented Mike Sandel of Faith Walk Designs.

Sandel went on to say: "The process of shifting our product line to a lower pricing structure has happened quicker than we both imagined. Our customers will see the benefits of that new strategy next month at America's largest furniture market in High Point, North Carolina, only 75 days after our merger was consummated. In addition, we have quickly tapped into the Decorize, Inc. resources, including logistics, training, financial, and technology areas, and we are already seeing improvements in our results. It is great to have a partner with resources to shoulder the load."

Jon Baker, CEO of Decorize Inc., added: "We are delighted with the progress of Faith Walk. During the transition to the new pricing strategy, we anticipated some financially tough months, but the Faith Walk team has kept the bottom line up during these first two months. The thing that is really exciting is the new pricing strategy...and on top of that, I believe that in the next few months we will be announcing that Faith Walk will ship product direct to small retailers from the Far East. This of course, is one of the key features of the Decorize Inc. business

model and a first in our industry. We will eventually integrate our third company, GuildMaster into this model. The model creates incredible cost efficiency and based on retailer feedback, they love using us as their direct sourcing arm to the Far East."

In addition, Faith Walk has merged its selling function with GuildMaster. The result is one sales leader who oversees both companies. It also affords both companies the opportunity to use a "one stop shop" approach with retailers, thus making it easier for buyers to do their jobs and again, creating cost efficiency. Sales representatives have already begun consolidating both brands.

[Top of Page] [Home]

## Homefires introduces product inspired by Buckingham Palace

CHARLOTTE, N.C., Sept. 17 -- Homefires, a nationwide distributor of premium decorative fire baskets, is now offering U.S. homeowners the same high-end decorative gas coal fires seen in Buckingham Palace, #10 Downing Street and fine homes all over England. Charlotte, NC- based Homefires (http://www.homefiresusa.com) is now the exclusive North American distributor for the gas coal fires, enabling U.S. homeowners to buy the gas coals priced from $600 to $3,000.

"We're excited to offer such a top-of-the-line product here in the U.S. For so long, people have had virtually no improved alternative to gas logs," explains Homefires president Chad Smith. "This product has an entirely different look. The flame is much more vivid and realistic than gas logs and the firegrates are works of art. These are, without a doubt, the finest fires for your fireplace."

Homefires is now selling the gas fires through their Web site at http://www.homefiresusa.com and through their phone ordering system at 800-749-4049. As the exclusive North American Real Flame(TM) distributor, Homefires is the only place in the U.S. to purchase these decorative firegrates and gas coal fires.

[Top of Page] [Home]

## Martha Stewart and Kmart introduce Martha Stewart Everyday Decorating program

NEW YORK, Sept. 6, 2001-- Martha Stewart Living Omnimedia Inc. and Kmart have announced a new line of 260 essential Martha Stewart Everyday(R) (MSE) Decorating products and accents at affordable prices exclusively at Kmart stores nationwide. Many of the new MSE Decorating products will be available this month online at BlueLight.com and through marthastewart.com .

The MSE Decorating collection includes basic essentials such as photograph displays and photo storage products, mirrors, lamps and lampshades. In addition, clocks and candles will be available this fall. The online offering focuses on the photograph display/storage and lamp/lampshade subcategories, and will include clocks once they are introduced in stores.

Customers will instantly recognize the signature style of the MSE brand, as well as its classic and coordinating designs and unique, informative "how- to" packaging. With the addition of Decorating, the MSE brand now offers more than 4,800 items -- including live indoor and outdoor plants -- at mass retail for every room of the home and the garden.

MSO's team of design experts worked with Kmart's top merchants to design and produce the MSE Decorating collection, products inspired by Martha's own personal decorating point of view and lifestyle.

