# PLAINTIFF'S ATTACHMENT E

# Part 2

# Heartfelt Friends



**Supplies**
Finished size 6"x14".
1/3 yd. burgundy/multi cotton print (pillow front & back)
1/4 yd. light coordinating print (dress)
1/4 yd. dark coordinating print (dress)
WoolFelt 9"x12" sheets, one each of following colors:
Burgundy, Black, Wheat Fields
4"x8" piece regular quilt batting
Embroidery floss (black, burgundy, blue or color to coordinate with pillow fabric)
Cotton crochet thread or spun wool for hair (black, burgundy)
Two 1/4" white buttons (eyes)
Two 1/4" black buttons (eyes)
Two 1/2" buttons (trim)
Machine thread to match fabrics
Poly-Fil fiberfill by Fairfield Manufacturing
Tissue paper
Disappearing pen
White chalk dressmaker's pencil
Fabric glue stick
Instant coffee
General craft/sewing supplies
WoolFelt by National NonWovens 1-800-333-3469

**Prepare Fabrics**
Wet felt in sink using warm tap water. Press out excess water with hands; do not wring, twist or rub. Dry in clothes dryer, normal setting, or lay flat to dry. Each color must be wet & dried separately. This gives the felt a warm, fuzzy, texture. To remove any wrinkles, with steam iron, hold iron above felt but do not rest iron on felt. Putting the iron directly on the felt results in restoring the original texture.
If desired, coffee stain cotton prints before beginning project. Dry completely; steam press.

**Construction**
Large heart for pillow front/back includes seam allowance. Fold fabric RST, cut out large heart shape for pillow front/back. Stay stitch around each heart shape and mark sleeve placement for dolls. Set aside.
Cut small heart shape from burgundy felt. Make tissue paper pattern of small heart shape tracing the lettering on the tissue paper pattern. Center felt heart on right side of one of the larger heart pieces for pillow front. Glue felt heart to print heart. Lay tissue paper pattern over felt heart and pin in place. Using two strands of blue (or your coordinating color) backstitch the lettering, stitching through the tissue paper. Carefully remove tissue paper pattern. (A pair of tweezers is helpful for removing small bits of paper.) With three strands of floss, blanket stitch around felt heart.
Trace one head pattern on black felt. Trace one head pattern on Wheat Fields felt. For each head make a stack as follows: On top, the felt with traced shapes, another piece of felt under the tracings, and a piece of quilt batting on bottom. Stitch through all three layers leaving open at ends. Trim seams to 1/8" and then turn RSO. Machine stitch across openings. Trace one arm pattern on black felt and one arm pattern on Wheat Fields. Place another piece of felt under the traced shape. Sew on traced lines, leaving end of arm open. Turn RSO, stuff to line and then machine stitch across opening.
Cut two noses from burgundy felt. Cut one mouth for black face from Wheat Fields.
Black Doll Face: Sew white buttons on for eyes with 2 strands of black floss. Glue nose and Wheat Fields mouth on face. Stitch around nose with 2 strands of burgundy floss using small crooked stitches. Backstitch a horizontal line through center of mouth with 2 strands of burgundy floss. Use black crochet cotton thread for hair. Thread large eye needle with long strand of thread. Start at one side about even with mouth. Go in from front straight out to back of head and then cut thread. Tie ends together. Repeat around head spacing hair about 1/4" apart. Trim hair lengths to 1".
Wheat Fields Doll Face: Same as for black doll, except use black buttons for eyes. Make two straight stitches with 2 strands of black floss for eyebrows. Backstitch mouth with two strands of burgundy. Use burgundy crochet cotton thread for hair, trim to 3/4".
Fold light and dark fabrics RST. Cut or tear a 6"x6" rectangle from each fabric for sleeves. Also tear a 2"w x2 3/4"l strip from each fabric.
Gather by machine top of each sleeve, pull up and adjust gathers to measure 2". Tie ends of threads together to hold.
RST, sew long side of sleeve together; this is the underarm seam. Press sleeve so seam is centered on backside. Stitch across top to secure gathers. By hand, using 6 strands of matching floss, sew a drawstring 1/4" from raw edge at bottom of each sleeve, leaving ends long enough to tie. Place black arm in lighter sleeve, adjust gathers, place tacky glue on arm 1" from hand end, then insert in sleeve. Pull up gathers and tie. Repeat for Wheat Fields arm, using darker sleeve.
On right side of pillow front, place each sleeve at mark. Place the sleeve so the underarm seam is against the right side of heart. Baste across top of sleeve within the stay stitching around heart. Lay pillow back RST with pillow front. Sleeve/arms will be wedged between the pillow front and back. Pin sleeves out of way so ends are not caught in stitching. Pin pillow front and back together, then sew around outside of pillow just beyond stay stitching; leaving opening where indicated. Clip to stitching at center of heart, clip off point at bottom of heart. Turn RSO and press seam flat. Stuff pillow firmly with Poly-Fil and then hand stitch opening closed. Glue heads with tacky glue at lines indicated on pattern. With the strips torn previously to match sleeves, tie a piece of thread around the center of each strip, gathering it in center. Glue over bottom of heads. Tie a button over center of strips. Using tacky glue, glue each hand to side of felt heart.

