# PLAINTIFF'S ATTACHMENT F

Crafts, Wool & Industrial Felt & Outdoor Canvas by CPE Felt                                                       11/16/04 4:2



### CPE NOW OFFERS MORE CONVENIENCE BY PROVIDING ONLINE PURCHASING - CLICK HERE

### CPE, "THE FELT COMPANY", INTRODUCES CLASSIC WOOL FELT

Union, SC, October 2003......CPE, The Felt Company, has introduced **Classic Wool Felt**, a 40% wool/60% rayon blend felt fabric. This new felt product combines a high wool content with rayon to provide the consumer with a versatile classic product at an affordable price. **Classic Wool Felt** comes in a beautiful range of colors including important home décor colors for decorating and craft projects. This soft, medium weight fabric is also perfect for quilts, wall banners, doll making, and other projects.

Classic Wool Felt is available by the yard for larger projects, in 9" x 12" sheets and 18" x 20" fat quarters, and in color coordinated groupings. This product can also be "boiled" to create a primitive, old-fashioned texture.

CPE, The Felt Company, has roots that date back over 100 years manufacturing and distributing felt to numerous consumer and industrial markets. For further information about the company and its wide range of other felt products and outdoor canvas fabrics, please visit www.cpe-felt.com.



Craft Felt :: Wool Felt :: Industrial Felt :: Outdoor Canvas :: News & Events :: Place an Order :: Contact Us :: Info Request :: Home :
: cpesource.com
Phone **1.800.327.0059** • Fax **864.427.7904** • E-mail mail@cpe-felt.com

Copyright © 2004-2014 **Consumer Products Enterprises Inc**. All rights reserved.
Images are for reference only. Colors on your monitor may not match actual color of product.



## CPE NOW OFFERS MORE CONVENIENCE BY PROVIDING ONLINE PURCHASING - CLICK HERE

### CPE, "THE FELT COMPANY", INTRODUCES IMPERIAL WOOL FELT

**UNION, SC, OCTOBER 2003.....** Imperial Wool Felt, a luxurious felt fabric, fit for royalty and now available to the quilting and crafting consumers, was introduced at the International Quilt Market in Houston, Texas by CPE, The Felt Company. This 100% wool felt is available in a wide range of brilliant, saturated colors, warm neutral and deep tones, and glorious primary shades.

**Imperial Wool Felt** is available in 4 yard by 31" put-ups for those consumers who are creating quilts, wall hangings and other larger projects and for smaller projects, Imperial Wool Felt comes in 10" squares and fat quarters sold separately or in coordinated groupings. Classic shapes such as stars, hearts, and more are also available for easy appliqué.

CPE has especially designed packaging and labeling for **Imperial Wool Felt** to reflect the upscale desirability of this elegant product.

CPE, The Felt Company has roots that date back over 100 years manufacturing and distributing felt to numerous consumer and industrial markets. For further information about the company and its wide range of felt products and outdoor canvas fabrics, please visit www.cpe-felt.com.



Craft Felt :: Wool Felt :: Industrial Felt :: Outdoor Canvas :: News & Events :: Place an Order :: Contact Us :: Info Request :: Home :
: cpesource.com
Phone **1.800.327.0059** • Fax **864.427.7904** • E-mail mail@cpe-felt.com

Copyright © 2004-2014 **Consumer Products Enterprises Inc**. All rights reserved.
Images are for reference only. Colors on your monitor may not match actual color of product.

# PLAINTIFF'S ATTACHMENT G

08-05-2004
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #67

## DRAWING PAGE

CLASSIC WOOL FELT (logo)

APPLICANT'S NAME:     NEW CPE, INC.

APPLICANT'S ADDRESS:  1360 Peachtree Street, Suite 1430, Atlanta, GA 30309

CLASSES/G&S:          024: Textile articles, namely needlepunch fabric of synthetic fibers

# "Classic Wool Felt"



U.S. Patent & TM Ofc/TM
**76606508**

ATL/1032617.2

# 76606508

TRADEMARK APPLICATION SERIAL NO.

