# PLAINTIFF'S ATTACHMENT I

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL NONWOVENS INC. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CONSUMER PRODUCTS ENTERPRISES, INC. )<br>)<br>)<br>Defendant ) | Civil Action No.: 04-30078-MAP |

### Declaration of Michalina A. Centofanti

I, Michalina A. Centofanti, declare and say that:

1. I am Vice President of the Plaintiff National Nonwovens Inc. ("NNI") in the above-entitled litigation.

2. On information and belief, prior to 1993 a predecessor in interest to NNI had a business relationship with Hancock Fabrics of Tupelo, Mississippi ("Hancock")

3. On information and belief, in 1993 the relationship between NNI's predecessor in interest and Hancock was terminated.

4. On or about February 2001, NNI contacted Hancock and forwarded product information materials in an attempt to re-establish a business relationship whereby NNI would sell NNI's felted wool product "WoolFelt" to Hancock. (Exhibit 1)

5. On or about March 2001, June 2001, August 2001, November 2001 and February 2002, I made telephone calls to Hancock in an effort to follow-up on the original contact with Hancock noted above in paragraph 4.

6. On or about June 2002, I again contacted Hancock and forwarded product information materials in an attempt to re-establish a business relationship whereby NNI would sell NNI's felted wool product "WoolFelt" to Hancock. (Exhibit 2).

7. On or about July 2002, I called Hancock as a follow-up to the contact noted above in paragraph 6.

8. On or about February 2003, NNI again called Hancock as a follow-up to the contact noted above in paragraph 6. Other than a short telephone contact on or

1

about March 2003, this was the last contact that NNI had with Hancock prior to Hancock purchasing felted wool products known as "Classic Wool Felt" and "Imperial Wool Felt" from Defendant Consumer Products Enterprises, Inc.

I, Michalina A. Centofanti, declare and says that all statements made herein of my own knowledge are true; and that all statements made on information and belief are believed to be true; and further, that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

Date: _November 17_, 2004

_____
Michalina A. Centofanti

2



**NATIONAL NONWOVENS**
Innovative textile solutions since 1905.

February 15, 2001

Mr. Brad Berg
Hancock Fabrics
3406 W. Main St.
Tupelo, MS 38801

Dear Brad:

Thank you for the time you afforded me the other day relative to Hancock's felt requirements. I appreciate your honestly relative to the acrylic suppliers. I would, however, like to re-introduce WoolFelt® and the vast popularity of the product over the past three years. Unlike the acrylic felt, it targets quilters, doll makers and designers wanting heirloom designs for their homes. The most popular put-up is 36" wide folded to 18", 10 yards on a bolt. This smaller SKU allows for more colors and less merchandising space.

I have enclosed a brief summary of the WoolFelt® products and color cards for the top two styles. The most popular colors are highlighted. I believe the price point is attractive and would interest your consumers that normally would shy away from the 100% Wool product due to cost.

May I thank you in advance for reviewing the information, if you have any questions, please feel free to contact me at (413) 529-1635. If agreeable, I will contact you the first week in March and I look forward to speaking with you.

Best regards,

Michalina A. Centofanti
Vice President – Corporate Administration

/m
enc.



P.O. Box 150  Easthampton MA 01027  Tel 413-527-3445/800-333-3469
Customer Service Fax: 413-527-0456



**NATIONAL NONWOVENS**
Innovative textile solutions since 1905.

June 13, 2002

Hancock Fabrics
Mr. Carl Zander, Vice President – Fabric Buyer
P. O. Box 2400
3406 West Main Street
Tupelo, MS 38803-2400

Dear Mr. Zander:

It was a pleasure meeting you at the Spring Quilt Market. National Nonwovens is interested in working together with Hancock Fabrics in expanding the distribution and excitement of our WoolFelt® products.

As we discussed on the telephone, I have put together a brief outline about our company and the product lines. In conversations with Brad Berg, I think the best offering for Hancock Fabrics is 36" wide folded down to 18" 10 yards on a bolt. They are the most popular. We have created separate color cards in the package recommending a "starter package" and four options of "accent colors". We feel these colors are the most popular in the two product lines based on books, patterns, kits, magazine projects, etc. I have included on the last page a statistical summary of our top 20 colors by product line. Also enclosed are our original color cards for your review as the you have the final decision on which colors you would like to carry.

Please look over the information and call me at 413-529-1635 with any questions you may have. I hope you have a good trip and I look forward to talking with you late June or early July.

Best regards,

Michalina A. Centofanti
Vice President – Corporate Administration

/m
cc: Brad Berg, Buyer

P.O. Box 150   Easthampton, MA 01027   Tel: 413·527·3445/800·333·3469
Customer Service Fax: 413·527·0456   Corporate Fax: 413·527·9570
Email: SALES@nationalnonwovens.com
www.nationalnonwovens.com



# PLAINTIFF'S ATTACHMENT J

Hancock Fabrics                                                                                                11/18/04 3:3







Sale! Sale! Sale!          Sewing Machines              Holiday                    Free Shipping Items

Home · Fabrics · Basics & Staples

◀ Previous Product                                                                      Next Product ▶

**Classic Wool Felt Fabric**
- **Content:** 40% Wool, 60% Rayon
- **Width:** 36"
- **Care Method:** Dry Clean Only

MORE Info >



Available in assorted colors!





Ordering Tip: [ 6 ] and [ 3/4 Yards ]   yards + fraction = total yards

| Item# | Product | Yards | Quarter Yards | Options | Price/Yd |
|---|---|---|---|---|---|
| 871624GN | Classic Wool Felt Fabric | 0 and | .00 Yds | Select a Color | $6.99 |
| 896746N | Cathy Pendleton's Pillow Parade Book | | 0 | | $17.59 |
| 896571N | Kathy Fernholz Block Party Pattern Book | | 0 | | $8.19 |
| 896555N | The Best Is Yet To Be Pattern | | 0 | | $6.19 |
| 896712N | Hearts In Hand Pattern by Cathy Pendleton | | 0 | | $6.99 |
| 896753N | Tamara Vandergriff's It's In The Bag Book | | 0 | | $17.59 |
| 896720N | Cathy Pendleton's Woolen Wear Pattern Book | | 0 | | $8.19 |
| 896738N | Sarah Sporrer's A Purse of her own Book | | 0 | | $16.69 |

Add to Wish List     Tell a Friend     Add to Shopping Basket

**Call Toll Free 877-FABRICS (877-322-7427) to order by phone.**

Charities & Affiliations   Renew Mailer   Investor Relations   Discussion Boards   Return Policy   Privacy & Security   Terms of Use   ©2004 Hancock Fabrics

Hancock Fabrics                                                                                             11/18/04 3:3:

    Enter keyword or item#   Search        Other Ways to Shop   Shopping Ba:

Store Locator   Free Projects   National Sales Flyer   Email Signup   My Account   Customer Ser


Sale! Sale! Sale!         Sewing Machines              Holiday              Free Shipping Items

Home · Fabrics

**Fabrics**  [ Basics & Staples ▼ ]                                    ◀ Previous  [ Page 3 of 9 ▼ ]  Next ▶

   

Corduroy 16 Wale Solid Fabric
Was: $4.99
Now: $3.74

Voile Fabric
$14.99

Classic Wool Felt Fabric
$6.99

Gingham Check 1"
$2.97

   

Metallic Mesh Fabric
$2.99

Pin Tucked Denim Fabric
$9.99

Embroidered Patch Dirty Denim
$11.99

Embroidered Floral Dirty Denim
$11.99

**Call Toll Free 877-FABRICS (877-322-7427) to order by phone.**
Charities & Affiliations   Renew Mailer   Investor Relations   Discussion Boards   Return Policy   Privacy & Security   Terms of Use   ©2004 Hancock Fabrics

# PLAINTIFF'S ATTACHMENT K

**The Educational Resource for Fabrics, Apparel, Home Furnishings, and Care.**



Learn About:
[Performance Sportswear/Gear & Home Furnishings](#)

## Consumer Guide
Handy References and Tips



## Fabric University
Fabric Education





[Shopping Guide](#)

## Retailer's Forum
Find Product Information & Links to Retailers Online



### Holiday Decorating & Gift Ideas
Consider Slipcovers and fall in love
with your furniture again!

### [Fabric Care Center](#) - Stain Guides, Tips...

### [Help Us With Our New Glossary](#) - For Performance Fabrics.

---

### [Get The Latest News!](#) - Trade shows;
current trends for fabrics; &, industry issues.

---

## Technical Center
Exclusively for Industry Professionals & Retailers

---

**FabricLink´s Network Partner:**

FabricLink - For Learning About Fabrics, Apparel, and Clothing Care                                11/23/04 9:2:



# FabricLink Site Awards



**Gold Site Winner!**

**Five Star Winner!**



**The Discovery Channel**



---

**About Us | Consumer Guide | Fabric University**
**Retailer's Forum | Meet Our Advocates**

©1995-2004 FabricLink. All Rights Reserved.



# Fabric University

*The Educational Resource for Fabrics, Apparel, Home Fashion & Care*

## DICTIONARY OF FABRIC TERMS

**This dictionary is provided** through the efforts of Professors Rebecca Davis and Carol Tuntland of the California State University, Los Angeles, Department of Textiles and Fashion, and Kathy Swantko, textile consultant, writer and consumer advocate. *The Textiles Handbook*, authored by Professors Davis and Tuntland, was used as a reference and is an excellent learning tool. Click for information for ordering *The Textiles Handbook*, which can be ordered with 164 fabric swatches.

Contact Kathy Swantko via e-mail regarding her educational seminars for retailers, associations and consumer groups on a variety of fabric, apparel and care-related topics.

## Index
A I B I C I D I E I F I G I H I I I J I K I L I M
I N I O I P I Q I R I S I T I U I V I W I X I Y I Z

Visit these features for additional information:

- Fabric Seminar - Learn the differences and advantages of the major textile fibers and their end uses.
- Fabric Care Center - Tips for caring for fabrics, Stain Removal Guides, Care Symbols, & more!
- Fiber Producers and Trademarks - Learn who makes what fiber.
- Product Knowledge Center - For Home Furnishings, Performance Sportswear/Gear, & Fabric Care.
- Fabric-isms - For fun, see if you can add to our list of sayings, movies and song titles that contain fabric terms.
- **New Home Decorating, Sewing, & Apparel** - Find Online Sources to Quality Products.

If you have any questions or comments, please send us an e-mail.

Information for ordering *The Textiles Handbook:*

- *The Textiles Handbook* ($23.95 plus Shipping and Handling)
- Swatch Kit ($24.95 plus Shipping and Handling)
- Fax orders to: (310) 798-2834 (ask for quote on shipping)
- Or e-mail Plycon Press.

**Home I Consumer Guide I Fabric University I
Fabric Care Center I Retailer's Forum**

©1995-2004 FabricLink. All Rights Reserved.

warp yarns with two or more sets of filling yarns. The most common double weave fabrics are made using a total of either four or five sets of yarns.

## Duck
A tightly woven, heavy, plain-weave, bottom-weight fabric with a hard, durable finish. The fabric is usually made of cotton, and is widely used in men's and women's slacks, and children's playclothes.

## Durability
The ability of a fabric to resist wear through continual use.

## Durable Press
A treatment applied to the fabric in the finishing process in which it maintains a smooth attractive appearance, resists wrinkling, and retains creases or pleats during laundering.

*Return to Index*

# E

## Elasticity
The ability of a fiber or fabric to return to its original length, shape, or size immediately after the removal of stress.

## Embossing
A calendering process in which fabrics are engraved with the use of heated rollers under pressure to produce a raised design on the fabric surface.

## Embroidery
An embellishment of a fabric or garment in which colored threads are sewn on to the fabric to create a design. Embroidery may be done either by hand or machine.

## Eyelet
A type of fabric which contains patterned cut-outs, around which stitching or embroidery may be applied in order to prevent the fabric from raveling.

*Return to Index*

# F

## Face

The right side or the better-looking side of the fabric.

# Facing
A piece of fabric that is sewn to the collar, front opening, cuffs, or arms eye of a garment to create a finished look.

# Faille
A glossy, soft, finely-ribbed silk-like woven fabric made from cotton, silk, or manufactured fibers.

# Felt
A non-woven fabric made from wool, hair, or fur, and sometimes in combination with certain manufactured fibers, where the fibers are locked together in a process utilizing heat, moisture, and pressure to form a compact material.

# Fiber
The basic entity, either natural or manufactured, which is twisted into yarns, and then used in the production of a fabric.

# Fiberfill
Specially engineered manufactured fibers, which are used as filler material in pillows, mattresses, mattress pads, sleeping bags, comforters, quilts, and outerwear.

# Filament
A manufactured fiber of indefinite length (continuous), extruded from the spinneret during the fiber production process.

# Filling
In a woven fabric, the yarns that run cross the fabric from selvage to selvage, and which run perpendicular to the warp or lengthwise yarns. Also referred to as the weft.

# Findings
Any extra items attached to a garment during the manufacturing process. This can include trims, buttons, hooks, snaps, or embellishments.

# Finished Fabric
A fabric that has gone through all the necessary finishing processes, and is ready to be used in the manufacturing of garments.

# Flame Resistant
A term used to describe a fabric that burns very slowly, or has the ability to self-extinguish upon the removal of an external flame.

## Flame Retardant
A chemical applied to a fabric, or incorporated into the fiber at the time of production, which significantly reduces a fabric's flammability.

## Flannel
A medium-weight, plain or twill weave fabric that is typically made from cotton, a cotton blend, or wool. The fabric has a very soft hand, brushed on both sides to lift the fiber ends out of the base fabric and create a soft, fuzzy surface. End-uses include shirts and pajamas.

## Flannelette
A medium-weight, plain weave fabric with a soft hand, usually made from cotton. The fabric is usually brushed only on one side, and is lighter weight than flannel. End-uses include shirts and pajamas.

## Flax
The plant from which cellulosic linen fiber is obtained. Linen is used in apparel, accessories, draperies, upholstery, tablecloths, and towels.

## Flocking
A type of raised decoration applied to the surface of a fabric in which an adhesive is printed on the fabric in a specific pattern, and then finely chopped fibers are applied by means of dusting, air-brushing, or electrostatic charges. The fibers adhere only to the areas where the adhesive has been applied, and the excess fibers are removed by mechanical means.

## Foulard
A lightweight twill-weave fabric, made from filament yarns like silk, acetate, polyester, with a small all-over print pattern on a solid background. The fabric is often used in men's ties.

*Return to Index*

## G

## Gabardine
A tightly woven, twilled, worsted fabric with a slight diagonal line on the right side. Wool gabardine is known as a year-round fabric for business suiting. Polyester, cotton, rayon, and various blends are also used in making gabardine.

## Gauge
A measurement most commonly associated with knitting equipment. It can mean the number of needles per inch in a knitting machine. However, in full fashioned hosiery and sweater machines, the number of needles per 1-1/2 inches represents the gauge.

yarns are turned during the manufacturing process. The yarn twist brings the fibers close together and makes them compact. It helps the fibers adhere to one another, increasing yarn strength. The direction and amount of yarn twist helps determine appearance, performance, durability of both yarns and the subsequent fabric or textile product. Single yarns may be twisted to the right (S twist) or to the left (Z twist). Generally, woolen and worsted yarns are S-twist, while cotton and flax yarns are typically Z-twist. Twist is generally expressed as turns per inch (tpi), turns per meter (tpm), or turns per centimeter (tpc).

*Return to Index*

# U

*Return to Index*

# V

### Velour
A medium weight, closely woven fabric with a thick pile. It can be made using either a plain weave or a satin weave construction. It resembles velvet, but has a lower cut pile. End uses include apparel, upholstery, and drapes.

### Velvet
A medium weight cut-pile constructed fabric in which the cut pile stands up very straight. It is woven using two sets of warp yarns; the extra set creates the pile. Velvet, a luxurious fabric, is commonly made with a filament fiber for high luster and smooth hand.

### Velveteen
A cotton cut-pile weave fabric, utilizing extra fill yarn construction, with either a twill or a plain weave back. The fabric is woven with two sets of filling yarns; the extra set creates the pile.

### Viscose
The most common type of rayon. It is produced in much greater quantity than cuprammonium rayon, the other commercial type.

### Voile
A crisp, lightweight, plain weave cotton-like fabric, made with high twist yarns in a high yarn count construction. Similar in appearance to organdy and organza. Used in blouses dresses and curtains.

*Return to Index*

# W

### Warp
In woven fabric, the yarns that run lengthwise and is interwoven with the fill (weft) yarns.

### Warp Knit
A type of knitted fabric construction in which the yarns are formed into stitches in a lengthwise manner. Warp knits are generally less elastic than weft knits. Common examples of warp knits are tricot knits and raschel knits.

### Waterproof
A term applied to fabrics whose pores have been closed, and therefore,

will not allow water or air to pass through them.

### Water Repellent
A term applied to fabrics that have been treated with a finish which causes them to shed water, but are still air-permeable.

### Weft
In woven fabric, the filling yarns that run perpendicular to the warp yarns.

### Weft Knit
A type of knitted fabric in which yarns are formed into stitches in widthwise manner. Common examples of weft knits are circular knits and flat knits.

### Wickability
The ability of a fiber or a fabric to disperse moisture and allow it to pass through to the surface of the fabric, so that evaporation can take place.

### Wool
Usually associated with fiber or fabric made from the fleece of sheep or lamb. However, the term "wool" can also apply to all animal hair fibers, including the hair of the Cashmere or Angora goat or the specialty hair fibers of the camel, alpaca, llama, or vicuna.

### Worsted Fabric
A tightly woven fabric made by using only long staple, combed wool or wool-blend yarns. The fabric has a hard, smooth surface. Gabardine is an example of a worsted fabric. A common end use is men's tailored suits.

### Woven Fabric
Fabrics composed of two sets of yarns. One set of yarns, the warp, runs along the length of the fabric. The other set of yarns, the fill or weft, is perpendicular to the warp. Woven fabrics are held together by weaving the warp and the fill yarns over and under each other.

### Wrinkle Recovery
Similar to resiliency. It is the ability of a fabric to bounce back after it has been twisted, wrinkled, or distorted in any way.

*Return to Index*

# X

*Return to Index*

# Y

### Yarn
A continuous strand of textile fibers created when a cluster of individual fibers are twisted together. These long yarns are used to create fabrics, either by knitting or weaving.

*Return to Index*

# Z

*Return to Index*

Please let us know your comments about this site.

Home | Consumer Guide |
Fabric University | Retailer's Forum

©1999 FabricLink. All Rights Reserved.