**PLAINTIFF'S ATTACHMENT L**

Google Search: teflon                                                                                                 11/29/



Web  Images  Groups  News  Froogle  **more »**

teflon                              [Search]  Advanced Search / Preferences

### Web

Results **1 - 10** of about **2,090,000** for **teflon** [definition]. (0.35 se

**Teflon.com - the complete resource on Teflon® products by DuPont**
Discover the many uses of **Teflon** throughout your home. Learn more about how life is made smoother with **Teflon**. DuPont **Teflon®**, Select ...
www.dupont.com/**teflon**/ - 27k - Cached - Similar pages

> **News**
> DuPont **Teflon®**, NORTH AMERICA. ... Explore our world. This link takes you to **Teflon®** Brand World which is a graphical interface. News and Information. ...
> www.dupont.com/**teflon**/newsroom/history.html - 37k
> - Cached - Similar pages
> [ More results from www.dupont.com ]

**Discovery Online, The Skinny On ... Why Teflon Sticks to the Pan**
By Hannah Holmes. Nothing sticks to **Teflon**, so how does **Teflon** stick to the pan? Before we dive into that, let's dispense with a ...
www.discovery.com/area/ skinnyon/skinnyon970606/skinny1.html
- 11k - Cached - Similar pages

**The Invention of Teflon - Roy Plunkett**
... was discovered in 1938 by Dr Roy Plunkett at the DuPont research laboratories - PTFE was first marketed under the DuPont **Teflon** trademark in the late ...
inventors.about.com/library/inventors/bl**teflon**.htm - 28k
- Cached - Similar pages

**Polytetrafluoroethylene**
For polytetrafluoroethylene at a glance, click here! Polytetrafluoroethylene is better known by the trade name **Teflon ®**. It is ...
www.psrc.usm.edu/macrog/ptfe.htm - 10k - Cached - Similar pages

**Teflon - Wikipedia, the free encyclopedia**
**Teflon**. From Wikipedia, the free encyclopedia. **Teflon** ... **Teflon** is polytetra fluoroethene (PTFE). F F | | R - C - C - R | | F F **Teflon** ...
en.wikipedia.org/wiki/Teflon - 13k - Cached - Similar pages

**The Silent Killer, by Joanie Doss**
... smell. Polytetraflouethylene (**Teflon** fumes) is deadly for your birds. ... Phillips standard red heating lamps have a coating of **Teflon**. The ...
www.theaviary.com/**teflon**.shtml - 16k - Cached - Similar pages

**Old World Aviaries: Teflon poisoning - The silent killer**
Old World Aviaries. **Teflon** TM poisoning: The silent killer. by Darrel ... The brand of cookware does not have to be **Teflon**. Any brand ...
www.oldworldaviaries.com/text/styles/**teflon**.html - 7k
- Cached - Similar pages

Sponsored Links

Endura **Teflon** Coatings
ISO 9001:2000 certified, license
DuPont applicator, world-wide.
www.EnduraCoatings.com

Buy **Teflon®** From DuPont
PTFE Resins and Stock Shape
Convenient Online Store
www.teflon.com

**Teflon ®**
CNC Machined & Compression
**Teflon ®** components made to
www.ptfeparts.com

Custom **Teflon®** Parts
Inert, Non-Stick, Dielectric, Wid
Temperature Extremes from Fil
welchfluorocarbon.com

Questions on **Teflon®**?
DuPont has Answers.
Contact us.
www.teflon.com

**Teflon** Machined Parts
Mfr. of **teflon** machined parts &
supplier of tube, sheet & more.
www.m-p.com

**Teflon**
Bargain Prices.
You want it, we got it!
BizRate.com

**Teflon** Manufacturer
Ptfe, Pfa, PP Lined Pipe, Valve
equipment, expansion joint, gas
www.zhaoflon.com/

See your message here..

### Salon.com News | The Teflon groper
The **Teflon** groper Arnold's army says his sordid sexual history doesn't matter
— and GOP honchos just want to close their eyes and win. ...
www.salon.com/news/feature/2003/10/06/recall/ - 33k
- Cached - Similar pages

### First Synthesis of Teflon
First Synthesis of **Teflon**. [McCrum-67] **Teflon** was discovered in 1938 by RJ
Plunkett at the du Pont Jackson Laboratory. A tetrafluoroethylene ...
www.umr.edu/~wlf/Synthesis/**teflon**.html - 2k - Cached - Similar pages

Gooooooooogle ▶
Result Page:    1  2  3  4  5  6  7  8  9  10    **Next**

[teflon         ] [Search]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Google Home - Advertising Programs - Business Solutions - About Google

©2004 Google

eBay - Teflon, Electronic Components, Parts Accessories, and Kitchen items at low prices



home | pay | register | sign in | services | site map

Buy | Sell | My eBay | Community | Help

Start new search
Advanced
Powered E



Home > All Categories > Search Results for 'Teflon'

All Items | Auctions | Buy It Now

Sign in to see your customized search

Teflon | All Categories | Search Adva

Search title and description

**Matching Categories**

734 items found for **Teflon**

- Add to Favo

**Business & Industrial** (235)
- Electronic Components (117)
- Plastics Equipment & Materials (34)
- Laboratory & Life Science (31)
  more ...
**eBay Motors** (91)
- Parts & Accessories (91)
**Home & Garden** (89)
- Kitchen (54)
- Plumbing & Fixtures (21)
- Dining & Bar (5)
  more ...
See all categories ...

**Search Options**

Show only:
  Items listed with PayPal
  Buy It Now items
  🎁 Gift items
  Items listed as lots
  Completed listings
Listings
  Starting today ▼
Items priced
  [   ] to [   ]
[Show Items]
Customize options displayed above.

**More on eBay**

Shop eBay Stores 🛒
- Ernie's Speed and Custom(34)

List View | Picture Gallery    Sort by: Time: ending soonest ▼    Customize C

| | [Compare] | Item Title | PayPal | Price | Bids | Time L |
|---|---|---|---|---|---|---|
| | | Teflon Stainless Clutch hose! EVO8 VIII | 🅿️ | $41.00 | =Buy It Now | |
| | | Teflon Stainless Clutch Hose! MKI MR2 AW11 | 🅿️ | $63.00 | =Buy It Now | |
| | | Teflon Stainless Clutch Hose! MKII MR2 SW20 | 🅿️ | $63.00 | =Buy It Now | |
| | | Teflon Stainless Clutch hose. 1G 2G DSM! | 🅿️ | $31.00 | =Buy It Now | |
| | | Flexible 2" Hose Connector assembly, Teflon SS Flanged | 🅿️ | $29.00 | - | |
| | | motorcycle Suit Teflon cordura du pont (EURO) | 🅿️ | GBP 20.00 | - | 1h |
| | | New Beretta Reversible Gortex & Teflon Hunting Hat - L | 🅿️ | $29.99 | 1 | 1h |
| | | 0.1uF @ 600V Teflon Capacitors. LOT OF 10 | 🅿️ | $49.95 | 1 | 1h |

eBay - Teflon, Electronic Components, Parts Accessories, and Kitchen items at low prices

Dave's Surplus(23)
- RCBoyz(19)
- MACNAN SCIENCE SUPPLIES(18)

*See all matching Stores*

| | Item | | Price | Bids | Time |
|---|---|---|---|---|---|
| | 0.1uF @ 500V TEFLON Caps. QTY = 20 | | $99.95 $99.99 *=Buy It Now* | - | 1h |
| | 0.1uF @ 500V Teflon Capacitors. LOT OF 10 | | $54.95 $59.95 *=Buy It Now* | - | 1h |
| | 0.1uF @ 500V TEFLON Caps. QTY = 20 | | $99.95 $99.99 *=Buy It Now* | - | 1h |
| | C5 Dytrix Rr cock spyder teflon antichop paintball bolt | | $9.99 | - | 1h |
| | 1 LOT OF 10, TYCO 700458 TEFLON TAPE 1/2" X 260" | | $9.99 | 1 | 1h |
| | ROASTING PAN & RACK Teflon Nonstick Turkey Roaster NEW | | $18.67 $28.67 *=Buy It Now* | - | 2h |
| | NEW Stainless Tri Ply Teflon Platinum 24-cm SAUTE PAN | | $6.99 | - | 2h |
| | LOT: APPROX 390' TEFLON TUBING 1" OX.065 WALL WINERY $.33/ft WOW!! | | $128.70 | - | 2h |
| | 75 ohm Coax Cable Silver Teflon 50' M17/93-RG179 | | $8.00 | 1 | 3h |
| | 50 ft 24 AWG Silver Teflon Wire Blue | | $5.00 $7.50 *=Buy It Now* | - | 3h |
| | NEW Stainless Tri Ply Teflon Platinum 24-cm SAUTE PAN | | $6.99 | - | 3h |
| | Teflon Strip For Dobsonian Telescope Bearings | | $6.95 *=Buy It Now* | | 3h |
| | C5 Dytrix Rr cock spyder teflon antichop paintball bolt | | $9.99 | - | 3h |
| | Archery Bow TEFLON Stepped Offset CABLE SLIDE 3/8" | | $2.49 $2.99 *=Buy It Now* | - | 4h |
| | PRO TEFLON CABLE SLIDE ROLLERS 3/8"Archery Bow Arrow | | $4.79 $6.99 *=Buy It Now* | - | 4h |
| | SIX(6) new Teflon baking sheet mats mat / pan liners! | | $41.00 | 3 | 4h |

eBay - Teflon, Electronic Components, Parts Accessories, and Kitchen items at low prices

| | Item | | Price | Bids | |
|---|---|---|---|---|---|
| | The best and greatest non-stick innovation in baking! 2 Shape2BAKE Teflon baking sheet mats mat / pan liners | 📷 | $9.99 | 1 | 4h |
| | 2 Aeroquip #12 AN Fittings + Teflon Stainless Hose 25" | 📷 | $10.50 | 4 | 5h |
| | New 4 OVAL BAKERS NONSTICK TEFLON Anodized INDIVIDUAL | 📷 | $13.99 $14.99 =BuyItNow | - | 5h |
| | Deluxe TEFLON ® EMT EMS uniform BDU PANTS * PRO-SPEC * We carry ALL SIZES from XS-3X Black & Navy ** Rated #1 | 📷 | $24.99 | - | 5h |
| | Tri-Flow Chain Lube Go Kart Teflon | 📷 | $6.95 | - | 5h |
| | 100 FT Stranded #27 Teflon Silver Wire FREE SHIPPING | 📷 | $5.95 $6.95 =BuyItNow | - | 5h |
| | 50 ft 20 AWG Silver Teflon Wire White Red Gray | 📷 | $6.00 $8.00 =BuyItNow | - | 5h |
| | 70' Black Stranded AWG#24 Silver Wire Teflon SHIPPED | 📷 | $5.95 $6.95 =BuyItNow | - | 5h |
| | 100' Belden RG59/U CATV COAX Cable Wire Teflon 200C | 📷 | $4.95 $14.95 =BuyItNow | - | 5h |
| | Millers Nordic Fleece Teflon Glove Black Sml | 📷 | $3.49 | 2 | 5h |
| | GERBER APPLEGATE BLACK TEFLON MINI COVERT KNIFE KNIVES | 📷 | $28.00 | 8 | 5h |
| | C5 Dytrix Rr cock spyder teflon antichop paintball bolt | 📷 | $9.99 | - | 5h |
| | New 4 OVAL BAKERS NONSTICK TEFLON Anodized INDIVIDUAL | 📷 | $13.99 $14.99 =BuyItNow | - | 5h |
| | 10 Rolls of Oatey PTFE Gas Line Teflon Thread Tape | 📷 | $9.99 $12.00 =BuyItNow | - | 6h |

eBay - Teflon, Electronic Components, Parts Accessories, and Kitchen items at low prices

| | Item | | Price | Qty | |
|---|---|---|---|---|---|
| | [5 NEW mini TEFLON CHRISTMAS TREE CAKE BAKING PANS MOLDS](#) | | $9.85 $12.50 | | =Buy It Now |
| | [0.056uF 500V TEFLON capacitors, Lot of 24](#) | | $45.66 $46.56 | | =Buy It Now |
| | [Stainless Steel Teflon Lined Flexible Hose, 3000 psi](#) | 📷 | $12.50 | 2 | |
| | [50' 22 AWG Shielded Silver Kapton Teflon Wire pair](#) Shielded twisted pair silver wire with kapton & teflon | 📷 | $20.00 | 1 | |
| | [50' 24 AWG Shielded Silver Kapton Teflon Wire pair](#) Shielded twisted pair silver wire with kapton & teflon | 📷 | $20.00 $35.00 | | =Buy It Now |
| | [RE Usable Teflon Oven bake pan Microwave liners](#) SAVE TIME AND MONEY!! RE USABLE!! GUARANTEED!! | 📷 | $4.99 | - | |
| | [~ HUGE LOT OF TEFLON COAX SILVER WIRE](#) | 📷 | $10.50 | 2 | |
| | [NIB HI TECH CORKSCREW PULL IT BOTTLE WINE STEEL TEFLON](#) | 📷 | $9.99 $16.99 | | =Buy It Now |
| | [JOHN HENRY SLACKS MENS 35x33 TEFLON MEN'S 35 33 PANTS](#) | 📷 | $5.89 | - | |
| | [2 Mens Bill Blass SS Shirts Teflon Fabric SZ XXL NWT](#) | 📷 | $16.00 | - | |
| | [5yr Auto Paint Teflon Protection](#) | 📷 | $17.99 $19.99 | | =Buy It Now |
| | [Qty6: 12 Rolls Teflon Thread Seal Tape @72 Total Rolls@](#) | 📷 | $0.99 | - | |

↳ [Compare]  Use the checkboxes and click the Compare button to compare items

eBay - Teflon, Electronic Components, Parts Accessories, and Kitchen items at low prices

### Some of the matching items found in other eBay areas

- **See additional Buy It Now items** from eBay Store sellers. Learn more.
- **See all items** including those available from non-English speaking countries.

Note: Bid counts and amounts may be slightly out of date.  
This page was last updated: Nov-16 12:36

eBay official time 12:3



**Great Brands, Great Prices!**

| $0 - $5 | $30 - $75 |
|---|---|
| Old Navy | Seven |
| The Gap | Diesel |
| Nine West | Tommy Hilfiger |
| **$5 - $30** | **$75+** |
| Hollister | Prada |
| Victoria's Secret | Armani |
| Abercrombie & Fitch | Juicy Couture |

» See All Clothing & Accessories

**Shortcuts to My Favorites**                     Go to My eBay Favorites | About F

Sign in for shortcuts to your favorite searches, sellers, and categories.

About eBay | Announcements | Security Center | Policies | Site Map | Help

Copyright © 1995-2004 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.



eBay official time

# Legal News Watch
STORIES THAT IMPACT YOUR RIGHTS

NEWS | LAWYER DIRECTORY

**WELCOME**
Legal News Watch is an online news service, updated weekdays, since 2002.

**NEWS**
Employment and Labor
Fraud
Health and Medical

- Accutane
- Asbestos and Mesothelioma
- Baycol
- Benzene
- Bextra
- Botox
- Celebrex
- Crestor
- Cruise Ships
- DHEA
- Deep Vein Thrombosis
- Effexor
- Ephedra
- FDA
- Fen Phen
- Ibuprofen
- Lariam
- Lead Paint Poisoning
- Meridia
- Neurontin
- Nexium
- OxyContin
- Paxil
- Perfluorooctanoic Acid PFOA
-
Phenylpropanolamine PPA
- Prempro
- Propulsid
- Prozac
- Remicade
- Rezulin
- Risperdal
- SARS
- Seroquel
- Serzone
- Silicosis
- Smallpox
- Thimerosal
- Tobacco
- Topamax
- Toxic Mold
- Vioxx
- West Nile Virus
- Zoloft
- Zyprexa
- polybrominated diphenyl ethers PBDEs
- polychlorinated

Tuesday November 16, 2004

## U.S. Urged to Put Warning Labels on Teflon Cookware

Source: Reuters
Published: May 15, 2003

The Environmental Working Group asked the Consumer Product Safety Commission to require manufactures of cookware to place warning labels on their products that caution consumers of the potential health risks of the non-stick coating.

According to a study by the advocacy group, pots and pans coated with Teflon could reach 700 degrees Fahrenheit (370 C) in 3-5 minutes, releasing 15 harmful gases and chemicals, including two carcinogens.

The advocacy group also said that internal documents from DuPont Co., which produces Teflon, indicated that toxic particles that can kill birds are produced at temperatures as low as 464 degrees (240 C).

"If Teflon fumes kill birds, what do they do to people?" said Jane Houlihan, a vice president with the Environmental Working Group who said consumers often exceed 500 degrees Fahrenheit (260 C) when they cook.

To this day there have been no studies conducted that investigate the long-term impact on humans. Teflon and other nonstick chemicals can produce flu-like symptoms such as fever or shortness of breath, a condition called polymer fume fever.

"We know of no adverse conditions or long-term affects associated with polymer fume fever, and if that were the case, we would have known about it and would have reported it," said Cliff Web, a spokesman for DuPont.

DuPont has acknowledged that cookware heated below 500 degrees is harmful to birds. Also company officials have said that it is not safe to use cookware in temperatures above 500 degrees.

Read Full Story at Reuters

Read more Perfluorooctanoic Acid PFOA news

**Reader Comments**

**Shawn says:**
I currently test PTFE(Teflon) in a laboratory. THe ASTM spec warns about heating the material. Our testing is done at room temp. On another note, I have heard that teflon particle have shown up in Antarctica. It does not break down in nature. Use stainless steel or cast iron to cook folks.
Posted by: Shawn on August 25, 2004

**Jim says:**
In the Summer of 1956, I worked for a wire % cable company. I ran a machine which used heat and pressure to extrude Teflon onto wire as an electrical insulator. Myself and other operators had to avoid fumes generated in the process or else you would get what we called "Teflonitis."

It's symptoms are flu-like. You would get dizzy, have a headache and feel nauseous.



Ads by Goooc

**Do You Ha Black Mold**
Easy do-it-y kit tests for black mold. $7.95 ea.
www.homemol

**Markel Corporatio**
PFA Tubinç Fluoropolyn Tubing
www.markelco

**Questions Teflon®?**
DuPont has Answers. C us.
www.teflon.cor

**Custom Te Parts**
Inert, Non-S Dielectric, V Temperatur Extremes fr Films.
welchfluorocarl

U.S. Urged to Put Warning Labels on Teflon Cookware

biphenyl PCBs
Immigration
Malpractice
Nation
Unfair Business Practices
World

**SPECIAL REPORTS**
Neurontin
Vioxx

**SERVICES**
Lawyer Directory

**ABOUT**
About Us
Contact Us
Advertise With Us
RSS / XML



published by
Condesa

**RELATED SITES**
Asbestos Today

Posted by: Jim on August 18, 2004

**Debra Cochran says:**
to Kathy:
It is very possible that C8, a detergent-like processing agent used by Dupont in the manufacturing of Teflon, could be contained in your floor wax. There are literally hundreds of thousands of products which contain perfluorooctanoic acid or C8....this is why it would be virtually impossible to identify all of the products which contain it. There is an effort by the Environmental Working Group, a watch-dog group in Washington D.C. to have any products which contain C8 in any measure, labelled as such. In particular, they are asking the Federal government to require warning labels on Teflon products due to the fact that at temperatures reached UNDER NORMAL USAGE poisonous, toxic fumes are released, this is known as Teflon Fume Poisoning. It can occur while simply frying bacon! The qualities of C8 are that it offers water resistancy, (stain repellant carpets) absorption resistancy, (gasket seals in automobiles), and other properties as well. It is even found in the safety locks on children's car seats. I believe it is very possible that it could be in your water-resistant floor wax. But you will likely not be able to trace it through the ingredients listed for that product, this is precisely what EWG hopes to change in the future....the labelling and identification process of C8 in consumer products, so that people like yourself can know it is at least contained within an item they are using. Perhaps, one day, this will be accomplished. Our local environmental group, helping with the C8 contamination of drinking water issue, will be glad to supply you with information. The name of the group is WE CARE (When Environmental Concerns Are Reaching Everyone) and you can reach me by e-mail to request information at stuckinpageville@frognet.net. I hope this information is of some help to you.
Posted by: Debra Cochran on August 11, 2004

**Tom says:**
Further update.
It is now May 16.
I am still having problems with my lungs-- very slight problems. I am 95% improved. Here is what happened since I left the last message.

The cough still didn\\\'t go away after the Biaxin antibiotic. So I waited a while and went back to the clinic arond March 27. They gave me a different antibiotic, Zithromax, that I only had to take for about 3 days, plus they put me on an inhaler, Flovent, that I took for 30 days. The Flovent worked great. It cured the symptoms, but it created another problem. It made me hoarse, like laryngitis, with a dry throat. I am an amateur singer. I could not sing much. My voice almost disappeared. I stopped using the Flovent after 30 days and the hoarseness gradually went away. But then I stopped using the Flovent and now the cough has returned. It is much better than it was before. Now I only cough a few times a day or so. But my singing voice is messed up. My range is lower than it used to be. It is good that I can now hit the low notes that I couldn\\\'t reach before, but my high notes do not sound good. They sound a little dry and raspy, not pure like they used to sound. My falsetto range is a little higher, though, which is surprising to me. But this does not compensate for the problem of the harsh-sounding high notes.

After I stopped using the Flovent, nothing changed for about 2 days, then I started coughing up phlegm, a little bit at a time. I was coughing up the phlegm for a short time, just about 2 days, and it was only a little phlegm. Maybe 2 milliliters per hour. But now that has stopped happening.
Posted by: Tom on May 16, 2004

**Kari says:**
I am very glad to see this website. I have owned Teflon for 6 months. My Mother always told me it was bad for me. But I got one for a gift. SO i thought "Great"!!!. But now I know what it is made of. Did you know that They use Formaldehyde to glue the teflon to the heating agent which is Aluminuim. Now that is straight poison!! Well if you ever want more info on healthy cooking email me! Good luck!!
Posted by: Kari on May 11, 2004

**mike h says:**
billy B should just stop using his teflon if he thinks its detrimental
what a queer
Posted by: mike h on May 03, 2004

**marita says:**
I posted a note on Nov 14. I went to the doc the next day and got an inhaler and had instant relief from shortness of breathe and tightness in chest. My cough finally abated. The doc gave me a long acting cough medicine and antibiotic. I could not use them for long, but continue to today (April 16) to do advar inhaler twice a day. My experiatory pressure many days remains around 330 -390 .. and then the next day or two will rise to 900 and them drop to 340. Have any one had this kind of experience. Is this really teflon fever or is it allergy?? I am trying to decide what to do next. I am very sensitive to ordors, cigarette smoke and variety of smells. Should I be doing allergy tabs instead of inhaler?? any insights?? marita
Posted by: marita on April 16, 2004

**annonymous says:**
Folks, don;t believe everything the media tells you. Use your common sense instead.
Posted by: annonymous on April 02, 2004

**Tom says:**
UPDATE!
Hi, I posted the earlier message on Feb. 14. This is an update. On Feb. 17 I went to the doctor, and I still had the horrible cough. He listened to my chest, looked at my throat, and in about 2 seconds said "you have bronchitis" and prescribed antibiotics for one week. I believe it was clarithomycin - Biaxin. I took 2 pills an evening with food for 7 days. The cough greatly improved starting on about February 20. Now I still have it but I only cough a few times per hour instead of dozens of times per hour. It seems to be steadily improving. I wonder if it could be whooping cough - pertussis. Anyway, now I don't think the cough was due to the Teflon smoke, but there is a small lingering doubt.

Oh yeah- one other thing-- before I got the cough I was traveling a lot.
Posted by: Tom on March 07, 2004

**Kathy says:**
Has anyone out there come across any literature about Teflon flu being caused from inhaling room-temperature fumes from household cleaning products that contain C8, which is the ammonium perflourooctanoate chemical linked to the problems inherent in Teflon? I am unsure if it is in the paste floor wax that I use, but I often feel pretty rotten (headachy, stuffy, muscle aches) after waxing my floor....
Posted by: Kathy on February 19, 2004

**Tom says:**
Hi,
Like another person who left a message here, I had a cold or flu, so I put some water in a Teflon frying pan and heated it to put some humidity into the air in my apartment. I left the pan on my gas stove at high temperature and left my apartment and forgot about it. The pan boiled dry and the Teflon burned. When I came back, my smoke detector (smoke alarm) was ringing and the room was filled with smoke. A lot of the Teflon had burned off of the pan. I ventilated the apartment and stayed out until the smoke had gone away and the smell was mostly gone, but I did breathe in some smoke. That was about 3 days ago.
At first I felt like I had the flu. I had a slight temperature (99.4 degrees) and I felt tired and had to stay in bed. I had a headache that went away after I took ibuprofen. It's possible that the symptoms were due to my previously-existing cold or flu-- I do not know. Now I feel much better, but I have a terrible violent dry cough. I do not cough up anything. I just keep coughing, about one cough every 2 minutes. Sometimes it's almost uncontrollable, as the other person said. I am not sure it is related to the Teflon smoke. It may just be the cold or flu that I had before burning the Teflon. Now remember, this was Teflon SMOKE. It set off my smoke detector. I had heated the same Teflon pan really hot many times to make popcorn, eggs, etc., and I never felt any ill effects. You can now see big spots where the Teflon burned completely off the pan, probably 8 to 10 square inches.
Posted by: Tom on February 14, 2004

**Alex says:**
TWO WORDS PEOPLE...

STAINLESS STEEL!

CAN'T GO WRONG WITH WHAT NATURE PROVIDES NOW CAN YOU?
Posted by: Alex on January 07, 2004

**Janice Ison says:**
Is there a test I can do at home to test my own teflon pans?
Posted by: Janice Ison on January 06, 2004

**JT Parral says:**
Have had and used for years without a problem. From what I\\\'ve read, the problem arises when one lets the cooking overheat, which is a signal to me of neglect when cooking. While there is an argument that warnings should have been posted, someone also should look into the psychosematic effects felt from this \\\"horrible\\\" product.
Posted by: JT Parral on January 06, 2004

**Maggie Bergeron says:**
I woke up with flu-like symptoms the very next morning after using my new teflon cookware the night before, which was the only thing I had consumed that day. I felt weak with an upset stomach and inner trembling, pain in my muscles and joints, headache and fever. It is now five days later, and I still feel so bad. I will never again use or buy any product containing teflon again
Posted by: Maggie Bergeron on December 17, 2003

**Ann Henson says:**
I have a well known roaster and cooked a couple of pork loins in it Saturday. The roaster got hot enough to blacken the roasts. The next day I started flu like symtoms, sore throat, aches, congestion....and I, too, have fibromyalgia. All of my cookware is Teflon, and it is all going to the DUMPSTER, along with the fancy teflon Roaster that is advertised on television!!! You bet I am going to write DuPont, and will ask all of my friends, coworkers, neighbors to do likewise. We must get them to put caution labels on cookware. I would NEVER HAVE BOUGHT IT had I known the dangers to my family's health. Shame on you DuPont!!!!!!!!!!
Posted by: Ann Henson on December 10, 2003

**Billie B. says:**
I have noticed that everytime I use my teflon pans, I end up feeling like I have the flu. And I do notice an oder if the pans get to hot. Nice to know that someone is putting the heat on teflon to hopfully get it banned. Our lives our to important for this to be ignored!!
Posted by: Billie B. on November 20, 2003

**Bob says:**
If there's even a suggestion that teflon may be causing these problems, and from what I've read, there is, then the logical thing to do would be to stop using it IMMEDIATELY. Save your pans for further scrutiny. Who knows, maybe teflon testing will be the new radon testing for the first decade of the 21st century.
Posted by: Bob on November 17, 2003

**Anne F. Kirman says:**
11/16/03 - Today, I inadvertently caused a teflon pan to overheat until it was extremely blackened/burnt. Had it on the stove and forgot about it. When I smelled the burning, I shut off the
gas, but within 5 min. the fumes were so bad, I had to open windows, doors and turn on the overhead stove fan; it took sometime until the fumes dissipated and my throat has been burning ever since. If it wasn't for the news report recently on teflon, I would never had surmised this condition is a direct result of overheating a teflon pan. Plan to rid my home of all teflon pans and will never purchase another one ever again. Will advise my family to do the same.
Posted by: Anne F. Kirman on November 16, 2003

**Bob Foley says:**
Hey, I knew years ago that this teflon coating could be harmful to us. I noticed how the coating scratches. That's why we are not suppose to use brillo or any abasive cleaning materials on the teflon cookware. So my common sense told me that microscopic pieces of the teflon coating would break up and leach into our food during the cooking process - and that I knew was anything but healthy. If fact it would be poison!
Posted by: Bob Foley on November 15, 2003

**Lidia R delrey says:**
I was diagnosis with Fibromyalgia in 1993. Since that day I have been looking for a reason. Fibromyalgia affects the body by chronic pain, like the Flu-like symptoms. After seeing 20/20, Friday night 11/14/03 about Teflon, I feel that maybe this can be the reason. Fibromyalgia affects an estimated 3.5 million Americans-Women are seven time more likely to develop fibromyalgia than men.
I feel that we cook more than men. I was using Teflon cookware since 1992. My Teflon pan's would peel as I cook my food, and I would eat this food. They do not have a treatment for this illness. We need to look into Teflon chemical, and see if this is the reason for this nightmare. I will have my doctor re-check my blood for this chemical, and hope to find a answer. If you have to keep your birds away from the fumes, how about us human.
Posted by: Lidia R delrey on November 15, 2003

**Fred says:**
Do not wait for the EPA or FDA to eventually issue severe health warnings regarding "Teflon" consumer products. Is the convenience of these products really worth jeopardizing your family and pet's health?? To expect major chemical corporations to inform the public on health risks posed by their products never happens without a public uprising. MY RECOMMENDATION: THROW OUT YOUR TEFLON PANS, GORTEX CLOTHING, AND TRASH YOUR STAINMASTER RUGS. THEN WRITE TO DUPONT TO INFORM THEM OF YOUR ACTIONS. TELL THEM YOU WILL NEVER BUY TEFLON POISONED PRODUCTS AGAIN. The public's interests regarding this serious health threat will finally be taken seriously only when Dupont's stock goes South.
Posted by: Fred on November 15, 2003

**marita says:**
I came home from a trip last week and had a sore throat. I did put a pan on to bil water for humidity in the house. Twice the pan boiled dry .. and the fume were obvious. I have had the worst hacking cough of my life ... that does not respond to the usual treatment - it should have passed in 2-3 days .. its a week later and with some codeine I am coughing less .. but still lots .. almost uncontrollable .. and makes my head feel like it is spliting,. I heard a report on TV tonight about dangers of teflon ... and seems that is part of my problem ... My bedroom in winter holds fumes, and aromas and I think there is still some fumes from ealier .. because I have troulbe going to sleep and staying asleep in my bedroom..
Posted by: marita on November 14, 2003

**Steve Moore says:**
I have been using these products for 20 years now and although they wear out fast I have not had any other complaints with them. I am also one who tends to hover over what I am cooking. I suppose this would mean that I would have not allowed the pan in use to over heat. I also have Revere Wear (Copper Bottom) that seems to never wear out.
Posted by: Steve Moore on November 14, 2003

**Christine Silverman says:**
I believe I got Teflon flu yesterday. I was making poached eggs in a teflon coated pan when I left the room and forgot about it. When I returned, the pan was very overheated, all the water was gone and the teflon was dull. Later I began to be very light headed..so light headed that I had to lie down for the rest of the day. My stomach was queazy and fluttery and I just felt generally bad, I'm still weak today. Strangely, a commercial for a news story coming up this weeek is about Teflon flu, so I went to the internet to do some research and found this. I guess I have it. Yuck!
Posted by: Christine Silverman on November 14, 2003

**Eileen Kavanagh says:**
I noticed that every time I cooked with my non stick cookware as soon as I took it off the burner it produced a chemical odour.
Posted by: Eileen Kavanagh on October 25, 2003

**Ann Zheng says:**
I bought Teflon basic cookware over one year ago. I have been unsatisfied with their product. First, if they had put warning labels on their product, I would not have bought the product. I wish I was disclosed of the risks involved in using this product.
Also, their packages all have $10 rebate on the box, I never got my rebate of $10 even

U.S. Urged to Put Warning Labels on Teflon Cookware

though I went through the trouble to cut out the cardboard of UPC code and the Rebate form. They make it very troublesome to get the rebate back. Secondly, we have had the Basic Edition from Teflon/Dupont for less than two years, the lid already broken, and one of the pans if not functioning properly anymore, any type of food I cook with it, food sticks to the pan all the time, even if I put a lot of oil. My advise is don't get suck into their rebate and cheap tricks. It is not worth your health. My family sometimes suffer shortness of breath, I don't know if that is caused by this product or not. I am angry they mass produce and sell product to the public even though it is harmful to one's health.
Posted by: Ann Zheng on July 04, 2003

Join the Discussion
Note: All Advertisements Will Be Deleted
Name:
Email:
Display my Email Address
Comments:
[Submit]

Legal News Watch Lawyer Directory: LNW Express

All contents copyright © 2004, Condesa, Inc. All rights reserved. Legal News Watch is part of the Condesa Network. Your u: web site constitutes acceptance of the Legal News Watch Privacy Policy and Terms of Use.