Teflon Moulds

# LAB EQUIPMENT STORE

## Teflon Moulds

Moulds for deposited high boiled candies with ejecting pins.

Art.-No: TM 102/5 and TM 102/10 - ORDER FORM

For more information, please contact us at: lab-mach@datasweet.de

[back to list of lab tools]

[back to homepage] - [zurück zur Homepage] - [retour à la page d'accueil] - [vuelta a la página principal]

LAB M
cookers
temperi
forming
pulling
coating
double-
kneader
sizing
rolling
scoring
chewin
extrude

LAB TO
deposit
funnel
silicone
cooking
sugar t
digital
thermo
hand-h
refracto

ANALY
APPAR
viscosi

DataSweet Online GmbH - Dietrich-Bonhoeffer-Str. 31 - 42653 Solingen - Germany - Telephone: +49-(0)-212-3809385 - Fax: +49-(0)-212-380938

Copyright © 2004, DataSweet. All rights reserved.

How does Teflon stick to the pan?

 

She can't wait to show off her new outfit.

Search Cool
Advanced Sea

Trivia   Quizzes   Puzzles   Humor   Entertainment   Fun Pages   Connect

Make a Quiz
☆ JOIN COOL
Login (your email)
Password (forget?)
Lo[

# That Explains It!



Tell a Friend

### If nothing sticks to Teflon - how does Teflon stick to the pan?

Teflon, the non-stick coating used on pots and pans, holds the title in the Guiness Book of World Records as being the slipperiest substance on earth.

Scientifically speaking, **Teflon will not chemically bond to anything, but can be forced mechanically into small nooks and crannies.** This slippery substance adheres to their surfaces once manufacturers sandblast them to roughen them, apply a primer, and embed the Teflon into the primer.



**DuPont scientist, Dr. Roy Plunkett**, accidentally created the recipe for Teflon in 1938, while attempting to produce a better coolant gas than the one currently on the market. In doing so, he toyed with different combinations of gases and, either accidentally or intentionally, left one batch of gasses in a container overnight. Upon arrival at work the following morning, he found that the gasses in the container had "vaporized," and in their stead, found a slippery, waxy solid, which remained intact when exposed to corrosive chemicals which normally eat through things with which they come into contact.

The substance Dr. Plunkett discovered in the container that day was **tetrafluoroethylene (PTFE)**, a solid version of fluorocarbons, or freon. For pronunciation's sake, the doctor shortened the name for the substance to Teflon, but even the abbreviated name failed to nudge DuPont into production of the product.

In fact, DuPont waited until 1948, ten years after Teflon's discovery, before beginning its production for commercial applications.

As DuPont dragged its heels in launching Teflon, a Parisian named **Marc Gregoire** learned of it, and successfully applied it to his fishing tackle to prevent the line from tangling. At his wife's urging, he managed to apply Teflon to her pots and pans, and within several years, this entrepreneur sold in excess of one million Tefal (his name for Teflon) coated pots and pans.

The concept of Teflon coated pots and pans did not stick in America. When UPI reporter Thomas Hardie encountered one of these coated pans, when visiting a friend who had just returned from Paris, he saw a niche in the American market for the slick pots and pans, and immediately contacted Marc Gregoire in Paris. Hardie pitched these pots and pans to every major U.S. manufacturer of cooking utensils to no avail. His next move in his quest for a buyer was to import 3,000 of the pots and pans, with the goal of selling them to all major department stores. Once again, he hit a roadblock until, finally, he convinced a buyer at Macy's Herald Square to take 200 pans off of his hands. All sold within two days, despite a major snowstorm.


$39 to $149 one-way nationwid

SOUTHWEST.CO

Hardie had finally arrived, and could not keep up with the demand for his product. While building a manufacturing plant to produce the product, other manufacturers of pots and pans took advantage of Hardie's moment of silence on the scene, seized the opportunity, and manufactured their own coated pots and pans.

Today, the use of Teflon coating is firmly embedded in America, and extends beyond pots and pans to include bakeware and other kitchen utensils. Hardie's initiative and staying power paid off handsomely.

**View Another Question?**

**Privacy Policy | Copyright Policy | Media Kit | About Us | Help | Make Us Your Homepage**

©Copyright 1999-2004 Cool Quiz Network, Inc. All Rights Reserved

Michigan State University Ext
Home Maintenance and Repair - 01

# Repairing Teflon, Silverstone

Teflon coatings that wear off cannot be repaired at home. They would have to be recoated at very high temperatures in factory processes, which is not economical to do on a single pan.

This article was written by Anne Field, Extension Specialist, Emeritus, with references from DuPont Corporation.

**Go To Top of File**     **Michigan State University Extension Home Page**     **Main Page for this Data Base**

This information is for educational purposes only. References to commercial products or trade names does not imply endorsement by MSU Extension o against those not mentioned. This information becomes public property upon publication and may be printed verbatim with credit to MSU Extension. Reprinting cannot be used to endorse or advertise a commercial product or company. This file was generated from data base 02 on 06/24/03. Data base last revised on 12/04/98. For more information about this data base or its contents please contact cook@msue.msu.edu . Please read our disclaimer for in information about using our site.

OnlineMetals.com - Plastic Teflon Sheet





Username:

Password:

[Login]    REGISTER
(registration not required)

**APPLICATIONS:**
AEROSPACE
DECORATIVE
FREE-MACHINING
MARINE / BOATING
PIPE / TUBE
STRUCTURALS

**SEARCH FOR:** PRODUCT
PROPERTY
SPECIFICATION
PIPE
CLEARANCE

**YOUR INFO:**
YOUR BASKET
YOUR ORDERS

CONTACT US
FAST QUOTE
CUSTOMER SURVEY

FAQ
RAQ
JOBS
PRIVACY POLICY
HELP / T & C

AFFILIATES
PARTNERS

HOME

**RESOURCES**

LINKS
WEIGHT CALCS
FRACTION EQUIVS
MELTING POINTS
HARDNESS TABLE
PIPE SIZES
GALVANIC INFO
NON-US ALLOYS

METALS BOOKS FROM AMAZON.COM



Home

**Need a little help converting decimals to fractions? So do we.**
**You can convert this list to fractions or use our fraction conversion chart**
**See this category displayed in millimeters**

**Click on any item below to view and continue shopping:**

- **0.03125" PLASTIC TEFLON MECHANICAL SHEET**
- **0.0625" PLASTIC TEFLON MECHANICAL SHEET**
- **0.09375" PLASTIC TEFLON MECHANICAL SHEET**
- **0.125" PLASTIC TEFLON MECHANICAL SHEET**
- **0.1875" PLASTIC TEFLON MECHANICAL SHEET**
- **0.25" PLASTIC TEFLON MECHANICAL SHEET**

HOME

Phone-in Orders Welcome!
Phone: (800) 704-2157 OR (206) 285-8603
Fax: (800) 533-6350 OR (206) 285-7836

E-mail
sales@onlinemetals.com
Contact Us

Mailing Address
1138 West Ewing
Seattle, WA 98119

Will-Call and Pickup Information

ALL PRICES SUBJECT TO CHANGE WITHOUT NOTICE
ALL CONTENT © ONLINEMETALS.COM 1999-2004, ALL RIGHTS RESERVED

 **A DIRECTORY OF WONDERFUL THINGS**
suggest a site | home | archives | store | rss | mark | cory | david | xeni | john

Sponsored I

Search Boing Boing:

[Search]

Sponsored by:



Our personal projects:












powered by
Laughing Squid

**Mailing list** Sign up to receive every Boing Boing post by email.


This work is licensed under a Creative Commons License.

### Wednesday, June 16, 2004

**Teflon-coated yarn**
A Norweigan company has shipped a teflon-coated knitting yarn that sheds water and is intended for use in all-weather knitting projects.

> I was curious to see if the fibers would even allow water, being coated with Teflon and all. They did, but not before showing a curious phenomenon: the water lodged itself in the pockets of each stitch, making hundreds of tiny diamond-like bubbles all over the fabric surface.

Link (*Thanks, Miriam!*)
posted by Cory Doctorow at 08:12:59 AM permalink | Other blogs commenting on this post
**$175,000 Mortgage for Under $730/Month**
Mortgage rates are at record lows. Save $1000s on your mortgage payment. Free quotes.
http://www.lowermybills.com







Interested in sponsoring? or click here a text ad.

Boing Boing: Teflon-coated yarn



**Boing Boing Mobile powered by Winksite**

**Our Linking Policy**

Copyright © 2004 Happy Mutants LLC. Some rights reserved. Boing Boing is a trademark of Happy Mutants LLC in the United States [and other countries].

Master Tru-Slide Teflon Soles, Master Bowling Equipment                                                11/1

 

in the continental US*

Order by 3PM ET M-F and ship the same day. Phone Orders: 1.800.441

2004 GIFT GUIDE

 **Shopping Cart** is empty

Help | Returns & Exchanges | Order Status | Questions?

Gift Certificates | The Latest | Closeouts | Top Sellers

Search bowling.com

---

Shop by Category

---

**Bowling Balls**
**Bowling Shoes**
**Bowling Bags**
**Accessories**
**Gloves**
**Wrist Supports**
**Cleaners/Polishes**
**Bowling Towels**
**Bowling Shirts**
**Books/Videos**
**Kids**
**Gifts**

---

Shop by Brand

---

**ABS**
**AMF**
**Bowling.com**
**Brunswick**
**BSI**
**Columbia**
**Dexter**
**Ebonite**
**Etonic**
**Hammer**
**K&R**
**Master**
**Roto-Grip**
**Storm**
**Track**

---

## Master Tru-Slide Teflon Soles

Price: $7.99    Status: Out of stock
                Ships on Arrival



in the Continental USA

[Add to Cart]

**Master Tru-Slide Teflon Soles**

- Slide to higher scores with a scientifically designed bowli shoe sole
- Made from DuPont's non-stick Teflon.
- Fits any size shoe
- Includes adhesive for easy application
- One per package.

**This item is currently out of stock!**
You may still order this item but it will not ship immediately.

**More**

Master Tru-Slide Teflon Soles, Master Bowling Equipment                                                                  11/1(

League Secretary
Bowling Tournaments



**Contact Us**
Call: Toll-free, 1-800-441-BOWL
Or Call: 1-936-560-5522
Email: HelpDept@bowling.com

**Need help?**
Help Summary
Frequently Asked Questions
Our Privacy Policy

**Your Account**
Forgotten your password?
Track recent orders
Returns

🔒 **100% Safe Shopping Guarantee**
Use your credit card at bowling.com with complete confidence. We use state-of-the-art technology to protect your data and secure your transactions.

All Major Cards Accepted

Member of PBA TOUR

Home | Bowling Balls | Bowling Bags | Bowling Shoes | Bowling Accessories | Kids Bowling Suppli

©1999-2004 bowling.com, Inc. All rights reserved.
**bowling.com** is a trademark of bowling.com, Inc.
**The Original X Game** and **Original X Game** are trademarks of bowling.com, Inc.

Bowling - The Original X Game

Teflon Treated Collars, Leads & Harnesses                                              11/1



Enter catalog item # or keyword:

Dogs

Home | Help | My Accou

CHECKOUT

View Cart: 0 Items

**DOG SUPPLIES:** Products for your dog & puppy selected by our veterinarians.

**Search:** ☒ Dogs  ☒ Collars, Leads & Nametags  ☒ Doctors' Specials

# Teflon Treated Collars, Leads & Harnesses

Take a Closer Look





Your dog cannot stain or soil them. Teflon coated nylon resists stains, water, and even foul odors. Adjustable Collars and Harnesses have stainless steel D-rings and plastic quick clips, Leads are 6' long with stainless steel clip. Two-tone checkerboard pattern. Available in Black, Royal Blue, Purple, or Red.

Please click on **"More Information"** for size chart.

*How to Measure Your Pet for a Collar:* Measure dog's neck, then add 2-1/2" to get correct collar size.

**MORE About This Product**
📄 More Information   📄 Color Swatches   📄 Comment on this Product

| Item # | Description | Price | | Qty |
|---|---|---|---|---|
| | | Regular | Special | |
| 9N-12502 | Teflon Treated Nylon Collar (5/8") | $3.99 | $3.19 | |

**Color:** Please Select ---

Add to Cart

| 9N-12836 | Teflon Treated Nylon Collar (3/4") | Regular $4.49 | Special $3.59 | |

**Color:** Please Select ---

Add to Cart

| 9N-12503 | Teflon Treated Nylon Collar (1") | Regular $4.99 | Special $3.99 | |

**Color:** Please Select ---

Add to Cart

| 9N-12505 | Teflon Treated Nylon Harness (3/8") | | $8.99 | |

Teflon Treated Collars, Leads & Harnesses                                                              11/1

**Color:** [ Please Select --- ⬦ ]

[Add to Cart]

9N-12506     Teflon Treated Nylon Harness (3/4")                          $11.99

**Color:** [ Please Select --- ⬦ ]

[Add to Cart]

9N-12507     Teflon Treated Nylon Harness (1")                            $13.99

**Color:** [ Please Select --- ⬦ ]

[Add to Cart]

9N-12504     Teflon Treated Lead (3/4" Single-Ply, 6' long)               $5.99

**Color:** [ Please Select --- ⬦ ]

[Add to Cart]

---

Dog Supplies | Cat Supplies | Fish & Aquarium Supplies | Bird Supplies | Reptile Supplies
Small Pet Supplies | Pond & Backyard Supplies | Wild Bird Supplies | Prescription Products

| **CUSTOMER SERVICE** | **ABOUT DRS. FOSTER & SMITH** | **SERVICES** |
|---|---|---|
| Ordering & Shipping Help | Who We Are | Email Newsletter Sign Up |
| Contact Us | Our Doctors' Products | Catalog Quick Order |
| Call 24/7 at 1-800-381-7179 | History | Request a Catalog |
| Live Help | Meet our Veterinary Staff | Send a Gift Certificate |
| 100% Satisfaction Guaranteed | Visit Our Retail Store | Auto Reship Program |
| Privacy & Security | Customer Comments | Fill Your Pet's Rx |
| How to Use this Site | | Personalized Monogramming |
| Site Map | | Add us to your Favorites |

**Visit Our Family of Websites:** PetEducation.com  LiveAquaria.com  eTropicals.com

Drs. Foster & Smith, Inc. - 2253 Air Park Road, P.O. Box 100 Rhinelander, WI 54501 · Copyright © 1997-2004, Foster & Smith, Inc. All rights reserved. Unauthorized use of any images, thumbnails, illustrations, descriptions, or article content without written permission is strictly prohibited under copyright law. Many of our products are registered trademarks of Foster & Smith, Inc. Tell a Friend About Us | Link to Us