# PLAINTIFF'S ATTACHMENT M

## Part 1

Teflon in the Media

Newspaper Stories from Major U.S. News Sources

| | |
|---|---|
| 1980 to 1989 | 1710 Stories |
| 1990 to 1992 | 1579 Stories |
| 1993 to 1995 | 1863 Stories |
| 1996 to 1998 | 2337 Stories |
| 1999 to 2001 | 2382 Stories |
| 2002 to 2004 | 2555 Stories |

Teflon in the Media

NEXIS
    "Major Newspapers" Directory
        January 1, 1980 to December 31, 1989

1710 Stories

Search - 1710 Results - teflon                                                                                      11/19/0

LexisNexis *Total Research System*        Switch Client | Preferences | Feedback | Live Support | Sign C

| Search | Research Tasks | Search Advisor | Get a Document | Shepard's®        Practice Area Pages | ECLIPSE | H

FOCUS™ Terms [teflon]                                              Go →  FOCUS Options

View: Cite | KWIC | Full | Custom            1 - 50 of 1710 NEXT           Print | Download | Fax | Email
                                        Save As ECLIPSE | Hide Hits

Source: News & Business > News > **Major Newspapers** [i]
Terms: teflon and date(geq (1/1/1980) and leq (12/31/1989))  (Edit Search)

1. Chicago Tribune, December 31, 1989, Sunday, FINAL EDITION, BUSINESS; Pg. 8B; ZONE: N, 728 words, Domed city no pie in sky to developer, By Susan Warner, Knight-Ridder Newspapers
   ... buildings under a **Teflon**-coated, fiberglass atrium.

2. The Toronto Star, December 31, 1989, Sunday, SUNDAY SECOND EDITION, HOME; Pg. E1, 2202 words, Make your move to the new Microwave Ovens, By John Robinson Toronto Star
   ... oven; the bread pan is **Teflon** coated and it will also ...

3. Los Angeles Times, December 28, 1989, Thursday, Home Edition, Special Section; Part S; Page 2; Column 1; Sports Desk, 2347 words, SPORTS: THE NEXT DECADE; TECHNOLOGY; SEARCHING FOR PERFECT FIT WITH DESIGNER GENES; ELLIOTT ALMOND TIMES STAFF WRITER
   ... artificial stapes, a **Teflon** and metal substitute for ...
   ... screws. It is made of **Teflon**-like material, and is four ...

4. Chicago Tribune, December 24, 1989, Sunday, FINAL EDITION, TRANSPORTATION; Pg. 7; ZONE: C; Auto letters, 539 words
   ... a "crosslinking polar **Teflon**-based material." Rather than ...

5. Journal of Commerce, December 21, 1989, Thursday, EXPORTS, Pg. 4B, 4454 words, EXPORT OPPORTUNITIES, Information Supplied by the U.S. Dept. of Commerce
   ... especially made out of **Teflon** and other similar products. ...

6. St. Louis Post-Dispatch (Missouri), December 20, 1989, WEDNESDAY, THREE STAR Edition, EDITORIAL; Pg. 2C, 774 words, THE LEGACY OF THE '80S
   ... wave and a grin, the **Teflon** president was able to ignore or ...

7. The Toronto Star, December 20, 1989, Wednesday, FINAL EDITION, FOOD; Pg. D10, 126 words, Brief zap in micro softens ice cream
   ... dark metal or heavy **Teflon**-lined pan. Bright, ...

8. Los Angeles Times, December 18, 1989, Monday, Home Edition, Part A; Page 1; Column 1; National Desk, 6440 words, COLUMN ONE; SEARCHING FOR THE SOUL OF A DECADE; TH 1980S -- A TIME OF FEELING BETTER. BUT WHAT WILL HISTORY MAKE OF YEARS THAT SAW REAGAN, POVERTY, A WILD STOCK MARKET AND THE IRON CURTAIN'S FALL?, By BARRY BEARAK, TIMES STAFF WRITER
    ... away at the presidential Teflon, when the stock market plunged from the ...

9. The Times (London), December 17 1989, Sunday, Issue 8627., 635 words, Home is where the steel box is; Architecture, HUGH PEARMAN
    ... expect? Bunkers? Pods? Teflon-coated, steel hawser'd ...

10. The Washington Post, December 17, 1989, Sunday, Final Edition, METRO; PAGE C1, 1356 words, Md. Corrections Chief Thrives on Challenges, Howard Schneider, Washington Post Staff Writer, MARYLAND NEWS, FEATURE
    ... members, he has become a Teflon-like presence at the ...

11. The Independent, December 16 1989, Saturday, 1195 words, Freewheeling through Somerset: Andy Bull avoids main roads and other hassles on a well-researched cycle route, ANDY BULL
    ... Episcopi? I tried: Teflon Magna? Pilchard Riesling? ...

12. Los Angeles Times, December 15, 1989, Friday, Orange County Edition, Business; Part D; Page 1; Column 5; Financial Desk, 604 words, FLUOROCARBON OPTS FOR 'FURON' AS IT NEW NAME, By LESLIE BERKMAN, TIMES STAFF WRITER, LAGUNA NIGUEL
    ... Garden, S.T.E.W. (Supplying Teflon EveryWhere), Seals Are Us, ...

13. St. Petersburg Times (Florida), December 15, 1989, Friday, City Edition, CITY TIMES; My View; Pg. 2, 909 words, Baseball's power weaves a sense of community, Tom Lange
    ... Maybe the transition from the sky to Teflon-coated fiberglass will ...

14. St. Petersburg Times (Florida), December 15, 1989, Friday, City Edition, CITY TIMES; Action Pg. 2, 766 words, Medicare getting picky about reimbursements for lift chairs, Judy Garnatz
    ... brush used to clean Teflon pans. Medicare says ...

15. The Boston Globe, December 13, 1989, Wednesday, City Edition, FOOD; Pg. 92 p, 551 words, Survey: What those who dine out like best; Food Stuff, By Gail Perrin, Globe Sta
    ... dark metal or heavy Teflon-lined pan. Bright, ...

16. The Times (London), December 10 1989, Sunday, Issue 8626., 785 words, Gadgets to help the festive fizz; Wine, JOANNA SIMON
    ... corkscrew is the Screwpull, though the Teflon coating on my ...

17. The Washington Post, December 10, 1989, Sunday, Final Edition, STYLE; PAGE F1, 869 words, Putting On the Gloves, TONY KORNHEISER, COLUMN
    ... best shots to stick to the Teflon-coated veteran. Barry is ...

18. The Jerusalem Post, December 8, 1989, Friday, Economic, 1111 words, KOOR BUFFETED BY MORE SHOCKS, Judy Maltz
    ... ways, Israel's own **Teflon** man - departed this week ...

19. The Jerusalem Post, December 8, 1989, Friday, Features, 1915 words, GORBACHEV, THE CANNY LENINIST, David Makovsky
    ... vignette to illustrate Gorbachev's **Teflon** skill at deflecting ...
    ... vignette to illustrate Gorbachev's **Teflon** skill at deflecting ...

20. Chicago Tribune, December 7, 1989, Thursday, NORTH SPORTS FINAL EDITION, FOOD GUIDE; Pg. 12; ZONE: C; The grapevine, 835 words, Putting the best twist on extractin the cork from your favorite wine, By Kristine N. Curry, Copyright 1989 by Kristine N. Curr
    ... cork. The spiral is coated with **Teflon** so that as the handle is turned the ...
    ... last forever. Eventually, the **Teflon** wears off, but that's ...

21. Los Angeles Times, December 7, 1989, Thursday, Home Edition, Food; Part H; Page 34; Column 1 The best wine to give as a gift is one that's no longer available, but so little such wine exists at a reasonable price. One superb one that is available is 1985 Franciscan Cabernet Sauvignon Library Selection, a marvelously structured, deeply flavored wine that I loved a year ago when the winery was selling it for $17. The winery no longer has any, but the Wine Seller in Westlake Village still has a good supply at $21! per case, which makes it just $18.25. This superb wine may be ordered by telephone: (800) 827-9463. The Wine Seller also has a number of older wines including 1981 Sterlin Reserve at $26.40 a bottle. Chilling down a bottle of Champagne for the holidays can be done in the refrigerator (slow method: the door is constantly opening and closing), in the freezer (but it's usually filled and there's no space), or an ice bucket. A number of expensive crystal buckets are available in upscale department stores, but these are a lc more fragile than the aluminum bucket that retails for about $25 to $30. Some of them have the logo of a Champagne house, others are blank. Get one with handles for easy carrying from sink to table. San Francisco-based Wine Appreciation Guild, which specializes in wine books, also carries an attractive aluminum Champagne bucket large enough to accommodate a magnum bottle. The Bourgeat Bucket retails for $30. To order, call the Guild at (800) 231-9463 in California or (800) 242-9462 outside California. Shipping costs average $4. Once that bottle is cold, keep it cold with a Wine Brick. I have seen some terra-cotta versions for $15. The Wine Appreciation Guild has an attractive hand-painted model for $30. A book for wine lovers that offers insight into wine from a different perspective is "Through the Grapevine, the Business of Wine in America," by Jay Stuller and Glen Martin (Wynwood, $19.95). The authors look at variou aspects of the wine business with a healthy skepticism and offer engaging interviews and discussion with some of the industry's more important (but less public) figures. $30 to, 1820 words, ABOUT WINE: WHEN YOU'RE UNSURE WHAT TO GIVE, By DAN BERGER, TIMES WINE WRITER
    ... It features a **Teflon**-coated helix and a ...

22. Newsday (New York), December 6, 1989, Wednesday, ALL EDITIONS, PART II; Pg. 2, 122 words, New This Week
    ... Washington, "the first American **Teflon** statesman." The Fifth Essence: The ...

23. Los Angeles Times, December 5, 1989, Tuesday, San Diego County Edition, Metro; Part B; Page 1; Column 6; Metro Desk, 1019 words, CENTER MUST EXPAND FAST, REPORT SAYS; CONVENTIONS: TO KEEP PACE WITH COMPETITORS, THE JUST-OPENED SAN DIEGO COMPLEX WILL HAVE TO PROVIDE MORE SPACE AND AMENITIES FOR A GROWING CLIENTELE., By ARMANDO ACUNA, TIMES STAFF WRITER
    ... San Diego center's Teflon-coated tents might be ...

24. The New York Times, December 3, 1989, Sunday, Late Edition - Final, Section 8; Page 9, Column 2; Sports Desk, 770 words, ABOUT CARS; Testing Variable Fuel Vehicle, By MARSHALL SCHUON
    ... made of stainless steel. There are Teflon hoses, special fuel ...

25. Newsday (New York), December 3, 1989, Sunday, ALL EDITIONS, PART II; KIDSDAY; Pg. 4, 463 words, KIDS IN THE KITCHEN, By Drew La May. Kidsday Staff Reporter; By Ben Perri. Kidsday Staff Reporter
    ... inch cast-iron or Teflon skillet on moderately ...

26. The Toronto Star, December 2, 1989, Saturday, SATURDAY SECOND EDITION, STARWEEK; Pg. S8, 546 words, Childhood pal tells Short stories on Marty My favorite Martin, By Libby Stephens
    ... something. Settle down." The Teflon teen had struck again and ...

27. The Advertiser, December 1, 1989 Friday, 473 words, Saw savvy makes job easier, DAVE ALLEN
    ... saws also come with a teflon-coated finish to help ...

28. The New York Times, November 30, 1989, Thursday, Late Edition - Final, Section A; Page 22, Column 4; National Desk, 594 words, The Capital Wonders Again At Mayor Barry and Drugs, By B. DRUMMOND AYRES Jr., Special to The New York Times, WASHINGTON, Nov 29
    ... seems made of legal Teflon when it comes to questions of ...

29. Newsday (New York), November 29, 1989, Wednesday, NASSAU AND SUFFOLK EDITION, PART II; Pg. 9 Other Edition: City Pg. 7, 324 words, TV SPOTS, By Ben Kubasil
    ... episodes among Washington's Teflon-coated politicians. His assignment from ...

30. St. Louis Post-Dispatch (Missouri), November 28, 1989, TUESDAY, FIVE STAR Edition, EVERYDAY MAGAZINE; Pg. 7, 1667 words, HELP YOURSELF!
    ... parts . I have a Teflon-coated, 3-space ...

31. Chicago Tribune, November 26, 1989, Sunday, CITY EDITION, CHICAGOLAND; Pg. 1; ZONE C, 1108 words, Daley puts up dukes - like his dad, By R. Bruce Dold and Jean Latz Griffin
    ... won't prove to be a Teflon mayor. The confrontation at ...

32. Newsday (New York), November 25, 1989, Saturday, ALL EDITIONS, PART II; PETS; Pg. 4, 643 words, Beware of Hazards To Your Pet's Safety, S. A. Marcus
    ... issued about the use of Teflon-coated pans. An ...

33. Chicago Tribune, November 24, 1989, Friday, NORTH SPORTS FINAL EDITION, FRIDAY; Pg 93; ZONE: CN; COMPUTER GAMES, 1563 words, Computers have grown smaller but are still big players, By Dennis Lynch
    ... toys - such as amyl nitrate and **teflon** bullets - to pull this caper ...

34. Newsday (New York), November 24, 1989, Friday, CITY EDITION, WEEKEND; Pg. 35, 657 words, Restaurant Madness Is Alive and Well, By Irene Sax
    ... Leone's. There's one called "**Teflons,**" of restaurants such as Adams Rib, ...

35. Los Angeles Times, November 22, 1989, Wednesday, San Diego County Edition, Metro; Pa B; Page 1; Column 3; Metro Desk, 612 words, CONVENTION CENTER TO THROW PUBLIC PARTY, By ARMANDO ACUNA, TIMES STAFF WRITER
    ... under the center's distinctive **Teflon**-coated tent roof. ...

36. Chicago Tribune, November 19, 1989, Sunday, FINAL EDITION, TEMPO; Pg. 8; ZONE: C, 1569 words, Filling preemies' lungs with liquid may be answer to respiratory distress, By Richard Saltus, Boston Globe
    ... inert fluids to liquid **Teflon**. "You would know it's not ...

37. Los Angeles Times, November 19, 1989, Sunday, San Diego County Edition, Metro; Part B; Page 1; Column 2; Metro Desk, 2912 words, CONVENTION CENTER TO OPEN, AT LAST; DEVELOPMENT: AFTER MANY DELAYS, THE PUBLIC WILL SEE SAN DIEGO'S LONG-AWAITED DOWNTOWN SHOWPIECE THE DAY AFTER THANKSGIVING. WAS IT WORTH TH WAIT? SUPPORTERS THINK SO, AND BOOKINGS HAVE EXCEEDED EXPECTATIONS., By ARMANDO ACUNA, TIMES STAFF WRITER
    ... 110 feet from the ground and **Teflon**-coated tents covering ...
    ... fields; the $6 million **Teflon**-tent area covers ...

38. Sunday Mail (SA), November 19, 1989 Sunday, 696 words, Fishing around for old tackle, BARBARA PAGE
    ... non-stick type (**teflon** coated), model SK- ...

39. Sunday Mail (SA), November 19, 1989 Sunday, 551 words, Losing kilos the Funge way
    ... cooking techniques using **Teflon** pans, the wok and dry ...

40. The New York Times, November 18, 1989, Saturday, Late Edition - Final, Section 1; Page 36, Column 5; Financial Desk, 340 words, Patents; Beyond 'Sitting Machines', By Edmun L. Andrews, WASHINGTON
    ... inside of the frame are coated with **Teflon**. The inventor said a ...

41. St. Petersburg Times (Florida), November 18, 1989, Saturday, City Edition, EDITORIAL; LETTERS; Pg. 27A, 2173 words, Thinkers will prefer the tax alternative
    ... problems being experienced with the **Teflon** sliding    surfaces of the bearings are the ...
    ... in your article. The    **Teflon** surfaces on a ...
    ... it is true that we recommend that the **Teflon** be recessed, the    specifications issued ...

42. St. Louis Post-Dispatch (Missouri), November 17, 1989, FRIDAY, THREE STAR
    Edition, EDITORIAL; Pg. 3F, 814 words, ATWATER'S STRATEGY HURTING BUSH,
    GOP, Robert Maynard
    ... Reagan left office as the Teflon president. The problem is that all ...

43. St. Petersburg Times (Florida), November 16, 1989, Thursday, City Edition, TAMPA BAY AND
    STATE; Pg. 5B, 409 words, Skyway damage is limited, JANE MEINHARDT, ST.
    PETERSBURG
    ... eight bearings consist of Teflon pads that act as cushions   ...

44. St. Louis Post-Dispatch (Missouri), November 14, 1989, TUESDAY, FIVE STAR
    Edition, EVERYDAY MAGAZINE; Pg. 8D, 2654 words, HELP YOURSELF! COLUMN
    ... I buy a Teflon-coated, 3-space ...

45. Chicago Tribune, November 13, 1989, Monday, NORTH SPORTS FINAL
    EDITION, CHICAGOLAND; Pg. 1; ZONE: C, 651 words, Police seek FBI aid in Munster
    double slaying, By John Lucadamo and Ronald Koziol
    ... lead projectiles and powdered Teflon. On impact, this bullet "does ...

46. The Washington Post, November 10, 1989, Friday, Final Edition, SPORTS; PAGE C3, 301
    words, AROUND THE DIAL, Norman Chad, NATIONAL NEWS
    ... Game," refers to Cosell as the "Teflon man" in the November ...

47. Newsday (New York), November 8, 1989, Wednesday, CITY EDITION, VIEWPOINTS; Pg. 72
    Other Edition: City Pg. 76, 573 words, The Message Of the Election; By picking Dinkins
    the city sends a clear signal about what it wants to be
    ... heard to mumble the word "teflon." Dinkins may surprise ...

48. Chicago Tribune, November 6, 1989, Monday, NORTH SPORTS FINAL
    EDITION, PERSPECTIVE; Pg. 19; ZONE: C, 477 words, First it was Teflon and now it's
    Velcro for Ron and Nancy, Russell Baker, (copyright) 1989, New York Times News Servi(
    ... Everybody knows about his Teflon, how it prevents ...
    ... itself onto his Velcro, since his Teflon would protect him from all criticism. ...
    ... man composed partly of Teflon and partly of Velcro has enough to ...

49. The Guardian (London), November 6, 1989, 147 words, Quote
    Everybody knows about his Teflon, how it prevents ...

50. The Guardian (London), November 6, 1989, 2224 words, The Monday Profile: Light and
    shade of brothers in lore - South Africa's best hope for reform may lie with the brothers
    De Klerk - FW, the politician, and Wimpie, the intellectual. But though sharing
    'enlightenment' they are divided by approach Can they get their act together?, By DAVI
    BERESFORD
    ... well described as 'the ultimate Teflon politician' - the man to whom nothing ...

Search - 1710 Results - teflon

11/19/0

View: Cite | KWIC | Full | Custom       1 - 50 of 1710  NEXT       Print | Download | Fax | Email

Save As ECLIPSE | Hide Hits

Source: News & Business > News > Major Newspapers
Terms: teflon and date(geq (1/1/1980) and leq (12/31/1989)) (Edit Search)
View: Cite
Date/Time: Friday, November 19, 2004 - 10:37 AM EST

Search | Research Tasks | Search Advisor | Get a Document | Shepard's ®
Eclipse ™ | History | Delivery Manager | Practice Area Pages | Switch Client | Preferences | Feedback | Sign Off | Help
About LexisNexis | Terms and Conditions

Copyright © 2004 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Teflon in the Media

NEXIS
    "Major Newspapers" Directory
        January 1, 1990 to December 31, 1992

1579 Stories

Search - 1579 Results - teflon                                                                         11/22/0



Switch Client | Preferences | Feedback | Live Support | Sign C

Search \ Research Tasks \ Search Advisor \ Get a Document \ Shepard's®                    Practice Area Pages | ECLIPSE  | H

FOCUS™ Terms |teflon                                                        Go → FOCUS Options.

View: Cite | KWIC | Full | Custom              1 - 50 of 1579 NEXT              Print | Download | Fax | Email |
                                             Save As ECLIPSE | Hide Hits

Source: News & Business > News > **Major Newspapers** [i]
Terms: teflon and date(geq (1/1/1990) and leq (12/31/1992)) (Edit Search)

1. Newsday (New York), December 31, 1992, Thursday, NASSAU AND SUFFOLK
   EDITION, NEWS; Pg. 21 Other Edition: City Pg. 28, 493 words, Newsday Student Briefin
   Page on the News, Bill Zimmerman, editor. Lynda Rubin, Page researcher, STUDENT;
   YEAR; 1992; MOTHER; CHILDREN; WORLD
   ... racketeering and murder, the [INCHES]Teflon Don [INCHES] got ...

2. Star Tribune (Minneapolis, MN), December 31, 1992, Metro Edition, Sports; Pg. 5C, 921
   words, Redskins say it is time to stand up and be counted, Steve Aschburner; Staff
   Writer
   ... limp back under the Teflon bubble as a battered, ...

3. The Irish Times, December 30, 1992, CITY EDITION, WORLD REVIEW; LATIN AMERICA; Pg
   13, 1567 words, Neo-liberal experiment begins to show strain, David Shanks
   ... take over. Argentina's "Teflon" president was accused in ...

4. Newsday (New York), December 29, 1992, Tuesday, CITY EDITION, NEWS; Pg. 19, 787
   words, Peeling the Onion; Rise and fall of Johnny Eng, By Peg Tyre. STAFF
   WRITER, JOHNNY ENG; DRUG; SMUGGLING; CONVICTION; SENTENCE; PROFILE
   ... covered in the same Teflon that protected crime boss ...
   Photo-TEFLON GONE. Johnny (Onionhead) ...

5. The Herald (Glasgow), December 28, 1992, Pg. 18, 1046 words, Tough neighbourhood may
   elect paratrooper rather than prince, Roy Towers, Foreign Editor
   ... smooth performer that he is reputed to be Teflon-coated. The object of their desire
   is ...

6. Herald Sun, December 28, 1992 Monday, 1214 words, THE WAY OF THE
   WORLD, MCDONNELL D
   ... GOTTI: New York's "Teflon Don" finally found ...

7. The Times, December 28, 1992, Monday, Business, 2078 words, Billion-dollar man who
   came in from the cold, Matthew Bond
   ... forward Norman Lamont. Teflon Non-stick Award. To ...

Search - 1579 Results - teflon                                                                                    11/22/\

8. Chicago Sun-Times, December 27, 1992, SUNDAY, LATE SPORTS FINAL, FOOD; Pg. 10; SC, 1279 words, Crepes Can Make Simple Meal Elegant or Elegant Meal Simply, Jo Ellen O'Hara
   ... American cooking," recommended Teflon-lined frying pans, ...
   ... plastic if cooking in Teflon), a wire whisk or ...

9. The Independent (London), December 27, 1992, Sunday, BUSINESS ON SUNDAY NEWS PAGE; Page 3, 1653 words, A year best forgotten, By RICHARD THOMSON
   ... Among the unlucky businessmen, "Teflon" Tom Frost stepped ...

10. The New York Times, December 27, 1992, Sunday, Late Edition - Final Correction Appended, Section 3; Page 1; Column 2; Financial Desk, 977 words, The Winners and (Many) Losers of '92, By FLOYD NORRIS
    ... no awards ceremony. Teflon Award

11. Orlando Sentinel (Florida), December 27, 1992 Sunday, 3 STAR, INSIGHT; Pg. G4, 960 words, AN ALMANAC OF THE YEAR'S TOP STORIES; FROM THE FAR REACHES OF THE GLOBE TO OUR OWN BACK YARDS, THE WINDS OF ; POLITICAL CHANGE, THE RAGE OF INTOLERANCE AND THE FURY OF MOTHER NATURE ; LEAVE THEIR MARK IN 1992.;
    ... killing white people. TEFLON DON. New York ...

12. The Toronto Star, December 27, 1992, Sunday, FINAL EDITION, NEWS; Pg. F1, 934 words, Altered States, BY LINDA DIEBEL TORONTO STAR, WASHINGTON
    ... more. Are Baker's days as "Teflon Man" coming to an ...

13. The Toronto Star, December 27, 1992, Sunday, SUNDAY SECOND EDITION, NEWS; Pg. F1, 939 words, Altered States, by Linda Diebel TORONTO STAR, WASHINGTON
    ... more. Are Baker's days as "Teflon Man" coming to an ...

14. The Jerusalem Post, December 24, 1992, Thursday, Features, 579 words, LOW-CALORIE VEGETARIAN FOOD WITH A BEEFED-UP NAME, Martha Meisels
    ... YOU'VE ALL heard of Teflon as a non-stick ...

15. The Guardian (London), December 21, 1992, THE GUARDIAN TABLOID PAGE; Pg. 4, 323 words, GUILTY 1992
    ... Desiree Washington. John "Teflon Don" Gotti: given ...

16. Herald Sun, December 21, 1992 Monday, HERALD BUSINESS; Pg. 33, 470 words, American Express left behind, MCKENNA J
    ... who was quietly called the Teflon chief executive, appears to have ...

17. SUNDAY MAIL (QLD), December 20, 1992 Sunday, 808 words, MY WORD!, SCOTT S
    ... a tousled look. Teflon politician: One able to ...

18. Herald Sun, December 19, 1992 Saturday, 1232 words, WATER-TIGHT WAY TO SPRAY, HITCHINGS B
    ... cheaper and easier to work with. Teflon tape for sealing ...

19. The Houston Chronicle, December 18, 1992, Friday, 2 STAR Edition, A; Pg. 17, 956 words, HUD position gives Cisneros a new lease on his political life, R.G. RATCLIFFE, Houston Chronicle Austin Bureau; Staff
   ... man who was called ""the Teflon mayor" appears to have survived the ...

20. Los Angeles Times, December 18, 1992, Friday, Orange County Edition, View; Part E; Page 1; Column 2; View Desk, 782 words, HE SAID, SHE SAID / PATRICK MOTT AND ANN CONWAY: TOSSING OUT A COUPLE OF SUGGESTIONS TO CLOTHES THE YEAR, By PATRICK MOTT and ANN CONWAY
   ... parka made out of that Teflon-like material that turns you into ...

21. St. Petersburg Times (Florida), December 18, 1992, Friday, City Edition, NATIONAL; DIGEST; Pg. 13A, 513 words, Drug companies indicted in pricing, WASHINGTON; SAN FRANCISCO LONDON
   ... can be substituted with plastic, Teflon or stainless steel, which don't ...

22. The Straits Times, December 18, 1992, Comment/Analysis; Pg. 34, 1720 words, Is having 4 more Opposition MPs worth such a setback to S'pore?, Cheong Yip Seng
   ... PM is unstinting? Is their credibility teflon-protected should the PAP lose? The ...

23. The Boston Globe, December 17, 1992, Thursday, City Edition, AT HOME; Pg. A5, 837 words, Keeping aluminum skillets clean and shiny; Handyman On Call / PETER HOTTON, By Peter Hotton, Globe Staff
   ... don't try this on Teflon-coated pans. Q. Do you ...

24. Journal of Commerce, December 16, 1992, Wednesday, FOREIGN TRADE, Pg. 4B, 1280 words, EXPORT OPPORTUNITIES, Information Supplied by the U.S. Dept. of Commerce
   ... Emirates - Agency   3902205 Teflon products Product data: ...
   ... Specifications/technical data: Teflon to be used in coating ...

25. Los Angeles Times, December 16, 1992, Wednesday, Southland Edition, Sports; Part C; Page 9; Column 5; Sports Desk, 713 words, COLLEGE BASKETBALL; SYRACUSE PLAYERS NOT LETTING BAN GET THEM DOWN, By DON MARKUS, THE BALTIMORE SUN, SYRACUSE N.Y.
   ... believe that Syracuse has become the Teflon team of college basketball. "The ...

26. The Seattle Times, December 16, 1992, Wednesday, Final Edition, NORTHWEST; Pg. B5, 962 words, LEGISLATIVE OFFENDERS STILL WIELDING POWER IN OLYMPIA -- ILLEGAL DUTIES FOR CAMPAIGNS PROMPT FINES, BY BARBARA A. SERRANO, OLYMPIA
   ... I believe they buy Teflon by the carload and wrap ...

27. Chicago Sun-Times, December 14, 1992, MONDAY, LATE SPORTS FINAL, SPORTS; Pg. 90, 478 words, Busy Time of Year For Illini's Tepper; Bowl Appearance Luring Recruits, J A. Adande
   ... in the "bubble," a Teflon dome placed over ...

28. USA TODAY, December 14, 1992, Monday, FINAL EDITION, NEWS; Pg. 10A, 758 words, After giant leaps, down to Earth // 20 years ago, Apollo vision ended, Paul Hoversten
    ... circuitry and miniaturized computers to Teflon and Velcro - and gave the nation ...

29. The New York Times, December 13, 1992, Sunday, Late Edition - Final, Section 9; Page 4; Column 3; Styles of The Times, 240 words, EGOS & IDS; NOTES, By Degen Pener
    ... working on a Teflon dress," she said at the ...

30. The San Francisco Chronicle, DECEMBER 9, 1992, WEDNESDAY, FINAL EDITION, NEWS; Pg. A18, 465 words, Surprise Testimony in Conspiracy Case Palo Alto detective says daughter talked of contract killi, Michael McCabe, Chronicle Staff Writer
    ... several plastic handcuffs, Teflon tape, knives, detailed ...

31. St. Petersburg Times (Florida), December 9, 1992, Wednesday, City Edition, COMMUNITY TIMES; ACTION; Pg. 6, 845 words, Cone-shaped control tower is an 'architectural icon', JUDY GARNATZ
    ... cone - fabric-coated Teflon through which electronic signals ...

32. St. Petersburg Times (Florida), December 9, 1992, Wednesday, City Edition, LARGO-SEMINOLE TIMES; ACTION; Pg. 9, 713 words, Cone-shaped control tower is an 'architectural icon', JUDY GARNATZ
    ... cone - fabric-coated Teflon through which electronic signals ...

33. Newsday (New York), December 8, 1992, Tuesday, NASSAU AND SUFFOLK EDITION, BUSINESS; Pg. 41 Other Edition: City Pg. 37, 680 words, Robinson's Teflon Wears Thin; Charm, PR can't make up for Am Ex' share price, By Edward R. Silverman an Karen Rothmyer. STAFF WRITERS. Jerry Morgan contributed to this story, QUOTE; DISQUE DEANE; AMERICAN EXPRESS; JAMES ROBINSON; EXECUTIVE; DISMISSALS
    ... world to say that he was made of Teflon. But some of the mess ...

34. Financial Times (London,England), December 7, 1992, Monday, Pg. 19, 1784 words, A corporate titan forged from plastic: American Express's chief executive, By ALAN FRIEDMAN
    ... man once known as the 'Teflon' chairman found himself ...

35. The Seattle Times, December 7, 1992, Monday, Final Edition, NEWS; Pg. A1, 800 words, EAGLE LEAVING ZOO FOR WILD, BUT IT WILL KEEP IN TOUCH, BY LEE MORIWAKI
    ... attached to the eagle's back with Teflon straps, held together ...

36. Chicago Tribune, December 6, 1992, Sunday, FINAL EDITION, BUSINESS; Pg. 1; ZONE: W, 1406 words, Small business grows into a major player, By Wilma Randle
    ... a few items: "Teflon, the zipper, the artificial heart ...

37. Chicago Tribune, December 6, 1992, Sunday, FINAL EDITION, SPORTS; Pg. 19; ZONE: C; METRO SPORTS. Recruiting, 753 words, Big 10's drop in football power hasn't turned off Illinois preps, By Paul Sullivan
    Is the Big 10 the Teflon conference when it comes to ...

Search - 1579 Results - teflon                                                                                                                                11/22/04

38. The Houston Chronicle, December 6, 1992, Sunday, 2 STAR Edition, A; Pg. 10, 687 words, Science fiction fantasy becomes fact in bionics, SHERYL STOLBERG; Los Angeles Times
    ... hair and insulated in Teflon -- run underneath the young ...

39. The New York Times, December 6, 1992, Sunday, Late Edition - Final, Section 9; Page 12; Column 3; Styles of The Times, 1443 words, All-Consuming Art, By JOAN KRON
    ... mundane." Coinages like "Teflon candidate," "McPaper," the "Edsel of" ...

40. The Irish Times, December 04, 1992, CITY EDITION, ELECTION 1992; WEATHER EYE; Pg. 4, 975 words, 'Slick spin-doctors' share the blame for FF fall from grace Political reporter Deaglan de Breadun, writes on the general election "inquest" held behind closed doors by the Fianna Fail parliamentary party, Deaglan de Breadun, Political reporter
    ... Fail when Dick Spring's "Teflon" image wore thin. The ...

41. Newsday (New York), December 3, 1992, Thursday, NASSAU AND SUFFOLK EDITION, NEWS; Pg. 21, 724 words, Departing U.S. Attorney Left His Mark, By Robert E. Kessler. STAFF WRITER. Pete Bowles contributed to this story., UNITED STATES; LAWYERS; RESIGNATION; RETIREMENT; ANDREW MALONEY; APPOINTMENTS; PROFILE; MARY JO WHITE
    ... two years to see the "Teflon Don" judged guilty ...

42. Newsday (New York), December 3, 1992, Thursday, CITY EDITION, NEWS; Pg. 24, 486 words, Maloney Quitting; Cooked Teflon Don, By Pete Bowles. STAFF WRITER, RESIGNATION; ANDREW MALONEY; JOHN GOTTI; ORGANIZED CRIME; MARY JO WHITE; DANIEL PATRICK MOYNIHAN; BILL CLINTON; APPOINTMENTS; PROFILE
    ... see the so-called "Teflon Don" judged guilty ...

43. The Boston Globe, December 2, 1992, Wednesday, City Edition, LIVING; Pg. 47, 1350 words, STOCKING MADNESS; Finding a pair that won't run is sheer frustration, By Barbara Carton, Globe Staff
    ... might help - you know, Teflon or titanium or something? We know ...

44. THE DALLAS MORNING NEWS, November 30, 1992, Monday, HOME FINAL EDITION, EDITORIALS; EDITORIALS; Pg. 14A, 1176 words, THE SPACE CHALLENGE; There are practical reasons to continue program
    ... a range of items, such as: Teflon coatings.

45. Los Angeles Times, November 30, 1992, Monday, Home Edition, Part A; Page 1; Column 1; Metro Desk, 2677 words, COLUMN ONE; REWIRING THE MIND AND BODY; BIONIC DEVICES ARE MOVING FROM THE PAGES OF SCIENCE FICTION INTO THE LIVES OF THE DEAF, BLIND AND PARALYZED. TODAY'S TECHNOLOGY IS CRUDE, BUT THE FUTURE IS PROMISING., By SHERYL STOLBERG, TIMES MEDICAL WRITER
    ... human hair and covered with Teflon -- run underneath the woman's ...
    ... much electricity is too much. Teflon, they have learned, works well ...

46. Los Angeles Times, November 29, 1992, Sunday, Home Edition, Part A; Page 3; Column 2; Metro Desk, 454 words, HISTORY HAS ITS PRICE AT REAGAN LIBRARY GIFT SHOP, By PHIL SNEIDERMAN, TIMES STAFF WRITER, SIMI VALLEY

47. <u>Los Angeles Times</u>, November 27, 1992, Friday, Ventura County Edition, Metro; Part B; Page 1; Column 2, 1175 words, SHOPPERS BUY ONE FOR THE GIPPER; REAGAN LIBRARY: GIFT STORE IS FULL OF MEMORABILIA HONORING THE FORMER PRESIDENT. SALES STAFF EXPECTS A BUSY HOLIDAY SEASON., By PHIL SNEIDERMAN, TIMES STAFF WRITER
   ... In some circles, the **Teflon** President is finally getting ...

48. <u>The New York Times</u>, November 27, 1992, Friday, Late Edition - Final, Section D; Page 6; Column 1; Sports Desk, 969 words, SOCCER; To Practice for 1994, A U.S. Cup Next June, By FILIP BONDY
   ... facility, covered with a **Teflon**-coated fabric similar to that ...

49. <u>The San Francisco Chronicle</u>, NOVEMBER 26, 1992, THURSDAY, FINAL EDITION, NEWS; Pg. A26, 610 words, Palo Alto Doctor Sees Daughter Behind Death Plot He says she suffers delusions of sex abuse and, Michael McCabe, Chronicle Staff Writer
   ... knives, ski masks, **Teflon** tape and several packages of ...

50. <u>The Atlanta Journal and Constitution</u>, November 25, 1992, Wednesday, 925 words, Letters to the Editor GOP must again become party of ideas, TONY DRAKE, Alpharetta
   ... Willie Horton ad or the "**Teflon**" coating of Reagan for their ...

View: Cite | KWIC | Full | Custom        1 - 50 of 1579 NEXT>         Print | Download | Fax | Email |
                                         Save As ECLIPSE | Hide Hits

Source: News & Business > News > Major Newspapers [i]
Terms: teflon and date(geq (1/1/1990) and leq (12/31/1992)) (Edit Search)
View: Cite
Date/Time: Monday, November 22, 2004 - 10:10 AM EST

Copyright © 2004 LexisNexis, a division of Reed Elsevier Inc. All rights reserved