# PLAINTIFF'S ATTACHMENT M

## Part 2

Teflon in the Media

NEXIS
    "Major Newspapers" Directory
        January 1, 1993 to December 31, 1995

1863 Stories

Search - 1863 Results - teflon                                                                     11/22/0



LexisNexis *Total Research System*

Switch Client | Preferences | Feedback | Live Support | Sign O

Search | Research Tasks | Search Advisor | Get a Document | Shepard's®            Practice Area Pages | ECLIPSE | H

FOCUS™ Terms [teflon]                                            Go →  FOCUS Options

View: Cite | KWIC | Full | Custom          ◄ 1 - 50 of 1863 NEXT ►           Print | Download | Fax | Email |
                                           Save As ECLIPSE | Hide Hits

Source: News & Business > News > Major Newspapers [i]
Terms: teflon and date(geq (1/1/1993) and leq (12/31/1995)) (Edit Search)

1. Sunday Times, December 31, 1995, Sunday, Features, 860 words, A material world, Nilgin Yusuf
   ... Fred Perry, and Pringle. **Teflon**: Out of the frying pan and into ...
   ... water. Manufacturers using **Teflon** include Burberry, Mulberry and ...

2. Chicago Tribune, December 31, 1995 Sunday, CHICAGOLAND FINAL EDITION, WOMANEWS; Pg. 1; ZONE: C, 3221 words, 1995: ONE STEP FORWARD, ONE BACK; THE YEAR OF ANY WOMAN BROUGHT OUT THE BEST IN US -- AND THE WORST, By Barbara Brotman, Tribune Staff Writer.
   ... dubbed Ronald Reagan the "**Teflon** president" and has derided Gingrich ...

3. THE DAILY TELEGRAPH MIRROR, December 30, 1995 Saturday, 954 words, Wallaby wedding
   ... for Atlanta which are made of **teflon**, the same stuff frying ...

4. The Independent (London), December 30, 1995, Monday, SPORT; Page 19, 891 words, Frank Bruno receives the Robert the Bruce's spider award for admirable persistence in the face of all available evidence, Jim White ON SATURDAY
   ... item of sporting kit. The **Teflon** title for being ...

5. The Herald (Glasgow), December 28, 1995, Pg. 15, 1188 words, The poisoned pen signs off for another year, Ian Bell
   ... How, if nothing sticks to **Teflon**, do they make **Teflon** stick to the pan? Why, if black ..

6. Newsday (New York), December 28, 1995, Thursday, NASSAU AND SUFFOLK EDITION, GARDENS & HOME; Pg. B23, 431 words, DESIGN & DECOR / What to Do With a TV Wall Unit, Beth Sherman. Beth Sherman is a free-lance writer, COLUMN; ADVICE; INTERIOR DESIGN
   ... water applied with a **Teflon** pad that won't scratch the ...

7. St. Louis Post-Dispatch (Missouri), December 28, 1995, Thursday, FIVE STAR LIFT Edition, STYLE WEST; Pg. 1, 1367 words, THE BLEND TREND; FABRICS ARE THE NEWEST THING IN FASHION, Becky Homan Post-Dispatch Fashion Editor Photos by Odell Mitchell Jr. Of the Post-Dispatch Staff
   ... for winter? Or finding **Teflon** incorporated into your husband's ...
   ... other synthetics are up to: - **Teflon** once only coated ...
   ... a fabric protector, **Teflon** also coats wool fibers ...
   ... year is a line of **Teflon**-protected separates for ...
   ... a spokeswoman for **Teflon's** maker, DuPont, **Teflon** had only been tried in ...
   TEFLON INC (78%):

8. Los Angeles Times, December 27, 1995, Wednesday, Home Edition, Life & Style; Part E; Page 2; View Desk, 466 words, LAUGH LINES; PUNCHLINES
   ... entirely of glass, stucco and Teflon." Paul Steinberg, on the ...

9. The San Francisco Chronicle, DECEMBER 27, 1995, WEDNESDAY, FINAL EDITION, DAILY DATEBOOK; Pg. D1, 947 words, TV Show Takes A Positive Spin KQED's 'Life' looks at coping with HIV, EDWARD GUTHMANN, Chronicle Staff Writer
   ... yourself a little Teflon coating. It's not that you ...

10. The Toronto Sun, December 27, 1995, Wednesday,, Final EDITION, EDITORIAL/ OPINION,, Pg. 11, 662 words, INVECTIVE POSING AS DEBATE, JOHN DOWNING
    ... months ago. Once the Teflon peels, the heat really penetrates. ...

11. Chicago Tribune, December 27, 1995 Wednesday, NORTH SPORTS FINAL EDITION, SPORTS; Pg. 6; ZONE: N; On the outdoors., 798 words, CONVICTION CREATE! STICKY SITUATION FOR 'TEFLON DON', John Husar.
    ... Don Gasparini of Rockford "Teflon Don" for nothing. ...
    ... proper tag. While "Teflon" Don's assertion may ...

12. The Advertiser, December 25, 1995 Monday, 735 words, STRESSED-OUT SANTA STRUGGLES ON, KERRY CUE
    ... inner chimney walls with teflon. Santa also suffers heat ...

13. The Independent (London), December 24, 1995, Sunday, FEATURES; Page 28, 1569 words, Quiz OF THE YEAR;= 1995; Good deeds, evil thoughts, great achievements, disastrous failures;exactly how many of this year's newsworthy - and not so newsworthy - events can you still remember? Andrew Baker asks: who did what, where, when, how and why? The answers are on page 48, ANDREW BAKER
    ... ART 1 Who did Teflon Tim unveil in ...

14. Los Angeles Times, December 24, 1995, Sunday, Orange County Edition, Part A; Page 1; Metro Desk, 321 words, ORANGE COUNTY NEWSWATCH, By Zan Dubi; Davan Maharaj, ACE CHAP; April Jackson
    TEFLON COUNSEL: Grand jury ...

15. Orlando Sentinel (Florida), December 24, 1995 Sunday, METRO, BUSINESS; Pg. H1, 836 words, RESEARCHERS ANSWER CALL FOR COATINGS; HIGH-TECH COMPANIES ARE SEARCHING FOR "THE NEXT TEFLON" FOR A LARGE NUMBER OF SPECIALIZED USES., By Richard Burnett of The Sentinel Staff
    Once there was a Teflon president in the White House and a Teflon don in the Mafia. Now behold the Teflon wannabes.
    Since DuPont's discovery of Teflon - the no-stick material of ...
    ... generated the name recognition of Teflon. But that isn't keeping ...
    ... Most of the distant cousins of Teflon are aimed at a ...
    ... anywhere near the impact that Teflon has had," he said. "But we are looking ...
    ... might not be as sexy as Teflon, but this technology could save ...
    ... technologies may not have Teflon fame, they may eventually have ...
    ... Washington think tank. Teflon's contribution to American industry ...
    ... effect on industry. Teflon is a blip on the

16. The Toronto Sun, December 24, 1995, Sunday,, Final EDITION, COMMENT,, Pg. C4,, 1307 words, BLACK AND WHITE ISSUES; DETERIORATING RACE RELATIONS DOMINATEDAMERICANA IN 1995, PATRICK HARDEN, WASHINGTON
    ... Reagan, the once-immortal "Teflon" president, slipped into the darkness of ...

17. Los Angeles Times, December 23, 1995, Saturday, Home Edition, Sports; Part C; Page 1; Sports Desk, 1006 words, ROSE BOWL: USC VS. NORTHWESTERN, JAN.1, CHANNEL 7, 2 P.M.; GETTING TO THE ROSE BOWL WAS . . . NO SNAP; AFTER BALL DIDN'T REACH PUNTER AND NORTHWESTERN LOST, TEAM REACHED OUT, TURNED SETBACK INTO RALLYING POINT, By HELENE ELLIOTT, TIMES STAFF WRITER
    ... I guess it's Teflon-coated. Now they'll ...

18. Orlando Sentinel (Florida), December 22, 1995 Friday, METRO, SPORTS; Pg. C1, 627 words, FORGET YOUR SHOPPING MALLS, HERE'S YOUR GIFT GUIDE, By Brian Schmitz of The Sentinel Staff
    ... it's all made of teflon, so nothing ever sticks. ...

19. Christian Science Monitor (Boston, MA), December 20, 1995, Wednesday, INTERNATIONAL; Pg. 6, 797 words, Canada's Teflon Leader Finds Criticism Sticking, Mark Clayton, Staff writer of The Christian Science Monitor, TORONTO

20. Journal of Commerce, December 20, 1995, Wednesday, FOREIGN TRADE, Pg. 4A, 213 words, WORLD TRADE CENTER NETWORK - TRADE LEADS, World Trade Center NETWORK
    ... 8886. OFFERS TO BUY Teflon Ref No.: 038249 ...

21. Pittsburgh Post-Gazette (Pennsylvania), December 20, 1995, Wednesday,, SOONER EDITION, Pg. A15, 561 words, Pa. health secretary resigns; Pitt's Jannetta steps down to devote time to research, Frank Reeves, Post-Gazette Harrisburg Correspondent, HARRISBURG
    ... hearing and inserting a Teflon pad to keep them apart could ...

22. Financial Times (London,England), December 18, 1995, Monday, Sport; Pg. 14, 842 words, Year's play blends wicked with sad - Gamesmanship hit highs and lows during 1995, By KEITH WHEATLEY
    ... athletics supremo, gets the Teflon award for dodging ...

23. The San Francisco Chronicle, DECEMBER 18, 1995, MONDAY, FINAL EDITION, EDITORIAL; Pg. A22; LETTERS TO THE EDITOR, 1273 words, LETTERS TO THE EDITOR
    ... by a super-teflon president, to assist in ...

24. The San Francisco Chronicle, DECEMBER 18, 1995, MONDAY, FINAL EDITION, DAILY DATEBOOK; Pg. E1, 556 words, Opera Goes for Comfort in Civic Chairs Company wants to get patrons to their seats and keep them, JESSE HAMLIN, Chronicle Staff Writer
    ... Seating Co. of Michigan. They have Teflon-treated nylon twill ...

Search - 1863 Results - teflon                                                                                 11/22/0

25. The Washington Post, December 18, 1995, Monday, Final Edition, SUNDAY ARTS; Pg. G01, 2894 words, The New Stone Age; With His Epic 'Nixon,' the Director Makes a Bid fc Respectability, John Powers, Special to The Washington Post, LOS ANGELES
... long way from being Teflon-coated. He's forever scrutinizing ...

26. Buffalo News (New York), December 17, 1995, Sunday, FINAL EDITION, LIFESTYLES, Pg. 1E, 2672 words, RESCUE ME; THE ULTIMATE COLD-WEATHER SURVIVAL GUIDE, NICOLE PERADOTTO; News Staff Reporter
... shovel. Spray it with Teflon so the snow won't ...

27. THE DALLAS MORNING NEWS, December 17, 1995, Sunday, HOME FINAL EDITION, SUNDAY READER; INTERVIEW; Pg. 1J, 1311 words, Patricia Schroeder
... President Ronald Reagan the "teflon-coated president" and dumbfounded ...

28. The Denver Post, December 17, 1995 Sunday, 2D EDITION, Pg. H-12, 1263 words, Superb reference works on 20th century are at every turn, Glenn Giffin, Denver Post Book Edito
... but also the gasoline tax. And Teflon was discovered in 1938. ...

29. The Guardian (London), December 17, 1995, THE OBSERVER LIFE PAGE; Pg. 34, 240 words, SNOW QUEEN; Here are four ways to survive the wind-chill factor this winter: a hug-me fake fur coat, and three jackets in quilted, water and wind -resistant fabrics. They're sensible yet sexy; luxurious ways to stay comfortable in sub-zero temperatures, Lucinda Alford
... 0171 499 8089). Teflon-coated trousers, pounds ...

30. The Observer, December 17, 1995, Sunday, THE OBSERVER LIFE PAGE; Pg. 34, 333 words, SNOW QUEEN, Lucinda Alford
... 0171 499 8089). Teflon-coated trousers, pounds ...

31. Pittsburgh Post-Gazette (Pennsylvania), December 17, 1995, Sunday,, FIVE STAR EDITION, Pg J5, 1171 words, The secrets of Radio City; Tour illuminates nooks and crannies of a dec( delight, Karen Carlin, Post-Gazette Staff Writer, NEW YORK
... But don't be fooled -- that's Teflon those skaters are gliding across. ...

32. The San Francisco Chronicle, DECEMBER 14, 1995, THURSDAY, FINAL EDITION, NEWS; Pg. A1, 712 words, Jordan Lacked Nastiness - Now He Lacks a Job, Dan Levy, Chronicle Staff Writer
... seemed to have a reverse Teflon effect -- nothing good ...

33. Star Tribune (Minneapolis, MN), December 14, 1995, Metro Edition, Variety; Pg. 1E, 516 words, FYI; The best and the worst, Dave Matheny; Staff Writer
... materials: "Velcro Arms, Teflon Heart." - Most down-to- ...

34. Pittsburgh Post-Gazette (Pennsylvania), December 13, 1995, Wednesday,, SOONER EDITION, Pg. A21, 784 words, Pat Schroeder, at large; The 'Dean of Women' is leaving the House, but not public life, ELLEN GOODMAN, ARLINGTON, Va.
... who used the phrase "Teflon president" to describe Ronald ...

35. Plain Dealer (Cleveland, Ohio), December 13, 1995 Wednesday, FINAL / ALL, FOOD; Pg. 1E, 1444 words, NONSTICK COOKWARE: THE NEXT GENERATION, By LAURA YEE; PLAIN DEALER REPORTER
   ... throw the pan out. Its Teflon surface, made with 1960s ...

36. Plain Dealer (Cleveland, Ohio), December 13, 1995 Wednesday, FINAL / ALL, FOOD; Pg. 4E, 364 words, MATERIAL UNDER THE SURFACE MAKES PAN, by LAURA LEE
   ... debut in the '60s as Teflon. Its popularity can be attributed to ...

37. The Advertiser, December 12, 1995 Tuesday, 199 words, New bridge 'launched' into place, PAUL STARICK
   ... rolling them along lubricated teflon covering 12 concrete ...

38. Plain Dealer (Cleveland, Ohio), December 12, 1995 Tuesday, FINAL / ALL, EVERYWOMAN; P( E1, 608 words, DEBATING SCHROEDER'S IMPACT, By BONNIE ERBE; and BETSY HART; SCRIPPS HOWARD NEWS SERVICE
   ... recall, coined the term, "Teflon president" about Ronald ...

39. Plain Dealer (Cleveland, Ohio), December 11, 1995 Monday, FINAL / ALL, EDITORIALS & FORUM; Pg. 9B, 758 words, NO SHIP IS NAMED FOR PAT SCHROEDER, By Marie Cocco
   ... Rep. Pat Schroeder because of Teflon. The Colorado Democrat has sat ...
   ... for coining the phrase "Teflon president" to describe Ronald ...

40. The Atlanta Journal and Constitution, December 10, 1995, Sunday,, ALL EDITIONS, Pg. 1H,, 1356 words, ANALYSIS; Gutsy Schroeder has made her mark, Martha Ezzard
   ... labeled Ronald Reagan "the Teflon president." The image came to her ...
   ... son. "I was wiping the Teflon frying pan afterwards," she ...
   ... ability to avoid controversy: "He's the Teflon president. Nothing sticks to him." ...

41. Hartford Courant (Connecticut), December 10, 1995 Sunday, 7 HARTFORD NORTH FINAL, SPORTS; Pg. E11, 1648 words, SOME COACHES HAVE A VACANT LOOK, DON AMORE; Courant staff writer
   ... slide, criticism is sticking to Teflon Don Shula in ...

42. Rocky Mountain News (Denver, CO), December 10, 1995, Sunday, SPOTLIGHT; Ed. F; Pg. 68A, 478 words, Creative suggestions for giving the gift of the grape, Bill St. John
   ... shaft is covered in Teflon. With a Screwpull, Tiny ...

43. Sunday Times, December 10, 1995, Sunday, Sport, 1772 words, Edwards wins as athletic loses, Ian Chadband
   ... year-old is known as the Teflon president. Over the years, he has been ...

44. Tampa Tribune (Florida), December 10, 1995, Sunday,, METRO EDITION, Pg. 17, 716 words, LBJ's legacy running dry for centrists, JOHN HALL, WASHINGTON
   ... labeled Ronald Reagan as the "Teflon president"), but also because they could be counted ...

45. Los Angeles Times, December 9, 1995, Saturday, Orange County Edition, Home Design; Part N; Page 3; View Desk, 632 words, A HELPING HAND: INSIDE & OUT; REPLACING POOL LIGHT CAN PROCEED SWIMMINGLY, By JOHN MORELL, SPECIAL TO THE TIMES
    ... want to apply a Teflon lubricant to it to help ...

46. Rocky Mountain News (Denver, CO), December 9, 1995, Saturday, BUSINESS; Ed. F; Pg. 67A, 464 words, Labor loses a friend in Schroeder, James Hansen
    ... description of Ronald Reagan as the Teflon president. It won't be the ...

47. St. Louis Post-Dispatch (Missouri), December 9, 1995, Saturday, FIVE STAR LIFT Edition, EDITORIAL; Pg. 14B, 1428 words, LETTERS FROM THE PEOPLE
    ... referring to Ronald Reagan as the "Teflon president." (She would have been wise to emulate ...
    ... Americans when I say that Teflon is preferable to plastic any ...

48. Sun-Sentinel (Fort Lauderdale, FL), December 9, 1995, Saturday,, All EDITION, Pg. 23A, 794 words, THOUGH ONLY ONE VOTE, HERS IS ONE THAT WILL BE MUCH MISSED, ELLEN GOODMAN; Boston Globe, ARLINGTON, Va.
    ... who used the phrase "Teflon president" to describe Ronald ...

49. Buffalo News (New York), December 8, 1995, Friday, CITY EDITION, VIEWPOINTS, Pg. 3C, 627 words, FOR SCHROEDER AND OTHER DEMOCRATS, IT'S JUST NO FUN; ANYMORE, PHILIP TERZIAN; Providence Journal-Bulletin, WASHINGTON
    ... in the early 1980s, as "the Teflon president." That, too, was a deft ...

50. The Independent (London), December 8, 1995, Friday, SPORT; Page 29, 809 words, Facts and fiction in the fight game; BOOKS FOR CHRISTMAS James Reed finds the winners in the world of boxing literature, James Reed
    ... Mr Malaprop, but his Teflon defence enables him to survive. ...

View: Cite | KWIC | Full | Custom         1 - 50 of 1863 NEXT         Print | Download | Fax | Email
                                          Save As ECLIPSE | Hide Hits

Source: News & Business > News > Major Newspapers
Terms: teflon and date(geq (1/1/1993) and leq (12/31/1995))  (Edit Search)
View: Cite
Date/Time: Monday, November 22, 2004 - 10:27 AM EST

Search | Research Tasks | Search Advisor | Get a Document | Shepard's ®
Eclipse ™ | History | Delivery Manager | Practice Area Pages | Switch Client | Preferences | Feedback | Sign Off | Help
About LexisNexis | Terms and Conditions

Copyright © 2004 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Teflon in the Media

NEXIS
    "Major Newspapers" Directory
        January 1, 1996 to December 31, 1998

2337 Stories

Search - 2337 Results - teflon                                                                                                 11/22/04



Switch Client | Preferences | Feedback | Live Support | Sign Off

Search | Research Tasks | Search Advisor | Get a Document | Shepard's®

Practice Area Pages | ECLIPSE | Histc

FOCUS™ Terms |teflon                                                               Go → FOCUS Options

View: Cite | KWIC | Full | Custom                              1 - 50 of 2337  NEXT           Print | Download | Fax | Email | Tc
                                                             Save As ECLIPSE | Hide Hits

Source: News & Business > News > Major Newspapers
Terms: teflon and date(geq (1/1/1996) and leq (12/31/1998)) (Edit Search)

1. The Irish Times, December 31, 1998, CITY EDITION, WORLD REVIEW 98; Pg. 52, 1257 words, Sticky wicket for 'Teflon Tony' as sleaze nouveau bedevils Labour Tony Blair's political 'honeymoon' was spectacular, and it was perhaps inevitable that the end, when it came, would be brutal. Frank Millar in London describes how New Labour fell to earth
   ... either probable or desirable, "Teflon" Tony continued to show ...

2. The Advertiser, December 26, 1998, Saturday, 1456 words, Olsen's team passes test, ANNABEL CRABB
   ... Treasurer: Christened "Mr Teflon" during the time he spent as ...

3. The Independent (London), December 26, 1998, Saturday, FEATURES; Page 9, 1098 words, 'We can't be like the last lot' - or can we? The Independent year; The Return of Sleaze, by Paul Waugh
   ... above the fray, his own Teflon premiership unaffected by the ...
   ... it appears that the Government's Teflon coating has only slightly ...

4. The Independent (London), December 26, 1998, Saturday, FEATURES; Page 28, 551 words, Off the peg: How an obscure US football team took over the world., By Andrew Harrison
   ... M Person in her Teflon-coated status symbol ( ...

5. The Herald (Glasgow), December 24, 1998, Pg. 19, 1081 words, Game over, time to go, Pat Kane
   ... will tear down the Teflon-coated Dome of Blairism, where ...

6. The Herald (Glasgow), December 23, 1998, Pg. 9, 898 words, Out of the frying pan . . . to repair a leaky heart;Teflon the key to boy's recovery, Alan Macdermid Medical Correspondent
   ... covered with a sleeve of Teflon - at the Royal Hospital ...
   ... used medical grade Teflon, not the type you put ...
   ... 45 minutes stitching the Teflon into place," he said. The completed ...

7. The Scotsman, December 23, 1998, Wednesday, Pg. 2, 593 words, HOW DIY AND TEFLON SAVED TEN-YEAR-OLD, Jim Mcbeth
   ... platinum tube coated with Teflon to separate the main chambers of his ...
   ... new type of expanding Teflon, the material used on ...
   ... following the traditional procedure. "The Teflon technology is perfect because it ...

8. The Scotsman, December 23, 1998, Wednesday, Pg. 15, 1230 words, BROUGHT LOW BY CONCEIT AND VANITY, By Allan Massie
   ... Mr Blair has been a **Teflon** Prime Minister. Nothing ...

9. The Toronto Sun, December 23, 1998, Wednesday,, Early EDITION, SPORTS,, Pg. 16, 415 words, FUN IS THE KEY FOR JUNIOR COACH, CP
   ... But Renney is like **Teflon**. The pressures and distractions bounce ...

10. The Scotsman, December 22, 1998, Tuesday, Pg. 9, 307 words, SORDID TALES BRING SCHOOL LESSONS ALIVE, Allan Hall In New York
    ... using the behaviour of the nation's **Teflon** leader as an illustration of ...

11. New Straits Times (Malaysia), December 21, 1998, Pg. 14, 584 words, Farewell to the chief?
    ... feeling that the damage has been done. "**Teflon** Bill" should take a ...

12. St. Petersburg Times (Florida), December 20, 1998, Sunday, SEMINOLE TIMES; Pg. 1, 1196 words, Now voters wrestle with Garvey problem, THOMAS C. TOBIN; ANITA KUMAR, CLEARWATER
    ... Warner said. "She's definitely **Teflon**-coated. She's strong enough and ...

13. The Irish Times, December 19, 1998, CITY EDITION, HOME NEWS; DRAPIER - AN INSIDER'S GUIDE TO POLITICS; Pg. 8, 1357 words, A year of real substance, a year to be savoured The memory of the strident lectures of yesteryear will linger long and at times like this, uncomfortably, for the PDs
    ... political sensitivity. For **Teflon** Man, it was a ...

14. The Irish Times, December 19, 1998, CITY EDITION, WEEKEND; Pg. 63, 1324 words, Guerilla novel-writing Alligators in Louisiana, crime bosses in New York, flea-ridden motels in Maine - John Connolly saw it all during the research for his new novel, Every Dead Thing, published on Monday
    ... Don (because of his dress sense) and the **Teflon** Don (because no charges ever ...

15. The Toronto Star, December 19, 1998, Saturday, SATURDAY SECOND EDITION, NEWS; Pg. A2, 563 words, Five arrested in high-tech bank card scam May be hundreds of victims, each losing thousands, By Cal Millar Toronto Star
    ... investigation - dubbed Project **Teflon** - discovered miniature cameras ...

16. The Toronto Star, December 19, 1998, Saturday, SATURDAY SECOND EDITION, ARTS; Pg. K3, 813 words, Nothing can stop the Teflon musical People flock to Phantom, even if only first-string cast member is the chandelier, By Vit Wagner Toronto Star
    ... critic-proof from the outset, is the **Teflon** musical, impervious to the slings, ...

17. The Toronto Sun, December 19, 1998, Saturday,, Final EDITION, NEWS,, Pg. 7, 292 words, PHONE LINES TAPPED IN CREDIT CARD SCAM, TOM GODFREY, TORONTO SUN
    ... probe called Project **Teflon**. Police say hundreds, ...

18. The Toronto Star, December 19, 1998, Saturday, Edition 1, ENTERTAINMENT, 858 words, NOTHING CAN STOP THE TEFLON MUSICAL
    critic-proof from the outset, is the Teflon musical, impervious to the slings

19. The Toronto Star, December 19, 1998, Saturday, Edition 1, NEWS, 594 words, FIVE ARRESTED IN HIGH-TECH BANK CARD SCAM, Cal Millar
   ... investigation - dubbed Project **Teflon** - discovered miniature cameras ...

20. Chicago Sun-Times, December 18, 1998, FRIDAY, Late Sports Final Edition, HOMELIFE; UTILITY ROOM; Pg. 11; NP, 221 words, Teflon now used to protect sheets, pillowcases, etc., Marge Colborn
   DuPont **Teflon** is out of the frying pan and onto our ...
   ... will appreciate the fact that **Teflon** helps prevent stains and ...
   ... bedding treated with DuPont **Teflon** is being marketed by ...
   ... trade name Duradown, or **Teflon** Fabric Protector. The line ...
   ... Bedding products treated with **Teflon** include a DuPont ...
   **teflon**; linens; Christmas; decorations; ...

21. The Dallas Morning News, December 18, 1998, Friday, HOME FINAL EDITION, HOUSE & GARDEN;, Pg. 3G;, 724 words, Iron-on art sets the table with a theme, Carol Endler Sterbenz
   ... press cloth lining (or **Teflon** cookie sheet) * scissors * ...

22. The Toronto Sun, December 18, 1998, Friday,, Final EDITION, NEWS,, Pg. 7, 390 words, 5 ARRESTS IN ATM SCAM CAMERA STOLE CODES, TOM GODFREY, TORONTO SUN
   ... probe, called Project **Teflon**, fraud officers also stopped ...

23. The Scotsman, December 17, 1998, Thursday, Pg. 6, 658 words, TEFLON MAN SLIPS BY GBP 2M DEBT, Chris Parkin
   THE politician the Irish called the **Teflon** man for his capacity to ...

24. St. Louis Post-Dispatch (Missouri), December 16, 1998, Wednesday, FIVE STAR LIFT EDITION, NEWS, Pg. A2, 292 words, COLUMNISTS, INTERNET SURFERS THINK TIME MAY HONOR HILLARY CLINTON, The Associated Press, NEW YORK
   ... One writer noted "her **Teflon** resilience, behind-the-scenes ...

25. The Denver Post, December 13, 1998 Sunday, 2D EDITION, Pg. B-01, 580 words, Refereeing hoops on wheels Wheelchair official answers game's call, By Kristen Go, Denver Post Staff Writer
   ... simple explanation for his **Teflon**-like attitude. "Coaches have ...

26. Los Angeles Times, December 13, 1998, Sunday,, Home Edition, Page 1, 1380 words, IMPEACHMENT: STRICTLY PERSONAL, Bruce J. Schulman, Bruce J. Schulman, who teaches American history at Boston, University, is the author of "Lyndon B. Johnson and American, Liberalism." , BOSTON
   ... scandals of his second term, the "**Teflon** president" bewildered his critics with his ...

27. The New York Times, December 13, 1998, Sunday, Late Edition - Final, Section 6; Page 54; Column 4; Magazine Desk , 922 words, GEAR; Guide for the Perplexed, By BOB MORRIS;  Bob Morris is a frequent contributor to The New York Times.
   ... Gore-Tex. Thinsulate. **Teflon**-treated. Patagonia. Tommy ...

28. St. Petersburg Times (Florida), December 13, 1998, Sunday, 0 South Pinellas Edition, FLORIDIAN; STYLE FOR MEN; Pg. 7F, 612 words, What to put under your boss' tree, LOIS FENTON
   ... lot of talk about Teflon in rainwear, outer ...
   ... treating suiting fabric with Teflon to make it almost ...
   ... wool suit that had been treated with Teflon, the liquid would bead up and ...
   ... drape well. Today's Teflon-treated fabrics look and ...
   ... know if the suits you see have been Teflon-treated? Look for the Teflon hang tag. This innovation is ...
   ... initiator in using Teflon in its ""High Performance ...
   ... one from BeaverBrook, treated with Teflon, no longer look or ...

29. The Herald (Glasgow), December 12, 1998, Pg. 15, 692 words, A gift for Tyson to find Big Ears, Joanna Macdonald
   ... innovative interior improvement. Teflon tiles in the home would ...

30. USA TODAY, December 11, 1998, Friday,, FINAL EDITION, MONEY;, Pg. 1B, 398 words, Profit alerts, political fears bruise Dow, David Rynecki, NEW YORK
   ... a scratch in the Teflon bull market Thursday. ...

31. The Toronto Star, December 9, 1998, Wednesday, METRO EDITION, FOOD; Pg. E9, 478 words, Tony's top 10 list of gifts to shower on wine lovers, By Tony Aspler
   ... boxed set with two Teflon-coated helixes and a ...

32. The Toronto Star, December 9, 1998, Wednesday, Edition 1, LIFE, 494 words, TONY'S TOP 10 LIST OF GIFTS TO SHOWER ON WINE LOVERS, Vintage Point Tony Aspler
   ... boxed set with two Teflon-coated helixes and a ...

33. Orlando Sentinel (Florida), December 7, 1998 Monday, METRO, CFB; Pg. 3, 377 words, POLYGRAM DEAL IS NEAR
   ... market that had appeared to be made of Teflon as it roared back ...

34. The Toronto Star, December 7, 1998, Monday, METRO EDITION, BUSINESS; Pg. E4, 395 words, Global concerns overshadow Wall Street, By Jennifer Shaw REUTERS NEWS AGENCY, NEW YORK
   ... market that had appeared to be made of Teflon as it roared back ...

35. Daily News (New York), December 06, 1998, Sunday, News; Pg. 69, 1309 words, CURTAINS THE DAPPER DON GOES OVER, 1992, By GENE MUSTAIN
   ... victory, his legend grew. The Teflon Don, the papers called him, the ...

36. Scotland on Sunday, December 6, 1998, Sunday, Spectrum; Pg. T12, 1449 words, THE CHIN WAGS THE DOGGED, By Sue Mott
   ... can imagine a Teflon ego undercoating the public ...

37. The Daily Telegraph (Sydney, Australia), December 5, 1998, Saturday, FULLPAGE, FEATURES; Pg. 136, 914 words, Man with the big stick, MICHAEL TAYLOR
   ... priorities." See? Slick as Teflon coated with oil and frozen into ...

38. The Guardian (London), December 5, 1998, The Guardian Feature spage; Pg. 11, 982 words, Simon Hoggart's Diary: It's a hard life on the straight and narrow, SIMON HOGGART
    ... Clinton, of course. If Reagan was Teflon man in that nothing ...

39. St. Petersburg Times (Florida), December 4, 1998, Friday, WEEKEND; CULTURE NOTES; TIME OUT; Pg. 5T, 502 words, Spinners face off at yo-yo challenge, MICHAEL CANNING, TAMPA
    ... yo-yos often have Teflon axles with self-lubricating ...

40. Chicago Tribune, December 1, 1998 Tuesday, DU PAGE SPORTS FINAL EDITION, METRO DU PAGE; Pg. 6; ZONE: D, 388 words, ARGONNE LABORATORY INVENTORS HONORED, By Michele Fitzpatrick, Tribune Staff Writer.
    ... many times slicker than Teflon. Kenny Gross, Ralph ...

41. Los Angeles Times, November 30, 1998, Monday,, Home Edition, Page 3, 1515 words, CALIFORNIA AND THE WEST; PATIENCE PAYS OFF FOR REP. DAVID DREIER; HOUSE: THE 18-YEAR VETERAN FROM SAN DIMAS ASCENDS TO RULES COMMITTEE CHAIRMANSHIP WITH FEW ENEMIES. REPUBLICANS HOPE HE WILL PUT A MORE LIKABLE FACE ON THEIR BELEAGUERED PARTY., FAYE FIORE, TIMES STAFF WRITER , WASHINGTON
    ... but Dreier had a Teflon coating even then. "I ...

42. Orlando Sentinel (Florida), November 30, 1998 Monday, METRO, SPORTS; Pg. B1, 703 words, THROWING 400 TDS ISN'T MARINO'S GREATEST FEAT, By Larry Guest of The Sentinel Staff
    ... Sunday after the Dolphins' Teflon-fingered receiver corps ...

43. Buffalo News (New York), November 29, 1998, Sunday, FINAL EDITION, SPORTS, Pg. 13C, 770 words, SANTA CLAUS CAN'T GO WRONG BY GIVING UPDATED EQUIPMENT, Will Elliott
    ... shirts to heavy pullovers and teflon-coated Cordura lined ...

44. Star Tribune (Minneapolis, MN), November 29, 1998, Metro Edition, Dennis Anderson; Pg. 16C, 1821 words, 10 years after; In 1988, ducks were scarce and poaching common in Louisiana. A helicopter purchased mostly by Minnesotans for federal wildlife agents helped reduce the illegal kill. Still, problems persist in the 'state of ducks' - as they do elsewhere for North American waterfowl., Dennis Anderson; Staff Writer
    ... engine. The boat had a Teflon bottom and was capable of climbing ...

45. Sun-Sentinel (Fort Lauderdale, FL), November 28, 1998, Saturday,, Broward Metro EDITION, Pg. 1A, 1202 words, VOTE WON'T SETTLE COURSE OF QUEBEC; CENTURIES-OLD SEPARATISM BATTLE NOT OVER, E.A. TORRIERO ; Staff Writer; INFORMATION FROM SUN-SENTINEL WIRE SERVICES WAS USED TO SUPPLEMENT
    ... in Montreal. "Bouchard is the Teflon man _ no issue ...

46. The Toronto Star, November 28, 1998, Saturday, SATURDAY SECOND EDITION, LIFE; Pg. L1, 785 words, Why is there no outcry about the Tories?, By Michele Landsberg Toronto Star

Search - 2337 Results - teflon

11/22/04

47. The Toronto Star, November 28, 1998, Saturday, Edition 1, LIFE, 819 words, WHY IS THERE NO OUTCRY ABOUT THE TORIES?
... Snore. It's not **Teflon**. It's contempt. No ...

48. The Baltimore Sun, November 27, 1998, Friday,, FINAL EDITION, Pg. 36A, 618 words, Britain settles on a 'Body' -- 2 of them to welcome 2000; 90-foot tall sculpture of couple is showpiece for Millennium Dome, Bill Glauber, SUN FOREIGN STAFF
... shape beneath a **Teflon**-coated fiberglass roof that is ...

49. Buffalo News (New York), November 26, 1998, Thursday, FINAL EDITION, GIFT GUIDE, Pg. 3E, 710 words, THE RIGHT SELECTION MAY BE A MATTER OF TASTE, JANICE OKUN; News Food Editor
... use. Drop the lever, the **Teflon** coated "worm" goes ...

50. Buffalo News (New York), November 26, 1998, Thursday, FINAL EDITION, GIFT GUIDE, Pg. 8E, 1055 words, ADVICE TO CHALLENGED MALE SHOPPERS: YOU CAN'T GO WRONG; WITH A SWEATER, ELIZABETH BARR; News Staff
... cotton, wool, silk, **Teflon** (no, but probably ...

View: Cite | KWIC | Full | Custom    1 - 50 of 2337 NEXT    Print | Download | Fax | Email | T
Save As ECLIPSE | Hide Hits

Source: News & Business > News > Major Newspapers
Terms: teflon and date(geq (1/1/1996) and leq (12/31/1998)) (Edit Search)
View: Cite
Date/Time: Monday, November 22, 2004 - 10:44 AM EST

Search | Research Tasks | Search Advisor | Get a Document | Shepard's ®
Eclipse ™ | History | Delivery Manager | Practice Area Pages | Switch Client | Preferences | Feedback | Sign Off | Help
About LexisNexis | Terms and Conditions

Copyright © 2004 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.