# PLAINTIFF'S ATTACHMENT M

# Part 3

Teflon in the Media

NEXIS
    "Major Newspapers" Directory
        January 1, 1999 to December 31, 2001

2382 Stories

Search - 2382 Results - teflon                                                                                            11/19/04



Switch Client | Preferences | Feedback | Live Support | Sign Off

Practice Area Pages | ECLIPSE | Histc

FOCUS™ Terms [teflon]       FOCUS Options

View: Cite | KWIC | Full | Custom            1 - 50 of 2382  NEXT       Print | Download | Fax | Email | T(
                                          Save As ECLIPSE | Hide Hits

Source: News & Business > News > Major Newspapers
Terms: teflon and date(geq (1/1/1999) and leq (12/31/2001))  (Edit Search)

1. Chicago Sun-Times, December 30, 2001 Sunday, SHOW; SUNDAY; Pg. 13, 1038 words, As world turns, so does focus of pop culture, Lloyd Sachs
   ... expected, but another **Teflon** campaign that cost next to ...

2. Daily News (New York), December 30, 2001, Sunday, SPORTS FINAL EDITION, LIFELINE;, Pg. 19, 549 words, PUREE PLEASURE Pumpkin and mascarpone team up in a smashing dessert, BY ROSEMARY BLACK
   ... parchment paper or a **Teflon** or other nonstick surface. ( ...

3. The Advertiser, December 29, 2001, Saturday, NEWS; Pg. 32, 651 words, The world's 10 most puzzling questions are finally answered; Things that (no longer) make you go hmmmm
   ... behind. 3. How does **Teflon** stick to the pan? **Teflon** (or polytetrafluoroethylene) is applied in ...

4. Toronto Star, December 29, 2001 Saturday, Ontario Edition, NEWS;, Pg. B04, 527 words, Has Lastman lost the magic touch?, Bruce Campion-Smith Staff Reporter, Toronto Star
   ... initiatives passed. But the **Teflon** veneer that has allowed the mayor to ...

5. Chicago Tribune, December 28, 2001 Friday, NORTH SPORTS FINAL EDITION, YOUR PLACE; ZONE: C; SHOP TALK. WHAT'S NEW ON THE HOME FRONT.; Pg. 2, 1054 words, Upgrades for the space down under, By Nancy Maes, Special to the Tribune
   ... in the series, which are coated with **Teflon** to keep the glass intact, are ...

6. The Evening Post (Wellington), December 28, 2001, Friday, NEWS; NATIONAL;, Pg. 10, 893 words, All's well in the world of Teflon Helen, BERRY Ruth

7. Herald Sun (Melbourne, Australia), December 28, 2001, Friday, TRAVEL; Pg. T05, 725 words, Snapper happy, Steve Cooper
   ... pattern, which the manufacturer says is **teflon** coated.

8. The Straits Times (Singapore), December 28, 2001, Friday, World, Pg. 14, 470 words, Q : Why do we clink glasses?, Alfred Lee, Straits Times Europe Bureau
   ... For those who wondered why **Teflon** sticks to the pan, the answer is: **Teflon** is applied in layers. The ...

9. The Daily Telegraph (Sydney, Australia), December 27, 2001, Thursday, FEATURES-TYPE-FEATURE; Pg. 39, 1165 words, Debunking life's little mysteries, PETER LALOR
   ... well hidden. How does Teflon stick to the pan? Teflon (or polytetrafluoroethylene) is applied in ...

10. The Press (Christchurch), December 27, 2001, Thursday, FEATURES; FOOD;, Pg. 24;, FOOD, 429 words, Sweetness and light, HOLST Alison HOLST Simon
    ... meringues on a Teflon liner or baking paper. ...

11. The Times (London), December 27, 2001, Thursday, Business, 1450 words, Despondency loomed large for many, Jon Ashworth
    ... Legacy consortium. This year's "Teflon Tom" award (named ...
    ... Runner-up for the "Teflon Tom" award is Byers's ...

12. The Times (London), December 27, 2001, Thursday, Features, 6780 words, Quiz answers
    ... 12 Nitrogen; 13 Teflon; 14 Billie Holiday; ...

13. The Herald (Glasgow), December 26, 2001, Pg. 3, 584 words, Riddle of the baby pigeons is burning question
    ... friendship. Q: How does Teflon stick to the pan? A: Teflon (or polytetrafluoroethylene) is applied in ...

14. Los Angeles Times, December 26, 2001 Wednesday, Home Edition, SOUTHERN CALIFORNIA LIVING; Part 5; Features Desk; Pg. 1 , 1619 words, On the Trail of a Rough Rider, With Stories Yet to Tell; Biographer Edmund Morris"Theodore Rex' is only the second part of the trilogy., MARTIN MILLER, TIMES STAFF WRITER
    ... Morris, displaying a Teflon resistance to the critical caterwauling. " ...

15. The Scotsman, December 26, 2001, Wednesday, Pg. 8, 448 words, AT LAST, ALL LIFE'S MYSTERIES SOLVED, John Von Radowitz
    ... trust and friendship. How does teflon stick to the pan? TEFLON is applied in layers. The ...

16. The Times (London), December 26, 2001, Wednesday, Home news, 620 words, Minor mysteries of universe explained, Robin Young
    ... against the other. * How does Teflon stick to the pan? Teflon (or polytetrafluoroethylene) is applied in ...

17. Rocky Mountain News (Denver, CO), December 25, 2001 Tuesday Final Edition, LOCAL; Pg. 24A, 578 words, A HOLIDAY STAR IS REBORN; REPAIRS PUT TWINKLE BACK IN CHRISTMAS ATTRACTION ON BOULDER'S FLAGSTAFF MOUNTAIN, Owen S. Good, News Staff Writer, BOULDER
    ... UV-resistant cords; Teflon-coated bulbs; and wire ...

Search - 2382 Results - teflon                                                                                                                                                                                                                                                                                      11/19/04

18. Independent on Sunday (London), December 23, 2001, Sunday, SPORT; Pg. 16, 1266 words, SPORTS ACTIVE: THE SLIDE EFFECT; CALL IT BOWLS ON ICE AT YOUR PERIL, SAYS MARK MACKENSIE CURLING IS AS TOUGH AS IT IS GRACEFULL, Mark Mackensie Slide and the family stone: Curling's history goes back 500 years; right, Mark MacKenzie 'throws' his stone into the 'house', or target SHAUN; BEST/ REUTERS; COLIN MCPHERSON
    ... line and length. With a Teflon-soled "slider" shoe ...
    ... pair with a 'fast' Teflon slider costs about ...

19. Pittsburgh Post-Gazette (Pennsylvania), December 23, 2001 Sunday, FIVE STAR EDITION, Pg.G-10, 1991 words, COOKBOOKS THAT RULE THE ROOST, MARLENE PARRISH, POST-GAZETTE STAFF WRITER
    ... HPBooks. $17.95. Paperback. Teflon doesn't do it, aluminum and ...

20. Plain Dealer (Cleveland, Ohio), December 23, 2001 Sunday, Final / All, SUNDAY LIFE; Pg. L3, 995 words, Versatile coats keep you toasty and dry, Margaret Bernstein, PLAIN DEALER REPORTER
    ... stain-repellent finish. Teflon: Made by DuPont, ...

21. The Evening Post (Wellington), December 21, 2001, Friday, FEATURES; EDITORIAL;, Pg. 10, 518 words, Turning self-belief into votes National's task
    ... Prime Minister is still teflon-coated - little sticks. ...

22. Star Tribune (Minneapolis, MN), December 21, 2001, Friday, Metro Edition, SPORTS; Pg. 6C, 1488 words, INLINE SKATING AT THE METRODOME; ... in fitness and in health; There's romance in the air when the wheels turn at 'Rollerdome', Jerry Zgoda; Staff Writer
    ... by the second.    But that teflon-coated bubble also through the ...

23. The Jerusalem Post, December 20, 2001, Thursday, FEATURES; Pg. 10, 659 words, Feedback, Phyllis Glazer
    ... Some of my pans which are teflon-coated show signs of scratches, which possibly means that the teflon is wearing off. Is it ...
    ... any residue from scratched teflon will pass through the ...
    ... any damage, scratched teflon pans are still safe to use. No teflon pan should be overheated however, to avoid ...

24. The San Diego Union-Tribune, December 19, 2001, Wednesday, LIFESTYLE;Pg. F-1, 3402 words, A FABLE; To Noel and Back; The Day Santa Went Ballistic, an annotated science fiction, SCOTT LAFEE; STAFF WRITER
    ... layers of rubberized neoprene, Teflon and aluminized Mylar finished ...

25. THE DAILY TELEGRAPH(LONDON), December 18, 2001, Tuesday, Pg. 05, 781 words, Britain's curlers hope to prove a point in Salt Lake City - and produce some Olympic magic, By Sybil Ruscoe
    ... pans, coated in Teflon for maximum slideability ...

26. The New Zealand Herald, December 17, 2001 Monday, NEWS; World, 1544 words, Anthrax mystery silences Santa
    ... accidental contaminants like Teflon or tungsten have been found. the anthrax ...

27. Sunday Mail (Queensland, Australia), December 16, 2001, Sunday, BODY AND SOUL; Pg. 14, 199 words, -BYLINE- Vitek
    ... made of Technotex, a Teflon-coated fabric that's water and ...

28. Sunday Herald Sun (Melbourne, Australia), December 16, 2001, Sunday, BODY + SOUL; Pg. B14, 199 words, boys' toys, VITEK
    ... made of Technotex, a Teflon-coated fabric that's water and ...

29. Sunday Mail (SA), December 16, 2001, Sunday, SUPPLEMENT; Pg. B14, 199 words
    ... made of Technotex, a Teflon-coated fabric that's water and ...

30. The Sunday Telegraph (Sydney, Australia), December 16, 2001, Sunday, FEATURES-COLUMN-BODY & SOUL; Pg. B22, 199 words, boys' toys, VITEK
    ... made of Technotex, a Teflon-coated fabric that's water and ...

31. Orlando Sentinel (Florida), December 15, 2001 Saturday, METRO, AT HOME; Pg. G7, 764 words, SEAL JARS PROPERLY WITH TAPE, Al and Kelly Carrell, Special to the Sentinel
    ... run a length of Teflon tape around the threads of the ...

32. Tampa Tribune (Florida), December 15, 2001, Saturday,, FINAL EDITION, Pg. 4, 467 words, Keep Safety In Mind During Holidays, BETH DOLAN, bdolan@tampatrib.com; Pet Care is a weekly column that explores the human-animal bond. Send comments or event information to Beth Dolan, The Tampa Tribune, P.O. Box 191, Tampa FL 33601, or call (813) 259-7619.
    ... kitchen if you're cooking with Teflon-coated pots or pans. The ...

33. Chicago Tribune, December 14, 2001 Friday, NORTH SPORTS FINAL EDITION, YOUR PLACE; ZONE: C; Pg. 6, 177 words, Take precautions with tree lights, By Mary Beth Breckenridge, Knight Ridder/Tribune
    ... strands and tie the ends with Teflon tape. Make sure the ...

34. The Herald (Glasgow), December 14, 2001, Pg. 4, 231 words, christmas gift ideas
    ... Holt Lloyd have launched 'Teflon by Simoniz' - a ...
    ... Briggs, to formulate and develop Teflon by Simoniz, a ...

35. Columbus Dispatch (Ohio), December 13, 2001 Thursday, Home Final Edition, 391 words, DON'T ASK CEDRIC TO REVEAL SURNAME; JUST BE ENTERTAINED, Gary Budzak, Dispatch Comedy Reporter
    ... toilet. Cedric then switches to Teflon Man, reassuring the sullied ...

36. Chicago Sun-Times, December 12, 2001 Wednesday, North City, FOOD; NEWS; Pg. 1, 509 words, Well-equipped and ready to go
    ... get something that has some Teflon." Set of three is $10. ...

37. THE HINDU, December 12, 2001, 526 words, Fernandes puts up an unconvincing defence
    ... sought refuge in teflon patriotism. "Such a charge ...

38. The Houston Chronicle, December 12, 2001, Wednesday, 2 STAR EDITION, HOUSTON;, Pg. 5, 251 words, Don't make light of electrical safety
    ... strands and tie the ends with Teflon tape. Make sure the ...

39. The Detroit News, December 11, 2001 Tuesday No dot Edition, SHORTCUTS; Are you a sloppy socializer? By coating merino wool with Teflon, fashion designer Ted Baker has made a durable tuxedo for party animals who may be less than careful.; Pg. 6B, 589 words, Spillage without spoilage; Teflon-coated 'Party Animal Tux' is perfect for a hectic holiday schedule, Cari Waldman
    ... merino wool and coated with Teflon so it doesn't ...
    ... in clothing treated with Teflon? One reason: ease of ...
    ... uniforms. DuPont, the manufacturer of Teflon stain protection, has coined the ...
    ... treat more clothing with Teflon. For more information or a list of Teflon-coated clothing items, visit www.teflon.com. Source: DuPont Teflon Fashion live Join ...

40. The Boston Globe, December 9, 2001, Sunday, ,THIRD EDITION, Pg. 16, 964 words, GLOBE WEST 1 / SPORTS; INTO THE MIDDLE DISTANCE SENIOR RUNNER WORKS HARD TO OWN HIS EVENT, By James Whitters, Globe Staff Correspondent
    ... glides around the track. His Teflon-smooth stride reduces the ...

41. The Boston Globe, December 9, 2001, Sunday, ,THIRD EDITION, Pg. 16, 964 words, GLOBE WEST 2 / SPORTS; RUNNING INTO THE MIDDLE DISTANCE WESTON SENIOR WORKS HARD TO OWN HIS EVENT, By James Whitters, Globe Staff Correspondent
    ... glides around the track. His Teflon-smooth stride reduces the ...

42. The Boston Globe, December 9, 2001, Sunday, ,THIRD EDITION, Pg. 17, 807 words, GLOBE WEST 3 / SPORTS; WHEN WESTON'S JONES RUNS, COLLEGE COACHES TAKE NOTICE, By James Whitters, Globe Staff Correspondent
    ... glides around the track. His Teflon-smooth stride reduces the ...

43. The Boston Globe, December 9, 2001, Sunday, ,THIRD EDITION, Pg. 17, 807 words, GLOBE WEST 4 / SPORTS; WHEN WESTON'S JONES RUNS, COLLEGE COACHES TAKE NOTICE, By James Whitters, Globe Staff Correspondent
    ... glides around the track. His Teflon-smooth stride reduces the ...

44. The Dallas Morning News, December 9, 2001, Sunday, SECOND EDITION, SPORTS DAY;, Pg. 18B, 873 words, UP CLOSE: CURLING
    ... shoes are made of leather, and have Teflon or steel soles to allow ...

45. Orlando Sentinel (Florida), December 9, 2001 Sunday, METRO, A & E; Pg. F4, 776 words, FOX NEWS IS ENJOYING ANCHOR ON 'REPORT'; SHEPARD SMITH WANTS TO BE FAIR AND BALANCED WITHOUT DISGUISING EMOTIONS., Julie Hinds, Detroit Free Press
    ... rowdy discussions. He's got the Teflon-coated attitude too." At ...

46. The Seattle Times, December 9, 2001, Sunday, Fourth Edition, ROP ZONE; Sports;, Pg. C10, 697 words, Vikings learn that pay doesn't guarantee play, Les Carpenter; Seattle Times NFL reporter
    ... thrived under the great Teflon roof of the Metrodome. And now ...

Search - 2382 Results - teflon                                                                                                    11/19/04

47. <u>Sunday Times (London)</u>, December 9, 2001, Sunday, Features, 696 words, This ugly, clunky Lexus is only any good if you're on a diet, Jeremy Clarkson
    ... offer something with the give of **Teflon**-reinforced oak? Well, ...

48. <u>Toronto Star</u>, December 9, 2001 Sunday, Ontario Edition, NEWS;, Pg. 07, 5398 words, Nortel's Roth a raging bull in a market drop, Tyler Hamilton and Robert Cribb, Toronto Star
    ... Nortel in a **Teflon** coating. "If this year (2001) does have ...

49. <u>Toronto Star</u>, December 9, 2001 Sunday, Ontario Edition, NEWS;, Pg. A01, 5398 words, Nortel's Roth a raging bull until bitter end, Tyler Hamilton and Robert Cribb, Toronto Star
    ... Nortel in a **Teflon** coating. "If this year (2001) does have ...

50. <u>Toronto Star</u>, December 9, 2001 Sunday, Ontario Edition, NEWS;, Pg. A06, 5398 words, Nortel's Roth a raging bull in a market drop, Tyler Hamilton and Robert Cribb, Toronto Star
    ... Nortel in a **Teflon** coating. "If this year (2001) does have ...

View: Cite | KWIC | Full | Custom         1 - 50 of 2382  NEXT            Print | Download | Fax | Email | T:
                                          Save As ECLIPSE | Hide Hits

Source: News & Business > News > Major Newspapers
Terms: teflon and date(geq (1/1/1999) and leq (12/31/2001)) (Edit Search)
View: Cite
Date/Time: Friday, November 19, 2004 - 12:23 PM EST

Copyright © 2004 LexisNexis, a division of Reed Elsevier Inc. All rights reserved

Teflon in the Media

NEXIS
    "Major Newspapers" Directory
        January 1, 2002 to November 19, 2004

2555 Stories

Search - 2555 Results - teflon                                                                                                    11/19/04

LexisNexis *Total Research System*                    Switch Client | Preferences | Feedback | Live Support | Sign O

Search | Research Tasks | Search Advisor | Get a Document | Shepard's®                  Practice Area Pages | ECLIPSE | H

FOCUS™ Terms [teflon]                                        Go →  FOCUS Options

View: Cite | KWIC | Full | Custom          1 - 50 of 2555  NEXT       Print | Download | Fax | Email
                                        Save As ECLIPSE | Hide Hits

Source: News & Business > News > Major Newspapers
Terms: teflon and date(geq (1/1/2002) and leq (11/19/2004))  (Edit Search)

1. Chicago Tribune, November 19, 2004 Friday, Chicago Final Edition, COMMENTARY ; ZONE C; Pg. 27, 972 words, A special kind of justice, By Jonathan Turley. Jonathan Turley is a law professor at George Washington Law School.
   ... DeLay, who has become the "**Teflon** Don" of Beltway politics. ...

2. The Boston Herald, November 18, 2004 Thursday, ALL EDITIONS, EDITORIAL; Pg. 043, 738 words, OP-ED; No reason to limit Ah-nold's role, By Wayne Woodlief
   ... stash of Reagan's old **Teflon** somewhere. He gets away with ...

3. Daily News (New York), November 18, 2004 Thursday, SPORTS FINAL EDITION, NEWS; Pg. 47, 245 words, SLIWA: 'LAW & ORDER' NO GUARDIAN OF TRUTH, BY DAVE GOLDINER DAILY NEWS STAFF WRITER
   ... weeks earlier, he had branded **Teflon** Don John Gotti " ...

4. The Washington Post, November 18, 2004 Thursday, Final Edition, A Section; A15, 545 words, DuPont Faces New Complaint; Group Says Firm Withheld Plaintiffs' Blood Test Results, Juliet Eilperin, Washington Post Staff Writer
   ... ingredient used to make **Teflon** that in animal studies has been ...

5. Newsday (New York), November 17, 2004 Wednesday, CITY EDITION, NEWS; Pg. A20, 330 words, ALLEGED PLOT TO KILL GRAVANO; NJ mobster testifies against Gotti, BY PATRICIA HURTADO. STAFF WRITER
   ... Gotti, known to the press as "The **Teflon** Don." Rotondo, who is ...

6. USA TODAY, November 17, 2004, Wednesday,, FINAL EDITION, MONEY;, Pg. 1B, 2137 words, Nanotech could put a new spin on sports, Kevin Maney
   ... coating far slicker than **Teflon**. Water literally bounces ...

7. St. Louis Post-Dispatch (Missouri), November 15, 2004 Monday, FIVE STAR LIFT EDITION, SPORTS; Bernie Miklasz Column; Pg. C01, 882 words, Don't toast Martz yet: Rams still have work to do, By BERNIE MIKLASZ
   ... underachieving Seattle Seahawks and **teflon** head coach Mike ...

8. The Boston Herald, November 14, 2004 Sunday, ALL EDITIONS, TRAVEL; Pg. 035, 1101 words, Defending Denver; A native makes his case for visiting the Mile High City, By Dan Leeth (SPECIAL TO THE HERALD)
   ... tent roof. Made from **Teflon**-coated fiberglass, the white ...

Search - 2555 Results - teflon                                                                                                11/19/04

20. Daily News (New York), November 4, 2004 Thursday, SPORTS FINAL EDITION, NEWS; Pg. 3, 465 words, WHAT A LOTTI SHE GOTTI, BY SCOTT SHIFREL DAILY NEWS STAFF WRITER
   ... While Peter, brother of **Teflon** Don John Gotti, ...

21. The Independent (London), November 4, 2004, Thursday, First Edition; FEATURES; Pg. 4, 676 words, THE GOOD LIFE: LOSING OUR WAY IN MONIKER ALLEY, CHRISTOPHER HIRST Dual identity: Dublin's sculpture of Molly Malone, known to locals as The Tart with a Cart'
   ... Claude van Damme), "the **Teflon** Don" (John Gotti) and "the ...

22. St. Louis Post-Dispatch (Missouri), November 4, 2004 Thursday, FIVE STAR LATE LIFT EDITION, SPORTS; Bryan Burwell; Pg. D01, 653 words, Real Quin Snyder remains a mystery, By Bryan Burwell
   ... effective professional weapon -- his **teflon**-coated image as an ...

23. Sun-Sentinel (Fort Lauderdale, FL), November 4, 2004 Thursday Broward Metro Edition, 928 words, QUICK BITES, Dale Koppel, Stephanie Hanes The Baltimore Sun
   ... winner in DuPont **Teflon's** Search for the Greatest ...
   ... can also visit www.teflon.com/grilledcheese for this and ...
   ... sponsored by DuPont **Teflon**. Mango Salsa: 1/ ...

24. The Toronto Star, November 4, 2004 Thursday, OPINION; Pg. A23, 757 words, Will left in America get its say now?, Antonia Zerbisias, Toronto Star
   ... rush: Clinton was impeached; **Teflon** Reagan was besmirched; Nixon was ...

25. THE DAILY TELEGRAPH(LONDON), November 03, 2004, Wednesday, Pg. 09, 199 words, Teflon gas is blamed for killing pet birds, By Paul Stokes
   ... vet added he suspected **Teflon** gas could have been to blame. "He told me ...
   ... admit that when over-heated their **Teflon** products can harm ...

26. Rocky Mountain News (Denver, CO), November 3, 2004 Wednesday Final Edition, SPOTLIGHT; Pg. 5D, 818 words, GARDEN HOLDS WHAT WE VALUE, Marty Meitus, Rocky Mountain News Food Editor
   ... in a non-**Teflon**-coated pan on ...

27. Chicago Tribune, November 2, 2004 Tuesday, RedEye Edition, Pg. 17, 333 words, Running mates; What if Chicago players ran for president?, By Phillip Thompson, RedEye.
   ... Sosa adopts the moniker "The **Teflon** Candidate," like Ronald Reagan's "**Teflon** President," when he is caught engaging ...

28. The Baltimore Sun, November 1, 2004 Monday, FINAL Edition, Pg. 1E, 780 words, T.O. opts to save last dance for Ray; RAVENS GAMEDAY; EAGLES 15, RAVENS 10, David Steele
   ... yet another layer of **Teflon** to Owens' season. It's his ...

Search - 2555 Results - teflon                                                                                                    11/19/04

29. Financial Times (London, England), November 1, 2004 Monday, FT REPORT - CZECH REPUBLIC; Pg. 3, 776 words, 'People are starting to give us a chance' PROFILE STANISLAV GROSS, By ROBERT ANDERSON
   ... But even if his famous "Teflon touch" has deserted him as premier, ...

30. Columbus Dispatch (Ohio), October 31, 2004 Sunday, Home Final Edition, 1520 words, DEBATE ON ENVIRONMENT VIGOROUS BUT OVERLOOKED, Spencer Hunt, THE COLUMBUS DISPATCH
   ... DuPont uses to manufacture Teflon. The agency has accused the company of ...

31. SUNDAY TELEGRAPH(LONDON), October 31, 2004, Sunday, Pg. 26, 860 words, Each generation gets the Pickles it deserves You can't feign niceness on air. It's the one quality which cannot be mimicked, and John Peel was easily the nicest broadcaster of his generation - just like Wilfred Pickles, By KEVIN MYERS
   ... Peel possessed a Teflon charm that made him immune to ...

32. The Herald (Glasgow), October 30, 2004, Pg. 19, 403 words, Aviva reports 8% rise in new UK life and pension business, Simon Bain
   ... fund manager said: "He really is the Teflon man, nothing sticks to him, ...

33. The Scotsman, October 29, 2004, Friday, Pg. 55, 741 words, SHELL'S TOUCH OF ARROGANCE AS UK ARM IS SIDELINED, Martin Flanagan
   ... Dutch personnel, the impressively Teflon-coated Jeroen van ...

34. Star Tribune (Minneapolis, MN), October 28, 2004, Thursday, Metro Edition, SPORTS; Jim Souhan; Pg. 1C, 783 words, Woes everywhere he goes, Jim Souhan; Staff Writer
   ... football stadium under the teflon roof.    Life, for ...

35. The Times (London), October 28, 2004, Thursday, Features; 16, 953 words, We will judge Blair's judgment, Peter Riddell
   ... but it will and should be TEFLON Tony is back. The Blair ...

36. The Washington Post, October 26, 2004 Tuesday, Final Edition, A Section; A23, 634 words, Chemical Industry Funds Aid EPA Study; Effect of Substances on Children Probed, Juliet Eilperin, Washington Post Staff Writer
   ... substances in products such as Teflon and Scotchgard. Some of these chemicals have ...

37. Plain Dealer (Cleveland), October 24, 2004 Sunday, Final Edition; All Editions, SUNDAY MAG; Pg. 11, 3443 words, The Town That Coal Built; The story has been repeated across America: When the company closed the mine, Piney Fork all but disappeared. Yet the people born and raised there refuse to give up on the place they still call home., Andrea Simakis, Plain Dealer
   ... Depression-era toughness, that Teflon quality so many of the ...

38. Courier Mail (Queensland, Australia), October 23, 2004 Saturday, LIFE; Pg. L08, 876 words, Fillets of first-class fish, Andrew Mirosch
   ... cook in a Teflon or non-stick pan ...

39. Herald Sun (Melbourne, Australia), October 22, 2004 Friday, CARS GUIDE; Pg. G30, 977 words, Want a real classic?, GRAHAM SMITH
    ... rebuilding problem engines with teflon-coated pistons and reduced ...

40. The Houston Chronicle, October 22, 2004, Friday, 3 STAR EDITION, SPORTS;, Pg. 18, 370 words, WORLD SERIES SUMMARY
    ... Torre, who has been dubbed Teflon Torre because of his postseason success and ...

41. The New York Times, October 22, 2004 Friday, Late Edition - Final, Section D; Column 6; Sports Desk; BASEBALL; Pg. 5, 837 words, In Hindsight, Torre Has No Regrets, By JACK CURRY
    Torre, who has been dubbed Teflon Torre because of his postseason success and ...

42. Plain Dealer (Cleveland), October 21, 2004 Thursday, FINAL Edition; ALL Editions, SPORTS; Pg. D1, 680 words, Eagles are only thing rustling QB's feathers, TONY GROSSI, PLAIN DEALER REPORTER
    ... Garcia has been the consummate "Teflon man" during ...

43. The Herald (Glasgow), October 19, 2004, Pg. 20, 1385 words, How common sense is starting to prevail over the chancer's charter;The victimhood cult may have peaked, says John Hatfield, but protection is still to be desired, John Hatfield
    ... manufacturer's negligence. Even Teflon has seen some mud ...

44. South China Morning Post, October 19, 2004, NEWS; Window On The World; Pg. 13, 449 words, Dubious heritage, Sonia Kolesnikov-Jessop, Singapore
    ... for a giant Teflon roof structure over the ...

45. South China Morning Post, October 19, 2004, NEWS; Window On The World; Pg. 13, 449 words, Dubious heritage, Sonia Kolesnikov-Jessop, Singapore
    ... for a giant Teflon roof structure over the ...

46. Daily News (New York), October 18, 2004 Monday, SPORTS FINAL EDITION, SUPER MONDAY; Pg. 14, 1254 words, GOING DEEP ADVENTURES AND INTRIGUEFROM AROUND THE LEAGUE, BY SEAN BRENNAN
    ... eggs? If nothing sticks to Teflon, how does Teflon stick to frying pans? What's the ...

47. Newsday (New York), October 18, 2004 Monday, ALL EDITIONS, PART II; Pg. C01, 766 words, OFF CAMERA; THE FACTOR; Accusing times; Bill O'Reilly takes the first round in what may be a long legal battle, VERNE GAY
    ... Bill O'Reilly is a Teflon guy, the way Clinton is a Teflon guy." His fans, he says, "are ...

48. Chicago Tribune, October 17, 2004 Sunday, Chicago Final Edition, Q ; ZONE C; Pg. 1, 1663 words, Sly-Tech Clothing; It dodges stains, repels sweat and can even play your MP3 tunes, By Judy Hevrdejs, Tribune staff reporter.
    ... durable and effective. They have moved Teflon from water-repellent outerwear to ...

Search - 2555 Results - teflon                                                                 11/19/04

49. Los Angeles Times, October 17, 2004 Sunday, Home Edition, BOOK REVIEW; Features Desk; Part R; Pg. 6, 2434 words, The predator's tale; Green River, Running Red The Real Story of the Green River Killer -- America's Deadliest Serial Murderer Ann Rule The Free Press: 438 pp., $26 * Chasing the Devil My Twenty-Year Quest to Capture the Green River Killer David Reichert Little, Brown: 314 pp., $24.95 * The Search for the Green River Killer Carlton Smith and Tomas Guillen Signet: 528 pp., $7.99 paper, Denise Hamilton, Denise Hamilton, a former Times reporter, is the author of the Eve Diamond crime novels.
... thing about you is your Teflon-coated emotions and complete ...

50. The Boston Globe, October 16, 2004, Saturday, THIRD EDITION, Pg. A19, 767 words, PRESIDENTIAL KERRY HITS HIS STRIDE , DAN PAYNE
... painting. Not clear if Teflon will last under ...


View: Cite | KWIC | Full | Custom          1 - 50 of 2555  NEXT          Print | Download | Fax | Email | Te
                                           Save As ECLIPSE | Hide Hits

Source: News & Business > News > Major Newspapers [i]
Terms: teflon and date(geq (1/1/2002) and leq (11/19/2004))  (Edit Search)
View: Cite
Date/Time: Friday, November 19, 2004 - 11:10 AM EST


Search | Research Tasks | Search Advisor | Get a Document | Shepard's ®
Eclipse ™ | History | Delivery Manager | Practice Area Pages | Switch Client | Preferences | Feedback | Sign Off | Help
About LexisNexis | Terms and Conditions


Copyright © 2004 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.