UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30078-MAP

| | | |
|---|---|---|
| NATIONAL NONWOVENS, INC., | ) | |
|     Plaintiff, | ) | DEFENDANT'S MOTION FOR LEAVE |
| | ) | TO FILE REPLY TO PLAINTIFF'S |
| v. | ) | OPPOSITION TO MOTION FOR |
| | ) | SUMMARY JUDGMENT AND |
| CONSUMER PRODUCTS | ) | OPPOSITION TO MOTION FOR |
| ENTERPRISES, | ) | ATTORNEY'S FEES |
| INC., | ) | |
|     Defendant. | ) | |

NOW COMES the Defendant and moves this Court pursuant to Local Rule 7.1(B)(e) for leave to file a Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

As grounds for this motion, Defendant states that it seeks leave to file a reply memorandum in order to respond to issues raised by Plaintiff in its Opposition to the Motion for Summary Judgment and that the reply would assist the Court in deciding the motion.

Counsel for the Defendant has conferred with Counsel for Plaintiff and has been advised that Plaintiff does not oppose this motion.

Respectfully submitted,
CONSUMER PRODUCTS ENTERPRISES, INC.
By Its Attorneys:

Dated: December 10, 2004

/s/ James C. Duda
James C. Duda
  BBO No. 551207
Joshua P. Grey
  BBO No. 650544
Pamela S. Chestek
  BBO No. 647124
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
Tel: 413-781-2820
Fax: 413-272-6806
e-mail: jduda@bulkley.com
      jgrey@bulkley.com
      pchestek@bulkley.com