# EXHIBIT S



# Merriam-Webster's Collegiate® Dictionary

TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



---

**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

---

Copyright © 1993 by Merriam-Webster, Incorporated

Philippines Copyright 1993 by Merriam-Webster, Incorporated

First Printing 1993

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
    p.   cm.
  Includes index.
  ISBN 0-87779-708-0 (unindexed). — ISBN 0-87779-709-9 (indexed).
— ISBN 0-87779-710-2 (deluxe)
   1. English language—Dictionaries.  I. Merriam-Webster, Inc.
PE1628.M36    1993
423—dc20                                          93-20206
                                                                                CIP

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

123456RMcN93



**428  fellah • fenestrate**

**fel·lah** \'fe-lə, fə-'lä\ *n, pl* **fel·la·hin** *or* **fel·la·heen** \ˌfel-ə-'hēn, fə-ˌlä-'hēn\ [Ar *fallāḥ*] (1743) : a peasant or agricultural laborer in an Arab country (as Egypt)

**fel·late** \'fe-ˌlāt, fə-'lāt\ *vb* **fel·lat·ed; fel·lat·ing** [back-formation fr. *fellatio*] *vt* (1948) : to perform fellatio on ~ *vi* : to fellate someone — **fel·la·tor** \-ˌlā-tər, -'lā-tər\ *n*

**fel·la·tio** \fə-'lā-shē-ˌō, fe-\ *also* **fel·la·tion** \-'lā-shən\ *n* [NL *fellation-, fellatio,* fr. L *felare, fellare,* lit., to suck — more at FEMININE] (ca. 1893) : oral stimulation of the penis

**fell·mon·ger** \'fel-ˌməŋ-gər, -ˌmäŋ-\ *n* [¹*fell*] (1530) *Brit* : one who removes hair or wool from hides in preparation for leather making — **fell·mon·gered** \-gərd\ *adj, Brit* — **fell·mon·ger·ing** \-g(ə-)riŋ\ *n, Brit* — **fell·mon·gery** \-g(ə-)rē\ *n, Brit*

**fel·low** \'fe-(ˌ)lō, -lə(-w)\ *n, often attrib* [ME *felawe,* fr. OE *fēolaga,* fr. ON *fēlagi,* fr. *fēlag* partnership, fr. *fē* cattle, money + *lag* act of laying] (bef. 12c) **1 :** COMRADE, ASSOCIATE **2 a :** an equal in rank, power, or character : PEER **b :** one of a pair : MATE **3 :** a member of a group having common characteristics; *specif* : a member of an incorporated literary or scientific society **4 a** *obs* : a person of one of the lower social classes **b :** a worthless man or boy **c :** MAN, BOY **d :** BOY-FRIEND, BEAU **5 :** an incorporated member of a college or collegiate foundation esp. in a British university **6 :** a person appointed to a position granting a stipend and allowing for advanced study or research

**fellow feeling** *n* (1712) : a feeling of community of interest or of mutual understanding

**fel·low·ly** \-lō-lē, -lə-lē\ *adj* (13c) : SOCIABLE — **fellowly** *adv*

**fel·low·man** \ˌfe-lō-'man, -lə-\ *n* (1667) : a kindred human being

**fellow servant** *n* (1900) : an employee working with another employee under such circumstances that each one if negligent may expose the other to harm which the employer cannot reasonably be expected to guard against or be held legally liable for

**¹fel·low·ship** \'fe-lō-ˌship, -lə-\ *n* (bef. 12c) **1 :** COMPANIONSHIP, COMPANY **2 a :** community of interest, activity, feeling, or experience **b :** the state of being a fellow or associate **3 :** a company of equals or friends : ASSOCIATION **4 :** the quality or state of being comradely **5** *obs* : MEMBERSHIP, PARTNERSHIP **6 a :** the position of a fellow (as of a university) **b :** the stipend of a fellow **c :** a foundation for the providing of such a stipend

**²fellowship** *vb* **-shipped** *also* **-shiped** \-ˌshipt\; **-ship·ping** *also* **-ship·ing** \-ˌshi-piŋ\ *vi* (14c) : to join in fellowship esp. with a church member ~ *vt* : to admit to fellowship (as in a church)

**fellow traveler** *n* [trans. of Russ *poputchik*] (1925) : one that sympathizes with and often furthers the ideals and program of an organized group (as the Communist party) without membership in the group or regular participation in its activities — **fel·low–trav·el·ing** *adj*

**fel·ly** \'fe-lē\ *or* **fel·loe** \-(ˌ)lō\ *n, pl* **fellies** *or* **felloes** [ME *fely, felive,* fr. OE *felg;* akin to OHG *felga* felly, OE *fealg* piece of plowed land] (bef. 12c) : the exterior rim or a segment of the rim of a wheel supported by the spokes

**felo–de–se** \ˌfe-lō-də-'sā, -'sē\ *n, pl* **fe·lo·nes–de–se** \fə-ˌlō-(ˌ)nēz-də-\ *or* **felos–de–se** \ˌfe-lōz-də-\ [ML *felo de se, fello de se,* lit., evildoer in respect to oneself] (1607) **1 :** one who deliberately kills himself or who dies from the effects of his commission of an unlawful malicious act **2 :** an act of deliberate self-destruction : SUICIDE

**¹fel·on** \'fe-lən\ *n* [ME, fr. MF *felon, fel* evildoer, prob. of Gmc origin; akin to OHG *fillen* to beat, whip, *fel* skin — more at FELL] (13c) **1 :** one who has committed a felony **2** *archaic* : VILLAIN **3 :** WHITLOW

**²felon** *adj* (13c) **1** *archaic* **a :** CRUEL **b :** EVIL **2** *archaic* : WILD

**fe·lo·ni·ous** \fə-'lō-nē-əs\ *adj* (1575) **1** *archaic* : very evil : VILLAINOUS **2 :** of, relating to, or having the nature of a felony — **fe·lo·ni·ous·ly** *adv* — **fe·lo·ni·ous·ness** *n*

**fel·on·ry** \'fe-lən-rē\ *n* (1837) : FELONS; *esp* : the convict population of a penal colony

**fel·o·ny** \'fe-lə-nē\ *n, pl* **-nies** (14c) **1 :** an act on the part of a feudal vassal involving the forfeiture of his fee **2 a :** a grave crime formerly differing from a misdemeanor under English common law by involving forfeiture in addition to any other punishment **b :** a grave crime declared to be a felony by the common law or by statute regardless of the punishment actually imposed **c :** a crime declared a felony by statute because of the punishment imposed **d :** a crime for which the punishment in federal law may be death or imprisonment for more than one year

**fel·site** \'fel-ˌsīt\ *n* [*felspar + -ite*] (1794) : a dense igneous rock consisting almost entirely of feldspar and quartz — **fel·sit·ic** \fel-'si-tik\ *adj*

**fel·spar** *chiefly Brit var of* FELDSPAR

**¹felt** \'felt\ *n* [ME, fr. OE; akin to OHG *filz* felt, L *pellere* to drive, beat] (bef. 12c) **1 a :** a cloth made of wool and fur often mixed with natural or synthetic fibers through the action of heat, moisture, chemicals, and pressure **b :** a firm woven cloth of wool or cotton heavily napped and shrunk **2 :** an article made of felt **3 :** a material resembling felt: as **a :** a heavy paper of organic or asbestos fibers impregnated with asphalt and used in building construction **b :** semirigid pressed fiber insulation used in building — **felt·like** *adj*

**²felt** *vt* (14c) **1 :** to make out of or cover with felt **2 :** to cause to adhere and mat together **3 :** to make into felt or a similar substance

**³felt** *past and past part of* FEEL

**felt·ing** \'fel-tiŋ\ *n* (1686) **1 :** the process of making felt **2 :** FELT

**fe·luc·ca** \fə-'lü-kə, -'lä-kə\ *n* [It *feluca*] (1615) : a narrow fast lateen-rigged sailing vessel chiefly of the Mediterranean area

**¹fe·male** \'fē-ˌmāl\ *adj* (14c) **1 a :** of, relating to, or being the sex that bears young or produces eggs **b :** PISTILLATE **2 :** having some quality (as gentleness) associated with the female sex **3 :** designed with a hollow or groove into which a corresponding male part fits (~ coupling of a hose) — **fe·male·ness** *n*



felucca

**²female** *n* [ME, alter. of *femel, femelle,* fr. MF & ML; ML *femella,* fr. L, girl, dim. of *femina*] (14c) **1 a :** WOMAN, GIRL **b :** an individual that bears young or produces usu. immobile gametes (as eggs) that are fertilized by the gametes of a male **2 :** a pistillate plant

**¹fem·i·nine** \'fe-mə-nən\ *adj* [ME, fr. MF *feminin,* fr. L *femina* woman; akin to OE *delu* nipple, L *filius* son, *fecundus* fruitful, *felare* to suck, Gk *thēlē* nipple] (14c) **2 :** characteristic of or appropriate or unique to women **1 :** ing to, or constituting the gender that ordinarily includes or grammatical forms referring to females (a ~ noun) **4 :** unstressed and usu. hypermetric final syllable (~ ending) **:** having an unstressed final syllable **c :** having the final ring on a weak beat (music in ~ cadences) — **fem·i·nine·** **fem·i·nine·ness** \-nə(n)-nəs\ *n*

**²feminine** *n* (15c) **1 a :** a noun, pronoun, adjective, or form or class of the feminine gender **b :** the feminine gender; female principle (eternal ~)

**fem·i·nin·i·ty** \ˌfe-mə-'ni-nə-tē\ *n* (14c) **1 :** the quality of the female sex **2 :** EFFEMINACY **3 :** WOMEN, WOMANKIND

**fem·i·nise** *Brit var of* FEMINIZE

**fem·i·nism** \'fe-mə-ˌni-zəm\ *n* (1895) **1 :** the theory of the economic, and social equality of the sexes **2 :** organized behalf of women's rights and interests — **fem·i·nist** \-nist\ *n* — **fem·i·nis·tic** \ˌfe-mə-'nis-tik\ *adj*

**fe·min·i·ty** \fe-'mi-nə-tē, fə-\ *n* (14c) : FEMININITY

**fem·i·nize** \'fe-mə-ˌnīz\ *vt* **-nized; -niz·ing** (1652) **1 :** to give nine quality to **2 :** to cause (a male or castrate) to take on characters (as by implantation of ovaries or administration genic substances) — **fem·i·ni·za·tion** \ˌfe-mə-nə-'zā-shən\ *n*

**femme** *also* **fem** \'fem\ *n* [prob. fr. F *femme* woman, fr. L] (1958) : a lesbian who plays the female role in a homosexual ship

**femme fa·tale** \ˌfem-fə-'tal, ˌfam-, -'täl\ *n, pl* **femmes** \-'tal(z), -'täl(z)\ [F, lit., disastrous woman] (1912) **1 a :** woman who lures men into dangerous or compromising situations **:** a woman who attracts men by an aura of charm and myster

**fem·o·ral** \'fe-mə-rəl, 'fem-rəl\ *adj* (ca. 1771) : of or relating femur or thigh

**femoral artery** *n* (ca. 1771) : the chief artery of the thigh ly anterior inner part

**fem·to-** \ˌfem(p)-tō\ *comb form* [ISV, fr. Dan or Norw *femt,* fr. ON *fimmtān;* akin to OE *fīftēne* fifteen] : one quadrillionth part of (*femto*second)

**fem·to·sec·ond** \'fem(p)-tə-ˌse-kənd, -kənt, -tō-\ *n* (1976) : drillionth of a second

**fe·mur** \'fē-mər\ *n, pl* **fe·murs** *or* **fem·o·ra** \'fe-mə-rə, 'fem *femor-, femur,* fr. L, thigh] (ca. 1771) **1 :** the proximal bo hind or lower limb — called also *thighbone* **2 :** the segm insect's leg that is third from the body

**¹fen** \'fen\ *n* [ME, fr. OE *fenn;* akin to OHG *fenna* fen, Skt *pa* (bef. 12c) : low land covered wholly or partly with water uni cially drained

**²fen** \'fən\ *n, pl* **fen** [Chin (Beijing) *fēn*] (1916) — see *yuan* table

**¹fence** \'fen(t)s\ *n, often attrib* [ME *fens,* short for *defens* defe **1** *archaic* **:** a means of protection : DEFENSE **2 :** a barrier int prevent escape or intrusion or to mark a boundary; *esp* : such made of posts and wire or boards **3 :** FENCING **4 a :** a r stolen goods **b :** a place where stolen goods are bought — fe \-ləs\ *adj* — **fence·less·ness** *n* — **on the fence :** in a pc neutrality or indecision

**²fence** *vb* **fenced; fenc·ing** *vt* (15c) **1 a :** to enclose with a (1) : to keep in or out with a fence (2) : to ward off **2 :** to defense for **3 :** to sell (stolen property) to a fence ~ *vi* practice fencing **b** (1) : to use tactics of attack and defen bling those of fencing (2) : to parry arguments by shifting g *archaic* : to provide protection — **fenc·er** *n*

**fence–mend·ing** \'fen(t)s-ˌmen-diŋ\ *n* (1947) : the rehabilit deteriorated political relationship

**fence·row** \'fen(t)s-ˌrō\ *n* (1842) : the land occupied by a fen ing the uncultivated area on each side

**fence–sit·ting** \'fen(t)s-ˌsi-tiŋ\ *n* (1904) : a state of indecisio trality with respect to conflicting positions — **fence–sit·ter** *n*

**fenc·ing** *n* (1581) **1 :** the art or practice of attack and defense foil, épee, or saber **2 a** (1) : FENCE 2 (2) : the fences of a or region **b :** material used for building fences

**¹fend** \'fend\ *vb* [ME *fenden,* short for *defenden*] *vt* (14c) **1** **2 :** to keep or ward off : REPEL — often used with *off* **3** *dia* provide for : SUPPORT ~ *vi* **1** *dial Brit* : to make an effort : **2 a :** to try to get along without help : SHIFT (had to ~ selves) **b :** to provide a livelihood

**²fend** *n* (1721) *chiefly Scot* : an effort or attempt esp. for onesel

**fend·er** \'fen-dər\ *n* (13c) : a device that protects: as **a** (1) : (as foam rubber or a wood float) between a boat and a dock o two boats that lessens shock and prevents chafing (2) : a pile or cluster of piles placed to protect a dock or bridge pier from by ships or floating objects **b :** RAILING **c :** a device in locomotives and streetcars to lessen injury to animals or pede case of collision **d :** a guard over the wheel of a motor vehi low metal frame or a screen before an open fireplace **f :** an triangular shield of leather attached to the stirrup leather of a protect a rider's legs — **fend·ered** \-dərd\ *adj* — **fend·er·les**

**fender bender** *n* (ca. 1962) : a minor automobile accident

**fe·nes·tra** \fə-'nes-trə\ *n, pl* **-trae** \-ˌtrē, -ˌtrī\ [NL, fr. L, win 1737) **1 :** a small anatomical opening (as in a bone): as **a** opening between the middle ear and the vestibule having th the stapes or columella attached to its membrane — called als *ova·lis* \-ō-'vā-ləs\, *fenestra ves·tib·u·li* \-ves-'ti-byə-(ˌ)lē\, *ova* **b :** a round opening between the middle ear and the cochlea also *fenestra cochleae, fenestra ro·tun·da* \-rō-'tən-də\, *round w* **:** an opening cut in bone — **fe·nes·tral** \-trəl\ *adj*

**fe·nes·trate** \fə-'nes-ˌtrāt, 'fe-nə-ˌstrāt\ *adj* [L *fenestratus,* fr. (1835) : FENESTRATED

R'S II

# New Riverside University Dictionary

SOUTH HADLEY LIBRARY SYSTEM
South Hadley, Massachusetts



The Riverside Publishing Company

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 1984, 1988 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Permissions, Houghton Mifflin Company, 2 Park Street, Boston, MA 02108.

**Library of Congress Cataloging in Publication Data**
Main entry under title:

Webster's II new Riverside university dictionary.

1. English language—Dictionaries. I. Riverside Publishing Company. II. Title: Webster's two new Riverside university dictionary. III. Title: Webster's 2 new Riverside university dictionary.
PE1625.W244   1984         423         83-3799
ISBN: 0-395-33957-X   (thumb index, trade edition)
      0-395-37928-8   (high school edition)

Manufactured in the United States of America

igned, feign·ing, feigns. [ME *feinen* < OFr. *re*, to form.] —*vt.* **1. a.** To give a false appearance > **b.** To represent falsely <*feign* authorship of a **a.** To invent. **b.** To fabricate. —*vi.* To dissemble. ij. **1.** Not real : PRETENDED. **2.** Fictitious. —**feign'**·iv

*feinte* < OFr. < p.part. of *feindre*, to feign.] **1.** A ient or attack directed toward one part to draw vay from the actual target or objective. **2.** A pre-ed, feint·ing, feints. To make a feint.
ice (fīs) *n.* [Var. of obs. *fist*, short for *fisting dog* mell < *fisten*, to break wind.] *Regional*. A small stry : MONGREL.
ij, -i·er, -i·est. [< FEIST.] **1.** *Regional*. Touchy : rited : gutsy. —**feist'i·ness** *n.*

ir', fěl'-) *also* fel·spar (fěl'-) *n.* [Partial transl. of *Feld*, field (< OHG *feld*) + *Spath*, spar.] Any of a : rock-forming minerals occurring principally in and some metamorphic rocks and composed of um with potassium, sodium, calcium, and occas.

ěld-spǎth'ǐk, fěl'-) *adj.* [< obs. G. *Feldspath*, feld-:o, or containing feldspar.
if'ĭk) *adj.* [Lat. *felicificus* : *felix*, *felici-*, happy + ing or intended to produce happiness.
is'ĭ-tāt') *vt.* -tat·ed, -tat·ing, -tates. [Lat. *felici-* make happy < *felix*, *felici-*, happy.] **1.** To wish IGRATULATE. **2.** *Archaic*. To make happy. —*adj.* —**fe·lic'i·ta'tion** *n.* —**fe·lic'i·ta'tor** *n.*
lǐs'ĭ-təs) *adj.* **1.** Well-chosen : apt <a *felicitous* elding great pleasure or delight. —**fe·lic'i·tous·ly s·ness** *n.*
-tē) *n., pl.* -ties. [ME < OFr. *felicite* < Lat. *felic-*] **1. a.** Great happiness : BLISS. **b.** An instance of producing happiness. **3.** An appropriate and pleas-e or an instance of it.
[NLat. *Felidae*, family name < *Felis*, cat genus < NE 1. —**fe'lid** *n.*
j, [Lat. *felinus* < *felis*, cat.] **1.** Of or belonging to including the lions, tigers, jaguars, and wild and ike a cat, as in suppleness or stealthiness. —**fe'-ly** *adv.* —**fe'line'ness, fe·lin'i·ty** (fĭ-lĭn'ĭ-tē) *n.*

led, fell·ing, fells. [ME *fellen* < OE *fyllan*.] ock down <*fell* trees> **b.** To kill <*felled* the ngle bullet> **2.** To sew or finish (a seam) with the i, turned under, and stitched down. —**fell'a·ble**

*fel* < OFr.] **1.** Inhumanly cruel: FIERCE. **2.** Capable THAL. **3.** *Scot*. Sharp and biting. —**at one fell** ... —**fell'ness** *n.*
*el* < OE.] The hide of an animal: PELT.
FALL.
i') *n., pl.* fel·lahs *also* fel·la·hin *or* fel·la·heen n') [Ar. *fellāh*, dial. var. of *fallāh* < *falaha*, to b peasant or agricultural laborer.
l'mŭng'gər, -mŏng') *n. Chiefly Brit*. A person who making leather. —**fell'mon·ger·ing, fell'mon'-**

ar. of FELLY.
[ME < OE *fēolaga* < ON *fēlagi*, business partner : aying down.] **1. a.** A man or boy. **b.** *Informal*. A mrade : associate. **3. a.** A person of equal rank, ound : PEER. **b.** One of a pair: MATE. **4.** A member y. **5.** A graduate student appointed to a position aid and providing for further study. **6.** *Chiefly* : an incorporated college or university. **7.** *Obs.* A ocial class. —*adj.* Of the same kind, group, occupa-cality <*fellow* students>
*n.* **1.** Sympathetic awareness of others. **2.** Commu-

**fel·low·man** (fěl'ō-măn') *n.* A kindred person.
: *n. Law.* One of a group of employees working n circumstances that the employer cannot be ex-igainst or be liable for harm caused by the negli-oyee to another.
'ō-shĭp') *n.* **1. a.** The state of being together or of terests or experiences : COMPANIONSHIP. **b.** Com-ividuals in a congenial atmosphere and on equal of friends or equals sharing similar interests : FRA-ship : comradeship. **4. a.** A scholarship or grant : student in a college or university. **b.** The state of ied such a scholarship or grant. **c.** A foundation awarding of such a scholarship or grant.

**fellow traveler** *n.* One who sympathizes with the tenets and programs of an organized group, as the Communist Party, without actually being a member of it.
**fel·ly** (fěl'ē) *also* **fel·loe** (fěl'ō) *n., pl.* **-lies** *also* **-loes**. [ME *felies* < OE *felg*.] The rim or a section of the rim of a wheel supported by spokes.
**fe·lo-de·se** (fē'lō-dĭ-sā', -sē') *n., pl.* **fe·lo·nes-de·se** (fə-lō'nēz-) *or* **fel·os-de·se** (fěl'ōz-) [Med. Lat., felon of himself.] *Law.* **1.** Suicide. **2.** One who commits suicide.
**fel·on¹** (fěl'ən) *n.* [ME *feloun* < *feloun*, wicked < OFr. *felon* < Med. Lat. *fello*, villain.] **1.** *Law.* One who has perpetrated a felony. **2.** *Archaic.* An evil person. —*adj. Archaic.* **1.** Evil. **2.** Cruel.
**fel·on²** (fěl'ən) *n.* [ME *felon*, prob. < Lat. *fel*, gall, bile.] A purulent infection at the distal end of a finger near or around the nail or the bone.
**fe·lo·nes-de·se** (fə-lō'nēz-dĭ-sā', -sē') *n. var. pl.* of FELO-DE-SE.
**fe·lo·ni·ous** (fə-lō'nē-əs) *adj.* **1.** *Law.* **a.** Of, relating to, or concern-ing a felony. **b.** Marked by or of the nature of a felony. **2.** *Archaic.* Evil: wicked. —**fe·lo'ni·ous·ly** *adv.* —**fe·lo'ni·ous·ness** *n.*
**fel·on·ry** (fěl'ən-rē) *n.* Felons as a group.
**fel·o·ny** (fěl'ə-nē) *n., pl.* **-nies**. *Law.* **1.** A crime, as murder, rape, or burglary, considered more serious than a misdemeanor and punish-able by a stronger sentence. **2.** Any of several crimes in early English law that were punishable by forfeiture of land or goods and by possi-ble loss of life or a bodily part.
**fel·os-de·se** (fěl'ōz-dĭ-sā', -sē') *n. var. pl.* of FELO-DE-SE.
**fel·site** (fěl'sīt') *n.* [FELS(PAR) + -ITE.] A fine-grained igneous rock, essentially feldspar and quartz. —**fel·sit'ic** (-sĭt'ĭk) *adj.*
**fel·spar** (fěl'spär') *n. var.* of FELDSPAR.
**felt¹** (fělt) *n.* [ME < OE.] **1.** A fabric of matted, compressed animal fibers, as wool or fur, occas. mixed with vegetable or synthetic fibers. **2.** A fabric or material resembling felt. **3.** Something made of felt. —*adj.* **1.** Made of felt. **2.** Relating to or like felt. —*v.* **felt·ed, felt·ing, felts.** —*vt.* **1.** To make into felt. **2.** To cover with felt. **3.** To press or mat together. —*vi.* To become like felt.
**felt²** (fělt) *v.* p.t. & p.p. of FEEL.
**felt·ing** (fěl'tĭng) *n.* **1.** The process of making felt. **2.** The materials from which felt is made. **3.** Felted fabric.
**fe·luc·ca** (fə-lŭk'ə, -lŭk'ə) *n.* [Ital. *feluca* < Ar. *fulk*, ship.] A nar-row, swift sailing vessel chiefly of the Mediterranean, propelled by lateen sails.
**fel·wort** (fěl'wûrt', -wôrt') *n.* [ME *feldwort* < OE *feldwyrt* : *feld*, field + *wyrt*, wort.] A plant of the genus *Gentiana* or related genera, esp. *G. amarella*, with small, purplish flowers.
**fe·male** (fē'māl') *adj.* [ME, var. of *femelle* < OFr. < Lat. *femella*, dim. of *femina*, woman.] **1.** Of, relating to, or designating the sex that produces ova or bears young. **2.** Typical of or appropriate to the female sex : FEMININE. **3.** Consisting of members of the female sex. **4.** *Bot.* **a.** Relating to or designating an organ, as a pistil or ovary, that functions in producing seeds or spores after fertilization. **b.** Bearing pistils but not stamens <*female* flowers> **5.** Indicating or having a part, as a receptacle, designed to receive a complementary male part, as a plug. —*n.* **1.** A member of the sex that produces ova or bears young. **2.** One that is female. **3.** A woman or girl. **4.** *Bot.* A plant having only pistillate flowers. —**fe'male'ness** *n.*
▲ **word history:** The word *female* is unrelated to the word *male*. *Female* is a respelling of *femelle*, which is ultimately from Latin *femella*, a diminutive of *femina*, "woman." After its adoption into English from French in the 15th century, *femelle* was used primarily as an adjective. This circumstance led to the respelling of the word as *femal*, where *-al* was regarded as the adjectival suffix. The spelling *femal*, as well as the word's obvious correlation with the word *male*, suggested an etymological association with the word *male*. This error has been preserved in the now standard modern spelling *female*.
**female suffrage** *n.* Woman suffrage.
**fem·i·nine** (fěm'ə-nĭn) *adj.* [ME < OFr. < Lat. *feminina* < *femina*, woman.] **1.** Of or belonging to the female sex. **2.** Marked by or hav-ing qualities gen. attributed to a woman. **3.** Effeminate : womanish. **4.** Being, designating, or belonging to the gender of words or gram-matical forms that refer chiefly to females. —*n.* **1.** The feminine gender. **2.** A word or form belonging to the feminine gender. —**fem'-i·nine·ly** *adv.* —**fem'i·nine·ness** *n.*
**feminine ending** *n.* **1.** Termination of a line of verse in an unac-cented syllable. **2.** A final syllable or termination marking or forming words in the feminine gender.
**feminine rhyme** *n.* A rhyme with a final unaccented syllable.
**fem·i·nin·i·ty** (fěm'ə-nĭn'ĭ-tē) *n., pl.* **-ties.** **1.** The quality or state of being feminine. **2.** A female trait or characteristic. **3.** Women as a group. **4.** Womanishness : effeminacy.
**fem·i·nism** (fěm'ə-nĭz'əm) *n.* **1.** A doctrine advocating for women the same rights granted men, as in political and economic status. **2.** The movement supporting feminism. —**fem'i·nist** *n.* —**fem'i·nis'tic** *adj.*
**fe·min·i·ty** (fě-mĭn'ĭ-tē) *n.* Femininity.

**fem·i·nize** (fěm'ə-nīz') *vt.* & *vi.* **-nized, -niz·ing, -niz·es.** To make or become feminine. —**fem'i·ni·za'tion** *n.*
**femme fa·tale** (fěm' fə-tăl', -täl', fäm') *n., pl.* **femmes fa·tales** (fěm' fə-tăl', -tălz', -täl', -tälz', fäm'). [Fr. : *femme*, woman + *fatale*, fatal.] **1.** An attractive woman who may lead a man into a compro-mising or dangerous situation. **2.** A charming, mysterious woman.
**fem·o·ra** (fěm'ər-ə) *n. var. pl.* of FEMUR.
**fem·o·ral** (fěm'ər-əl) *adj.* [< Lat. *femur, femor-, femur.*] Of or relat-ing to the thigh or the femur.
**femoral artery** *n.* The main artery of the thigh.
**femto-** *pref.* [Dan. or Norw. *femten*, fifteen < ON *fimmtán.*] One quadrillionth (10⁻¹⁵) <*femtometer*>
**fem·to·joule** (fěm'tə-jōōl', -joul') *n.* One quadrillionth (10⁻¹⁵) of a joule.
**fem·tom·e·ter** (fěm-tŏm'ĭ-tər) *n.* One quadrillionth (10⁻¹⁵) of a meter.
**fem·to·sec·ond** (fěm'tə-sěk'ənd) *n.* One quadrillionth (10⁻¹⁵) of a second.
**fe·mur** (fē'mər) *n., pl.* **fe·murs** *or* **fem·o·ra** (fěm'ər-ə) [Lat.] **1. a.** The proximal bone of the lower or hind limb in vertebrates, located between the pelvis and knee in humans. **b.** THIGH 1. **2.** The usu. stout third segment of an insect's leg.
**fen** (fěn) *n.* [ME < OE *fenn*.] Low, flat, marshy land : BOG.
**fence** (fěns) *n.* [ME *fens*, short for *defense*, defense. —see DEFENSE.] **1.** A structure functioning as a boundary or barrier, usu. made of posts, boards, wire, or rails. **2.** *Archaic*. A means of defense : PROTEC-TION. **3.** FENCING 1. **4.** *Slang.* **a.** One who receives and sells stolen goods. **b.** A place where such goods are received and sold. —*v.* **fenced, fenc·ing, fenc·es.** —*vt.* **1.** To surround or close in by or as if by a fence. **2.** To separate or close off by or as if by a fence. **3.** *Ar-chaic.* To defend or ward off. **4.** *Slang.* To receive and sell (stolen goods). —*vi.* **1.** To practice the art of fencing. **2.** To avoid giving direct answers : HEDGE. **3.** *Slang.* To act as a fence for stolen goods. —**on the fence.** *Informal.* **1.** Undecided regarding which side to support, as in a controversy. **2.** Neutral. —**fenc'er** *n.*
**fence sitter** *n.* One taking a neutral or undecided position, as in a controversial matter. —**fence'-sit'ting** (fěns'sĭt'ĭng) *n.*
**fenc·ing** (fěn'sĭng) *n.* **1.** The art, practice, or sport of using a foil, épée, or saber as a means of attack or defense. **2.** FENCE 1. **3.** Material, as wire or stakes, used in building fences. **4.** Fences in general.
**fend** (fěnd) *v.* **fend·ed, fend·ing, fends.** [ME *fenden*, short for *defenden*, to defend. —see DEFEND.] —*vt.* **1.** *Archaic.* To defend. **2.** To keep or ward off <*fend* off an assault> —*vi.* **1.** *Chiefly Brit. Regional.* To make an effort to do something. **2.** To provide or earn a living <children *fending* for themselves>
**fend·er** (fěn'dər) *n.* **1.** One that fends or keeps off. **2.** A usu. metal guard over the wheel of an automotive vehicle. **3.** A device at the front end of a locomotive or streetcar for pushing aside obstructions. **4.** A screen or metal framework placed in front of a fireplace to keep embers and debris from falling out. **5.** A device, as a bundle of rope or piece of timber, on the side of a vessel or dock for absorbing impact or friction.
**fe·nes·tra** (fə-něs'trə) *n., pl.* **-trae** (-trē) [Lat., window.] **1.** *Anat.* A small opening, esp. either of two apertures in the medial wall of the middle ear. **2.** A windowlike opening. **3.** *Biol.* A transparent spot or marking, as on an insect's wing. —**fe·nes'tral** *adj.*
**fen·es·trate** (fěn'ĭ-strāt') *adj.* Fenestrated.
**fen·es·trat·ed** (fěn'ĭ-strā'tĭd) *adj.* [< Lat. *fenestratus*, p.part. of *fenestrare*, to furnish with windows < *fenestra*, window.] **1.** Having windows or windowlike openings. **2.** *Biol.* Having fenestrae.
**fen·es·tra·tion** (fěn'ĭ-strā'shən) *n.* **1.** Design and position of win-dows in a building. **2.** A structural opening. **3.** Surgical cutting of an artificial opening from the external auditory canal to the labyrinth of the internal ear to restore normal hearing.
**Fe·ni·an** (fē'nē-ən) *n.* [Blend of OIr. *féinne*, pl. of *fīann*, legendary band of warriors, and *Féne*, name of ancient inhabitants of Ireland.] **1.** One of a legendary group of heroic Irish warriors of the 2nd and 3rd cent. A.D. **2.** A member of a secret organization, founded in New York City in the mid-19th cent., with the goal of overthrowing Brit-ish rule in Ireland. —**Fe'ni·an** *adj.* —**Fe'ni·an·ism** *n.*
**fen·nec** (fěn'ĭk) *n.* [Ar. *fenek*, furry animal.] A small fox, *Fennecus zerda* of desert regions of northern Africa, with fawn-colored fur and large pointed ears.
**fen·nel** (fěn'əl) *n.* [ME *fenel* < OE *finul* < Med. Lat. *fenuculum* < Lat. *faeniculum*, dim. of *faenum*, hay.] **1.** A native Eurasian plant, *Foeniculum vulgare*, with finely dissected leaves, small yellow flower clusters, and aromatic seeds used as flavoring. **2.** The seeds or edible stalks of the fennel.
**fen·thi·on** (fěn-thī'ŏn', -ən) *n.* [E. *fen-*, alteration of PHEN- + THI(O)- + -ON.] An organophosphorous insecticide, $C_{10}H_{15}O_3PS_2$, used for ornamental plants.
**fen·u·greek** (fěn'yə-grēk') *n.* [ME *fenigrek* < OFr. *fenugrek* < Lat. *fenugraecum* < *fenum graecum*, Greek hay.] **1.** A cloverlike Eurasian plant, *Trigonella foenum-graecum*, with white flowers and pungent, aromatic seeds used as flavoring. **2.** The seeds of the fenugreek.
**fen·u·ron** (fěn'yə-rŏn') *n.* [*fen-*, alteration of PHEN- + U(REA) + -ON³.] A white compound, $C_9H_{12}N_2O$, used as a herbicide.
**feoff·ee** (fě-fē', fē-) *n.* One to whom a feoffment is granted.

AMAZON.COM NOW OFFERS new and used BOOKS amazon.com CLICK

COLOR PHONES BUY 1 GET UP TO 3 FREE ALL ONLY $29.99 AFTER REBATE WITH NEW 2 YR AGREEMENT ON EACH PHONE ON SELECT PLANS LG VX4500 BUY NOW verizon wireless

Bartleby.com Great Books Online

Reference | Verse | Fiction | Nonfiction

Search Dictionary [Go]

Home | Subjects | Titles | Authors    Encyclopedia | Dictionary | Thesaurus | Quotations | English Usage

Reference > American Heritage® > Dictionary

‹ felspar                                                                                              felt[2] ›

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

The American Heritage® Dictionary of the English Language: Fourth Edition.  2000.

# felt[1]

**PRONUNCIATION:** fĕlt

**NOUN:** **1a.** A fabric of matted, compressed animal fibers, such as wool or fur, sometimes mixed with vegetable or synthetic fibers. **b.** A material resembling this fabric. **2.** Something made of this fabric.

**ADJECTIVE:** Made of, relating to, or resembling felt.

**VERB:** Inflected forms: **felt·ed**, **felt·ing**, **felts**

**TRANSITIVE VERB:** **1.** To make into felt. **2.** To cover with felt. **3.** To press or mat (something) together.

**INTRANSITIVE VERB:** To become like felt; mat together.

**ETYMOLOGY:** Middle English, from Old English. See **pel-**[5] in Appendix I.

**OTHER FORMS:** **felt'y** —ADJECTIVE

The American Heritage® Dictionary of the English Language, Fourth Edition. Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

‹ felspar                                                                                              felt[2] ›

Click here to download the Dictionary and Thesaurus.

**Search Amazon:** 

Click here to shop the Bartleby Bookstore.

Welcome · Press · Advertising · Linking · Terms of Use · © 2004 Bartleby.com


