# EXHIBIT T

# Claire Shaeffer's

# FABRIC SEWING GUIDE

## UPDATED EDITION



FOREWORD BY NANCY ZIEMAN

# Claire Shaeffer's
# FABRIC SEWING GUIDE

*To everyone who loves beautiful fabrics*

Copyright © 1994, 1989 by Claire B. Shaeffer
All Rights Reserved
Published by Krause Publications, Iola, Wisconsin

No part of this book may be reproduced, transmitted or stored in any form or by any means, electronic or mechanical, without prior written permission from the publisher.

Illustrations by Pamela Poole
Designed by Culver Graphic Design
Manufactured in the United States of America

Library of Congress Cataloging in Publication Data
Shaeffer, Claire B.
    [Fabric sewing guide]
    Claire Shaeffer's fabric sewing guide.
        p.   cm.—(Creative machine arts)
    Bibliography: p. 517
    Includes index.
    ISBN 0-8019-7802-5
    1. Textile fabrics.  2. Sewing.   I. Title.   II. Title: Fabric sewing guide.   III. Series: Creative machine arts series.
TT557.S53 1989
646'.11—dc19                                              88-7845
                                                          CIP

    4 5 6 7 8 9 0     3 2

# CHAPTER 15
# Felt and Felted Fabrics

## Felt

True felt is made from wool, fur, mohair, cotton, rayon, or synthetic fibers. The fibers are pounded, compressed, shrunk, and felted by the application of moisture, temperature change, pressure, and abrasion.

Since felt has a unique no-fray quality, it is very easy to sew.

**Fabric Characteristics**
- Felt does not ravel.
- It is easy to sew.
- Felt is difficult to dry-clean.
- It is susceptible to abrasion in wear and dry cleaning.
- Felt may tear under strain.
- Felt cannot be mended easily.
- Felt does not recover well and will bag at knees, elbows, and seat.
- Felt is easily damaged by steam.
- Some felts have a nap.

## PLANNING A GARMENT

### PATTERN AND FABRIC SELECTION

Felts are fun fabrics, which make wonderful one-of-a-kind garments. Let your imagination run wild



Fig. 15–1  *Make it fun; make it fancy; but make it felt. (Photo courtesy of the Simplicity Pattern Co.)*

and create something outlandish, to utilize the unique no-fray quality of these inexpensive materials.

285

# SURFACE CHARACTERISTICS

> **SEWING CHECKLIST**
>
> *Machine Needles:* Universal-H point or Red Band needles; sizes 80/12 to 90/14.
> *Machine Setting:* Stitch length 2.5–3mm (8–10 stitches per inch); adjust pressure as needed.
> *Thread:* Long-staple polyester or cotton-wrapped polyester.
> *Hand Sewing Needles:* Sizes 6 to 9.
> *Layout:* Double/lay.
> *Marking Techniques:* Clips, temporary marking pens, pins.
> *Seams:* Plain, topstitched, double/ply, welt, abutted, strap, wadmal strap, nonwoven lapped, wrong-side-out, pinked seams on the outside, Zandra Rhodes seam.
> *Edge Finishes:* Braid, bindings, unfinished, self-fabric facings, raw-edge facings, pinked edges, wrong-side-out hem.
> *Interfacings, Underlinings, Linings:* Generally not used.

Choose jacket, coat, cape, poncho, vests, sportswear, skirt, hat, bag, and children's patterns designed for crisp fabrics.

Simple lines and a minimum of pattern pieces are best. Since the fabric will tear when stressed, avoid close-fitting designs and patterns with ease or darts. Designs with gathers and flares are good choices.

**Hint:** *Don't overlook patterns for synthetic suedes and bathrobe patterns that can be used for jackets and coats.*

One of my favorite designs was a "dinosaur coat" created in the early seventies by English designer Zandra Rhodes. Rhodes used white felt with seams on the outside cut to simulate the scaly backbone of a dinosaur. She also added a large "corsage" of Matisse-inspired silk-screened flowers which had been embroidered and quilted.

Many felts are 72" wide—the same width as a twin sheet. To determine the yardage requirements, lay out the pattern on a sheet. Then measure the sheet from the top of the first pattern piece to bottom of the last one.

Trim away the seam allowances on all edges which will be bound. Reduce seam allowances to 1/4" for raw-edge finishes.

Eliminate straight seams by overlapping and pinning the pattern pieces together. Since felt has no grain, changing the grain on one or both of the garment sections will not affect the hang of the garment. When possible, change darts to seamlines.

## SEWING FELT

### LAYOUT, CUTTING, AND MARKING

Steam press the fabric before laying out. Steam carefully to avoid shrinking the fabric unevenly.

If the felt has a nap, use a nap layout.

Felt has no grain. Tilt pattern pieces slightly if needed for fabric economy.

### STITCHING TIPS

Make a test seam, using a stitch length of 2.5–3mm (8–10 stitches per inch). Adjust the pressure if needed.

Staystitch 1/4" from the neckline, armscye, front, waistline edges.

### SEAMS, DARTS, AND EDGE FINISHES

Seams can be quite plain or very fancy, depending on the garment design, seam location, and your mood.

Plain, double/ply, topstitched, and welt seams are good choices for inconspicuous seaming. They look particularly nice in unlined outerwear.

Use the no-fray quality of the fabric to create variations of the strap and nonwoven lapped seams by pinking the edges. Or stitch plain seams on the outside and pink the edges. For something really different, try the Zandra Rhodes seam (see Chapter 21).

286

If the design has darts, stitch the darts as usual and press. Slash the dart, stopping 1/2" from the point; press open. Topstitch each side 1/16" from the dart line. Trim close to stitching on the underside.

If desired, assemble felt garments using the techniques for Ultrasuede.

Attractive edge finishes include bindings made of leather, felt, or synthetic suede; braids; and pinked edges.

**Hint:** *For more body, fuse a facing to edges which will be pinked.*

## CLOSURES

The slashed buttonhole is the easiest fastener, but regular machine-stitched buttonholes, button loops, toggles, frogs, ties, decorative clasps, and zippers—plain or decorative—are also attractive.

When regular machine-stitched buttonholes are used, lengthen the stitch around the buttonhole; and stitch only once.

Use reinforcement buttons on children's garments.

## PRESSING AND GARMENT CARE

Use little or no moisture when pressing.

When purchasing true felt, check the care requirements on the bolt end. Most felts have a very limited life and discarding the garment is frequently more feasible than cleaning it.

# Felted Fabrics

Unlike true felt, which is made by felting raw fibers, felted fabrics—boiled wool, wadmal, loden, melton, and bunting fleece—are made from fabrics which have been shrunk and fulled to produce a feltlike material. Compared to felt, they are frequently less dense, drape better, and are more resistant to abrasion.

This section focuses on felted wovens such as duffel, frieze, loden, and wadmal, which are finished on both sides, but many of the techniques can be applied to face-finished fabrics such as beaver, broadcloth, kersey, and melton. When sewing this latter group, review the section on Coatings.

*Boiled wool,* sometimes called Geiger, is made of 100 percent merino wool which has been dyed, knitted, shrunk, and fulled. Readily available by the yard in two weights—medium (16 ounces) and heavy (24 ounces), it has the suppleness and comfort of a knit as well as the stability, shape retention, and warmth of a woven fabric. It is resistant to wind and rain and wears like iron.

*Bunting fleece* is another knitted fabric which has been shrunk and felted. Made of Dacron polyester or polypropylene (olefin), it is a deep-pile, reversible fabric with good shape retention. Warm, soft, and lightweight, it retains its insulation properties when wet, dries quickly, and breathes. The best known bunting fabrics are Chinella®, Polarfleece®, Polarplus®, and Polarlite®.

*Duffel* is a dense, twill-weave woolen with a heavy nap. Originally made in Duffel, Belguim, it was used during World War II to make waterproof, hooded coats for sailors.

*Felted wovens* are shrunk and fulled 20 to 50 percent so the weave is obscured. Frequently stiff and thick, these heavy coatings can be finished on one or both sides.

*Frieze* is a heavy, twill-weave coating with a rough nap. Made in Ireland for several centuries, it may have originated in the Netherlands.

*Loden* is a fleecy, waterproof coating woven from coarse, oily wool. Originally made in Loderers, Austria, the most popular color is a shade (loden) of green.

*Wadmal* is a coarse, twill-weave fabric made in the Scandinavian countries.

All felted fabrics have the unique no-fray quality of felt, making them very easy to sew. And felted fabrics are relatively easy to make at home if you have the time and patience (instructions later in this chapter).

**Fabric Characteristics**
- Felted fabrics do not fray.
- They are very easy to sew.
- Some felted fabrics are very thick and bulky.
- Most felted fabrics are expensive.
- Felted fabrics have a nap.

287

# SURFACE CHARACTERISTICS



Fig. 15–2  *Louis Feraud's super-short felted wool jacket is trimmed with black binding. (Photo courtesy of Louis Feraud—Paris, Haute Couture Autumn/Winter Collection, 1987/1988.)*

> **SEWING CHECKLIST**
>
> *Machine Needles*: For boiled wool and bunting fleece—Universal-H point or Yellow Band needles. For felted wovens—Universal-H point or Red Band needles, sizes 70/10 to 90/14.
> *Machine Setting*: Stitch length 2.5–3mm (8–10 stitches per inch); tension, loosely balanced.
> *Hand Sewing Needles*: Sizes 6 to 9.
> *Thread*: Long-staple polyester, cotton-wrapped polyester, mercerized cotton.
> *Equipment and Supplies*: Sharp shears, extra long pins, drafting tape.
> *Layout*: Nap. Medium weights—double/lay; heavyweights—single/lay, right side up.
> *Marking Techniques*: Clips, temporary marking pens, pins.
> *Seams*: Plain—topstitched, double/ply, welt. Decorative—abutted, strap, slot, nonwoven lapped, bound-and-lapped, bound-and-wrapped, wrong-side-out, and serged.
> *Edge Finishes*: Braid, bias bindings, synthetic suede or leather bindings.
> *Interfacings, Underlinings, Linings*: Generally not used.

- Boiled wool has residual shrinkage and must be preshrunk.
- Bunting fleece is machine-washable and dries quickly.
- Bunting fabrics do not absorb odors.
- Polarfleece is heavier and tends to pill more than Polarplus.
- Polarlite is lighter than Polarfleece.
- Chinella is softer and drapes better than Polarfleece and Polarplus. It has a nubby texture which does not pill.

288

**fashion fabric**   Term used to describe the most visible fabric used in apparel.

**fatigue factor**   Loss of ability of stretch yarns to recover after stretching.

**felt**   Fabric sheeting produced by pounding and felting wet fibers together. Wool, fur, and mohair make the best quality felt; most are made of man-made fibers. Uses: sportswear and casual designs.

**felted fabric**   Woven or knitted fabric which has been shrunk to produce a felted finish. Boiled wool and wadmal are felted fabrics.

**fiber**   The smallest unit in all fabrics. An individual strand with a definite length before it is made into yarn—e.g., Sea Island cotton fibers are about 1-5/8" long.

**fiber dyeing**   Process for dyeing fibers before spinning them into yarns.

**fiberfill**   Fluffy batting material, usually polyester, for quilting, padding, and shoulder pads.

**fibranne**   French term for viscose rayon.

**filament**   Individual fiber of an indefinite length, before it is made into yarn. Silk, the only natural filament, can be 300 to 1,800 yards long, while a synthetic filament can run several miles.

**filament fabric**   Smooth fabric made of filament yarns. May be transparent or opaque, light- or medium-weight. Chiffon, taffeta, satin, ninon, and silk organza are filament fabrics.

**filling**   Crossgrain yarns which interlace with the warp (lengthwise yarns). May be decorative; usually weaker than the warp, with less twist. Sometimes called pick, shoot, shute, weft, or woof.

**filling-face twill**   Twill-weave fabric with a predominance of filling yarns on the fabric face.

**filling-face satin**   Satin-weave fabric with a predominance of filling yarns on the fabric face. Used for sateens and heavily napped wools.

**filling pile**   Fabric such as corduroy with pile created by extra set of filling yarns.

**filling stretch**   See horizontal stretch.

**findings**   Supplementary materials used in garment making: buttons, snaps, zippers, and belts. Sometimes called notions or haberdashery.

**finish**   Treatments to make fabrics more attractive, such as embossing, felting, crinkling, flocking, and laminating, or processes which enable fabrics to perform better by wrinkling and shrinking less, resisting flames, or repelling water.

**fireproof**   Fabric which will not burn.

**fire-resistant**   Fabric treated to resist burning and retard spreading flames. Sometimes called fire-retardant.

**flameproof**   See fireproof.

**flannel**   (1) Plain, dull-surface wools and worsteds with a light nap. Plain or twill weave. Weight, texture, and price vary considerably. Uses: *lightweights*, dresses; *heavier weights*, suits, trousers, and uniforms. (2) Lightweight, napped cotton or man-made fibers. May be napped on one or both sides. Sometimes called flannelette, outing flannel, or interlining flannel. Uses: underwear, pajamas, and children's clothes.

**flat crepe**   Very smooth crepe with a flat warp and twisted filling; available in silk, rayon or man-made fibers. Uses: blouses and dresses.

**flat knit**   Fabric knitted on a flat machine instead of a circular one.

**flax**   A bask fiber from the flax plant, used to produce linen.

**fleece**   (1) Wool from live sheep. (2) Heavy wool with deep, soft nap on fabric face. Knitted or woven. Uses: jackets, coats, and skirts.

**fleece-lined**   Double-knit fabric with fleece on one or both sides. Used for sweatshirts.

**fleeced**   A napped surface, usually on the back side of knitted fabrics.

**float**   Portion of the filling or warp yarns which cross two or more of the opposite yarns to form the pattern.

**flock**   Small bits of fibers bonded to the fabric surface in dots or patterns. Usually permanent.

**Fortisan**   Strong, high-tenacity rayon fiber made by Celanese.

**Fortuny fabrics**   Permanently pleated silks used extensively by designer Mariano Fortuny. Simulated today in synthetic fabrics and widely used by Mary McFadden.

**foulard**   Lightweight, printed silk or man-made fabric woven in a plain or twill weave. Uses: blouses, dresses, robes, scarves, and ties.

**four-ply silk**   Silk crepe with four-ply yarns in the warp and filling. Uses: dresses and suits.

**fox**   Long-haired fur from several different foxes. Durability and price vary. Uses: jackets, coats, and trims. Look for thick underfur and silky guard hairs. Check for rips and tears.

**french back**   Worsted fabric with twill-weave back, usually in cotton to add weight, warmth, and stability.