# EXHIBIT U


Exploring
TEXTILE ARTS
The ULTIMATE guide to manipulating, coloring, and embellishing fabrics

# Exploring TEXTILE ARTS

The **ULTIMATE** guide to manipulating, coloring, and embellishing fabrics




CHANHASSEN, MINNESOTA
www.creativepub.com

Copyright © 2002
Creative Publishing international, Inc.
18705 Lake Drive East
Chanhassen, Minnesota 55317
1-800-328-3895
www.creativepub.com
All rights reserved
Printed in U.S.A.




*President/CEO:* Michael Eleftheriou
*Vice President/Publisher:* Linda Ball
*Vice President/Retail Sales:* Kevin Haas

*Created by:* The Editors of Creative Publishing international, Inc.

Printed on American paper by:
R. R. Donnelley
10 9 8 7 6 5 4

Library of Congress Cataloging-in-Publication Data

Exploring textile arts : the ultimate guide to manipulating, coloring, and embellishing fabrics.
p. cm.
Includes index.
ISBN 1-58923-048-5 (soft cover)
1. Textile crafts. 2. Textile design. 3. Textile painting. 4. Textile printing. 5. Dyes and dying--Textile fabrics. I. Creative Publishing International.

TT699 .E94 2002
746--dc21 2002017369

Creative Publishing international, Inc. offers a variety of how-to books. For information write:
Creative Publishing international, Inc.
Subscriber Books
18705 Lake Drive East
Chanhassen, MN 55317

Due to differing conditions, materials, and skill levels, the publisher and various manufacturers disclaim any liability for unsatisfactory results or injury due to improper use of tools, materials, or information in this publication.

All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or used in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping of information on storage and retrieval systems—without the written permission of the publisher.





# MAKING FELT

Felt is a nonwoven fabric made from wool fibers. You can design and make your own felt fabric, using precarded and predyed wool, called *roving* or *wool tops*. Carding means that the fibers have been combed so that all are running in the same direction. You will find roving in a variety of colors, from brights to subtle earth tones. It is available in many yarn stores, especially those that sell weaving and spinning supplies. Or it can be purchased through mail-order sources (page 224).

Making felt is a three-stage process, beginning with laying out the fibers in soft, lofty layers. The fibers in each layer must run perpendicular to the layer beneath them, in order for them to interlock and felt together. This is also the stage in which the design of the fabric is determined. The fibers are exposed to water, heat, and pressure in the *felting* stage, causing them to mat together to form a loose fabric. Further agitation and pressure, applied during the *fulling* stage, causes the fabric to shrink and harden into dense, strong felt. The actual process of making felt takes a little "elbow grease," patience, and some readily available supplies. It is fascinating to watch and feel the fibers transforming under your fingers.

The amount of roving required for a project depends not only on the finished size, but also on the desired density. Roughly estimated, 1 ounce (25 g) of roving will produce a 12" × 12" (30.5 × 30.5 cm) square of felt. The best way to determine the amount of roving needed for a project is to make a small test sample first. Take note of the weight of roving used in the sample, the size of the sample before felting, and the amount of shrinkage. Use these findings to estimate the amount of roving needed for a larger project.



# FELTED WOOL

Felted wools, both woven and knitted, can be used for creative piecing or embellishment. Any wool fabric that has not been treated to resist shrinkage can be felted. Pure wool works best, though you may successfully felt some blends that contain no more than 20% synthetic fibers. Old wool sweaters, especially multicolored and patterned styles, often produce very interesting felted results. Check out the sale tables for wool fabrics; often fabric that is rejected for its color or pattern will take on a more appealing character once it is felted. Experiment with various weave patterns and yarn types, such as bouclés, mohairs, tweeds, and heathers, to produce felted fabrics with various textures and appearances.

Hot water, agitation, and detergent work together to felt the wool. Several garments or pieces of fabric with similar colors can be felted at the same time. Cut away any linings, waistbands, or facings and take down hems, to allow the garment fabric to felt evenly. To prevent sweater sleeves from being stretched, turn them to the inside of the garment or place the sweater in a pillowcase and tie it closed. Placing garments in pillowcases also traps excess lint. Wash the wool in a full cycle in hot water, using the same amount of detergent you would use for laundering. Repeat the washing until the wool has felted to the desired appearance. It is difficult to distinguish the right from the wrong side of fully felted wool, and grainlines will disappear. However, you may still detect some knit patterns, such as cables and ribbing. Remove the garments from the pillowcases, shake out any excess lint, and tumble dry at a high temperature. The felting process produces a lot of lint, so be sure to clean the lint traps on your washing machine and dryer frequently and tie a nylon stocking over the end of the drain hose.

Press the felted wool from both sides, using a steam iron and a press cloth, and allow the fabric to dry thoroughly before using it. Once felted, the fabric will not ravel, though you may apply a decorative serged edge finish, if desired. Felted wool lends itself naturally to techniques such as raw-edge appliqué (page 43) or butted piecing (opposite). Use a size 90/14 or a 100/16 needle for sewing felted wool.



## HOW TO SEW PIECED FELTED WOOL APPLIQUÉS ■ ■ ■ ■



1 Cut felted wool pieces for each section of appliqué. Thread machine with wash-away thread, using regular thread in bobbin. Butt two adjoining pieces; stitch together, using wide zigzag stitch. Repeat for each butted seam.

2 Thread machine with rayon embroidery thread. Stitch over butted seams, using decorative machine stitch.



(continued)