# EXHIBIT V

Case 3:04-cv-30078-MAP    Document 34-5    Filed 12/10/2004    Page 2 of 7

# 30 One-of-a-kind Gift Ideas from SEWNEWS

# Sew Up the Holidays

**BONUS** Pullout Pattern Section!

www.sewnews.com

Simple & Festive HOLIDAY DECORATING

Easy ORNAMENTS

Elegant PURSES with Asian Flair



Innovative Fabric Bowls

Clever Jingle Bell PILLOW and MUCH MORE!

US $5.99 CAN $6.99

# Contents

**Your satisfaction is our top priority,** so we've put together this list of contact information to help you with questions you may have.

For information on products used in an article, refer to the SOURCE listing at the end of each story, or on page 42, for the available information.

If you have A QUESTION FOR OUR EDITORS about a story, or if you're interested in submitting a project idea of your own, send to: Editor, *Sew News* magazine, 741 Corporate Circle, Ste. A, Golden, CO 80401, or sewnews@sewnews.com.

TO ORDER BACK ISSUES visit www.sewnshop.com or call (800) 590-3465 or (720) 836-1123. Each magazine is $5.99 plus shipping and applicable tax.

If you have a question ABOUT A SUBSCRIPTION or a change of address, visit www.sewnews.com to manage your account online, call (800) 289-6397 or (386) 246-3406, or e-mail sewnews@palmcoastd.com.

*Season's Greetings* • 6
A note from the editor.

*Just Can't Wait* • 8
Hide candy treats in the pockets of this Advent calendar.

*Deck The Halls* • 12
Add holiday style with quick-to-make garlands.

*Festival of Trees* • 16
Dress for the occasion in a fun-to-make tree shirt.

*On the Cover: Bowled Over* • 22
Decorate throughout the house with these delightful fabric bowls.

*Tag Alongs* • 28
Create charming gift tags for every present.

*Just Fur Fun* • 30
Embellish socks and gloves with faux-fur cuffs.

*Simple Stockings* • 32
Make two fast-and-easy stockings from one pattern.

*Make Believe* • 36
Create a special dress-up box to inspire your child's imagination.

*Sweet Treats* • 43
Sweeten the tree with ribbon "candies."

*A Place for Paws* • 44
Pamper your pets with amusing beds and place mats.





ON THE COVER: FABRIC BOWL BY LINDA JOHANSEN • JOE HANCOCK STUDIO




*Slumber Party* • 48
Stay comfy in cozy pajamas—all day long!

*Jingle Jingle* • 54
Jingle a tune with this holiday pillow.

*Needlework Trio* • 58
Treat yourself or a friend to this sewing-tool trio.

*Bedside Buddy* • 62
Surprise your toddler with bear-y unique bedside storage.

*Asian Purse-uasion* • 68
Stitch an Asian-inspired bag in the nick of time.

*Lasting Impressions* • 74
Emboss velvet for stunning ornament pillows.

*In the Kitchen* • 78
Spice up your cooking wearing a holiday apron.

*Metric Conversions* • 42
*Source Guide* • 42
*Holiday Shopper* • 53

**Special Offer!** Two FREE Simplicity Patterns. See page 52.

**Special Offer!** FREE McCall's Pattern. See page 82.

# sewnews

EDITORIAL /ART
www.sewnews.com
E-mail: sewnews@sewnews.com
Editor: Linda Turner Griepentrog
Senior Editor: Maria Stefanelli
Managing Editor: Elizabeth Tisinger
Associate Editor: Laura Rintala
Editorial Assistant: Barbara Blum
Editorial Intern: Layle McFatridge
Contributing Editors: Janet Klaer, Susan Voigt-Reising
Web Editor: Missy Shepler
Art Director: Mary Shaub
Senior Designer: Ann Inez Hardell
Designer: Jane Henderson
Art Intern: Stevyn Llewellyn
Photographers: Joe Hancock Studio
              Mellisa Karlin Mahoney

ADVERTISING
Publisher: Tina Battock (303) 273-1321
Sr. Acct. Mgr./Midwest: Sandy Griggs (309) 633-0224
Sr. Acct. Mgr./East: Wendy Thompson (607) 432-5740
For Western Territory Call: (303) 278-1010
Ad. Services Mgr.: Madalene Becker (303) 273-1337
Classified Ad. Sales: Marcia Hatcher (303) 273-1322

OPERATIONS
President: Brent Diamond
VP, Group CFO: Henry Donahue
VP, Group Publisher: David O'Neil
VP, Consumer Marketing: Bobbi Gutman
Circulation Marketing Directors: Janice Martin, Dena Spar
Promotions Director: Dana Smith
VP, Production: Craig Donado
Sr. Production Manager: Terry Boyer
Business Manager: Laurie Halvorsen

**Primedia, Inc.**
Chairman: Dean Nelson
President & CEO: Kelly Conlin
Vice Chairman: Beverly C. Chell

**Primedia** Consumer Media & Magazine Group
Exec. VP, Consumer Marketing/Circ.: Steve Aster
SR. VP, Chief Financial Officer: Kevin Neary
SR. VP, Mfg., Prod. & Distr.: Kevin Mullan
SVP/CIO, Information Technology: Debra C. Robinson
VP, Comptroller: Joe Lyons
VP, Single Copy Sales: Thomas L. Fogarty
VP, Manufacturing: Gregory Catsaros
VP, Mfg. Budgets & Operations: Lilla Golia
VP, Marketing & Internet Operations: Dave Evans
VP, Business Development: Albert Messina
VP, Database/E-Commerce: Suti Prakrash
VP, Human Resources: Kathleen P. Malinowski

DEALER INQUIRIES WELCOME.
Call Marie Woodson at
(800) 881-6634 ext. 1316, or (303) 273-1316

REPRINTS: Contact Wright's Reprints to purchase quality custom reprints or e-prints of articles appearing in this publication at (877) 652-5295 or (281) 419-5725 outside the U.S. and Canada.

**PRIMEDIA**   PRINTED IN USA

# simple Stockings

MAKE TWO DISTINCT CHRISTMAS STOCKINGS using either reverse appliqué or a simple, hand-appliqué technique.

## Reverse-appliqué Fleece Stocking

### MATERIALS
- ⅜ yard each of two contrasting fleece fabrics
- Coordinating or contrasting all-purpose thread
- Pinking shears or a rotary cutter with pinking blade and mat
- Self-adhesive shelf paper with removable backing

**Reverse-appliqué with fleece fabric** is easy because the edges don't need to be turned under or finished—simply stitch and trim. All seams are ½" unless otherwise specified.

**Decide which fleece color** will be the outer layer and which will be the base layer. From each color cut two stockings using the pattern on pattern sheet **B**. Cut the stockings with the grainline along the fabric's greatest stretch.

**For the stocking front,** pin two contrasting pieces together around the edges with the outer color on top. For the back, pin the remaining two stockings together in the same manner, but with the foot facing in the opposite direction **(1)**.

**Trace the house,** tree, star and moon designs from pattern sheet **B** and use to cut templates from the shelf paper. Peel the backing off the paper and place the templates on the right side of the stocking front. Place the templates at least 1" in from the edges and 4" from the stocking upper edge, so the cuff won't cover them.

**Sew around the templates** with a medium-length stitch. When stitching around more complicated shapes or circles, it's easier to control the stitching if you sew with a shorter stitch length. Repeat to stitch the designs on the stocking back or leave it plain, as desired.

**Remove the templates** and set aside—the shapes can be used more than once. Working from the right side, pull the layers apart inside the stitched shapes and clip through the outer fabric layer only. Using small sharp scissors, trim 1/16" from the stitching, so the base layer is visible.

**With wrong sides facing,** pin the stocking front and back together matching the raw edges. Loosen the machine tension and lengthen the stitch slightly when sewing through several fleece layers. Sew around the outer edges with a ½" seam, leaving the upper edge unstitched. Use pinking shears to trim the seam allowance to ¼". Trim only two layers of fabric at a time for easier cutting.


❶ Pin stocking layers together.


Stocking Front — Stocking Back



Hand-appliqué Stocking

Reverse-appliqué Fleece Stocking

*tip*

When sewing thick layers together, loosen the machine tension and lengthen the stitch slightly.



**To make the hanging loop,** cut a 1¼"x 6" strip from the outer fleece color (blue in the featured stocking), placing the strip length perpendicular to the fabric stretch. Trim the lengthwise edges with pinking shears. Fold the strip in half widthwise. Place the strip inside the stocking at the heel seam with the short ends even with the stocking upper edge; baste in place **(2)**.

**To make the cuff,** cut a 4"x 16" rectangle from the base fleece color (white), with the stretch going along the longest measurement. Fold the rectangle in half with right sides together, and sew the short ends together to form a circle. Trim the seam to ¼" and turn right side out. Trim one edge with pinking shears.

**Lay the cuff on a flat surface** with the seam at one end; pin-mark the opposite fold on the unpinked edge **(3)**. With the cuff right side facing the stocking wrong side, place the cuff inside the stocking with the cuff straight edge even with the stocking upper edge. Align the cuff seam with the stocking heel seam and the pin mark with the opposite seam; pin in place along the upper edge, easing the cuff to match the stocking.

**Sew around the pinned edge,** holding the seams open so there is less bulk. Sew slowly over the thick heel seam. Trim the seam allowances to ¼", and turn the cuff and hanging loop to the outside.



## Hand-appliquéd Stocking

**MATERIALS**
- ⅜ yard blue felt or other non-fray fabric
- ⅛ yard red felt for cuff and motif
- Green and gold felt scraps for motifs
- Contrasting perle cotton in shades lighter or darker than felt

Make this stocking using a simple hand-appliqué technique. You can use any fabric that doesn't fray such as felt (as shown in our sample), felted wool, wool felt, faux suede or fleece.

**Cut a stocking front** and back using the pattern on pattern sheet **B**. Trim ¼" from the sides and lower edge.

**Position the motifs** on the stocking front, at least 1" in from the edges and 4" below the upper edge.

**Using perle cotton** and a running stitch, appliqué the motifs to the stocking front.

**Layer the stocking front and back together** with the wrong sides facing, and stitch the sides and lower edges with a running stitch ¼" from the edge.

**Make the hanging loop** and cuff as for the fleece stocking.

✄ MARLA STEFANELLI



❷ Baste hanging loop to stocking. — Open seams to sew.
❸ Pin-mark fold opposite seam. — Seam