# EXHIBIT W1

**Google**

Web    Images    Groups    News    Froogle    **more »**

"wool felt" craft          [ Search ]     Advanced Search
                                          Preferences

. **Web**                    Results **1** - **100** of about **11,800** for **"wool felt"** craft. (**0.52** seconds)

Kunin **Felt**                                                    Sponsored Link
www.kuninfelt.com     Fabulous **Craft** Felts!  Everything for your Crafting Needs

Sponsored Links

A Child's Dream Come True - Handwork Supplies - Felt &
Felting ...
... Holland **Wool Felt** Packs - 15 Colors - 9"x9". ... well with our felt
crafting books and make wonderful gifts or additions to a sewing basket
or **craft** supply cupboard ...
www.achildsdream.com/handwork_supplies/
felting_**craft**s/holland_wool_felt.htm - 63k - Cached - Similar pages

.

Real **Wool Felt**
100% **Wool** & other blends
**Felt** for every purpose
www.thefeltpeople.com

**Felt Craft**
Bargain Prices.
You want it, we got it!
BizRate.com

**Wool felt**
600+ Popular Stores - One Website &
One Simple Checkout - Shop Now!
SHOP.COM

**Wool Felt** for Sale
New & used **wool** products. aff
Check out the deals now!
www.ebay.com

A Child's Dream Come True - Handwork Supplies -
Felt & Felting ...
... DS35 Table Puppet Patterns. Premium Spanish **Wool Felt**.
Premium Spanish **Wool Felt**. ... Premium Spanish **Wool Felt** -
Sample Pack. All 26 Colors - 2"x2" pieces, labeled. ...
www.achildsdream.com/handwork_supplies/
felting_**craft**s/wool_felt.htm - 45k - Cached - Similar pages
[ More results from www.achildsdream.com ]

eBay - Felt Fabric, Discount Felt, Vintage Felt, and Felt
Samples ...
... Felt **Craft** Blue Fabric Sale ... 4 handcraft Merino **wool felt** material waldorf penny rug, 4
handcraft Merino **wool felt** material waldorf penny rug, $30.00, -, 3d 16h 21m ...
**craft**s.listings.ebay.com/
Fabric_Felt_W0QQsacategoryZ83924QQsocmdZListingItemListQQsosortor...
- 101k - Cached - Similar pages

74" **Felt**, $6.75/yd
15 colors to choose from at an
amazing 74 inches wide!
www.distinctivefabric.com

eBay - Felt Fabric, Discount Felt, Vintage Felt, and
Felt Samples ...
... Listing has pictures, DISNEY TIGGER FELT DOOR KNOB **CRAFT** DECOR,
$0.99, Nov ... WHITE Penny Rug (Hooking) **Wool Felt** NEW 36x72, WHITE Penny Rug
(Hooking) **Wool Felt** ...
**craft**s.listings.ebay.com/
Fabric_Felt_W0QQsacategoryZ83924QQsasaleclassZ2QQsocmdZListingItemListQQsosortor...
- 86k - Cached - Similar pages
[ More results from crafts.listings.ebay.com ]

**Wool Felt** For Sale
Low Priced **Wool Felt**
Huge Selection! (aff)
eBay.com    COLLECT,

See your message here...

National Nonwovens **Wool Felt** - WoolFelt is the original **wool felt**
... exploring each unique fabric: WoolFelt® is the original **wool felt**, renowned for ... colors,
WoolFelt® has inspired countless designs and creative **craft** techniques ...
www.nationalnonwovens.com/Applications/c&h.htm - 15k - Cached - Similar pages

WoolFelt is the original **wool felt** - wholesale **wool felt**
Manufacturers premium acrylic and **wool felt** popular **Craft** and Hobby designers including
WoolFelt and FiestaFelt colored felt squares, die-cut parts, Just-A ...
www.nationalnonwovens.com/ Applications/**craft**/woolfelt.htm - 36k -
Cached - Similar pages
[ More results from www.nationalnonwovens.com ]

**Wool Felt** By The Yard - Erica's **Craft** & Sewing Center
36" WIDE **WOOL FELT** BY THE YARD. Erica's also has a nice selection of **wool felt**
squares. ... Copyright © 1996-2004 Erica's **Craft** & Sewing Center.
www.ericas.com/fabric/woolfeltyardage.htm - 31k - Cached - Similar pages

    **Wool Felt** Applique Books - Erica's **Craft** & Sewing Center
    ... Image - Pattern, Needlework Companions from Cathy Pendleton/Indygo Junction 19
    **wool felt** pincushions with ... Copyright © 1996-2004 Erica's **Craft** & Sewing Center.
    www.ericas.com/applique/books/woolapplique.htm - 23k - Cached - Similar pages
    [ More results from www.ericas.com ]

Yahoo! Canada Directory > Textiles Manufacturers > Felt
... Central Shippee Open site in a new window - felt supplier and manufacturer, specializing
in **wool felt**, **craft** felt, and display fabrics. ...
ca.dir.yahoo.com/Business_and_Economy/
Business_to_Business/Textiles/Manufacturers/Felt/ - 10k - Cached - Similar pages

WOOLFELT PATTERNS SQUARES KITS for Stitchers Quilters and Crafters ...
National **WOOL FELT** Yardage, Woolen Felt, Indygo Junction Pattern Books, Hallowing
Harvest ... online ordering from a select inventory of **craft** supplies - fabric ...
www.colonial**craft**s.com/shopcart/woolfelt/index.asp - 51k - Dec 2, 2004 -
Cached - Similar pages

CENTRAL SHIPPEE: Felt, Fabric & Fixture Supplies
... **WOOL FELT** Never Felt Better.... STAR/**CRAFT** Wool - Rayon Blend 9 oz. weight, 72"
wide, 45 yd bolts. in all 34 colors on this page. ...
www.centralshippee.com/pages/colorcards/wool.htm - 38k - Cached - Similar pages

    CENTRAL SHIPPEE: Felt Sampler
    ... Available from stock. Star/**Craft** Star/**Craft**. STAR/**CRAFT** FELT Regular weight.
    Wool/Rayon Blend. 9 oz. 72" wide. Stocked in 25 colors. Our most popular **wool felt**. ...
    www.centralshippee.com/ pages/colorcards/feltcolorcard.htm - 43k - Cached - Similar pages
    [ More results from www.centralshippee.com ]

Felting - All Fiber Arts
... Heart Felt Creations Cindie and Bob Etienne make **wool felt** hat blanks of different ...
Amazon US A great place to find weaving, spinning and **craft** books, videos ...
www.allfiberarts.com/cs/felting.htm - 42k - Cached - Similar pages

FamilyFun: Extrafancy Felt
... per 9- by 12-inch sheet and is available at **craft** and fabric shops. Sooner or later, though,
we hope you'll treat yourself to a stack of plant-dyed **wool felt**. ...
familyfun.go.com/arts-and-**craft**s/sew/ feature/famf0802_feat_felt/famf0802_feat_felt2.html -
33k - Cached - Similar pages

Felt Projects
... in Wool Felt Applique by Pamela Mostek. UK--Germany. Feltcraft: Making Dolls, Gifts
and Toys by Petra Berger. Canada--UK--Germany. The Gnome **Craft** Book by Thomas ...
www.sacredspiral.com/**craft**s/felt/ - 8k - Cached - Similar pages

Kids Kits - Tapestry Kits, Sewing kits, Kids crafts and Projects.
... Kit contains: Pre-printed tapestry fabric, tapestry needle, coloured **wool**, **felt** and
instructions. $4.00. 11.00. Order our craftsSuitable for Boys and Girls, 9-11 ...
www.kidskits**craft**s.com/tapestry_**craft**s.shtml - 14k - Cached - Similar pages

    Kids Kits - **Craft** Kits, Sewing kits, Kids crafts and Projects.
    ... Kit contains: Pre-printed tapestry fabric, tapestry needle, coloured **wool**, **felt** and

instructions. $4.00. R11.00. Order our craftsSuitable for Boys and Girls, 9- **...**
www.kidskits**crafts**.com/**craft**s_for_kids.shtml - 71k - Cached - Similar pages
[ More results from www.kidskitscrafts.com ]

## Felted Wool or **Wool Felt**?
**...** Much of the **wool felt** on the market is a **craft** product of 20% wool/80% rayon. Some is
35% wool. Manufacturers may call these products **wool felt**. **...**
www.moondancecolor.com/felted-felt.htm - 6k - Cached - Similar pages

## Plant Dyed Felt, Fleece & Yarn
**...** A step-by-step guide to 18 complete projects using **wool felt**, chenille stems, beads **...** for
making a wide range of lively and creative felt-**craft** projects with **...**
www.earthsongfibers.com/Felt-PlantDyed.html - 26k - Cached - Similar pages

## American **Craft** Directory - **Craft** Projects
**...** How to make **wool felt** Easy to understand directions to use in making felt **...** Free **Craft**
Patterns: Free **Craft** Patterns, **Craft** Projects and Crafting Ideas. Hickety **...**
www.american**craft**directory.com/project.html - 23k - Cached - Similar pages

## Handwork Supplies
**...** Knitting Mushroom - $13.00 Qty. **Wool Felt Wool felt** has so many **craft** uses! You or
your child can create gnomes, play figures, felt board sets and so much more. **...**
www.peanutbutterkisses.com/handwork.html - 12k - Cached - Similar pages

## **Craft** Site Directory - Needlepoint
**...** 100% **wool felt** and plant dyed felt **...** Kreinik Freebies (a virtual-basket-ful of free
projects) Cross Stitch Projects; Needlepoint Projects; **Craft** Projects; Machine **...**
www.**craft**sitedirectory.com/needlepoint/ - 25k - Dec 2, 2004 - Cached - Similar pages

### **Craft** Site Directory - Cross Stitch
**...** 100% **wool felt** and plant dyed felt. Accessories, notions, books and magazines. Truly
eclectic! **...** The Twining Thread Plan D 01/27/04. Search the **Craft** Site **...**
www.**craft**sitedirectory.com/crossstitch/ - 26k - Dec 2, 2004 - Cached - Similar pages
[ More results from www.craftsitedirectory.com ]

## Crafts, Wool & Industrial Felt & Outdoor Canvas by CPE Felt
**...** **Craft** Felt :: **Wool Felt** :: Industrial Felt :: Outdoor Canvas :: News & Events :: Place an
Order :: Contact Us :: Info Request :: Home :: cpesource.com. **...**
www.cpe-felt.com/felt_**craft**.html - 11k - Cached - Similar pages

### Crafts, Wool & Industrial Felt & Outdoor Canvas by CPE Felt
**...** Classic **Wool Felt** comes in a beautiful range of colors including important home décor
colors for decorating and **craft** projects. **...**
www.cpe-felt.com/felt_newproducts_classic.html - 10k - Cached - Similar pages
[ More results from www.cpe-felt.com ]

## Felt Making - Christmas Crafts at Knebworth - Living Heritage **...**
**...** The hat making processes involved in producing a **wool felt** hat are very similar to those
used for fur **...** Events and Attractions at Christmas Crafts at Knebworth. **...**
www.**craft**-show.co.uk/shows/Christmas_
Crafts_at_Knebworth_2004/demonstrations/Felt_Making/ - 18k - Dec 1, 2004 -
Cached - Similar pages

### Felt Making at Living Heritage **Craft** Shows
Living Heritage **Craft** Shows Logo, Enter your postcode to find your nearest show. or
keyword(s) to search the whole site. **...** **Wool felt**, fur felt and Beaver felt. **...**
www.**craft**-show.co.uk/demonstrations/Felt_Making/ - 20k - Dec 1, 2004 -
Cached - Similar pages

[ More results from www.craft-show.co.uk ]

## Greenfibres toys and **craft** accessories

... toys and **craft** accessories Ref: **craft**, toys and **craft** accessories which work with a child's ... org **wool felt** pearls Ref: 67901 for art projects and for jewellery ...
greenfibres.server101.com/ acatalog/toys_and_**craft**_accessories.html - 15k -
Cached - Similar pages

## Waldorf Resources :: Plant-dyed All **Wool Felt** - A Real Find

Plant-dyed all-**wool felt** is hard to find but ideal for those Waldorf-inspired **craft** projects like elves and flower fairies. Waldorf Resources.org. ...
www.waldorfresources.org/readroom/hotseat/woolfelt.php - 14k - Cached - Similar pages

### Waldorf Resources :: Instructions for felting eggs and chicks (and ...

... Be aware that the felt you make at home will be rougher, softer, and less sturdy than the commercial **wool felt** sheets that you buy for crafts. ...
www.waldorfresources.org/gallery/designs/felteggs.php - 22k - Cached - Similar pages
[ More results from www.waldorfresources.org ]

## kits

... 1-888-623-6557. Earthsong Fibers- Plant Dyed **Wool Felt** and Fleecy Fluff, Click on Gifts/Kits/Crafts Tele. 1-800-473-5350. Waldorf ...
www.weefolkstudio.com/Links.htm - 13k - Cached - Similar pages

## Toys - Find, Compare, and Buy at Shopping.com

... Felt Swatch Card. **Wool Felt** is one of the most versatile and practical **craft** fabrics. ...
**Wool Felt** is one of the most versatile and practical **craft** fabrics. ...
www.dealtime.com/xDN-Toys--stuffed_ animals_and_puppets-magic_cabin~V-rows - 61k -
Cached - Similar pages

## CODE FELT LTD. - GENUINE PRESSED **WOOL FELT**

... surface, giving them a rough finish, and cutting synthetics with scissors (as children do for crafts in school) is much more difficult compared to **wool felt**. ...
www.superaje.com/~codefelt/more.htm - 3k - Cached - Similar pages

## Home & Garden Television: Carol Duvall Show

... Decor Projects Knitting Polymer Clay Decoupage Scrapbooking Kids' Crafts Handmade Cards ... Kingsley makes an adorable applique purse out of colorful **wool felt**. ...
www.hgtv.com/hgtv/shows_cds/ episode/0,1806,HGTV_3822_22488,00.html - 50k -
Cached - Similar pages

### Home & Garden Television: Carol Duvall Show

... Home Decor Projects Knitting Polymer Clay Decoupage Scrapbooking Kids' Crafts Handmade Cards ... Dogwoods & Lace Ellen Allen sews layers of **wool felt** to create a ...
www.hgtv.com/hgtv/shows_cds/ episode/0,1806,HGTV_3822_1805,00.html - 50k - Dec 2, 2004 - Cached - Similar pages
[ More results from www.hgtv.com ]

## New York Felt - The **Wool Felt** Supplier - Wholesale Felt

... Industrial Felt is made similar to **craft** felt but to more stringent consumer requirements; ie thickness, weight, density, denier of fiber, type of wool and ...
www.newyorkfelt.com/PRODUCTS.HTML - 16k - Cached - Similar pages

## Wool Apples Pattern

... Iron your pattern pieces unto the **wool felt** colors needed, wax side down, with the ... in bulk at office supply stores, or in small packages at **craft** and scrap ...
www.rusticprimitives.com/ApplesPattern.htm - 7k - Cached - Similar pages

## **Craft** Culture
BODY/FELT. Sue Green. A creative collaboration flourishes as the Gold Treasury Museum closes to **craft**. Waltraud Reiner and Simon Lloyd, Cap, 2004, **wool felt**. ...
www.**craft**culture.org/review/green3.htm - 22k - Cached - Similar pages

## PATTERNPAGE **Craft** Pattern Catalog - Over 4,000 **Craft** Patterns ...
... The Country Cellar (L)- I offer fabric and coming soon, **wool felt**! Your Business can be listed here - If you sell **craft** supplies you'll want to be listed on ...
www.patternpage.com/supplies.htm - 23k - Cached - Similar pages

## Sources for Felting Materials
... www.feltcrafts.com 1-800-450-**CRAFT**. ... http://www.omegadyes.fsnet.co.uk/home.html, Dyes sold by British feltmaker, Bailey Curtis for use on **wool**, **felt** and other ...
www.peak.org/~spark/feltsources.html - 48k - Cached - Similar pages

## Wool in Crafts & Hobbies Books - Find, Compare and Buy at BizRate
... Author: Pamela Mostek, Patti Eaton Subtitle: 14 Designs in **Wool**-**Felt** Applique Released: 2002, Format ... **Craft** Books For Less 50,000 **Craft** & Scrapbook Supplies. ...
www.bizrate.com/buy/products_ _cat_id--8016,keyword--Wool.html - 71k - Cached - Similar pages

## Felt Wee Folk Book Review
... Your Guide, Sherri Osborn, From Sherri Osborn, Your Guide to Family Crafts. ... Learn to create your own tiny figures and accessories using **wool felt**, chenile stems ...
family**crafts**.about.com/ cs/productreviews/gr/feltweefolk.htm - 25k - Cached - Similar pages

## Do It Yourself: Carol Duvall Show
... Robin Kingsley makes an adorable applique purse out of colorful **wool felt**. IN THIS EPISODE. Paper Twist Art Fruit & Veggies. Felt Applique Purse. ...
www.diynet.com/diy/shows_cds/ episode/0,2046,DIY_15079_27543,00.html - 47k - Cached - Similar pages

### Do It Yourself: Simply Quilts
... SIMPLY QUILTS **Wool Felt** Applique - Episode QLT-838, AIR TIMES. March 17, 2004 1:30 PM Eastern. Quilting team Patti Eaton and Pam Mostek ...
www.diynet.com/diy/shows_qlt/ episode/0,2046,DIY_15080_29343,00.html - 46k - Cached - Similar pages
[ More results from www.diynet.com ]

## A FELT HAT USING STANDARD FABRIC STORE **CRAFT** FELT
... TM. PROJECT 10 A FELT HAT USING STANDARD FABRIC STORE **CRAFT** FELT. ... Ordinary **wool felt**. White glue. box of "T" pins. Plastic wrap. Paintbrush 1" wide. Steam iron. ...
www.costumes.org/advice/cost**craft**smanual/tmpjk10.htm - 15k - Cached - Similar pages

## Bird Stockings
... them. MATERIALS Bird stocking templates Mohair and cashmere fabrics Pins **Wool felt** White **craft** glue Feathers Sequins or beads. 1. Enlarge ...
www.marthastewart.com/page.jhtml&? type=content&id=channel1456&site=&page=1 - 69k - Cached - Similar pages

### **Wool Felt** Stocking Kit
**Wool Felt** Stocking Kit $49.00, Create a wonderful ... personalized stockings. Our kit contains enough **wool felt** to make 4 stockings. Simply ...
www.marthastewart.com/page.jhtml?type=product& id=product21253&site=&rsc= - 71k - Cached - Similar pages
[ More results from www.marthastewart.com ]

### Prairie Point Junction - **Wool Felt** from PPJ
... Now here for all your Pennyrugs, Tablemats, and wool **craft** projects! ... **Wool felt** can
shrink 3"-5" per yard when washed, so be sure to allow adequate yardage for ...
www.prairiepointjunction.com/woolfeltfabric.html - 85k - Cached - Similar pages

### Books and Patterns for crafts, scrapbooking, quilting at ...
... Novels and Story Books. Painting Books. Paper **Craft** Books. Purses, Totes & Organizers
Books. ... Wire & Metal Books. Wool & **Wool Felt** Books. Wool & **Wool Felt** Patterns ...
www.createforless.com/dptLandingPages/
departmentLandingPage003_Books_and_Patterns.asp - 65k - Dec 2, 2004 -
Cached - Similar pages

### CreateForLess -- Discount **Craft** Supplies Search Results
... Imperial **Wool Felt** Stack 5"x 5" Product Count : 2, CPE Imperial **Wool Felt** Stack 10 ...
Art, School & Office | Sewing & Quilting | Yarn & Needlework | **Craft** & Hobbies ...
www.createforless.com/search/searchResults. asp?
SearchAction=Restart&SearchHistory=2%2C33%7C1%2C-1%7C5... - 35k -
Cached - Similar pages
[ More results from www.createforless.com ]

### Bluebonnet Village **Craft** Network Home Page
... Offers a complete selection of felt in a wide variety of colors, styles, and fiber blends
(**wool felt**, synthetic felt, wool blends, **craft** felt, durafelt, carewin ...
www.bluebonnetvillage.com/h.htm - 12k - Cached - Similar pages

### Bluebonnet Village **Craft** Network Home Page
... blends. Tempora 100% **wool felt** (20 colors). **Craft** felts available in synthetic and wool
blends. Hundreds of colors and styles. Full ...
www.bluebonnetvillage.com/d.htm - 17k - Cached - Similar pages
[ More results from www.bluebonnetvillage.com ]

### Free Halloween **craft** pattern - primitive patterns
... Supply List 9 x 9 in. piece of harvest orange **craft** or **wool felt** 6 x 8 in. piece of black
**craft** or **wool felt**, fold in half 1/2 x 12 in. ...
www.free**craft**z.com/oneprimgal.html - 24k - Cached - Similar pages

### Country Supply - America's Horse Supply Headquarters
... qty: WIP66. PRIZEWINNER™ by Pro-**Craft** Pad. As low as $32.40. The finest grade of
**wool felt** is made through a needling process rather...(more info). qty: WIB21. ...
www.countrysupply.com/depts/maindept-16__dept-104.html - 57k - Cached - Similar pages

### Girls Hats at SpoiledRottenKids.Com
™. blablabla. Just For Kids. SpoiledRottenKids.Com®. Fine Quality Shopping and Fun For
All Ages 1 to 125. Girls Hats. God Bless. America! GapKids gifts. ™. ...
www.spoiledrottenkids.com/Girls_Hats.asp - 87k - Cached - Similar pages

### Boys Hats at SpoiledRottenKids.Com
™. blablabla. Just For Kids. SpoiledRottenKids.Com®. Fine Quality Shopping and Fun For
All Ages 1 to 125. Boys Hats. God Bless. America! GapKids gifts. ™. ...
www.spoiledrottenkids.com/Boys_Hats.asp - 87k - Cached - Similar pages

### Felt Wee Folk: Enchanting Projects
... own tiny figures and accessories using **wool felt**~ chenile stems~ simple
embellishments~and this book. www.Book-Reviews.info - Excellent Arts and Crafts ...
www.ctpub.com/productdetails.cfm?PC=166 - 27k - Cached - Similar pages

### Wool Insole, Wool **Craft** Mat

... felt, puncture felt, stainless steel polishing felt, technology 'Majian' felt, chemical fiber felt, lining for garments, wool **craft** mat, **wool felt** wheel, **wool** ...
www.brama.com/business/messages/22873.html - 4k - Cached - Similar pages

### stainless steel polishing felt, **wool felt** wheel
... felt, puncture felt, stainless steel polishing felt, technology 'Majiang' felt, chemical fiber felt, lining for garments, wool **craft** mat, **wool felt** wheel, **wool** ...
www.brama.com/business/messages/32994.html - 4k - Cached - Similar pages
[ More results from www.brama.com ]

### Butterfly Vintage
Home > Crafts > Quilting > Instruction > **Wool Felt** Embroidery Sewing Kit Pattern. Advertising Animals Animation Art, Characters Antiquities ...
www.butterflyvintage.com/newcat/pg62012.
3113.Wool.Felt.Embroidery.Sewing.Kit.Pattern.php - 36k - Cached - Similar pages

### A Month of Softies
... An online, on-going **craft** project where everyone is welcome to join in. ... Michelle Bear Girl "I made her out of **wool felt**, and she is stitched with cotton thread ...
www.loobylu.com/softies/ - 39k - Dec 2, 2004 - Cached - Similar pages

### felt results by www.dickensachristmascarol.com
... Great for **craft**, hobby, display, exhibits and manufacturing. ... www.shopping.com; Kunin Felt: A Leader in **Craft** Felts Visit Kunin Felt: a leader in **craft** felts. ...
www.dickensachristmascarol.com/result.php?Keywords=felt&
host=www.dickensachristmascarol.com&relay... - 31k - Cached - Similar pages

### AllCrafts.net Update - January 2003 - Lots of new free arts and ...
... of winter-theme crafts and activities. Most require minimal supervision. For about grades 3-5. Blossoms in Winter: 14 Designs in **Wool-Felt** Applique, Blossoms in ...
www.all**craft**s.net/news/jan2003.htm - 35k - Cached - Similar pages

### Amazon.com: Books: Feltcraft: Making Dolls, Gifts and Toys
... This book is definitely worth adding to your **craft** library. It calls for 100% **wool felt**, but I have had very good results using acrylic felt (since 100% **wool** ...
www.spinics.net/am/0863151906 - 54k - Cached - Similar pages

### Amazon.com: Books: Felt Wee Folk: Enchanting Projects
... me of my failure everytime I looked at them in their respective **craft** drawer ... you get more proficient in it, a better grade and selection of **wool felt** colors can ...
www.spinics.net/am/1571201939 - 70k - Cached - Similar pages
[ More results from www.spinics.net ]

### Felt - US (United States)
... Felt For Less 50,000 **Craft** & Scrapbook Supplies. ... New York Felt New York Felt is the **wool felt** supplier, ditributor, and manufacturer offering natural, synthetic ...
www.kellysearch.com/us-product-37660.html - 39k - Cached - Similar pages

### craftster.org classifieds - Halloween Felt Purses - Powered by ...
... The black cat & red devil bags measure 8" across and about 7" wide. The cat is made of black **wool felt** and the devil is made of glitter red **craft** felt. ...
www.**craft**ster.org/classifieds/showproduct. php?product=7&sort=1&cat=all&page=1 - 24k -
Cached - Similar pages

### Halloween Felt Purses Woo-Hoo!!
... Oh, and I redid the devil bag a bit and used **wool felt** instead of the glitter red **craft** felt:<img src="http://img.photobucket.com/albums/v104/joeyjojo666 ...
www.**craft**ster.org/forum/ index.php?topic=3105;prev_next=next - 63k -

Cached - Similar pages
[ More results from www.craftster.org ]

## Applique and **Craft** Patterns-The Teacher's Pet
**...** All of our Mini-Penny kits come with the pattern, instructions, color photo, **wool felt** and floss needed to complete the project. **...** Make from wool or **wool felt**. **...**
www.the-teachers-pet.com/pennyrugs.html - 10k - Cached - Similar pages

## Aesops Room:Natural **Wool Felt** Mix
**...** Natural **Wool Felt** Mix #MAS-01. **...** Has a softer hand than all-**wool felt** and is easier to manipulate, sew through and handle than pure wool. **...**
www.aesopsroom.com/html/productdetailVB.asp?SKU=MAS-01 - 21k -
Cached - Similar pages

## **Wool Felt** Supplier's Directory of Thomas Register
**...** 3, Monarch Textiles -- Placentia, CA -- Supplier Of Needle-Punched Felt Products, Pressed **Wool Felt** & A Variety Of Non-Woven Products In **...** SAE Felts & **Craft** Felts **...**
www.thomasregisterdirectory.com/ fabrics/wool_felt_0049788_1.html - Similar pages

### Felt Die Cutting Supplier's Directory of Thomas Register
**...** **Craft** Felt, Cork, Foam, Plain & Adhesive Backed, Die Cutter Of Non-Metallic **...** Placentia, CA -- Supplier Of Needle-Punched Felt Products, Pressed **Wool Felt** & A **...**
www.thomasregisterdirectory.com/ die_cutting/felt_die_cutting_9596463_1.html - Similar pages
[ More results from www.thomasregisterdirectory.com ]

## America's Top **Craft** Site Directory
**...** 69, Country House of Crafts Country & Primitive Crafts, Woodcrafts, Americana Items **...** wood painting, cloth dolls, penny rugs including wool and **wool felt**, 162, 450 **...**
www.topsitelists.com/bestsites/tinibaybeez/next2.html - 45k - Cached - Similar pages

## Rosie Hippo's Wooden Toys and Games
**...** Felt Kit. Arts, Crafts & Projects, Fiber Arts, Heavy 100% **wool felt**. Arts, Crafts & Projects, Fiber Arts, Knitting Nancy. Arts, Crafts **...**
www.rosiehippo.com/productlist.asp - 101k - Cached - Similar pages

## Handcrafted Country Dolls
We make all of our country crafts one at a time by hand right here at Hugs and Stitches **...** She has snap eyes, a **wool felt** nose, floss hair and a grungy "Annie" tag **...**
www.hugsandstitches.com/dolls.htm - 24k - Dec 2, 2004 - Cached - Similar pages

## **Craft** Council OnLine Gallery
**...** and manipulation. In order to transform **wool felt** into a more drape-able fabric, Doreen combines silk into the base fabric. This **...**
www.**craft**council.nf.ca/gallery/ artist.asp?pg=13&artist_id=43 - 7k - Cached - Similar pages

## Fabric Packs & Felt Asssortments
**...** penny rugs and decor accents to handbags and clothing accessories, **wool felt** wears well **...** Felt Squares Popular for vests, dolls, ornaments and many other crafts. **...**
www.homesew.com/fabricpacks.html - 16k - Cached - Similar pages

## Trade Leads - Plates Sheets Strip Foil - Zinc - buy, sell, agents ...
**...** Our factory specializes in producing all kinds of **wool felt**. **...** felt, technology 'Majian' felt, chemical fiber felt, lining for garments, wool **craft** mat,, Details **...**
www.afacerionline.com/index.php/ TradeLeads/showProducts/41505 - 34k -
Cached - Similar pages

## EMAIL FABRIC SPECIALS

**...** Wool Blend Felt for a very popular **craft**. This vendor provides 28 colors to use with all the **wool felt** patterns and designs currently used in quilting and rug **...**
www.eeschenck.com/ListStores. asp?s=790706&p=42&type= - 32k -
Cached - Similar pages

### Annie's Attic - Quilting
**...** Choose a **Craft** ... **...** What's New in Quilting. Cat Tales Quilt Kit – $16.99 Create this adorable feline wall hanging using **wool felt**. **...**
www.anniesattic.com/quilting/ - 21k - Dec 2, 2004 - Cached - Similar pages

### ! ! ! filt børnetøj tøj kvinder filttøj nunofilt nuno dansk ...
**...** kurser danish **craft** handmade felt kidswear womenswear danish design handcraft jette hahne jette hane silkwool silk wool feltwool **wool felt** silkfelt silk felt **...**
www.silkwool.dk/ - 13k - Cached - Similar pages

### Needle Felting
**...** picture. Along with needle felting, another popular **craft** is wet felting. **...** acrylic. The **wool felt** is better, but also more expensive. **...**
www.chms.k12.vt.us/StudentWebs/ Laurel's%20Webpage/index3.htm - 66k -
Cached - Similar pages

### Felt Hats - Alibaba Search:Felt Hats - Felt Hats,Supplier,Company ...
**...** Rabbit-Fur / **Wool Felt** Hats [ Place of Origin:china ] 100% Rabbit-fur or 100% wool,for man and women [Related **...** from sunshine **craft** import &export co.,ltd. Select. **...**
www.alibaba.com/productsearch/Felt_Hats.html - 101k - Cached - Similar pages

### FeltColors
**...** Once I paid the high price and tried 100% **wool felt**, only to be disappointed. **...** to the touch, but not flimsy like the polyester felt found in **craft** stores today. **...**
www.thesilverpenny.com/FeltColors.html - 10k - Cached - Similar pages

### The Magic Box
**...** retrieval. All of the inside compartments and the inside of the drawer are lined in **Wool Felt** (not the cheap **craft** store type). An **...**
www.thetrickery.com/?nd=full&key=5013 - 29k - Cached - Similar pages

### **craft** Items
**...** rolls. **WOOL FELT** SCRAPS. Use for applying edge dye, and much more. Large pieces of 100% **Wool Felt** 3/4" thick. Sold in 1 lb. bags. #Z-9775-1. SHEEP WOOL SCRAPS. **...**
www.zackwhite.com/section1/page13.html - 11k - Cached - Similar pages

### Profile
**...** of use in multiple directions beyond the scope of textile art, fashion and crafts. **...** **Wool felt** takes precedence over spun and woven textiles and can be placed as **...**
homepage.ntlworld.com/nauvoo/msg3.htm - 11k - Cached - Similar pages

### [PDF] MAGIC HEARTH
File Format: PDF/Adobe Acrobat - View as HTML
**...** Series 5: Small Dolls and Felt **Craft** Time: 9:00 am to 12:00 pm Fee **...** Each has an embroidered **wool felt** tunic, hair made of mohair yarn tucked under an acorn cap **...**
www.magma.ca/~parsifal/MHW_1104.pdf - Cached - Similar pages

### Rustic Felt Wool Throw Rug - Kyrgyzstan
**...** **felt** products are one of the only sources of cash income in Kyrgyz villages. While men mostly tend herds of animals, women produce sturdy felt that they **craft** **...**
www.importu.com/ahru-aafr.html - 30k - Cached - Similar pages

### NIADA Archive-Aug99: Techniques 2

... Avoid lesser quality **wool felt**. Also avoid **craft** felt made fromsynthetic fibers. It is not dense enough to stretch over hat blocks. ...
www.niada.org/arch_dollmaking_8-99.html - 18k - Cached - Similar pages

**Google Directory - Business > Textiles and Nonwovens > Nonwovens > ...**
... fiber. Nangong **Wool Felt** Factory - http://www.felt.com.cn/ China. ... Canada. Pressed felts for **craft**, home and industrial end-uses. ...
directory.google.com/.../Textiles_and_Nonwovens/
Nonwovens/Needlepunch_and_Pressed_Felts/Pressed_Felts/ - 15k -
Cached - Similar pages

**Gryphon House, Inc. - Easter Craft Book**
Easter **Craft** Book ... Learn how to make Easter figures and decorations of dough, **wool**, **felt** or tissue paper, different ways of decorating eggs, making egg cosies ...
www.ghbooks.com/Showbook.cfm?code=24968 - 13k - Cached - Similar pages

**Free Craft Newsletter - October/November, 2000**
... available are kits, **wool felt**, floss, accessories and more Offers Secure Online Shopping! http://www.reetsragstostitches.com. ... Online Doll and **Craft** Classes at ...
www.wwvisions.com/newsletter/octnov00/ - 45k - Cached - Similar pages

[PDF] **Natural Dyeing**
File Format: PDF/Adobe Acrobat - View as HTML
... for regional products made of natural materials such as cotton, **wool**, **felt**, silk, etc. Participants learned more about the contemporary **craft** market's ...
www.unesco.kz/culture/projects/ handi**craft**/workshop_report.pdf - Similar pages

**Ãîñóäàðñòâåííûé ìóçåé èñêóññòâà ...**
... Tekemet - floor carpet. 1950s. **Wool**, **felt**. 370õ280 cm. Unknown crafts artist. Central Kazakhstan. Syrmak - floor carpet. 1960s. **Wool**, **felt**. 227õ129 cm. ...
www.art.nursat.kz/gmik/gallery_applied_eng.htm - 31k - Cached - Similar pages

**Session Start: Fri Sep 27 00:00:00 2002 [20:59] <@KATHKWILTS> ...**
... com">www.cleoandme.com</a></a></a> [21:43] <+barbie> ga [21:43] <mary-aster-maine> do u know if they still make **wool felt** that come in the little **craft** squares ...
www.kathkwilts.com/public/Barbie.txt - 22k - Cached - Similar pages

**Amazon.co.jp ： 洋書: Blossoms in Winter: 14 Designs in Wool ...** - [ Translate this page ]
... Both designers have collaborated on their approach to working with **wool felt** in Blossoms in ... Subjects > Home & Garden > Crafts & Hobbies > Quilts & Quilting ...
www.amazon.co.jp/exec/obidos/ASIN/1564774236 - 39k - Cached - Similar pages

**Felting Books**
... Learn to create your own tiny figures and accessories using **wool felt**, chenille stems, simple embellishments, and this step-by-step ... A great **craft** for all ages! ...
www.dettasspindle.com/Feltmaking/feltingBooks.html - 16k - Cached - Similar pages

**Wool Felt Patterns. wool felt penny rugs, wool felt, craft felt**
... WF126 Brown Qty: 1/2 Yards. • We Ship **Wool Felt** Anywhere Around The World! ...
**WOOL FELT** PRIORITY SHIPPING INFO. $3.50 to $6.99, $3.95 SHIPPING/HANDLING. ...
www.cleoandme.com/cam_woolfelt.html - 40k - Cached - Similar pages

**- Country Craft Patterns & Craft Supplies - LA Designs**
**Wool Felt** Sold by the yard $10.00 includes shipping. Sold by the square $2.00 each with a minimum order of 5 pieces includes shipping. ...
www.ladesigns.net/woolfelt.html - 23k - Cached - Similar pages



Result Page:   **1** 2 3 4 5 6 7 8 9 10          **Next**

Free! Google Desktop Search: Search your email, files, chats & web history.
Download Now.

.

        "wool felt" craft                    Search

        Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

.

        Google Home - Advertising Programs - Business Solutions - About Google

                            ©2004 Google