# EXHIBIT W2



Web   Images   Groups   News   Froogle   more »

"wool felt" novelty    [Search]   Advanced Search / Preferences

### Web

Results **1** - **100** of about **8,590** for **"wool felt" novelty**. (0.71 seconds)

**Novelty Items**
... **Novelty** Items -- Have some fun! Buckskin Shirt. ... $8. Top Hat. Have a Great Time with this **wool felt** topper hat with silk lining. Dress black, or light gray. ...
www.rmconnection.com/**novelty**.htm - 17k - Cached - Similar pages

**New York Felt - The Wool Felt Supplier - Wholesale Felt**
... Dye Cutting; Slitting. (back to top). Arts, Crafts & **Novelty** Felt is made for retailers, Artisans & the Display Industry. It is natural ...
www.newyorkfelt.com/PRODUCTS.HTML - 16k -
Cached - Similar pages

**Wool Felt Top Hats Catalog Page from Top-Hats.com**
Home Up Caps Formal Hats Ladies Felt Hats Ladies Straw Hats Men's Straw Men's Felt **Novelty** Pirates Re-enactors Satin Top Hats Size Chart Uniform Hats. ...
www.top-hats.com/tophatpage.htm - 26k - Cached - Similar pages

> **Wool Felt Low Derby from Top-Hats.com**
> Men's Wool Low Derby.
> www.top-hats.com/1024.htm - 21k - Cached - Similar pages
> [ More results from www.top-hats.com ]

**eBay Store - THE HAT STORE: Fedora, Derby, and Godfather**
... large, $14.95, NEW **NOVELTY** WHITE TOP HAT **WOOL FELT** SIZE 7 5/8 XL, NEW **NOVELTY** WHITE TOP HAT **WOOL FELT** SIZE 7 5/8 XL, $14.95, NEW NOLVETY ...
stores.ebay.com/THE-HAT-STORE - 78k - Cached - Similar pages

> **eBay Store - HatShack554: Formal Wear Hats, Novelty Hats, and ...**
> ... **Novelty** Hats (1). ... New Black **Wool Felt** Authentic Cowboy Hat Size Medium, New Black **Wool Felt** Authentic Cowboy Hat Size Medium, $39.99 $49.99, -, 1d 08h 54m, ...
> stores.ebay.com/HatShack554 - 73k - Cached - Similar pages

**Wool Felt Cowboy Hats at Sheplers Western Wear**
... Belts, Handbags & Accessories. **Novelty** T-Shirts. His & Her Matching. Western & Turquoise Jewelry. ... Straw Cowboy Hats. **Wool Felt** Cowboy Hats. Fur Felt Cowboy Hats. ...
www.sheplers.com/cat.cfm?TID=074525 - 38k - Cached - Similar pages

**Hats - >> Wholesale Novelty - Over 36 brands of hats at the ...**
... Wholesale **Novelty**. ... western-sm.jpg B2B Jaxon Western Price: $180.00 Price per hat: $15.00 Pre-pack size: 12 hats Purchase Securely Online, jaxon-**wool**-**felt**-derby-sm ...
www.villagehatshop.com/page153.html - 51k - Cached - Similar pages

> **Hats - > Hats and History - Over 36 brands of hats at the ...**
> ... and this fact contributes not only to its freshness and **novelty** but often to ... sm.jpg Jaxon Blues Price: $32.00 Purchase Securely Online, jaxon-**wool**-**felt**-derby-sm ...

**Sponsored Links**

Real **Wool Felt**
100% **Wool** & other blends
**Felt** for every purpose
www.thefeltpeople.com

**Wool Felt**
Yahoo! Shopping: Compare & Save.
Top brands, great stores, low price
Yahoo.com

**Wool felt**
600+ Popular Stores - One Website & One Simple Checkout - Shop Now!
SHOP.COM

Discount **Wool Felt**
New & used **wool** products. aff
Check out the deals now!
www.ebay.com

74" **Felt**, $6.75/yd
15 colors to choose from at an amazing 74 inches wide!
www.distinctivefabric.com

**Wool felt**
Find the best prices and deals.
Compare products, shops and reviews
Calibex.com

See your message here...

www.villagehatshop.com/hats-and-history.html - 53k - Dec 1, 2004 - Cached - Similar pages
[ More results from www.villagehatshop.com ]

### Yahoo! Canada Directory > Textiles Manufacturers > Felt
... Nonwovens Open site in a new window - manufactures **wool felt**, including the brand ... offering wholesale wool and synthetic felt for embroidery, **novelty**, scrim, and ...
ca.dir.yahoo.com/Business_and_Economy/
Business_to_Business/Textiles/Manufacturers/Felt/ - 10k - Cached - Similar pages

### Yahoo! Directory: Textiles Manufacturers > Felt
... National Nonwovens - manufactures **wool felt**, including the brand, WoolFelt, and nonwovens ... wholesale wool and synthetic felt for embroidery, **novelty**, scrim, and ...
dir.yahoo.com/Business_and_Economy/
Business_to_Business/Textiles/Manufacturers/Felt/ - 10k - Cached - Similar pages
[ More results from yahoo.com ]

### Theatrical Shop - Novelty Hats
... Velvet Wizard Hat. Velvet Wizard Hat. Velvet **Novelty** Hat. Large Smiley Face Felt Kool Kat. ... Quality **Wool Felt** Pork Pie. Propeller Beanie. Permafelt Gambler. ...
www.theatricalshop.com/**novelty**.html - 27k - Cached - Similar pages

### Indiana Jones Hats
... This collection of Lite-felt,**Wool-felt**,and Fur-felt hats exemplifies the adventurous attitude of the enterprising hero that inspired it. ...
www.shushans.com/indianajones.html - 24k - Cached - Similar pages

### Top Hats,Derby's,Bowler's & Boater's
... The Madhatter Hat 100% **Wool Felt** Shape: 19thC Topper 7"crown Brim: 2" Sized: 6-7/8 to 7-3/4 Colors: Black Price: $78.00 $80.00 (7-3/4) ...
www.shushans.com/fourthpage.html - 33k - Dec 2, 2004 - Cached - Similar pages
[ More results from www.shushans.com ]

### Google Directory - Shopping > Clothing > Casual > Caps and Hats
... http://www.sfhat.com Panama and raffia straw, fur and **wool felt**, cloth, and Gore ... The Hat Company - http://www.thehatco.com **Novelty**, casual, all kinds of hats. ...
directory.google.com/Top/ Shopping/Clothing/Casual/Caps_and_Hats/ - 86k - Dec 1, 2004 - Cached - Similar pages

### Rodin: Theme & Novelty Hats: Theme & Novelty Hats: Wool Beret ...
Theme & **Novelty** Hats: Wool Beret, **Wool Felt** Tyrolean Hat, Permafelt Razor, Fedora, Godfather, Alpine Gambler, Tricorne, Gangster, Plastic Machine Guy, Raider ...
www.rodin.cc/19268.htm - 22k - Cached - Similar pages

### Table of Contents by Page Number
... Crushable **Wool Felt** Swing Hat, Quality **Wool Felt** Pork Pie, **Wool Felt** Godfather, Leopard Durango, Permalux Gambler, Permafelt Gambler Pg. 94 **Novelty** Hats: Felt ...
www.rodin.cc/contents.htm - 53k - Cached - Similar pages
[ More results from www.rodin.cc ]

### Fabric Packs & Felt Asssortments
... rugs and decor accents to handbags and clothing accessories, **wool felt** wears well ... Bundles are grouped by theme: checks and plaids, **novelty** prints, little florals ...
www.homesew.com/fabricpacks.html - 16k - Cached - Similar pages

### In Step Props Novelty
... Stretch sack, lycra, $36.95. D. Artist pallet, sequined paint colors, $12.75 or Unfinished $5.95. beret, **wool felt**, black, red, green, $6.50. ...
www.instepprops.com/props/c_**novelty**.htm - 11k - Cached - Similar pages

#### Acefaced.com
... Dress hats for men, hats for the outdoors and **novelty** headwear. ... » San Francisco Hat Company - Panama and raffia straw, fur and **wool felt**, cloth, and Gore ...
www.acefaced.com/dir/index.php/ Shopping/Clothing/Casual/Caps_and_Hats/ - 27k -
Cached - Similar pages

#### **Wool Felt** Hat Manufactures
Global Hat Directory To add your Company details to this free directory, please click here. **Wool Felt** Hat Manufactures. United Kingdom, ... Weisman **Novelty** Co. ...
www.hatsuk.com/hatsuk/hatsukhtml/ directory/woolfelthatman.htm - 88k -
Cached - Similar pages

> #### Global Hat Directory
> ... **Novelty** Hats new. Sales Agents, Importers Wholesalers and Distributors of Hats. Solutions for Hair Loss. Straw Hat Manufacturers. Uniform Headwear. **Wool Felt** Hat ...
> www.hatsuk.com/hatsuk/hatsukhtml/ directory/directoryintro.htm - 19k -
> Cached - Similar pages

#### Girls Hats at SpoiledRottenKids.Com
™. blablabla. Just For Kids. SpoiledRottenKids.Com®. Fine Quality Shopping and Fun For All Ages 1 to 125. Girls Hats. God Bless. America! GapKids gifts. ™. ...
www.spoiledrottenkids.com/Girls_Hats.asp - 87k - Cached - Similar pages

> #### Boys Hats at SpoiledRottenKids.Com
> ™. blablabla. Just For Kids. SpoiledRottenKids.Com®. Fine Quality Shopping and Fun For All Ages 1 to 125. Boys Hats. God Bless. America! GapKids gifts. ™. ...
> www.spoiledrottenkids.com/Boys_Hats.asp - 87k - Cached - Similar pages
> [ More results from www.spoiledrottenkids.com ]

#### Gaza.net - - Shopping - Clothing - Casual - Caps and Hats -
... Dress hats for men, hats for the outdoors and **novelty** headwear ... new Window, » San Francisco Hat Company - Panama and raffia straw, fur and **wool felt**, cloth, and ...
www.gaza.net/webdir/index.php/ Shopping/Clothing/Casual/Caps_and_Hats/ - 82k -
Cached - Similar pages

#### Unique Southwestern Gifts from New Mexico - WesstArtisans.com
... Felted Visor Caps **Wool felt** offers a very durable and water resistant form ... ADD TO CART: (Shown on model) BLACK W/ **NOVELTY** SPLASH SQUARED CROWN AND VEIL W/ GLASS ...
www.wesstartisans.com/JayneSchell.php3 - 42k - Cached - Similar pages

#### CENTRAL SHIPPEE: Felt Sampler
SYNTHETIC FELTS. All the features of Real **Wool Felt** at an affordable price. ... Durastiff Durastiff. DURASTIFF Pennants, hats, **novelty**. 11 oz., 36" wide, 8 colors. ...
www.centralshippee.com/ pages/colorcards/feltcolorcard.htm - 43k - Cached - Similar pages

#### Caps & Hats / Novetly Headwear promotional products and logo items ...
... Priced from: $1.03. Felt Jester Hat Delightfully whimsical **novelty** hat for adults. ... Priced from: $19.35. **Wool Felt** Western Hat Rugged, western-style cowboy hat. ...
www.epromos.com/ProductIndex/ BrowseCategory.jhtml?categoryId=1486 - 41k -
Cached - Similar pages

#### Caps and Hats
... http://webpages.charter.net/natshats The Hat Company **Novelty**, casual, all kinds of hats. ... Styles include satin and **wool felt** top hats. ...
www.ridgeco.com/Shopping/Clothing/Casual/Caps_and_Hats - 32k -
Cached - Similar pages

Caps and Hats
... Colorful polar fleece **novelty** and ski hats. Previews by Thumbshots Top-Hats.com - Offering hats of all sorts. Styles include satin and **wool felt** top hats. ...
www.oobdoo.com/directory/ Shopping/Clothing/Casual/CapsandHats/ - 53k - Cached - Similar pages

PATTERNPAGE Craft Pattern Catalog - Over 4,000 Craft Patterns ...
... Homespun Treasure Designs (L)- **Wool Felt**, Plush and Shaggy Felt, Bear Fur, and ... black buttons that you can use for doll eyes, **novelty** buttons / embellishments & ...
www.patternpage.com/supplies.htm - 23k - Cached - Similar pages

Caps and Hats Casual Websites Directory
... Dress hats for men, hats for the outdoors and **novelty** headwear. ... San Francisco Hat Company - Panama and raffia straw, fur and **wool felt**, cloth, and Gore ...
www.repertoire-sites.com/index.php/ Shopping/Clothing/Casual/Caps_and_Hats/ - 35k - Cached - Similar pages

Clothing - Find, Compare, and Buy at Shopping.com
... Red Hat Capri Set. **Novelty** embellished tunic with side vents and slipover styling. ... Red Hat Society & Accessories L48. **Wool felt** with a matching red band. ...
www.shopping.com/xDN-Clothing-red_ hat-12975_price_range_30_45~V-rows - 68k - Cached - Similar pages

Mizmoz - Clothing Caps and Hats - Shopping And Clothing Caps and ...
... Dress hats for men, hats for the outdoors and **novelty** headwear. ... »San Francisco Hat Company - Panama and raffia straw, fur and **wool felt**, cloth, and Gore-Tex ...
www.mizmoz.com/dir/Shopping/ Clothing/Casual/Caps_and_Hats/ - 46k - Cached - Similar pages

Workshop Possibilities
... patterned spaces, felting into areas of weave and connecting with paths of **wool felt**. ... Possibly add snips of select yarns, **novelty** fibers and even collage weaves ...
www.wildturkeyfeltmakers.com/WorkshopPossibilities.html - 9k - Cached - Similar pages

Shopping Clothing Casual Caps and Hats
... Top-Hats.com Offering hats of all sorts. Styles include satin and **wool felt** top hats. ... The Hat Company **Novelty**, casual, all kinds of hats. ...
www.lukol.com/Top/Shopping/ Clothing/Casual/Caps_and_Hats - 29k - Cached - Similar pages

WebGuest Directory - Clothing : Casual : Caps and Hats
... Earwig - Colorful polar fleece **novelty** and ski hats. Top-Hats.com - Offering hats of all sorts. Styles include satin and **wool felt** top hats. ...
directory.webguest.com/Shopping/ Clothing/Casual/Caps_and_Hats - 26k - Cached - Similar pages

Band, Dance, Drill Team, Hats & Hair Accessories For Every Budget
... hats to derbys, top hats, military helmets, spanish and flemenco hats, **novelty** hats, clown ... team hats give you the look of the more expensive **wool felt** hats for ...
dancecheer.net/dirdrillteamhats.html - 55k - Cached - Similar pages

Judith Ma leading supplier of Hats, Millinery Supplies and ...
... SET: Ribbon and **Novelty** Trimmings, two volume set on ribbonwork. Creating Sculptured **Wool Felt** Flowers, how to make felted flowers from raw wool. ...
www.judithm.com/shop/?page=shop/ browse&offset=440&category_id=&keyword= - 49k - Cached - Similar pages

#### Shopping > Clothing > Casual > Caps and Hats

... Colorful polar fleece **novelty** and ski hats. http://www.earwig.com.au. 90 Top-Hats.com Offering hats of all sorts. Styles include satin and **wool felt** top ...
www.xasa.com/directorio/mozilla/ Top/Shopping/Clothing/Casual/Caps_and_Hats/ - 75k -
Cached - Similar pages

#### USPHARMD :: Open Directory - /Shopping/Clothing/Casual ...

... Dress hats for men, hats for the outdoors and **novelty** headwear. ... San Francisco Hat Company - Panama and raffia straw, fur and **wool felt**, cloth, and Gore-Tex rain ...
www.uspharmd.com/dmoz/dmoz/ Shopping/Clothing/Casual/Caps_and_Hats/ - 58k -
Cached - Similar pages

#### EMAIL FABRIC SPECIALS

... **Novelty** Cotton Prints, Juveniles and Holiday in Prints in Project Panels...many enhanced ... vendor provides 28 colors to use with all the **wool felt** patterns and ...
www.eeschenck.com/ListStores. asp?s=790706&p=42&type= - 32k -
Cached - Similar pages

#### Shopping/Clothing/Casual/Caps and Hats

... Dress hats for men, hats for the outdoors and **novelty** headwear ... San Francisco Hat Company Panama and raffia straw, fur and **wool felt**, cloth, and GoreTex rain hats ...
bestofthenet.tv/web.cgi?base=/ Shopping/Clothing/Casual/Caps_and_Hats/ - 40k -
Cached - Similar pages

#### the knowledge.com ™ directory - Shopping - Clothing - Casual ...

... Earwig http://www.earwig.com.au Colorful polar fleece **novelty** and ski hats. ... Company http://www.sfhat.com Panama and raffia straw, fur and **wool felt**, cloth, and ...
www.knowledge.com/Top/Shopping/ Clothing/Casual/Caps_and_Hats - 49k -
Cached - Similar pages

#### Wool Trilby Hat Cap Caps Hats Black

... AND BUYER MUST 100 OF 65 MENTION THE 10 German Bavarian **NOVELTY** Wool Hats ... BEIGEFabulous Hats of Ireland All-Wool Walking Cap - NEW!Mens **Wool Felt** Kreuger HAT ...
www.80schildren.com/disp/PDS/ wool,trilby,hat,cap,caps,hats,black,itm2059,2998.asp - 19k
- Cached - Similar pages

> #### Mens Formal Black Top Hat
>
> ... New! Medium BLACK 6 3/4" High CAROLER Top Hat M Med **NOVELTY** WHITE TOP HAT **WOOL FELT** SIZE 7 3/8 LARGE Grey Gray Tuxedo Top Hat Black Band XL Extra Large NEW! ...
> www.80schildren.com/disp/PDB/ mens,formal,black,top,hat,itm2014,3264.asp - 19k -
> Cached - Similar pages
>
> [ More results from www.80schildren.com ]

#### Open Directory Project > Shopping> Clothing> Casual> Caps and Hats ...

... Dress hats for men, hats for the outdoors and **novelty** headwear. ... San Francisco Hat Company - - Panama and raffia straw, fur and **wool felt**, cloth, and Gore-Tex ...
www.bie.no/products/phpodp/odp.php?browse=/
Shopping/Clothing/Casual/Caps_and_Hats/ - 69k - Cached - Similar pages

#### Sitios y Portales /Shopping/Clothing/Casual/Caps_and_Hats/

... Dress hats for men, hats for the outdoors and **novelty** headwear. ... sfhat.com, » San Francisco Hat Company - Panama and raffia straw, fur and **wool felt**, cloth, and ...
dir.multibuscador.com/index.php/ Shopping/Clothing/Casual/Caps_and_Hats/ - 90k -
Cached - Similar pages

### The Journal Times Online
... Actually, it makes more sense in person, when you can hold a candy corn or pumpkin made out of **wool felt** in hand. ... "I didn't sell any **novelty** items today," said ...
www.journaltimes.com/articles/ 2004/08/16/local/iq_3046758.txt - 20k -
Cached - Similar pages

### DerKeiler Directory - /Shopping/Clothing/Casual/Caps_and_Hats
... Dress hats for men, hats for the outdoors and **novelty** headwear. ... », San Francisco Hat Company, Panama and raffia straw, fur and **wool felt**, cloth, and Gore-Tex ...
directory.derkeiler.com/Top/ Shopping/Clothing/Casual/Caps_and_Hats - 42k -
Cached - Similar pages

### Hats - Catalogs.com Presents Hartford York Hats & Accessories
... fur and faux fur hats, berets, cashmere caps, fedoras, Greek fisherman, dress hats, leather hats, ivy hats, newsboys, porkpies, fur felt, wool, and **wool felt**. ...
www.catalogs.com/search_3.asp?id=598 - 32k - Cached - Similar pages

### Caps and Hats Shopping, Directory
... The Hat Company **Novelty**, casual, all kinds of hats. Will ship domestic and international orders. ... Styles include satin and **wool felt** top hats. ...
www.wacofdn.org/d2RjXzMxMzk4MQ%3D%3D.aspx - 27k - Cached - Similar pages

### kid halloween costume costume halloween costumes kid child adult ...
... Quality **Wool Felt** Top Hat - Felt Top Hat SKU: 24025 15 in stock ( S: 2 M: 7 L: 6 ) Add to My List Quality **Wool Felt** Top Hat - Felt Top Hat $36.95 USD Size: S ...
www.costumeuniverse.com/browse.asp?MOVE=NEXT& cat=24000&CurrentPage=2&path=20000,24000&Man... - 39k - Cached - Similar pages

> ### kid halloween costume costume halloween costumes kid child adult ...
> ... Quality **Wool Felt** Fedora Hat - Fedora Hat SKU: 23043 8 in stock ( 7: 1 7 1/8: 1 7 1/4: 2 7 1/2: 2 7 3/8: 2 ) Add to My List Quality **Wool Felt** Fedora Hat ...
> www.costumeuniverse.com/browse.asp?MOVE=NEXT& cat=23000&CurrentPage=5&path=20000,23000&Man... - 42k - Cached - Similar pages

### Fabric - Erica's Craft & Sewing Center
... Chenille by the Yard. Homespun Towels; Landscape Prints; Monk's Cloth; **Novelty** Prints (including cat ... **Wool Felt**: Moda 54" Wool by the yard; **WOOL FELT** by the yard; ...
www.ericas.com/fabric/ - 56k - Cached - Similar pages

### Caps and Hats Shopping, Directory
... San Francisco Hat Company Panama and raffia straw, fur and **wool felt**, cloth, and Gore-Tex rain ... Dress hats for men, hats for the outdoors and **novelty** headwear. ...
www.sigmbi.org/c2lnXzMxMzk4MQ%3D%3D.aspx - 27k - Cached - Similar pages

### Caps and Hats Shopping, Directory
... Top-Hats.com Offering hats of all sorts. Styles include satin and **wool felt** top hats. ... Dress hats for men, hats for the outdoors and **novelty** headwear. ...
www.esdp-endic.org/ZXNkXzMxMzk4MQ%3D%3D.aspx - 27k - Cached - Similar pages

### Caps and Hats Shopping, Directory
... Dress hats for men, hats for the outdoors and **novelty** headwear. ... San Francisco Hat Company Panama and raffia straw, fur and **wool felt**, cloth, and Gore-Tex rain ...
www.nnim.org/bm5pbV8zMTM5ODE%3D.aspx - 27k - Cached - Similar pages

### Vintage Fabric - Dolls
... American cloth doll artists, WWI to 1950s, Dolls are mostly children or **novelty** costuming. Reference book is needed for a pattern guide. Lenci – all **wool felt** ...

www.fabrics.net/joan901.asp - 48k - Cached - Similar pages

### Internet Centre for Canadian Fashion and Design - NTG ...
**...** Weave: Basket. In wool and worsted 2 x 2 basket usually or **novelty** basket to resemble hopsack cloth. **...** Looks like **wool felt** - pressed flat. **...**
www.ntgi.net/ICCF&D/wool.htm - 49k - Cached - Similar pages

### Linux Software [ IceWalkers.com ]
**...** Dress hats for men, hats for the outdoors and **novelty** headwear **...** San Francisco Hat Company - Panama and raffia straw, fur and **wool felt**, cloth, and Gore-Tex rain **...**
www.icewalkers.com/opd/Shopping/ Clothing/Casual/Caps_and_Hats/ - 35k - Cached - Similar pages

### eBay - Yarn, Alice Starmore Yarn, Cashmere Yarn, and Kaffe Fasett ...
**...** Listing has pictures, **Wool Felt** Clog Kit BURNT SUGAR/ CILANTRO, $12.95, Nov-20 19:43, **...** "Pink Lemonade" **novelty** yarn Sirdar/Emu SCARF Kit, "Pink Lemonade" **novelty ...**
crafts.listings.ebay.com/ Yarn_W0QQlopgZ3QQsacategoryZ36589QQsocmdZListingItemListQQsosortorderZ2QQsosortp... - 101k - Cached - Similar pages

### Shopping Clothing Casual Caps and Hats
**...** Dress hats for men, hats for the outdoors and **novelty** headwear. **...** San Francisco Hat Company - Panama and raffia straw, fur and **wool felt**, cloth, and GoreTex rain **...**
www.pastconnect.com/odp/directory/ Shopping/Clothing/Casual/Caps_and_Hats/ - 39k - Cached - Similar pages

### Tiscali - Search
**...** Dress hats for men, hats for the outdoors and **novelty** headwear **...** 99.San Francisco Hat Company Panama and raffia straw, fur and **wool felt**, cloth, and Gore-Tex rain **...**
directory.tiscali.it/Shopping/ Clothing/Casual/Caps_and_Hats - 39k - Cached - Similar pages

### Knitting
**...** more complicated, another sweater this time for myself, with pressed **wool** (**felt**) on the **...** zipper and lining a bit tricky) and a coral synthetic **novelty** yarn with **...**
www.columbia.edu/~kmp30/knitting.htm - 58k - Cached - Similar pages

### Creative Fibre - Tutors MZ
**...** Fine Spinning; **Novelty** Spinning. Shona Schofield 169 Tramway Rd No 1 RD Ashburton Phone/Fax (03) 303 9778 e-mail shonaschofield@xtra.co.nz. **Wool felt** and nuno **...**
www.creativefibre.org.nz/education/tutorsM-Z.htm - 18k - Cached - Similar pages

### CONK! Web Directory
**...** Dress hats for men, hats for the outdoors and **novelty** headwear **...** rosebudny.com; San Francisco Hat Company - Panama and raffia straw, fur and **wool felt**, cloth, and **...**
www.conk.com/directory/apexec.cgi?etype=odp&passurl=/ Shopping/Clothing/Casual/Caps_and_Hats/ - 65k - Cached - Similar pages

### western hats results by www.madhatt.info
**...** American-made, real **wool felt** hats, leather, oilskin, bolo ties, etc. **...** as well as casual hats, straws, paperboys, fedoras and cowboy hats, plus **novelty** hats for **...**
www.madhatt.info/ result.php?Keywords=western+hats&host=www.madhatt.info&cat=1 - 35k - Cached - Similar pages

### cowboy hat results by www.madhatt.info
**...** www.cavenders.com; Crushable **Wool Felt** Cowboy Hats They are almost indestructible **...** casual hats, straws, paperboys, fedoras and cowboy hats, plus **novelty** hats for **...**

www.madhatt.info/result.php?Keywords=cowboy+hat&
host=www.madhatt.info&relay=1&original=hat+racks - 34k - Dec 1, 2004 -
Cached - Similar pages
[ More results from www.madhatt.info ]

### Zomd :: Shopping :: Clothing :: Casual :: Caps and Hats
... Information Dress hats for men, hats for the outdoors and **novelty** headwear. ... Hat Company Site Information Panama and raffia straw, fur and **wool felt**, cloth, and ...
www.zomd.org/category_313981.html - 64k - Cached - Similar pages

### Shopping, Clothing, Casual, Caps and Hats
... Robley Hats Inc. Dress hats for men, hats for the outdoors and **novelty** headwear.. ... Panama and raffia straw, fur and **wool felt**, cloth, and Gore-Tex rain hats.. ...
www.klevze.si/browse/Shopping/ Clothing/Casual/Caps_and_Hats/ - 101k -
Cached - Similar pages

### Vintage Blues: Men's Vintage Accessories
... Fab and unique **novelty** doorknocker shaped goldtone tie pin/clasp combo that ... Vintage original, authentic black **wool felt** masonic shriner's fez with silky red ...
www.vintageblues.com/macc.htm - 40k - Cached - Similar pages

### links
... Women's Quilt Block Socks from The Twisted Stitcher - **Novelty** socks for women's feet! ... Fabric. A Childs Dream - The **wool felt** source - 21 plant dyed colours, 50 ...
www.naturaldyestudio.homestead.com/links.html - 101k - Cached - Similar pages

### GroupWeb.com: Business Search Engine, Internet Marketing and Press ...
... http://hatvantage.com Dress hats for men, hats for the outdoors and **novelty** headwear ... http://www.sfhat.com Panama and raffia straw, fur and **wool felt**, cloth, and ...
dir.groupweb.com/cgi-bin/dir.cgi?etype=odp&passurl=/
Shopping/Clothing/Casual/Caps_and_Hats/ - 100k - Cached - Similar pages

### textile -- Encyclopædia Britannica
... The goods produced are **wool felt**, in rolls and sheets; hats, both fur and wool; and woven felts, ranging from thin billiard tablecloths to heavy industrial ...
www.britannica.com/eb/article?tocId=15875 - Similar pages

### Promotional Caps & Hats Novetly Headwear
... 3. **Wool Felt** Western Hat Rugged, western-style cowboy hat. Quantity, 50, 100, 250. ...
4. Felt Jester Hat Delightfully whimsical **novelty** hat for adults. ...
www.123imprint.com/ promotional-caps-hats-novetly-headwear.html - 40k -
Cached - Similar pages

### All the Internet Directory for Top/Shopping/Clothing/Casual ...
... Earwig Colorful polar fleece **novelty** and ski hats. http://www.earwig.com.au. Top-Hats.com Offering hats of all sorts. Styles include satin and **wool felt** top ...
www.alltheinternet.com/Top/ Shopping/Clothing/Casual/CapsandHats/ - 50k -
Cached - Similar pages

### UW Clearance Listings
... Very fe limited !!! Beautiful Birthday Bear's. Great Gift store or **Novelty** item ! 2 sizes. ... price: Cheap ! Closeout: Beret Women's **Wool Felt**. Blue Color. ...
eis.net/lib/start.cgi/uwclearance/listings.html - 56k - Cached - Similar pages

### Books & Videos
... Book by Thomas & Petra Berger - how to make Easter figures & decorations of dough, **wool**, **felt**, tissue paper ... 39.95 Spinning Exotic Fibers & **Novelty** Yarns with ...
www.earthsongfibers.com/Books.html - 87k - Cached - Similar pages

Rug Hooking How to Information, Techniques, Articles, and ...
... Standard Instructions on How to Hook; What is Rug Hooking?; What is a Penny Rug?; Felting Your Wool; and What's the Difference Between Felted Wool and **Wool Felt** ...
www.creativity-portal.com/ howto/artscrafts/rug.hooking.html - 33k - Cached - Similar pages

Felt Hats-Scala-Broner-Eddy Brothers-San Diego Hat Co-
... hats, pith helmets, Palm Leaf hats, fedoras, berets, **novelty** hats, hat ... Black **Wool Felt** Gambler with Antiqued Conchos on Leather Crushable, Water resistant, Brim ...
www.prescotthats.com/woman_felt_hats.htm - 28k - Cached - Similar pages

Made to Mil specs. Rich, thick 100% wool. Official colors. Does ...
... **Wool felt**; Made in USA; Special Forces Green, Airborne Maroon, Black, or Air Force Blue Weight: 0.7875 lbs. Availability. Click Here to check availability. ...
www.uscav.com/productinfo.aspx?productid=7681& tabID=&categoryID=118&pos=2 - 40k - Cached - Similar pages

Not Just For Kids Page
... The company made **wool**-**felt** pincushion-type animals of many varieties. ... Morris Michtom displayed two toy bears in the window of his stationery and **novelty** shop. ...
users.safeaccess.com/olsen/njfkteddy.html - 15k - Cached - Similar pages

Louisiana State University Bookstore
... 50/50 cotton-poly mix. Available in purple. CP **Wool Felt** Championship Pennant Collegiate Pacific **wool felt** championship pennant. Gold with purple trim. ...
lsu.bkstore.com/default. asp?s=566372446424%7C396&m=0301 - 27k - Cached - Similar pages

> Louisiana State University Bookstore
> ... NATIONAL CHAMPIONS! CP **Wool Felt** Championship Pennant Collegiate Pacific **wool felt** championship pennant. Gold with purple trim. ...
> lsu.bkstore.com/default.asp?s=858572573204%7C396& m=0303&p=25156&cat_id=617 - 23k - Cached - Similar pages
> [ More results from lsu.bkstore.com ]

FUJI CORPORATION
Oct 1951, Manufacture of **wool felt** hats, hatbody and fur felts started. Oct 1952, Tokyo branch inaugurated. ... Mar 1983, Manufacture of **novelty** caps started. ...
www.fujico-jp.com/english/about/03page.htm - 9k - Cached - Similar pages

Mens Hats
... We can offer hats made from Straw, Cotton, Moleskin, Wax, Tweeds, Fleece, Sheepskin, **wool felt**, leather and many other fabrics. ...
www.hatsandthat.com/otherfeatures_menshats.htm - 17k - Cached - Similar pages

cowboy hats results by www.fair-play.org
... www.hartfordyork.com; Crushable **Wool Felt** Cowboy Hats They are almost indestructible. ... hats, straws, paperboys, fedoras and cowboy hats, plus **novelty** hats for ...
www.fair-play.org/result.php?Keywords=cowboy+hats& host=www.fair-play.org&relay=1&original=bailey - 34k - Cached - Similar pages

Caps and Hats Casual Clothing Shopping
... **Novelty** (The Hat Company ) casual, all kinds of hats. ... Panama and raffia straw (San Francisco Hat Company) fur and **wool felt**, cloth, and Gore-Tex rain hats. ...
www.interactiva.org/Dir/I/English/ Shopping/Clothing/Casual/Caps_and_Hats/ - 51k - Cached - Similar pages

Schedule of Classes at Village Fabrics & Crafts
... and appliqueing designs and go home with the knowledge to make lots more **wool felt** projects ... or purchase the pattern alone and use one of our other **novelty** yarns ...
users.lighthouse.net/villagefab/classes.html - 18k - Cached - Similar pages

Men's Accessories: Compare Prices at mySimon
... Made of fine **wool felt** with a 23/4 ... International Male not yet rated, **Novelty** Tie/cummerbund Set, **Novelty** Tie/cummerbund Set The perfect finishing touch for your ...
www.mysimon.com/4013-4141_8-0. html?companyId=302118&tag=mrchsrch - 101k - Cached - Similar pages

2002 NAICS Definitions: 315211 Men's and Boys' Cut and Sew Apparel ...
... 315211, 315211, 2353, Hats, fur-felt, straw, and **wool**-**felt**, men's and boys', cut and ... 315211, 315211, 2395, **Novelty** stitching contractors on men's and boys' apparel ...
www.census.gov/epcd/naics02/def/ND315211.HTM - 36k - Cached - Similar pages

    1997 NAICS Definitions: 315 Apparel Manufacturing
    ... 315211, 2353, Hats, fur-felt, straw, and **wool**-**felt**, men's and boys', cut and sew apparel ... 315211, 2395, **Novelty** stitching contractors on men's and boys' apparel. ...
    www.census.gov/epcd/naics/NDEF315.HTM - 101k - Cached - Similar pages
[ More results from www.census.gov ]

cowboy hats results by www.rodeo-girl.com
... www.proudcowboy.com; Crushable **Wool Felt** Cowboy Hats They are almost indestructible. ... hats, straws, paperboys, fedoras and cowboy hats, plus **novelty** hats for ...
www.rodeo-girl.com/result.php?Keywords=cowboy+hats& host=www.rodeo-girl.com&relay=1&original=r... - 34k - Cached - Similar pages

Welcome to Grandmas Attic Sewing Emporium, Secure Online Store
... Fabric - National Nonwovens/**Wool Felt** Penny Rugs, vests, hats, pillows, wall hangings, and cuddly animals are just a few of the projects you can make with ...
webstore.quiltropolis.net/stores_app/Browse_ dept_items.asp? Store_id=411&Page_id=17&categ_id=100&a... - 101k - Cached - Similar pages

ROCKMOUNT
... Blue Plaid Shirt #6795-Blue (right) Rose stripe This great **novelty** stripe has a ... Men's Black **Wool Felt** Hat "Kicker" #1742 $38, WEARING ROCKMOUNT IS NOT A GAMBLE ...
carriebs.com/rockmount-2.html - 27k - Cached - Similar pages

cowboy hats results by www.santhirdaramjeevsewa.org
... www.sheplers.com; Crushable **Wool Felt** Cowboy Hats They are almost indestructible. ... casual hats, straws, paperboys, fedoras and cowboy hats, plus **novelty** hats for ...
www.santhirdaramjeevsewa.org/result.php?Keywords=cowboy+hats& host=www.santhirdaramjeevsewa.org&re... - 35k - Cached - Similar pages

TEDDY BEAR SUPPLIES HEIRLOOM SEWING SUPPLIES
... A **novelty** bear that looks great in almost any style of mohair. ... Optional foot and paw pads would require your choice of ultra suede or **wool felt**. ...
www.laboursoflove.com/p3623.htm - 21k - Cached - Similar pages

HowdyInda-Chiaroscoro
... moved his business to a loft, under the name of the Ideal **Novelty** and Toy ... had made toys for a number of years and had produced small **wool**-**felt** pincushion type ...
stuact.tamu.edu/stuorgs/ ia/howdyindia/11-18-02/chiar.htm - 6k - Cached - Similar pages

Knitter's Review Forums - Christmas Hat--planning ahead and need ...

**...** Here's the closest match I could find. http://www.adalternatives.com/products/hat/
**novelty**.htm. **...** Looks like polar fleece to me either that or **wool felt**. **...**
www.knittersreview.com/forum/topic.asp?TOPIC_ID=22285 - 86k - Cached - Similar pages

Gooooooogle ▶

Result Page:　　**1** 2 3 4 5 6 7 8　　**Next**

**Free!** Google Desktop Search: Search your email, files, chats & web history.
Download Now.

"wool felt" novelty　　　　[Search]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Google Home - Advertising Programs - Business Solutions - About Google

©2004 Google