# EXHIBIT W3



Web Images Groups News Froogle **more »**

"wool felt" quilt [Search] Advanced Search / Preferences

### Web

Results **1** - **100** of about **6,230** for "**wool felt**" **quilt**. (0.29 seconds)

**Crazy Quilt - Felt - 3 Special Quilt Exhibits- Amish Quilts & ...**
**...** CRAZY 60 x 63 inches - unknown quilter, circa 1940, **wool felt**, pieced and machine embroidered. **...** some ways it seems more like an art school project than a **quilt**. **...**
quilting.about.com/library/houston99/BLMcrazy.htm - 27k -
Cached - Similar pages

   **Local Quilt Shop Reviews - California quilt shops**
   **...** Gracie Justice, San Jose, CA. Fat Quarters **Quilt** Shop (760) 758-8308 728 Escondido Ave. **...** they also have every color of **wool felt** available! ~Mary. **...**
   quilting.about.com/library/reviews/bl_qltshop_ca.htm - 38k -
   Cached - Similar pages
   [ More results from quilting.about.com ]

**Home & Garden Television: Simply Quilts**
**...** Mostek show host Alex Anderson the ins and outs of working with **wool felt** as an applique embellishment for quilts. IN THIS EPISODE: • American Beauty **Quilt**. **...**
www.hgtv.com/hgtv/shows_qlt/ episode/0,1806,HGTV_3876_12977,00.html - 49k - Cached - Similar pages

   **Home & Garden Television: Simply Quilts**
   **...** Cut strips of **wool felt** into desired size and position around freezer paper circle and **...** and cut out the applique shapes and position on the flannel **quilt** in a **...**
   www.hgtv.com/hgtv/shows_qlt/ article/0,1805,HGTV_3876_1751135,00.html - 61k -
   Cached - Similar pages
   [ More results from www.hgtv.com ]

**M&L Designs: Penny Rugs and Wool Felt Kits**
Quilt pattern designer. Original and unique patterns for bed quilts and crocheted quilts using traditional patchwork style and templates. Most of our afghan patterns **...**
mandldesigns.com/pennyrugs.html - 14k - Cached - Similar pages

**National Nonwovens Wool Felt**
One Stitch at a Time - **Quilt** Shop Internet Orders: WWW.ONESTITCHATATIME.COM Phone Orders: 609-397-4545. **Wool Felt** is a rich textured mixture of 20% -30% wool **...**
www.onestitchatatime.com/**quilt**fabricnwa.htm - 66k - Cached - Similar pages

   **One Stitch at a Time Quilt Shop**
   **...** Free **Wool Felt** Project with this the purchase of this book. **...** "One Stitch at a Time **Quilt** Shop" www.onestitchatatime.com 609-397-4545. You are visitor number,
   www.onestitchatatime.com/ - 21k - Cached - Similar pages
   [ More results from www.onestitchatatime.com ]

**Quilt Shop Catalog**
**...** Pieceocake, Possibilities, **Quilt** Business, **Quilt** in a Day, Quilting Projects, Scrap, The Buggy Barn, Thimbleberries, Tote Bag, **Wool Felt** Projects, fabric calculator **...**
www.mamasloghouse**quilt**shop.com/scripts/ **quilt**shop.asp?
category=Books&subcategory=WoolFeltProjects - 29k - Cached - Similar pages

Sponsored Links

**Real Wool Felt**
100% **Wool** & other blends
**Felt** for every purpose
www.thefeltpeople.com

**Wool Quilt**
**Wool Quilt** for Sale. aff
Check out the deals now!
www.ebay.com

**74" Felt**, $6.75/yd
15 colors to choose from at an amazing 74 inches wide!
www.distinctivefabric.com

**Wool Quilt**
Find Cheapest Prices on Clothing and Accessories at NexTag.com
clothing.nextag.com

See your message here...

### Quilt kits and more quilt kits from Mama's Log House quilt shop
... "Old Glory" **Quilt** Kit Folk art Americana **wool**-**felt quilt** kit. ... "Old Glory" **Quilt** Kit Show off your patriotic pride with this **wool**-**felt** flag. ...
www.mamasloghouse**quilt**shop.com/**quilt**kits.htm - 14k - Cached - Similar pages
[ More results from www.mamasloghousequiltshop.com ]

### Welcome to The Quilted Kitty Online Store, Quilting Fabric, Block ...
... Wearable Art. Block of the Month. Idea of the Week. Free **Quilt** Pattern. Quilted Memory. **Quilt** Show. ... Main Menu. **Wool Felt**. Soft woof felt from National Non-Wovens ...
www.**quilt**edkitty.com/deptpages%5CWoolFelt.asp - 54k - Cached - Similar pages

### Welcome to The Quilted Kitty Online Store, Quilting Fabric, Block ...
... Idea of the Week. Free **Quilt** Pattern. Quilted Memory. **Quilt** Show. ... Main Menu. Page 1 2 View All. Wool Patterns. A great collection of patterns using **wool felt**. ...
www.**quilt**edkitty.com/deptpages%5CWoolPatterns.asp - 64k - Cached - Similar pages
[ More results from www.quiltedkitty.com ]

### Butterfly Vintage
... Kitchen Oop Sewing Pattern, Sewing Pattern Lodge Rag **Quilt** Pillows, Sewing ... Embroidery Sewing Machine, Vintage Apron Sewing Pattern, **Wool Felt** Embroidery Sewing ...
www.butterflyvintage.com/newcat/pg62012.
3113.Wool.Felt.Embroidery.Sewing.Kit.Pattern.php - 36k - Cached - Similar pages

### Quilting
... Vintage Aunt Martha **Quilt** Pattern Books, Donna Poster Quilting Foldy Stuff Fans. Quilting Pattern Country Hearth Doll, **Wool Felt** Embroidery Sewing Kit Pattern. ...
www.butterflyvintage.com/newcat/ct40.3111.Quilting.php - 43k - Cached - Similar pages
[ More results from www.butterflyvintage.com ]

### Annie's Attic - Product Detail
... Quick Order. Cat Tales **Quilt** Kit, Go Back. Technique - Quilting Create this adorable feline wall hanging using **wool felt**. **Wool felt** ...
www.anniesattic.com/**quilt**ing/detail.html?prod_id=16379 - 20k - Cached - Similar pages

### Annie's Attic - Quilting
... What's New in Quilting. Cat Tales **Quilt** Kit – $16.99 Create this adorable feline wall hanging using **wool felt**. **Wool felt** eliminates ...
www.anniesattic.com/**quilt**ing/ - 21k - Dec 2, 2004 - Cached - Similar pages

### Wool Felt Applique - Erica's Craft & Sewing Center
... The design was hand-stitched using **wool felt**, though it can easily be adapted to ... Image - Pattern Front, Cornucopia from **Quilt** Country Wool Penny Rug 20" x 21 ...
www.ericas.com/applique/patterns/otherswoolfelt.htm - 24k - Cached - Similar pages

### Wool Felt Applique Books - Erica's Craft & Sewing Center
... Eighteen projects to **quilt**, cross stitch or rug hook. ... Wonderful collection of 12 totes and bags, all featuring wool and **wool felt**. ...
www.ericas.com/applique/books/woolapplique.htm - 23k - Cached - Similar pages
[ More results from www.ericas.com ]

### Crafts, Wool & Industrial Felt & Outdoor Canvas by CPE Felt
... Consumer Product Enterprises – The Felt Company Developing felt fabrics for the Craft and **Quilt** Artisan. CPE's Craft and Wool ...
www.cpe-felt.com/ - 10k - Cached - Similar pages

### Crafts, Wool & Industrial Felt & Outdoor Canvas by CPE Felt

... **Wool Felt**, a luxurious felt fabric, fit for royalty and now available to the quilting and crafting consumers, was introduced at the International **Quilt** Market ...
www.cpe-felt.com/felt_newproducts_imperial.html - 10k - Cached - Similar pages
[ More results from www.cpe-felt.com ]

### Quilter's Review Sampler - October 28, 2002
... use, then be sure to read my review this week of the Viking **Quilt** Designer ... your quilting for the holidays, then I think you'll be intrigued by **wool**-**felt** applique ...
www.**quilt**ersreview.com/newsletter/021028_a.asp - 28k - Cached - Similar pages

### Welcome to Carriage Country Quilts Secure Online Store
... it includes all 9 patterns and fabric to help get you started on this **quilt**. ... Garden of Liberty Wool Kit This kit includes the pattern and **wool felt** for this 10 ...
webstore.**quilt**ropolis.net/stores_app/Browse_ dept_items.asp?Store_id=205&Page_id=17&categ_id=4&... - 59k - Cached - Similar pages

### Welcome to The Quilted Kitty Online Store, Quilting Fabric, Block ...
Browse Departments, Fat Quarter Frenzy. Wearable Art. Block of the Month. Idea of the Week. Free **Quilt** Pattern. Quilted Memory. **Quilt** Show. ...
webstore.**quilt**ropolis.net/stores_app/Browse_ dept_items.asp?Store_id=418&Page_Id=17&categ_id=14&am... - 33k - Cached - Similar pages
[ More results from webstore.quiltropolis.net ]

### Sew Unique Creations **Wool felt** Patterns Colonial Crafts
... EA $7.50. Snowflakes In The Stars. select an option below Pattern $7.50 **Wool Felt** $17.50. Starry Snowangel. select an option below Pattern $7.50. Pattern $7.50. ...
www.colonialcrafts.com/shopcart/woolfelt/sewunique.asp - 41k - Cached - Similar pages

### National Nonwovens -100 Percent **Wool Felt** Colonial Crafts
... **Quilt** Books. **Quilt** Kits. **Quilt** Patterns. Cross Stitch. Embroidery. Folk Patterns. Needle Punch. Redwork. Stitchery. **Wool Felt**. Hooked Rugs. Penny Rugs. Simply Wool ...
www.colonialcrafts.com/shopcart/woolfelt/nn100.asp - 24k - Cached - Similar pages
[ More results from www.colonialcrafts.com ]

### Patterns Page 3- The Cotton Shop
... for all seasons #CS-278 $8.50. 14" x 14" amd 11" x14" easy to stitch **wool felt** pillows. ... Santa" CS275 $6.50 Create this 10" x 18 1/2" appliquéd **quilt** picture for ...
www.cottonshoponline.com/patterns3.html - 62k - Cached - Similar pages

### Patterns Page 6- The Cotton Shop
... K-91 $8.00. This is an awesome pattern full of wool/**wool felt** projects for the home! "Leap" 477TH $7.00 Pattern includes direction to make large **quilt** 23" x 54 ...
www.cottonshoponline.com/patterns6.html - 27k - Cached - Similar pages
[ More results from www.cottonshoponline.com ]

### eBay - penny rug, Primitives, Latch Rug Hooking, and Sewing items ...
... 100% Wool for Rug Hooking/Penny/**Quilt** IVORY, Forstmann 100% Wool for Rug Hooking/Penny/ **Quilt** IVORY, $9.49, -, 1d 06h 58m, Penny Rug **Wool Felt** Fabric Assortment ...
search.ebay.com/penny-rug - 101k - Cached - Similar pages

### eBay - **quilt** basket, Quilting, Textiles Linens, and Fabric items ...
... 10h 57m, Flower Basket Penny Rug **Wool Felt Quilt** Kit, Flower Basket Penny Rug **Wool Felt Quilt** Kit, $9.99, -, 1d 10h 59m, ELECTRIC JAR ...
search.ebay.com/**quilt**-basket - 101k - Dec 1, 2004 - Cached - Similar pages
[ More results from search.ebay.com ]

### Praire Star Quilts Store

... Santa's Helper **Wool Felt** Kit, Code 102815, $ 19.85. Santa and Friend **Wool Felt** Kit, Code 102816, $ 19.85. Crazy **Quilt** Christmas Table Runner Kit, Code 102817, $ ...
commerce.usinternet.com/prairiestore/new.ihtml - 9k - Cached - Similar pages

### 20% off Blossoms in Winter by Pattie Eaton and Pamela Mostek
... Table of Contents: A Little Background, 4, American Beauty Lap **Quilt**, 32. Welcome to the World of **Wool Felt**, 5, Warm Welcome Wreath Wall Hanging, 36. ...
softexpressions.com/software/books/BlossomWinter.php - 61k - Cached - Similar pages

### AllCrafts.net Update - January 2003 - Lots of new free arts and ...
... Bet you've never tried **wool felt** applique. ... EASTER CRAFTS Springtime Lampshade Precious Peeps Baby **Quilt** Feathery Egg Table Arrangements. ...
www.allcrafts.net/news/jan2003.htm - 35k - Cached - Similar pages

### #QuiltChat™ **Quilt** Shop Listings - Georgia **Quilt** Shops
... **Wool felt** and stitchery fabrics also available. ... Plenty of parking! Comments. Moderate prices, 2500 bolts of **quilt** fabric, also carries mill outlet goods. ...
www.kathkwilts.com/shops/georgia.html - 19k - Cached - Similar pages

> #### #QuiltChat™ **Quilt** Shop Listings - Nevada **Quilt** Shops
> ... of fabrics: homespuns, folk art, primitives, home-deco, florals, **wool felt** patterns & books. Features local folk artists. Name: Nancy's **Quilt** Shop Address ...
> www.kathkwilts.com/shops/nevada.html - 11k - Cached - Similar pages
> [ More results from www.kathkwilts.com ]

### The Country Cupboard Christmas patterns
... **Quilt** ornaments can also make great coasters, sachets, etc! ... A pattern for a 10" x 13" stitchery & 2-1/2" penny rug style **wool felt** ornaments! ...
cweb.snip.net/countrycupboard/christmas.htm - 31k - Cached - Similar pages

### Prairie Point Junction - **Wool Felt** from PPJ
Prairie Point Junction - A full-service **quilt** shop specializing in homespun projects with over ... We carry **wool felt** and we have a great selection of classes from ...
www.prairiepointjunction.com/woolfeltfabric.html - 85k - Cached - Similar pages

> #### Prairie Point Junction Class Schedule
> ... this 32" x 32" **quilt** to use as a wallhanging or tabletopper. Pretty in Christmas colors or any color to match your décor. **Wool Felt** Ornaments November 9th ...
> www.prairiepointjunction.com/classes.htm - 26k - Cached - Similar pages
> [ More results from www.prairiepointjunction.com ]

### Reproductionfabrics.com - reproduction fabrics of 1750-1970
... This sugan has just two layers--the yarn dyes and the **wool felt**. ... in the image - click on picture for a view of some of the fat quarters that make up the **quilt**. ...
www.reproductionfabrics.com/lines.php?subcat=196 - 27k - Cached - Similar pages

### Splinters & Threads **Quilt** Shop
... Made of **wool felt** in a variety of colors, this pattern includes all directions & patterns to complete Miss Kitty's Sewing Accessories. $8.00. ... **Quilt** Tale Kit ...
www.splintersandthreads.net/ **quilt**patterns/miscpatterns.html - 29k - Cached - Similar pages

> #### Splinters & Threads **Quilt** Shop
> ... The appliqué shapes are made from a combination of wool or **wool felt** & cotton fabrics, then appliquéd in place with a primitive stitch done in black thread. ...
> www.splintersandthreads.net/ **quilt**patterns/clothingpatterns.html - 17k - Cached - Similar pages

Stitches **Quilt** Shop on Salt Spring Island, BC
... We have the newly released quilting books from Martingale and C&T publishing, quilting notions and patterns, wool and **wool felt**, **quilt** backings and batting. ...
www.stitches**quilt**shop.com/ - 16k - Cached - Similar pages

  Stitches **Quilt** Shop on Salt Spring Island, BC
  ... Sunflowers, falling leaves and harvest colors are featured in this kit designed for Stitches **Quilt** Shop. **Wool felt**, embroidery floss, needle and pattern are ...
  www.stitches**quilt**shop.com/kits.html - 16k - Cached - Similar pages
[ More results from www.stitchesquiltshop.com ]

Books and Patterns for crafts, scrapbooking, quilting at ...
... Stained Glass & Celtic **Quilt** Patterns. Tatting Books. Videos. Wearables Books. Wearables Pattens. Wedding & Ribbon Books. Wire & Metal Books. Wool & **Wool Felt** Books ...
www.createforless.com/dptLandingPages/
departmentLandingPage003_Books_and_Patterns.asp - 65k - Dec 2, 2004 -
Cached - Similar pages

Do It Yourself: Simply Quilts
... Pam Mostek show host Alex Anderson the ins and outs of working with **wool felt** as an applique embellishment for quilts. IN THIS EPISODE. American Beauty **Quilt**. ...
www.diynet.com/diy/shows_qlt/ episode/0,2046,DIY_15080_29343,00.html - 46k -
Cached - Similar pages

Blossoms in Winter by Patti Eaton and Pamela Mostek
... Welcome to the World of **Wool Felt**; **Wool**-**Felt** Basics; The Projects: Winter Rose Tree Skirt; Winter Rose Table Topper; Blowing in the Wind Lap **Quilt**; Golden Pears ...
www.ggcreations.com.au/althea/ books/embellish/blosinwint.html - 8k -
Cached - Similar pages

Fabric.com plaid wool, **wool felt**, wool flannel, worsted wool ...
pad. Apparel & Fashion Fabrics. **Quilt** & Craft. Home Decorating. pad. Notions. Books & Educational. Patterns. pad. Just Arrived. Kristl's Coordinates. Special Gift ...
shop.store.yahoo.com/phoenixtextiles/ fabric-apparel---fashion-fabrics-wool-fabrics.html -
61k - Dec 1, 2004 - Cached - Similar pages

Suzanne's **Quilt** Shop, **Quilt** Fabric and **Quilt** Supplies - Free **Quilt** ...
... Lee is wearing a pink **wool felt** top hat and coat in above photos. Flamingo Run 2004 Gift Basket Winners. Suzanne's **Quilt** Shop – Judi Simmo, Loxahatchee. ...
www.suzannes**quilt**s.com/Flamingo_Run_04.htm - 27k - Cached - Similar pages

Jan's Quilts & Things
... Photo by:Jan Location:Shaver Lake, Ca Date:Christmas 1999 Thimbleberries Wall Hanging With **Wool**-**Felt** Applique. ... Our Blanket **Quilt**. ...
www.netptc.net/ritchie/**quilt**.html - 4k - Cached - Similar pages

links
... Fabric. A Childs Dream - The **wool felt** source - 21 plant dyed colours, 50 ...
Contemporary Cloth. Cut-a-Way Fabric Shop. Denver Fabrics - **Quilt** Fabric and quilting ...
www.naturaldyestudio.homestead.com/links.html - 101k - Cached - Similar pages

EMAIL FABRIC SPECIALS
... of Quilting and Fashion Fabrics including Cotton Prints, Flannels, **Quilt** Panels, and ...
This vendor provides 28 colors to use with all the **wool felt** patterns and ...
www.eeschenck.com/ListStores. asp?s=790706&p=42&type= - 32k -
Cached - Similar pages

#### Welcome to Martingale & Company
**...** Both designers have collaborated on their approach to working with **wool felt** in Blossoms in **...** BEST-LOVED CRAFT & HOBBY BOOKS® AMERICA'S BEST-LOVED **QUILT** BOOKS®. **...**
ssl2.adhost.com/patchwork/ merchant.cfm?step=4&pid=314 - 26k - Cached - Similar pages

#### Supplies Van Dykes Taxidermy
**...** BlendSuper Thick Synthetic Blend This felt feels, pinks and cuts like real heavy **wool felt**. **...** Padding This premium padding is used for rug work and **quilt** making. **...**
www.vandykestaxidermy.com/subcategory/133/contact.php - 33k - Cached - Similar pages

#### Quilt'n' Things
**...** We offer **quilt** classes for everyone including new Kids Kwilt Kamp. **...** You will love our selection of **Wool Felt** and patterns for Penny Rugs and other wool projects **...**
www.quiltnthings.com/about.htm - 11k - Cached - Similar pages

> #### Quilt'n' Things
> **...** **Quilt**'n' Things has high quality non-woven felt, 20-35% wool, in a wide variety of bright **...** Check out the Classes page to sign up for Melinda's **Wool Felt** Class. **...**
> www.quiltnthings.com/cgi-bin/showsale.pl - 21k - Cached - Similar pages
> [ More results from www.quiltnthings.com ]

#### America's Top Craft Site Directory
**...** Check out our **Quilt**-A-Month Club! **...** Carft patterns for quilting, stitchery, decortive wood painting, cloth dolls, penny rugs including wool and **wool felt**, 162, 450 **...**
www.topsitelists.com/bestsites/tinibaybeez/next2.html - 45k - Cached - Similar pages

#### Ben Franklin Crafts & Frames / Quilt Party - Bonney Lake
**...** Felt Kit. For each time you attend **Quilt** Party, you will receive a free pattern for a celtic knot and a mini penny **wool felt** kit. **...**
www.bfranklincrafts.com/QuiltPartyBL.html - 10k - Cached - Similar pages

#### Catalog
**...** **Quilt** Patterns, **Quilt** Patterns Create quilts, wallhangings and wearables with these patterns **...** **Wool Felt**, **Wool Felt** Get creative with this wool/rayon felt. **...**
www.vintagevogue.com/onlinestore/catalog.htm - 33k - Cached - Similar pages

#### Quilt Directory - BlockCentral.com
**...** "Eagle Pattern Depot is for Wholesale and Retail customers with a ""one click"" source for **quilt** patterns, books, **wool felt** kits, class ideas and much more." - **...**
blockcentral.com/dir/browse.php?cat=35 - 45k - Cached - Similar pages

#### Quilt Central TV
**...** O'Brien of JT Trading makes a folk art penny rug with **wool felt**. **...** Expert longarm quilter Kim Diamond develops a **quilt** pattern on the Statler Stitcher for that **...**
www.quiltcentraltv.com/description_500.htm - 49k - Cached - Similar pages

#### Bunny Hill
**...** (Little Stockings). 5" x 3" **wool/felt**. Meredith Harbaugh, of Adorn Designs, is a talented interior designer who also loves to craft and **quilt**. **...**
www.thimblecreek.com/bunny_hill.htm - 45k - Cached - Similar pages

#### Fabric, sewing, and quilting links
**...** Seeds Patterns And Such Clear and concise **quilt** patterns. www.sewingseeds-patterns.com. Sew Unique Creations Primitive & whimsical kits & patterns, **wool felt**. **...**
www.denverfabrics.com/pages/denverstore/ sewing_links/sewing-links-**quilt**ing-r-z.htm - 40k - Cached - Similar pages

### National **Quilt** Register: PIECED ANIMAL SKINS > Exotic Animals
**...** 1940 Pieced animal skin **quilt** made from 25 cat skins, in blocks of five across by five down. No filling. The backing is of heavy maroon **wool felt** which also **...**
amol.org.au/nqr/treeresults. asp?pcat=1&scat=3&tcat= - 12k - Dec 2, 2004 -
Cached - Similar pages

### National **Quilt** Register: PIECED ANIMAL SKINS > Exotic Animals
**...** 1480 x 1180mm. >> see details. 14. [PR590] **Quilt** Style: PIECED **...** The top section is piped with felt. The backing is **wool felt** scalloped around the edge. 1580 ... **...**
amol.org.au/nqr/treeresults.asp?pcat=1& scat=3&startrow=11&tcat= - 12k -
Cached - Similar pages
[ More results from amol.org.au ]

### What's Coming Around The Corner - Quiltview.com - November 2002
**...** I learned this during the week before the **Quilt** Festival. **...** **Wool felt** is BIG - we will also be offering classes using this new trendy product. **...**
**quilt**view.com/newsl_Nov_2002.htm - 44k - Cached - Similar pages

### Cotton-By-Post - Class Schedule
**...** 17. 18. 1-4 or 6-9: Learn to **Quilt** part 3/6. 19. 6-9: **Wool felt** Santa Wall **Quilt**. 20. 11 am: Original Village Quilters. 21. 10-4: Bargello pt.2/2. 22. **...**
www.cotton-by-post.com/class.htm - 33k - Cached - Similar pages

### Inspiration Point - **Quilt** & Sew Retreats 2004
**...** It can also be used as the center medallion in a larger **quilt**. **...** Projects will be created using a variety of fabrics and **wool felt**. **...**
www.ipoint.org/pe/**quilt**sew.htm - 29k - Cached - Similar pages

### **Quilt** Shops
**...** Once Upon a **Quilt** Add this shop to my ShopStash 3404 Griffin Road Location: Ft. **...** Lots of **wool felt** offered, including a sample pack. **...**
www.**quilt**index.com/SearchResults.asp?FirstLetter=O - 18k - Cached - Similar pages

### Where can I find felted wool?
Where can I find felted wool? Return to Questions and Answers. Q. I'm looking for wool fabric to use in **wool felt** applique projects. **...**
www.**quilt**index.com/ATQF/q_and_a_single.asp?QAID=99 - 8k - Cached - Similar pages

### JK-Bears-Teddy-Bear-Gallery
**...** Brown **wool felt** collar with black trim. Stuffed with polyfil and plastic pellets. **...** Piece of old **quilt** used to make jacket. Green nose. **...**
teddy-bear-artists.com/JK-Gallery.htm - 37k - Cached - Similar pages

### Quilters Affair Classes - Friday
**...** This is a fun and exciting way to make **quilt** squares with spontaneity! **...** (No sewing machine is required if you are using **wool felt**.). **...**
www.stitchinpost.com/7.9.04classes.html - 17k - Cached - Similar pages

### Quilters Affair Classes - Tuesday
**...** Learn the secret of color flow in this striking **quilt** designed by Margrit **...** **Wool felt** or felted wool is stitched with the primitive buttonhole stitch to make a **...**
www.stitchinpost.com/7.6.04classes.html - 18k - Cached - Similar pages
[ More results from www.stitchinpost.com ]

### from the heart
**...** Kit) $24.00 Scrim Ruler $28.00 Scrim Threadwinder $38.00 30 Count Off White Northern Cross Linen White Thermore **Quilt** Batting and **wool felt** Woodrow Studio Ltd. **...**

www.elegantstitch.com/fromtheheart.htm - 19k - Cached - Similar pages

### Log Cabin Dry Goods
... Thumbnail Image mtn-quilt_patterns.jpg, **Quilt** patterns, Thumbnail Image mtn-dk_florals ... Image mtn-basics.jpg, Basics, Thumbnail Image mtn-wool_felt.jpg, **Wool Felt** ...
www.logcabindrygoods.com/cgi-bin/Store/store.cgi - 21k - Cached - Similar pages

### Clearance Books
... framed stitchery, Prayer for a Nation table runner, America **quilt**, Stars & ... combine outdoor designs and decorative embroidery with flannel and **wool felt** fabrics ...
www.homesew.com/clearancebooks.html - 20k - Cached - Similar pages

### National Nonwovens - Press Releases
... the popular poodle skirts of the 1950's. In 1980's, **wool felt** once again ... National fabric stores, **quilt** shops and catalogs, along with sewing and quilting ...
www.nationalnonwovens.com/pr.htm - 35k - Cached - Similar pages

### Schedule of Classes at Village Fabrics & Crafts
... Fri. Aug. 13, 2pm - 5pm. **Wool felt** was everywhere at **Quilt** Market. It looks great and is so easy to work with because the edges don't fray. ...
users.lighthouse.net/villagefab/classes.html - 18k - Cached - Similar pages

### ECM Events Calendar
... Towpath **Quilt** Guild members Dolly Monteleone, Jo Coon & Liz Anderson will teach ... in this hands-on needlework workshop will create a **wool felt** buttonhole stitch ...
www.eriecanalmuseum.org/ calendar.asp?show=archived&id=28 - 7k - Cached - Similar pages

### WGBH Programs
... **Quilt** Central Folk Art Gallery Quilts depicting classic wildlife images; easy appliqué ... colors and cleaning quilts; and folk art design with **wool felt** tops the ...
www.wgbh.org/schedules/program-info/ cgirw/program_id/1749377/episode_id/1750768 - 43k - Cached - Similar pages

### Quilting
... 2000 bolts cotton fabric and flannel from Thimbleberries, Moda, National Nonwovens **wool felt**, primitive stitchery, kits, supplies ... **Quilt** and Fabric Shop... ...
www.thecountrygallery.net/links/**quilt**ing.html - 63k - Cached - Similar pages

### Books
... Call us for prices on **Wool Felt**. ... QUILTS FROM THE CIVIL WAR is a 125 page book by Barbara Brackman containing 9 **Quilt** projects from the civil war era with ...
www.patternsnmore.com/Books.htm - 14k - Cached - Similar pages

### Heartworks Quilts Store
Birdhouse Wall **Quilt** Kit 26"x15" A combination of heavy weight homespun and **wool felt**, hand stitched with pearle cotton, this birdhouse is a good summer project ...
www.heartworks**quilt**s.com/store. aspx?action=Products&Category=19 - 18k - Cached - Similar pages

### Woolly Sheep - Critter Pattern Works
... This is a detail of one of the sheep...I made him with washed (in the washing machine) **wool felt** for added texture. This **quilt** was made by LuAnn Kessi in ...
www.critterpat.com/catalog/9803.html - 42k - Cached - Similar pages

### Sewing Newsletter in News, Views & Events Main
... 507 Quilts depicting classic wildlife images; easy elegant appliqué; secrets to color

setting and **quilt** cleaning; and folk art design with **wool felt** tops the **...**
www.wusf.usf.edu/wusf-tv/ NewsViewsEvents/Sewing_NewsLtrNov.html - 28k -
Cached - Similar pages

[PDF] SMO . 30 - CQQCV
File Format: PDF/Adobe Acrobat - View as HTML
**...** Some ideas might be; a **wool felt** pattern, **wool felt**, **quilt** motif note cards, **Quilt** County pin, coffee or tea mug, and of course fabric. **...**
www.peak.org/~mrqg/Files/SepOct2003.pdf - Similar pages

Antiques : Textiles in Contentment Farm Antique Textiles & Vintage **...**
**...** Nothing that detracts from the beauty of this **quilt**. Homespun muslin backing. **...** Victorian **Wool Felt** Lady's Slippers Circa 1890's $215. **...**
www.rubylane.com/shops/contentmentfarmantiques/ ilist/,cs=Antiques:Textiles,id=1.5.html - 45k - Cached - Similar pages

Among Country Friends patterns for country and primitive crafts
**...** 54" x 66". Raggedy **Quilt** no. 1053. **...** Raggedy Ann and snowmen pattern, pillows & table runner. Made with **wool felt** and embroidery floss ~ very easy projects. **...**
www.amongcountryfriends.com/new.htm - 25k - Cached - Similar pages

Crazy **quilt** - Image Database
**...** LCSH]. Description, **Quilt**, 69 x 70 inches, containing patches of cotton, **wool**, **felt**, and upholstery remnants. Interpretation, This **...**
images.library.uiuc.edu/projects/ DCHC/meta/intermediate_view.asp?ID=2030430726 - 6k - Cached - Similar pages

Fabrics.net Past Newsletters
**...** is simple at Quiltshops.com where you can search 92 **quilt** shops at **...** fabrics and more at http://www.fabricgallery.com/ _____ **Wool Felt**, as well **...**
www.fabrics.net/newslist/news.asp?NewsID=18 - 17k - Cached - Similar pages

Bluebonnet Village Craft Network Home Page
**...** felt in a wide variety of colors, styles, and fiber blends (**wool felt**, synthetic felt **...** a complete line of Batting, Stuffing, Pillow Forms and **quilt** patterns for **...**
www.bluebonnetvillage.com/h.htm - 12k - Cached - Similar pages

Cloth Dolls Supplies for Dollmakers - Sisters & Daughters, Inc.
**...** Mini Craft Iron (New), Water Soluble Pencils(New), Cool Fingers (New), **Quilt** Pounce (New **...** Super Satin Antron Peach and Sparkle Sheen-Flesh Tone **Wool Felt**... **...**
www.sistersanddaughters.com/home.html - 38k - Cached - Similar pages

Old Church Gallery Quilters Guild --- Favorite Links
**...** www.fabshophop.com, Visit hundreds of **quilt** shops on the web and win prizes. www.prairiepointjunction.com, This online store carries **wool felt** and cute **wool ...**
www.floyd**quilt**s.freeservers.com/links.htm - 16k - Cached - Similar pages

Compare Prices and Read Reviews on Crafts & Hobbies Applique Books **...**
**...** in **Wool-Felt** Applique Blossoms in Winter: 14 Designs in **Wool-Felt** Applique Eaton **...** Basic Applique: 1930S **Quilt** Patterns Created With Traditional and Contemporary **...**
www.epinions.com/ Books-Crafts_and_Hobbies-subcategory-Applique/sec_~product_list/pp_~1/pa_~1 - 93k - Cached - Similar pages

New rustic, primitive, folky stitcheries, needlepunch, patterns **...**
**...** Here you'll find our latest and greatest designs in **wool felt** penny projects, stitchery, needlepunch, **quilt** wall hangings, pins, home decor, and more! **...**
www.cranberryjunction.com/2003/new.htm - 16k - Cached - Similar pages

**PRIMITIVE STITCHERIES by Cranberry Junction (208)356-6812 cranjd ...**
... One for each occasion. **Quilt** strip patches for wings. ... Kit includes **wool felt** fabric, needle punch base fabric, and bag handle. $7.50 + $1.00 s/h = $8.50. ...
www.cranberryjunction.com/primst.htm - 28k - Cached - Similar pages
[ More results from www.cranberryjunction.com ]

**Handcrafted Country Dolls**
... 11" Raggedy Ole Pumpkin is handcrafted from tea stained **wool felt** fabric. It is attached to a rusty spring and is accented with an old **quilt** nose, button eyes ...
www.hugsandstitches.com/dolls.htm - 24k - Dec 2, 2004 - Cached - Similar pages

**Oxmoor House Books: Your crafting, cooking, gardening and ...**
... Big Scaredy-Cat" and "Small Scaredy-Cat" is from Gooseberry Patch **Quilt** Collection. ... Torn fabric strip, ribbon, or seam tape for neck tie Black **wool felt**--scrap ...
www.oxmoorhouse.com/companion/ home/default.asp?flag=scardeycat - 42k -
Cached - Similar pages

**QuiltSmiths.com - Check our selection of the latest quilting books ...**
... Introduces fresh ways to stitch and set classic **quilt** blocks. ... Blossoms in Winter 14 Designs in **Wool-Felt** Applique, Patti Eaton and Pamela Mostek, $19.95. ...
www.**quilt**smiths.com/books.htm - 17k - Cached - Similar pages

**NCDA&CS General Store**
... Lamb, Lambskin Pelts, Pet food and treats, Yarns, Wool **Quilt** Batts, Wool ... 0653 Web Site: www.avillionfarm.com yarn, spinning fibers, **wool felt** accessories, **wool** ...
www.ncagr.com/NCproducts/directory. asp?CatNum=1010&SubCatNum=5 - 53k -
Cached - Similar pages

**Holiday Pillows**
... 616314g $29.99 IN STOCK. RED RETRO SANTA STOCKING 16" **Wool Felt** #616314r $29.99 IN ... STOCKING 18" Velvet, Ribbons & Beaded #39656 $69.99. GOLDEN **QUILT** STOCKING 18 ...
www.christmastraditions.com/ ThemesMo/HolPilows/HolPilow.htm - 101k -
Cached - Similar pages

**Jackie Teddy Bear - Singapore's First Teddy Bear Shop for Award ...**
... brown sparse mohair Black glass eyes Black embroidered nose Grey **wool felt** paw pads ... a handmade country flowers dress & pants Carry a personal handmade **quilt**. ...
www.jackieteddybear.com/charity.html - 24k - Cached - Similar pages

**Search Results**
... 16 Designs in **Wool Felt** Appliq Compare. Blossoms in Winter: 16 Designs in **Wool Felt** Appliq. ... A "Days of the Week" **quilt**, "Laundry Day" wall hanging, and a set of ...
shopping.msn.com/fts/ftsresults.aspx?pcid=12394 - 40k - Cached - Similar pages



Result Page:    **1**    2    3    4    5    6    7    8    9    10        **Next**

![Google]
Free! Google Desktop Search: Search your email, files, chats & web history.
Download Now.

"wool felt" quilt        [Search]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Google Home - Advertising Programs - Business Solutions - About Google

©2004 Google