# EXHIBIT W4



| Web | Images | Groups | News | Froogle | more » |

"wool felt" apparel          [Search]   Advanced Search / Preferences

**Web**                                   Results **1** - **100** of about **32,300** for "**wool felt**" **apparel**. (0.44 seconds)

**L.L.Bean Hunting Apparel**                                                    Sponsored Links
www.llbean.com    Field-tested **apparel** and gear, trusted by hunters since 1912.

**Real Wool Felt**
www.thefeltpeople.com    100% **Wool** & other blends **Felt** for every purpose

                                                                                Sponsored Links

**Wool Felt Cowboy Hats at Sheplers Western Wear**
... Children's Cowboy Boots Sizes 8.5-3. Youth Cowboy Boots Sizes    **Wool** Shirt
3.5-7. Hats, Chaps, Toys & **Apparel**. Straw Cowboy Hats. **Wool Felt**    Large selection of **wool** shirts
Cowboy Hats. Fur Felt Cowboy Hats ...                                Superior quality, 100% guarantee!
www.sheplers.com/cat.cfm?TID=074525 - 38k - Cached - Similar pages    www.orvis.com

  **Red rose wool felt hat**                                       **Nordic Natural Woollens**
  Red rose **wool felt** hat at Sheplers - Western Wear for Work and   Merino **wool** and silk long underwear
  Play. Western Jeans, Western Hats, Western Boots and Western       Quality **wool** clothing from Finland.
  **Apparel** for the whole family. ...                              www.nordicwoollens.com
  www.sheplers.com/item.cfm?TID=070125&DI=096203&
  Start=1&Sort=ItemRank&page=category&gr... - 50k -                 **Wool Clothing**
  Cached - Similar pages                                             Womens and Mens **Wool** Clothing
  [ More results from www.sheplers.com ]                             at Great prices. Perfect gifts.
                                                                               www.ecowool.com
**Wool - Wikipedia, the free encyclopedia**
... Insulation also works the both ways; bedouins and tuaregs use wool        **Wool Felt**
clothes to keep ... **Wool felt** covers piano hammers and it is used to      Yahoo! Shopping: Compare & Save.
absorb odors and noise in ...                                                 Top brands, great stores, low price
en.wikipedia.org/wiki/Wool - 16k - Cached - Similar pages                     Yahoo.com

**Dorfman Pacific Hats: Dorfman Pacific Ladies' Crushable**                   **Wool felt**
**Wool Felt ...**                                                             600+ Popular Stores - One Website &
... Dorfman Pacific Ladies' Crushable **Wool Felt** Fedora Hat. Product #:   One Simple Checkout - Shop Now!
LA142. Enlarge photo ... Claire Murray - NEW! Holiday Jackets by              SHOP.COM
Country Lace - NEW! ...
www.countryewe.com/moreinfo. cfm?Product_ID=1409&Category=90 -                **Wool Felt for Sale**
23k - Cached - Similar pages                                                  Great selection of **Wool** and clothes
                                                                               The world's marketplace. affiliate
  **Dorfman Pacific Hats: Dorfman Pacific Ladies'**                 www.ebay.com
  **Western Wool Felt ...**
  ... Dorfman Pacific Ladies' Western **Wool Felt** Hat w/Silver    **"Sundance" Wool Felt Hat**
  Conchos. Product #: L941. Enlarge photo ... Claire Murray -       Outerwear - Headwear-Gloves
  NEW! Holiday Jackets by Country Lace - NEW! ...                   Men's at JCPenney
  www.countryewe.com/moreinfo. cfm?                                 www.jcpenney.com
  Product_ID=1412&Category=90 - 23k - Cached - Similar pages
  [ More results from www.countryewe.com ]                          **74" Felt, $6.75/yd**
                                                                               15 colors to choose from at an
**Cowboy Hats, Western Hats, Western Wear, and Australian**                   amazing 74 inches wide!
**Hats ...**                                                                   www.distinctivefabric.com
... **Wool Felt**. Soft Felt/ Crushable. ... **Wool Felt** Leather Twist Band,
**Wool Felt** Leather Twist Band, Shady Brady, $84.95, Buy 1 '**Wool Felt**          See your message here...
Leather Twist Band' now. ...
www.hatcountry.com/catalog/default.php/cPath/22_66 - 49k -

Cached - Similar pages

Cowboy Hats, Western Hats, Western Wear, and Australian Hats ...
... Weathered Fur. **Wool Felt**. Soft Felt/Crushable. ... Bandit - **Wool Felt** Cowboy Hat, Bandit - **Wool Felt** Cowboy Hat, Bailey, $41.98, Buy 1 'Bandit - **Wool Felt** Cowboy Hat ...
www.hatcountry.com/catalog/default.php/cPath/21_37 - 70k - Cached - Similar pages
[ More results from www.hatcountry.com ]

Wool, Hat Men's Accessories - Find, Compare and Buy at BizRate
... Minnetonka® Weekender **Wool Felt** Hat Minnetonka® Weekender **Wool Felt** Hat. $34.95 JCPenney ... Men's **Apparel** & Fashion Online stores of men's fashions, styles & ...
www.bizrate.com/buy/ products__att259688--267483-,att304392--304306-,cat_id--10120000.html - 100k - Cached - Similar pages

Wool Women's Hats - Find, Compare and Buy at BizRate
... Selection to fill your closet. amazon.com Overall Rating: Overall Rating: 8.9. Az-Tex Hats High quality fur felt, custom, **wool felt**, and straw western hats. ...
www.bizrate.com/buy/products_ _att259688--267483-,cat_id--10130300.html - 99k - Cached - Similar pages
[ More results from www.bizrate.com ]

Shepherd's Pro Sports **Apparel** - Cooperstown Collection "Golden Age ...
... Featured Jackets, Price. ... Pennants Classic **wool felt** pennants 30" x 12" Combing old original designs with **wool felt**, these pennants are dusted with rayon fibers ...
www.ballshirts.com/coopgoldMN.asp - 22k - Cached - Similar pages

Pendleton Woolen Mills, men's and women's clothing and **apparel** ...
... In this column we will cover some of the basics of hat care. Pendleton's wool hats largely fall into two categories; wool fabric hats and **wool felt** hats. ...
www.pendleton-usa.com/ index.cfm?action=about&do=consumer&sub=woolhat - 13k - Cached - Similar pages

Stetson Dundee **Wool Felt** Cowboy Hat (For Men)
... Men's Work / Ranch Wear » **Apparel** & Accessories » Men's Clothing » Work / Ranch Wear. ... Stetson Dundee **Wool Felt** Cowboy Hat (For Men) Store: Sierra Trading ...
www.activeplaza.com/buy_work_ranch_wear/ show4297-103-176310.html - 27k - Cached - Similar pages
[ More results from www.activeplaza.com ]

Stetson Dundee **Wool Felt** Cowboy Hat (For Men)
... Men's Work Gloves & Hats » **Apparel** & Accessories » Men's Clothing » Work / Ranch Wear » Work Gloves & Hats. ... Stetson Dundee **Wool Felt** Cowboy Hat (For Men ...
www.activeplaza.com/buy_work_ gloves_hats/show4332-103-176310.html - 27k - Cached - Similar pages

Clothing - Find, Compare, and Buy at Shopping.com
... Western Hats WBSW. Crushable **wool felt**. 3 1/4" brim. Made in the USA. ... Western Hats WBBP. Crushable **wool felt**. 3 1/4" brim. Made in the USA. ...
www.shopping.com/ xDN-Clothing--accessories---aaron_hats-ap_material_wool~V-rows - 60k - Cached - Similar pages

Clothing - Find, Compare, and Buy at Shopping.com
... Western Hats WFS1. A nice soft crushable **wool felt** that's also water repellent. Has a chin cord. ... Western Hats WBSW. Crushable **wool felt**. 3 1/4" brim. ...
www.shopping.com/ xDN-Clothing--accessories---aaron_hats~V-rows~PG-6 - 61k - Cached - Similar pages
[ More results from www.shopping.com ]

Collaborations
... beads. Right, handmade **wool felt** bag (front and back), with Canadian red squirrel skull
and handspun four-strand braided fringes. ...
www.gis.net/~shepdog/Woolgather_Farm/Bag.html - 11k - Cached - Similar pages

**wool felt** results by www.madhatt.info
Wool Felts on eBay Find **wool felt** items at low prices. ... www.nextag.com; **Wool Felt** Items
- Cheaper Prices Before you buy, compare prices at Calibex. ...
www.madhatt.info/result.php?Keywords=wool+felt&
host=www.madhatt.info&relay=1&original=felt - 21k - Cached - Similar pages

    hat felt results by www.madhatt.info
    ... over 5 million items for sale every day, you'll find the **apparel** you're ... www.calibex.com;
    **Wool Felt** Hats from Germany **Wool felt** hats for men, women and children. ...
    www.madhatt.info/result.php?Keywords=hat+felt&
    host=www.madhatt.info&relay=1&original=top+hat - 30k - Cached - Similar pages
    [ More results from www.madhatt.info ]

Boys Hats at SpoiledRottenKids.Com
™. blablabla. Just For Kids. SpoiledRottenKids.Com®. Fine Quality Shopping and Fun For
All Ages 1 to 125. Boys Hats. God Bless. America! GapKids gifts. ™. ...
www.spoiledrottenkids.com/Boys_Hats.asp - 87k - Cached - Similar pages

    Mens Hats
    Hats for Men at SpoiledRottenKids.Com brings you a full line of quality Men's Hats and gifts
    plus great shopping malls for babies, kids, teens, adults and senior ...
    www.spoiledrottenkids.com/Mens_Hats.asp - 101k - Cached - Similar pages
    [ More results from www.spoiledrottenkids.com ]

eBay Store - JJ FLASH: HATS: GODFATHER HAT **WOOL FELT** BLACK szLARGE ...
... JJ FLASH is an urban boutique for Men & Women specializing in the latest trendy clothes
& footwear. You'll find everything you need ...
stores.ebay.com/ J-J-
FLASH_HATS_W0QQcolZ4QQdirZ1QQsclZallQQsotimedisplayZ2QQtZkm - 40k -
Cached - Similar pages

    eBay Store - SURFDOLLY: Dolls Doll Clothes, Patterns Adult -Rare ...
    ... $15.00 Time Left: 4h 03m. SUPER WHITE **WOOL FELT** WIDE FLOPPY BRIM HAT-
    OOH LA LA, SUPER WHITE **WOOL FELT** WIDE FLOPPY BRIM HAT-OOH LA LA $12.00
    Time Left: 4h 39m. ...
    stores.ebay.com/
    SURFDOLLY_W0QQcolZ4QQdirZ1QQdptZ0QQsclZauctionQQsotimedisplayZ2QQtZkm -
    62k - Cached - Similar pages
    [ More results from stores.ebay.com ]

Indiana Jones **wool felt** fedora (-) - PriceGrabber.com - Comparison ...
Indiana Jones **wool felt** fedora, |, |, |, Site Map. **Apparel**; Autos; Babies & Kids; Books;
Computers; Electronics; Flowers & Gourmet; Health & Beauty; ...
www.pricegrabber.com/search_ getprod.php/masterid=2683166 - 38k -
Cached - Similar pages

Feltmaking - historical felt through the ages
... at Antinoe in Upper Egypt revealed clothing items of **wool felt** in graves ... early as 2300
BC China's warriors equipped themselves with shields, clothes, and hats ...
www.straw.com/tan/felt.html - 10k - Cached - Similar pages

**Apparel** : LaCrosse **Wool Felt** Insoles

**Apparel** : LaCrosse **Wool Felt** Insoles. In association with Amazon.com All Products. **...**
www.trushkin.net/B0002EES9S/ LaCrosse_Wool_Felt_Insoles.html - 9k -
Cached - Similar pages

### Black Derby Hat **Wool Felt**
Black Derby Hat **Wool Felt**. **...** BLACK DERBY HAT **WOOL FELT** SIZE 7 medium. (21 **...**
recitals, BLACK DERBY HAT **WOOL FELT** SIZE 6 7/8 small. MORE. **...**
www.80schildren.com/disp/PDB/ black,derby,hat,wool,felt,itm2152,2998.asp - 14k -
Cached - Similar pages

### White Felt Wool Porkpie Hat
**...** This feather. of approximately E-bay store Hat size auction is 6 7/8 is made new white
**wool felt** head measurement It is for one I will inches. **...** New **wool felt**. **...**
www.80schildren.com/disp/PDB/ white,felt,wool,porkpie,hat,itm2019,52369.asp - 16k -
Cached - Similar pages
[ More results from www.80schildren.com ]

### Auroran koulu || Koulun pito | Sheep-**Wool**-**Felt** |
SHEEP-**WOOL**-**FELT** As well in needlework (home economics) we took part in the
agricultural project within the EU Comenius-cooperation. **...**
www.kolumbus.fi/auroran.koulu/suomi/ koulun_pito/comenius/sheep-wool/leena.html - 12k -
Cached - Similar pages

### Home & Garden Television: Other
**...** She felts the wool by washing it in hot water wash with an extra rinse cycle, then drying it
in a clothes dryer for 45 minutes leaving it **...** The **wool felt** is very **...**
www.hgtv.com/hgtv/cr_needlework_other/ article/0,1789,HGTV_3265_1389417,00.html -
37k - Cached - Similar pages

### I'm confused as to the difference between felted wool and **wool** ...
**...** I'm confused as to the difference between felted wool and **wool felt**-and what about
boiled wool? **...** Boiled wool has a softer drape than felted wool or **wool felt**. **...**
www.sewnews.com/library/sewnews/qa/aaqa0303c.htm - 18k - Cached - Similar pages

### Amazon.com : **Apparel** / Departments
**...** Wool Greek Fisherman's Cap $18.95, Jaxon Cossack hat, Black $19.95, Jaxon Blues
$32.00. Wool Fashion Beret, Jaxon Crushable C-Crown Fedora, Jaxon **Wool Felt** Bowler **...**

www.amazon.com/gp/search.html?_encoding=UTF8& node=1036682&brand=Village%
20Hat%20Shop - 38k - Cached - Similar pages

### Amazon.com: **Apparel**: Wool Fez
**...** This is a quality all-**wool felt** fez, and is the same one sold throughout **...** Amazon.com
Sales Rank in **Apparel**: #68,386 (Publishers and authors: improve your sales). **...**
www.amazon.com/exec/obidos/ tg/detail/-/B0002OG06M/thecostumersmani - 35k -
Cached - Similar pages
[ More results from www.amazon.com ]

### Felted Wool or **Wool Felt**?
**...** in athletic jackets and the like and is not typically found in craft applications, although
more felt manufacturers are introducing 100% **wool felt** in response **...**
www.moondancecolor.com/felted-felt.htm - 6k - Cached - Similar pages

### Ballyhoo Vintage Clothing, Vintage Hats
**...** Vintage Clothing Vintage Hats. 60s **Wool felt** beret by the wonderful Mr. John. **...** 40s
**Wool Felt** hat with chin strap and one very big, huge Mink pom pom. Never worn. **...**
www.ballyhoovintage.com/hats1.html - 25k - Cached - Similar pages

### Ballyhoo Vintage Clothing, Vintage Hats
**...** $29.00. Vintage Clothing Vintage Hats. 1860s **Wool felt** beret by the wonderful Mr. John. **...** 1940s **Wool Felt** hat with chin strap and one very big, huge Mink pom pom. **...**
www.ballyhoovintage.com/vintage_hats_1.html - 24k - Cached - Similar pages

### Women's Clothing: Compare Prices at mySimon
**...** Coats & Jackets. Dresses. **...** Pants & Belt Jacket, Ellen Tracy Double-Faced Wool Jacket, Cashmere Turtleneck, Pants & Belt Jacket Double-faced **wool felt** fitted jacket **...**
www.mysimon.com/4013-4105_8-0-8.html?tag=mrchsrch&companyId=305972&sesnid=91888be&cqdid=14 - 101k - Cached - Similar pages

### Chinese Export Commodities Fair
**...** Winter Cap, Winter Cap. Guangzhou Yongfa Cap Co.,Ltd. **wool felt** hatas, **...** LIHUA HAT MANUFACTORY DINGXING COUNTY HEBEI. **wool felt** hat bodies, **...**
ebusiness.cantonfair.org.cn/en/ products/ProductList.asp?CommCateID=233002002 - 63k - Cached - Similar pages

### Felt Wee Folk: Enchanting Projects
**...** Craftrends - January 1,2003 ...create bendable fairies and dolls using **wool felt**~ chenille stems **...** and then adds acorn hats~ silk flower petals as clothes and all **...**
www.ctpub.com/productdetails.cfm?PC=166 - 27k - Cached - Similar pages

### TheFireStore.com -
**...** Ranger 16" Shoe-Fit Rubber Boot, Insulated, NFPA • Built-in urethane/silicone insulation • **Wool felt** midsole • Instep visibility band â **...**
www5.thefirestore.com/store/ manufacturer.cfm?ManufacturerID=96 - 101k - Cached - Similar pages

### TheFireStore.com -
**...** Hip Boots, Rubber Pull Ups, 32" Insulated • Neoprene roll-over band • Built-in urethane/silicone insulation • Heavy duty **wool felt** lining â **...**
www5.thefirestore.com/store/manufacturer. cfm?ManufacturerID=96&StartRow=9 - 101k - Cached - Similar pages
[ More results from www5.thefirestore.com ]

### St. Ives Historical Society - Essays: Mother Watkins' Textile ...
**...** **Wool felt** can be shaped into socks and hats; it was used as padding inside bound **...** Camlet: a light material popular for clothes made from the wool of the angora **...**
www.saintives.com/essays/textile_primer.htm - 24k - Cached - Similar pages

### Liora Manne - Wool-felt interiors and accessories - Shop Talk
**...** The interiors-obsessed may remember Liora Manné for her **wool-felt** rugs—they were wildly popular in the nineties—made by hand using an incredibly tedious **...**
newyorkmetro.com/nymetro/ shopping/columns/shoptalk/n_9407/ - 36k - Cached - Similar pages

### OTEXA Correlation Category 459
**...** JACKETS OF WOOL, NOT KNIT 6202.91.1000 W/G PADDED SLEEVELESS JACKETS OF WOOL **...** OR CROCHT 6405.20.6030 OTH FTWEAR W UPRS TEX MAT W SLS&UPRS **WOOL FELT** MEN 6405.20 **...**
otexa.ita.doc.gov/correlat/cor459.htm - 7k - Cached - Similar pages

### Wool Felt and more for Cloth Dolls - Sisters & Daughters, Inc.
* **Wool Felt** *. New **Wool Felt** Our new selection of wool felts has just arrived and you will love the weight and feel of these beautiful wool blend felts. **...**
www.sistersanddaughters.com/felt.html - 13k - Cached - Similar pages

Indiana Jones **wool felt** fedora (-) - Bottomdollar.com - Shopping ...
... Jones **wool felt** fedora. Price Info: $39.99 from 1 Seller. Product Reviews: Not Rated. Description: Made in the USA - Easy sizing: S, M, L, XL -.... Read More. ...
www1.bottomdollar.com/ p___Indiana_Jones_wool_felt_fedora,__2683166 - 31k -
Cached - Similar pages

> Hats - Bottomdollar.com - Shopping Comparison
> ... Fedora Hat 34.95 Sold by Vermont Country Store Bula Spidey Beanie Bula Spidey Beanie 19.00 Sold by SnowShack.com Minnetonka Weekender **wool felt** hat Minnetonka ...
> www1.bottomdollar.com/search_attrib.php/ page_id=931/sortby=popular-/start=72 - 75k -
> Cached - Similar pages
> [ More results from www1.bottomdollar.com ]

Hats - Catalogs.com Presents Hartford York Hats & Accessories
... leather hats, ivy hats, newsboys, porkpies, fur felt, wool, and **wool felt**. ... Catalog Outdoor Gear Women's Clothing Fashion Accessories Discount **apparel** Big and ...
www.catalogs.com/search_3.asp?id=598 - 32k - Cached - Similar pages

> Hats - Catalogs.com Presents Hartford York Hats & Accessories
> ... hats, leather hats, ivy hats, newsboys, porkpies, fur felt, wool, and **wool felt**. ... Discount **apparel** Bathingsuits american girl mens hats Military Surplus Women's ...
> www.catalogs.com/search_3.asp?id=598&depID=1 - 32k - Cached - Similar pages

Dyed in the **Wool**: **Felt** & Wearable Art by Horst
Dyed in the **Wool**: **Felt** & Wearable Art by Horst. Alumni Gallery May 27, 2004, to May 15, 2005. Anne Bissonnette Curator. Through the ...
dept.kent.edu/museum/exhibit/horst/main.htm - 19k - Cached - Similar pages

> Dyed in the **Wool**: **Felt** & Wearable Art by Horst
> Exhibition. Dyed in the **Wool**: **Felt** & Wearable Art by Horst Alumni Gallery, May 27, 2004, to May 15, 2005 Anne Bissonnette, Curator. China Water, Horst, 2002. ...
> dept.kent.edu/museum/exhibit/horst/pieces.htm - 21k - Cached - Similar pages
> [ More results from dept.kent.edu ]

Home Page Header;**apparel**,fashion,clothing,search,**apparel** search ...
... Organic cotton 20/s Yarn Kings **Apparel** Industries (Pvt.) Ltd. ... Offer pashm, **wool felt**, industry felt, folk-used felt Nangong **Wool Felt** General Factory Nangong ...
**apparel**search.efu.com.cn/new.asp?fid=31& type_coding=1401&fenlei_name=Natural_Fibre - 38k - Cached - Similar pages

Wool Fabrics - Products - Wool Fabrics, Worsted Fabric, Suppliers ...
... Select, Industrial **Wool Felt**. Industrial **Wool Felt** [Place of Origin:China] Industrial **Wool Felt**, 1.Item: Polishing Felt, Damping Felt, Lini ...
www.alibaba.com/catalogue/410c3p0h/Wool_Fabrics.html - 61k - Cached - Similar pages

Romantic Gifts:: Men & Women: Lingerie, Robes, Boxers, Fun, & Sexy ...
... Please click on a category to view products. Home » Men & Women: Lingerie, Robes, Boxers, Fun, & Sexy Clothes » Renegade » All Products. ... **Wool Felt** Hats, ...
romanticgifts.com/categories.php?cat=25 - 65k - Cached - Similar pages

Compare Prices and Read Reviews on Dorfman Pacific Outback **Wool** ...
... Additional information on Dorfman Pacific Outback **Wool Felt** Hat or other products. ... LL.Bean Hunting **Apparel** Field-tested **apparel** and gear, trusted by hunters ...
www.epinions.com/ pr-Outdoor_Apparel-Dorfman_Pacific_Outback_Wool_Felt_Hat - 27k -
Cached - Similar pages

Compare Prices and Read Reviews on Minnetonka "Weekender" **Wool** ...
... www.jildor.com. Real **Wool Felt** 100% Wool & other blends Felt for every purpose www.thefeltpeople.com. ... Selection to fill your closet. Amazon.com/**apparel**. ... www.epinions.com/Apparel_Accessories-Minnetonka_ Minnetonka_Weekender_Wool_Felt_Hat_534-9003FD - 46k - Cached - Similar pages
[ More results from www.epinions.com ]

1950s Ladies Blue **Wool Felt** Hat -----------R2 For Sale
... Vintage 1950s Ladies **Wool Felt** Hat. Union Made. $6.95. Here is a vintage 1950s ladies hat, blue, made of **wool felt**. It has the union label. ...
www.ioffer.com/i/ 1950s-Ladies-Blue-Wool-Felt-Hat-R2-2336251 - 32k - Cached - Similar pages

Cabela's Felt Outback Hats - Cabela's
... Felt Outback Hats Roll it up, cram it in your pack: no matter how you abuse our durable **wool Felt** Outback Hat, it always pops back into shape, ready to be worn ...
www.cabelas.com/products/Cpod0005160.jsp - 37k - Cached - Similar pages

State Line Tack - Men's **Apparel**
... Western: Men's **Apparel**. ... Black Stetson Calhoon Hat Low cattleman profile hat in 100% **wool felt** features a dipped brim in the front and back with the sides rolled ...
www.statelinetack.com/global/browse_category. jsp?FOLDER%3C% 3Efolder_id=2534374302029160&ASSORTMENT%3C... - 42k - Cached - Similar pages

textile -- Encyclopædia Britannica
... The goods produced are **wool felt**, in rolls and sheets; hats, both fur and wool ... Clothing and Textile Workers Union former union of garment and **apparel** workers in ...
www.britannica.com/eb/article?tocId=15875 - Similar pages

garment - garment manufacturers - AsianNet / Global B2B directory ...
... velvet gowns..... Category: **Apparel** and Fashion > **Apparel** and Garment. Hebei Nangong **Wool Felt** General Factory (China), Specializes ...
www.asiannet.com/taiwan/taiwan_manufacturers/ taiwan_products/taiwan_garment.htm - 62k - Cached - Similar pages

AsianNet - The e-Marketplace for Buyers and Suppliers - China ...
... Category: **Apparel** and Fashion > **Apparel** Accessories > Embroidery and Applique. Shem Ya Metals Industry Co., Ltd. ... Hebei Nangong **Wool Felt** General Factory (China), ...

www.asiannet.com/china/ china-products/textile/textile.htm - 54k - Cached - Similar pages
[ More results from www.asiannet.com ]

[PDF] hia newsletter
File Format: PDF/Adobe Acrobat - View as HTML
... padding - National Felt Company founded and initially produced **wool felt** for **apparel** and home furnishing products - National Nonwovens ...
www.nationalnonwovens.com/pdf/hia2.pdf - Similar pages

National Nonwovens - Press Releases
... National Nonwovens, under the name National Felt, originally produced **wool felt** beginning in 1905 for **apparel** and wartime products. ...
www.nationalnonwovens.com/pr.htm - 35k - Cached - Similar pages
[ More results from www.nationalnonwovens.com ]

NAICS Alphabetic Index
... Details. 315991, Hats, fur-felt, straw, and **wool-felt**, cut and sewn from purchased fabric (except **apparel** contractors), Details. 315211, ...

epic.od.nih.gov/naics/code_index. asp?currentpage=21&search_letter=H - 25k -
Cached - Similar pages

### NAICS Alphabetic Index
... Details. 315991, Hat bodies (eg, fur-felt, straw, **wool**-**felt**) cut and sewn from purchased fabric (except **apparel** contractors), Details. ...
epic.od.nih.gov/naics/code_index. asp?currentpage=18&search_letter=H - 25k -
Cached - Similar pages

### Others - compare prices, reviews and buy at NexTag - Price ...
... Keep this hat stuffed in a pocket or bag where youll have it handy for when the weather goes bad; the special **wool felt** has been treated to be water resistant. ...
www.nextag.com/ ORVIS_Others~2700212zORVISz162752z0zB9i8zmainz5-htm - 63k -
Cached - Similar pages

### Search Results
... This is. HSN.com. $28.25. Red Hat Society® **Wool Felt** Hat, Red Hat Society® **Wool Felt** Hat. by JCPenney. A stylish hat to finalize your dressy look. ...
g.msn.com/0US!s5.84626_31496/ 89.a846289/38??cm=Article-S - 45k -
Cached - Similar pages

### Eziba - Handcrafted Objects Globally Sourced : Wool Felt Yurt ...
**Wool Felt** Yurt Nativity, **Wool Felt** Yurt Nativity. $78.00. Description: Item # E16454. Made in Kyrgyzstan. Dimensions: Figures are approx. ...
www.eziba.com/product_view.asp?CATALOGID=HOME_ DECOR_HOLIDAY&PRODUCTID=E16454 - 16k - Cached - Similar pages

### Wool and Animal Fabrics Information at Business.com
... of Mohair fabric, blankets, gloves, jackets, coats, scarves, socks and sweaters. http://pro.wanadoo.fr; Boston Felt Manufacturer of **wool felt** and innovative and ...
www.business.com/directory/retail_and_consumer_services/
home_and_garden/fabrics/wool_and_animal_fabrics/ - 42k - Cached - Similar pages

### Google Directory - Business > Textiles and Nonwovens > Nonwovens > ...
... Nangong **Wool Felt** Factory - http://www.nangong.com.cn/ China. Manufacturers of needlepunch and pressed felts for filtration, **apparel**, polishing and a wide ...
directory.google.com/Top/Business/Textiles_and_Nonwovens/
Nonwovens/Needlepunch_and_Pressed_Felts/ - 21k - Cached - Similar pages

### Game Controllers. Read accessories reviews and compare prices at ...
... Review this merchant. Pink **wool felt** gambler hat, Save and Share | Compare Products. ... $39.99 at Sheplers, Inc. Review this merchant. Pink **wool felt** gambler hat, ...
shopping.yahoo.com/ s:Accessories:browsename=Game%20Controllers:4491-
Store=1003609:refspaceid=58542593 - 72k - Cached - Similar pages

### Hats. Read hats reviews and compare prices at Yahoo! Shopping.
... Buyer Protection. Minnetonka Sundance **Wool Felt** Hat, ... Decorative beaded hatband sits on lightweight water repellant **wool felt** hat. ...
shopping.yahoo.com/ s:Hats:06-Category=233:06-Category=200:mid=1000959 - 70k -
Cached - Similar pages
[ More results from yahoo.com ]

### buy Boots Apparel and accessories
... 9, LaCrosse **Wool Felt** Insoles, LaCrosse **Wool Felt** Insoles Our Price: check now! ...
Top **Apparel** and accessories prices and features comparison ... ...
simplest-shop.com/Boots--1-1045758-**apparel**.html - 23k - Cached - Similar pages

### RCC Western Stores Online

... **Wool Felt** Hats, No Products found in that price range. Log In, E-Mail Address: Password: Secure Log In Password Forgotten? Create An Account? Shopping Cart, more ...
www.rccwestern.com/catalog/index.php/cPath/34_121 - 38k - Cached - Similar pages

[PDF] **SUGGESTED PACKING LIST _ JANUARY INTERIM, 2005 (NOTE: You do not ...**
File Format: PDF/Adobe Acrobat - View as HTML
... Each evening you will have to work towards drying clothes so that they can be used ... good winter boots with REMOVABLE **WOOL**/**FELT** LINER - THIS IS A MUST HAVE ITEM! ...
www.audubon-center.com/parts_packs/ suggested%20packing%20list.pdf - Similar pages

**Hat with Feather Trim**
... this store...fossil womens hat **apparel** - rose farmer...red **wool felt** gambler hat...red cattleman **wool felt** cowboy hat...fossil womens hat **apparel** - berry sweet ...
www.worldssp.net/Fasion_Women/ Hat-with-Feather-Trim-147315.htm - 15k - Cached - Similar pages

**CARPET BEETLES, Clothes Mothes**
... a button hole or seam is usually the first sign of a clothes moth infestation. The larvae will feed upon any animal product including **wool**, **felt**, chamois, suede ...
www.bugsaway.com/carpetbeetle.htm - 6k - Cached - Similar pages

**::Metropolis Tokyo :: ART - Andrea Zittel: AZ Garments Series**
... easy to mistake Gallery Side 2 for a chic boutique-six **wool felt** sleeveless dresses ... Zittel, 37, says that the clothes in this show-officially, Handmade Pressed ...
metropolis.japantoday.com/tokyo/444/art.asp - 30k - Dec 1, 2004 - Cached - Similar pages

**2002 NAICS Definitions: 315991 Hat, Cap, and Millinery ...**
... 315991, 2353, Hats, cloth, cut and sewn from purchased fabric (except **apparel** contractors). 315991, 315991, 2353, Hats, fur-felt, straw, and **wool**-**felt**, cut and ...
www.census.gov/epcd/naics02/def/ND315991.HTM - 10k - Dec 1, 2004 - Cached - Similar pages

**Wool Felt - Spanish Hat Item No. WX-COS-205 - from MR Boots**
... Country Western **Apparel**, Accessories and More! Our secure Online Store is back open for business! Home >> ... Western Hats >> WX-COS-205 **Wool Felt** - Spanish ...
www.mrboots.com/general_store/itemwx-cos-205.html - 20k - Cached - Similar pages

    **Wool Felt - Stovepipe Hat Item No. WX-COS-206 - from MR Boots**
    ... Western **Apparel**, Accessories and More! Our secure Online Store is back open for business! Home >> ... Western Hats >> WX-COS-206 **Wool Felt** - Stovepipe Hat ...
    www.mrboots.com/general_store/itemwx-cos-206.html - 20k - Cached - Similar pages
    [ More results from www.mrboots.com ]

**Victorian Wool Felt Lady's Slippers Circa 1890's - 1572**
... Victorian **Wool Felt** Lady's Slippers Circa 1890's. Antiques : Textiles : Clothing And Accessories : Victorian (1860 - 1900) : Women's. ...
www.rubylane.com/shops/ contentmentfarmantiques/item/1572 - 17k - Cached - Similar pages

**Wool Felt Amanda Hat**
... FASHION. **Apparel**. Purses, Handbags & Totes. Addore Handbags & Belts. ... Copyright © 2004 FredaLA All rights reserved. Home. **Wool Felt** Amanda Hat **Wool Felt** Amanda Hat ...
fredala.com/wofeamhat.html - 36k - Cached - Similar pages

**Riding Attire - Jackets, Skirts and Apparel for the Horsewoman**

... Horsehair and Kangaroo leather. Town Hat - The classic town hat. Made of 100% **wool felt** and trimmed with a simple cross grain ribbon. Available in Black. ...
www.cattlekate.com/riding.html - 63k - Cached - Similar pages

[PDF] Webbing Clothes Moth
File Format: PDF/Adobe Acrobat - View as HTML
... Webbing Clothes Moth *Granular frass (like ground pepper) *Webbing on surface of textiles *Damage to feathers, furs, silk, **wool**, **felt**, satin, ...
www.insectslimited.com/Museum%20Dirty%20Dozen.pdf - Similar pages

IMEX: Available - Textiles/Leather
... We have donated clothes that need minor to serious rehab. ... **WOOL FELT** CURVED STRIPS [Listing ID: A82758] Available in Adamstown , PA: 24,000 lbs of **wool felt** hat ...
www.govlink.org/hazwaste/business/ imex/getlistings.cfm?cat=8&aw=A - 31k - Cached - Similar pages

Amazon.com: Books: Feltcraft: Making Dolls, Gifts and Toys
... Toymaking With Children by Freya Jaffke; Baby Dolls and Their Clothes: Dozens of Projects ... If you can't find 100% **wool felt** or stuffing, it doesn't matter; the ...
www.spinics.net/am/0863151906 - 54k - Cached - Similar pages

Worldbid International Trade Leads Import Export b2b Marketplace
... **Felt** General Factory CN Our factory specializes in producing all kinds of **wool felt**. ... Wool Sports Jackets (2003-10-29) Private Buyer US Looking for Manufacture ...
www.worldbid.com/tradeleads/ view.htm?session=&subcat=630&type=Buy - 30k - Cached - Similar pages

Arizona State - Cactus Sports | ASU **Wool Felt** Pennant | Powered by ...
... ASU **Wool Felt** Pennant. Store Special! ... (promotion ends on 2004-11-29). CollegeGear. com, > Arizona State - Cactus Sports, > BANNERS/SIGNS > ASU **Wool Felt** Pennant. ...
www.collegegear.com/sf/stores/1132/p-21640.shtml - 40k - Cached - Similar pages

23 **Apparel** and Other Textile Products
... 2371-G02 ----- Glove linings 2371-H01 ----- Hats 2371-J01 ----- Jackets 2371-M01 ... mfpm 2353-C02 ----- Caps: textiles, straw, fur felt, and **wool**-**felt**-mfpm 2353 ...
www.123link.com/SICtitle/23.html - 23k - Cached - Similar pages

Chest Waders
... Reinforced knee patch; 1000gram Thinsulate Ultra Insulation; 6mm **wool felt** midsole; Power-Cat Omni-Traction outsole; Color: Mossy Oak ...
www.arkansasduckhunter.com/chestwaders.asp - 37k - Cached - Similar pages

Promotional Items **Wool Felt** Western Hat custom imprinted as ...
**Wool Felt** Western Hat. SKU: 7105032, Search Promotional Products, Corporate Gifts, Power Search. Rugged, authentic western-style **wool felt** cowboy hat. ...
www.epromos.com/OrderPipeline/ProductPage. jhtml?productId=7105032&categoryId=1486 - 37k - Cached - Similar pages

History in the Making - Price List
... HT001 Wideawake Hat - $245.00 HT001a Wideawake Hat -**Wool Felt** - $195.00 HT002 Triangular Tricorne - $285.00 HT002a Triangular Tricorne - **Wool Felt** - $235.00 ...
www.historyinthemaking.org/catalog/pricelist.htm - 17k - Cached - Similar pages

**Apparel**: Haflinger® Men's/Women's 'Everest' Boiled Wool Indoor ...
... **Apparel** : Haflinger® Men's/Women's 'Everest' Boiled Wool Indoor Clogs. ... Features a **wool felt** outsole with non-slip rubberized tread. ...
www.digitsmith.com/shopping/B00008LUV8.xhtml - 22k - Cached - Similar pages

#### Clothing - Find, Compare, and Buy at Shopping.com
... Red Hat Society & Accessories L49, Red Hat Society & Accessories L49. **Wool felt** with
a concho hat band. ... Red Hat Society & Accessories F107. **Wool felt**. ...
www.dealtime.com/ xDN-Clothing--accessories-aaron_hats~V-rows - 59k -
Cached - Similar pages

#### Clothing - Find, Compare, and Buy at Shopping.com
... Red Hat Society & Accessories B130. A wonderful **wool felt** hat to add to your collection.
... A wonderful **wool felt** hat to add to your collection. ...
www.dealtime.com/ xDN-Clothing--accessories-aaron_hats~V-rows~PG-3 - 62k -
Cached - Similar pages
[ More results from www.dealtime.com ]

#### welcome to the shoppe!
... apple pouch :: $12 approx 4" wide, brightly colored acrylic (non **wool**) **felt** pouch with ...
of unicorns at play on creme colored american **apparel** (sweatshop free!) t ...
www.boygirlparty.com/shoppe/ - 101k - Cached - Similar pages

#### Hodgman waders - chest waders and hip waders - fly fishing waders ...
... Vulcanized rubber bootfeet insulated with **wool felt** and foam. Semi-hard toe caps. ...
Vulcanized rubber bootfeet insulated **wool felt** and foam insulation. ...
www.eaglesportscenter.com/products/hodgman/3ply.htm - 17k - Cached - Similar pages

#### Hodgman waders - chest waders and hip waders - fly fishing waders ...
... Triple reinforced seams. Fully vulcanized rubber bootfeet which are insulated with 8mm
**wool felt** midsoles and 400 grams of Thinsulate® Ultra Insulation. ...
www.eaglesportscenter.com/products/hodgman/neoprene.htm - 30k -
Cached - Similar pages
[ More results from www.eaglesportscenter.com ]

#### Internet Centre for Canadian Fashion and Design - NTG ...
... **wool felt** - pressed flat. Uses: Mostly used for men in overcoating, uniform cloth of all
kinds (army, navy, etc., as well as police and firemen), pea jackets, ...
www.ntgi.net/ICCF&D/wool.htm - 49k - Cached - Similar pages



Result Page:     **1**  2  3  4  5  6  7  8  9  10    **Next**

Free! Google Desktop Search: Search your email, files, chats & web history.
Download Now.

"wool felt" apparel          Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Google Home - Advertising Programs - Business Solutions - About Google

©2004 Google