# EXHIBIT W5



Web | Images | Groups | News | Froogle | more »

"wool felt" clothing          [Search]   Advanced Search / Preferences

**Web**                          Results **1** - **100** of about **42,600** for "**wool** **felt**" **clothing**. (0.38 seconds)

Real **Wool Felt**                                                              Sponsored Link
www.thefeltpeople.com   100% **Wool** & other blends **Felt** for every purpose

                                                                               Sponsored Links
**Recreating 16th and 17th Century Clothing: The Renaissance Tailor**
... unravel. This sort of curtails what you can and can't appliqué. Fulled     **Wool Clothing**
**wool felt**, however, does not have this problem! It behaves ...             Shop fast.
www.vertetsable.com/demos_feltapplique.htm - 25k -                             Buy smart.
Cached - Similar pages                                                         Shopzilla.com

**Recreating 16th and 17th Century Clothing: The Renaissance Tailor**          **Wool Clothing**
... to construct a tall hat, you must begin from the inside and start          Womens and Mens **Wool Clothing**
with the crown. To give myself a nice stiff base, I used two layers            at Great prices. Perfect gifts.
of **wool felt** and two to ...                                                www.ecowool.com
www.vertetsable.com/demos_elizabethanhats.htm - 30k -
Cached - Similar pages                                                         **Wool Clothing**
[ More results from www.vertetsable.com ]                                      Shop Online & Save up to 20%. Treat
                                                                               Yourself to Great Savings at Target
**Jaxon Wool Felt Bowler - Over 36 brands of hats to**                         www.target.com
**choose from.**
... its competitors. The 100% **wool felt** quality is impressive and the hat  **Wool Felt**
comes fully lined with the Jaxon logo in the tips. The hat ...                 Yahoo! Shopping: Compare & Save.
www.villagehatshop.com/product1825.html - 25k - Dec 2, 2004 -                  Top brands, great stores, low price
Cached - Similar pages                                                         Yahoo.com

**Hats - Men's Wool and Fur Felt Classics - Over 36**                          **Wool** Dress
**brands of hats ...**                                                         Holiday gifts for everyone! - Shop
... **wool**-**felt**-derby-sm.jpg Jaxon **Wool Felt** Bowler Price: $32.00    the Official Polo Ralph Lauren Site
Purchase Securely Online, jaxon-19th-Century-tophat-sm.jpg                     www.polo.com
Jaxon 19th Century Top Hat Price: $68.00 ...
www.villagehatshop.com/mens_fur_felt_wool_classics.html - 57k                  **Wool felt**
- Dec 2, 2004 - Cached - Similar pages                                         600+ Popular Stores - One Website &
[ More results from www.villagehatshop.com ]                                   One Simple Checkout - Shop Now!
                                                                               SHOP.COM
**Mongolian Products - Clothing**
... Children's Snow Leopard Hat $24.00 (select quantity to purchase)           Discount **Wool Felt**
Hand-made felt slippers ... Made of all natural sheep **wool felt**, and       Great selection of **Wool** and clothes
lined with fine cotton, these ...                                              The world's marketplace. affiliate
www.snowleopard.org/mofcart/**clothing**.html - 37k -                          www.ebay.com
Cached - Similar pages
                                                                               **Wool felt**
**Wool Felt Cowboy Hats at Sheplers Western Wear**                             Find the best prices and deals.
... Try on a classic western hat â€" or check out the latest crushable **wool felt** hats,  Compare products, shops and reviews
shapeable wool hats & cowboy hats with chin cords. ...                         Calibex.com
www.sheplers.com/cat.cfm?TID=074525 - 38k - Cached - Similar pages
                                                                               See your message here...
   **Red rose wool felt hat**
   Red rose **wool felt** hat at Sheplers - Western Wear for Work and Play. ... Quantity, Select
   Size, Color, 76 PURPLE. Head-turning red! Red rose **wool felt** hat. ...

    www.sheplers.com/item.cfm?TID=070125&DI=096203&
Start=1&Sort=ItemRank&page=category&gr... - 50k - Cached - Similar pages
[ More results from www.sheplers.com ]

### Cowboy Hats, Western Hats, Western Wear, and Australian Hats ...
... now. Bandit - **Wool Felt** Cowboy Hat, Bandit - **Wool Felt** Cowboy Hat, Bailey, $41.98,
Buy 1 'Bandit - **Wool Felt** Cowboy Hat' now. Bartlett **...**
www.hatcountry.com/catalog/default.php/cPath/21_37 - 70k - Cached - Similar pages

    ### Cowboy Hats, Western Hats, Western Wear, and Australian Hats ...
    ... Dawson - Lite Felt Cowboy Hat, Dawson - Lite Felt Cowboy Hat, Renegade, $47.98, Buy
1 'Dawson - Lite Felt Cowboy Hat' now. ... **Wool Felt** Leather Twist Band, **Wool Felt** ...
www.hatcountry.com/catalog/default.php/cPath/22_66 - 49k - Cached - Similar pages
[ More results from www.hatcountry.com ]

### Chinese Export Commodities Fair
... 100% LIGUA brand **wool felt** hats cater for the tendency of adornment being
fashionable, matching with the **clothing**, beautifully and novelly designed, colorful **...**
ebusiness.cantonfair.org.cn/en/ products/ProductList.asp?CommCateID=233002002 - 63k -
Cached - Similar pages

### Wool - Wikipedia, the free encyclopedia
... In addition to **clothing**, wool has been used for carpeting, felt, and padding. **Wool felt**
covers piano hammers and it is used to absorb odors and noise in heavy **...**
en.wikipedia.org/wiki/Wool - 16k - Cached - Similar pages

### Dorfman Pacific Hats: Dorfman Pacific Ladies' Western Wool Felt ...
... Home, |, Shipping Info, |, Return Policy, |, Help, |, Security, |, Privacy, |, About Us.
Dorfman Pacific Ladies' Western **Wool Felt** Hat w/Silver Conchos. Product **...**
www.countryewe.com/moreinfo. cfm?Product_ID=1412&Category=90 - 23k -
Cached - Similar pages

    ### Dorfman Pacific Hats: Dorfman Pacific Crushable Wool Felt Hat w ...
    ... Home, |, Shipping Info, |, Return Policy, |, Help, |, Security, |, Privacy, |, About Us.
Dorfman Pacific Crushable **Wool Felt** Hat w/Velvet and Flower. Product #: **...**
www.countryewe.com/moreinfo. cfm?Product_ID=715&Category=90 - 23k -
Cached - Similar pages
[ More results from www.countryewe.com ]

### Wool, Hat Men's Accessories - Find, Compare and Buy at BizRate
... Information. Minnetonka® Weekender **Wool Felt** Hat Minnetonka® Weekender **Wool
Felt** Hat. $34.95 JCPenney See all matches from this store. **...**
www.bizrate.com/buy/ products__att259688--267483-,att304392--304306-,cat_id--
10120000.html - 100k - Cached - Similar pages

    ### Men's Hats - Find, Compare and Buy at BizRate
    ... Information. Minnetonka Sundance **Wool Felt** Hat Minnetonka Sundance **Wool Felt** Hat.
$34.95 JCPenney See all matches from this store. **...**
www.bizrate.com/buy/browse__cat_id--10120500.html - 95k - Cached - Similar pages
[ More results from www.bizrate.com ]

### 5" Brim Wool Felt Hat in 5 Colors for $35.00 each
... 5" Brim **Wool Felt** Hat in 5 Colors for $35.00 each 5" Brim **Wool Felt** Hat in 5 Colors for
$35.00 each. Stunning **wool felt** hat with **...**
www.mydivascloset.com/5brwofehatin.html - 13k - Cached - Similar pages

    ### Felt Cowgirl Hats, Fedora Hats, Corduroy Fedora Hats, Leather ...
    ... **felt** fedora. **Wool Felt** Fedora in Camel and Mocha for $40.00. **Wool felt** fedora hat.

    Black Felt Cowgirl Hat. Black Felt Cowgirl Hat. **...**
    www.mydivascloset.com/fedorahats.html - 18k - Cached - Similar pages
    [ More results from www.mydivascloset.com ]

### Stetson Dundee **Wool Felt** Cowboy Hat (For Men)
Stetson Dundee **Wool Felt** Cowboy Hat (For Men) , Work Gloves & Hats. Made in America since 1865, cowboy hats by Stetson are beloved **...**
www.activeplaza.com/buy_work_ gloves_hats/show4332-103-176310.html - 27k - Cached - Similar pages

    ### Men's **Clothing** Discount Store
    **...** Flannel Lined Duck Work Pants (for Men) $34.95 Carhartt Flannel Lined Duck Work Pants (for Men), Stetson Dundee **Wool Felt** Cowboy Hat (For Men) $29.95 Stetson **...**
    www.activeplaza.com/buy_mens_**clothing**-store4248/ - 58k - Cached - Similar pages
    [ More results from www.activeplaza.com ]

### Women's Hats
**...** Sporty and dressy. This 100% **wool felt** hat with a 2¼" curled edge brim is perfect for all occassions. Dry clean only. Imported. One size fits all. **...**
shopping.msn.com/marketplace.aspx?catId=0&pmpType=1&pcId=7712&merchId=2430&invMerchModel=... - 36k - Cached - Similar pages

### Black **Wool Felt** Safari : Hatsinthebelfry
**...** **felt** safari, made by Dorfman Pacific, comes with a brown leather band and a cotton sweatband. The Safari is sized S,M,L, and XL. This durable men's winter hat **...**
www.hatsinthebelfry.com/Merchant2/merchant. mv?&Screen=PROD&Product_Code=DF10&Category_Code=Me... - 25k - Cached - Similar pages

    ### Black Wool Top Hat : Hatsinthebelfry
    Black **Wool Felt** Top Hat - This 19th Century style tophat is 100% **wool felt** and made in the USA From formal weddings to re-enactments, this topper is first in **...**
    www.hatsinthebelfry.com/Merchant2/merchant. mv?&Screen=PROD&Product_Code=Black%20Wool%20Felt%20Top... - 39k - Cached - Similar pages
    [ More results from www.hatsinthebelfry.com ]

### Red Hat Society® **Wool Felt** Hat : belts & hats : women's **...**
This 100% **wool felt** hat has a stitched finish for a unique look and sturdy design. 3&f. **...** Red Hat Society® **Wool Felt** Hat, Red Hat Society® **Wool Felt** Hat. **...**
www.jcpenney.com/products/0aaea33.jsp - 17k - Cached - Similar pages

    ### belts & hats : women's : JCPenney
    **...** Red Hat Society® Pink Straw Hat w/Embroidery, Red Hat Society® Pink Straw Hat w/Embroidery, Red Hat Society® **Wool Felt** Hat w/Kettle Brim, Red Hat Society **...**
    www.jcpenney.com/products/C023598.jsp - 29k - Dec 2, 2004 - Cached - Similar pages
    [ More results from www.jcpenney.com ]

### eBay - Felt Fabric, Discount Felt, Vintage Felt, and Felt Samples **...**
**...** 20 17:44, Listing has pictures, Millinery Hat Making **Wool Felt** Hat Body From Poland, $20.00, Nov-20 09:14, Listing has pictures, Millinery **...**
crafts.listings.ebay.com/
Fabric_Felt_W0QQsacategoryZ83924QQsasaleclassZ2QQsocmdZListingItemListQQsosortor...
- 86k - Cached - Similar pages

    ### eBay - Felt Fabric, Discount Felt, Vintage Felt, and Felt Samples **...**
    **...** Listing has pictures, Millinery Hat Making **Wool Felt** Hat Body From Poland! **...** Listing has pictures, Millinery Hat Making **Wool Felt** Hat Body From Poland! **...**

    crafts.listings.ebay.com/
    Fabric_Felt_W0QQsacategoryZ83924QQsocmdZListingItemListQQsosortorderZ1QQsosortpr...
    - 101k - Cached - Similar pages
    [ More results from crafts.listings.ebay.com ]

### felt hats results by www.madhatt.info
... We have a complete selection of **clothing**, jewlery, and accessories from online stores.
www.calibex.com; **Wool Felt** Hats from Germany **Wool felt** hats for men ...
www.madhatt.info/result.php?Keywords=felt+hats& host=www.madhatt.info&cat=1 - 32k -
Cached - Similar pages

    #### wool felt results by www.madhatt.info
    ... www.nextag.com; **Wool Felt** Items - Cheaper Prices Before you buy, compare prices at
    Calibex. We have a complete selection of **clothing**, jewelry, and accessories ...
    www.madhatt.info/result.php?Keywords=wool+felt&
    host=www.madhatt.info&relay=1&original=felt - 21k - Cached - Similar pages
    [ More results from www.madhatt.info ]

### Clothing - Find, Compare, and Buy at Shopping.com
... Red Hat Society & Accessories B131. A wonderful **wool felt** hat to add to your collection.
... A wonderful **wool felt** hat to add to your collection. ...
www.shopping.com/ xDN-Clothing--accessories---aaron_hats-ap_material_wool~V-rows -
60k - Cached - Similar pages

    #### Clothing - Find, Compare, and Buy at Shopping.com
    ... Men's Stacy Adams **Wool Felt** Hat, The Chicago Heights. ... Men's Stacy Adams **Wool
    Felt** Hat, The Detroit, Men's Stacy Adams **Wool Felt** Hat, The Detroit. ...
    www.shopping.com/ xDN-Clothing---18470_stacy_adams~V-rows - 49k -
    Cached - Similar pages
    [ More results from www.shopping.com ]

### Mike The Hatter - Hat Selection
The Gaucho. The Gaucho. Hat Click image for larger view. 100 %**wool felt**,cord trim and
chin tie. Item# 233, ... The **Wool Felt** Porkpie Hat. The **Wool Felt** Porkpie Hat. ...
www.mikethehatter.com/ItemSearch. asp?StyleID=9&BrandID= - 35k -
Cached - Similar pages

    #### Mike the Hatter - Wool Felt Hats wool felt hats derbys fedoras
    ... **felt** 4" brim, cord trim and chin tie Sizes: SML-XL. Store price: $39.90 Discount price: $32
    you save $8. Click to Order this Item Item #233. Spring/Summer Hat ...
    www.mikethehatter.com/woolfelt.htm - 14k - Cached - Similar pages
    [ More results from www.mikethehatter.com ]

### Collaborations
... I will also make **clothing** for your very special teddy bear if you will let ... Right,
handmade **wool felt** bag (front and back), with Canadian red squirrel skull and ...
www.gis.net/~shepdog/Woolgather_Farm/Bag.html - 11k - Cached - Similar pages

### The History of Felt Hats and Hat Making
... The hat making processes involved in producing a **wool felt** hat are very similar to those
used for fur felts, although many of the additional finishing and ...
www.thehatsite.com/felt.html - 18k - Cached - Similar pages

### Black Derby Hat Wool Felt
Black Derby Hat **Wool Felt**. ... BLACK DERBY HAT **WOOL FELT** SIZE 7 medium. (21 ...
recitals, BLACK DERBY HAT **WOOL FELT** SIZE 6 7/8 small. MORE. ...
www.80schildren.com/disp/PDB/ black,derby,hat,wool,felt,itm2152,2998.asp - 14k -
Cached - Similar pages

#### White Felt Wool Porkpie Hat
**...** ribbon band medium (7 Hat size auction is a head new white This quality **wool felt** has a It is for one with feather. approximately 22 by. **...**
www.80schildren.com/disp/PDB/ white,felt,wool,porkpie,hat,itm2019,52369.asp - 16k -
Cached - Similar pages
[ More results from www.80schildren.com ]

#### Wool Felt Top Hats - Tuxedos at tuxgear.com
**Wool Felt** Top Hats: All **Wool Felt** Top Hat. Available in Black, White and Grey. **...** All **Wool Felt** Top Hat. Available in Black, White and Grey. **...**
tuxgear.safeshopper.com/15/83.htm?175 - 8k - Cached - Similar pages

#### Crushable Felt with Leather Hatband & Concho * wool felt hat ...
Crushable Felt with Leather Hatband & Concho, **wool felt** hat, men's hat, western hat, cowboy hats, leather hatband, concho , Overland Sheepskin Co.® - Shopping **...**
www.overland.com/scripts/ecatalogisapi.dll/ Item?Item=116681&Template=9990000001000999&Group=120 - 34k - Cached - Similar pages

#### Promotional Items Wool Felt Western Hat custom imprinted as ...
**Wool Felt** Western Hat. SKU: 7105032, Search Promotional Products, Corporate Gifts, Power Search. Rugged, authentic western-style **wool felt** cowboy hat. **...**
www.epromos.com/OrderPipeline/ProductPage. jhtml?productId=7105032&categoryId=1486 - 37k - Cached - Similar pages

#### Pendleton Woolen Mills, men's and women's clothing and apparel ...
**...** As the name implies, a wool fabric hat is constructed from woven wool fabric. **Wool felt**, on the other hand, is not woven fabric but a dense layer of **...**
www.pendleton-usa.com/ index.cfm?action=about&do=consumer&sub=woolhat - 13k - Cached - Similar pages

#### Game Controllers. Read accessories reviews and compare prices at ...
**...** Review this merchant. Pink **wool felt** gambler hat, Save and Share | Compare Products. **...** Pink **wool felt** gambler hat, Save and Share | Compare Products. **...**
shopping.yahoo.com/ s:Accessories:browsename=Game%20Controllers:4491-Store=1003609:refspaceid=58542593 - 72k - Cached - Similar pages

> #### Game Controllers. Read hats reviews and compare prices at Yahoo! ...
> **...** Minnetonka Sundance **Wool Felt** Hat, Save and Share | Compare Products. **...** Decorative beaded hatband sits on lightweight water repellant **wool felt** hat. **...**
> shopping.yahoo.com/ s:Hats:06-Category=233:browsename=Game%20Controllers:06-Category=200:mid=1000959:refsp... - 72k - Cached - Similar pages
> [ More results from yahoo.com ]

#### Women's Clothing: Compare Prices at mySimon
**...** HD's **Clothing** Company. **...** Pants & Belt Jacket, Ellen Tracy Double-Faced Wool Jacket, Cashmere Turtleneck, Pants & Belt Jacket Double-faced **wool felt** fitted jacket **...**
www.mysimon.com/4013-4105_8-0-8.html?tag=mrchsrch&companyId=305972&sesnid=91888be&cqdid=14 - 101k - Cached - Similar pages

#### Greatlookz: Purple Floral Trimmed Red Wool Felt Hat
**...** Shopping Bag, Shopping Bag, Purple Floral Trimmed Red **Wool Felt** Hat. 6hee2t Charming red wool hat. Solid red felt hat with turned up brim. **...**
www.greatlookz.zoovy.com/product/6HEE2T - 30k - Cached - Similar pages

> #### Greatlookz: Petite Brimmed Red Wool Felt Hat
> This gentle red **wool felt** hat offers a neat style as is, or it can be decorated with a red hat scarf, and ornamental red hat pin for custom creation. **...**

www.greatlookz.zoovy.com/product/5RHFAHP15 - 29k - Cached - Similar pages
[ More results from www.greatlookz.zoovy.com ]

### The Rainbow Connection :: MASTERS WOOL/FELT TOP HAT
... MASTERS **WOOL/FELT** TOP HAT [TH-100], $30.00. MASTERS **WOOL/FELT** TOP HAT Click to enlarge. **WOOL FELT** TOP HAT; Hat has a 5" high Crown; The **...**
www.rainbowconnection.com/ product_info.php/products_id/490 - 27k - Cached - Similar pages

### Top Hats - Adult & Child, Halloween, Easter, Christmas ...
**...** Caroler Hat, Top Hats, 6 3/4" Tall 100% Quality **Wool Felt** Caroler Hat. **...** Top Hats, 6 1/4" Tall 100% Quality **Wool Felt** Hat With Real Leather Sweatband. **...**
www.starcostumes.com/browse.asp?id=711 - 43k - Cached - Similar pages

### Sombreros - Latam MSN - Compras
**...** Nike Mens Featherlight Hat Nike Mens Featherlight Hat (Nike) 19.99 Vendido por Road Runner Sports Minnetonka Weekender **wool felt** hat Minnetonka Weekender **wool ...**
latammsn.pricegrabber.com/search_attrib.php/ page_id=931/sortby=popular-/start=/view_all=1 - 101k - Cached - Similar pages

### Red Hats for the Red Hat Society
**...** Coque Lampshade Redhat, Our ultra chic **wool felt** Coque Lampshade hat will make a huge hit. **...** A smashing **wool felt** hat and on our introductory sale pricing. **...**
www.headcovers.com/item.php?next=60&cat=Red+Hats - 18k - Cached - Similar pages

### Minnetonka Weekender wool felt hat (-) - Bottomdollar.com ...
**...** Minnetonka Weekender **wool felt** hat. Price Info: $34.99 from 1 Seller. Product Reviews: Not Rated. Description: Water-repellant for **...**
www1.bottomdollar.com/p___Minnetonka_ Weekender_wool_felt_hat,__2683137 - 35k - Cached - Similar pages

### Hats - Bottomdollar.com - Shopping Comparison
**...** 34.95 Sold by Vermont Country Store Bula Spidey Beanie Bula Spidey Beanie 19.00 Sold by SnowShack.com Minnetonka Weekender **wool felt** hat Minnetonka Weekender **...**
www1.bottomdollar.com/search_attrib.php/ page_id=931/sortby=popular-/start=72 - 75k - Cached - Similar pages
[ More results from www1.bottomdollar.com ]

### Open Directory - Shopping: Clothing: Casual: Caps and Hats
**...** velour. San Francisco Hat Company - Panama and raffia straw, fur and **wool felt**, cloth, and Gore-Tex rain hats. Shepherd Community **...**
dmoz.org/Shopping/Clothing/Casual/Caps_and_Hats/ - 27k - Cached - Similar pages

### 1940s Vintage Hats from Woodland Farms
**...** Great green **wool felt** hat from "Rose Marie Model" in a size 22 with a 4 inch wide plaid taffeta ribbon. **...** image one. Black **Wool Felt** Milgrim Hat. **...**
www.woodlandfarmsantiques.com/ hats/1940s/1940shatspage1index.html - 17k - Cached - Similar pages

### 1940s Vintage Hats from Woodland Farms
**...** C.1940 From "La Paix Millinery" on 114 West 50th Street, "Near The Heart Of Radio City New York" comes this precious brown **wool felt** hat with brown Mouton fur. **...**
www.woodlandfarmsantiques.com/ hats/1940s/1940shatspage2index.html - 17k - Cached - Similar pages
[ More results from www.woodlandfarmsantiques.com ]

### Real Felt: Hollywood Toys & Costumes
**...** **Wool Felt** Beret, **Wool Felt** Beret Code:JH12390 Price:$9.99 Quantity in Basket: none.

Quality Top Hat, Quality Top Hat Code:JH11490 Price:$9.99 Quantity in Basket **...**
www.hollywoodtoys.com/Merchant2/ merchant.mvc? Screen=CTGY&Category_Code=HATRF - 61k - Cached - Similar pages

### **Clothing** Information Sheet
Information Sheet. **Clothing** **...** DDT is still used in the developing world where it is often too hot for the correct protective **clothing** to be worn. **...**
www.vegsoc.org/info/**clothing**.html - 17k - Cached - Similar pages

### **Wool Felt** - Spanish Hat Item No. WX-COS-205 - from MR Boots
**...** Home >> **...** Western Hats >> WX-COS-205 **Wool Felt** - Spanish Hat. Colors shown may vary from actual colors. **Wool Felt** - Spanish Hat Item No. **...**
www.mrboots.com/general_store/itemwx-cos-205.html - 20k - Cached - Similar pages

> ### Western Hats Catalog - from MR Boots
> **...** WX-BH-50 **Wool Felt** - Top Hat. WX-BH-50 **Wool Felt** - Top Hat - Black Your Price: USD 24.95. WX-BH-51 **Wool Felt** - Derby Hat. **...** WX-COS-205 **Wool Felt** - Spanish Hat. **...**
> www.mrboots.com/general_store/catalog132_0.html - 57k - Cached - Similar pages
> [ More results from www.mrboots.com ]

### Vintage **Clothing**: Vintage 40's **Wool Felt** Hat with Huge Net Pompom **...**
Vintage 40's **Wool Felt** Hat with Huge Net Pompom and Glittery Golden Trim. (SOLD). This is a vintage 40's black **wool felt** hat in excellent condition **...** **...**
www.vintage70s**clothing**.com/ Accessories/Other/fluffyhat.htm - 16k - Cached - Similar pages

### **Wool Felt** Hat Bodies and Hood Manufacturers
Global Hat Directory To add your Company details to this free directory, please click here. **Wool Felt** Bodies/Hoods Manufactures. United States of America, **...**
www.hatsuk.com/hatsuk/hatsukhtml/ directory/woolfelthood.htm - 12k - Cached - Similar pages

> ### **Wool Felt** Hat Manufactures
> Global Hat Directory To add your Company details to this free directory, please click here. **Wool Felt** Hat Manufactures. United Kingdom, Back To Directory Index. **...**
> www.hatsuk.com/hatsuk/hatsukhtml/ directory/woolfelthatman.htm - 88k - Cached - Similar pages
> [ More results from www.hatsuk.com ]

### **Wool Felt** Amanda Hat
**...** **Wool Felt** Amanda Hat **Wool Felt** Amanda Hat Brighten up the nippiest of nights and dreariest of days with this bold and beautiful fashion-forward, 100% wool hat. **...**
fredala.com/wofeamhat.html - 36k - Cached - Similar pages

### I'm confused as to the difference between felted wool and **wool ...**
**...** All can be used for **clothing**, appliqués and home dec projects. Boiled wool has a softer drape than felted wool or **wool felt**. Felt **...**
www.sewnews.com/library/sewnews/qa/aaqa0303c.htm - 18k - Cached - Similar pages

### [PDF] ALL DISCOUNT CODE G
File Format: PDF/Adobe Acrobat - View as HTML
**...** 5914 Zoot Hat, **wool felt**, 3-1/2" brim, grosgrain band and feather. Black. **...** 5909 Fedora Hat, **wool felt** welted edge, grosgrain band, feather. Black, Tan. **...**
norcostco.com/PDF_FILES/Hats.pdf - Similar pages

### Ballyhoo Vintage **Clothing**, Vintage Hats
**...** $29.00. Vintage **Clothing** Vintage Hats. 1860s **Wool felt** beret by the wonderful Mr. John. **...** 1940s **Wool Felt** hat with chin strap and one very big, huge Mink pom pom. **...**

www.ballyhoovintage.com/vintage_hats_1.html - 24k - Cached - Similar pages

### Hats and Stockings 1
... Stock #:HS-300 Mens Slouch Hat or Hat Blank 100% **wool felt** hat. ... Stock #:HS-405 19th Century Derby Hat or Bowler Black **wool felt**, curved brim, rounded crown. ...
www.smoke-fire.com/hats-and-stockings-1.asp - 25k - Cached - Similar pages

### San Francisco Hat **Wool Felt** Luv Hat
... **Wool Felt** Luv Hat. Amusing, packable, affordable **wool felt** hat with a flattering floppy brim in many great colors. Breton crown, double knotted self band. ...
store.sfhat.com/luv.html - 15k - Cached - Similar pages

### Cowboy Shop, Pinedale, Wyoming
... **Wool Felt** Hat, $58.00. **Wool Felt** Hat Click to enlarge. Like Julia Roberts' straw hat in 'Runaway Bride'? This is the wool version from Shady Brady. ...
www.cowboyshop.com/store/ product_info.php?products_id=73 - 29k - Cached - Similar pages

### Civil War Sutler Blockade Runner's Ladies Fashion Page 17, Ladie's ...
... Made from 100% **wool felt** with a handsome ribbon for a band that drapes off the back of the hat ever so slightly, perfect for those of a modest nature. ...
www.blockaderunner.com/nlc/17.html - 10k - Cached - Similar pages

### Judith Ma leading supplier of Hats, Millinery Supplies and ...
... Squared Cloche Blocked Felt, **wool felt**, available in black, winter white, grey, red and royal blue. Black Rain Hat, 100% nylon, washable,. ...
www.judithm.com/shop/?page=shop/ browse&offset=560&category_id=&keyword= - 49k - Cached - Similar pages

> ### Judith Ma leading supplier of Hats, Millinery Supplies and ...
> ... Homburg, Fur Felt, finely crafted fur felt hat. Derby, Fur Felt, finely crafted fur felt hat, grey or black. Derby, Felt, **wool felt** hat. Top Off Your Day! ...
> www.judithm.com/shop/?page=shop/ browse&offset=640&category_id=&keyword= - 49k - Cached - Similar pages
> [ More results from www.judithm.com ]

### Lite felt Hats
... Litefelt Safari Hat Style# 73-101 Material:Litefelt **Wool Felt** Hat Band Brim: 2 5/8" Size: X-Large Color: Black Price: $40.00 1 Size X-Large Black. ...
www.shushans.com/litefelt2.html - 54k - Cached - Similar pages

> ### Scala & Callanan, Betmar,NY Hat Collection
> ... Felt 6 Way Hat By New York Hat Company 100% Crushable **Wool Felt** Colors: Black, Red Size: One size fits most Price: $32.00 1 ...
> www.shushans.com/scalafall.html - 35k - Cached - Similar pages
> [ More results from www.shushans.com ]

### Homburg Hats & Godfather Hats at Dad's Hats
... The "Godfather Hat" as it is also referred to, was made popular ... Beaver Brand - "**Wool Felt** - Homburg". Beaver Brand - "**Wool Felt** - Homburg". Beaver Brand - "**Wool** ...
www.dadshats.com/homburg2.html - 47k - Cached - Similar pages

### Cowboy Crushable **Wool Felt** Hunting Hats
... Style: CH-050 "Outback Crushable Hat" Material: Crushable **Wool Felt** Brim: 3" Crown: 4" Teardrop Band: Leather Band Colors: Black, Olive Sizes: S, M, L, XL, XXL ...
www.cowboyhatstore.com/hunting/hunting1.htm - 16k - Cached - Similar pages

### Seamar Catalog - **Clothing**

... Our customers work long hard days in the elements, and we try to provide them **clothing** that is as tough as they are. ... **Wool felt** midsole. ...
www.seamar.com/**clothing**.html - 46k - Cached - Similar pages

### Outdoor Solutions: Ole Time Woodsman Fly Dope & More
... Our Holiday Special: Authentic (Green Large) **Wool-felt** Woodsman Crusher Hat , 2 bottles of Ole Woodsman & a bandana for $29.99. Holiday ...
www.predatorpee.com/Merchant2/merchant. mv?Screen=CTGY&Store_Code=LE&Category_Code=BUG - 35k - Cached - Similar pages

### 1940's Vintage hats by Davenport and Company Fine vintage clothing ...
... dee1@davenportandco.com. 1940's Gray **wool felt** hat. with 3 inch wide turned up brim in the front/ sides. The brim is covered in gray and black Persian lamb. ...
www.davenportandco.com/40'shats.htm - 15k - Cached - Similar pages

### Stetson's Premium Wool Felt Hats - Corral
... brown). $ 49.95 Includes Free Shipping! Discontinued hat - only size - medium. Find your hat size. Premium **Wool Felt**. Order. Home Page. ...
www.qualityhats.com/corral.htm - 13k - Dec 2, 2004 - Cached - Similar pages

### NIADA Archive-Aug99: Techniques 2
... Avoid lesser quality **wool felt**. Also avoid craft felt made from synthetic fibers. ... Buy old hats at vintage **clothing** shops, antique and thrift shops. ...
www.niada.org/arch_dollmaking_8-99.html - 18k - Cached - Similar pages

### Foggy Mountain Hunting Products: Ole Time Woodsman Crusher Hats
... Our Special Combo: Authentic (RED-MEDIUM 7-71/8) **Wool-felt** Woodsman Crusher Hat , 2 bottles of Ole Woodsman & a bandana for $29.99. ...
www.hotdoe.com/Merchant2/merchant.mv?Screen=CTGY&Store_Code=FMHP&Category_Code=ACC - 29k - Cached - Similar pages

### NAICS Alphabetic Index
... Details. 315991, Hat bodies (eg, fur-felt, straw, **wool-felt**) cut and sewn from purchased fabric (except apparel contractors), Details. ...
epic.od.nih.gov/naics/code_index. asp?currentpage=18&search_letter=H - 25k - Cached - Similar pages

### NAICS Alphabetic Index
... Details. 315991, Hats, fur-felt, straw, and **wool-felt**, cut and sewn from purchased fabric (except apparel contractors), Details. 315211, ...
epic.od.nih.gov/naics/code_index. asp?currentpage=21&search_letter=H - 25k - Cached - Similar pages

### 18th and 19th Century Hats and Bonnets
... Tall **wool felt** hat is correct wear for most of the 19th century. ... Black **wool felt** hat cocked and trimmed in your choice of white or black. ...
www.jastown.com/hats/hats.htm - 14k - Cached - Similar pages

### Novelty Items
... $8. Top Hat. Have a Great Time with this **wool felt** topper hat with silk lining. Dress black, or light gray. Note quantity prices for groups. Sizes SML-XL. ...
www.rmconnection.com/novelty.htm - 17k - Cached - Similar pages

### All Weather Gear & Clothing
... **Wool Felt** Inner Soles Provide Warmth, Comfort & Wicks Moisture Away! **Wool Felt** Inner Soles Provide Warmth, Comfort & Wicks Moisture Away! ...
www.safetycentral.com/allweatclot.html - 58k - Cached - Similar pages

Index of Hat Styles
... ( Hand styling available as shown for $15.00). Hats are available in both fur felt or **wool felt** and in the colors specified. ... HOW TO MEASURE FOR A HAT. ...
www.riverjunction.com/catalog/hats/hats.html - 23k - Cached - Similar pages

Wool Hunting Hats
... Style: 050 "Outback Wool Crushable Hat" Material: Crushable **Wool Felt** Brim: 3" Crown: 4" Teardrop Band: Leather Band Colors: Black, Olive Sizes: S, M, L, XL ...
www.millerhats.com/hunting_catalog/hunting.html - 12k - Cached - Similar pages

The Hat Box
... HB015, Hat, Med Gray Royal Stetson Fedora, 7 1/8(23"), E, $65.00. HB020, Hat, Fedora - Lt. Gray **Wool Felt** Fedora w/ Large Brim, Button Hat Holder, 7 3/8, G, $75.00 ...
www.victorianmillinery.com/display.cfm?cat=MHats - 18k - Cached - Similar pages

**WOOL FELT** COWBOY HATS
... **Wool Felt** Cowboy Hats. Resistol® 3X Dealer's Choice cowboy hat Big Sky cowboy hat Wrangler® Riata® Reba cowboy hat Stetson® 3X Bryant cowboy hat Chaparral ...
soccerpartners.org/m/l/**clothing**/ sheplers/woolfeltcowboyhats.html - 4k -
Cached - Similar pages

NhatboxP7
... Price $22.00 item # 7-1004. Nice black **wool felt** hat with a high crown and pleated black rayon velvet around the crown. ... Ivory **wool felt** hat with a 2" wide brim. ...
nancysniftynook.com/NhatboxP7.html - 16k - Cached - Similar pages

2352 Hats and caps, except millinery
... caps, cloth--mfg; Harvest hats, straw--mfg; Hat bodies: fur-felt, straw, and **wool**-**felt**--mfg; Hats, trimmed--mfg; Hats: furfelt, straw ...
vancouver-webpages.com/global-sic/23/5/2.shtml - 4k - Cached - Similar pages

2002 NAICS Definitions: 315991 Hat, Cap, and Millinery ...
... 315991, 315991, 2353, Harvest hats, straw, manufacturing. 315991, 315991, 2353, Hat bodies (eg, fur-felt, straw, **wool**-**felt**) cut and sewn from purchased fabric. ...
www.census.gov/epcd/naics02/def/ND315991.HTM - 10k - Dec 1, 2004 -
Cached - Similar pages

Description for 2353: Hats, Caps, and Millinery
... **wool**-**felt**-mfpm; Chauffeurs'hats and caps, cloth; Harvest hats, straw; Hat bodies fur-felt, straw, and **wool**-**felt**; Hats, trimmed; Hats ...
www.osha.gov/pls/imis/ sic_manual.display?id=520&tab=description - 9k -
Cached - Similar pages

Felting - All Fiber Arts
... Heart Felt Creations Cindie and Bob Etienne make **wool felt** hat blanks of different era's and block them on hat molds. They also ...
www.allfiberarts.com/cs/felting.htm - 42k - Cached - Similar pages

kid halloween costume costume halloween costumes kid child adult ...
... Quality **Wool Felt** Top Hat - Felt Top Hat SKU: 24025 15 in stock ( S: 2 M: 7 L: 6 ) Add to My List Quality **Wool Felt** Top Hat - Felt Top Hat $36.95 USD Size: S ...
www.costumeuniverse.com/browse.asp?MOVE=NEXT& cat=24000&CurrentPage=2&path=20000,24000&Man... - 39k - Cached - Similar pages

Felt Hat Gallery
... Small Brimmed Red Hat merino wool with silk paper surface design. Zebra Hat merino **wool felt** with mohair tufts emerging from central flange. ...

www.wildturkeyfeltmakers.com/HatGallery.html - 12k - Cached - Similar pages

### Felt Artist Links
**...** N. Nancy Broughton aka/Dances With **Wool** - **felt** dolls and wall hangings & more **...** Zia Gipson aka Atelier Zia with pictures of her laminated felt **clothing** and yardage **...**
www.peak.org/~spark/felt_artist_links.htm - 46k - Cached - Similar pages

### Home & Garden Television: Other
**...** scours flea markets for old sweaters, felts the wool, cookie cuts it into shapes, and appliques the felt onto **clothing**, personal items **...** "The **wool felt** is very **...**
www.hgtv.com/hgtv/cr_needlework_other/ article/0,1789,HGTV_3265_1389417,00.html - 37k - Cached - Similar pages

### Felting Patterns at Mielke's Farm
**...** Make your own personal hat for the Red Hat Society! **...** Creating Sculptured **Wool Felt** Flowers (contains lots of color pictures) by Suzanne Pufpaff...$10.00 for **...**
www.mielkesfarm.com/felt_pat.htm - 23k - Cached - Similar pages



Result Page:    **1**  2  3  4  5  6  7  8  9  10    **Next**

**Free!** Google Desktop Search: Search your email, files, chats & web history. **Download Now.**

"wool felt" clothing        [ Search ]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Google Home - Advertising Programs - Business Solutions - About Google

©2004 Google