# EXHIBIT X

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30078-MAP

| | | |
|---|---|---|
| NATIONAL NONWOVENS, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DECLARATION OF PAMELA S. |
| | ) | CHESTEK IN SUPPORT OF |
| CONSUMER PRODUCTS | ) | DEFENDANT'S REPLY |
| ENTERPRISES, | ) | |
| INC., | ) | |
| Defendant. | ) | |

I, Pamela S. Chestek, declare that if called I could testify competently to the following facts:

1.      I am an attorney with the firm of Bulkley, Richardson and Gelinas, LLP of Springfield, Massachusetts.

2.      On Saturday, December 4, 2004, I spent approximately two and one-half hours at two stores obtaining what is described below.

3.      At Barnes & Noble at Holyoke Crossing in Holyoke, Massachusetts, I identified the following books and magazines as having references to "wool felt":

   a.  SANDRA BETZINA, FABRIC SAVVY (2002)
   b.  CHAD ALICE HAGEN, FELTMAKING (2002)
   c.  CREATIVE PUBLISHING INTERNATIONAL, EXPLORING TEXTILE ARTS (2002)
   d.  CLAIRE SHAEFFER, FABRIC SEWING GUIDE (2d ed. 1994)
   e.  SewNews, January 2005
   f.  SewNews Sew Up the Holidays, 2004

4.      At Joann Fabrics and Crafts at the K-Mart Plaza in Holyoke, Massachusetts, I took the photographs of the signage and ends of bolts of fabrics that are attached hereto.  The first four photographs are of signs posted over fabric, the next two photos are of the same bolt of National Nonwovens felt (light brown), the next photograph is also of National Nonwovens felt (copper), and the last two photos are of products for which I could not identify the manufacturer.

5.      I also purchased Vogue Pattern 626, © 2003 at Joann Fabrics and Crafts.

I declare under the penalty of perjury that, to the best of my knowledge, information and belief, the foregoing is true and correct.


/s/ Pamela S. Chestek
Pamela S. Chestek

















