# EXHIBIT Y

# U. S. DEPARTMENT OF COMMERCE
CHARLES SAWYER, Secretary

### BUREAU OF FOREIGN AND DOMESTIC COMMERCE

Office of Industry and Commerce
H. B. McCoy, Director

IN COOPERATION WITH

NATIONAL BUREAU OF STANDARDS
A. V. ASTIN, DIRECTOR



For sale by the Superintendent of Documents, U. S. Government Printing Office
Washington 25, D. C.  •  Price 10 cents

---

Commercial Standard 185-52

# WOOL FELT

[Effective Date, February 2, 1952]

## 1. PURPOSE

1.1 The purpose of this commercial standard is to provide standards for wool felts for the guidance of producers, distributors, and users in order to eliminate confusion resulting from a diversity of types.

## 2. SCOPE

2.1 This standard is applicable to types of felt put up in roll form and suitable for mechanical use, known as mechanical roll felt; to sheet felts which are customarily fabricated individually from square batts of carded stock; and to roll felts for the apparel and decorative trades. The standard includes thicknesses and weights, with permissible tolerances, chemical and physical requirements, and methods of test. It does not include punched, woven, synthetically bonded, stitched, quilted, or paper felts, or other materials of felt-like appearance, which are products of entirely different construction.

## 3. DEFINITIONS

3.1 *Felt.*—Felt is a fabric built up by the interlocking of fibers by a suitable combination of mechanical work, chemical action, moisture and heat, without spinning, weaving, or knitting. It may consist of one or more classes of fibers: wool, reprocessed wool, and/or reused wool, with or without admixture with animal, vegetable, and synthetic fibers. Felt as defined here is commonly referred to as wool felt, and does not include punched, woven, synthetically bonded, stitched, quilted, or paper felts, or other materials of felt-like appearance, which are products of entirely different construction.

*Wool fiber.*—The term "wool" means the fiber from the fleece of ___e sheep or lamb, or hair of the angora or cashmere goat (and may include the so-called specialty fibers from the hair of the camel, alpaca, llama and vicuna) which has never been reclaimed from any woven or felted wool product.

3.3 *Reprocessed wool fiber.*[1]—The term "reprocessed wool" means the resulting fiber when wool has been woven or felted into a wool product, which, without ever having been utilized in any way by the ultimate consumer, subsequently has been made into a fibrous state.

3.4 *Reused wool fiber.*—The term "reused wool" means the resulting fiber when wool or reprocessed wool has been spun, woven, knitted, or felted into a wool product which, after having been used in any way by the ultimate consumer, subsequently has been made into a fibrous state.

---
[1] As defined in the Wool Products Labeling Act of 1939 (Public 850, 76th Congress).

3

# Commercial Standard 185-52

## WOOL FELT

A RECORDED VOLUNTARY STANDARD OF THE TRADE

### COMMODITY STANDARDS

Simplified Practice Recommendations and Commercial Standards are developed by manufacturers, distributors, and users in cooperation with the Commodity Standards Division of the Office of Industry and Commerce, Bureau of Foreign and Domestic Commerce, and with the National Bureau of Standards.

The purpose of Simplified Practice Recommendations is to eliminate avoidable waste through the establishment of standards of practice for stock sizes and varieties of specific commodities that currently are in general production and demand. The purpose of Commercial Standards is to establish standard methods of test, rating, certification, and labeling of commodities, and to provide uniform bases for fair competition.

The adoption and use of a Simplified Practice Recommendation or a Commercial Standard is voluntary. However, when reference to a Commercial Standard is made in contracts, labels, invoices, or advertising literature, the provisions of the standard are enforceable through usual legal channels as a part of the sales contract.

A Simplified Practice Recommendation or a Commercial Standard originates with the proponent industry. The sponsors may be manufacturers, distributors, or users of the specific product. One of these three elements of industry submits to the Commodity Standards Division the necessary data to be used as the basis for developing a standard of practice. The Division, by means of assembled conferences or letter referenda, or both, assists the sponsor group in arriving at a tentative standard of practice and thereafter re___ it to the other elements of the same industry for approval or for constructive c___n that will be helpful in making any necessary adjustments. The regular procedure of the Division assures continuous servicing of each effective Simplified Practice Recommendation and Commercial Standard, through review and revision, whenever, in the opinion of the industry, changing conditions warrant such action. Simplified Practice Recommendations and Commercial Standards are printed and made available by the Department of Commerce through the Government Printing Office and the Department of Commerce field offices.

**UNITED STATES DEPARTMENT OF COMMERCE**
Charles Sawyer, Secretary