# EXHIBIT Z

The Library of Congress    >> Go to Library of Congress Authorities

 **LIBRARY OF CONGRESS ONLINE CATALOG** 

[Help] [New Search] [Search History] [Headings List] [**Titles List**] [Request an Item] [Account Status] [Other Databases] [Start Over]

**DATABASE:** Library of Congress Online Catalog
**YOU SEARCHED:** Keyword Relevance Search = "wool felt"
**SEARCH RESULTS:** Displaying 1 through 4 of 4.

◀ Previous    Next ▶

Resort results by: Relevance

Add Limits to Search Results

| # | Relevance | Name: Main Author, Creator, etc. | Full Title | Date |
|---|---|---|---|---|
| ☐ [1] | ★★★★ | Eaton, Patti. | Blossoms in winter : 14 designs in wool-felt appliqué / Patti Eaton and Pamela Mostek. | 2002 |
| | | | SELECT TITLE FOR HOLDINGS INFORMATION | |
| ☐ [2] | ★★★★ | United States. National recovery administration. [from old catalog] | Code of fair competition for the wool felt manufacturing industry as approved on November 27, 1933 by President Roosevelt ... | 1933 |
| | | ACCESS: Jefferson or Adams Bldg General or Area Studies Reading Rms | | CALL NUMBER: HD3616.U452 W677 V appr. |
| ☐ [3] | ★★★★ | United States. Tariff commission. [from old catalog] | Wool-felt hat bodies. Report to the President under the provisions of section 3(e) of the National industrial recovery act. With appendix ... | 1935 |
| | | ACCESS: Jefferson or Adams Bldg General or Area Studies Reading Rms | | CALL NUMBER: HD9948.U6 A5 1934b |
| ☐ [4] | ★★★★ | United States Tariff Commission. | Wool-felt hat bodies and hats. Report to the President on the differences in costs of production of wool-felt hat bodies and hats in the United States in the principal competing country, as ascertained pursuant to the provisions of section 336 of title II | 1931 |
| | | ACCESS: Jefferson or Adams Bldg General or Area Studies Reading Rms | | CALL NUMBER: HF2651.H5503 A5 1931a |

[Clear Marked Records]    [Retain Marked Records]

◀ Previous    Next ▶

| Save, Print and Email (Help Page) | | |
|---|---|---|
| **Select Records** | **Select Format** | **Print or Save** |



Revise Search: _____    Select Type: Keyword *

25 records per page    [Search]  [Reset]

Help - Search - History - *Headings* - **Titles** - Request - Account - Databases - Exit

---



**The Library of Congress**
URL: http://www.loc.gov/
*Mailing Address:*
101 Independence Ave, S.E.
Washington, DC 20540

**Catalog/authority record errors?**
Use our Error Report Form
**Questions about searching?**
Ask a Librarian

Library of Congress Online Catalog
*URL*: http://catalog.loc.gov/
**Library of Congress Authorities**
*URL*: http://authorities.loc.gov/