# EXHIBIT AA

**USITC Publication 3653**

# HARMONIZED TARIFF SCHEDULE
*Of the United States (2004) - Supplement 1*

*Annotated for Statistical Reporting Purposes*

Please see the USITC website at www.usitc.gov for the latest tariff information and revisions to the Harmonized Tariff Schedule.

United States International Trade Commission
Washington, D.C. 20436

```
                            SECTION XI

                     TEXTILE AND TEXTILE ARTICLES

        Section Notes

Chapter  50  Silk

         51  Wool, fine or coarse animal hair; horsehair yarn and
             woven fabric

         52  Cotton

         53  Other vegetable textile fibers; paper yarn and woven fabric
              of paper yarn

         54  Man-made filaments

         55  Man-made staple fibers

         56  Wadding, felt and nonwovens; special yarns, twine,
             cordage, ropes and cables and articles thereof

         57  Carpets and other textile floor coverings

         58  Special woven fabrics; tufted textile fabrics; lace,
             tapestries; trimmings; embroidery

         59  Impregnated, coated, covered or laminated textile fabrics;
             textile articles of a kind suitable for industrial use

         60  Knitted or crocheted fabrics

         61  Articles of apparel and clothing accessories, knitted or
             crocheted

         62  Articles of apparel and clothing accessories, not knitted or
             crocheted

         63  Other made up textile articles; sets; worn clothing and worn
             textile articles; rags
```

SECTION XII

FOOTWEAR, HEADGEAR, UMBRELLAS, SUN UMBRELLAS,
WALKING STICKS, SEATSTICKS, WHIPS, RIDING-CROPS AND
PARTS THEREOF; PREPARED FEATHERS AND ARTICLES MADE
THEREWITH; ARTIFICIAL FLOWERS; ARTICLES OF HUMAN HAIR

Chapter 64  Footwear, gaiters and the like; parts of such articles

       65  Headgear and parts thereof

       66  Umbrellas, sun umbrellas, walking sticks, seatsticks, whips, riding-crops and parts thereof

       67  Prepared feathers and down and articles made of feathers or of down; artificial flowers; articles of human hair


SECTION XIII

ARTICLES OF STONE, PLASTER, CEMENT, ASBESTOS, MICA
OR SIMILAR MATERIALS; CERAMIC PRODUCTS;
GLASS AND GLASSWARE

Chapter 68  Articles of stone, plaster, cement, asbestos, mica or similar materials

       69  Ceramic products

       70  Glass and glassware


SECTION XIV

NATURAL OR CULTURED PEARLS, PRECIOUS OR SEMI-PRECIOUS
STONES, PRECIOUS METALS, METALS CLAD WITH PRECIOUS METAL
AND ARTICLES THEREOF; IMITATION JEWELRY; COIN

Chapter 71  Natural or cultured pearls, precious or semi-precious stones, precious metals, metals clad with precious metal and articles thereof; imitation jewelry; coin

CHAPTER 56

WADDING, FELT AND NONWOVENS; SPECIAL YARNS;
TWINE, CORDAGE, ROPES AND CABLES
AND ARTICLES THEREOF

Notes

1. This chapter does not cover:

   (a) Wadding, felt or nonwovens, impregnated, coated or covered with substances or preparations (for example, perfumes or cosmetics of chapter 33, soaps or detergents of heading 3401, polishes, creams or similar preparations of heading 3405, fabric softeners of heading 3809) where the textile material is present merely as a carrying medium;

   (b) Textile products of heading 5811;

   (c) Natural or artificial abrasive powder or grain, on a backing of felt or nonwovens (heading 6805);

   (d) Agglomerated or reconstituted mica, on a backing of felt or nonwovens (heading 6814); or

   (e) Metal foil on a backing of felt or nonwovens (section XV).

2. The term "felt" includes needleloom felt and fabrics consisting of a web of textile fibers the cohesion of which has been enhanced by a stitch-bonding process using fibers from the web itself.

3. Headings 5602 and 5603 cover respectively felt and nonwovens, impregnated, coated, covered or laminated with plastics or rubber whatever the nature of these materials (compact or cellular).

   Heading 5603 also includes nonwovens in which plastics or rubber forms the bonding substance.

   Headings 5602 and 5603 do not, however, cover:

   (a) Felt impregnated, coated, covered or laminated with plastics or rubber, containing 50 percent or less by weight of textile material or felt completely embedded in plastics or rubber (chapter 39 or 40);

   (b) Nonwovens, either completely embedded in plastics or rubber, or entirely coated or covered on both sides with such materials, provided that such coating or covering can be seen with the naked eye with no account being taken of any resulting change of color (chapter 39 or 40); or

   (c) Plates, sheets or strip of cellular plastics or cellular rubber combined with felt or nonwovens, where the textile material is present merely for reinforcing purposes (chapter 39 or 40).

4. Heading 5604 does not cover textile yarn, or strip or the like of heading 5404 or 5405, in which the impregnation, coating or covering cannot be seen with the naked eye (usually chapters 50 to 55); for the purpose of this provision, no account should be taken of any resulting change of color.

Additional U.S. Notes

1. The term "of wide nonfibrillated strip", as applied to twine, cordage, rope or cables of subheadings 5607.41.10 and 5607.49.10, embraces products which contain more than 65 percent by weight of nonfibrillated polyethylene or polypropylene strip (whether folded, twisted or crimped) measuring more than 25.4 mm in width in unfolded, untwisted and uncrimped condition.

2. Heading 5607 does not cover twine, cordage, rope or cables, of metal (section XV).

Statistical Note

1. The term "salmon gill netting, of nylon or other polyamides", as used in statistical reporting number 5608.19.1010, means fish netting, of nylon or other polyamide fibers, consisting of monofilament yarns measuring not more than 0.806 mm in maximum cross-sectional dimension or multifilament yarns measuring not more than 233 decitex, or a combination of the foregoing, of double- or triple-knot construction, colored, having a stretch mesh size of not less than 10.5 cm and not more than 21.6 cm.

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 5601 | | Wadding of textile materials and articles thereof; textile fibers, not exceeding 5 mm in length (flock), textile dust and mill neps: | | | | |
| 5601.10 | | Sanitary towels and tampons, diapers and diaper liners for babies and similar sanitary articles, of wadding: | | | | |
| 5601.10.10 | 00 | Of cotton (369) | kg | 3.6% | Free (CA,CL,IL,JO, MX,SG) | 40% |
| 5601.10.20 | 00 | Other (669) | kg | 6.3% | Free (CA,CL,E*,IL, JO,MX,SG) | 74% |
| | | Wadding; other articles of wadding: | | | | |
| 5601.21.00 | | Of cotton | | 3.6% | Free (B,CA,CL,IL, JO,MX,SG) | 40% |
| | 10 | Wadding, in the piece (223) | kg | | | |
| | 90 | Other (369) | kg | | | |
| 5601.22.00 | | Of man-made fibers | | 6.3% | Free (B,CA,CL,IL, JO,MX,SG) | 74% |
| | 10 | Wadding, in the piece (223) | kg | | | |
| | 90 | Other (669) | kg | | | |
| 5601.29.00 | | Other | | 4% | Free (B,CA,CL,E*, IL,J*,JO, MX,SG) | 40% |
| | 10 | Containing 85 percent or more by weight of silk or silk waste | kg | | | |
| | 20 | Of wool or fine animal hair (469) | kg | | | |
| | 90 | Other (899) | kg | | | |
| 5601.30.00 | 00 | Textile flock and dust and mill neps | kg | Free | | 25% |
| 5602 | | Felt, whether or not impregnated, coated, covered or laminated: | | | | |
| 5602.10 | | Needleloom felt and stitch-bonded fiber fabrics: | | | | |
| 5602.10.10 | 00 | Laminated fabrics (223) | kg | 12% | Free (CA,CL,IL, MX,SG) 2.7% (JO) | 83.5% |
| 5602.10.90 | | Other | | 10.6% | Free (B,CA,CL,IL, MX,SG) 2.2% (JO) | 74% |
| | 10 | Of wool or fine animal hair (414) | kg | | | |
| | 90 | Other (223) | kg | | | |
| | | Other felt, not impregnated, coated, covered or laminated: | | | | |
| 5602.21.00 | 00 | Of wool or fine animal hair (414) | kg | 49.5¢/kg + 7.5% | Free (B,CA,CL,IL, MX,SG) 11.2¢/kg + 1.7% (JO) | 88¢/kg + 40% |
| 5602.29.00 | 00 | Of other textile materials (223) | kg | 6.3% | Free (B,CA,CL,IL, JO,MX,SG) | 74% |
| 5602.90 | | Other: | | | | |
| 5602.90.30 | 00 | Laminated fabrics (223) | kg | Free | | 83.5% |
| | | Other: | | | | |
| 5602.90.60 | 00 | Of man-made fibers (223) | kg | 6.3% | Free (B,CA,CL,IL, JO,MX,SG) | 74% |
| 5602.90.90 | 00 | Other (414) | kg | 52.9¢/kg + 8% | Free (B,CA,CL,IL, MX,SG) 11.6¢/kg + 1.7% (JO) | 88¢/kg + 40% |

CHAPTER 64

FOOTWEAR, GAITERS AND THE LIKE; PARTS OF
SUCH ARTICLES

Notes

1. This chapter does not cover:

    (a) Disposable foot or shoe coverings of flimsy material (for example, paper, sheeting of plastics) without applied soles. These products are classified according to their constituent material;

    (b) Footwear of textile material, without an outer sole glued, sewn or otherwise affixed or applied to the upper (section XI);

    (c) Worn footwear of heading 6309;

    (d) Articles of asbestos (heading 6812);

    (e) Orthopedic footwear or other orthopedic appliances, or parts thereof (heading 9021) 1/; or

    (f) Toy footwear or skating boots with ice or roller skates attached; shin-guards or similar protective sportswear (chapter 95).

2. For the purposes of heading 6406, the term "parts" does not include pegs, protectors, eyelets, hooks, buckles, ornaments, braid, laces, pompons or other trimmings (which are to be classified in their appropriate headings) or buttons or other goods of heading 9606.

3. For the purposes of this chapter:

    (a) the terms "rubber" and "plastics" include woven fabrics or other textile products with an external layer of rubber or plastics being visible to the naked eye; for the purpose of this provision, no account should be taken of any resulting change of color; and

    (b) the term "leather" refers to the goods of headings 4107 and 4112 to 4114.

4. Subject to note 3 to this chapter:

    (a) The material of the upper shall be taken to be the constituent material having the greatest external surface area, no account being taken of accessories or reinforcements such as ankle patches, edging, ornamentation, buckles, tabs, eyelet stays or similar attachments;

    (b) The constituent material of the outer sole shall be taken to be the material having the greatest surface area in contact with the ground, no account being taken of accessories or reinforcements such as spikes, bars, nails, protectors or similar attachments.

Subheading Note

1. For the purposes of subheadings 6402.12, 6402.19, 6403.12, 6403.19 and 6404.11, the expression "sports footwear" applies only to:

    (a) Footwear which is designed for a sporting activity and has, or has provision for the attachment of spikes, sprigs, cleats, stops, clips, bars or the like;

    (b) Skating boots, ski-boots and cross-country ski footwear, snowboard boots, wrestling boots, boxing boots and cycling shoes.

Additional U.S. Notes

1. For the purposes of this chapter:

    (a) The term "welt footwear" means footwear constructed with a welt, which extends around the edge of the tread portion of the sole, and in which the welt and shoe upper are sewed to a lip on the surface of the insole, and the outsole of which is sewed or cemented to the welt;

    (b) The term "footwear for men, youths and boys" covers footwear of American youths' size 11-1/2 and larger for males, and does not include footwear commonly worn by both sexes.

2. For the purposes of this chapter, the term "tennis shoes, basketball shoes, gym shoes, training shoes and the like" covers athletic footwear other than sports footwear (as defined in subheading note 1 above), whether or not principally used for such athletic games or purposes.

1/ See heading 9817.64.01.

XII
64-2

3. For the purposes of heading 6401 "waterproof footwear" means footwear specified in the heading, designed to protect against penetration by water or other liquids, whether or not such footwear is primarily designed for such purposes.

4. Provisions of subheading 6406.10 for "formed uppers" cover uppers, with closed bottoms, which have been shaped by lasting, molding or otherwise but not by simply closing at the bottom.

Statistical Note

1. For the purposes of this chapter:

   (a) The expression "work footwear" encompasses, in addition to footwear having a metal toe-cap, specialized footwear for men or for women that:

   - has outer soles of rubber or plastics, and

   - is of a kind designed for use by persons employed in occupations, such as those related to the agricultural, construction, industrial, public safety and transportation sectors, that are not conducive to the use of casual, dress, or similar lightweight footwear, and

   - has special features to protect against hazards in the workplace (e.g., resistance to chemicals, compression, grease, oil, penetration, slippage, or static-buildup).

   Work footwear does not cover:

   - sports footwear, tennis shoes, basketball shoes, gym shoes, training shoes and the like;

   - footwear designed to be worn over other footwear;

   - footwear with open toes or open heels; or

   - footwear, except footwear of heading 6401, of the slip-on type or other footwear that is held to the foot without the use of laces or a combination of laces and hooks or other fasteners.

   (b) The term "footwear for men" covers footwear of American men's size 6 and larger for males, and does not include footwear commonly worn by both sexes;

   (c) The term "footwear for women" covers footwear of American women's size 4 and larger, whether for females or of types commonly worn by both sexes;

   (d) The term "house slippers" covers:

       (i) Footwear with outer soles not over 3.5 mm in thickness, consisting of cellular rubber, non-grain leather, or textile material; or

       (ii) Footwear with outer soles not over 2 mm in thickness consisting of polyvinyl chloride, whether or not backed; or

       (iii) Footwear which when measured at the ball of the foot has sole components (including any inner and mid-soles) with a combined thickness not over 8 mm as measured from the outer surface of the uppermost sole component to the bottom surface of the outer sole and which when measured in the same manner at the area of the heel has a thickness equal to or less than that at the ball of the foot.

| Heading/ Subheading | Stat. Suffix | Article Description | Unit of Quantity | Rates of Duty 1 General | Rates of Duty 1 Special | Rates of Duty 2 |
|---|---|---|---|---|---|---|
| 6405 | | Other footwear (con.): | | | | |
| 6405.20 | | With uppers of textile materials: | | | | |
| 6405.20.30 | | With uppers of vegetable fibers | | 7.5% | Free (CA,CL,D,IL, J+,JO,MX,R) 5.6% (SG) | 35% |
| | 30 | For men | prs. | | | |
| | 60 | For women | prs. | | | |
| | 90 | Other | prs. | | | |
| 6405.20.60 | | With soles and uppers of wool felt | | 2.5% | Free (CA,CL,IL,JO, MX,SG) | 35% |
| | 30 | For men (459) | prs. kg | | | |
| | 60 | For women (459) | prs. kg | | | |
| | 90 | Other (459) | prs. kg | | | |
| 6405.20.90 | | Other | | 12.5% | Free (CA,CL,D,IL, J+,MX,R) 2.5% (JO) 10.9% (SG) | 35% |
| | 15 | House slippers | prs. | | | |
| | | Other: | | | | |
| | 30 | For men | prs. | | | |
| | 60 | For women | prs. | | | |
| | 90 | Other | prs. | | | |
| 6405.90 | | Other: | | | | |
| 6405.90.20 | 00 | Disposable footwear, designed for one-time use | prs. | 3.8% | Free (A,CA,CL,E, IL,J,JO,MX,SG) | 35% |
| 6405.90.90 | 00 | Other | prs. | 12.5% | Free (CA,CL,D,IL, J+,MX,R) 2.5% (JO) 10.9% (SG) | 35% |
| 6406 | | Parts of footwear (including uppers whether or not attached to soles other than outer soles); removable insoles, heel cushions and similar articles; gaiters, leggings and similar articles, and parts thereof: | | | | |
| 6406.10 | | Uppers and parts thereof, other than stiffeners: | | | | |
| | | Formed uppers: | | | | |
| | | Of leather or composition leather: | | | | |
| 6406.10.05 | 00 | For men, youths and boys | prs. | 8.5% | Free (CA,CL,D,IL, J+,JO,MX,R) 6.3% (SG) | 20% |
| 6406.10.10 | 00 | For other persons | prs. | 10% | Free (CA,CL,D,IL, J+,JO,MX,R) 8.7% (SG) | 20% |
| | | Of textile materials: | | | | |
| 6406.10.20 | | Of which over 50 percent of the external surface area (including any leather accessories or reinforcements such as those mentioned in note 4(a) to this chapter) is leather | | 10.5% | Free (CA,CL,D,IL, J+,MX,R) 2.1% (JO) 9.1% (SG) | 20% |
| | 31 | For men | prs. | | | |
| | 61 | Other | prs. | | | |

# Harmonized Tariff Schedule of the United States (2004) -- Supplement 1
Annotated for Statistical Reporting Purposes

ALPHABETICAL INDEX

| Entry | Reference |
|---|---|
| EXPOSURE METERS | 9027.40 |
| EXTENSIONS AND PARTS | 8204.20 |
| EXTINGUISHERS | |
|     fire | 8424.10 |
| EXTRACT | |
|     malt | 1901.90 |
|     yeast | 2103.90 |
| EXTRACTING MACHINERY | |
|     for animal or fixed vegetable fats and oils | 8479.20 |
|     for earth, minerals or ores | 8430.31-69 |
| EXTRACTORS | |
|     domestic, electromechanical, fruit and vegetable juice extractors, with self-contained electric motor | 8509.40 |
| EXTRACTS | 13-1 |
|     and vegetable saps | 1302.11-19 |
|     coffee, tea, maté, or coffee substitutes | 2101.10-30 |
|     dyeing | 3203.00 |
|     meat, fish, or aquatic invertebrates | 1603.00 |
|     tanning | 3201.10-20 |
|     tobacco | 2403.10 |
| EXTRUDERS | |
|     for working rubber or plastics | 8477.20 |
| EXTRUDING MACHINES | |
|     for manmade textile materials | 8444.00 |
| EYE MAKE-UP PREPARATIONS | 3304.20 |
| EYEBROWS AND EYELASHES | |
|     of human or animal hair or of textile materials | 6704.19, 6704.20, 6704.90 |
| EYELASH BRUSHES | 9603 |
| EYELETS | 83-US1 |
|     of base metals | 8308.10 |
| EYES | 83-US1 |
|     artificial, for humans | 9021.30 |
|     of base metals | 8308.10 |
| FABRIC | |
|     of asbestos or asbestos-based mixtures | 6812.90 |
|     tire cord | 5902 |
| FABRICATED BUILDING COMPONENTS | |
|     of zinc | 7907.10 |
| FABRICS | |
|     chenille | 5801 |
|     gauze | 58-3, 5803 |
|     impregnated, coated, covered, or laminated | Ch. 59 |
|     knitted | 60-3 |
|     knitted, not of pile construction | 6002 |
|     knitted, of pile construction | 6001 |
|     narrow | 70-US7 |
|     narrow woven | 58-5, 5806 |
|     net | 5804.10 |
|     nonwoven | 5603 |
|     rubberized | 5906 |
|     tufted | 5802.30 |
|     tulles | 5804.10 |
|     woven | XI-S1(e-k) |
|     woven pile | 5801 |
|     woven, of artificial filament yarn | 5408 |
|     woven, of artificial staple fibers | 5516 |
|     woven, of coarse animal hair or of horsehair | 5113 |
|     woven, of cotton | 5208-5212 |
|     woven, of flax | 5309 |
|     woven, of jute | 5310 |
|     woven, of metal thread or metalized yarn | 5809 |
|     woven, of other vegetable fibers | 5311 |
|     woven, of paper yarn | 5311 |
|     woven, of silk or silk waste | 5007 |
|     woven, of synthetic filament yarn | 5407 |
|     woven, of synthetic staple fibers | 5512-5515 |
|     woven, of wool or fine animal hair | 5111, 5112 |
|     woven, terry | 5802 |
| FACIAL TISSUE STOCK PAPER | 4803.00 |
| FACIAL TISSUES | |
|     of paper or cellulose | 4818.20 |
| FACTICE DERIVED FROM OILS | 40-1 |
| FAIRGROUND AMUSEMENTS | 9508.90 |
| FAIRGROUND ORGANS | 9208.90 |
| FALSE BEARDS | |
|     of human or animal hair or of textile materials | 6704.19, 6704.20, 6704.90 |
| FANS | 8414.51, 8414.59 |
|     held by hand | 4823.90 |
| FARM WAGONS AND CARTS | |
|     not mechanically propelled | 8716.80 |
| FASTENERS | |
|     of plastics | 3926.90 |
|     press and snap | 9606 |
|     slide | 9607 |
| FATS | |
|     animal or vegetable | Ch. 15 |
|     cocoa butter | 1804.00 |
|     prepared edible | Ch. 15 |
|     See also names of specific fats; oils | |
| FATTY ACIDS | |
|     industrial monocarboxylic | 1518, 1519.11-19 |
| FATTY ALCOHOLS | |
|     industrial | 1518, 1519.30 |
| FATTY SUBSTANCES | |
|     surface-active agents | 3402.13 |
| FEATHER DUSTERS | 9603.90 |
| FEATHERS | 6701.00 |
|     sleeping bags of | 9404.30 |
|     for stuffing | 0505 |
| FELDSPAR | 2529.10 |
| FELT | 56-2, 56-3, 5602 |
|     impregnated, coated or covered with perfume or cosmetics | 33-3 |
|     impregnated, coated or covered with soap or detergent | 3401.11-19 |
|     of asbestos or asbestos-based mixtures | 6812.60 |
| FELT HAT MAKING MACHINERY | 8449.00 |
| FELT MANUFACTURE AND FINISHING MACHINERY | 8449.00 |
| FELT PAPER AND PAPERBOARD | 4805.50 |
| FELT TIPPED PENS | 9608.20 |
| FENCAMFAMIN (INN) | 2921.46 |
| FENCING | 39-11(e) |
|     of iron or steel | 7314.20-30 |
| FENDERS | |
|     boat or dock, of vulcanized rubber | 4016.94 |
| FENETYLLINE (INN) | 2939.51 |
| FENITROTHION | 2920.10 |
| FENNEL | 7-2 |
|     dried | 0712.90 |
|     seeds of | 0909.50 |
| FENPROPOREX (INN) | 2926.30 |
| FENTANYL (INN) | 2933.33 |
| FERRICYANIDES | |
|     pigments and preparations based on | 3206.43 |
| FERROALLOYS | 7202 |
|     classification | 72-S2 |
|     definition | 72-1(c) |
| FERROCERIUM | 3606.90 |
| FERROCHROMIUM | 7202.41-49 |
| FERROCYANIDES | |
|     pigments and preparations based on | 3206.43 |
| FERROMANGANESE | 7202.11-19 |
| FERROMOLYBDENUM | 7202.70 |
| FERRONICKEL | 7202.60 |
| FERRONIOBIUM | 7202.93 |
| FERROSILICON | 7202.21-29 |
| FERROSILICON CHROMIUM | 7202.50 |