# EXHIBIT BB



home | pay | register | sign in | services | site map

Start new search   Search
Advanced Search
Powered By IBM



Home > All Categories > **Search Results for 'wool felt'**

| | All Items | Auctions | Buy It Now | **Sign in** to see your customized search options |

wool felt   All Categories   Search   Advanced Search

☐ Search title **and** description

**Matching Categories**

**494** items found for **wool felt**   • Add to Favorites

**Clothing, Shoes & Accessories** (288)
- Women's Accessories, Handbags (112)
- Vintage (63)
- Men's Accessories (59)
- more ...

**Crafts** (122)
- Spinning (92)
- Fabric (14)
- Quilting (10)
- more ...

**Collectibles** (50)
- Holiday, Seasonal (19)
- Militaria (16)
- Historical Memorabilia (11)
- more ...

See all categories ...

List View | Picture Gallery   Sort by: Time: ending soonest   Customize Display

Compare | **Item Title** | **PayPal** | **Price** | **Bids** | **Time Left** ▲

| | LILLi! Vintage Emerald GREEn Wool Felt Rim Hat Italian | PayPal | $9.97 $25.97 Buy It Now | - | 5m |
| | BCBG $462 NWT FALL'S BEST CRYSTAL ROSE WOOL FELT coat S | PayPal | $52.00 | 13 | 7m |
| | VINTAGE LEWIS BLACK WOOL FELT HANDBAG PURSE | P | $3.99 $9.99 Buy It Now | - | 41m |
| | BCBG $462 NWT FALL'S BEST CRYSTAL ROSE WOOL FELT coat L | PayPal | $51.00 | 7 | 1h 17m |
| | BCBG $462 NWT FALL'S BEST CRYSTAL ROSE WOOL FELT coat M | PayPal | $66.00 | 11 | 1h 17m |
| | 1950's Green Wool Felt Derby Style Hat | PayPal | $3.99 | - | 1h 55m |
| | HOLLYWOOD 100% WOOL FELT FLOPPY- 4 COLORS! | PayPal | $14.99 Buy It Now | | 2h 01m |
| | COWBOY GAMBLER 100% WOOL FELT HAT- 7 COLORS! | PayPal | $12.99 Buy It Now | | 2h 02m |
| | Boy Scout Order of the Arrow OA Sash Wool Felt Replica | P | $81.00 | 9 | 2h 48m |

**Search Options**

Show only:
☐ Items listed with PayPal
☐ Buy It Now items
☐ 🎁 Gift items
☐ Items listed as lots
☐ Completed listings
☐ Listings
  Ending within
  1 hour
☐ Items priced
  to

Show Items

Customize options displayed above.

**More on eBay**

**Shop eBay Stores**

Blue Goose Glen(51)

- TheBuyItNowStore...(40)
- Pinkfarm(20)
- Cotton Confections/Knit... (14)

See all matching Stores

| | | Item | | Price | Bids | Time Left |
|---|---|---|---|---|---|---|
| ☐ | | VINTAGE LIKE NEW ARLIN 100% WOOL FELT BLACK BOWLER HAT | 📷 | $9.99 | 1 | 3h 02m |
| ☐ | | Gray wool felt and pink floral beaded purse--like new!! | 📷 | $4.99 | - | 3h 07m |
| ☐ | | NWT! BETMAR GAMBLER Hats/Hat BLACK Wool Felt NICE! | 📷 | $11.95 $17.95 | Buy It Now | 3h 10m |
| ☐ | | STEGMANN wool felt clogs sz. 6-new in box-retail $80! FREE SHIPPING WITH BUY IT NOW | 📷 | $39.99 | 1 | 4h 06m |
| ☐ | | NWT BCBG MAXAZRIA $380 SIENA WOOL FELT JACKET S | 📷 | $9.99 | 1 | 4h 27m |
| ☐ | | NWT BCBG MAXAZRIA $380 SIENA WOOL FELT JACKET M | 📷 | $9.99 | 1 | 4h 28m |
| ☐ | | NEW Black Wool Felt Newsboy Cabbie Hat Hats Cap | 📷 | $17.99 $24.99 | Buy It Now | 4h 39m |
| ☐ | | Vintage Women's Wool Felt Hat Very Chic | 📷 | $4.99 | - | 4h 47m |
| ☐ | | Pottery Barn Wool Felt Pillow Cover - Ivory | 📷 | $26.00 | 2 | 4h 52m |
| ☐ | | Pottery Barn Wool Felt Pillow Cover - Ivory | 📷 | $26.00 | 2 | 4h 52m |
| ☐ | | FUNKY RED FELT WOOL WOMANS HAT WITH BLACK RIM | 📷 | $1.99 | 1 | 5h 02m |
| ☐ | | 2 quilt fabric patterns - WOOL FELT ORNAMENTS | 📷 | $5.99 | - | 5h 16m |
| ☐ | | New Wool Felt Stingy Fedora Hat Size Medium | 📷 | $14.99 $17.95 | Buy It Now | 5h 16m |
| ☐ | | 2 quilt fabric patterns - WOOL FELT SNOWMAN SANTA | 📷 | $5.99 | - | 5h 19m |
| ☐ | | Vintage 30 40s Wool Felt Hat RHINESTONE Buckle Black | 📷 | $6.99 | - | 5h 26m |
| ☐ | | WOOL FELT BUTTON | 📷 | $22.00 | 4 | 5h 33m |

| | | Item | | Price | Bids | Time Left |
|---|---|---|---|---|---|---|
| ☐ | | SPATS SHOE COVER LEATHER OLD gr8 shAP | | | | |
| ☐ | | LK NEW Womens EDDIE BAUER Green Wool Felt Clogs 6-M | 🅿☑ | $9.99 | 1 | 5h 37m |
| ☐ | 📷 | Sienna Colonial Wool Top Spinning Fiber Roving Felt 4oz | 🅿☑ | $4.99 $5.25 | =Buy It Now | 6h 24m |
| ☐ | 📷 | Navy Merino Wool Top Spinning Fiber Roving Felt 4 oz | 🅿☑ | $5.99 $6.50 | =Buy It Now | 6h 26m |
| ☐ | | RALPH LAUREN BLACK LABEL WINTER RED WOOL FELT COAT 2 | 🅿☑ | $99.99 | - | 6h 37m |
| ☐ | | George W. Bollman Co Hat Doeskin Felt 100% Wool | 🅿☑ | $9.99 | - | 6h 49m |
| ☐ | | MENS DERBY HAT WOOL FELT GROSGRAIN DRESS HATS | 🅿☑ | $29.95 $34.95 | =Buy It Now | 6h 51m |
| ☐ | | MENS INDIANA JONES FEDORA HAT WOOL FELT DRESS HATS | 🅿☑ | $39.95 | - | 6h 51m |
| ☐ | | MENS WHITE DERBY HAT WOOL FELT GROSGRAIN DRESS HATS | 🅿☑ | $29.95 $34.95 | =Buy It Now | 6h 51m |
| ☐ | | MENS RED DERBY HAT WOOL FELT GROSGRAIN DRESS HATS | 🅿☑ | $29.95 $34.95 | =Buy It Now | 6h 51m |
| ☐ | | RED HAT SOCIETY LADIES LICENSED WOMENS WOOL FELT HATS 3 | 🅿☑ | $49.99 $54.99 | =Buy It Now | 6h 53m |
| ☐ | | RED HAT SOCIETY LADIES LICENSED WOMENS WOOL FELT HATS | 🅿☑ | $49.99 | 1 | 6h 53m |
| ☐ | | RED HAT SOCIETY LADIES LICENSED WOMENS WOOL FELT HATS | 🅿☑ | $29.99 $39.99 | =Buy It Now | 6h 53m |
| ☐ | | COWBOY HAT BLACK WOOL FELT CANYON WESTERN WEAR HATS | 🅿☑ | $39.95 $49.95 | =Buy It Now | 6h 54m |
| ☐ | | SEXY VINTAGE ~DOESKIN FELT~CAMEL BROWN WOOL HAT WINTER | 🅿☑ | $9.99 | - | 6h 54m |

| | | Item | | Price | Bids | Time Left |
|---|---|---|---|---|---|---|
| ☐ | 📷 | Black Merino Wool Top Spinning Fiber Roving Felt 4 oz | 𝓟☑ | $5.99 $6.50 | Buy It Now | 7h 24m |
| ☐ | 🖼 | Elegant Fall Winter Brimmed Hat BLACK Wool/Felt Mint | 𝓟 | $14.99 | - | 7h 45m |
| ☐ | 📷 | Sandalwood Merino Top Spinning Fiber Roving Felt Wool 4 | 𝓟☑ | $6.99 $7.50 | Buy It Now | 8h 15m |
| ☐ | 📷 | DarkGreenBlend Wool Spinning Fiber Roving Felt Spin 4oz | 𝓟☑ | $5.99 $6.50 | Buy It Now | 8h 30m |
| ☐ | 🖼 | bailey cowboy hat tucson 2x wool felt | 𝓟 | $45.00 | - | 8h 37m |
| ☐ | 📷 | VINTAGE HARRY POLLAK WIDE BRIM WOOL FELT LADIES HAT | 𝓟☑ | $9.99 $20.00 | Buy It Now | 8h 51m |
| ☐ | 🖼 | lot of 5 vintage hats - felt, velvet, wool, feathers | 𝓟 | $9.99 | 1 | 8h 52m |
| ☐ | 📷 | Wine Corriedale Wool Top Spinning Fiber Roving Felt 8oz | 𝓟☑ | $10.99 | Buy It Now | 10h 14m |
| ☐ | 📷 | Brown Corriedale Wool Top Spinning Fiber Roving Felt 8 | 𝓟☑ | $10.99 | Buy It Now | 10h 29m |
| ☐ | 📷 | BLOSSOMS IN WINTER ~ WOOL-FELT APPLIQUE ~ QUILTING | 𝓟☑ | $6.99 | Buy It Now | 11h 06m |
| ☐ | 🖼 | 10 Wool Millinery Felt Hoods/Cones Hat Block MIX BROWN | 𝓟 | $49.99 | Buy It Now | 13h 07m |

↳ [Compare]    Use the checkboxes and click the Compare button to compare items side-by-side.

**Page 1** of 10                                                                                      **Go to page**
⇐ Previous    **1** | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9    Next ➡                                          [Go]

**Some of the matching items found in other eBay areas**

- See additional Buy It Now items from eBay Store sellers. Learn more.
- See all items including those available from non-English speaking countries.

Note: Bid counts and amounts may be slightly out of date.
This page was last updated: Dec-06 13:06                eBay official time 13:07:38 PST



| | Shortcuts to My Favorites | Go to My eBay Favorites   |   About Favorites |

Sign in for shortcuts to your favorite searches, sellers, and categories.

About eBay | Announcements | Security Center | Policies | Site Map | Help

Copyright © 1995-2004 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.



eBay official time



**Sponsored Links**

- **Real Wool Felt**
  100% **Wool** & other blends **Felt** for every purpose
  www.thefeltpeople.com

- **74" Felt, $6.75/yd**
  15 colors to choose from at an amazing 74 inches wide!
  www.distinctivefabric.com

- **Wool Felt**
  Aff. Everything to do with **Wool Felt**.
  eBay.com

**Narrow your results**

Collectibles (105)
Outdoor Living (104)
Garden (104)
Clothing (65)
Hobbies & Crafts (49)
Home (20)
Toys & Games (19)
Shoes (16)
Sports & Fitness (11)
Gifts & Occasions (7)
Baby (2)
Travel (2)
Books (2)
Home Improvement (1)
Jewelry & Watches (1)

**See all SHOP.COM Categories**

**MORE TO EXPLORE**

**Need a Gift - FAST?**
eGifts are delivered at the speed of e-mail - give the gift of choice. Send an eGift

**Need A Gift ?**
Find the perfect gift for that special someone in The Gift Center

**Category Matches for "wool felt"**

**Collectibles: See all 105 matches for "wool felt"...**


**"Merry" Redwork Angel**
$19.95
from **ASpecial Place/Tender Heart Treasures**


**White Sox Pennant**
$34.95
from **Executive Sports Fan**

**Outdoor Living: See all 104 matches for "wool felt"...**


**White Sox Pennant**
$34.95
from **Executive Sports Fan**


**Syracuse University**
$34.95
from **Executive Sports Fan**

**Garden: See all 104 matches for "wool felt"...**


**White Sox Pennant**
$34.95
from **Executive Sports Fan**


**Syracuse University**
$34.95
from **Executive Sports Fan**

**Clothing: See all 65 matches for "wool felt"...**


**Bailey Switchback Wool-Felt Hat**
$49.99 **$39.99**
from **Luskey's/Ryons Western Wear**


**Bailey Bear Wool-Felt Hat**
$49.99 **$39.99**
from **Luskey's/Ryons Western Wear**

**Hobbies & Crafts: See all 49 matches for "wool felt"...**

**Wool Felt-Felt Swatch Card**

**12" X 12" Plant Dyed Wool Felt**

 $4.95

from **Magic Cabin - 2004**

 **Square**

$4.95

from **Magic Cabin - 2004**

### Home: See all 20 matches for "wool felt"...

 **Harvest Pumpkin Felt Runner**

$59.95 **$27.67**

from **Better Homes and Gardens**

 **Spider Penny Felt Rug**

$79.00

from **Frontgate - Outfitting America's Finest Homes**

### Toys & Games: See all 19 matches for "wool felt"...

 **Felted Treasure Basket Kit-Felted Treasure Basket Kit**

$6.99

from **HearthSong - 2004**

 **Felt Balls**

$8.95

from **Magic Cabin - 2004**



### Shoes: See all 16 matches for "wool felt"...

 **Men's Wool Velcro Slippers**

$34.95

from **The Vermont Country Store**

 **Women's Wool Velcro Slippers**

$34.95

from **The Vermont Country Store**

### Sports & Fitness: See all 11 matches for "wool felt"...

 **WILSON U.S. OPEN TENNIS BALLS, EXTRA DUTY-DZ. (4 TUBES OF 3 EACH)**

$17.94 **$14.95**

from **Cannon Sports - 2004**

 **WILSON U.S. OPEN TENNIS BALLS, EXTRA DUTY [CASE=72 BALLS]**

$105.30 **$87.75**

from **Cannon Sports - 2004**

### Gifts & Occasions: See all 7 matches for "wool felt"...

 **"Christmas on Main Street" Felt Rug**

$24.00

from **Frontgate -**

 **"Christmas Tree" Felt Rug**

$24.00

from **Frontgate - Outfitting**

|  | Outfitting America's Finest Homes | America's Finest Homes |
|---|---|---|

### Baby



**Felt Balls**
$8.95
from **Magic Cabin - 2004**



**Felt Ball-3piece Felt Balls Set**
$24.95
from **Magic Cabin - 2004**

### Travel



**Wool shoulder bag, 'Pink Bouquet'**
$21.94
from **Novica.com - Current**



**Wool shoulder bag, 'Lavender Bouquet'**
$27.95
from **Novica.com - Current**

### Books



**Four Seasons in Flannel**
$24.95
from **Herrschners**



**Felt Wee Folk-Felt Wee Folk Book**
$23.95
from **Magic Cabin - 2004**

### Home Improvement



**Santa Draft Stopper**
$19.95 **$7.99**
from **Plow & Hearth**

### Jewelry & Watches



**Fresh Felt Bracelet**
$9.95
from **Magic Cabin - 2004**

**DIDN'T FIND WHAT YOU WERE LOOKING FOR?**

**Related Searches:**    wool peacoats (10)    wool coat women (12)
white wool coat (4)    mens wool coat (6)    See all matching categories
See all matching Catalogs/Merchants

| Search For | Price Range | Product Category |
|---|---|---|

wool felt  $ ____ to $ ____  [Search]
(try being more specific, e.g. wool peacoats)   Search Tips

Become a Merchant        powered by Altura        Browse All Stores (A-Z)

**We're Here to Help**
- Where's My Stuff?
- Having Problems Signing In?
- Customer Service Help Desk
- Tell Us What You Think

**Shopping Services**
- Gift Center
- My Favorites
- Special Offers
- International Size Conversions
- International Shipping

**Shop With Confidence**
- Safe Shopping Guarantee
- Privacy Policy
- Customer Service
- About SHOP.COM

Home | Products | Stores | Gifts | Wish List | eGifts | View Shopping Cart | Your Account
Site Map | Help | International Shipping | Become a Merchant | Affiliate Program | Jobs | wwww.shop.com

© 1997-2004 Altura International. All other designated trademarks, copyrights and brands are the property of their respective owners. (ca03.4)

<img src="http://amos.shop.com/amos/tracking/tkns/cod