# EXHIBIT CC



# SANDRA BETZINA
HOST OF HGTV'S SEW PERFECT

# FABRIC SAVVY

The Essential Guide for Every Sewer



PUBLISHER
**JIM CHILDS**

ACQUISITIONS EDITOR
**JOLYNN GOWER**

EDITORIAL ASSISTANT
**SARAH COE**

EDITOR
**CAROLYN MANDARANO**

INDEXER
**LYNDA STANNARD**

DESIGNER
**MARY TERRIZZI**

LAYOUT ARTIST
**ROSALIE VACCARO**

PHOTOGRAPHER
**JACK DEUTSCH**

ILLUSTRATOR
**ROBERT LA POINTE**



The Taunton Press
Inspiration for hands-on living™

Text © 2002 by Sandra Betzina
Photographs © 2002 by The Taunton Press, Inc.
Illustrations © 2002 by The Taunton Press, Inc.

All rights reserved.

*Fabric Savvy* was originally published in hardcover in 1999 by The Taunton Press, Inc.

Distributed by Publishers Group West

The Taunton Press, Inc., 63 South Main Street, PO Box 5506, Newtown, CT 06470-5506
e-mail: tp@taunton.com

Library of Congress Cataloging-in-Publication Data

Betzina, Sandra.
    Fabric savvy : essential advice for every sewer / Sandra Betzina.
        p.   cm.
    Includes index.
    ISBN 1-56158-573-4
       1. Textile fabrics.  2. Dressmaking materials.  I. Title.
TT557.B48   1999                              98-44107
646'.11—dc21                                      CIP

Printed in the United States of America
10 9 8 7 6 5 4 3 2 1

and skirts. (Sew as leather; see p. 64.)

**DONEGAL TWEEDS**
A rather coarse, wrinkle-resistant multicolored wool most often used in men's sports jackets. (Sew as wool worsted; see p. 166.)

**DOTTED SWISS**
A sheer cotton or nylon fabric patterned with small dots that are woven in or glued on. Makes good summer blouses and curtains. (Sew as cotton batiste; see p. 26.)

**DRILL**
A strong, dense, medium- to heavy-weight cotton of twill weave. Used for uniforms, lining shoes, work clothes, and mattress ticking. (Sew as denim; see p. 38.)

**DUCHESSE SATIN**
A highly lustrous, smooth, very finely woven silk fabric. Used in bridal or evening wear where volume without bulk is desired. (Sew as satin; see p. 90.)

**DUCK**
A durable, plain-weave cotton that is flexible. Used for sails, tents, and awnings. (Sew as canvas; see p. 16.)

**EGYPTIAN COTTON**
A high-quality long staple cotton used in the finest sheets. (Sew as cotton shirting; see p. 32.)

**ENGLISH NET**
A cotton netting with a hexagonal weave that dyes well. Used in evening wear for sheer sections and as underlining in bodices. (Sew as tulle and net; see p. 136.)

**EYELET**
Cutouts with stitching outlining them on a base fabric of batiste, lawn, broadcloth, organdy, or pique used in summer blouses and children's dresses. (Sew according to base fabric.)

**FACILE**
A trademark of Skinner Co., this faux suede is lightweight and drapes better than Ultrasuede. (Sew as faux suede; see p. 44.)

**FAILLE**
A flat ribbed fabric with a light luster. Fabric has body but drapes and tailors well. Comes in a wide variety of colors. Makes beautiful spring suits and coats. (Sew as satin; see p. 90.)

**FELT**
A non-woven, matted material made from man-made fibers used in table covers and crafts. Hat felt contains animal fur. Wool felt is used as interfacing under highly embellished garment details to support weight. (Sew as wool melton; see p. 172.)

**FLAX**
Used to make linen. (Sew as linen; see p. 66.)

**FUJI SILK**
A lightweight, plain-weave silk used in blouses. (Sew as silk shantung; see p. 114.)

**FUKUSA**
A silk square used in Japan to wrap gifts. Can be combined in garments for beautiful effects. (Sew as rayon crepe; see p. 86.)

**GAUZE**
A fine, transparent, plain-weave fabric with open texture. (Sew as unstable knit; see p. 58.)

**GINGHAM**
A lightweight plain-weave fabric often woven in checks. Great for pattern pretests. (Sew as cotton shirting; see p. 32.)

**GORE-TEX**
A trademark of WL Gore and Assoc. Inc., this porous fabric repels water but allows body moisture to escape, making it comfortable for active outerwear. (Sew as waterproof breathables; see p. 152.)

**GROSGRAIN**
A closely woven ribbed ribbon made with a rayon warp. Must be preshrunk.

**HABUTAI**
A soft, lightweight plain-weave silk usually referred to as China silk. (Sew as China silk; see p. 22.)

**HANDKERCHIEF LINEN**
A plain weave of the lightest weight linen. Used for handkerchiefs, blouses, and bias binding. (Sew as cotton batiste; see p. 26.)

**HARRIS TWEED**
A woolen fabric hand-woven on the islands off the coast of Scotland. It is wrinkle resistant and often used in men's sport jackets. (Sew as wool worsted; see p. 166.)

**HOPSACKING**
A coarse, loosely woven fabric woven in hopsack or basket weave. Burlap is a very rough hopsack example. Cotton or linen hopsacking is more pliable and can be used in lightweight, loose coats. (Sew as linen; see p. 66.)

**JACONET**
A fine, sheer plain-weave cotton fabric used in children's summer clothing. (Sew as cotton batiste; see p. 26.)

**JACQUARD**
A weaving system that can produce woven designs of a large size.

**LAWN**
A finely woven, semi-crisp fabric woven in cotton or linen. It is primarily used in heirloom dresses, blouses, collars, and cuffs. Also makes great underlining. (Sew as cotton batiste; see p. 26.)

**LEATHERETTE**
A coated fabric that simulates leather. Used in upholstery. (Sew as vinyl; see p. 146.)

**LIBERTY**
A trademark of Liberty Ltd. England for hand-blocked floral prints in silk, rayon, cotton, and wool challis.

**LODEN CLOTH**
A thick, soft, oily green wool fabric that repels water and is typically seen in coatings. (Sew as wool melton; see p. 172.)

**MADRAS**
A fine cotton, hand loomed in the Madras region of India dyed with natural dyes. (Sew as cotton shirting; see p. 32.)

**MATELASSE**
A fabric with crepe and ordinary yarn interfaced in the warp. When the crepe yarn shrinks, it causes the ordinary yarn to pucker, creating raised patterns. Can be made in cotton, silk, or wool. (Sew as pleated fabric; see p. 80.)

**MERINO WOOL**
A very fine, dense wool from the merino sheep. Takes dye well. (Sew as wool flannel; see p. 166.)