# EXHIBIT DD

2 SPECIAL OFFERS! SEE INSIDE FOR DETAILS
CELEBRATING 25 YEARS
sew news
Creating for You and Your Home
5 Must-Try Techniques for the New Year
• Bleaching Denim
• Embossing
• Needle Felting
• Painting
• Stamping, Stenciling & Machine Embroidery
Home Dec How-tos:
• Roman Shades
• Painted Floral Place Setting
Lost Weight?
Pros & Cons of Downsizing Your Wardrobe
January 2005 • $5.99 US/$6.99 CAN
01
0 70989 30335 5
Visit at www.sewnews.com





Coming in February

## For You

- A Sheer Delight: Simple Chiffon Scarf
- Placketed Cuff Options

## For Your Home

- Bed Set Appliqué-tions

## Happy Anniversary!

- 25 Years of Sewing Notions

The
Spring 2005
SewNews
Fashion
Collection

### Your satisfaction is our top priority!

Do you have a question about your subscription or something in *Sew News*? Need extra copies of the magazine? We've put together this list of contact information to help you.

For information on products used in an article, refer to the SOURCE listing at the end of each story.

If you have A QUESTION FOR OUR EDITORS or if you're interested in submitting a project idea of your own, write: Editor, *Sew News* Magazine, 741 Corporate Circle, Ste. A, Golden, CO 80401, or e-mail sewnews@sewnews.com.

TO ORDER BACK ISSUES visit www.sewnshop.com or call (800) 590-3465 or (720) 836-1123. Each magazine is $5.99 plus shipping and applicable tax.

If you have a question ABOUT A SUBSCRIPTION or a change of address, please call (800) 289-6397, in Canada (386) 246-3406 or e-mail sewnews@palmcoastd.com.

SewNews

EDITORIAL/ART
www.sewnews.com
E-mail: sewnews@sewnews.com
Editor: Linda Turner Griepentrog
Senior Editor: Marla Stefanelli
Managing Editor: Sharon Riggs
Associate Editor: Laura Rintala
Editorial Assistant: Barbara Blum
Contributing Editors: Janet Klaer, Susan Voigt-Reising
Web Editor: Missy Shepler
Art Director: Mary Shaub
Senior Designer: Ann Inez Hardell
Designer: Jane Brunton
Art Intern: Erin Pedersen
Photographers: Mellisa Karlin Mahoney
Joe Hancock Studio

ADVERTISING
Publisher: Tina Battock (303) 273-1321
Associate Publisher: Mike Irish (309) 679-5302
Sr. Acct. Mgr./West: Sandy Griggs (309) 633-0224
Sr. Acct. Mgr./East: Wendy Thompson (607) 432-5740
Ad. Services Mgr.: Madalene Becker (303) 273-1337
Classified Ad. Sales: Marcia Hatcher (303) 273-1322

OPERATIONS
VP, Group CFO: Henry Donahue
VP, Group Publisher: David O'Neil
VP, Consumer Marketing: Bobbi Gutman
Asst. VP, Manufacturing: Greg Parnell
Circulation Marketing Director: Dena Spar
Promotions Director: Dana Smith
VP, Production: Craig Donado
Sr. Production Manager: Terry Boyer
Business Manager: Laurie Halvorsen

Primedia, Inc.
Chairman: Dean Nelson
President & CEO: Kelly Conlin
Vice Chairman: Beverly C. Chell

Primedia **Consumer Media & Magazine Group**
Exec. VP, Consumer Marketing/Circ.: Steve Aster
SR. VP, Chief Financial Officer: Kevin Neary
SR. VP, Mfg., Prod. & Distr.: Kevin Mullan
SVP/CIO, Information Technology: Debra C. Robinson
VP, Comptroller: Joe Lyons
VP, Single Copy Sales: Thomas L. Fogarty
VP, Manufacturing: Gregory Catsaros
VP, Marketing & Internet Operations: Dave Evans
VP, Business Development: Albert Messina
VP, Database/E-Commerce: Suti Prakrash
VP, Human Resources: Kathleen P. Malinowski

DEALER INQUIRIES WELCOME
Call Marie Woodson at
(800) 881-6634 ext. 1316 or (303) 273-1316
741 Corporate Circle, Ste. A, Golden, CO 80401

REPRINTS: Contact Wright's Reprints to purchase quality custom reprints or e-prints of articles appearing in this publication at (877) 652-5295 or (281) 419-5725 outside the U.S. and Canada.

PRINTED IN USA



# Needle Felting 101

JANE SWIGGUM

Although the precise origins of wool felting remain a mystery and the source of dispute, wool-felt articles found in Siberian tombs date back to 2000 BC.

**Wool roving:** washed and carded, but unspun wool fibers. Carding removes debris and aligns the fibers, preparing them for spinning.

FELT IS A NONRAVELING, NONWOVEN FABRIC made up of intertwined fibers. Folklore suggests that the Chinese discovered felt after padding horses with sheared wool prior to saddling. The animals' perspiration and movement matted the fibers together, resulting in a dense blanket.

Today, commercial producers use a bed of thousands of needles to create felt. Hand or needle felting involves poking unspun wool fibers, or *roving*, with a barbed needle to create the desired project.

To completely understand needle felting, first look at felting needles. There are many different styles; the most common have a three-sided shaft with at least two small barbs on each side **(1).** Poking wool fibers with these barbed needles agitates, or felts, the fibers together. Felting needles are extremely sharp and aren't recommended for use by children.

*As an avid seamstress whose fabric of choice is wool, I was drawn to needle felting by the artists at the Wisconsin Sheep Breeders fall show. These artists were creating elegant home and fashion accessories from hand-dyed wool roving, harvested from their own flocks. I couldn't wait to try it myself.*

~ Jane Swiggum

## Working With Felting Needles

**Work on a thick foam surface** larger than the project. The needle goes through the wool roving and into the foam ⅛" to ¼". Glue cardboard to recycled or scrap, 1"- to 3"-thick cushion foam, and work with the foam side up. The cardboard serves as a backing to prevent the needles from poking completely through the work surface. Or purchase a commercial foam work surface.

**Keep your eyes on the needle.** If distracted, look up and *stop poking!* When pausing, stick the needle into the foam work surface or a small piece of foam to protect it and prevent accidents.

**Felting needles are brittle** and break if bent. Keep 10 or so on hand in case you break one or more during a project. To store felting needles, cut a small square piece of corrugated cardboard and slide the needles into the tubes or columns.

**On larger projects,** use multiple needles to make the felting faster. If desired, purchase a wood holder into which the needles can be secured. Or make your own holder by inserting the heads of two to four needles into a cork or a firm sponge **(2).** A single needle can still be removed to use for detail work.

## Felting

There are four basic needle-felting techniques that use roving. Begin with about 2 ounces of roving and a package of 10 needles. Experiment with poking the fibers into the foam work surface.

**Lay wool roving** on the foam in a 3" to 4" area, taking care to overlap the

**1** Felting needles with three-sided shafts.

**2** Insert several needles into a holder when working on larger projects.

**tip:** Use experimental felt pieces as coasters. If a piece isn't thick enough, add more roving and continue poking, or glue two pieces together.

roving edges. Begin poking. You'll quickly see how the poking motion entangles (felts) the fibers. Some of the fibers are poked into the foam.

**Turn the wool over,** pulling the fibers from the foam, and continue poking. If you work from only one side, the wool is hard to remove from the work surface.

**Hold the felt** up to a light source to check for thin spots. Add more roving to any thin areas and felt in place.

**You can cut felted wool** into a desired shape, or shape the wool during the felting **(3)**.

## Four Basic Techniques

**Shallow poking:** Lightly poke the fiber ⅛" to ¼" into the work surface. Use this technique for making hats, scarves, appliqués, coasters or when felting roving to another fabric.

**Deep poking:** Push the needles 2" to 3" into the fiber. Use this technique to make decorator balls, and for the more-advanced sculpted dolls and animals.

**Seamless attachment** invisibly attaches an extraneous piece of felt to another piece, which is perfect for adding details. Felt the extraneous piece first, leaving a few loose fibers at the edges to secure it to the foundation piece. Holding a single needle *parallel to the work surface,* felt the loose fibers outward from the extraneous piece into the foundation piece until the attachment is in place, and the loose fibers are concealed. See the snowman's features on page 40.

**Contouring attachment:** Using a single needle, work perpendicular to the base, poking along the join to create a definite edge.

## Getting Started

Needle felting projects are limited only by your imagination. Begin by experimenting with simple projects. Practice using the needles, then build your techniques with each new project.

**Felt flat fabric** (shallow poking): Lay wool roving down on the foam work surface, taking care to overlap the roving edges. Poke the needle up and down all over the wool to felt. Flip the wool over. Fill in thin spots with extra roving, and continue poking. Cut the desired designs from the felted wool.

**Felt an appliqué** with a paper pattern (shallow poking): Make a pattern by tracing a shape onto a piece of paper. On the foam work surface, place enough wool roving to cover the design area. Place the pattern *over* the wool roving, and poke through the pattern along the design outline to make an indentation in the roving. Tear away the paper pattern.

Fold the wool outside the indentation toward the center of the design. Poke the felting needle into each fold a few times to hold it in place.

❸ Felt doesn't ravel and can be cut into any shape.



Shapes can be created by working over a Styrofoam base.

Then continue poking until the shape is flattened, adding more wool where the piece is thin. Turn the felt over, and continue poking from the other side until you have a flat appliqué of even thickness.

**Felt a design to another fabric** (shallow poking): Choose a knit or woven fabric, and mark the design outline on it with a fabric marker or outline stitching. Lay the fabric on the work surface, cover the marked area with wool roving, then poke roving through the fabric and ⅛" to ¼" into the foam work surface. Fibers poked into the work surface will hold the project in place.

Felt in more roving until the design is evenly felted. At this point, you can steam and mold the felted area if desired.

**Felt decorator balls** (shown above): Use either the deep- or shallow-poking technique for this home accessory. Wrap 1" to 3" Styrofoam balls with wool roving until the white is covered. Shallow- or deep-poke the wool until it's felted to the foam ball. Continue to add roving, in a variety of colors for interest, and poking until the desired size is reached.



# felting by machine

REBECCA KEMP BRENT

- As they have with so many traditional handcrafts, sewing machine manufacturers have adapted or created machines for needle felting. Industrial felting or punching machines laid the groundwork for felting in the home market—from Brother's Feltscaper, an attachment for the Personal Quilter machines, to Baby Lock's Embellisher, a freestanding, needle-felting machine.
- Unlike its hand-wrought sister, machine needle felting is primarily a two-dimensional craft. A multiple-needle assembly replaces the usual sewing machine needle, and the machine's motor drives the barbed needles rapidly through the materials. The needles aren't threaded, and the felting goes far more quickly than needle felting by hand.
- Create true wool felt on a needle-felting machine, or with a specialty attachment (available for some sewing machines), by felting roving to water-soluble stabilizer. When finished felting, wash the felt to remove the stabilizer and further lock the fibers together. The result is a lush felt that can be cut and assembled into other projects.
- Don't stop there. Experiment using the rapid needle motion to bond other fibers to create a variety of decorative effects.
- Punch wool roving into a base fabric. Choose a sturdy fabric such as denim or canvas that won't be destroyed by the needle punching, or felt the roving into a woven wool fabric. Punching a large amount of roving makes a heavy fabric resembling commercial felt, while adding small amounts of roving scattered over the background creates a wispy decoration.
- Felting a project right side up bonds the layers while leaving the roving or added fabric looking solid and intact. Felting with the wrong side up produces a softer, tufted right side. Felting equally from both side makes the project virtually the same on either face.
- Run the felting needles over an area several times to produce a reversible project of nearly uniform thickness.

Rebecca Kemp Brent is a freelance author, educator and designer specializing in machine needle arts, and she is a member of the Embroiderers' Guild of America. Her work has appeared in *Sew News, Creative Machine Embroidery* and in machine cross-stitch collections from Sudberry House.

## Snowman Ornament

Make a snowman family by felting various-size snowmen, each with his own hat and scarf color, then hang them for winter decorations.

**Wrap white wool** roving around your fingers to form a 2"- to 4"-diameter ball. Deep-poke all over, flattening the roving to a disk.

**Using black roving,** roll small pieces between your fingers to shape into balls, then poke until firm. Make seven to nine small pieces, two approximately ¼" diameter for the eyes, and five to seven slightly smaller ones for the mouth. Deep-poke the black pieces onto the face for eyes and mouth.

**In the same fashion,** roll orange roving into a carrot shape approximately ¾" long and ¼" wide at the wide

## ideas for machine felting

REBECCA KEMP BRENT

- Use the needle felter to join layers of felt for penny rugs and wool appliqué.
- Punch roving or yarn into a burlap base for a new twist on hooked rugs. Much like paint-by-number projects or printed-canvas needlepoint, preprinted burlap bases are available for rug felting.
- Use the felting machine to appliqué layers of nonraveling wool fleece. Use a light touch to avoid tearing the fabric, but be sure the appliqué is securely attached. To create a puffy-center appliqué, felt around the edges only.
- Accent machine-embroidered motifs. Skip the fill stitches in design areas such as Santa's beard, a sheep's fleece or a doll's hair. Position roving or wool fleece in the open design areas and needle-felt to secure.
- Lay a scrap of plaid, wool fabric on the wrong side of denim and felt the two together. As the wool fibers are driven through the denim, the plaid pattern shows up on the denim right side as a soft, fuzzy design.
- Felt wool yarn onto fleece to make a snowflake or scroll design, or felt the yarn along printed motifs to add dimensional texture to the design.
- Use heavy wool yarn in place of bias tape for a stained-glass quilt. Felt the yarn into the quilt along the seams.

end. Felt, leaving a few loose fibers at the wide end for attachment. Use the seamless-attachment technique to attach the loose fibers to the face.

**Gently lift up on the nose,** and use contouring attachment to felt the underside of the nose's wide end to the face.

**Cut the hat and scarf from wool** fabric remnants, or shape the pieces in roving and felt. Use fabric glue or sew the fabric hat and scarf in place. If adding these pieces in felt, shallow-poke the appliqués to attach.

**For the scarf,** cut a 1"x10" strip. Tie the two ends together in an overhand knot, and glue (or stitch) one edge to the lower edge of the snowman's face.

**For the hat,** cut a 3"x6" rectangle. Wrap it around the head to fit, and stitch or glue the short edges together on the back of the snowman head. Cut a ¼"-wide strip long enough to tie, and tie around the hat to create the tuft.

Purchase ready-made wool garments or accessories and personalize with felted, wool-yarn monograms or simple motifs.

Teaching sewing and related crafts to all ages for the past 25 years has been a passion for Jane Swiggum. An Instructional Education Paraprofessional (IEP) for the School District of Monroe, WI, she's taught numerous workshops, and she served as the Wisconsin State Director for the Make-It-Yourself-With-Wool contest.

### sources

**Rainbow Fleece Farm,** Dept. SN, W7181 Hustad Valley Rd., New Glarus, WI 53574, (608) 527-5311, carries hand-dyed wool roving and felting needles.

**FeltCrafts.com,** (800) 450-2723, carries books, videos and felting kits.