# EXHIBIT EE



# *the* Weekend Crafter®

# Feltmaking

## Fabulous Wearables, Jewelry & Home Accents

### CHAD ALICE HAGEN

# *the Weekend Crafter®*

# Feltmaking

## Fabulous Wearables, Jewelry & Home Accents



**CHAD ALICE HAGEN**



LARK BOOKS
A Division of Sterling Publishing Co., Inc.
NEW YORK

EDITOR:
MARTHE LE VAN

ART DIRECTOR:
SUSAN MCBRIDE

PHOTOGRAPHY:
EVAN BRACKEN

COVER DESIGNER:
BARBARA ZARETSKY

ILLUSTRATIONS:
ORRIN LUNDGREN

ASSISTANT EDITOR:
VERONIKA ALICE GUNTER

SPECIAL PHOTOGRAPHY:
BETH BEEDE

Library of Congress Cataloging-in-Publication Data

Hagen, Chad Alice.
    Feltmaking : fabulous wearables, jewelry, & home accents / Chad Alice Hagen.
       p. cm. -- (The weekend crafter)
    ISBN 1-57990-252-9 (pbk.)
      1. Felting. 2. Felt work. I. Title. II. Series.

TT849.5 .H34 2002
746'.0463--cd21

2002066135

10 9 8 7 6 5 4 3 2

Published by Lark Books, a division of
Sterling Publishing Co., Inc.
387 Park Avenue South, New York, N.Y. 10016

© 2002, Chad Alice Hagen

Distributed in Canada by Sterling Publishing,
c/o Canadian Manda Group, One Atlantic Ave., Suite 105
Toronto, Ontario, Canada M6K 3E7

Distributed in the U.K. by Guild of Master Craftsman Publications Ltd., Castle Place,
166 High Street, Lewes, East Sussex, England
BN7 1XU
Tel: (+ 44) 1273 477374, Fax: (+ 44) 1273 478606, Email: pubs@thegmcgroup.com,
Web: www.gmcpublications.com

Distributed in Australia by Capricorn Link (Australia) Pty Ltd.,
P.O. Box 704, Windsor, NSW 2756 Australia

The written instructions, photographs, designs, patterns, and projects in this volume
are intended for the personal use of the reader and may be reproduced for that
purpose only. Any other use, especially commercial use, is forbidden under law
without written permission of the copyright holder.

Every effort has been made to ensure that all the information in this book is
accurate. However, due to differing conditions, tools, and individual skills, the
publisher cannot be responsible for any injuries, losses, and other damages that may
result from the use of the information in this book.

A Note About Suppliers
Usually, the supplies you need for making the projects in Lark books can be found at
your local craft supply store, discount mart, home improvement center, or retail
shop relevant to the topic of the book. Occasionally, however, you may need to buy
materials or tools from specialty suppliers. In order to provide you with the most
up-to-date information, we have created a listing of suppliers on our Web site, which
we update on a regular basis. Visit us at www.larkbooks.com, click on "Craft Supply
Sources," and then click on the relevant topic. You will find numerous companies
listed with their web address and/or mailing address and phone number.

If you have questions or comments about this book, please contact:
Lark Books
67 Broadway
Asheville, NC 28801
(828) 253-0467

Printed in China

All rights reserved

ISBN 1-57990-252-9










# CONTENTS

Introduction ................................................................. 6

A Short History of Felt ................................................. 7

Materials ..................................................................... 9

Tools ......................................................................... 16

Techniques ............................................................... 18

Spiraling Bracelet ..................................................... 32

Wandering Path Chair Pad ...................................... 34

"Roll, Snake, Roll!" .................................................. 36

The Perfect Little Bag .............................................. 38

The Amazing Felted Door Stop ............................... 40

Twist Bracelets ........................................................ 42

Pocket Bears ........................................................... 44

Here, Kitty, Kitty ....................................................... 46

Miracle Bead Necklace ............................................ 48

Marvelous Mittens ................................................... 51

Coffee Cozy ............................................................. 54

Fuzzy Pumpkin Throw ............................................. 57

Journal Cover .......................................................... 60

Sweet Snuggle Slippers .......................................... 63

Hugs and Kisses Beret ............................................ 66

Double Puzzle Table Runner ................................... 69

Airy Fairy Scarf ........................................................ 72

Hand-Quilted Pillow ................................................. 74

Acknowledgments ................................................... 77

About the Author ..................................................... 77

Templates ................................................................ 78

Index ........................................................................ 80

# INTRODUCTION

Welcome to the ancient craft of making felt from wool. If you haven't tried to make felt before, you're in for a delightful, magical time. If you're an advanced felter, or a beginner wanting to learn more, each of these projects will add to your skills.

Feltmaking is about simplicity and discovery. All you need is wool, water, soap, and some form of agitation, such as rubbing with your hands, to produce a solid and unique piece of fabric. As you continue to explore feltmaking, you'll discover that differing breeds and ages of sheep produce different types of wool. The temperature of the water, variety of soap, and how the wet wool is rubbed—all can change the shape, thickness, and density of the felt. As you can see by these variables, a whole world of possibilities awaits you, the patient explorer.

Felting materials and techniques have come to us through more than 2,600 years of feltmaking. Today, we're making felt almost in the same fashion that it has been made since before the 6th century B.C. There is something enchanting about this long tradition of feltmaking. We feel as if we are never truly alone—we're in partnership with the sheep, the shepherds, the current generation of feltmakers around the world, and the feltmakers throughout all of history.

I designed the projects in this book to acquaint you with a variety of different ways to make felt. I hope



**Chad Alice Hagen**. *Histories R Felt Undercasement, 1989*. 53 x 81 inches (134.6 x 205.7 cm). Hand-felted wool. Photo by Gerald Sedgewick.

you'll enjoy creating these projects and eventually will develop your own. There are really no right or wrong ways to make felt; it's simply that some felts will turn out more successful than others. Every project, each new fleece, even a different soap teaches you something new. Amazingly, every felter felts a different way, forming her own special method to create her particular type of felt. This will also happen to you as long as you maintain an awareness of what the wool is doing beneath your hands and remain persistent in your exploration.

I discovered the world of handmade felt in 1979, and I became a full time feltmaker and artist in 1982.

My time is divided between teaching feltmaking, producing a line of felt wearables, and creating large felt artworks for corporate and private collections.

Why do I felt? I absolutely love how wool absorbs and holds color. Wool can whisper faint hints of tonalities or be totally drenched and dripping with color. I love the smell and feel of wool, wet or dry, and how easily an idea can take a solid, felted shape. I teach extensively to show students the ease and flexibility of handmade felt, and how learning to make felt enriches one's artistic life. I hope you, like me and countless others around the world, become intrigued with hand-felted wool.

# A SHORT HISTORY OF FELT



**Chad Alice Hagen.** *Driveway Collection 3, 2000.* 54 x 16 inches (137.2 x 40.6 cm). Hand-felted wool, wrapped limestone, mica. Photo by Tim Barnwell.

**Chad Alice Hagen.** *Driveway Collection 3, detail.* Photo by Tim Barnwell.

When asked if they know anything about felt, most people remember the felt craft squares they used in elementary school. However, handmade and commercially made felt can be found all around us. Wool felt's unique properties of sound and thermal insulation, absorption, and resiliency have lent themselves to thousands of uses in the modern and ancient world, such as clothing, furnishing, decorative items, and even homes.

What is felt? Felt is made from sheep wool. The wool, a renewable resource, is clipped off the sheep. If you take a small handful of the wool, soak it in soapy water, and roll it between your hands, in a few minutes you may have a felted ball. It can be that simple. But as you learn about wools from different sheep and experiment with various felting methods, you'll discover how versatile felted wool is to work with. You can make flat felt, cut



Mongolian women "quilting" a design through thick layers of a felt rug. Photo by Beth Beede.



Mongolian woman pulling, rolling, and felting wool to make boots. Photo by Beth Beede.

it up, and sew it into clothing and artwork. If you place a sheet of plastic between layers of wool, you can make seamless bags, hats, or boots. Thick, huge sheets of felt can be placed over a stick framework and made into an extremely comfortable winter home. The possibilities of felt are endless.

Because it doesn't require complicated tools or machinery, hand-felted wool probably predates weaving and spinning. There are tall tales about Noah discovering wool felt on the floor of the ark. Most likely, however, early sheep and goat herders developed the ability to make felt after observing the matting of fleece on sheep skins when worn on their bodies as clothing.

Some of the oldest felt remnants found have been dated to Neolithic people (6500–6300 B.C.) in Turkey. Early Bronze Age (2000–800 B.C.) felt caps have been found in Denmark and Germany. The most exciting examples of a highly evolved feltmaking technology date from the 7th to the 2nd century B.C. Pieces of felt were preserved in frozen burial tombs in the Altai Mountains in Siberia. Many of those examples can be seen in the Hermitage Museum in St. Petersburg, Russia. In 1979, some of these felted items were exhibited at the British Museum, inspiring many to try their hand at this ancient art.

Nomadic sheep-herding peoples continue their feltmaking traditions to this day. Hand-felted coats and rugs, among other items, were not only a necessity in cold, windy climates, but were also developed into economic livelihoods. Beautiful felted rugs still can be found in many Middle Eastern and Central Asian markets. In the cold Scandinavian north countries, nothing was better than hand-felted clothing and boots for protection from cold winters and snowy seas. Hand-felted baby clothing and diapers are still being made and worn. Distinctive hand-felted hats were developed over time to identify various ethnic groups throughout Eastern Europe and Asia.

Contemporary textile artists in Europe and America have been exploring feltmaking since the late 1960s. Feltmaking as a historic textile process was included in most textile history classes. A few feltmaking pioneers such as Carole Beadle, Joan Livingstone, and Barbara Setsu Pickett were experimenting in the early 1970s.

In 1975 the exhibit *From the Lands of the Scythians—Ancient Treasure from the Museums of the USSR* traveled through North America. Included with the striking examples of Scythian gold work were many pieces of the Hermitage Museum's ancient felt from the Pazirik Tombs. This exhibit brought feltmaking to the attention of many people, inspiring textile artists to start exploring the historic technique, creating a modern revival of the feltmaking art.

As enthusiasm for feltmaking grew, important books were written on the subject, and more exhibitions of contemporary and traditional feltmaking were mounted. By 1994, numerous contemporary felt exhibitions had been held in the United States and in Europe, bringing the work of international feltmakers to a greater number of viewers and artists. International conferences on feltmaking flourished and continue today as a vital forum where information and techniques are exchanged. Participating textile artists return home to share their knowledge and increase interest in feltmaking.

Feltmakers have enlisted modern technology for their ancient craft by organizing and publishing informational newsletters. Feltmakers also have an Internet e-mail listserv where both beginning and professional feltmakers can ask questions, share ideas, and form regional meetings. The ancient feltmaking tradition continues to flourish today, thanks to the dedicated teaching of accomplished feltmakers and their passionate desire to share their craft.

# MATERIALS

*As a feltmaker, you won't be investing a lot of money in tools and materials. All you need to create felt are three basic supplies: wool, soap, and water.*

## Wool

Freshly sheared wool is coated with oils and sheep sweat, and may contain bits of dirt, straw, and grass. Commercial wool processors first wash the wool to remove the oil (converting it to lanolin), and then treat the wool to remove most of the straw and grasses. The wool is next run through a carding machine that has several rollers covered with short wires. The machine combs the wool fibers so they all lie parallel to each other. The wool is then removed from the carder in either a thick rope called a *sliver* or a *roving*, or in wide, thin sheets that are stacked on top of each other and called a wool *batt*.



Wool batt (left) and wool sliver (right)

It's important to choose the right wool for your projects. Although other ingredients are essential—soap helps the wool felt because it can lower the pH of the wool; hot water makes the wool fiber contract and stretch; and hard agitation can help make a dense felt—choosing the right wool is at the heart of a successful felt project.

How does one start finding the right wool to felt? It's useful to understand why wool felts, and how the scales, crimp, and thickness of the fibers give each fleece its unique character. Knowing this can help you decide what wool is best for a particular project.

### THE SCALES

Each wool fiber is covered with overlapping *scales*. This is the particular quality of wool that gives it the ability to felt. The scales are attached only at their lower end, and the top of the scales point toward the tip of the wool fiber as shown in figure 1. When water is absorbed into the wool, the fibers swell up, causing the scales to open outward much like an open pinecone. When the wet wool is pressed or rubbed, the pressure on the open scales causes the fiber to move toward



Figure 1

its root end. Repeated pressure and rubbing moves the fibers closer and closer together, forming a densely entangled mass. The felt appears to shrink, but the fiber actually is becoming more tangled.

## THE CRIMP

*Crimp* refers to the curl of the wool fiber. The size and amount of crimp is determined by the breed and sometimes the age of the sheep. The wool crimp is created by two types of cells in the cortex of the wool fiber—the ortho-cortex cells and the para-cortex cells (see figure 2). These two cell types are arranged in different shapes and amounts depending on the sheep breed. The ortho-cortex cells are found on the outside of the crimp curl and easily absorb water. The para-cortex cells, found on the inside of the curl, don't absorb as much water. When the wool fiber is soaked with soap and water, the ortho-cortex cells absorb more moisture and swell, extending lengthwise in a corkscrew shape. This lengthening and contracting of the cortex cells help the wool fiber to move, entangle, and felt.


Wool with different crimp sizes

## THICKNESS OF THE FIBER

The thickness of the wool fiber also determines how well it will felt and for what projects it is best suited. Long wool fibers with thick diameters are less flexible, but these longer fibers are able to entangle with more fibers and produce a strong, stiff felt. This type of wool can be excellent for durable projects such as rugs and chair cushions. Fine wool fibers have thin diameters and can be packed densely together when felted. Fine wool fibers make smooth, lightweight, and drapable felt.

The amount of crimp, size of scale, and thickness of the wool fiber are all related. Very curly wool has more crimp in the fiber which means the scales are smaller, and the wool is finer, giving a matte appearance. Coarse, thicker fibers have larger, loose curls. These fibers are covered with large flat scales which reflect a great deal of light, giving a glossy sheen.


Figure 2
Para-cortex cells
Ortho-cortex cells


Wool with different fiber thicknesses

## CHOOSING THE RIGHT WOOL FOR THE PROJECT

The focus of this book is to provide an introduction to feltmaking through interesting felted projects that can be completed in a weekend or less. Merino or Pelssau/Gotland wools are recommended for each of the projects, so you won't have to sample the shrinkage and felting ability of different wools. I chose these two wools based on their distinctive qualities, and, most importantly, their ease of felting. However, once your interest is captured by the magic of felting, you may want to experiment with other wools.

Merino wool comes primarily from Australia, although there are many American Merino growers as well. Merino is the finest wool you can find. People who experience contact dermatitis as a result of wearing wool can usually wear Merino wool. Merino is perfect for most wearables, such as scarves, hats, mittens, and slippers. Merino doesn't work very well for objects that will be subjected to heavy use, such as a rug. Merino is also very useful for decorative parts of projects such as prefelt. Merino shrinks about 45 percent during the felting process.

Scandinavian Pelssau/Gotland wool is very fast felting. I'm using a 50 percent Pelssau/Gotland and a 50 Norwegian long wool blend. Pelssau/Gotland wool blend comes in a rectangular batt composed of carded wool layers. This is a wonderful wool for projects that need strength and durability, such as chair cushions and rugs. I also like to use it for stuffed animals, doorstops, and paperweights. Pelssau/Gotland wool shrinks about 40 percent while being felted.



Merino wool slivers