# EXHIBIT FF

Case 3:04-cv-30078-MAP     Document 34-19     Filed 12/10/2004     Page 1 of 2

**vogue accessori**

ONE SIZE / UNE SEULE TAILLE

0 31664 38097 9




# 626

U.S.A. $16.95    CAN. $22.50    ● BLUE

**VINTAGE HATS:** Package includes patterns and instructions to make hats based on styles from the 1930's and 1940's. Hats C and E have contrast sections. All hats are one size fits most.
**NOTIONS:** Views A,B,C,D,E: ¾ yd(0.7m) of ¾"(2cm) Grosgrain Ribbon and Heavy Thread. Also for A: ⅝ yd(0.6m) of ¼"(6mm) Elastic. Also for B,C,D,E: 19 ga.(1.06mm) Millinery Wire and Wire Cutters. Also for E: One Cotton Ball.
**FABRICS:** Wool and Wool Blends Felt. Unsuitable for obvious diagonals, plaids or stripes. Use nap yardages/layouts for pile, shaded or one-way design fabrics. *With nap **w/o nap.

| SIZE | OS |
|---|---|
| Fabric widths given in inches. | |
| HAT A  72" | ⅜ |
| HAT B  72" | ⅜ |
| HAT C  72" | ¼ |
| CONTRAST C (Right Brim) 72" | ¼ |
| HAT D  72" | ⅜ |
| HAT E (Brim & Leaves) 72" | ⅜ |
| CONTRAST #1 E (Crown & Tendrils) 72" | ⅜ |
| CONTRAST #2 E (Flower) Fabric Remnant - 4½" x 9"(12cm x 23cm) | |
| CONTRAST #3 E (Flower Center) Fabric Remnant - 4½" x 2"(12cm x 5cm) | |

**CHAPEAUX D'ÉPOQUE:** Le paquet comprend les patrons et les instructions pour faire des chapeaux à la mode des années 1930 et 1940. Les chapeaux C et E ont des pièces en contraste. Tous les chapeaux sont taille unique.
**MERCERIE:** Modèles A,B,C,D,E: 0.7m de Ruban grosgrain (2cm) et Fil résistant. Plus pour A: 0.6m d'Elastique (6mm). Plus pour B,C,D,E: Fil métallique pour chapellerie féminine #19 (1.06mm) et Cisaille. Plus pour E: 1 Boule de Coton.
**TISSUS:** Laine et Lainages. Feutre. Rayures/grandes diagonales/écossais ne conviennent pas. Compte non tenu des raccords de rayures/carreaux. *"avec sens." **"sans sens.

| TAILLE | UNIQUE |
|---|---|
| Largeurs des tissus données en centimètres. | |
| CHAPEAU A  180" | 0.40 |
| CHAPEAU B  180" | 0.40 |
| CHAPEAU C  180" | 0.30 |
| CONTRASTE C (Bord de chapeau Droit) 180" | 0.30 |
| CHAPEAU D  180" | 0.40 |
| CHAPEAU E (Bord de chapeau & Feuilles) 180" | 0.40 |
| CONTRASTE #1 E (Fond & Cirres) 180" | |
| CONTRASTE #2 E (Fleur) Coupon de Tissu - 12cm x 23cm | |
| CONTRASTE #3 E (Milieu de la Fleur) Coupon de Tissu - 12cm x 5cm | |




● PRINTED IN U.S.A. ALL RIGHTS RESERVED. SOLD FOR INDIVIDUAL HOME USE ONLY AND NOT FOR COMMERCIAL OR MANUFACTURING PURPOSE/RESERVÉ À UN USAGE PERSONEL.

VOGUE PTTERN, 11 PENN PLAZA, NEW YORK 10001 © 2003 The McCall Pattern Co. ● www.voguepattern.com