# EXHIBIT GG

**Central** | **Shippee**

*felt, fabric & fixtures*

**Home** | **Free Colorcards** | **Contact Us**

1.800.631.8968     

**PRODUCTS**
- felt
- decorative fabrics
- exhibit fabrics
- tables
- tablecloths
- banners
- screenprinting
- all products

**COLORCARDS**

**MARKETS**
- display
- exhibit
- manufacturing
- crafts & wholesale

# FELTS

Felt has been our business for more than 70 years. Our customers have affectionately nicknamed us "The Felt People".
Let us help you find the best FELT for your applications.

## SYNTHETIC FELTS

All the features of Real Wool Felt at an affordable price.



**DURAFELT**
11 oz., 72" wide, 48 colors. Our most popular synthetic felt.

Durafelt



**DURATHICK**
Heavyweight and Thicker. 18 oz. and 24 oz. 54" wide

Durathick



**DURASTIFF**
Pennants, hats, novelty. 11 oz., 36" wide, 8 colors.

Durastiff



**PSA DURAFELT**
Adhesive backed. 11 oz., 36" wide, 8 colors. Peel and stick.

PSA Durafelt

## PROTECTIVE PACKAGING FELTS



1/8" Thick Plain    1/4" Thick PSA

**CUSHIONAIR**
Special protective packaging available in 36" wide yardgoods in either 1/8" or 1/4" thickness. Ribbon from 1/2" to 36" widths. Choice of Plain or PSA. 100% Polyester



**INDUSTRIAL PAD FELTS**
A wide variety of industrial pad felts for diverse purposes in thicknesses to 1". Call us for your special needs.

## WOOL FELTS

Nothing beats the performance of traditional wool felt. Central Shippee maintains the largest and most diverse stock of wool felt in hundreds of colors. Available from stock.



**STAR/CRAFT FELT**
Regular weight. Wool/Rayon Blend. 9 oz. 72" wide. Stocked in 25 colors.
Our most popular wool felt.

Star/Craft

**PSA CRAFT FELT**
Adhesive backed regular weight. Wool/Rayon Blend. 9 oz. 36" wide. Peel and stick.

PSA Craft Felt

**FLAMEPROOF FELT**
The perfect felt for public areas whree fire safety is a concern. Wool/Rayon Blend. 10 oz., 72" wide. 20 popular colors.

Flameproof



**SHOW/MEAD FELT**
Heavy weight. Soft, deep, smooth finish. Wool/Rayon Blend. 12 oz., 72" wide. Ideal for jobs where a heavier weight felt is required.

Show/Mead Felt



**CAREWIN**
70% Wool, 30% Rayon. 14 oz., 72" wide. Real heavy weight construction with the choice of 20 colors.

Carewin



**T2**
100% Wool. 13 oz., 60" wide. The finest blend of wools used.

T2



**TEMPORA**
100% Wool. 16 oz., 60" wide. 20 stock colors. Our very best wool felt.

Tempora



**WILLI-CLOTH**
Wool/Nylon woven blend, 20 oz., 62" wide. Billiard Cloth. Won't pill or run.

Willi-Cloth

Click here to Contact Us online or call us toll free at **800.631.8968**

46 Star Lake Road | Bloomingdale, NJ 07403 | **ph: 973.838.1100** | fax: 973.838.8273

  

Ordering
Info

New & On
Sale

# YARNS AND FELT

## SUGAR'N CREAM COTTON YARN



The original **Sugar'n Cream** is a 4-ply worsted weight and is the best weight for knitted wash clothes or other small projects. 2.5 oz. balls (120 yds)
**Order by color... $2.70 each**

White.......... Ecru............. Yellow
Tea Rose... Light Blue... Delft Blue
Red............. Grape........... Violet
Emerald....... Pine

White_CS01 

qty:  1

Add to Your SHOPPING CART

## CROCHET HOOK

Aluminum crochet hooks.

**Size G/6..... MCHG... $1.15
Size J/10... MCHJ.... $1.15**

G/6_MCHG 

qty:  1

Add to Your SHOPPING CART

## PEARL COTTON

A very versatile pearl cotton--shiny, two ply, indivisible strand. Can be threaded through our needle (below) and used by young children for sewing felt projects or for doing cross stitch. We've chosen these colors to match our felts. Size 5. 27 yds.
**Order by color... $1.60 each**

Lemon Yellow_445 

qty:  1

Add to Your SHOPPING CART

## EMBROIDERY NEEDLES

These needles are intended for 11 and 14 count fabric but they also make a great Kindergarten needle--good sized eye, sharp point. 4 needles per pack.
**EN4... $1.35**

qty:  1

Add to Your SHOPPING CART

## 6 CT. CROSS STITCH CLOTH

100% cotton, heavy, Aida cloth. 6 holes per inch--especially nice for

younger children. White or beige. Yards are 33" wide.



**12" X 11" piece... $2.75**
**White... CS1312W**
**Beige... CS1312B**



White_CS1312W

qty:  1

Add to Your SHOPPING CART

White_CS6WY

**By the yard... $17.50**
**White... CS6WY**
**Beige... CS6BY**

Number of yards  1

Add to Your SHOPPING CART

### 11 CT. CROSS STITCH CLOTH

100% cotton Aida cloth. 11 holes per inch. White or natural. Yards are 30" wide.

**15" X 12" piece... $2.50**
**White... CS1215W**
**Natural... CS1215N**



White_CS1215W

qty:  1

Add to Your SHOPPING CART

White_CS11YW

Number of yards  1



**By the yard... $12.50**
**White... CS11YW**
**Natural... CS11YN**

## EMBROIDERY FLOSS

100% cotton. Package of 36 skeins. 6 strand, 8.75 yards per skein. 16 different colors in each package

Brights_EFB

**$6.95 Per Pack**
**Brights... EFB**
**Pastels... EFP**

qty:  1

## COTTON FLANNEL

Premium quality, double napped 100% cotton flannel. There is nothing like the softness of flannel for making dolls, pillows, blankets and for encouraging creative play. 45" wide
**$4.80 per yard**



Bright Pink_CFBP

Bright Pink
Purple
Royal
Aqua
Sun
Scarlet

Number of yards  1

White_CFW

White
Natural
Pink
Lilac
Blue
Mint
Yellow

Number of yards  1

## 100% WOOL YARN

This wool yarn has long been a favorite among handwork teachers. It is a



strong, consistent and economical 100% wool yarn, spun in Maine from Maine fleece. The yarn is spun on a spinning mule and so retains the softness of natural wool and has a wonderful homespun appearance. Chemical free; Natural and Grey are also dye free. This yarn comes to you in your choice of 24 beautiful colors, in either 2 or 3 ply skeins. Each skein weighs a full 4 oz.

**$5.95 per skein**


Cranberry_B2CRH

**2 ply... order by color**

qty: | 1





**3 ply... order by color**
Purple is not available in 3-ply

Cranberry_B3CRH

qty: | 1



## BULKY 100% WOOL YARN

Unspun, Icelandic style yarn is wonderfully soft and bulky yarn. Especially nice for any project that will be felted after knitting. No chemical treatment of wool-- Grey and Natural are undyed. Large, full 4 oz. skeins.

Cranberry_KYCR

**$5.95 per skein**

| Cranberry...... | Natural......... | Rose |
| Dark Brown... | Spruce......... | Light Grey |
| Blue .............. | Dark Grey... | Purple |

qty: | 1



**SIMPLE INSTRUCTIONS** for knitting and felting mittens using bulky yarn and size 10 1/2 double pointed needles.
Single laminated page.

qty: 1

**MIT... $2.00**



### SINGLE POINT BAMBOO KNITTING NEEDLES

There is no nicer knitting needle than real bamboo. Bamboo is very flexible, making these needles hard to break. Highly polished so that their smooth finish does not splinter or catch on the yarn. Size 7 for 2 ply yarn, size 9 for 3 ply yarn, and size 10 1/2 for bulky yarn. 9" long.



**Size 7.............
BKN7..... $5.50
Size 9.............
BKN9..... $6.10
Size 10 1/2...
BKN11... $6.10**

Size 7_BKN7 - $5.50

qty: 1



### DOUBLE POINTED BAMBOO NEEDLES

For knitting felted mittens (size 10 1/2) and for socks and other "round" projects. Each pack contains 5 needles. 8" long.

**Size 4.............
BDP4...... $6.10
Size 7.............
BDP7...... $7.30
Size 10 1/2...
BDP11... $8.40**

Size 4_BDP4 - $6.10

qty: 1

### 70% WOOL--30% RAYON FELT

A durable, medium weight (7.5 oz.) felt with the feel and texture of all wool felt---at a great price!!
Yellow..... Royal
Golden.... Green
Harvest... Teal
Orange... Dark Green
Red.......... Dark Brown
Wine........ Black
Purple..... White

Sky.......... Silver
Blue........ Grey

Yellow_0414 

qty: 1

**By the square yard (36" X 36")... $12.95**
Order by colors above.



One 9" square of each color. 18 colors.
**WF9... $18.95**

qty: 1

One 18" square of each color. 18 colors.
**WF18... $59.95**

qty: 1

Yellow_0414B 

**18" square of one color... $3.95**

qty: 1

Order by colors above.

## 40% WOOL--70% RAYON FELT

A medium-light weight felt with a nice feel, nice price and beautiful colors. Less dense than 70% wool, so it is easier for a child to put a needle throught it.

peacock........ tangerine
baby blue..... scarlet
light blue....... wine
royal blue..... camel
plum.............. harvest
lavender....... rust
light peach... coffee
rose............... spring green
pink............... moss
beige............. dark green
cream............ silver
lemon............ white

sun................. black

peacock_F173

**By the square yard (36" X 36")... $7.95**
Order by colors above.

qty: 1

peacock_F173

**4 or more yards per color... $6.95**
Order by colors above.

qty: 4

One 9" square of each color. 26 colors in all.
**F269... $19.50**

qty: 1

One 18" square of each color. 26 colors in all.
**26F... $59.95**

qty: 1

peacock_F173B

**18" square of one color... $2.75**
Order by colors above.

qty: 1

## FLANNEL BOARD

It was with great trepidation that I created my first flannel board picture but with delightful encouragement and help from Thea, I was quite pleased! 100% pale blue Cotton flannel stretched over a firm foam board with nicely rounded corners. Even the littlest children delight it putting the wool on the board, and taking it off again! Shown with our dyed wool roving.

**18" X 24"... 1824FB...
$13.50**

qty: 1





### DYED WOOL ROVING

100% wool roving in 16 assorted colors for your flannel board, seasons talbe or making little felted gnomes.
4 oz. bag with 16 balls of color goes a long way!

qty: 1

**WRA... $10.50**



### UNDYED WOOL ROVING

What delightful stuff--like a pound of cloud! Wool roving can be used for all sorts of projects as well as for dying your own roving using Jacquard Acid Dyes. We offer this roving is two weights: Pencil roving for hand spinning (1/4" in diameter) and Rolaag (round) which is about 1" in diameter. 100% wool in natural white.

**Rolaag
1 pound....... RWRW..... $13.50
1/4 pound... RWRW5... $3.75**

Rolaag_1 pound_RWRW - $13.50

qty: 1

**Pencil
1 pound....... PWRW..... $13.50
1/4 pound... PWRW5... $3.75**

### 100% WOOL BATTING

Great for stuffing dolls, mice or anything else needing warmth and softness. This is a batting or sheet style wool preferred by doll-makers.

1 pound bag_WB1 - $10.95

**1 lb. bag...... WB1... $10.95
1/2 lb. bag... WB2... $5.95**

qty: 1

### FISKAR KID SCISSORS



Strong, quality scissors with finger holes that are just right for kids. Left or right handed use. Pointed tip is not too sharp. 5"
Assorted colors

qty: 1

**FKSS... $3.35**



### FISKAR STUDENT SEWING SCISSORS



It's not really fair to call these student scissors... they are the best sewing scissors I've ever had! Adjustable screw for modifying tension, left or right handed use. Purple.

qty: 1

**SSS... $6.95**



### DURASHARP HANDWORK SCISSORS



5" scissors with pointed tip. Great little scissor for detail and handwork.
Blue

qty: 1

**FSS5... $4.95**



[Home](#)            [Contact Us](#)          [About Us](#)          [Ordering Info](#)          [New & On Sale](#)

[Lesson Books and Paper](#)    [Painting](#)        [Crayons](#)        [Modeling](#)        [Books](#)

[Pens & Pencils](#)        [Silk](#)        [Blackboard & Chalk](#)    [Creative Fun](#)



Sponsored Links
- **The Felt People**                                                          www.thefeltp
  Felt for Every Purpose- Wool Craft 100's of Colors - Poker Felt too.
- **Felt**                                                                     Bi
  Bargain Prices. You want it, we got it!
- **74" Felt, $6.75/yd**                                                       www.distinctive
  15 colors to choose from at an amazing 74 inches wide!

### Wool Felt-Felt Swatch Card

More from Magic Cabin: Kids & Family / Games & Learning / Music Arts & Craft Toys
More from SHOP.COM: Hobbies & Crafts / Sewing, Quilting & Needlework / Felt (13)

Browse Magic Cabin



Wool Felt is one of the most versatile and practical craft fabrics. Its softness, durability and rich texture make it a great choice for many toys, dolls and puppets, and since the edges do not unravel its perfect for teaching children to sew and for quick and easy projects. Ours is a highquality, mediumweight, 100% wool felt, available in 56 colors! The colors are divided into four color "families": Earth Tones, Jewels, Pastels and Harvest, so you can order our 14piece Packets, with one 9" x 12" sheet of each color in the family, or buy individual colors in either 18" or 36" squares. Not sure which color you need Order our handy Felt Swatch Card. (Print quality and dye lots may vary.)Available Styles Earth TonesVibrant Jewels Pretty Pastels Harvest HuesSizes18" square individual colors36" square individual colorsFor 14Piece pack:One 9" x 12" of each color in Earth, Jewel, Pastel or HarvestFor Felt Fanatics Pack:All 56 colors each 9" x 12" Some colors may be unavailable.

**READY TO BUY?**

**Wool Felt-Felt Swatch Card**
Item: 185815827

**Price: $4.95**

Calculate Shipping 

**Quantity:** 1

 Add to Cart

 Add to eGift

Add to Wish List
E-mail this page to a friend
Important Magic Cabin Informa
CareCode Donation: $0.37 (7.
How do these work?

Enlarge Image

## Other Customers Also Bought

**Sponsored Lin**

Felt at Amazon.com
Low prices on new & used mus
Qualified orders over $25 ship
Amazon.com/music

Felt
Shop fast.
Buy smart.
Shopzilla.com

Felt
Huge selection, great deals!
Buy It Now with no bidding -aff
eBay.com



**Surprise Mugs**
$21.95



**Origami Paper**
$5.95



**Sewing Cards**
$14.95



**Plantdyed Modeling Beeswax-Modeling**

**Beeswax**

$12.95

Back to top

**Felt**

Products and information you r
Buy It Now with no bidding! -af
eBay.com

## Important Magic Cabin Information

Shipping Information | Return Policy | Shopping Guarantee

**Dick Blick Art Supplies**
Buy direct from Dick Blick Onli
paints, easels, paper & more. /
www.dickblick.com

**Customer Rating:**

‣ See all ratings     ‣ Rate this store

Back to top

## See more items like this

**From Magic Cabin**   *MAGIC CABIN*

Kids & Family / Games & Learning / Music Arts & Craft Toys

**From all SHOP.COM**
Hobbies & Crafts / Sewing, Quilting & Needlework / Felt (13)

Back to top

## Recently Viewed Items

**Recent Searches**

- "wool felt"

Go back          **My Last Search Result**

Become a Merchant                    *powered by Altura*                    Browse All Stores (A-Z)

**We're Here to Help**
- Where's My Stuff?
- Having Problems Signing In?
- Customer Service Help Desk
- Tell Us What You Think

**Shopping Services**
- Gift Center
- My Favorites
- Special Offers
- International Size Conversions
- International Shipping

**Shop With Confidence**
- Safe Shopping Guarantee
- Privacy Policy
- Customer Service
- About SHOP.COM

**Shop Other Countries**
- UK
- France
- Germany
- Japan
- More Countries

Home | Products | Stores | Gifts | Wish List | eGifts | View Shopping Cart | Your Account

Site Map | Help | International Shipping | Become a Merchant | Affiliate Program | Jobs | wwww.shop.com

© 1997-2004 Altura International. All other designated trademarks, copyrights and brands are the property of their respective owners. (ca05.4)