# EXHIBIT HH

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-30078-MAP
Pages 1-141

NATIONAL NONWOVENS, INC.

vs.

CONSUMER PRODUCTS ENTERPRISES, INC.

---

DEPOSITION OF:  MICHALINA CENTOFANTI

---

Taken before Joanne Coyle, Certified Shorthand Reporter, Notary Public, pursuant to the Federal Rules of Civil Procedure, at the offices of Bulkley, Richardson and Gelinas, LLP, 1500 Main Street, Springfield, Massachusetts on September 29, 2004, commencing at 10:11 a.m.

Joanne Coyle
Certified Shorthand Reporter
License No. 106693

PERLIK and COYLE REPORTING
Certified Professional Reporters

1331 Main Street
Springfield, MA 01103
Tel. (413) 731-7931    Fax (413) 731-7451

PERLIK and COYLE REPORTING

2

```
APPEARANCES:


FOR THE PLAINTIFF:

     MCCORMICK, PAULDING & HUBER, LLP
     1350 Main Street
     Springfield, Massachusetts 01103
BY:  ARTHUR F. DIONNE, ESQUIRE and
     NICHOLAS J. TUCCILLO, ESQUIRE




FOR THE ^ DEFENDANT ^ DEFENDANTS:

     BULKLEY, RICHARDSON AND GELINAS, LLP
     1500 Main Street
     Springfield, Massachusetts 01115
BY:  JAMES C. DUDA, ESQUIRE
```

PERLIK and COYLE REPORTING

42

| | | |
|---|---|---|
| 11:01:37 | Q. | Does National Nonwovens make wool felt? |
| 11:02:03 | A. | We manufacture felted wool. |
| 11:02:05 | Q. | You don't make wool felt? |
| 11:02:06 | A. | We manufacture felted wool. |
| 11:02:07 | Q. | My question is do you make wool felt? |
| 11:02:10 | A. | No. |
| 11:02:10 | Q. | You don't make wool felt? |
| 11:02:12 | A. | No. |
| 11:02:12 | Q. | Do you market wool felt? |
| 11:02:15 | A. | We have a product trademarked woolfelt, |
| 11:02:21 | one word. | |
| 11:02:22 | Q. | But you don't market wool felt as two |
| 11:02:26 | words? | |
| 11:02:27 | A. | No. |
| 11:02:27 | Q. | Have you ever marketed wool felt? |
| 11:02:41 | A. | One word or two? |
| 11:02:45 | Q. | Two words? |
| 11:02:46 | A. | I don't recall. |
| 11:02:50 | Q. | You don't recall whether you've ever |
| 11:02:54 | marketed wool felt? | |
| 11:02:55 | A. | No. |
| 11:02:55 | Q. | Do you know whether or not you market or |
| 11:03:04 | use the words wool felt in any marketing material | |
| 11:03:08 | right now as two words? | |

PERLIK and COYLE REPORTING

43

```
11:03:09        A.   Not for certain.
11:03:21        Q.   You don't know?
11:03:22        A.   I don't know.
11:03:23        Q.   When I use the term wool felt, do you
11:03:40   know what I'm talking about?
11:03:41        A.   No.
11:03:42        Q.   Do you know how the term -- do you have
11:03:46   any understanding how the term wool felt as two
11:03:51   words is being used by other companies?
11:03:51        A.   No.
11:03:58        Q.   You don't?  The term wool felt as two
11:04:06   words has no meaning to you?
11:04:08        A.   It has meaning.
11:04:10        Q.   What is that meaning?
11:04:13        A.   As two words?
11:04:16        Q.   Yes.
11:04:16        A.   The incorrect usage of felted wool.
11:04:35        Q.   The incorrect -- what do you mean by
11:04:40   incorrect usage of felted wool?
11:04:42        A.   Felted wool is a process, a technology.
11:04:50   It is how you manufacture the product.
11:04:52             It has been used incorrectly by using
11:04:55   the word wool felt.
11:04:58        Q.   Do you know of any product that's
```

44

| | |
|---|---|
| 11:05:02 | identified correctly by the term wool felt as two |
| 11:05:05 | words? |
| 11:05:06 | A.  No. |
| 11:05:09 | Q.  It would be your opinion or at least |
| 11:05:14 | your understanding that any party that uses the |
| 11:05:17 | term wool felt to identify product is using that |
| 11:05:21 | term incorrectly? |
| 11:05:21 | A.  Yes. |
| 11:05:22 | Q.  Do you have any understanding of how |
| 11:05:31 | long the term wool felt has been used, correctly |
| 11:05:36 | or incorrectly? |
| 11:05:36 | MR. DIONNE:  Objection; it |
| 11:05:38 | presupposes that she has knowledge of that. |
| 11:05:40 | Q.  (BY MR. DUDA) I was asking do you have |
| 11:05:43 | any understanding of how long the term wool felt |
| 11:05:45 | has been used to identify product, whether |
| 11:05:48 | correctly or incorrectly? |
| 11:05:49 | A.  No. |
| 11:05:50 | Q.  So far as you know, when National |
| 11:06:12 | Nonwovens has ever used the term wool felt to |
| 11:06:14 | identify product, it has done so incorrectly? |
| 11:06:17 | A.  As two words? |
| 11:06:18 | Q.  Yes. |
| 11:06:18 | A.  Incorrectly. |

73

```
12:10:50      A.   I'm not legally qualified to answer
12:11:02   unless it causes confusion with our WoolFelt --
12:11:11   W-O-O-L one word, capital F-E-L-T.
12:11:16           If it causes -- the two words -- is
12:11:19   causing confusion with our trademark, there is
12:11:22   concern.
12:11:22      Q.   Your understanding then is that National
12:11:29   Nonwovens is claiming rights in the use of the
12:11:32   word -- or the term wool felt, whether or not it
12:11:36   is capitalized, to the extent that it causes
12:11:40   confusion with your WoolFelt mark -- that is
12:11:51   WoolFelt as one word with a capital W and a
12:11:55   capital F, right?
12:11:56      A.   Right.
12:11:57      Q.   And you are not claiming trademark
12:12:00   rights with two words wool felt, whether
12:12:03   capitalized or not, if it does not cause confusion
12:12:06   with your WoolFelt mark, is that right?
12:12:15      A.   Right.
12:12:35           MR. DUDA:  Let's mark this as
12:12:40   Exhibit 5.

                    (Defendant's Deposition Exhibit
                     No. 5 offered and marked.)
12:13:21
12:13:21      Q.   (BY MR. DUDA)  We've marked as Exhibit 5
```

74

```
12:13:23   a collection of documents that I believe have all
12:13:31   been taken off the Internet as indicated by the
12:13:34   bottom of each page.
12:13:38           If you could take a look through this
12:13:43   and let me know if any of these companies have
12:13:49   been contacted by anyone on behalf of National
12:13:56   Nonwovens to inform that company that the company
12:14:00   is violating a trademark right of National
12:14:05   Nonwovens?   (Indicating.)
12:14:06       A.   (Witness examining documents.)  No.
12:16:11       Q.   Looking at that, in your opinion does
12:16:14   the use -- does any one of those documents reflect
12:16:18   a violation of National Nonwovens trademark
12:16:21   rights?
12:16:21       A.   Yes.
12:16:22       Q.   Could you identify which ones?
12:16:26       A.   Apple Creek Designs, Stegmann, Keepsake
12:16:54   Quilting, Birkenstock Beach, Annie's Keepsakes,
12:17:04   Memere's Garden, the Krown Shoppe, Plum Pudding,
12:17:35   Crawford Designs.
12:17:38       Q.   So far as you know, no one at National
12:17:41   Nonwovens or on behalf of National Nonwovens has
12:17:43   contacted any of those companies with respect to
12:17:47   potential trademark infringement, correct?
```

75

```
12:17:50        A.   Correct.
12:18:05             MR. DUDA:  Let's mark this as
12:18:06   Exhibit 6.

                     (Defendant's Deposition Exhibit
                      No. 6 offered and marked.)
12:18:32
12:18:36        Q.   (BY MR. DUDA)  Looking at Exhibit 6,
12:18:39   which shows a heading, "National Nonwovens,
12:18:42   Innovative Textiles Solutions since 1905."
12:18:47             This appears to be something off your
12:18:49   web page -- off National Nonwovens' web page,
12:18:54   correct?  (Indicating.)
12:18:55        A.   Correct.
12:18:55        Q.   Is this a web page that was designed by
12:18:57   you or somebody in your staff?
12:19:00        A.   Yes.
12:19:00        Q.   Do you know when, approximately, this
12:19:02   web page was designed?
12:19:04        A.   Approximately '99.  I can't be sure.
12:19:13        Q.   Would you have approved or did you
12:19:16   approve this page before it went onto the Website?
12:19:21        A.   I don't recall.
12:19:22        Q.   But this was prepared by your staff?
12:19:24        A.   Correct.
12:19:30             MR. DUDA:  We can mark this one as
```