# EXHIBIT II



| | | | | |
|---|---|---|---|---|
| Home | | | | |
| Craft Felt | CPE NOW OFFERS MORE CONVENIENCE BY PROVIDING ONLINE PURCHASING - CLICK | | | |
| Wool Felt | | WOOL FELT / QUILTING | | |
| Industrial Felt | | | | |
| Outdoor Canvas | Color Cards | Products | Project Ideas | Care Tips |
| News & Events | Classic Wool Felt | Classic Wool Felt | Boiling Instructions | |
| Place an Order | | | | |
| Contact Us | Imperial Wool Felt | Imperial Wool Felt | | |
| Info Request | | | | |
| Online Purchasing | | | | |



Craft Felt :: Wool Felt :: Industrial Felt :: Outdoor Canvas :: News & Events :: Place an Order :: Contact Us :: In
Home :
: cpesource.com
Phone **1.800.327.0059** • Fax **864.427.7904** • E-mail mail@cpe-felt.com

Copyright © 2004-2014 **Consumer Products Enterprises Inc**. All rights reserved.
Images are for reference only. Colors on your monitor may not match actual color of product.

   

**541 BUFFALO WEST SPRINGS HIGHWAY • UNION, SC 29379**

Home
Craft Felt
Wool Felt
Industrial Felt
Outdoor Canvas
News & Events
Place an Order
Contact Us
Info Request
Online Purchasing



*CPE NOW OFFERS MORE CONVENIENCE BY PROVIDING ONLINE PURCHASING - CLICK HERE*

### CPE, "THE FELT COMPANY", INTRODUCES IMPERIAL WOOL FELT

**UNION, SC, OCTOBER 2003**. . . . . **Imperial Wool Felt**, a luxurious felt fabric, fit for royalty and now  
quilting and crafting consumers, was introduced at the International Quilt Market in Houston, Texas by  
Company. This 100% wool felt is available in a wide range of brilliant, saturated colors, warm neutral  
and glorious primary shades.

**Imperial Wool Felt** is available in 4 yard by 31" put-ups for those consumers who are creating quilts,  
and other larger projects and for smaller projects, Imperial Wool Felt comes in 10" squares and fat qu  
separately or in coordinated groupings. Classic shapes such as stars, hearts, and more are also avail  
appliqué.

CPE has especially designed packaging and labeling for **Imperial Wool Felt** to reflect the upscale de  
elegant product.

CPE, The Felt Company has roots that date back over 100 years manufacturing and distributing felt to  
consumer and industrial markets. For further information about the company and its wide range of felt  
outdoor canvas fabrics, please visit www.cpe-felt.com.

Craft Felt :: Wool Felt :: Industrial Felt :: Outdoor Canvas :: News & Events :: Place an Order :: Contact Us :: In  
Home :

: cpesource.com  
Phone **1.800.327.0059** • Fax **864.427.7904** • E-mail mail@cpe-felt.com

Copyright © 2004-2014 **Consumer Products Enterprises Inc**. All rights reserved.  
Images are for reference only. Colors on your monitor may not match actual color of product.



- Home
- Craft Felt
- Wool Felt
- Industrial Felt
- Outdoor Canvas
- News & Events
- Place an Order
- Contact Us
- Info Request
- Online Purchasing

**CPE NOW OFFERS MORE CONVENIENCE BY PROVIDING ONLINE PURCHASING - CLICK HERE**

**INFO REQUEST**

*indicates field is required

*Name
*E-mail
Company
Address

City - State - Zip
Phone
Fax

**Please check all of the following CPE products and services that you are interested in:**

- Industrial Felt
- Custom Die-cut Shapes
- Special Put-ups
- Stick•It Felt
- Craft Felt
- Glimmer Felt
- Eazy Felt

- Wool Felt
- Home Decor Fabrics
- Planograms
- General Merchandising
- Project Sheets
- Racks
- Other

Are you a   Retailer?

**Do you have any questions or comments?**

Submit     Clear

**CPE NOW OFFERS MORE CONVENIENCE BY PROVIDING ONLINE PURCHASING - CLICK HERE**

Craft Felt :: Wool Felt :: Industrial Felt :: Outdoor Canvas :: News & Events :: Place an Order :: Contact Us :: In Home :

: cpesource.com
Phone **1.800.327.0059** • Fax **864.427.7904** • E-mail mail@cpe-felt.com

Copyright © 2004-2014 **Consumer Products Enterprises Inc**. All rights reserved.
Images are for reference only. Colors on your monitor may not match actual color of product.



Home

Craft Felt

Wool Felt

Industrial Felt

Outdoor Canvas

News & Events

Place an Order

Contact Us

Info Request

Online Purchasing

**CPE NOW OFFERS MORE CONVENIENCE BY PROVIDING ONLINE PURCHASING** - CLICK

WOOL FELT CARE TIPS

Dry Clean Only



Craft Felt :: Wool Felt :: Industrial Felt :: Outdoor Canvas :: News & Events :: Place an Order :: Contact Us :: In
Home :

: cpesource.com
Phone **1.800.327.0059** • Fax **864.427.7904** • E-mail mail@cpe-felt.com

Copyright © 2004-2014 **Consumer Products Enterprises Inc**. All rights reserved.
Images are for reference only. Colors on your monitor may not match actual color of product.