# EXHIBIT JJ



**Trademark Electronic Search System(Tess)**

*TESS was last updated on Fri Dec 3 04:27:44 EST 2004*

[PTO HOME] [TRADEMARK] [TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [BOTTOM] [HELP] [PREV LIST]
[CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout]  Please logout when you are done to release system resources allocated for you.

[Start]  List At: ____  OR  [Jump] to record: ____   **Record 26 out of 26**

[Check Status] *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | "SOLEIL" FELT |
| **Goods and Services** | (EXPIRED) IC 024. US 050. G & S: WOOL FELT. FIRST USE: 19320320. FIRST USE IN COMMERCE: 19320320 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 71326319 |
| **Filing Date** | April 21, 1932 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0297043 |
| **Registration Date** | August 30, 1932 |
| **Owner** | (REGISTRANT) AMERICAN FELT COMPANY CORPORATION MASSACHUSETTS 315 FOURTH AVE NEW YORK NEW YORK |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

| | |
|---|---|
| **Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 71556774 |
| **Filing Date** | May 11, 1948 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | **0542884** |
| **Registration Date** | May 29, 1951 |
| **Owner** | (REGISTRANT) PHILIP CAREY MANUFACTURING COMPANY, THE CORPORATION OHIO WAYNE AVENUE AND B. & O. R. R. CINCINNATI OHIO |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Prior Registrations** | 0105340;0134525 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. |
| **Renewal** | 1ST RENEWAL 19710529 |
| **Live/Dead Indicator** | DEAD |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**HOME** | **INDEX** | **SEARCH** | **SYSTEM ALERTS** | **BUSINESS CENTER** | **NEWS&NOTICES** | **CONTACT US** | **PRIVACY STATEMENT**

http://tess2.uspto.gov/bin/gate.exe?f=doc&state=cdsm3i.3.25                    12/3/2004



**Trademark Electronic Search System(Tess)**

*TESS was last updated on Fri Dec 3 04:27:44 EST 2004*

Please logout when you are done to release system resources allocated for you.

List At:     OR   Jump   to record:     **Record 18 out of 26**

*(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | IMPERIAL |
| **Goods and Services** | (CANCELLED) IC 024. US 042. G & S: WOOL FELT IN THE PIECE. FIRST USE: 19470100. FIRST USE IN COMMERCE: 19470100 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 72069467 |
| **Filing Date** | March 13, 1959 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 0697862 |
| **Registration Date** | May 17, 1960 |
| **Owner** | (REGISTRANT) AMERICAN FELT COMPANY CORPORATION MASSACHUSETTS GLENVILLE CONNECTICUT<br><br>(LAST LISTED OWNER) AMERICAN FELT & FILTER CO. UNKNOWN NEWBURGH NY |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Type of Mark** | TRADEMARK |

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. |
| **Renewal** | 1ST RENEWAL 19800517 |
| **Live/Dead Indicator** | DEAD |
| **Cancellation Date** | May 28, 2001 |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST
CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

**HOME** | **INDEX** | **SEARCH** | **SYSTEM ALERTS** | **BUSINESS CENTER** | **NEWS&NOTICES** | **CONTACT US** | **PRIVACY STATEMENT**



# Trademark Electronic Search System(Tess)

TESS was last updated on Fri Dec 3 04:27:44 EST 2004

Please logout when you are done to release system resources allocated for you.

List At:     OR   Jump  to record:        **Record 16 out of 26**

*(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

| | |
|---|---|
| **Word Mark** | BEAN BAG MENAGERIE |
| **Goods and Services** | (EXPIRED) IC 026. US 040. G & S: KIT CONTAINING PIECES OF PRESSED WOOL FELT CUT IN THE SHAPE OF VARIOUS ANIMALS, WHICH THE PURCHASER OF SUCH KIT THEN ASSEMBLES. FIRST USE: 19610700. FIRST USE IN COMMERCE: 19610700 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 72148936 |
| **Filing Date** | July 13, 1962 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0754705 |
| **Registration Date** | August 13, 1963 |
| **Owner** | (REGISTRANT) ALLIED FELT CORPORATION CORPORATION NEW JERSEY 46 STAR LAKE AVE. BLOOMINGDALE NEW JERSEY |
| **Disclaimer** | APPLICANT DISCLAIMS ANY TRADEMARK AS SUCH IN THE WORDS "BEAN BAG." |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead** | |

**Indicator**  DEAD

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES |
CONTACT US | PRIVACY STATEMENT



# Trademark Electronic Search System(Tess)

TESS was last updated on Fri Dec 3 04:27:44 EST 2004

Please logout when you are done to release system resources allocated for you.

List At:　　OR　Jump　to record:　　**Record 15 out of 26**

*(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

| | |
|---|---|
| **Word Mark** | CHERUBOOTIES |
| **Goods and Services** | (EXPIRED) IC 026. US 040. G & S: KIT CONTAINING PIECES OF PRESSED WOOL FELT CUT IN THE SHAPE OF BABY SHOES, WHICH THE PURCHASER OF SUCH KIT THEN ASSEMBLES. FIRST USE: 19610700. FIRST USE IN COMMERCE: 19610700 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 72148937 |
| **Filing Date** | July 13, 1962 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0754706 |
| **Registration Date** | August 13, 1963 |
| **Owner** | (REGISTRANT) ALLIED FELT CORPORATION CORPORATION NEW JERSEY 46 STAR LAKE AVE. BLOOMINGDALE NEW JERSEY |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |

| PTO Home | Trademark | TESS Home | New User | Structured | Free Form | Browse Dict | Top | Help | Prev List |
| Curr List | Next List | First Doc | Prev Doc | Next Doc | Last Doc |

**HOME** | **INDEX** | **SEARCH** | **SYSTEM ALERTS** | **BUSINESS CENTER** | **NEWS&NOTICES** | **CONTACT US** | **PRIVACY STATEMENT**



**Trademark Electronic Search System(Tess)**

*TESS was last updated on Fri Dec 3 04:27:44 EST 2004*

Please logout when you are done to release system resources allocated for you.

List At:    OR   Jump  to record:    **Record 12 out of 26**

*(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | WESTFELT |
| **Goods and Services** | (EXPIRED) IC 024. US 001. G & S: INDUSTRIAL FELT. FIRST USE: 19600701. FIRST USE IN COMMERCE: 19600701<br><br>(EXPIRED) IC 024. US 042. G & S: WOOL FELT. FIRST USE: 19251015. FIRST USE IN COMMERCE: 19251015 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 72232261 |
| **Filing Date** | November 8, 1965 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0825129 |
| **Registration Date** | March 7, 1967 |
| **Owner** | (REGISTRANT) WESTERN FELT WORKS CORPORATION ILLINOIS 4115 OGDEN AVE. 60623 CHICAGO ILLINOIS 60623 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Prior Registrations** | 0224335 |
| **Type of Mark** | TRADEMARK |

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |

PTO Home | Trademark | TESS Home | New User | Structured | Free Form | Browse Dict | Top | Help | Prev List
Curr List | Next List | First Doc | Prev Doc | Next Doc | Last Doc

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES |
CONTACT US | PRIVACY STATEMENT



**Trademark Electronic Search System(Tess)**

*TESS was last updated on Fri Dec 3 04:27:44 EST 2004*

[PTO Home] [Trademark] [TESS Home] [New User] [Structured] [Free Form] [Browse Dict] [Bottom] [Help] [Prev List]
[Curr List] [Next List] [First Doc] [Prev Doc] [Next Doc] [Last Doc]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: _____ OR [Jump] to record: _____   **Record 13 out of 26**

[Check Status] *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | ACADIA |
| **Goods and Services** | (EXPIRED) IC 017. US 001. G & S: INDUSTRIAL FELT AND PLASTIC SHEETS. FIRST USE: 19430101. FIRST USE IN COMMERCE: 19430101 |

IC 017. US 012. G & S: ACOUSTICAL AND INSULATING FELT FOR INDUSTRIAL USE. FIRST USE: 19380101. FIRST USE IN COMMERCE: 19380101

IC 025. US 023. G & S: ANTI-VIBRATION PADS FOR MACHINERY AND PADS FOR SIMILAR INDUSTRIAL APPLICATIONS WHERE CUSHIONING AND PADDING ARE REQUIRED. FIRST USE: 19380101. FIRST USE IN COMMERCE: 19380101

IC 011. US 031. G & S: FILTERS. FIRST USE: 19380101. FIRST USE IN COMMERCE: 19380101

IC 011. US 034. G & S: WICKS FOR FEEDING OIL TO MOTOR PARTS AND KINDRED USES. FIRST USE: 19380101. FIRST USE IN COMMERCE: 19380101

IC 007. US 035. G & S: SEALS, GASKETS AND RUBBER TUBING. FIRST USE: 19380101. FIRST USE IN COMMERCE: 19380101

IC 024. US 042. G & S: WOOL FELT. FIRST USE: 19350201. FIRST USE IN COMMERCE: 19350201

IC 010. US 044. G & S: SURGICAL PADS. FIRST USE: 19380101. FIRST USE IN

| | |
|---|---|
| | COMMERCE: 19380101 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 72232260 |
| **Filing Date** | November 8, 1965 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0829596 |
| **Registration Date** | June 6, 1967 |
| **Owner** | (REGISTRANT) WESTERN FELT WORKS CORPORATION ILLINOIS 4115 OGDEN AVE. 60623 CHICAGO ILLINOIS 60623 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |

[PTO HOME] [TRADEMARK] [TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [TOP] [HELP] [PREV LIST]
[CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

**HOME** | **INDEX** | **SEARCH** | **SYSTEM ALERTS** | **BUSINESS CENTER** | **NEWS&NOTICES** | **CONTACT US** | **PRIVACY STATEMENT**



## Trademark Electronic Search System(Tess)

TESS was last updated on Fri Dec 3 04:27:44 EST 2004

Please logout when you are done to release system resources allocated for you.

List At:    OR    to record:    **Record 7 out of 26**

*(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | LANTEX |
| **Goods and Services** | (CANCELLED) IC 025. US 039. G & S: Liner Boots and Insoles Made from Needled Wool Felt or Needled Synthetic Felt. FIRST USE: 19790131. FIRST USE IN COMMERCE: 19790131 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73270771 |
| **Filing Date** | July 18, 1980 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 9, 1982 |
| **Registration Number** | **1226022** |
| **Registration Date** | February 1, 1983 |
| **Owner** | (REGISTRANT) Genfoot Inc. CORPORATION CANADA 554 Montee de Liesse Montreal, Quebec CANADA |
| **Attorney of Record** | Morris Relson |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

| | |
|---|---|
| **Live/Dead Indicator** | DEAD |
| **Cancellation Date** | June 29, 1989 |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST
CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

**HOME** | **INDEX** | **SEARCH** | **SYSTEM ALERTS** | **BUSINESS CENTER** | **NEWS&NOTICES** | **CONTACT US** | **PRIVACY STATEMENT**

http://tess2.uspto.gov/bin/gate.exe?f=doc&state=cdsm3i.3.7    12/3/2004



**Trademark Electronic Search System(Tess)**

*TESS was last updated on Fri Dec 3 04:27:44 EST 2004*

Please logout when you are done to release system resources allocated for you.

List At:   OR   to record:   **Record 5 out of 26**

*(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | POLAR SOL |
| **Goods and Services** | IC 025. US 039. G & S: **WOOL FELT** INSOLES. FIRST USE: 19850815. FIRST USE IN COMMERCE: 19850815 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73569874 |
| **Filing Date** | November 22, 1985 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 1, 1986 |
| **Registration Number** | **1411392** |
| **Registration Date** | September 30, 1986 |
| **Owner** | |

(REGISTRANT) BRAGG, BARNEL DBA NORTRADE INDIVIDUAL UNITED STATES P.O. BOX 1011 ANACORTES WASHINGTON 98221

(LAST LISTED OWNER) HENNING, DONALD DBA NORTRADE INDIVIDUAL ASSIGNEE OF UNITED STATES P.O. BOX 1011 250 SOUTH SHORE DRIVE ANACORTES WASHINGTON 98221

|  |  |
|---|---|
|  | (LAST LISTED OWNER) HARRIS, MERLE DBA NORTRADE INDIVIDUAL ASSIGNEE OF UNITED STATES P.O. BOX 1011 250 SOUTH SHORE DRIVE ANACORTES WASHINGTON 98221 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | DONALD HENNING |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST
CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

**HOME** | **INDEX** | **SEARCH** | **SYSTEM ALERTS** | **BUSINESS CENTER** | **NEWS&NOTICES** | **CONTACT US** | **PRIVACY STATEMENT**



**Trademark Electronic Search System(Tess)**

*TESS was last updated on Fri Dec 3 04:27:44 EST 2004*

[PTO HOME] [TRADEMARK] [TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [BOTTOM] [HELP] [PREV LIST]
[CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: ____ OR [Jump] to record: ____   **Record 2 out of 26**

[Check Status] *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | THE SOFTEE |
| **Goods and Services** | (CANCELLED) IC 025. US 022 039. G & S: wool felt hats. FIRST USE: 19810201. FIRST USE IN COMMERCE: 19810201 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74553843 |
| **Filing Date** | July 26, 1994 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 6, 1996 |
| **Registration Number** | 2011343 |
| **Registration Date** | October 29, 1996 |
| **Owner** | (REGISTRANT) GWB, INC. CORPORATION DELAWARE 300 Delaware Avenue, Suite 321 Wilmington DELAWARE 198011622 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | James E. Shlesinger |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

| | |
|---|---|
| **Live/Dead Indicator** | DEAD |
| **Cancellation Date** | August 2, 2003 |

PTO Home | Trademark | TESS Home | New User | Structured | Free Form | Browse Dict | Top | Help | Prev List
Curr List | Next List | First Doc | Prev Doc | Next Doc | Last Doc

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT