# EXHIBIT KK





# FELTS OF DISTINCTION

home of WoolFelt® — the original wool felt

See our
**Pattern Partners**

### NEVER FELT LIKE THIS BEFORE!
National Nonwovens is globally recognized as the premier manufacturer of wool felt. We offer extensive product lines of both natural and synthetic felt to meet a wide range of demands from exclusive collection designs... to school supplies... to manufacturing specification requirements.

### QUALITY FELT CHOICES.
Celebrate our diversity by exploring each unique fabric:



New **WoolFelt Colors!**

- **WoolFelt®** is the original wool felt, renowned for its heirloom quality, all natural wool and rayon fiber blends. Boasting a vast assortment of traditional and trendy colors, WoolFelt® has inspired countless designs and creative craft techniques.
- **FiestaFelt™** is an exciting acrylic felt that celebrates the beauty of color in a washable, colorfast fabric.
- Revolutionary **FeltSoooSoft®** melts your heart with its "angel" soft texture and heavenly hues.

What sets us apart from the competition?

- Superior quality
- Outstanding uniformity
- Computerized color matching
- Companion pricing programs
- Comprehensive inventory of all standard colors

Many types of businesses, organizations, and individual proprietors/designers work exclusively with National Nonwovens for all their acrylic and wool felt requirements. What is your need?

### A TREASURED FABRIC ...
**through centuries of generations and into the future**. Felt making is one of the primitive arts, antedating weaving. Evolving from traditional techniques are National Nonwovens' innovative technologies. We are proud to have been an integral part of the popularity of felt during the 20th century and anticipate exciting growth in the new millennium.



**WoolFelt® Motifs**



**SAVE** 5% on a selected shade every month.
See Franny's Features for details**!**





Visit Franny's Features for fabulous felt tips and information on our Pattern Partners !

Home / Company Profile / Products / Applications / News / Contact Us

WoolFelt is a registered trademark of National Nonwovens
FeltSoooSoft is a registered trademark of National Nonwovens



P.O. Box 150 Easthampton MA 01027
T: 413-527-3445 F: 413-527-9570
1-800-333-3469




**Company Profile**
Founded in 1905 as National Felt Company,
National Nonwovens originated as a manufacturer
of wool felt for use in apparel and home
furnishings.
A supplier of felt and other textile materials to the
U.S. Government since World War I, the company
has been at the forefront in the development of
fiber and fiber-processing technologies for a
multitude of military and commercial applications.

As the demands of emerging industries and changing markets evolved over the years,
National Nonwovens adapted to their needs with leading-edge products. The company
was the first in the U. S. to import needlepunch equipment from Europe for fabricating
natural and synthetic fibers into nonwoven textiles. Chemical bonding was introduced,
and new plants were brought on line, expanding needlepunch capabilities to meet the
burgeoning requirements of apparel, medical, and industrial customers.

Today, with the operating experience of nearly a century and with ongoing investment
in emerging technologies, National Nonwovens produces a multitude of different types
of materials… all of which add up to more than 20 million pounds of textiles annually.

Corporate offices, along with research, engineering, and production, are housed in
building complexes located in Easthampton, Massachusetts. Committed to total
control of the fabrication process, National Nonwovens is the only manufacturer of
nonwoven material in the U. S. with its own dyeing facility and computer-controlled
color-matching laboratory.

Home / Company Profile / Products / Applications / News / Contact Us



P.O. Box 150 Easthampton MA 01027
T: 413-527-3445 F: 413-527-9570
1-800-333-3469



P.O. Box 150, Easthampton, MA 01027
Tel: 800-333-3469  Fax: 413-527-0456
www.woolfelt.com

*Christin Ruge:* Newsletter Editor, Marketing
*Paul Viveiros:* Customer Service Manager
*Gwen Brown:* Customer Service
*Don Shiels:* Customer Service
*Michalina Centofanti:* Vice President
*Anthony Centofanti:* CEO/President

# FELT HISTORY

Felting is one of the oldest ways of making fabric and is thought to have been around for at least **4000 years.** Felt was probably discovered by accident. One theory goes all the way back to Noah! When he put all of the animals into the ark, the fleece covered animals molted and the fleece fell to the ground. Moisture from the animals and pressure from trampling created a felt mat. There is also the "Sandal Theory". Soft fleece was placed in sandals for comfort and sweat and pressure from the feet created the felt! Ingenious!

*Much* later in 1905, National Nonwovens (founded as National Felt Corporation) was established and produced felt for apparel and furnishings. Wool felt continued to be popular for a wide variety of applications including the poodle skirts in the 1950's.

Then the 60's arrived! Acrylic felt was the rage for school crafts. National Nonwovens became a leading supplier and wool felt was almost forgotten. In the 1980's, the demand for natural fibers started to make a comeback and in late 1990, WoolFelt® was reintroduced. The popularity explosion was stimulated by the "Sherpa" technique used to create a "boiled" affect from WoolFelt®. By the turn of the new millennium, WoolFelt® was passionately sought to create beautiful home decor, wearable, and soft sculpture items. Now.... because of WoolFelt®'s popularity, National Nonwovens' other superior quality felt products are often over looked. From school supplies to exclusive limited collection designs, we offer an extensive line of both natural and synthetic felt products to meet a wide range of demands:

- **WoolFelt®** - renowned for its heirloom quality and all natural wool/rayon fiber blends
- **FiestaFelt®** - a washable, colorfast acrylic felt that celebrates the beauty of color
- **FeltSoooSoft®** - a revolutionary fabric that will melt your heart with its "angel" soft textures
- **Other Felt Products** - Just-A-Touch® Pressure Sensitives and WoolFelt® Vests

We are excitedly preparing for our Centennial Anniversary. Looking back at our felt history… and forward to the amazing possibilities gives us a lot to be excited about. We invite *you* to come on the journey with us!

## Timeline

**Before 500 B.C.** - The *original* wool felt invented by pressing wool together and using as sandal padding

**1905** - National Felt Company founded and initially produced wool felt for apparel and home furnishing products

**1950** - National Nonwovens is the original manufacturer of wool felt used for poodle skirts

**1960** - Acrylic felt becomes popular for school crafts

**1980** - Natural felt becomes popular for holiday crafts and soft sculpture collectibles

**1997** - Texturizing WoolFelt® using the "Sherpa" technique is introduced

**2001** - National Nonwovens' WoolFelt® emerges as the fabric of choice for heritage quilts, penny rugs, rug hookings, and other heirloom craft projects!

**2002** - WoolFelt® Motifs is created to look like hand-dyed woven wool.



*Serendipity Gifts*
972-602-3052
www.serendipity-gifts.com

*Bird Brain Designs*
707-938-8227
www.BirdBrainDesigns.net



## SAE Felt

We played a key role in the development of national standards for wool felt products used in the automotive industry. These SAE (Society of Automotive Engineers) standards are still in use today. Our improved wool felting technology is demonstrated in our **PhoenixFelt®** products. They are resilient, durable, consistent, and meet or exceed all SAE Specifications. PhoenixFelt® has greater tensile strength, higher abrasion resistance, and unsurpassed uniformity with exceptional wicking capabilities and dimensional integrity in humid or even wet environments.

In addition to PhoenixFelt®, we also have advanced fiber processing for a wide array of natural and synthetic fibers ideal for industrial specialty felt applications.

## SAE Specifications

- F-1, F-3, F-5
- F-7, F-10, F-11, F-13
- F-50, F-51, F-55

**SAE Replacements**:
F-3 replaces F-2, F-7 replaces F-6

**IND001** replaces F-15 & F-26

## Recommended Uses:

**F-1: PHX001**
Bearing seals, bumpers, bushings, dust shields, filters, gaskets, grease retention, grommets, ink rolls and pads, journal lubricators, oil retention, polishing blocks, roller bearing seals, washers, wicks

**F-3: PHX003**
Anti vibration pads, bearing seals, bumpers, bushings, dust shields, gaskets, grease retention, grommets, ink rolls and pads, journal lubricators, oil retention not compressed, polishing blocks, roller bearing seals, shock dampeners, spacers, washers, wicks, wipers

**F-5: PHX005**
Anti vibration pads, dust

**F-7: PHX007**
Anti vibration pads, dust shields, gaskets, grease retention, grommets, lubricators, oil retention compressed, shock dampeners, spacers, washers, weather-strip, wicks, wipers,

**F-10: PHX010**
Fluid storage, gaskets, grommets, ink rolls and pads, journal lubricators, oil retention compressed, plug filters, shock dampeners, spacers, washers

**F-11: PHX011**
Dryer seals, dust shields, fluid storage, gaskets, grommets, impregnated packaging, journal lubricators, oil retention compressed, spacers, washers, weather-strip

**F-13: PHX013**
Chassis strips, dash liners, dryer seals, dust shields, fluid storage, gaskets, grommets, impregnated packaging, insulation, packaging, spacers, weather-strip

**F-50: PHX050**
Anti squeak strip, bearing seals, filters, gaskets, roller bearing seals, spacers, washers, wicks

**F-51: PHX051**
Anti squeak strip, bearing seals, roller bearing seals, spacers, washers, wicks

**F-55: PHX055**
Anti squeak strip, dust shields, gaskets, spacers, washers



## Products

National Nonwovens is a world leader in engineering innovative products for its customers… from synthetic leather for accessories to super-absorbent materials for medical needs, to composite structural cores on aircraft. Superior fiber-processing capabilities include custom blending within 1% and sophisticated carding that enable the company to produce lightweight, self-supporting, uniform products of the highest quality textiles from wool, cotton, polyester, polypropylene, acrylics, nylon, rayon, aramids, acetate, modacrylic, and PBI.

**Capabilities include, depending on the fabric:**



**Needlepunching**
Needled nonwovens depend on the precise action of thousands of barbed needles to physically interlock cross-lapped layers of well blended and carded fibers to create materials with particular properties.

**Chemical and thermobonding**
With these processes, specific characteristics can be added to nonwovens. With chemical bonding, after fibers are processed into a web or fabric, the material is saturated in a chemical bath and then dried and heat-cured. Thermobonding may be used to further adhere fibers that have been processed into a web or fabric by adding heat and pressure, creating a unique bond throughout the textile.



**Wool felting**
Wool's unique wicking ability, moisture and vibration absorption properties, temperature, resilience, and durability ensure continued demand for wool and wool-blend products. National Nonwovens is the largest manufacturer of wool felt in the U. S. today, and has the on-site fabrication capabilities to meet customer requirements pertaining to size, thickness, SAE felt standards, strength, hardness, density, color and other properties.

**Finishing**
National Nonwoven customers are offered a full range of finishing options in-house. Atmospheric and pressure dyeing, exact color matching, pressing and calendering, singeing, sanding, and glazing are but a few of the choices available. Other treatments include anti-bacterial, flame-resistance, mildew proofing, water proofing, and moth proofing.



**Product categories:**



# Industrial Products

Our advanced industrial products are available in varying thickness and densities for a wide array of product options. National Nonwovens partners with customers to manufacture material to their precise specifications.

## Advanced Industrial Felt

- **SAE PhoenixFelt®**

- **Innovative Industrial Alternatives**

## Industrial Specialty Products

- **Gaskets**

- **High Performance Liners**

- **Press Buck Pads**

- **Vibration Pads**

- **Wicking Felts**

- **Industrial Wrapping**





---

## Innovative Industrial Alternatives

**Styles: IND001 • SFP001 • SFP002 • SFP003**

**IND001**. Advanced engineering and innovative fiber blends result in economical SAE wool felt alternatives while maintaining many crucial characteristics:

- High tensile and split strength

- Advanced die-cutting capability

- Extremely resilient

- Thickness retention

**SFP001 • SFP002 • SFP003.** Engineered as a low cost product alternative to SAE wool felts when high wool content is not required. Products have many of the same qualities as their SAE counterparts because of a unique processing system.

- Excellent thickness retention
- Capable of being die-cut
- Recommended for vibration pads, gaskets, spacers, and wicking

---

**Gaskets** — **Styles: GAS001 • GAS002 • GAS004 • GAS005 • GAS007 • GAS008**

**GAS001**. Stable substrate is designed to be impregnated with sealant and adhesive.

- Easily die cut
- Does not absorb water
- Easily compressed to ensure an excellent seal
- Stable up to 300 degrees for prolonged period of time
- Resists mildew growth
- Excellent wet strength

**GAS002**. Designed for commercial and residential driers.

- Soft and shapeable
- Extremely resilient
- High permeability for optimum lint and dust retention

**GAS004**. Heavy duty gasket material for industrial uses.

- Extremely stable with high tensile and compressive strength
- High permeability allowing high volume air flow
- Textured surface captures and retains lint

**GAS005**. Designed for environments with high fluid pressures.

- Prevents failure due to excessive elongation



# Wipes

National Nonwovens utilizes innovative needling technology to engineer dramatically effective wiping materials for both reusable and disposable products. Engineered to provide absorbency, strength, and resiliency, these wipes are already being used and are considered a necessity in select markets including: industrial, medical/health care, and recreation.

Products include:

**Car Wipes**

**Home Furnishings**

**Medical, Personal Use, and Hygienic Wipes**

**Polishing & Buffing Pad Materials**

**Steel Wipes**

**Super Wipes**

### Car Wipes – for premium car care

As the preferred provider of textiles to the car wash industry, National Nonwovens' technicians engineer textiles in the company's QLL government certified lab, analyzing and quantifying weight, while testing for:

- Thickness
- Resistance to bacteria
- Abrasion
- Absorption
- Flammability
- Tear and tensile strength

Car wipe styles include:

**CAR001** - polyester cloths specially designed to eliminate color transfer during buffing.

**CAR013 (Soft & Natural)** – Made of a rayon/polyester blend, *Soft and Natural* is unlike any other car wash cloth manufactured by National Nonwovens or available on the market today.  Designed for upscale car washes, the material gives the car a beautiful shine that gets noticed.   Features include:

- Chemically free
- Extremely soft
- Unbelievable absorbency

## Medical, Personal Use, and Hygienic Wipes - for self-contained bathing systems

**Styles: HYW002 • HYW003 • HYW004**
Bathing systems used in: bed bathing, incontinence care, personal hygiene, surgical sanitation, home care, military hygiene, recreation (camping/boating), and pet hygiene.  Product features include:

- Super absorbent! – absorbs 15 times its weight
- Extremely soft and nonabrasive
- Washable and reusable
- Anti-microbial agents can be added

## Polishing and Buffing Pad Materials

We offer an extensive array of superior materials for:

- Polishing windscreens and transparencies
- Buffing composite and metal parts
- Maintaining tools

We continually develop innovative processing methods utilizing a variety of fibers and fiber combinations including rayon, polyester, acrylic, and wool.  Our PhoenixFelt® products played a key role in the development of national **SAE** (Society of Automotive Engineers) standards for wool felt products used in the Automotive Industry, and are now being utilized for Aerospace polishing applications. Our rayon, polyester, and acrylic pad materials are engineered with specific performance enhancements depending on your requirements.

Interlocked nonwoven construction will provide you with outstanding integrity and advanced uniformity for both disc and belt products, with the ability to accept any buffing compound. Take advantage of our superior technology.

| PhoenixFelt® | Rayon, Polyester, and Acrylic |
|---|---|
| **PHX050**: Wool PhoenixFelt® <br> • Weight – 22.8 oz/yd2 <br> • Thickness – .087 - .101 inch <br><br> **PHX005**: Wool PhoenixFelt® | **IND003: 100% rayon** <br> • Weight – 20.0 oz/yd2 <br> • Thickness – .170 - .210 inch <br><br> **WIP006: 50% rayon / 50% acrylic** |