# EXHIBIT LL

Case 3:04-cv-30078-MAP    Document 34-25    Filed 12/10/2004    Page 1 of 2

Wool Felt™
Chenille
20% Wool - 80% Rayon
with Cotton Scrim
Style - CHN003
Yellow
0414
Gold
0416
Old Gold
0420
Burnt Orange
0830
Cardinal Red
0970
Dark Orange
0821
Bright Red
0938
Maroon
0982
Kelly Green
0720
Owl Grey
1060
Dartmouth Green
0742
Purple
0583
Dark Teal
0534
Columbia Blue
0513
Royal Blue
0572
Navy
0558
Silver Grey
1020
Champagne
0615
Red
0932
Black
1000
NATIONAL NONWOVENS
Varsity Team
White
1100
Dark Brown
0662
NATIONAL NONWOVENS