# EXHIBIT MM

# Boiled WoolFelt® Instructions

You can make you own fleece-like felt in a wonderful natural fiber-blend! With this easy and fun project, you can create the perfect texture and give ordinary crafts and collectibles a unique and luxurious look!

**LIFT FOR INSTRUCTIONS**

1. **Wet National Nonwovens' WoolFelt® completely in a sink or basin.** Do not rub or agitate. Wash each color separately (some dye may be released into the water – this is normal).

2. **Squeeze by hand to remove as much water as possible.** Avoid wringing as it may stretch the material.

3. **Place in a standard tumble clothes dryer on regular setting until WoolFelt® is nearly dry (Approximately 35 minutes).** Do not over dry. Dry light colors separately from darker colors. Colors may change slightly during drying process, but will return to original shade once completely dry.

4. **Lay flat to dry completely, smoothing fabric gently by hand.** Large wrinkles may be removed by using a light steam iron held just above the surface of the fabric. The Felt can be returned to its original form by pressing with a steam iron.

Results may vary. Because WoolFelt® contains 20% - 35% wool, some shrinkage will occur during this process. Across a 36" wide swatch, there may be a loss of 2-4 inches. In length, the fabric may lose 3-5 inches per yard. To avoid future shrinkage upon completion, dry cleaning is recommended.

Use only WoolFelt® styles WCF001 and TOY002.

WoolFelt® should be washed only once to create the fleece-like effect.

## Now you are ready to add your own creative touch!

- Try making vests, hats, and other wearables.

- Transform your decorative accessories, like pillows and wall hangings, into distinctive showpieces.

- It's the perfect felt for cozy-cuddly bears, bunnies, and other squeezable toys.

WoolFelt® is manufactured exclusively by:



# NATIONAL NONWOVENS
P.O. Box 150, Easthampton, MA 01027    T: 800-333-3469    F: 413-527-0456
E-Mail: sales@nationalnonwovens.com    www.NationalNonwovens.com



- Boiled WoolFelt® Instructions
- Companion Pricing Program
- Newsletters
- Order Checklist
- Pattern Partners
- Retail List
- Shade of the Month Promotion

**Featuring Franny Felt, famous felt fanatic**

BAAAAA and welcome to my fabulous fun-filled felt website. I know, I know. This is really National Nonwovens' homepage, but Michalina was kind enough to share this section with me in return for my expert advice on Franny's favorite felt fabrics. Not that she needs it. Michalina, Tony, Christin, Paul, Don, Gwen, and everybody at National Nonwovens have been providing the world with phenomenal felt longer than Little Bo Peep has been tending to my flock.

**Boiled WoolFelt® Instructions - sherpa-like, fleece-like felt in a wonderful natural fiber-blend**
Creating fleece-like felt is fun and easy. This Sherpa look is perfect for wearables, decorative accessories, and stuffed animals. Sherpa-like textures are made with National Nonwovens' WCF001 or TOY002 WoolFelt® fabrics.



Instructions:

1. Wet National Nonwovens' WCF001 or TOY002 WoolFelt® completely in a sink or basin. Do not rub or agitate. Wet each color separately (some dye may be released into the water - this is normal).

2. Squeeze by hand to remove as much water as possible. Avoid wringing as it may stretch the material.

3. Place in a standard tumble clothes dryer on regular setting until WoolFelt® is nearly dry (approximately 35 minutes). Do not over dry. Dry light colors separately from darker colors. Colors may change slightly during drying process.

4. Lay flat to dry completely, smoothing fabric gently by hand. Large wrinkles may be removed by using a light steam iron held just above the surface of the fabric. Return felt to its original form by pressing with a steam iron.

Results may vary. Because WoolFelt® contains 20% wool in WCF001 and 35% wool in TOY002, some shrinkage will occur during this process. Across a 36" wide swatch, there may be a loss of 2-4 inches. In length, the fabric may lose 3-5 inches per yard. To avoid future shrinkage upon completion, dry cleaning is recommended.

printable version (pdf)

Add your own creative touch!
- Try making vests, hats and other wearables.
- Transform your decorative accessories, like pillows and wall hangings, into distinctive showpieces.
- It's the perfect felt for cozy-cuddly bears, bunnies and other squeezable toys.



**Companion Pricing Program**
National Nonwovens does more than just SAY they care about their customers, they PROVE their commitment with their Companion Pricing Program. Customers can couple products together and receive a more favorable pricing structure when purchasing multiple products.

Here's how it works. Normally, when buying large volumes of one of National Nonwovens' companion products, the price break is according to the quantity purchased. With the Companion Pricing Program, the price of the companion product, within its own pricing category, will fall into the same price tier of the larger volume purchase. Customers are invited to pick and choose between both bolts and squares.

Back To Top

National Nonwovens has conveniently companioned the following product lines:
- CHNFelt and Athletic Letter Backing (LTR)
- FiestaFelt™, FeltSoooSoft® and WoolFelt®
- CHNFelt, FiestaFelt™, FeltSoooSoft®, WoolFelt®, and Athletic Letter Backing



Newsletters
Did you miss National Nonwovens' latest newsletter full of industry news,
Designer features, and Felt Tips & Tricks? Don't worry, just click and print here!

HIA 2004 Newsletter!

Page 1    Page 2



Order Checklist

**Minimum Order Requirements**: $200 on initial order, $75 on reorders within 1 year.

For your convenience please have the following information on-hand when ordering:

- Style (WCF001, TOY002, etc...)
- Color (color number helpful but not required)
- Quantity and Put-Ups (bolts, squares, etc...)
- Date needed
- Ship-to Location
- Method of Payment

All orders are shipped UPS or ABF, COD; unless customer specifies otherwise.
FOB Easthampton, Massachusetts.



**Pattern Partners and Designer Associates**
National Nonwovens is perhaps proudest of the many endorsements from
prestigious Pattern Partners and Designer Associates.   Please visit our Pattern Partner page
for a partial listing of some professionals in the industry who enthusiastically endorse
National Nonwovens' products.

**Retail List**
Please call Don at National Nonwovens for a complete list of retail stores,
1-800-333-3469 ext. 643.

Back To Top

## Save Every Month!

### Shade of the Month Promotion

SAVE 5% on a selected shade every month.

| Month | Shade |
|---|---|
| **March** | Blue |
| **April** | Red |
| **May** | Yellow |
| **June** | Brown |
| **July** | Green |
| **August** | Orange/Black |

Home / Company Profile / Products / Applications / News / Contact Us

WoolFelt is a registered trademark of National Nonwovens
FeltSoooSoft is a registered trademark of National Nonwovens

**NATIONAL NONWOVENS**
P.O. Box 150 Easthampton MA 01027
T: 413-527-3445 F: 413-527-9570
1-800-333-3469