# EXHIBIT NN

Crafts Wool & Industrial Felt & Outdoor Canvas by CPE Felt                                                4/14/04 2:03 PM



### INSTRUCTIONS FOR BOILING
### CLASSIC WOOL FELT

Step 1: Completely soak the Classic Wool Felt in cold water. Caution should be used if you wet mixed colors as bleeding may occur.

Step 2: Remove as much water as possible by squeezing. Do not wring. Wringing may stretch the felt.

Step 3: On a medium setting, dry the Classic Wool Felt until it s almost dry. Dry time approximately 30-35 minutes, depending upon your dryer. Do not over dry.

Step 4: To finish drying, lay flat. Remove any large wrinkles using light steam. Do not lay the iron on the felt, hold just above the surface of the felt.

**Note:** Classic Wool Felt can be returned to its original form by ironing with a steam iron.
**Recommendation:** Dry Clean Only after boiling Classic Wool Felt to avoid further shrinkage and color bleeding.



About Us :: Craft Felt :: Wool Felt :: Industrial Felt :: Outdoor Canvas :: News & Events :: Place an Order :: Contact Us :: Info Request :: Home

Phone 1.800.327.0059 ¥ Fax 864.427.7904 ¥ E-mail mail@cpe-felt.com

Copyright ' 2004-2014 Consumer Products Enterprises Inc. All rights reserved.
Images are for reference only. Colors on your monitor may not match actual color of product.