UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**NATIONAL NONWOVENS, INC**

                                                                              **CASE NO.  04-30078 -MAP**

                   **V.**

**CONSUMER PRODUCT ENTERPRISES**

**NOTICE**

      PLEASE TAKE NOTICE that the above-entitled case has been set for a HEARING ON MOTION FOR SUMMARY JUDGMENT AND MOTION FOR ATTORNEY FEES on FEBRUARY 18, 2005 at 2:00 P.M., before Michael A. Ponsor, U.S. D.J   In   Courtroom #   1   on the   5th   floor.

                                                                               **TONY ANASTAS,**
                                                                               **CLERK OF COURT**

**12/28/04**                                                                 **By: /s/ Elizabeth A. French**
         **Date**                                                                         **Deputy Clerk**

**Notice sent to:**

**All counsel of record via mail and electronically**

(Notice of Hearing.wpd - 7/99)                                                                                   [kntchrgcnf.]
                                                                                                                                                     [ntchrgcnf.]