UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL NONWOVENS INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No.: 04-30078-MAP |
| ) | |
| CONSUMER PRODUCTS ENTERPRISES, INC.) | |
| ) | |
| ) | |
| Defendant ) | |

**PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER**

Plaintiff National Nonwovens Inc. ("NNI") hereby moves the Court to amend the Scheduling Order of June 24, 2004, as follows:

1. All non-expert discovery, including non-expert depositions, shall be completed by June 15, 2005.

2. The parties shall designate and disclose information regarding their trial experts with regard to "genericness as required by Fed. R. Civ. P. 26(a)(2) by June 15, 2005.

3. Depositions of such experts shall be completed by July 15, 2004.

4. Counsel shall appear for a case management conference on August 18, 2005, at 10:00 a.m. in Courtroom Three.

A Memorandum in support of NNI's Motion to Amend Scheduling Order is presented herewith.

Plaintiff has conferred with Defendant concerning this Motion and has been advised that Defendant does assent to this Motion.

Date: 12/29, 2004

Respectfully submitted,
National Nonwovens, Inc.
By Its Attorney

Arthur F. Dionne
BBO No. 125,760
J. Kevin Grogan
BBO No. 635,089
McCormick, Paulding & Huber LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103
Tel. (413) 736-5401
Fax (413) 733-4543

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed, postage prepaid, this 29th day of December, 2004 to all counsel of record for each party.

J. Kevin Grogan