UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NATIONAL NONWOVENS, INC., )
     Plaintiff )
    )
    )
    )
v.     ) Civil Action No. 04-30078-MAP
    )
    )
CONSUMER PRODUCTS )
ENTERPRISES, INC., )
     Defendant )

REVISED SCHEDULING ORDER
December 30, 2004

NEIMAN, U.S.M.J.

The court hereby ALLOWS Plaintiff's assented-to Motion to Amend Scheduling Order (Doc. No. 36) and establishes the following schedule:

1. All non-expert discovery, including non-expert depositions, shall be completed by June 15, 2005.

2. The parties shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by June 15, 2005.

3. Depositions of such experts shall be completed by July 15, 2005.

4. Counsel shall appear for a case management conference on July 18, 2005, at 10:30 a.m. in Courtroom Three.

The parties are hereby reminded that a hearing on the outstanding motions for summary judgment and for attorneys' fees is scheduled before District Judge Michael

A. Ponsor on February 18, 2005, at 2:00 p.m. in Courtroom One.

    IT IS SO ORDERED.

DATED: December 30, 2004

        /s/ Kenneth P. Neiman
        KENNETH P. NEIMAN
        U.S. Magistrate Judge