# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|                                           |                                   |
|-------------------------------------------|-----------------------------------|
| National Nonwovens, Inc.,                 | )                                 |
|     Plaintiff,        | )                                 |
| v.                                        | ) Civil Action No.: 04-30078-MAP  |
| Consumer Products Enterprises, Inc.,      | )                                 |
|     Defendant.        | ) January 14, 2005                |

## NATIONAL NONWOVENS, INC.'S MOTION FOR EMERGENCY DISCOVERY CONFERENCE

Pursuant to the Federal Rules of Civil Procedure and Local Rule 37.1 for the United States District Court for the District of Massachusetts, Plaintiff National Nonwovens, Inc. ("NNI") seeks an Emergency Discovery Conference for clarification of the Court's Order of December 27, 2004 as it relates generally to the scope of Discovery by the Plaintiff, and specifically the scope of inquiry of Defendant by depositions scheduled to commence in eleven (11) days from the filing of this Motion on January 25.

1. Plaintiff duly noticed a series of depositions for the corporate Defendant under Rule 30(b)(6), certain employees of the Defendant and a former employee for November 2004 and were rescheduled at the Defendant's request. They are now scheduled to commence January 25 and continue to January 28, 2005.

2. Defendant has interpreted the Court's December 27, 2004 to limit discovery to "…only that which he believes may have some relevancy to the resolution of the summary judgment motion." By way of letters of January 6th and 10th counsel for

Defendant has informed the Plaintiff of its intent to instruct the witnesses not to answer any questions beyond the subject matter of the Defendant's motion for summary judgment (Exhibits A and B).

3.	Plaintiff's counsel, by way if its letters of January 7th and 13th, informed the Defendant of its disagreement with such an interpretation and its intent to inquire of the witnesses on all subjects not specifically excluded by the Court's Order of December 27th consistent with the Federal Rules (Exhibits C and D).  Plaintiff renewed its offer to enter into a Stipulated Protective Order limiting disclosure of confidential information.

4.	A Discovery Conference was held January 14, 2005 by telephone between J. Kevin Grogan counsel for Plaintiff and James Duda, counsel for Defendant.  No agreement was reached on the disputed issues.

## CONCLUSION

For the reasons set forth above, NNI respectfully requests this Court to grant this Motion for clarification to allow Plaintiff full discovery consistent with the Court's Order of December 27, 2004 and the Federal Rules.

Respectfully submitted,
National Nonwovens, Inc.
By Their Attorney

Date: January 14        ,2005         /s/
Arthur F. Dionne
BBO No. 125,760
J. Kevin Grogan
BBO No. 635,089
McCormick, Paulding & Huber LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103
Tel. (413) 736-5401
Fax (413) 733-4543

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing was mailed, postage prepaid, this fourteenth day of January, 2005 to all counsel of record for each party.

                                            /s/
                                J. Kevin Grogan, Esq.