

**BULKLEY, RICHARDSON AND GELINAS, LLP**

LAW OFFICES
1500 MAIN STREET, SUITE 2700
POST OFFICE BOX 15507
SPRINGFIELD, MA 01115-5507

TEL: (413) 781-2820
FAX: (413) 272-6806

JAMES C. DUDA
DIRECT DIAL (413) 272-6284
JDUDA@BULKLEY.COM

January 6, 2005

**VIA TELEFAX (733-4543) AND REGULAR MAIL**
Arthur F. Dionne, Esq.
McCormick, Paulding & Huber, LLP
1350 Main Street
Sovereign Bank Building 5th Floor
Springfield, MA 01103



Re: *National Nonwovens, Inc. v. Consumer Products Enterprises, Inc.*
Civil Action No. 04-30078-MAP
Our Ref. No.: 26379-1

Dear Art:

    We have received your Notices of Deposition of the CPE 30(b)(6) witness, Mr. Pugh, and Mr. Liner. The witnesses are available for those dates.

    As we understand Judge Neiman's order of December 27, he has limited discovery to only that which he believes may have some relevancy to the resolution of the summary judgment motion. Specifically, he has denied Plaintiff's Motion to Compel discovery, at least until resolution of the summary judgment motion, regarding the identity of persons or entities that have purchased Classic Wool Felt and Imperial Wool Felt, information on the sales of Classic Wool Felt, Imperial Wool Felt and products sold under the "ram" design, and CPE's relationship with Hancock Fabrics except as it relates to Classic Wool Felt and Imperial Wool Felt.

    Consistent with his order, please therefore be advised that at the depositions we will object and instruct our client not to answer any questions outside the above-described scope. This would include objecting to any questions relating to customer names, product pricing, product quantities, profits, costs, and any of CPE's dealings with Hancock Fabrics that are unrelated to Classic Wool Felt and Imperial Wool Felt.

**BULKLEY, RICHARDSON AND GELINAS, LLP**

Arthur F. Dionne, Esq.
January 6, 2005
Page 2


Please do not hesitate to contact me if you have any questions.

Sincerely,

*James C. Duda*

James C. Duda

JCD:pc