# EXHIBIT A

Case 3:04-cv-30078-MAP    Document 40-2    Filed 01/17/2005    Page 1 of 4

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Civil Action No. 04-30078-MAP

| | |
|---|---|
| NATIONAL NONWOVENS, INC., )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>CONSUMER PRODUCTS ENTERPRISES, )<br>INC., )<br>    Defendant. ) | **DEFENDANT'S SUPPLEMENTAL**<br>**RESPONSE TO PLAINTIFF'S**<br>**SECOND SET OF INTERROGATORIES** |

Pursuant to Federal Rule of Civil Procedure 33, Local Rule 33.1, and the Court's Order dated December 27, 2004, Defendant Consumer Products Enterprises, Inc. responds to Plaintiff National Nonwovens, Inc.'s Second Set of Interrogatories to Defendant as follows:

**GENERAL OBJECTIONS**

The following general objections are hereby incorporated into each of the responses to interrogatories set forth below:

A.  Defendant objects to Plaintiff's second set of Interrogatories to the extent that (1) they are overly broad, unduly burdensome or indefinite in scope; (2) they seek information that is not relevant to the subject matter of the pending action, not reasonably calculated to lead to the discovery of admissible evidence, or not within the scope of Federal Rule of Civil Procedure 26(b)(1); or (3) they seek information that is proprietary.

B.  Defendant objects to each and every interrogatory that is phrased in the nature of a question to set forth "all" information. Interrogatories that seek detailed descriptions or exhaustive

lists representing the complete basis upon which Plaintiff will rely in support of its claims or allegations are vague, ambiguous, overly broad, unduly burdensome and premature. Additionally, the interrogatories cannot be answered without disclosing the confidential opinions of counsel as communicated to Defendant concerning the relationships between various facts and various legal theories, and Defendant therefore objects to answering these interrogatories.

## SUPPLEMENTAL RESPONSE TO INTERROGATORIES

**Interrogatory 1.** Identify all employees of Hancock Fabrics of Tupelo, Mississippi with whom Defendant or any employee of Defendant has communicated with [regarding Classic Wool Felt or Imperial Wool Felt products] during the period of January 1, 2002 to date.

**Response:**

| | |
|---|---|
| Purchasing Department: | Carl Zander<br>Brad Berg<br>Donnie Lesley<br>Dinah Smith |
| Special Order Department: | Barbara Lanphere |
| District Office: | Judy Fletcher |
| Chief Financial Officer: | Bruce Smith |

**Interrogatory 2.** Identify all [Classic Wool Felt and Imperial Wool Felt] products offered for sale by Defendant during the period from January 1995 to September 2003.

**Response:** None.

**Interrogatory 3.**   Identify all [Classic Wool Felt and Imperial Wool Felt] products offered for sale by Defendant during the period September 2003 to date.

**Response:**   Please see Defendant's answer to Interrogatory Number 12 of Plaintiff's First Set of Interrogatories to Defendant.

Dated: January 13, 2005

Respectfully submitted,
CONSUMER PRODUCTS ENTERPRISES, INC.
By Its Attorneys:

*/s/ James C. Duda*
James C. Duda
  BBO No. 551207
Joshua P. Grey
  BBO No. 650544
Pamela S. Chestek
  BBO No. 647124
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
Tel: 413-781-2820
Fax: 413-272-6806
e-mail: jduda@bulkley.com
        jgrey@bulkley.com
        pchestek@bulkley.com

### CERTIFICATE OF SERVICE

I, James C. Duda, attorney for Defendants in this matter, hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on January 13, 2005.

*/s/ James C. Duda*
James C. Duda