# EXHIBIT B

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30078-MAP

| | | |
|---|---|---|
| NATIONAL NONWOVENS, INC., | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S SUPPLEMENTAL** |
| v. | ) | **RESPONSE TO PLAINTIFF'S** |
| | ) | **SECOND REQUEST FOR** |
| CONSUMER PRODUCTS ENTERPRISES, | ) | **PRODUCTION OF DOCUMENTS** |
| INC., | ) | |
| Defendant. | ) | |

Pursuant to Federal Rule of Civil Procedure 34, Local Rule 34.1, and the Order of the

Court dated December 27, 2004, Defendant Consumer Products Enterprises, Inc. responds to

Plaintiff National Nonwovens, Inc.'s Second Request for Production of Documents as follows:

### GENERAL OBJECTIONS

The following general objections are hereby incorporated into each of the responses to

interrogatories set forth below:

A.      Defendant objects to Plaintiff's Second Request for Production of Documents to

the extent that (1) they are overly broad, unduly burdensome or indefinite in scope; (2) they seek

information that is not relevant to the subject matter of the pending action, not reasonably

calculated to lead to the discovery of admissible evidence, or not within the scope of Federal

Rule of Civil Procedure 26(b)(1); or (3) they seek information that is proprietary.

B.      The firm of Bulkley, Richardson and Gelinas, LLP has conducted interviews and

communicated with Defendant and others for the purpose of rendering legal services relating to

this action.  Such communications and related documents are subject to the attorney-client

privilege or constitute litigation or trial preparation material.  Defendant objects to these requests

to the extent that they seek documents that are subject to the attorney-client privilege or that

constitute litigation, public hearing or trial preparation materials subject to the provisions of

1

Federal Rule of Civil Procedure 26(b)(3) for which Plaintiff has no substantial need in the preparation of its case and of which Plaintiff is able without undue hardship to obtain the substantial equivalent by other means.

## RESPONSE TO REQUEST FOR PRODUCTION

**Request 1.**    All documents [concerning Classic Wool Felt and Imperial Wool Felt products] received from and/or sent to Hancock Fabrics of Tupelo, Mississippi during the period January 1, 2002 to date.

**Objection:**    This request is overly broad, unduly burdensome and indefinite in scope. Further, this request seeks documents that are proprietary.

**Response:**    Without waiving these objections, please see documents already produced and the documents attached hereto.

Respectfully submitted,
CONSUMER PRODUCTS
ENTERPRISES, INC.
By Its Attorneys:

Dated: January 13, 2005

James C. Duda
  BBO No. 551207
Joshua P. Grey
  BBO No. 650544
Pamela S. Chestek
  BBO No. 647124
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
Tel: 413-781-2820
Fax: 413-272-6806
e-mail: jduda@bulkley.com
        jgrey@bulkley.com
        pchestek@bulkley.com

2

## CERTIFICATE OF SERVICE

I, James C. Duda, attorney for Defendant in this matter, hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on January 13, 2005.

James C. Duda

**Richard Carr**

From:       Dinah Smith [dsmith@hancockfabrics.com]
Sent:       Wednesday, March 24, 2004 6:48 PM
To:         'Richard Carr'
Subject:    RE: Wool Felt Project Book

Richard,
This sounds interesting.  We buy 99.9% of our books through Leisure Arts.  Would this book be available through them?
That could be the deciding factor for us.
Thanks,
Dinah

> -----Original Message-----
> From: Richard Carr [mailto:richardc@cpe-felt.com]
> Sent: Wednesday, March 24, 2004 3:07 PM
> To: Dinah Smith
> Subject: Wool Felt Project Book
>
> Dinah:
>
> I initiated conversations with Janet Crews Designs at HIA to develop a Classic/Imperial Wool Felt project book.
> If we geared the Classic Wool felt projects toward your stock colors would you have any interest in putting this
> book in your stores?  Also, we could gear the Imperial 100% Wool projects toward Fat quarters or 10"x10"
> squares and that would help support any bundles or the box put-ups that you are considering.
>
> Please let me know your thoughts.
>
> Thanks,
> Richard

CPE000146

February 25, 2004

Dinah Smith
Hancock Fabrics
3406 West Main
Tupelo, MS  38801

Dear Dinah:

It was a pleasure to speak with you last Friday and I look forward to having the opportunnity to work with you directly on both the Outdoor Canvas and the Wool Felt programs.  I am very excited about both of these categories and my hope is that through style and product innovation, we can work togther to improve your sales in these areas.

As we discussed on Friday, you had been promised samples and information regarding packaged versions of our Imperial (100% Wool) and Classic(Wool Blend) Wool Felt lines.  Accompanying this letter are samples of all products that we have developed, to date, using Wool Felt (outside of the 10 yard bolted goods that you already purchase).

Attached to this letter is a description of each product along with pricing.

Just as a note - The "Fat Quarter Bundles" included are most likely what you saw from Springs/Daisy Kingdom.  The "bundle" samples I had  available were only in the Classic Felt but can be produced using Imperial in any color selection that you would like to see.  For reference, you might want to use the Imperial "rolled" fat quarter displays that contain 6 assorted colors. These could be used as color combination guides, although we would reduce to four sku's instead of six.  If you are interested in seeing any of these in the Impireial, please let me know and I will have samples produced and sent your way.

A second note - On the "rolled" fat quarter boxes. First, these boxes are intended as display units, as well as shippers, and can be "set up" by folding the top backwards and tucking the tabs into the side slots on the back.  Secondly, there is a label attached to the bottom of each box that gives the Color Assortment Name and the Wool content.  And third, we are in the process of developing a printed paper label that would wrap around the center of each fat quarter "roll" and would be attaced in the back with a UPC label.  The label will have the CPE Lamb Logo and would be customized for the Imperial or the Classic.  This will allow the individual units to be sold seperately and we should have this finalized within the next 2-3 weeks.

If you have any questions about any of these items please fell free to contact me at anytime and I will be happy to help.  I have enclosed my business card for your file.

Sincerely,


Richard Carr
Consumer Product Enterprises

# *CLASSIC WOOL FELT*

*40% wool/60% rayon*

## *Hancock Price Sheet - Packaged Programs*

| ITEM | DESCRIPTION | PRICE |
|------|-------------|-------|
| WF-RECT | **9"x12" Rectangle**<br>(6 sheets, Single Color) | |
| WF-RECT-C | **9"x12" Rectangle Assort.**<br>(1 each all 21 colors) | |
| WF-FQ | **Fat Quarters - 18"x 20"**<br>(Folded w/ Hangtag; Single Color; 3 per inner) | |
| WF-FQBOX | **Fat Quarter Rolls in Display Box - 18"x 20"**<br>(6 rolled fat quarters per box - Assorted Colors) | |
| WF-FQBUN | **Fat Quarter Bundles - 18"x 20"**<br>(Folded, 4 Color Assortment, Jute Tie, and Hang Tag) | |

REDACTED

RWC
2/25/04

# IMPERIAL WOOL FELT

*100% wool*

## Hancock Price Sheet - Packaged Programs

| ITEM | DESCRIPTION | PRICE |
|------|-------------|-------|
| IWF-SQ | **10"x 10" Squares**<br>(6 sheets, Single Color) | |
| IWF-SQC | **10"x 10" Squares Assortment**<br>(1 each all 24 colors) | |
| IWF-FQ | **Fat Quarters - 18"x 21"**<br>(Folded w/ Hangtag; Single Color; 3 per inner) | |
| IWF-FQBOX | **Fat Quarters - 18"x 21"**<br>(6 rolled fat quarters per box - Assorted Colors) | |
| IWF-FQBUN | **Fat Quarter Bundles - 18"x 20"**<br>(Folded, 4 Color Assortment, Jute Tie, and Hang Tag) | |
| IWF-ROT | **31"x 4 yd – Rolled on Tube** | |

REDACTED

RWC
2/25/04

## Richard Carr

From:        Dinah Smith [dsmith@hancockfabrics.com]
Sent:        Thursday, February 26, 2004 11:52 AM
To:          'Richard Carr'
Subject:     RE: Boiling Instructions

Richard,
Thank you for the package. I will get into it after the show! The "boiling" card looks
fine. I believe this is what Angie and Jeff showed me at Quilt Market in October. This
is exactly the kind of educational support we need from our vendors. When this is
completed; we can send this to the individual stores. Just send the cards to my
attention. We will talk soon.
Best regards,
Dinah

-----Original Message-----
From: Richard Carr [mailto:richardc@cpe-felt.com]
Sent: Thursday, February 26, 2004 8:17 AM
To: dsmith@hancockfabrics.com
Subject: FW: Boiling Instructions

Dinah:

Please see attached image of the proposed Sign. Please feel free to suggest changes.

Also, Package on Wool felt went out last night for delivery today. If you have any
questions please call my mobile (864)680-4913. We are getting a major snow storm here and
I will have that phone with me at home.

Thanks,
Richard Carr
CPE
-----Original Message-----
From: Billy M. Liner [mailto:billyl@cpe-felt.com]
Sent: Thursday, February 26, 2004 9:54 AM
To: Richard Carr
Subject: Boiling Instructions

CPE000142

## Richard Carr

| | |
|---|---|
| From: | Dinah Smith [dsmith@hancockfabrics.com] |
| Sent: | Thursday, March 11, 2004 7:07 PM |
| To: | 'Richard Carr' |
| Subject: | RE: Wool Samples for approval |

Richard,
I believe it is important to show the amount of shrinkage to the customer. They need to plan for that. I left you a phone message earlier about the two sided feature of the sign. The sign holder would not allow for the sign to slide in if you made it two sided. Thanks for the offer.
Sincerely,
Dinah

> -----Original Message-----
> **From:** Richard Carr [mailto:richardc@cpe-felt.com]
> **Sent:** Thursday, March 11, 2004 3:18 PM
> **To:** Dinah Smith
> **Subject:** Wool Samples for approval
>
> Dinah:
>
> Per my voice mail, I am sending you two(2) samples of 2.5" x 2.5" Classic Wool Felt. One is in original condition, the second has been boiled using the instructions.
>
> My question is are you OK with showing the shrinkage in these samples? The alternative would be to boil fabric and then die cut the squares so the size would match. My concern is that the handling and cutting process may disturb the boiling effects.
>
> Once you receive please advise and we will start production on the signs.
>
> I am out of the office tomorrow but please feel free to call my cell phone if you have any questions. (864)680-4913.
>
> Thanks,
> Richard Carr
> CPE,Inc.
> (800) 327-0059

CPE000143

# Richard Carr

From:     Dinah Smith [dsmith@hancockfabrics.com]

Sent:     Wednesday, March 24, 2004 12:47 PM

To:       'Richard Carr'

Subject: wool felt

Richard,
The samples for the boiled felt are great. I like the fact that it shows the shrinkage...it is important that they realize that will happen. It is not a negative.
I look forward to receiving the outdoor samples this week. The wool felt square ideas were passed along to our home economists. I see this as a possibility for Fall projects, classes or demos. If we come up with a way for our stores to utilize this I will get back to you. I know at one time you wanted some forecasting info for Fall '04. We are about 14 months away from having POS in all of our stores. I can tell you that your Classic Wool Felt is being featured in several new Leisure Arts publications that will be part of our summer changeover. Also, we are featuring the Classic Wool Felt in our Holiday Craft Book. It will be used in two different projects. Also, we know that all of the pattern companies plan to feature more of the wool felt in different projects in the future. We will continue to advertise the product which means that our stores have to maintain an in stock position. They all have color cards and the individual skus/colors are listed on our drop ship staple price list that goes out to our stores. I would think you would do well this Fall beginning in late July/August. I wish I could give you something more definite...we are a few years away from that.
I will get back with you after the samples arrive.
Thanks,
Dinah

CPE000144

# Richard Carr

From:      Dinah Smith [dsmith@hancockfabrics.com]

Sent:      Wednesday, March 24, 2004 3:00 PM

To:        'Richard Carr'

Subject:   RE: wool felt

Richard,
Current address is still good.  We expect to relocate around September.
Thanks,
Dinah

> -----Original Message-----
> From: Richard Carr [mailto:richardc@cpe-felt.com]
> Sent: Wednesday, March 24, 2004 12:07 PM
> To: Dinah Smith
> Subject: RE: wool felt
>
> Dinah:
>
> Thank you, I will let you know when signs go out - to your attention, correct?  Have you moved
> yet or do I still use the old address?
>
> Sounds extremely exciting on Wool Felt and I am glad you guys are willing to promote it so
> extensively.  We will watch sales levels close and keep ahead on in-stock here so that you will
> not have issues.
>
> Thank you,
> Richard
> -----Original Message-----
> From: Dinah Smith [mailto:dsmith@hancockfabrics.com]
> Sent: Wednesday, March 24, 2004 12:47 PM
> To: 'Richard Carr'
> Subject: wool felt
>
> Richard,
> The samples for the boiled felt are great.  I like the fact that it shows the shrinkage...it is important that
> they realize that will happen.  It is not a negative.
> I look forward to receiving the outdoor samples this week.  The wool felt square ideas were passed along
> to our home economists.  I see this as a possibility for Fall projects, classes or demos.  If we come up
> with a way for our stores to utilize this I will get back to you.  I know at one time you wanted some
> forecasting info for Fall '04.  We are about 14 months away from having POS in all of our stores.  I can tell
> you that your Classic Wool Felt is being featured in several new Leisure Arts publications that will be part
> of our summer changeover.  Also, we are featuring the Classic Wool Felt in our Holiday Craft Book.  It will
> be used in two different projects.  Also, we know that all of the pattern companies plan to feature more of
> the wool felt in different projects in the future.  We will continue to advertise the product which means that
> our stores have to maintain an in stock position.  They all have color cards and the individual skus/colors
> are listed on our drop ship staple price list that goes out to our stores.  I would think you would do well this
> Fall beginning in late July/August.  I wish I could give you something more definite...we are a few years
> away from that.
> I will get back with you after the samples arrive.
> Thanks,
> Dinah

CPE000145

## John Pugh

| | |
|---|---|
| **From:** | Richard Carr [richardc@cpe-felt.com] |
| **Sent:** | Friday, April 16, 2004 2:26 PM |
| **To:** | Donnie Lesley; Brad Berg |
| **Cc:** | Rocky Mankins; Joey Duncan; John Pugh Work; Dinah Smith |
| **Subject:** | follow up to Visit on 4/13 |

Dear Donnie and Brad:

It was a pleasure to meet with both of you on Tuesday. Joey, John, and myself sincerely appreciate the tremendous amount of time that each of you took out of your schedule for our visit. The new warehouse looks great and I am sure that all of you are eager to get moved in to your new offices in September. The jumbo burgers were "top notch", as well, and neither John nor I needed to eat again for two days.

We were disappointed that both Dinah and Angie Phillips were unable to attend and I would like to discuss a return visit at some point in the not-to-distant future where Angie and I can come back down to meet Dinah and all of you can meet Angie, as well. I will keep in touch on this issue.

I wanted to send this e-mail to confirm our pricing commitment on the 308P Bulk Rolls, as well as, provide a "warehouse" price for the Classic Wool Felt.

**308P Bulk Rolls -**

# REDACTED

**Classic Wool Felt -**
We would be willing to offer the Classic Wool Felt at          /yard in 36" x 120 yard roll put-ups. CPE will provide these rolls, in all current colors, trimmed and available to be re-wound directly onto fabric reels. We would also be willing to provide Hancock with our current cost for the Printed Brown Paper reels that we purchase from Dixie Reel and Box Company.

I will also look forward to discussing any opportunities that may exist for either the Soft Glimmer Felt or the Holiday Printed Felt that we provided on our visit.

Donnie, I will give you a call to confirm that you did receive this e-mail and answer any questions that you may have.

Sincerely,
Richard Carr
CPE, Inc.

CPE000149

## Richard Carr

**From:**    Richard Carr [richardc@cpe-felt.com]

**Sent:**    Friday, July 30, 2004 5:48 PM

**To:**      Dinah Smith (dsmith@hancockfabrics.com)

**Subject:** CPE Visit

Dinah:

I would like to schedule a visit with you to discuss the Wool Felt program when your schedule permits.  I would like for Angie Phillips (our Customer Service Mgr.) to come with me to meet you and Donnie in person.  Can you advise a good time in the next few weeks?

Also, would it be an appropriate time to review the Outdoor Fabric program?

And lastly, I must apologize for the extended delay on the Wool Felt "Boiling" Sign.  We have had a couple of major missteps on getting that sign produced (actually it has been produced twice but incorrectly!).  However, I have just received a revised proof and we can have the sign ready and to you by September 1, at the latest.  I apologize for the dramatic delay and part of it has been my fault for not keeping an eye on it.

I will be in the office Monday, Teusday, and Wed. of next week.  Feel free to e-mail or call me.

Thanks,
Richard Carr
CPE, Inc.
(800)327-0059 ext. 235

CPE000150

## Richard Carr

| From: | Richard Carr [richardc@cpe-felt.com] |
| --- | --- |
| Sent: | Tuesday, September 14, 2004 12:39 AM |
| To: | Dinah Smith (dsmith@hancockfabrics.com) |
| Cc: | Donnie Lesley (dlesley@hancockfabrics.com); Angie Phillips (angiep@cpe-felt.com); Joey Duncan (joeyd@cpe-felt.com); Brad Berg (bberg@hancockfabrics.com) |

Subject: Meeting on the 21st

Dinah:

I wanted to confirm our meeting for next Tuesday 9/21, in the morning. Angie Phillips, Joey Duncan and myself will be coming in the night before, so anytime that morning will work. We have a flight out of Memphis at 2:20, so we will probably need to leave Tupelo by 11:45 AM.

We would welcome the opportunnity to take you , Donnie and Brad out to dinner the night of the 20th, if you have time.

Discussions for the meeting are as follows:
1. Review and discuss the first year of the Classic Wool Felt program. We would like to discuss any opportunnity to move this program through the warehouse. As well as, present some new color options and Fat Quarter products.
2. Review and discuss Current Outdoor Canvas program.
3. Review and discuss Standard Acrylic Roll Good Program.

REDACTED REDACTED
REDACTED

Please let us know about Dinner on the 20th and a good meeting time for the Morning of the 21st.

Thanks,
Richard Carr
CPE, Inc.
(800)327-0059 ext 235
(864) 680-4913 - cell

CPE000151

## Richard Carr

| | |
|---|---|
| From: | Richard Carr [richardc@cpe-felt.com] |
| Sent: | Tuesday, September 28, 2004 10:53 AM |
| To: | Dinah Smith (dsmith@hancockfabrics.com) |
| Cc: | Donnie Lesley (dlesley@hancockfabrics.com); Angie Phillips (angiep@cpe-felt.com); Joey Duncan (joeyd@cpe-felt.com); John Pugh Work (john_p@cpe-felt.com) |
| Subject: | Initial Follow up to 9/21 Meeting |

Dinah,

Here is a list of follow up items that I am currently working on:

**Wool Felt Program** –
    New Colors – Samples of all pastel colors sent today and should arrive by the end of the week. With the exception of Pink, which will be sent to you next week.
    Fat Quarters – Pricing for the Fat Quarter sample that I left with you is     /unit or      for the 3 pack. We are working on suggestions for a Merchandise Display for the Fat Quarters and will forward those thoughts to you as soon as possible.

**Outdoor Canvas** –

REDACTED

**Printed Felt 9x12** –

REDACTED

I am traveling the remainder of this week but will be available by cell phone at (864)680-4913.

Thank you and Donnie for your time last week, and we look forward to building these new programs together.

Sincerely,
Richard Carr

CPE000152

Send to:

Hancock Fabrics Inc.
Attn: Dinah Smith
One Fashion Way
Baldwyn, MS 38824

UPS ground

Thanks
Angie
9/28/04

New wool felt colors

```
2X9284   SEP 28, 2004  ACT WT 0.9    #PK 1
SERVICE GNDCOM          BILL WT 1
TRACKING# 1Z2X92840340020425
REF 1:
REF 2:

HANDLING CHARGE $0.00
REFERENCE RATE CHARGES:        SERVICE $4.81
IV $0.00          COD  $0.00      RS  $0.00
DC $0.00          HZMT $0.00      SD  $0.00
AH $0.00          NTFY $0.00      SP  $0.00
  TOT REF CHG  $4.81    REF+HANDLING  $4.81
```

CPE000153

## Richard Carr

**From:** Richard Carr [richardc@cpe-felt.com]

**Sent:** Thursday, October 14, 2004 12:00 PM

**To:** Dinah Smith (dsmith@hancockfabrics.com)

**Cc:** Angie Phillips (angiep@cpe-felt.com)

**Subject:** Notes from yesterdays phone call

Dinah,

I know that you are very busy so I thought I would hit the "highlights" on our conversation yesterday.

1. Classic Wool Felt –
   a. Fat Quarter display – I will call Tuesday to discuss and I will prepare a sketch of a potential displayer, as will you.
   b. New Colors – Pastels – I sent 9x12 samples of the new colors to your office about the time you were headed out of town. I would like to get your feedback on those colors as possible additions to the line.
2. Printed Felt – REDACTED
3. Union Hill Canvas (Awning Stripe) –
   REDACTED

I'll talk to you Tuesday and have a good weekend…don't work too hard.

Thanks,
Richard

CPE000154

## Richard Carr

From:    Richard Carr [richardc@cpe-felt.com]
Sent:    Wednesday, October 06, 2004 6:42 PM
To:      Dinah Smith (dsmith@hancockfabrics.com)
Cc:      Donnie Lesley (dlesley@hancockfabrics.com)
Subject: FW: Initial Follow up to 9/21 Meeting

Dinah,

I spent some time in the Spartanburg Hancock store this morning and measured out the end of the felt display. What I found was an area approx. 24" wide by 52" tall. Initial thoughts on a display would be

# REDACTED

I can certainly spend more time on this concept and even have a prototype display made for you to review. However, I would prefer to discuss this with you before proceeding any further.

I know that you are out of town, but I would also like to follow up with you on the New Wool Felt colors, the new Canvas colors, and the Printed 9x12's when it is appropriate.

I look forward to hearing from you soon.

Thanks,
Richard Carr
CPE, Inc.

---

**From:** Richard Carr [mailto:richardc@cpe-felt.com]
**Sent:** Tuesday, September 28, 2004 10:53 AM
**To:** Dinah Smith (dsmith@hancockfabrics.com)
**Cc:** Donnie Lesley (dlesley@hancockfabrics.com); Angie Phillips (angiep@cpe-felt.com); Joey Duncan (joeyd@cpe-felt.com); John Pugh Work (john_p@cpe-felt.com)
**Subject:** Initial Follow up to 9/21 Meeting

Dinah,

Here is a list of follow up items that I am currently working on:

**Wool Felt Program –**
    New Colors – Samples of all pastel colors sent today and should arrive by the end of the week. With the exception of Pink, which will be sent to you next week.
    Fat Quarters – Pricing for the Fat Quarter sample that I left with you is        /unit or        for the 3 pack. We are working on suggestions for a Merchandise Display for the Fat Quarters and will forward those thoughts to you as soon as possible.

**Outdoor Canvas –**

# REDACTED

**Printed Felt 9x12 –**

# REDACTED

December. I will have pricing on a Rolled and Banded assortment of Printed Felt next week.

I am traveling the remainder of this week but will be available by cell phone at (864)680-4913.

Thank you and Donnie for your time last week, and we look forward to building these new programs together.

Sincerely,
Richard Carr

CPE000156

09/28/2004  12:33    2253567046    HANCOCK FABRIC 1503    PAGE  01

PLEASE PRINT OR TYPE

*CPE*

**FABRIC INFORMATION**

FORM HT-20

Mill Name _____ *CPE* _____

Drop Ship To:
Store # _____

Hancock Fabrics #1503
9902 Airline Hwy.
Baton Rouge, LA 70805

(Store Name)

(Street # & Name)

(City, State, Zip)

**Bill To:**

**HANCOCK FABRICS, INC.**

Post Office Box 2400

Tupelo, Mississippi 38803

| N | | Color | D / R or ROI |
|---|---|---|---|
| 12 | *WOOL FELT* | *COLOR CARDS* | |
| | *District Office* | | |

*Mailed 9/28/04 3:35 pm*

**CUSTOMER INFORMATION**

Customer Name _____

No. Yards Needed _____

Deposit _____

Phone No. _____

Price _____

Last Date Needed _____

**MILL INFORMATION**

Who Talked To _____

Time _____

**SHIP ORDER AS SPECIFIED—DO NOT SUBSTITUTE   * CANCEL ORDER IF COST EXCEEDS COST SHOWN.**

Shipping Date _____ *AA* _____

Cancellation Date _____

Signed By: Store Manager _____

Customer Signature _____

Routing _____ *UPS*

SP Requisition # _____ *AF100* _____ Date _____

HANCOCK FABRICS DOES NOT GUARANTEE DELIVERY DATES FOR ALL MERCHANDISE ORDERED AS WE HAVE NO CONTROL OVER MANUFACTURE OF GOODS OR SHIPMENT THEREOF. QUOTED DELIVERY DATES ARE THOSE "USUALLY" EXPERIENCED BY HANCOCK OR "ESTIMATES" PROVIDED BY SPECIFIC VENDOR. HANCOCK WILL MAKE EVERY POSSIBLE EFFORT TO MEET" CUSTOMERS DELIVERY DEADLINES AND RELEASES CUSTOMER FROM ANY OBLIGATION TO PURCHASE MERCHANDISE THAT DOES NOT MEET DELIVERY DEADLINES. CUSTOMER HEREBY RELEASES HANCOCK FABRICS FROM ANY AND ALL CLAIMS FOR DAMAGES RESULTING FROM FAILURE TO MEET DELIVERY DEADLINES. SPECIAL ORDER AND HOLD SERVICES ARE PROVIDED FOR THE CONVENIENCE OF THE CUSTOMER AND HANCOCK FABRICS IS NOT RESPONSIBLE FOR INCORRECT SELECTION OF FABRIC TYPE, COLOR OR YARDAGE QUANTITY. MERCHANDISE WILL BE HELD FOR TWO WEEKS ONLY.

MILL/CUSTOMER COPY

CPE000157



Consumer Product Enterprises, Inc.
P.O. Box 649 Union, SC 29379
864-427-7900 Fax 864-427-7904
WWW.CPE-FELT.COM

# Invoice 350571

**Customer 62435**

**Bill To:**
HANCOCK FABRICS
ATT ACCOUNTS PAYABLE
P. O. BOX 2400
TUPELO, MS 38803

**Ship To:**
HANCOCK FABRICS #1688
12977 WEST CENTER ROAD
MONTCLAIR SHOPPING CENTER
OMAHA, NE 68144

| Date | Ship Via | F.O.B | Terms |
|---|---|---|---|
| 09/11/03 | GUIDE | UNION,SC | Net 120 |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| 1688 SR136 | 09/15/03 | 102 | 262233 |

| Quantity | | | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| Req'd | Ship | B.O | | | | | |
| REDACTED | REDACTED | REDACTED | WF801 | CLASSIC WOOL FELT 36" X 10 YD - ANTIQUE GOLD | N | REDACTED | REDACTED |
| | | | WF010 | CLASSIC WOOL FELT 36"X 10YD - BLACK | N | | |
| | | | WF030 | CLASSIC WOOL FELT 36"X 10YD - CREAM | N | | |
| | | | WF101 | CLASSIC WOOL FELT 36"X 10 YD - FLANNEL | N | | |
| | | | WF403 | CLASSIC WOOL FELT 36" X 10 YD - GARNET | N | | |
| | | | WF501 | CLASSIC WOOL FELT 36" X 10 YD - MAHOGANY | N | | |
| | | | WF702 | CLASSIC WOOL FELT 36" X 10 YD - MOSS | N | | |
| | | | WF901 | CLASSIC WOOL FELT 36" X 10 YD - MULBERRY | N | | |
| | | | WF201 | CLASSIC WOOL FELT 36"X 10YD - NAVY | N | | |
| | | | WF202 | CLASSIC WOOL FELT 36"X10YD - PERIWINKLE | N | | |
| | | | WF401 | CLASSIC WOOL FELT 36"X10 YD - POPPY RED | N | | |
| | | | WF402 | CLASSIC WOOL FELT 36" X 10 YD - RUST | N | | |
| | | | WF701 | CLASSIC WOOL FELT 36" X 10 YD - SAGE | N | | |
| | | | WF502 | CLASSIC WOOL FELT 36" X 10 YD - SYCAMORE | N | | |
| | | | WF301 | CLASSIC WOOL FELT 36"X10YD - TEA ROSE | N | | |
| | | | SHIP | FREIGHT CHARGES | N | | |

SHIP ASAP!!! CUSTOMER NEEDS BY 9/20/03

AT CPE IT IS OUR POLICY TO BACKORDER ONLY AT THE CUSTOMERS REQUEST.

NonTaxable Subtotal
Taxable Subtotal
Tax
Total Invoice

REDACTED

CPE000158