# PLAINTIFF'S ATTACHMENT Q

JAN-05-2005 WED 02:04 PM                        FAX NO.                              P. 07

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:    New CPE, Inc.

TO THE COMMISSIONER FOR TRADEMARKS
2900 Crystal Drive
Arlington, Virginia 22202-3514

### Express Cancellation and Abandonment of Trademark Application

The above-referenced Applicant hereby expressly CANCELS AND ABANDONS its Application Serial Numbers 76606508 and 76606509 for the marks "Classic Wool Felt" and "Imperial Wool Felt."

Dated: January 5, 2005

Respectfully submitted,

NEW CPE, INC.
By: _____
Name: John L. Pugh
Title: President

ATI/1092147.1

T000011

# PLAINTIFF'S ATTACHMENT R

# PaulHastings

Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, NE, Ste. 2400, Atlanta, GA 30308-2222
telephone 404-815-2400 / facsimile 404-815-2424 / Internet www.paulhastings.com

Atlanta
Beijing
Hong Kong
London
Los Angeles
New York
Orange County
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, D.C.

(404) 815-2381
marthakelley@paulhastings.com

January 7, 2005

39851.00003

VIA UPS

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Re:   Express Abandonment of Trademark Applications
      76606508 and 76606509 and Trademark Applications
      for "Classic Wool Felt" and "Imperial Wool Felt"

      Applicant:   New CPE, Inc.

Dear Sir or Madam:

Enclosed please find for filing executed Express Abandonments of Trademark Application Serial Nos. 76606508 and 76606509, trademark applications for the marks "Classic Wool Felt" and "Imperial Wool Felt," and this Firm's check in the amount of $670 for the filing fees. Please stamp the enclosed postcard to acknowledge receipt of this material and return to me. Thank you for your assistance with this matter.

Sincerely yours,

*Martha Kelley*

Martha B. Kelley
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

Enclosures

cc:   Mr. John Pugh (via email)
      James Duda, Esq.

ATL/1082646.1

T000001

PTO Form 1478 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 08/31/2004)

### Trademark/Service Mark Application, Principal Register

**To the Commissioner for Trademarks:**

**MARK:** See attached drawing page. Imperial Wool Felt (logo).

The applicant, New CPE, Inc., a corporation of Georgia, residing at 1360 Peachtree Street, Suite 1430, Atlanta, GA 30309, requests registration of the trademark/service mark listed above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

Actual Use:

Applicant is using the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1501(a), as amended.) At least one specimen for each International Class showing the mark as used in commerce is submitted with this application.

- Date of first use of the mark in commerce which the U.S. Congress may regulate (for example, interstate or between the U.S. and foreign country): October 1, 2003

- Specify the type of commerce: interstate

- Date of first use anywhere: October 1, 2003

- Specify manner or mode of use of mark on or in connection with the goods/services: packaging, advertising, marketing

International Class 024: Wool felt

The literal element of the mark consists of IMPERIAL WOOL FELT.

The applicant hereby disclaims the right to exclusively use the phrase "wool felt" apart from the mark.

The applicant hereby appoints Martha Kelley and W. Andrew Scott of Paul, Hastings, Janofsky & Walker LLP, 600 Peachtree Street, NE, Suite 2400, Atlanta, GA USA 30308 to submit this application on behalf of the applicant.

A fee payment in the amount of $670 will be submitted with this and the other enclosed application, representing payment for one class per application.

ATL/1051064.2

APPLICANT NAME: New CPR, Inc.
MARK: IMPERIAL WOOL FELT (logo)

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: _John L. Pugh_ (signed)   Date: 1-5-05
Signatory's Name: John L. Pugh
Signatory's Position: President

ATL/1051044.1

T000008

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| APPLICANT: | New CPF, Inc. |
| ADDRESS: | 1360 Peachtree Street<br>Suite 1430<br>Atlanta, GA 30309 |
| MARK: | Classic Wool Felt<br>Imperial Wool Felt |
| CLASS: | International Class 024 |

### POWER OF ATTORNEY

Please recognize Martha B. Kelley, W. Andrew Scott, and Kristin B. Maxson, with offices c/o Paul, Hastings, Janofsky & Walker LLP, 600 Peachtree Street, N.E., Suite 2400, Atlanta, Georgia 30308 (404) 815-2400 to prosecute this application, to transact all business in connection therewith and to receive the certificate of registration. All communications in connection with said mark should be forwarded to the attention of Martha B. Kelley, 600 Peachtree Street, N.E., Suite 2400, Atlanta, Georgia 30308.

New CPF, Inc.

By: *[signature]*
Name: John L. Pugh
Title: President
Date: 1-5, 2005

ATL/1051041
T000010

## DRAWING PAGE

IMPERIAL WOOL FELT (logo)

APPLICANT'S NAME: NEW CPE, INC.

APPLICANT'S ADDRESS: 1360 Peachtree Street, Suite 1430, Atlanta, GA 30309

CLASSES/G&S: 024: Wool felt

*"Imperial Wool Felt"*

ATL /1032617.2





T000006

# PLAINTIFF'S ATTACHMENT S

# PaulHastings

Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, NE, Ste. 2400, Atlanta, GA 30308-2222
telephone 404-815-2400 / facsimile 404-815-2424 / Internet www.paulhastings.com

Atlanta
Beijing
Hong Kong
London
Los Angeles
New York
Orange County
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, D.C.

(404) 815-2381
marthakelley@paulhastings.com

January 7, 2005

39851.00003

VIA UPS

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Re:　Express Abandonment of Trademark Applications
　　　76606508 and 76606509 and Trademark Applications
　　　for "Classic Wool Felt" and "Imperial Wool Felt"

　　　Applicant:　New CPE, Inc.

Dear Sir or Madam:

Enclosed please find for filing executed Express Abandonments of Trademark Application Serial Nos. 76606508 and 76606509, trademark applications for the marks "Classic Wool Felt" and "Imperial Wool Felt," and this Firm's check in the amount of $670 for the filing fees. Please stamp the enclosed postcard to acknowledge receipt of this material and return to me. Thank you for your assistance with this matter.

Sincerely yours,

*Martha Kelley*

Martha B. Kelley
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

Enclosures

cc:　Mr. John Pugh (via email)
　　 James Duda, Esq.

ATL/10826461

T000001

PTO Form 1478 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 08/31/2004)

Trademark/Service Mark Application, Principal Register

**To the Commissioner for Trademarks:**

MARK: See attached drawing page. Classic Wool Felt (logo).

The applicant, New CPE, Inc., a corporation of Georgia, residing at 1360 Peachtree Street, Suite 1430, Atlanta, GA 30309, requests registration of the trademark/service mark listed above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

Actual Use:

Applicant is using the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1501(a), as amended.) At least one specimen for each International Class showing the mark as used in commerce is submitted with this application.

- Date of first use of the mark in commerce which the U.S. Congress may regulate (for example, interstate or between the U.S. and foreign country): September 1, 2003

- Specify the type of commerce: interstate

- Date of first use anywhere: September 1, 2003

- Specify manner or mode of use of mark on or in connection with the goods/services: packaging, advertising, marketing

International Class 024: Wool felt

The literal element of the mark consists of CLASSIC WOOL FELT.

The applicant hereby disclaims the right to exclusively use the phrase "wool felt" apart from the mark.

The applicant hereby appoints Martha Kelley and W. Andrew Scott of Paul, Hastings, Janofsky & Walker LLP, 600 Peachtree Street, NE, Suite 2400, Atlanta, GA USA 30308 to submit this application on behalf of the applicant.

A fee payment in the amount of $670 will be submitted with this and the other enclosed application, representing payment for 1 class per application.

ATL/1051064.2

T000003

APPLICANT NAME: New CPF, Inc.
MARK: CLASSIC WOOL FELT (logo)

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: _____  Date: 1-5-05
Signatory's Name: John T. Pugh
Signatory's Position: President

ATLJ1051042

T000004

JAN-05-2005 WED 02:04 PM                           FAX NO.                            P. 08

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

APPLICANT:     New CPF, Inc.

ADDRESS:       1360 Peachtree Street
               Suite 1430
               Atlanta, GA 30309

MARK:          Classic Wool Felt
               Imperial Wool Felt

CLASS:         International Class 024

POWER OF ATTORNEY

Please recognize Martha B. Kelley, W. Andrew Scott, and Kristin B. Maxson, with offices c/o Paul, Hastings, Janofsky & Walker LLP, 600 Peachtree Street, N.E., Suite 2400, Atlanta, Georgia 30308 (404) 815-2400 to prosecute this application, to transact all business in connection therewith and to receive the certificate of registration. All communications in connection with said mark should be forwarded to the attention of Martha B. Kelley, 600 Peachtree Street, N.E., Suite 2400, Atlanta, Georgia 30308.

New CPF, Inc.

By: *[signature]*
Name: John L. Pugh
Title: President
Date: 1-5, 2005

ATL/1051063

T000010

## DRAWING PAGE

CLASSIC WOOL FELT (logo)

APPLICANT'S NAME: NEW CPE, INC.

APPLICANT'S ADDRESS: 1360 Peachtree Street, Suite 1430, Atlanta, GA 30309

CLASSES/G&S: 024: Wool felt

*"Classic Wool Felt"*

ATL /1032617.2

T000005





T000002