# PLAINTIFF'S ATTACHMENT T

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NATIONAL NONWOVENS, INC., | ) | NO.: 04-30078-MAP |
| | ) | |
| PLAINTIFF, | ) | DEPOSITION OF |
| | ) | JOHN PUGH |
| VS. | ) | |
| | ) | JANUARY 25, 2005 |
| CONSUMER PRODUCTS | ) | |
| ENTERPRISES, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |
| _____ | ) | |

Deposition on oral examination of JOHN PUGH, reported by Brad H. Thomas, Certified Realtime Reporter and Notary Public in and for the State of South Carolina; said deposition taken pursuant to notice of deposition and in accordance with the Federal Rules of Civil Procedure, at the offices

of McNair Law Firm, Bank of America Plaza, Suite

600, 1 North Laurens Street, Greenville, South

Carolina, commencing on Tuesday, January 25, 2005,

at the hour of 10:06 a.m.

_____

# PLAINTIFF'S ATTACHMENT U
# CONFIDENTIAL

# PLAINTIFF'S ATTACHMENT V

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NATIONAL NONWOVENS, INC.,            ) NO.: 04-30078-MAP
                                     )
           PLAINTIFF,                )   DEPOSITION OF
                                     )     BILLY LINER
     VS.                             )
                                     )   JANUARY 26, 2005
CONSUMER PRODUCTS                    )
ENTERPRISES, INC.,                   )
                                     )
           DEFENDANT.                )
                                     )
_____)

Deposition on oral examination of BILLY LINER, reported by Brad H. Thomas, Certified Realtime Reporter and Notary Public in and for the State of South Carolina; said deposition taken pursuant to notice of deposition and in accordance with the Federal Rules of Civil Procedure, at the

offices of McNair Law Firm, Bank of America Plaza, Suite 600, 1 North Laurens Street, Greenville, South Carolina, commencing on Wednesday, January 26, 2005, at the hour of 10:04 a.m.

_____

26

```
 1   purchased National Nonwovens products?
 2        A.   I don't know.
 3        Q.   Who would know that?
 4        A.   I don't know.
 5        Q.   Have you ever seen any advertising of
 6   National Nonwovens?
 7        A.   Yes.
 8        Q.   Do you recall any specific advertising
 9   of National Nonwovens that you've seen?
10        A.   No.
11        Q.   Do you recall how you saw -- scratch
12   that and let me restate the question.  Were those
13   advertisings in any publications?
14        A.   No.
15        Q.   Have you ever looked at National
16   Nonwovens' Web site?
17        A.   Yes.
18        Q.   Do you recall when you looked at
19   National Nonwovens' Web site?
20        A.   After we -- after this come up.
21        Q.   When you say this, the deposition?
22        A.   No.
23        Q.   After the suit began?
24        A.   Yes.
25        Q.   Had you looked at National Nonwovens'
```

27

```
 1   Web site prior to the suit?
 2        A.   Yes.
 3        Q.   Do you recall why you looked at National
 4   Nonwovens' Web site prior to the suit beginning?
 5        A.   No.
 6        Q.   Did you look at National Nonwovens' Web
 7   site at the direction of anyone else at CPE?
 8        A.   I don't know.
 9        Q.   As a graphic artist at CPE who do you
10   report to?
11        A.   Richard Carr.
12        Q.   And has that always been the case since
13   you've been employed at CPE?
14        A.   No.
15        Q.   How long has Mr. Carr been employed at
16   CPE, do you know?
17        A.   I don't know.
18        Q.   Has he been employed at CPE for the same
19   duration as you've been employed at CPE?
20        A.   No.
21        Q.   So prior to Mr. Carr being employed at
22   CPE who did you report to?
23        A.   Jeff Berline.
24        Q.   Anyone else?
25        A.   Melody Henderson.
```

28

```
1    Q.   Anyone else?
2    A.   No.
3    Q.   Jeff Berline, is he still at CPE?
4    A.   No.
5    Q.   When did he leave CPE?
6    A.   I don't know.
7    Q.   Was it a year ago, two years?
8    A.   One year.
9    Q.   And what was his position at CPE?
10   A.   President and CEO.
11   Q.   Was he president and CEO when you
12  started working at CPE?
13   A.   Yes.
14   Q.   Okay.  How about Ms. Henderson, is she
15  still at CPE?
16   A.   No.
17   Q.   When did she leave CPE?
18   A.   I don't know.
19   Q.   More than a year, less than a year?
20   A.   More than a year.
21   Q.   More than two years?
22   A.   Yes.
23   Q.   Three years?
24   A.   I don't know.
25   Q.   And do you know what her position at CPE
```

29

1   was?
2        A.   Marketing director.
3        Q.   Did she precede Mr. Carr in that
4   position?
5        A.   No.
6        Q.   Marketing director, is that different
7   from the VP of marketing?
8        A.   I don't know.
9        Q.   And was she the marketing director at
10  CPE when you began working at CPE?
11       A.   Yes.
12       Q.   Did you report to her as a marketing
13  assistant when you began working at CPE?
14       A.   Yes.
15       Q.   Mr. Liner, do you recall roughly when
16  the first time you looked at the National
17  Nonwovens Web site was?
18       A.   A couple weeks after we started working
19  on the Imperial and Classic Wool Felt lines.
20       Q.   When did you start working on the
21  Imperial Wool Felt and Classic Wool Felt product
22  lines?
23       A.   I don't know.
24       Q.   Was it 2002?
25       A.   No.

30

```
 1        Q.   2003?
 2        A.   Yes.
 3        Q.   Early 2003, late 2003?
 4        A.   I don't know.
 5        Q.   Who would know that?
 6        A.   Jeff Berline.
 7        Q.   Berline.  Do you remember who told you
 8   to take a look at the National Nonwovens Web site
 9   a couple weeks after starting working on those
10   Imperial Wool Felt and Classic Wool Felt product
11   lines?
12        A.   No.
13        Q.   Would it have been Mr. Berline?
14             MR. DUDA:  He just answered that
15   question.  He said he doesn't know.
16        Q.   (Mr. Griffith)  You don't know or you
17   don't recall?
18        A.   I don't recall.
19        Q.   Because I believe you earlier testified
20   that -- well, let me ask the question.  Did you
21   look at the National Nonwovens Web site for the
22   first time on your own doing?
23        A.   I don't know.
24        Q.   Do you recall why you looked at the
25   National Nonwovens Web site for the first time a
```

31

1  couple weeks after starting the Imperial Wool Felt
2  and Classic Wool Felt product lines?
3      A.   General wool felt and wool felt
4  searches.
5      Q.   Wool felt searches?
6      A.   Yes.
7      Q.   Did you look at -- let me restate that
8  question.  What do you mean by wool felt searches?
9      A.   Typing wool felt into a search engine.
10      Q.   And National Nonwovens' site came up as
11  a result of that search; is that correct?
12      A.   Yes.
13      Q.   Do you recall what search engine you
14  used?
15      A.   No.
16      Q.   Did you use more than one search engine?
17      A.   I don't recall.
18      Q.   Do you recall if you searched woolfelt
19  as one term, no spaces?
20      A.   No.
21      Q.   Do you recall if you searched for wool
22  felt as two separate terms, wool and felt?
23      A.   Yes.
24      Q.   And did you report the results of those
25  searches to anyone at CPE?

32

1    A.   Yes.
2    Q.   Do you recall who you reported those
3 search results to?
4    A.   Jeff Berline, Angie Robertson.
5    Q.   Angie Robertson?
6    A.   Yeah.
7    Q.   What was her position at CPE?
8    A.   I don't know.
9    Q.   Is she still an employee at CPE?
10   A.   No.
11   Q.   Would anybody at CPE in the present know
12 what her position at CPE was?
13   A.   Yes.
14   Q.   Who would know that information?
15   A.   Sharon Ponder.
16   Q.   Sharon Ponder?
17   A.   Yes.
18   Q.   And what is her position at CPE?
19   A.   Human resources.
20   Q.   When you did the search on the Internet
21 search engines for wool felt did you create any
22 documents?
23   A.   I don't know.
24   Q.   Do you know if you printed out any of
25 the results from the search engine?

33

```
1       A.   I don't recall.
2       Q.   Do you recall if you printed out any
3  pages from the National Nonwovens Web site?
4       A.   I don't recall.
5       Q.   Do you know if Mr. Berline would recall
6  if you provided him with any documents?
7            MR. DUDA:  I object to that question.
8  If you know whether Mr. Berline would recall.
9       Q.   (Mr. Griffith)  You don't recall?
10      A.   I don't know.
11      Q.   Why did you do a search of the Internet
12 search engines for the term wool felt?
13      A.   We had developed a Classic and Imperial
14 Wool Felt line.
15      Q.   Are you done with your answer?
16      A.   Yeah.
17      Q.   So you developed an Imperial Wool Felt
18 line and a Classic Wool Felt line; is that
19 correct?
20      A.   Yes.
21      Q.   And forgive me.  I'm still not certain
22 as to why the searches were done.
23      A.   I don't know.
24      Q.   Am I correct in saying the searches were
25 done after CPE had come up with the designations
```

34

1    Imperial Wool Felt and Classic Wool Felt?
2        A.   Yes.
3        Q.   Had any searching been done prior to
4    coming up with those designations?
5        A.   Can you clarify?
6        Q.   Do you know -- let me ask you a
7    different question and then we can get back to
8    that other question.  Do you know when the
9    designation Imperial Wool Felt was developed by
10   CPE?
11       A.   No.
12       Q.   Do you know who came up with the term
13   Imperial Wool Felt?
14       A.   No.
15       Q.   Did CPE -- excuse me.  Did CPE come up
16   with its own product names?
17       A.   Yes.
18       Q.   Did CPE ever use outside marketing firms
19   that develop product names?
20       A.   I don't know.
21       Q.   Do you know if CPE came up with the
22   Imperial Wool Felt name itself?
23       A.   Yes.
24       Q.   Do you know if CPE came up with the
25   product name Classic Wool Felt itself?

```
1       A.   Yes.
2       Q.   And you don't recall the time frame of
3  that creation of those trade names?
4       A.   Not exactly.
5       Q.   Do you know a general time frame?
6       A.   2003.
7       Q.   2003.  Mid-2003, say like June?
8       A.   I don't know.
9       Q.   Could it have been prior to June 2003?
10      A.   I don't know.
11      Q.   And you don't know if you did any
12 searching prior to CPE coming up with those
13 product names of Imperial Wool Felt and Classic
14 Wool Felt?
15      A.   Repeat the question.
16      Q.   You don't recall if any searches were
17 done prior to CPE's coming up with the name
18 Imperial Wool Felt or Classic Wool Felt?
19      A.   Yes.
20      Q.   Yes, you don't know?
21      A.   Yes, I recall.
22      Q.   You recall that searches were done prior
23 to coming up with those names?
24      A.   No searches.
25      Q.   So the only searches done with respect
```

36

```
 1   to the names Imperial Wool Felt and Classic Wool
 2   Felt were done after the names had already been
 3   decided on by CPE; is that correct?
 4        A.   Yes.
 5        Q.   Do you know if any alternative names
 6   were considered for the product lines that are now
 7   known as Imperial Wool Felt and Classic Wool Felt?
 8        A.   Yes.
 9        Q.   Were there any other alternative names
10   considered?
11        A.   Yes.
12        Q.   What were those alternative names?
13        A.   Don't recall.
14        Q.   Don't recall.  Who would know that
15   information?
16        A.   I don't know.
17        Q.   Did you do any searches regarding the
18   Imperial Wool Felt name or the Classic Wool Felt
19   name other than an Internet search engine search?
20        A.   No.
21        Q.   Did you do any other searches regarding
22   the term wool felt either as one whole word or two
23   separate words other than an Internet search
24   engine search?
25        A.   No.
```

37

1   Q.   Did you ever search the database of the
2   United States Patent and Trademark Office?
3   A.   Yes.
4   Q.   And what was that search for?
5   A.   I don't know.
6   Q.   Was that a search for the term wool
7   felt?
8   A.   Yes.
9   Q.   And do you know when that search of the
10  United States Patent and Trademark Office with
11  respect to the term wool felt was conducted?
12  A.   I don't know.
13  Q.   Was that search conducted on your own?
14  A.   No.
15  Q.   Were you instructed to do that search by
16  somebody at CPE?
17  A.   Yes.
18  Q.   Do you know who instructed you to do
19  that search?
20  A.   Jeff Berline.
21  Q.   Anyone else?
22  A.   No.
23  Q.   Did you report the results of that
24  search to Jeff Berline?
25  A.   Yes.

38

1       Q.   Did you report the results of that
2    search to anyone else at CPE?
3       A.   No.
4       Q.   Did you create any documents regarding
5    that search of the United States Patent and
6    Trademark Office?
7       A.   I don't know.
8       Q.   Did you draft any memo regarding the
9    results of your search?
10      A.   No.
11      Q.   Are you familiar with National
12   Nonwovens' trademark for the term wool felt?
13      A.   Yes.
14      Q.   Do you know if that mark -- actually are
15   you familiar with National Nonwovens' mark for the
16   term non-wool -- let me start again.
17           Are you familiar with the fact that
18   National Nonwovens has two trademarks, one for the
19   term wool felt and another including the term wool
20   felt in a logo?
21      A.   Clarify it.
22      Q.   Sure.  Let me ask you this.  The
23   National Nonwovens mark for wool felt that you're
24   familiar with, what is your understanding of what
25   that mark is?