UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

National Nonwovens, Inc., )
                          )
      Plaintiff,          )
                          )
v.                        ) Civil Action No.: 04-30078-MAP
                          )
Consumer Products Enterprises, Inc., )
                          ) February 8, 2005
      Defendant.          )

PLAINTIFF'S SUPPLEMENT TO ITS OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
CONFIDENTIAL ATTACHMENTS

CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER

THIS ENVELOPE IS NOT TO BE OPENED OR THE CONTENTS THEREOF
DISPLAYED, REVEALED OR COPIED, EXCEPT BY COURT ORDER OR BY AGREEMENT
OF THE PARTIES