# EXHIBIT PP

Case 3:04-cv-30078-MAP     Document 46-2     Filed 02/14/2005     Page 1 of 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30078-MAP

NATIONAL NONWOVENS, INC.,                )
     Plaintiff,                               )
                             )
                             )    DECLARATION OF JOEY DUNCAN IN
v.                                       )    SUPPORT OF DEFENDANT'S RESPONSE
                             )    TO PLAINTIFF'S SUPPLEMENTAL BRIEF
CONSUMER PRODUCTS                        )    ON SUMMARY JUDGMENT
ENTERPRISES,                             )
INC.,                                    )
     Defendant.                               )

I, Joey Duncan, declare that if called I could testify competently to the following facts:

1.      I am Vice President of Operations.

2.      As Vice President of Operations, I am familiar with the requirements for labeling of fabrics to be sold by retailers.

3.      From my experience, when a new fabric is first offered to buyers for Jo-Ann Stores, Inc. ("Jo-Ann"), the manufacturer presents the fabric line to the Jo-Ann buyers and identifies the fabric at the presentation by a given description. Jo-Ann will then order the fabrics by referring to the identification initially provided by the fabric manufacturer.

4.      Therefore, the labeling of the National Nonwovens' bolts as "wool felt," as shown in the photographs of fabric bolt ends of the National Nonwovens felt taken at a Jo-Ann Fabrics store attached the Declaration of Pamela Chestek (also shown below), is because National Nonwovens has presented the fabric to Jo-Ann as "wool felt."



I declare under the penalty of perjury that, to the best of my knowledge, information and belief, the foregoing is true and correct.

Date: 2-14-05

Joey Duncan