# EXHIBIT RR

```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS


NATIONAL NONWOVENS, INC.,     ) NO.: 04-30078-MAP
                              )
       PLAINTIFF,             )   DEPOSITION OF
                              )    BILLY LINER
       VS.                    )
                              ) JANUARY 26, 2005
CONSUMER PRODUCTS             )
ENTERPRISES, INC.,            )
                              )
       DEFENDANT.             )
                              )
_____)
```

Deposition on oral examination of BILLY LINER, reported by Brad H. Thomas, Certified Realtime Reporter and Notary Public in and for the State of South Carolina; said deposition taken pursuant to notice of deposition and in accordance with the Federal Rules of Civil Procedure, at the offices of McNair Law Firm, Bank of America Plaza, Suite 600, 1 North Laurens Street, Greenville, South Carolina, commencing on Wednesday, January 26, 2005, at the hour of 10:04 a.m.

_____

1    Q.    Who asked you to create a lamb design
2    for CPE's products?
3    A.    Jeff Berline.
4    Q.    And when he came to you and asked you to
5    create a design did he specifically say a lamb
6    design or just come up with a design?
7    A.    He brought me a dye cut lamb from an
8    existing product that we had and asked me to use
9    that as a design for a new product line and to
10   manipulate that with that dye cut.
11   Q.    And the dye cut lamb, was that identical
12   to the original lamb design?
13   A.    Yes.
14   Q.    And that was a lamb with a pointier nose
15   and a longer tail and a less plump look to it?
16   A.    Yes.
17   Q.    Okay.  And why did you change the lamb
18   design from that original design?
19   A.    At the request of Jeff Berline.
20   Q.    And did he tell you why the lamb design
21   should have changed?
22   A.    The -- a customer visit.
23   Q.    Is that your answer?
24   A.    Yes.
25   Q.    So Jeff Berline came to you and said a

1   customer had mentioned something about the lamb
2   design?
3        A.   Yes.
4        Q.   Do you know what customer that was?
5        A.   No.
6        Q.   Do you know what time frame that
7   customer visit may have been?
8        A.   I don't.
9        Q.   The original dye cut lamb shape, do you
10  know what product that was?
11       MR. DUDA:  I'm sorry.  I think I'm
12  objecting to the question as vague.  Could you
13  repeat it?
14       (The Court Reporter read the record as
15  requested.)
16       MR. DUDA:  I object to the question as
17  unclear.
18       Q.   (Mr. Griffith)  You can answer if you
19  understand the question.
20       A.   I don't recall.
21       Q.   You don't recall what the product was?
22       A.   I do not recall what the product was.
23       Q.   Do you know if it was an Imperial Wool
24  Felt?
25       A.   I don't know.

1    Q.   Did you do any searches of the Patent
2 and Trademark Office Web site with regard to the
3 lamb design?
4    A.   No.
5    Q.   When you were developing the lamb design
6 I believe earlier you said it started out from a
7 dye cut piece of a lamb shape; is that correct?
8    A.   Yes.
9    Q.   And that first original design basically
10 replicated the shape of the dye cut; is that
11 correct?
12    A.   Yes.
13    Q.   Do you know who designed the original
14 shape of the dye cut piece of fabric?
15    A.   No.
16    Q.   That wasn't you, correct?
17    A.   It was a steel dye.
18    Q.   Okay.  There was a steel dye that was
19 used to create lamb shape pieces of fabric; is
20 that correct?
21         MR. DUDA:  I'm sorry.  I just didn't
22 hear you.  Are you saying lamb shade?
23         MR. GROGAN:  Lamb shape.  Not lamb
24 shade.
25         MR. DUDA:  Lamb shape.  Thank you.

1    THE WITNESS:  State the question again.
2    Q.   (Mr. Griffith) Okay.  I'm sorry.  I'm
3 just trying to clarify when you said there was a
4 dye shape of a lamb that was used to create the
5 original lamb design for the wool felt -- Imperial
6 Wool Felt, Classic Wool Felt product lines, I'm
7 wondering what was that dye used for by CPE?
8    A.   I don't know.
9    Q.   Did CPE use the dye to create pieces of
10 fabric in the shape of a lamb that they then sold
11 to the craft industry or to retailers?
12    A.   I don't know.
13    Q.   Okay.  And you don't know who designed
14 that original dye shaped in the form of a lamb?
15    A.   I do not.
16    Q.   And then in the process Mr. Berline came
17 to you and said, "I want you to take your original
18 design and redesign it," and you came up with
19 what's in Exhibit No. 17; is that correct?
20    A.   Yes.
21    Q.   And did you use any other resources to
22 help you in modifying the design of the lamb?
23    A.   No.
24    Q.   You didn't look to any pictures of sheep
25 or lambs?

1    A.    No.
2    Q.    So you just basically took the original
3    and, like you said, you made the nose more rounded
4    and shortened up the tail and added some fluff to
5    it?
6    A.    Yes.
7    Q.    Were any other designs other than a lamb
8    considered for use with Imperial Wool Felt or
9    Classic Wool Felt?
10   A.    No.
11   Q.    Have there been any changes to the lamb
12   design since the design depicted in Exhibit 17?
13   A.    I don't know.
14   Q.    Is that lamb design still used today
15   with Imperial Wool Felt and Classic Wool Felt?
16   A.    Yes.
17   Q.    Did you have any meetings to come up
18   with the names Imperial Wool Felt and Classic Wool
19   Felt at CPE?
20   A.    Yes.
21   Q.    Did you attend those meetings?
22   A.    Yes.
23   Q.    Who else attended those meetings?
24   A.    Jeff Berline, Angie Robertson, Ellie
25   Joos.