UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| National Nonwovens Inc., )<br><br>    Plaintiff, )<br><br>v. )<br><br>Consumer Products Enterprises, Inc., )<br><br>    Defendant. ) | ) Civil Action No.: 04-30078-MAP<br>)<br>) March 23, 2005 |

## MOTION FOR WAIVER UNDER LOCAL RULE 26.1(C)

Plaintiff National Nonwovens Inc. ("NNI") requests permission from the Court to serve a Third Request For Production Of Documents as provided in Local Rule 26.1(C).

On or about February 3, 2005, NNI served a Third Request For Production Of Documents (Exhibit A) on the Defendant Consumer Products Enterprises, Inc ("CPE") without first obtaining permission from the Court as required by Local Rule 26.1(C). NNI's failure to obtain the required permission was an oversight. While CPE has responded as a courtesy, the response is not acceptable and NNI may have to move the Court to compel a different response if the parties cannot resolve their differences.

To date, NNI has propounded a total of 32 Requests for Production of Documents.

Respectfully submitted,
National Nonwovens Inc.
By Their Attorney

Date: _March 22_, 2005

_____
Arthur F. Dionne
BBO No. 125,760
J. Kevin Grogan
BBO No. 635,089
McCormick, Paulding & Huber LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103
Tel. (413) 736-5401
Fax (413) 733-4543

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed, postage prepaid, this 22nd day of March, 2005 to all counsel of record for each party.

_____
Arthur F. Dionne, Esq.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL NONWOVENS, INC., )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CONSUMER PRODUCTS ENTERPRISES, INC., )<br>)<br>Defendant ) | Civil Action No. 04-30078-MAP |

## PLAINTIFF'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rule 34 of the Federal Rules of Civil Procedure and Local Rules of the United States District court for the District of Massachusetts, Plaintiff National Nonwovens, Inc. ("NNI"), by its attorneys, request that Defendant Consumer Products Enterprises, Inc. ("CPE") produce the following documents and things within thirty (30) days of service hereof or at such other time as the parties may agree upon. The documents and things are to be produced at the offices of McCormick, Paulding & Huber, LLP, 1350 Main Street, Springfield, Massachusetts 01103.

These Requests shall be deemed to be continuing, and it is requested that CPE supplement its production as required by Rule 26(e) of the Federal Rules of Civil Procedure. In addition, these Requests are separate and apart from any mandatory disclosure requirements of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Massachusetts.


EXHIBIT A

1

## DEFINITIONS AND INSTRUCTIONS

A.  The term "Plaintiff" refers to National Nonwovens, Inc.

B.  The term "Defendant" refers to Consumer Products Enterprises, Inc. and any corporate parent, subsidiaries, or affiliates thereof, and the officers, directors, principals, employees, partners agents and representatives of any of the forgoing entities.

C.  The term "Plaintiff's 'sheep' design" refers to the "sheep" designs shown in Exhibit D of Plaintiff's Amended Complaint.

D.  The term "Defendant's 'ram' design" refers to the "ram" design shown in Exhibit E of Plaintiff's Amended Complaint.

E.  Please refer to Local Rule 33.1(E) of the United States District Court for the District of Massachusetts for instructions concerning the assertion of a privilege in responding to these Requests.

F.  The Uniform Definitions in Discovery Requests contained in Local Rule 26.5 of the Local Rules of the United States District Court for the District of Massachusetts shall apply and are hereby incorporated by reference.

## DOCUMENTS REQUESTED

1. Ten (10) Color Cards as actually used by the Defendant in the marketing of "Classic Wool Felt" products.

2. Ten (10) Color Cards as actually used by the Defendant used in the marketing of "Imperial Wool Felt" products.

Respectfully submitted,

National Nonwovens, Inc.
By Their Attorney

Date: _Feb. 3_, 2005

Arthur F. Dionne
BBO No. 125,760
J. Kevin Grogan
BBO No. 635,089
McCormick, Paulding & Huber LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103
Tel. (413) 736-5401
Fax (413) 733-4543

3

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing was mailed, postage prepaid, this ___3rd___ day of ___February___, 2005 to all counsel of record for each party.

_____
Arthur F. Dionne

4