

BULKLEY, RICHARDSON AND GELINAS, LLP

LAW OFFICES
1500 MAIN STREET, SUITE 2700
POST OFFICE BOX 15507
SPRINGFIELD, MA 01115-5507

TEL: (413) 781-2820
FAX: (413) 272-6806
E-MAIL: INFO@BULKLEY.COM

ROBERT B. ATKINSON
ROBERT A. GELINAS
PETER ROTH
RONALD P. WEISS
FRANCIS D. DIBBLE, JR.
HAMILTON DOHERTY, JR.
MICHAEL H. BURKE
PETER H. BARRY
DAVID A. PARKE
FELICITY HARDEE
CHRISTOPHER B. MYHRUM
GEORGE W. MARION
ELLEN M. RANDLE
KEVIN C. MAYNARD
MARK D. CRESS
MARY J. KENNEDY

J. MICHAEL SCULLY
JAMES C. DUDA
KELLY A. MCCARTHY
DANIEL J. FINNEGAN
MELINDA M. PHELPS
JEFFREY E. POINDEXTER
KATHERINE A. ROBERTSON
KATHLEEN LEITAO BERNARDO
DONN A. RANDALL*
SCOTT W. FOSTER
ELIZABETH HUSSLIN
VANESSA L. SMITH
DEBRA A. QUINN
JOSHUA P. GREY
JENELLE C. DODDS
CHRISTOPHER J. SCOTT

MARY ELLEN MANGANIELLI*
PAMELA S. CHESTEK
JENNIFER K. CANNON**

COUNSEL

CAROL B. KAMM*
J. PATRICK KENNEDY*
STEPHEN W. SCHUPACK
PHILIP J. TARPEY, JR.

*RESIDENT IN BOSTON OFFICE
**ADMITTED IN VIRGINIA AND
DISTRICT OF COLUMBIA ONLY

June 3, 2005

**VIA HAND DELIVERY**
The Honorable Michael A Ponsor
United States District Court for the District
    of Massachusetts, Western Division
Federal Building and Courthouse
1550 Main Street
Springfield, MA  01103

Re:   *National Nonwovens, Inc. vs. Consumer Products Enterprises, Inc.*
      Civil No. 04-30078-MAP
      Our Ref. No.: 26379-0001

Dear Judge Ponsor:

      Defendant has recently learned additional information that may be relevant to the above-captioned matter. On or about May 26, 2005, Google, Inc., provider of the famous "Google" search engine, added a new search engine at <print.google.com> that is capable of searching the text of books that have been digitized by various publishers and libraries. It is therefore now possible to search easily a limited selection of books for the frequency of the occurrence of "wool felt," a capability that was unavailable at the time that the pending summary judgment was briefed. Defendant suggests that the Court may avail itself of this additional information in deciding the pending motion. *See 24 Hour Fitness USA, Inc. v. 24/7 Tribeca Fitness, LLC*, 227 F. Supp.2d 356, 363 n. 2 (S.D.N.Y. 2003) (court using www.google.com to assess the descriptiveness of the phrase "fitness industry"); *Rubie's Costume Co. v. U.S.*, 196 F. Supp.2d 1320 (Ct. Int'l Trade 2002) (court using www.google.com to determine meaning of phrase "fancy dress"), *rev'd on other grounds*, 337 F.3d 1350 (Fed. Cir. 2003).

BULKLEY, RICHARDSON AND GELINAS, LLP

The Honorable Michael A Ponsor
June 3, 2005
Page 2

More information on the search engine is attached hereto.

Sincerely,

James C. Duda

cc: Arthur Dionne, Esq.
Kevin Grogan, Esq.
William Tucker Griffith, Esq.



# Book Page Screenshots

About Google Print

Google Print Help

Publisher Program

Library Project

**Book Page Views**

- Public domain books
- Books submitted by a publisher

**Book Info Only View**

- Library books still in copyright

**Book Page Views**

**Public domain books:** When we scan a book from a library that is in the public domain, you can view the entire page as well as read through the entire book.



The search term that led you to this book is highlighted

Enter new keywords to conduct more searches within the book

Find more results from this keyword throughout this book

View reference information about the book

If a book is out of print, search for a used copy

Find this book in a local library

**Books submitted by a publisher:** For books that publishers have submitted, you will be able to view a full page and a few pages on either side.



## Book Info View Only

**Library books still in copyright:** For books that we have scanned from a library which are still in copyright, you will only be able to view the bibliographic information and a few short sentences of text around your search term.



 About Google Print

**About Google Print**

Google Print Help

Publisher Program

Library Project

## What is Google Print?

Google's mission is to organize the world's information, but much of that information isn't yet online. Google Print aims to get it there by putting book content where you can find it most easily – right in your Google search results.

## How does Google Print work?

Just do a search on the Google Print homepage. When we find a book whose content contains a match for your search terms, we'll link to it in your search results. Click a book title and you'll see the page of the book that has your search terms, along with other information about the book and "Buy this Book" links to online bookstores (you can view the entirety of public domain books or, for books under copyright, just a few pages or in some cases, only the title's bibliographic data and brief snippets). You can also search for more information within that specific book and find nearby libraries that have it.

## Where do these books come from?

The book content in Google Print comes from two sources: publishers and libraries.

| Google Print Publisher Program | Google Print Library Project |
|---|---|
| Book publishers of all sizes are working with Google to make their titles searchable on Google Print. If you're a publisher or author interested in adding your book in Google Print, check out our Publisher Program or find out how the Library Project affects you as a publisher. | Google has partnered with several major libraries to digitize their collections and make them searchable on Google Print. If you're interested in understanding more, check out our Library Project. |

## What can I do once I've found a book I like?

- **Search again:** Find more results for your original search terms in other parts of the book, or try a new search within the book.

**Book Pages**



View a full page of the book
Some books will restrict the number of pages you can view

**Book Info Only**



View only small excerpts
Find your search term and view a sentence or two

To see close-ups of these pages and to learn more about Google Print's features, view our Google Print Screenshots.

- **Find reviews:** Choose "About this Book," then click "Web search for reviews" to find online reviews of the book.
- **Find related information:** Choose "About this Book" and click on "Other web pages related to ..." to find other websites that mention the book.
- **Learn about the publisher:** Click through to the publisher's website to find more books from that publisher.
- **Buy this book:** Click on one of the online booksellers to go to directly to a page where you can buy the book.
- **Find it in a Library:** If this book is a library book, you'll be able to find a local library that has it by clicking "Find it in a Library" and entering your zip code.

Have more questions? Read through the Google Print Help page.

©2005 Google - Home - About Google - Privacy Policy