UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30078-MAP

| | |
|---|---|
| NATIONAL NONWOVENS, INC., ) | |
|     Plaintiff, ) | |
| ) | MOTION FOR WITHDRAWAL OF |
| v. ) | APPEARANCE |
| ) | |
| CONSUMER PRODUCTS ) | |
| ENTERPRISES, INC., ) | |
|     Defendant. ) | |

The undersigned moves to withdraw her appearance as counsel for the Defendant, Consumer Products Enterprises, Inc., in the above-entitled action.

Attorneys James C. Duda and Joshua P. Grey will remain as counsel for the Defendant. No trial date has been set, no hearings or conferences are scheduled and no reports, oral or written, are due. A motion for summary judgment is currently pending before the Court, which has taken the matter under advisement.

Respectfully submitted,

Dated: September 15, 2005

/s/ Pamela S. Chestek
Pamela S. Chestek
 BBO No. 647124
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
Tel: 413-781-2820
Fax: 413-272-6806
e-mail: pchestek@bulkley.com