**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**NATIONAL NONWOVENS INC**

**CASE NO. 04-30078 - MAP**

**V.**

**CONSUMER PRODUCTS ENTERPRISES, INC**

# NOTICE OF HEARING

**PLEASE TAKE NOTICE that the above-entitled case has been set for a STATUS CONFERENCE on DECEMBER 9, 2005 at 3:00 PM before Michael A. Ponsor, U.S. D.J In Courtroom # 1 on the 5th floor.**

**SARAH THORNTON**
**CLERK OF COURT**

**11/8/05**
**Date**

**By: /s/ Elizabeth A. French**
**Deputy Clerk**

**Notice sent to:**

**All counsel of record via mail and electronically**

(Notice of Hearing.wpd - 7/99)

[kntchrgcnf.]
[ntchrgcnf.]