UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30078-MAP

| | |
|---|---|
| NATIONAL NONWOVENS, INC.,  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>CONSUMER PRODUCTS ENTERPRISES,  )<br>INC.,  )<br>    Defendant.  ) | **ASSENTED TO MOTION<br>TO RESCHEDULE<br>STATUS CONFERENCE** |

Defendant, Consumer Products Enterprises, Inc., with the assent of Plaintiff, National Nonwovens, Inc., pursuant to Fed. R. Civ. P. 7(b) and L.R. 7.1, hereby jointly move that the Court reschedule the Status Conference currently scheduled for December 21, 2005 at 10:30 a.m. The reason for this motion is that Defendant's counsel is scheduled in U.S. District Court before Judge Neiman for another matter on the same date and time of the status conference in the captioned matter. The parties are both available for a rescheduled conference any time on January 10, January 11, January 17, or January 18, 2006.

Respectfully submitted,
CONSUMER PRODUCTS
ENTERPRISES, INC.
By Its Attorneys:

Dated: December 20, 2005

/s/ James C. Duda
James C. Duda
  BBO No. 551207
Joshua P. Grey
  BBO No. 650544
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
Tel: 413-781-2820
Fax: 413-272-6806
e-mail: jduda@bulkley.com
      jgrey@bulkley.com

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic mail on December 20, 2005.

/s/ James C. Duda
James C. Duda