UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL NONWOVENS, INC. ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> CONSUMER PRODUCTS ENTERPRISES, INC.) <br> ) <br> Defendant ) | Civil Action No.: 04-30078-MAP |

**ASSENTED TO MOTION TO RESCHEDULE STATUS CONFERENCE**

Plaintiff National Nonwovens Inc., with the assent of Defendant Consumer Products Enterprises, Inc., pursuant to Fed. R. Civ. P. 7(b) and Local Rule 7.1, hereby jointly move that the Court reschedule the Status Conference currently scheduled for January 18, 2006, at 2:30 p.m.  The reason for this motion is that Plaintiff and Defendant are in settlement negotiations that will settle all issues in the litigation without taking up the Court's valuable time. .

                                         Respectfully submitted,
                                         National Nonwovens, Inc.
                                         By Their Attorney

Date: January 11, 2006                  _/s/ Arthur F. Dionne_
                                         Arthur F. Dionne
                                         BBO No. 125,760
                                         J. Kevin Grogan
                                         BBO No. 635,089
                                         McCormick, Paulding & Huber LLP
                                         1350 Main Street, 5th Floor
                                         Springfield, Massachusetts 01103
                                         Tel. (413) 736-5401
                                         Fax (413) 733-4543

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed, postage prepaid, this 11th day of January, 2006 to all counsel of record for each party.

_____
Arthur F. Dionne