<u>UNITED STATES DISTRICT COURT</u>
<u>FOR THE DISTRICT OF MASSACHUSETTS</u>

| | |
|---|---|
| NATIONAL NONWOVENS, INC. | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No.: 04-30078-MAP |
| | ) |
| CONSUMER PRODUCTS ENTERPRISES, INC. | ) |
| | ) |
| | ) February |
| Defendant | ) ~~January~~ 10, 2006 |

## <u>STIPULATED DISMISSAL UNDER F.R.C.P. 41 (a)(1) and (c)</u>

The Plaintiff National Nonwovens, Inc. and the Defendant Consumer Products Enterprises, Inc. hereby dismiss all claims with prejudice in the above-entitled Civil Action in accordance with F.R.C.P. 41(a)(1) and (c).

Each party to bear its own costs and attorney's fees.

| Plaintiff | Defendant |
|---|---|
| National Nonwovens, Inc. | Consumer Products Enterprises, Inc. |
| | |
| _____ | _____ |
| Attorney for Plaintiff | Attorney for Defendant |
| Arthur F. Dionne | James C. Duda |
| BBO No. 125,760 | BBO No. 551207 |
| J. Kevin Grogan | Joshua P. Grey |
| BBO No. 635,089 | BBO No. 650544 |
| McCormick, Paulding & Huber LLP | Bulkley, Richardson and Gelinas, LLP |
| 1350 Main Street, 5th Floor | 1500 Main Street, Suite 2700 |
| Springfield, Massachusetts 01103 | Springfield, Massachusetts 01115 |
| Tel. (413) 736-5401 | Tel. (413) 781-2820 |
| Fax (413) 733-4543 | Fax (413) 272-6806 |

1