UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL NONWOVENS, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No.: 04-30078-MAP |
| ) | |
| CONSUMER PRODUCTS ENTERPRISES, INC. ) | |
| ) | |
| Defendant ) | February 10, 2006 |

## STIPULATED DISMISSAL UNDER F.R.C.P. 41 (a)(1) and (c)

The Plaintiff National Nonwovens, Inc. and the Defendant Consumer Products Enterprises, Inc. hereby dismiss all claims with prejudice in the above-entitled Civil Action in accordance with F.R.C.P. 41(a)(1) and (c).

Each party to bear its own costs and attorney's fees.

Plaintiff
National Nonwovens, Inc.

_____
Attorney for Plaintiff
Arthur F. Dionne
BBO No. 125,760
J. Kevin Grogan
BBO No. 635,089
McCormick, Paulding & Huber LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103
Tel. (413) 736-5401
Fax (413) 733-4543

Defendant
Consumer Products Enterprises, Inc.

_____
Attorney for Defendant
James C. Duda
BBO No. 551207
Joshua P. Grey
BBO No. 650544
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, Massachusetts 01115
Tel. (413) 781-2820
Fax (413) 272-6806

1