**Photograph Display and Photo Storage**
The picture frame collection is a personal favorite of Martha's and is inspired by many of her own pieces. The frames offer a variety of presentations for treasured photos and are available in stamped steel, matte aluminum and several wood options. The Stamped Steel Frame in silver is a modern, elegant design available in 3x3, 4x6 or 12x4 sizes. The wooden Family Tree Frame, inspired by concepts featured in Martha Stewart Living, presents photos of family members in a layout that goes beyond typical multi-picture displays. This 11x14 frame has a matte finish in black, natural, navy and walnut. The Bamboo Metal Frame, in black and aged metal, is available in 5x7 or 8x10 sizes. The collection of wood frames is designed to work together in a grouping on one wall -- each frame is available in a variety of sizes and shapes to be combined in numerous ways. The Molded Wooden Frame is offered in white and natural, while the Traditional Wooden Frame is offered in black and silver. Both wooden designs are available in 4x6, 5x7 and 8x10 sizes. The Matte Wooden Frame is black and offered in 5x7, 10x10 and 11x14 sizes. The Decorating collection also offers photo books and boxes available in stone, gray, palm, and navy. These high-quality frames and accessories preserve photos by using acid-free paper, a first at mass market.

**Mirrors**
Martha Stewart and Kmart have developed a variety of unique mirror offerings including the Molded Beveled Mirror, in gold or silver finish, fashioned with a classic design that adds depth and light to a living room and is perfectly proportioned to hang over a mantle. The Rosette Mirror features an intricate white molding, perfect for the bath or bedroom. The Patriot Mirror has a grand gold frame with a star pattern that is suited for an entry hall or dining room. The Deco-Style Mirror incorporates a modern black lacquer finish for a timeless design.

**Lamps and Replacement Shades**
Lamps are a critical decorating ingredient in both function and form, and MSE lamps light-up any room beautifully. The Turned-Wood Floor Lamp has a tall, classic silhouette and features a shallow drum shade. The Pillar Table Lamps are available in ceramic ivory and cherry finish options and offer a traditional design, updated with a fresh shade treatment. The traditional size and shape of the Ceramic Urn Lamp is perfect for a living room setting, with a classic look and clean shade design. More updated offerings include the Chrome-Wand Table Lamp that has a modern look with its woven drum shade and minimalist base, and the Swing-Arm Work Lamp that features a glass shade. The Metal-Dome Lamp, available in black or sand, tabletop or floor design, has an urban look with a dramatic metal shade and curved pole. The Metal Column Table Lamp is sophisticated with a black base and a green tea-, blue point- or ivory- colored pole.

In addition to a traditional-style replacement shade, three other styles are offered. Appearing for the first time at mass market, the Rectangular String Shade lights a room with a beautiful glow. A Pleated Drum Shade, also available in a rectangular

shape, brings a new look to an ordinary lamp. The Fringe Shade, inspired by one of Martha's own, provides a unique look to any room.

### Clocks

MSE clocks, arriving in Kmart stores later this fall, marry function and beauty into a must-have decorating component. Designers turned to a classic look for the easy-to-read black and white face of the School House Clock. The Retro Clock, available in avocado, ice blue, tan, and white (colors which coordinate with MSE Kitchen merchandise), makes a strong statement for the kitchen or family room with its rounded square look. The Radial Clock features bold numbers and an architecturally influenced frame.

### Marketing and Advertising Support

The MSE Decorating launch will be supported by an advertising spread in the October issue of Martha Stewart Living. The merchandise is featured in Kmart's September 2 Sunday circular that coincides with an in-store sale event running September 2-8. Many MSE Decorating items also will be offered at reduced prices during an upcoming Kmart White Sale event.

For more information, visit http://www.bluelight.com.

[Top of Page] [Home]

Copyright © 1997-2004 Reed Business Information, a division of Reed Elsevier Inc.
Use of this web site is subject to its Terms of Use. Click here for our Privacy Policy

Fabric Shops, Las Vegas, Nevada, NV, Superpages, Yellow Pages                                                     11/16/04 2:4

# SuperPages.com

veri on

- HOME PAGE | MY DIRECTORY | YELLOW PAGES | PEOPLE PAGES | CITY PAGES | CONSUMER CENTER | ADVERTISE WITH US

Yellow Pages

Phone Book → Locations → Nevada → Fabric Shops in Las Vegas

Businesses                                          ← Previous | Next →

**Related Categories**

Industry & Agriculture
  Textiles
    Retail
      Fabric Shops

**Narrow Your Results**
Using information provided by businesses

*Products*
- Accessories (1)
- Bedding (1)
- Bridal & Wedding (1)
- Calico Cooks Books (1)
- Cotton (1)

*Customers Served*
- Commercial (2)
- Residential (1)

*Services*
- Catalog Services (1)
- Consulting (1)
- Craft & Sewing Instruction (1)
- Create Your Own Design

*Payment*
- All Major Credit Cards Accepted (1)
- American Express (1)
- Checks (1)
- Debit Cards (1)

*Brands*
- Calico Corners (1)
- Pfaff (1)
- Woolfelt (1)

**Perform a new search:**

1. Keyword (browse)
   [                    ]
   or Business Name
   [                    ]

2. City
   [Las Vegas           ]

3. and State or Nationwide
   [Nevada         ▼]

   [Find It]

**Other searches:**
- Map-Based Search
- Search By Distance
- Advanced Search
- Category Search

○ Show: In Las Vegas only        ○ Map: Show Results on Map

### Advertisers

**Premium Furs Inc**
Wonderful best quality faux fur fabrics for your home decorating and fashion projects.
business profile | phone | email
    www.prefurs.com

**Serendipity Home Decor**
Affordable luxury bedding accessories and decorative pillows from name brand designers. Bedding austin horn, bedding anichini, bedding eastern accents
business profile | phone | email | save  [Talk for Free]
    http://www.serendipityhomedecor.com

**Fabric Mart**                                               CLICK HERE →
Hawaii's Largest Fabric Selection
business profile | phone | email | save  [Talk for Free]
    http://www.fmart.com

### Listings

**Angelenos Home Designs**
5535 Yellow Ash Street, Las Vegas, NV 89118
business profile | phone | map | save

**Bolt End Fabrics**
Las Vegas, NV 89101
phone | map | save

**Buckboard Fabrics & Interiors**
4850 West Flamingo Road Suite 42, Las Vegas, NV 89103
business profile | phone | map | save

**Calico Corners**
2650 South Decatur Boulevard Suite 2, Las Vegas, NV 89102
business profile | phone | map | save
    http://www.calicocorners.com

**Christmas Goose Country Gifts & Quilt Shop**
4750 West Sahara Avenue, Las Vegas, NV 89102
business profile | phone | map | save

**Cynthia's Hair Salon**
2027 H Street, #c, Las Vegas, NV 89106
save

**Elegance Unlimited Inc**
Las Vegas, NV 89101
phone | map | save

**Fabric Artists**
3111 South Valley View Boulevard, Las Vegas, NV 89102
phone | map | save

**Fabric Boutique**
4465 West Charleston Boulevard, Las Vegas, NV 89102
business profile | phone | email | map | save

**Sponsored Links**

**Fabric Center**
Largest Selection..Novelty-Drapery
Upholstery,Vinyl,Tapestry & More
jandofabrics.com

 J&O Fabric Center

**Discount Fabric Warehouse**
Upholstery, Drapery Fabric
Hardware,Supplies,Window Treatments
212-925-6112



**You can find it all here.**
Parenting answers. Career help.
Friends that are like family.
ivillage.com

*iVillage*

**The Fabric Outlet**
Click Here
For more information
thefabricoutlet.com

◘ The Fabric Outlet

**Check out MSN Shopping**
Find what you're looking for.
Shopping made easy at MSN Shopping.
Shopping.msn.com

 msn Shopping

- Reverse Lookup
- University Search





**Hancock Fabrics**
1971 North Decatur Boulevard, Las Vegas, NV 89108
business profile | phone | map | save
http://www.hancockfabrics.com

**Heddy's Fabric**
5640 West Charleston Boulevard, Suite A, Las Vegas, NV 89146
business profile | phone | map | save

**Home Fabrics**
1825 South Decatur Boulevard, Las Vegas, NV 89102
business profile | phone | map | save

**Jo-Ann Etc**
Sunmark Plaza, Las Vegas, NV 89101
phone | map | save

- **Show:** In Las Vegas only        **Map:** Show Results on Map
- **Sort:** Alphabetically
- **Jump to:** # A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

Businesses                                    ← Previous | Next →

data by ACXIOM  Copyright © 2004 Acxiom.

Home | My Directory | Yellow Pages | People Pages | City Pages | Consumer Center
Advertise With Us | About Us / Help | Add / Change Listing | Privacy Policy | Contact Us
Terms & Conditions | Site Index | Verizon Products / Services | Careers at SuperPages

Copyright 1996 - 2004 © Verizon All rights reserved.