*"Our Lights Are Always On For Raggedy Friends!"*

Heartfelt Friends  11/16/04 2:43



shabbychiccottagepatterns                                                                                                                     11/16/04 2:3





Raggedy Tea Time
See the "Annies" page!



Ophelia Tiddlywinkle
The perfect shabby spring bunny gal!
22" tall.

Buy Pattern

Ophelia is in the Jan. 1st Spring issue
of Country Marketplace magazine!



These WoolFelt®projects look
exactly like their name~
"Spring Baskets©"!
The flowers are two-dimensional
and the doily is real!
The general directions to
make a pincushion from a
tiny basket are also included!
The basket shown is vintage
pressed green glass,but the



This pattern is "Summer Basket©".
Luscious, ripe strawberries appliquéd
to a pillow! The berries are two-dimensional,
beaded, and
placed atop a basket with a doily.
Check out our too-cute pincushion,
"Strawberry & Cream©"!
A giant beaded strawberry sitting on a
real plate, ours is green depression glass, &

directions tell you how to
use a small glass, ceramic,
or woven basket as the base!
Both are easy, fun projects.

Spring Baskets
13" diameter pillow
#2004 pattern 7.00

topped with a vintage silver spoon full of
"cream" (which is really a needle keeper!) It
looks adorable whether you choose to place it in
your sewing room, or your dining room! Fun,
easy, & quick made with WoolFelt®.

Summer Basket
13" diameter pillow
Pincushion rests on an 8" plate
#2005 pattern 7.00

[Buy Pattern]

[Buy Pattern]





Here is an unusual pincushion for collectors!
This is "Victorian Stitching©". The pincushion
is actually the silhouette in the picture frame!
Also included in the pattern is the Crazy
Hearts Chatelaine©.
It is designed to be worn around your neck,
with one heart being a needle keeper, and the
other a scissors fob! Even if you don"t have a
stash of vintage fabric & trims, you can make
this! Sources &
directions are given for finding
new crazy quilt fabric &
creating "tarnished" metallic trim!

Victorian Stitching
3" x 5" frame opening
#2006 pattern 7.00

Doesn"t this just say to you "Grandma"s
Attic©"? Or maybe if you are a little younger,
great-grandma"s attic, LOL!
These pillows reminiscent of the depression
era, & based upon actual vintage patterns, are
updated for today. Made with National
Nonwoven"s® new yummy colors of
WoolFelt®, with names like "Pistachio Ice
Cream©" & Cotton Candy©!These work up fast,
and
are sure to brighten up your cottage!

Grandma"s Attic
8" x 10" & approx. 10" fan
#2007 pattern 7.00

[Buy Pattern]

[Buy Pattern]







Site content, layout, design & HTML content ©Rustic Raggedys

All Rights Reserved
Custom Graphics by:
Rustic Raggs
Webhosting provided by: Hypergurl

shabby patterns,cottage patterns,doll patterns,pillow patterns,pincusion,make-do,sewing,stitchery,sampler,WoolFelt,

Wool Felt Patterns. wool felt penny rugs, wool felt, craft felt    11/16/04 2:

# and Me.com

Home | New | Patterns | Wholesale | Cleo Pics | Links | Web Rings | Guest Book

## Wool Felt

Sold by the 1/2 yard (18") and 36" Wide for ONLY $3.50 1/2 yd.

**Please Note:** When ordering multiple 1/2 yds of one color ( FOR EXAMPLE if you order three 1/2 yds, you will receive a 54" cut, 1-1/2 yds. If you order two 1/2 yds, you will receive a full 1 yd cut). Also, keep in mind that the felt will shrink approximately 3" - 6" in length and between 2" - 4" in width if you choose to "Felt" or wash it! Instructions included for felting with every order.

Authorized Dealer of the "Original WoolFelt®". All WoolFelt® Is Shipped Priority Mail



**WF101 Copper** — Qty: [1] 1/2 Yards [Add]
**WF102 Lavender** — Qty: [1] 1/2 Yards [Add]
**WF103 Cobblestone** — Qty: [1] 1/2 Yards [Add]
**WF104 Navy** — Qty: [1] 1/2 Yards [Add]
**WF105 Barn Yard Red** — Qty: [1] 1/2 Yards [Add]
**WF106 Straw** — Qty: [1] 1/2 Yards [Add]
**WF107 Old Gold** — Qty: [1] 1/2 Yards [Add]
**WF108 White** — Qty: [1] 1/2 Yards [Add]
**WF109 Black** — Qty: [1] 1/2 Yards [Add]
**WF110 Denim** — Qty: [1] 1/2 Yards [Add]
**WF111 Moss** — Qty: [1] 1/2 Yards [Add]
**WF112 Island Storm** — Qty: [1] 1/2 Yards [Add]
**WF113 Mellow Yellow**
**WF114 Polynesian**
**WF115 Honey Mustard**
**WF116 Baby Blue**

Wool Felt Patterns. wool felt penny rugs, wool felt, craft felt

11/16/04 2:

Qty: [1] 1/2 Yards
[Add]

**Sunset**
Qty: [1] 1/2 Yards
[Add]

Qty: [1] 1/2 Yards
[Add]

Qty: [1] 1/2 Yards
[Add]


**WF117 English Rose**
Qty: [1] 1/2 Yards
[Add]


**WF118 Loden**
Qty: [1] 1/2 Yards
[Add]


**WF119 Rustic Crimson**
Qty: [1] 1/2 Yards
[Add]


**WF120 Reets Relish**
Qty: [1] 1/2 Yards
[Add]


**WF121 Pumpkin Spice**
Qty: [1] 1/2 Yards
[Add]


**WF122 Aged Bronze**
Qty: [1] 1/2 Yards
[Add]


**WF123 Shocking Pink**
Qty: [1] 1/2 Yards
[Add]


**WF124 Sea Spray**
Qty: [1] 1/2 Yards
[Add]


**WF125 Cotton Candy**
Qty: [1] 1/2 Yards
[Add]


**WF126 Brown**
Qty: [1] 1/2 Yards
[Add]

- We Ship Wool Felt Anywhere Around The World!
- Fast Service
- Instructions On How To Felt Sent With Every Order

**Penny Rug Kits**
To see our selection of Penny Rug Kits, complete with all the WoolFelt® needed to complete a project, CLICK HERE!



**Small Stack of Fall Colors**
Perfect for those fall penny rug projects. 18" squares, 9 count.
$15.95 #WF127
Qty: [1] [Add]



**Small Stack of Holiday Colors**
Perfect for those holiday penny rug projects. 18" squares, 9 count.
$15.95 #WF128
Qty: [1] [Add]



**Pack of Sweetheart Colors**
Perfect for all penny rug projects. 18" squares, 7 count.
$12.95 #WF129
Qty: [1] [Add]



**Pack of Blooming Spring Colors**
Perfect for all penny rug projects. 18" squares, 10 count.
$17.95 #WF130
Qty: [1] [Add]

The shopping cart will figure shipping for you, even if you choose to just print out the form and mail it with your check. Our Shopping Cart gives you the choice to pay by mail or credit card online.

**ACTUAL SHIPPING CHARGES WILL BE ADDED TO ORDERS OUTSIDE THE U.S. AND CANADA**

| WOOL FELT PRIORITY SHIPPING INFO | |
|---|---|
| $3.50 to $6.99 | $3.95 SHIPPING/HANDLING |
| $7.00 to $30.00 | $4.95 SHIPPING/HANDLING |
| $30.01 to $50.00 | $6.95 SHIPPING/HANDLING |
| $50.01 to $70.00 | $7.95 SHIPPING/HANDLING |
| $70.01 to $100.00 | $8.95 SHIPPING/HANDLING |
| OVER $100 | $10.00 SHIPPING/HANDLING |

CleoAndMe, Inc. • 9511 W. 116th Place • Overland Park, KS 66210 • Phone/Fax: 913-339-6321
E-Mail Copyright © 2000-2004 | CleoandMe ,Inc. All rights reserved.



# NEEDFUL THINGS



### #383 The Simple Sack - $8.00

This bag is just awesome! It measures 15-1/2" x 13". Just plain "simple" as the name implies. It can be made using a variety of fabrics from cotton to upholstery. Use scrap wool or WoolFelt™ for the flowers, leaves & vines. A great gift for a friend or for yourself!





### #375 In The Garden - $8.00

Take your pick! These five pin cushions are sure to please...all are included in one pattern! A great way to use up all of your wool or WoolFelt™ scraps!



### #368 Three Pinheads - $8.00



These pin cushions are too fun! They can be made out of either WoolFelt or wool. They would be a neat addition to your sewing basket!



### #361 Folky Ornaments - $8.00



These ornaments are so quick & easy--plus they're lots of fun! They look great on a tree, hung on a garland or attached to a gift! Display them year round!



Check Out

**Little Stitches Home**






### Select one of the following departments:



**Penny Rug Appliqué**
Folk lore attributes "penny rugs" to table rugs created with woolen fabrics using coins or pennies as the pattern often seen on vintage pieces dating from the Civil War era. As with other folk art, everyday life design motifs are popular on original rugs. Designs were stitched with simple buttonhole and other stitches and finished with a tongue shaped border. Bird Brain Designs' penny rug projects are created with a whimsical approach to this traditional folk art craft using wool or versatile WoolFelt!



**Wearable Wool Appliqué**
Beautiful penny rug projects you can wear! Create a special purse, camera bag or cell phone case using felted wool. Projects are crafted using 100% felted wool for the body of the design and appliquéd with wool or colorful WoolFelt – a blend of wool and rayon.






**RedWork and Stitchery**
RedWork is relaxing, fun and easy! Traditional RedWork uses one stitch – Outline Stitch – with a few others thrown in for special design features. I prefer using Back Stitch as I find it is smoother around curves and corners. The choice is yours – both look great! Bird Brain Designs stitcheries use many traditional embroidery stitches to create designs with texture and interest.

**Perle Cotton Floss**
I love using #8 Perle Cotton Floss for applique and stitchery. Bird Brain Designs offers many colors that are used in our designs because #8 Perle Cotton is NOT easy to find! Give it a try - you will love it too.





**Traditional Rug Hooking**

**Holidays**
Celebrate all year long with special designs to decorate your home – or to give as gifts! Choose from a large selection in every creative category. Choose your favorite!



Leaflets



Short of time to create? Make a quick and easy pin or ornament from one of these leaflets. Leaflets are available year 'round with fabric packet to match if you don't have a stash of fabric in your sewing basket. FUN and EASY!

### WoolFelt
WoolFelt is a blend of wool (20% or 35% depending on color) and rayon from National NonWovens. When felted it appears very much like 100% wool. It is available from Bird Brain Designs in a multitude of delicious colors in pre-felted 12" x 18" pieces or by the yard (not pre-felted). Check the color swatches, however, remember each computer monitor may alter the actual color!



### Free Designs
This department contains the fabric packets for the freebie designs

Bird*Brain Designs
3689 Shoreline View Way
Kelseyville, CA 95451
707.279.8787
Robin@BirdBrainDesigns.net

Copyright 2003 Robin Kingsley. All rights reserved

Site designed and maintained by   TechSol

Wool Felt Kits - Applique - Erica's Craft & Sewing Center                                                                11/16/04 2:

**Search Our Site**

[Search]

Email to Erica's

For more information, click below...

 

Applique
Bears/Bear Making
Block of the Month
Books
Browser Trouble
Colour Purple Quilt
Crafter Kitties
Crafts
Crafts for Kids
Cross Stitch
Dolls & Acc.
embroideryonline
Embroidery (Hand)
Embroidery (Mach)
Events
Express Designs
Fabric
Fly Tying!
Free Designs
Free Projects
Gifts
How To Order
Lace
Locations/Hours
Magazines
Needlework
Newsletter
People Patter
Privacy Policy
Quilting
Seasonal
Security Issues
Sew-ers/Month
Sewing
Sewing Machines
Smocking
Staff Spotlight
StitchTalk
Tole Painting
Threads
Viking Web Shop
Yarn

Return Home
Shopping Cart



*Applique*

"Where You've Come To Expect The Best"

Ordering Information.



**Star of the Snow Purse**
from Indygo Junction
Finished Size: 6.5" x 9"
Kit Contains: WoolFelt®, embroidery floss, satin cord, pearl cotton, beads. Felt included is 80%Rayon/20% Wool.
**72376 $14.00**
Click on image at left for larger view

[1] [Order this Item]





**Small Surprises**
from Indygo Junction
Finished Size: 6" x 9.5"
Kit Contains: WoolFelt®, embroidery floss, beads. Felt included is 80%Rayon/20% Wool.
**72377 $12.00**
Click on image at left for larger view

[1] [Order this Item]



**Merry Mitten**

http://www.ericas.com/applique/kits/woolfelt.htm                                                                                        Page 1 of 2



from Indygo Junction
Finished Size: 6" x 9.5"
Kit Contains: WoolFelt®, embroidery floss, pearl cotton, beads. Felt included is 80%Rayon/20% Wool.
**72378 $12.00**
Click on image at left for larger view

| 1 | Order this Item |

**Checking It Twice**
from Indygo Junction
Finished Size: 5.5" x 15"
Kit Contains: WoolFelt®, embroidery floss, beads, bell. Felt included is 80%Rayon/20% Wool.
**72379 $12.00**
Click on image at left for larger view

| 1 | Order this Item |

**Merry Berries**
from Indygo Junction
Finished Size: 6.5" x 9"
Kit Contains: WoolFelt®, embroidery floss, metallic thread, satin cord. Felt included is 80%Rayon/20% Wool.
**72381 $14.00**
Click on image at left for larger view

| 1 | Order this Item |

Copyright © 1996-2004 Erica's Craft & Sewing Center



Home | Fabrics | Patterns | Free Projects | Kits/Notions | About | Specials
Shopping Cart

# *Penny Rugs and Wool Felt Kits*

Please be patient while this page loads...it's worth the wait!

Try one of our new die cut penny rug kits made for the busy crafter in mind! These easy, convenient kits include top quality, genuine WoolFelt® die cut pieces and shapes, easy-to-follow instructions, floss and needle - everything needed to complete the project! These fun kits make great take-along projects and are suitable for all skill levels. They are also great projects for children.

If your shop is interested in carrying any of our kits and patterns, please email us for details.

**ORDERING OPTIONS:**
Click on **Order** Button for charge card orders.
For Mail Orders click here

©1999-2003, M&L Designs. All rights reserved.



our authorized online retailer
* Secure Online Shopping
* All Major Credit Cards



**#KW005 Western Mug Mats Kit** NEW!
**$35.00**
[Order]

Each kit includes enough die cut shapes from WoolFelt®, instructions, floss, and needle to complete 6 Mug Mats. Colors may vary slightly from those pictured. Finished size of each mat is approximately 6-1/2 inches in diameter.

**#KW006 Western Mini Mat Kit** NEW!
**$6.00**
[Order]

Each kit includes enough die cut shapes from WoolFelt®, instructions, floss, and needle to complete 1 Mini Mat. Colors may vary slightly from those pictured. Finished size of each mat is approximately 6-1/2 inches in diameter.

**Mat choices:** Cowboy Boot, Cowboy Hat, Cactus, Badge, Longhorn, Stars.



#KW003 **Holiday Mug Mats Kit** NEW!
**$35.00**



Each kit includes enough die cut shapes from WoolFelt®, instructions, floss, and needle to complete 6 Mug Mats. Colors may vary slightly from those pictured. Finished size of each mat is approximately 6-1/2 inches in diameter.

#KW004 **Holiday Mini Mat Kit** NEW!
**$6.00**

Each kit includes enough die cut shapes from WoolFelt®, instructions, floss, and needle to complete 1 Mini Mat. Colors may vary slightly from those pictured. Finished size of each mat is approximately 6-1/2 inches in diameter.

**Mat choices:** Gingerbread Man, Mitten, Snowflake, Snowman, Star, Tree.



#KW001 - **Noel Mat Kit**
**$12.95**

Complete kit includes die cut WoolFelt® pieces, backing, floss, and needle. Finished mat size is 6-1/2" x 11-1/2" inches.



#KW002 **Penny Ornaments Kit**
**$5.95** each set.

Each kit contains enough die cut shapes from WoolFelt®, instructions, floss, and needle to complete 3 ornaments. Colors and styles may vary slightly.

**Style choices:**
Set 1: Gingerbread Man, Bell and Star.
Set 2: Snowman, Tree and Snowflake.
Set 3: Stocking, Star and Ornament.

**Color choices:**
Bright, Holiday, Primitive.

## View Shopping Cart / Checkout

### Mail Order information

Home | Crocheted Quilt Patterns | Fabric | Free Projects | Quilt Patterns | New Patterns | Pillow Patterns
Specials | Order Options | Show Schedule | Links | What's New | Notions | Templates/Rulers | Wholesale

©1999-2004, M&L Designs. All rights reserved.

 



## *Woolfelt Material*

WoolFelt® is made by the company, National Nonwovens. There are two types of WoolFelt®, one contains 20% wool and the other contains 35% wool. I have both kinds in my inventory and there is not much difference between the two. The material should be washed first to obtain the sherpa look of textured wool. Instructions are included in the page, "washing wool felt" and also with
each order of WoolFelt® or a wool appliqué pattern. I will have around 50 colors in stock, mostly 12x18" pieces. In a few colors, I will have yards, 36x36" and fat quarters, 18"x18". Also see Woolfelt Vests.

**Woolfelt Samples!!**  Please send a SASE to Diane Schwob Zubrick, 5268 Burning Bush Lane, Centerville, OH  45429-5842.  I will send you 12 washed 2" x 2" labeled Woolfelt samples in various colors. This is a great way for you to see the beautiful texture that the Woolfelt changes into when washed and dried! It is great for Primitive, Folk and Country crafting!

I try to show the most representative color swatch, but colors will look different on varied monitors.

Reds
Gold, Beige, Brown
Greens
Blues & Purples
White, Gray, Black     Hand Dyed Colors          Woolfelt Vests

Home | Woolfelt Patterns | Woolfelt Material | Redware Pottery | About the Artist | Contact Diane

*This site was last updated 01/31/04*

Hantex Online

11/16/04 2:

     Tuesday
16
November

About Hantex
Contact Us

Home     New Enquiries     Catalogue     My Orders     Special Offers     New Products

**About Hantex**
  About Us
  Find A Stockist
**Existing Customers**
  Wholesale Catalogue
  Order Online
  Special Offers
  New Products
  Stock Availability
  My Orders
  Password Request
  Request A Catalogue
  Downloads
  Carriage Charges
**New Customers**
  Enquiry Form
**Contact Us**
  Contact Details
  Contact Us Now

Hantex Ltd is a craft & gift wholesaler, selling innovative and exciting gift & craft products to independent retailers and professional crafters in the UK and EC. If you wish to use this site you must first register. Strictly Trade Only.

Paper Crafts


Country Crafts


Embellishments


Quilting


Wood Products


 The original Woolfelt® is now available from Hantex in the UK in both 9 x 12" pieces and also by the metre - compare our prices and you'll be amazed at the savings just £8.99 / Metre suggested retail

The popularity of Woolfelt® is attributed to it's heirloom quality. It's "all natural" quality gives a richness and colour range that's really unique. **Order Now**




**Patterns also available**



**Dress It Up Beads**

Dress It Up have recently expanded their range of great value beads...

**Latest designs**

[Track Web Order]

---

**Over 6000 Products Now Online**

---

Last product update November 1st 2004

---

Stockist Enquiry (UK & Europe) ..

---

View the top selling products in each category.





Copyright© Hantex Ltd 2001-2004