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

08/13/2004 GTHOMAS2 00000010 76606508
01 FC:6001                      335.00 OP

PTO-1555
(5/87)

PTO Form 1478 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 08/31/2004)

### Trademark/Service Mark Application, Principal Register

**To the Commissioner for Trademarks:**

**MARK:** See attached drawing page. Classic Wool Felt (logo).

The applicant, New CPE, Inc., a corporation of Georgia, residing at 1360 Peachtree Street, Suite 1430, Atlanta, GA 30309, requests registration of the trademark/service mark listed above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

Actual Use:

Applicant is using the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1501(a), as amended.) At least one specimen for each International Class showing the mark as used in commerce is submitted with this application.

- Date of first use of the mark in commerce which the U.S. Congress may regulate (for example, interstate or between the U.S. and foreign country): September 1, 2003

- Specify the type of commerce: interstate

- Date of first use anywhere: September 1, 2003

- Specify manner or mode of use of mark on or in connection with the goods/services: packaging, advertising, marketing

   International Class 024: Textile articles, namely needlepunch fabric of synthetic fibers

The literal element of the mark consists of CLASSIC WOOL FELT.

The applicant hereby appoints Martha Kelley and W. Andrew Scott of Paul, Hastings, Janofsky & Walker LLP, 600 Peachtree Street, NE, Suite 2400, Atlanta, GA USA 30308 to submit this application on behalf of the applicant.

A fee payment in the amount of $670 will be submitted with this and the other enclosed application, representing payment for 1 class per application.

ATL/1051064.1

Commissioner for Trademarks
Paul*Hastings*! No text of specified style in document.
Page 2

APPLICANT NAME: New CPF, Inc.
MARK: CLASSIC WOOL FELT (logo)

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: _/s/ John L. Pugh_     Date: 8-3-04
Signatory's Name: John L. Pugh
Signatory's Position: President

ATL/1051064.1

# Paul Hastings

Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, NE, Ste. 2400, Atlanta, GA 30308-2222
telephone 404-815-2400 / facsimile 404-815-2424 / internet www.paulhastings.com

Atlanta
Beijing
Hong Kong
London
Los Angeles
New York
Orange County
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, D.C.

(404) 815-2381
marthakelley@paulhastings.com

August 4, 2004

39851.00003

VIA EXPRESS MAIL

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Re:       Trademark Applications
Mark:     CLASSIC WOOL FELT; IMPERIAL WOOL FELT
Applicant: New CPE, Inc.
Class:    024

Dear Sir or Madam:

Enclosed please find for filing executed applications for registration and a power of attorney for the above-referenced marks, specimens showing the applicant's use of the mark in interstate commerce, and this Firm's check in the amount of $670 in payment of the applicable filing fee.

Sincerely yours,

Martha Kelley

Martha B. Kelley
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

Enclosures

cc:   Mr. John Pugh (via email)
      James Duda, Esq. (via email)
      Wayne Bradley, Esq.

*No specimen scanned*

ATL/10511121

# FILING RECEIPT FOR TRADEMARK APPLICATION

Aug 24, 2004

This acknowledges receipt on the FILING DATE of the application for registration for the mark identified below. The FILING DATE is contingent upon all minimum filing date requirements being met. Your application will be considered in the order in which it was received. Action on the merits should be expected from the United States Patent and Trademark Office (USPTO) approximately six months from the FILING DATE. When inquiring about this application, include the SERIAL NUMBER, FILING DATE, OWNER NAME and MARK.

MARTHA KELLEY
PAUL, HASTINGS, JANOFSKY & WALKER LLP
PEACHTREE
600 PEACHTREE ST NE STE 2400
ATLANTA GA 30308-2259

ATTORNEY
REFERENCE NUMBER

**PLEASE REVIEW THE ACCURACY OF THE FILING RECEIPT DATA.**
A request for correction to the filing receipt should be submitted within 30 days. Such request may be submitted by mail to: COMMISSIONER FOR TRADEMARKS, 2900 CRYSTAL DRIVE, ARLINGTON, VIRGINIA 22202-3514; by fax to 703 308-9096; or by e-mail to tmfiling.receipt@uspto.gov. The USPTO will review the request and make corrections when appropriate.

| | |
|---|---|
| SERIAL NUMBER: | 76/606508 |
| FILING DATE: | Aug 5, 2004 |
| REGISTER: | Principal |
| LAW OFFICE: | |
| MARK: | "CLASSIC WOOL FELT" |
| MARK TYPE(S): | Trademark |
| DRAWING TYPE: | Stylized words, letters, or numbers |
| FILING BASIS: | Sect. 1(a) (Use in Commerce) |

ATTORNEY: Martha Kelley

OWNER: New CPE, Inc. (GEORGIA, Corporation)
1360 Peachtree Street, Suite 1430
Atlanta, GEORGIA 30309

FOR: Textile articles, namely needlepunch fabric of synthetic fibers
INT. CLASS: 024
FIRST USE: Sep 1, 2003    USE IN COMMERCE: Sep 1, 2003

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS

# PLAINTIFF'S ATTACHMENT H

08-05-2004

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #67

# DRAWING PAGE

IMPERIAL WOOL FELT (logo)

APPLICANT'S NAME: NEW CPE, INC.

APPLICANT'S ADDRESS: 1360 Peachtree Street, Suite 1430, Atlanta, GA 30309

CLASSES/G&S: 024: Textile articles, namely stiffened needlepunch fabric of synthetic fibers

"*Imperial Wool Felt*"

U.S. Patent & TM Ofc/TM

**76606509**

ATL/1032617.2

# 76606509

TRADEMARK APPLICATION SERIAL NO. \_\_\_\_\_

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
<u>FEE RECORD SHEET</u>

08/13/2004 BTHOMAS2 00000011 76606509
01 FC:6001                    335.00 OP

PTO-1555
(5/87)

PTO Form 1478 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 08/31/2004)

**Trademark/Service Mark Application, Principal Register**

**To the Commissioner for Trademarks:**

**MARK:** See attached drawing page. Imperial Wool Felt (logo).

The applicant, New CPE, Inc., a corporation of Georgia, residing at 1360 Peachtree Street, Suite 1430, Atlanta, GA 30309, requests registration of the trademark/service mark listed above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

Actual Use:

Applicant is using the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1501(a), as amended.) At least one specimen for each International Class showing the mark as used in commerce is submitted with this application.

- Date of first use of the mark in commerce which the U.S. Congress may regulate (for example, interstate or between the U.S. and foreign country): October 1, 2003

- Specify the type of commerce: interstate

- Date of first use anywhere: October 1, 2003

- Specify manner or mode of use of mark on or in connection with the goods/services: packaging, advertising, marketing

International Class 024: Textile articles, namely stiffened needlepunch fabric of synthetic fibers with pressure sensitive adhesive backing and glitter

The literal element of the mark consists of IMPERIAL WOOL FELT.

The applicant hereby appoints Martha Kelley and W. Andrew Scott of Paul, Hastings, Janofsky & Walker LLP, 600 Peachtree Street, NE, Suite 2400, Atlanta, GA USA 30308 to submit this application on behalf of the applicant.

A fee payment in the amount of $670 will be submitted with this and the other enclosed application, representing payment for one class per application.

ATL /1051064.1

Commissioner for Trademarks
**Paul**Hastings; No text of specified style in document.
Page 4

APPLICANT NAME: New CPF, Inc.
MARK: IMPERIAL WOOL FELT (logo)

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: _/s/ John L. Pugh_         Date: 8-3-04
Signatory's Name: John L. Pugh
Signatory's Position: President

ATI /1031041.1

Commissioner for Trademarks
PaulHastings·| No text of specified style in document.
Page 5

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| APPLICANT: | New CPL, Inc. |
| ADDRESS: | 1360 Peachtree Street<br>Suite 1430<br>Atlanta, GA 30309 |
| MARK: | Classic Wool Felt<br>Imperial Wool Felt |
| CLASS: | International Class 024 |

### POWER OF ATTORNEY

Please recognize Martha B. Kelley, W. Andrew Scott, and Kristin B. Maxson, with offices c/o Paul, Hastings, Janofsky & Walker LLP, 600 Peachtree Street, N.E., Suite 2400, Atlanta, Georgia 30308 (404) 815-2400 to prosecute this application, to transact all business in connection therewith and to receive the certificate of registration. All communications in connection with said mark should be forwarded to the attention of Martha B. Kelley, 600 Peachtree Street, N.E., Suite 2400, Atlanta, Georgia 30308.

New CPL, Inc.

By: *[signature]*
Name: John L. Pugh
Title: President
Date: August 3, 2004

ATL/1051064.1

 

# "Classic Wool Felt"
## ...... naturally better

40% Wool / 60% Rayon       Dry Clean Only


**Antique Gold**
WF801


**Rust**
WF402


**Poppy Red**
WF401


**Flannel**
WF101


**Black**
WF010


**Sage**
WF701


**Moss**
WF702


**Cream**
WF030


**Sycamore**
WF502


**Mahogany**
WF501


**Tea Rose**
WF301


**Garnet**
WF403


**Navy**
WF201


**Periwinkle**
WF202


**Mulberry**
WF901


**White**
WF020


**Navajo**
WF802


**Pumpkin**
WF803


**Avocado**
WF703


**Hunter**
WF704


**Purple**
WF902


**THE FELT COMPANY**

Phone: 1 800-327-0059
Fax: (864) 427-7904
e-mail: mail@cpe-felt.com
Visit us online at: www.cpe-felt.com



# PaulHastings

Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, NE, Ste. 2400, Atlanta, GA 30308-2222
telephone 404-815-2400 / facsimile 404-815-2424 / internet www.paulhastings.c

Atlanta
Beijing
Hong Kong
London
Los Angeles
New York
Orange County
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, D.C

(404) 815-2381
marthakelley@paulhastings.com

August 4, 2004

39851.00003

VIA EXPRESS MAIL

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Re:        Trademark Applications
Mark:      CLASSIC WOOL FELT; IMPERIAL WOOL FELT
Applicant: New CPE, Inc.
Class:     024

Dear Sir or Madam:

Enclosed please find for filing executed applications for registration and a power of attorney for the above-referenced marks, specimens showing the applicant's use of the mark in interstate commerce, and this Firm's check in the amount of $670 in payment of the applicable filing fee.

Sincerely yours,

Martha Kelley

Martha B. Kelley
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

Enclosures

cc:   Mr. John Pugh (via email)
      James Duda, Esq. (via email)
      Wayne Bradley, Esq.

ATL /10511121

## FILING RECEIPT FOR TRADEMARK APPLICATION

Aug 24, 2004

This acknowledges receipt on the FILING DATE of the application for registration for the mark identified below. The FILING DATE is contingent upon all minimum filing date requirements being met. Your application will be considered in the order in which it was received. Action on the merits should be expected from the United States Patent and Trademark Office (USPTO) approximately six months from the FILING DATE. When inquiring about this application, include the SERIAL NUMBER, FILING DATE, OWNER NAME and MARK.

MARTHA B. KELLEY
PAUL, HASTINGS, JANOFSKY & WALKER LLP
PEACHTREE
600 PEACHTREE ST NE STE 2400
ATLANTA GA 30308-2259

**ATTORNEY REFERENCE NUMBER**

**PLEASE REVIEW THE ACCURACY OF THE FILING RECEIPT DATA.**
A request for correction to the filing receipt should be submitted within 30 days. Such request may be submitted by mail to: COMMISSIONER FOR TRADEMARKS, 2900 CRYSTAL DRIVE, ARLINGTON, VIRGINIA 22202-3514; by fax to 703-308-9096; or by e-mail to tmfiling.receipt@uspto.gov. The USPTO will review the request and make corrections when appropriate.

SERIAL NUMBER:       76/606509
FILING DATE:         Aug 5, 2004
REGISTER:            Principal
LAW OFFICE:
MARK:                "IMPERIAL WOOL FELT"
MARK TYPE(S):        Trademark
DRAWING TYPE:        Stylized words, letters, or numbers
FILING BASIS:        Sect. 1(a) (Use in Commerce)

ATTORNEY:   Martha B. Kelley
OWNER:      New CPE, Inc. (GEORGIA, Corporation)
            1360 Peachtree Street, Suite 1430
            Atlanta, GEORGIA  30309

FOR:   Textile articles, namely stiffened needlepunch fabric of synthetic fibers with pressure sensitive adhesive backing and glitter
       INT. CLASS:  024
       FIRST USE: Oct 1, 2003       USE IN COMMERCE: Oct 1, 2003

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS